UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT | CIVIL DOCKET |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING, PTE. LTD | SECTION: "E" (4) |

## ORDER

Considering the foregoing Motion to Direct U.S. Marshal to Serve Process:[1]

**IT IS ORDERED** that the Motion is **DENIED AS MOOT.**

**New Orleans, Louisiana, this 4th day of January, 2019.**

                                _____
                                  **SUSIE MORGAN**
                         **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 7.