UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS" <br><br> Defendant. | Civil Action No.   18-13556 "E" (4) <br>  IN ADMIRALTY <br><br> JUDGE:  SUSIE MORGAN <br><br> CHIEF MAG. JUDGE:  KAREN WELLS ROBY |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS FOR
<u>INSUFFICIENT SERVICE OF PROCESS</u>**

Defendant Eastern Pacific Shipping Pte, Ltd. (EPS") hereby moves for leave to file a reply memorandum in support of its motion to dismiss for insufficient service of process [ECF 16] against Plaintiff Kholkar Vishveshwar Ganpat ("Ganpat").  Ganpat filed an opposition on January 15, 2019 [ECF 23], and a supplemental opposition on January 17, 2019 [ECF27], in which Ganpat presents various arguments and theories to which EPS requests an opportunity to respond.

Plaintiff consents to EPS' request to file a reply.

WHEREFORE, EPS requests the Court grant it leave to file a reply.  EPS herewith attaches its proposed reply memorandum in support of its motion to dismiss.

Dated: January 22, 2019.

Respectfully Submitted,

/s/ *J. Stephen Simms*
J. Stephen Simms, Trial Attorney
Marios John Monopolis
Simms Showers LLP
201 International Circle, Suite 250,
Baltimore, Maryland 21030

C. Gordon Starling, Jr. (#12408)
The Law Office of Gordon Starling, LLC
601 Poydras Street, Suite 1660
New Orleans, LA 70130-6029
Tel:    (504) 525-2121
Email: gstarling@starling-law.com

- 2 -

Tel: 410-783-5795
Fax: 410-510-1789
Email: jssimms@simmsshowers.com
      mjmonopolis@simmsshowers.com

G. Beauregard Gelpi (#18226)
Wagner, Bagot & Rayer LLP
601 Poydras St., Suite 1660
New Orleans, LA 70130-6029
Tel: (504) 525-2141
Email: bgelpi@wb-lalaw.com

Counsel for Eastern Pacific Shipping Pte, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 22, 2019, I caused a true and correct copy of the foregoing to be filed on the Court's website for service on all parties of record.

/s/ *J. Stephen Simms*