# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | CIVIL ACTION |
| *Plaintiff,* | * | |
| | * | NO.  2:18-cv-13556 "E" (4) |
| **VERSUS** | * | |
| | * | JUDGE SUSIE MORGAN |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| d/b/a "EPS", | * | CHIEF MAGISTRATE JUDGE |
| *Defendant.* | * | KAREN WELLS ROBY |
| ******************************************* | | |

### CONSENT MOTION FOR LEAVE TO FILE A REPLY
### IN SUPPORT OF MOTION TO COMPEL PERSONAL JURISDICTION DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes Vishveshwar Ganpat Kholkar ("Plaintiff") who respectfully moves this Honorable Court for an Order granting him leave to file a Reply in support of his "Motion to Compel Personal Jurisdiction Discovery" (Rec. Doc. 57) into the record of the above-captioned matter.

Counsel for Eastern Pacific Shipping Pte. Ltd. ("Eastern Pacific") has been personally contacted and has consented to the granting of this motion.

Respectfully submitted,

 */s/ Richard M. Martin, Jr.*
Richard M. Martin, Jr., LA Bar #08998
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
*Local Counsel for Plaintiff*

  And: Alejandro J. Gonzalez, TA, FL Bar # 015293
     Quintairos, Prieto, Wood & Boyer, P.A.
     9300 S. Dadeland Blvd. 4th Floor
     Miami, FL 33156
     Telephone: (305) 670-1101
     E-Mail: agonzalez@qpwblaw.com
     *Counsel for Plaintiff pro hac vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 16th day of April, 2019.

          */s/ Richard M. Martin, Jr.*
          RICHARD M. MARTIN JR., LA Bar #08998)