## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KHOLKAR VISHVESHWAR GANPAT,**          **CIVIL DOCKET**
     **Plaintiff**

**VERSUS**                          **NO. 18-13556**

**EASTERN PACIFIC SHIPPING, PTE, LTD.,**    **SECTION: "E" (4)**
     **Defendant**

## AMENDED ORDER AND REASONS

On June 4, 2019, the Court issued an Order and Reasons[1] on the Motion for Leave to Take Discovery filed by Plaintiff Kholkar Vishveshwar Ganpat.[2] The Court **AMENDS** the last paragraph of the Order and Reasons as follows:

**IT IS ORDERED** that the Motion for Leave to Take Discovery[3] is **GRANTED**. Plaintiff will be permitted to conduct written discovery relevant to the issue of whether Captain Bona is a managing agent of Eastern Pacific. Plaintiff's written discovery requests must be served no later than **June 18, 2019** and answered no later than **July 1, 2019.** Plaintiff also will be permitted to depose Captain Bona and a Rule 30(b)(6) representative of the Defendant with respect to whether Captain Bona is a managing agent of Eastern Pacific. The notices of deposition must be served on the Defendant by no later than **June 18, 2019.** Any depositions must take place no later than **July 31, 2019.**

Any motions to compel or quash discovery shall be accompanied by a motion to expedite and set before the undersigned.

---

[1] R. Doc. 81.
[2] R. Doc. 70.
[3] R. Doc. 70.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss will be submitted on **September 4, 2019**.

**New Orleans, Louisiana, this 11th day of June, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**