# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO. 2:18-cv-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

*******************************************

## ORDER GRANTING LEAVE TO FILE A REPLY

Considering the above and foregoing Consent Motion;

**IT IS ORDERED** that Vishveshwar Ganpat Kholkar ("Plaintiff") be and hereby is **GRANTED LEAVE** to file a Reply in support of his Motion for Reconsideration (R. Doc. 127) into the record of the above-captioned matter.

New Orleans, Louisiana, this 14th day of February, 2020.

*[signature: Susie Morgan]*

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**