# Process Service Network™ 

21218 Merridy Street
Chatsworth, CA 91311
(800)417-7623   Fax: (818)818-6497

e-mail: julie@processnet1.com or nelson@processnet1.com

website: www.processnet1.com

Los Angeles – London – Manila – Sao Paulo – Bombay/Mumbai – Bangkok

*we're shut down*

*(888) 407-4747*

*american consul*

Date: March 31, 2020

To: Janelle Naranjo
Judicial Assistance Specialist
Office of American Citizens Services
CA/OCS/ACS
2201 C Street NW
State Annex 17, 10th Floor
Washington, DC 20520-1710

Re: Service in Singapore pursuant to Letters Rogatory
Kholkar Vishveshwar Ganpat v. Eastern Pacific Shipping Pte. Ltd.
Civil Action No. 18-13556 S(4)

Dear Janelle:

Please find enclosed the cashier's check for $2,275.00, which represents the Embassy fee for the following service in Singapore.

Please arrange for service of process pursuant to Letters Rogatory, as follows:

Foreign Country: **Singapore**

Name of Case: Kholkar Vishveshwar Ganpat v. Eastern Pacific Shipping Pte. Ltd.

**Civil Action No. 18-13556 S(4)**

Nature of Request: Service of Process of Document Request

Party to be Served: **Eastern Pacific Shipping Pte. Ltd.**

Address for Service:   1 Temasek Avenue
#38-01 Millenia Tower
Singapore 039192

Mailing Address of American Court to which executed Request should be returned: U.S. District Court - Eastern District of Louisiana, Clerk's Office: Room C-151, 500 Poydras Street, New Orleans, LA 70130 USA

Deposit Enclosed: $2275.00

Celebrating 41 Years of Service to the Legal Profession