## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO. 18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

*********************************************

### MEMORANDUM IN SUPPORT OF
### SECOND MOTION FOR EXTENSION OF DEADLINE

**MAY IT PLEASE THE COURT:**

Kholkar Vishveshwar Ganpat ("Plaintiff") respectfully requests issuance of an Order granting him an additional extension of time through November 17, 2020 to effect foreign service of process in the Republic of Singapore upon Eastern Pacific Shipping Pte. Ltd. ("Defendant").

Undersigned counsel is informed that the service package was dispatched to the State Department on March 31, 2020, which was during initial phase of the Corona virus quarantine. That quarantine of U.S. Government offices continues to this day (as does this Court's own visitor restrictions and trial continuances). Plaintiff cannot with any reasonable degree of certainty predict whether the date of service in Singapore will occur before the existing July 17, 2020 service deadline. Therefore, Plaintiff respectfully requests a second extension of one hundred twenty (120) days until November 17, 2020.

If service is completed sooner, Plaintiff will promptly report its accomplishment to the Court.

        Respectfully submitted,

        */s/ Richard M. Martin, Jr.*
        Richard M. Martin, Jr., TA, LA Bar #8998
        Lamothe Law Firm, LLC
        400 Poydras Street, Suite 1760
        New Orleans, LA 70130
        Telephone: (504) 704-1414
        E-Mail: rmartin@lamothefirm.com

And:   Alejandro J. Gonzalez, FL Bar #015293
        Law Office of Alejandro J. Gonzalez
        199 E. Flagler Street, Suite 610
        Miami, FL 33131
        Telephone: (877) 413-4448
        E-Mail: alex@agonzalezlaw.com
        *Counsel for Plaintiff pro hac vice*