# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO.  18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

**********************************************

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT,** through undersigned counsel, comes Kholkar Vishveshwar Ganpat ("Plaintiff"), who respectfully moves this Honorable Court for an Order granting him an expedited consideration of his Motion for Second Extension of Service Deadline.

Respectfully submitted,

 */s/ Richard M. Martin, Jr.*
Richard M. Martin, Jr., LA Bar #08998
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
*Local Counsel for Paintiff*

And:   Alejandro J. Gonzalez, TA, FL Bar # 015293
Quintairos, Prieto, Wood & Boyer, P.A.
9300 S. Dadeland Blvd. 4th Floor
Miami, FL 33156
Telephone: (305) 670-1101
E-Mail: agonzalez@qpwblaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 26th day of June, 2020.

                             _/s/ Richard M. Martin, Jr._
                             RICHARD M. MARTIN JR.  (#08998)

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this  15th  day of January, 2019.

                                          */s/ Richard M. Martin, Jr.*
                                          RICHARD M. MARTIN JR.  (#08998)