UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br>   Plaintiff | CIVIL DOCKET |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING, PTE, LTD.,<br>   Defendant | SECTION: "E" (4) |

## ORDER

Before the Court is a Motion for Second Extension of Service Deadline[1] and a Motion for Expedited Consideration on the Motion for Second Extension of Service Deadline.[2]

**IT IS ORDERED** that Plaintiff's for Expedited Consideration on the Motion for Second Extension of Service Deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that the Second Motion for Extension of Service Deadline is **SET** for submission on **Wednesday, July 8, 2020**.

**IT IS FURTHER ORDERED** that any written opposition to the Motion for Contempt is due no later than **Monday, July 6, 2020** and any reply to the opposition is due no later than **Wednesday, July 8, 2020**.

New Orleans, Louisiana, this 30th day of June, 2020.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 153
[2] R. Doc. 154

1