UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, | CIVIL DOCKET |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING, PTE. LTD, | SECTION: "E" (4) |

### ORDER

Before the Court is Plaintiff's Motion for a Permanent Injunction[1] and Plaintiff's Motion to Expedite Consideration of Motion for a Permanent Injunction;[2]

**IT IS HEREBY ORDERED** that the Motion to Expedite Consideration of Motion for a Permanent Injunction[3] is **DENIED.**

**IT IS FURTHER ORDERED** that a telephone conference be set for **July 29, 2020 at 12:00 p.m.** to discuss setting a hearing on the Plaintiff's request for a preliminary injunction or for a trial if the Plaintiff's request for preliminary and permanent injunctions are to be consolidated and decided at the same time. The Court will provide the parties with the call-in instructions necessary to participate in the conference.

New Orleans, Louisiana, this 28th day of July, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 166.
[2] R. Doc. 167.
[3] *Id.*