UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff* | * | |
| | * | **NO. 18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| d/b/a "EPS", | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant* | * | **KAREN WELLS ROBY** |

## ORDER

Considering the above and foregoing Motion;

**IT IS ORDERED** that the current November 16, 2020 deadline[1] by which Kholkar Vishveshwar Ganpat ("Plaintiff") must effect service of process, pursuant to Federal Rule of Civil Procedure 4, upon Eastern Pacific Shipping Pte. Ltd. ("Defendant") in the Republic of Singapore be and hereby is **EXTENDED** for one hundred twenty (120) days until Tuesday, March 16, 2021.

**New Orleans, Louisiana, this 4th day of November, 2020.**

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 156.