UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING PTE, LTD.,  Defendant | SECTION: "E" (4) |

### ORDER

Plaintiff's Motion for Permanent Injunction and Request that Trial on the Merits be Advanced and Consolidated with the Hearing on the Preliminary Injunction[1] is **DENIED** without prejudice to being refiled in the event Plaintiff effects service of process, pursuant to FRCP 4, upon Eastern Pacific Shipping Pte. Ltd. in the Republic of Singapore.

**New Orleans, Louisiana, this 18th day of February, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 166.