MINUTE ENTRY
MORGAN, J.
March 24, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING PTE, LTD.,<br>    Defendant | SECTION: "E" (4) |

### MINUTE ENTRY

A telephone status conference was held on March 24, 2021, at 3:00 p.m. in the chambers of Judge Susie Morgan.

Present:   Richard Martin and Alejandro Gonzalez, counsel for Plaintiff, Kholkar Vishveshwar Ganpat; Steve Simms and Michael Bagot, counsel for Defendant, Eastern Pacific Shipping Pte, Ltd.

The parties discussed the status of the case.

**New Orleans, Louisiana on this 24th day of March, 2021.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:21)