# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
|    *Plaintiff,* | * | |
| | * | **NO.  18-13556 "E" (4)** |
| **VERSUS** | * | |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | **JUDGE SUSIE MORGAN** |
| **d/b/a "EPS",** | * | |
|    *Defendant.* | * | **CHIEF MAGISTRATE JUDGE** |
| ****************************************** | | **KAREN WELLS ROBY** |

### PLAINTIFF'S MOTION FOR A PERMANENT INJUNCTION AND REQUEST THAT TRIAL ON THE MERITS BE ADVANCED AND CONSOLIDATED WITH THE HEARING ON THE PRELIMINARY INJUNCTION

**NOW INTO COURT,** through undersigned counsel comes Kholkar Vishveshwar Ganpat ("Plaintiff") who pursuant to Fed. R. Civ. P. 65(a) respectfully moves this Honorable Court for issuance of a preliminary injunction enjoining the prosecution by Eastern Pacific Shipping Pte. Ltd. ("Defendant") and its wholly-owned subsidiary Eastern Pacific Shipping (India) Pte. Ltd., of the Republic of India litigation in the District Court of South Goa styled and numbered *"Eastern Pacific Shipping (India) Pte. Ltd. and Eastern Pacific Shipping Pte. Ltd. versus Vishveshwar Ganpat Kholkar,"* Commercial Suit No. 2/2020.

Plaintiff, pursuant to Fed. R. Civ. P. 65(a)(2), further moves this Honorable Court for an Order consolidating the injunction trial on the merits with the hearing on the motion for preliminary injunction.

This motion was originally filed on July 28, 2020.[1] In the Court's February 18, 2021 Order,

---

[1] See Rec. Doc. 166.

the motion was "denied without prejudice to being refiled in the event Plaintiff affects service of process, pursuant to FRCP 4, upon Eastern Pacific Shipping Pte. Ltd. in the Republic of Singapore."[2] On April 13, 2021, Eastern Pacific was personally served in Singapore[3] and the Court denied its subsequent Motion to Disregard Service.[4]

                              Respectfully submitted,

                              */s/ Richard M. Martin, Jr.*
                              Richard M. Martin, Jr., TA, LA Bar #08998
                              Lamothe Law Firm, LLC
                              400 Poydras Street, Suite 1760
                              New Orleans, LA 70130
                              Telephone: (504) 704-1414
                              E-Mail: rmartin@lamothefirm.com

And:   */s/ Alejandro J. Gonzalez*
          Alejandro J. Gonzalez, FL Bar # 015293
          Law Office of Alejandro J. Gonzalez
          199 E. Flagler Street, Suite 610
          Miami, FL 33131
          E-Mail: alex@agonzalezlaw.com
          *Counsel for Plaintiff pro hac vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 18TH day of August, 2021.

                              */s/ Richard M. Martin, Jr.*

---

[2] See Rec. Doc. 175.

[3] See Rec. Doc. 184.

[4] See Rec. Doc. 196.

RICHARD M. MARTIN JR. (#08998)