EXHIBIT NO. 4

### Special Civil Suit No. 64/2020/III

### CNR No. GASG02-003269-2020

### ORDER BELOW EXHIBIT D-11

(Delivered on this the 01st day of the month of February of the year 2021)

The plaintiff has filed an application under Order 39 Rule 2(a) read in conjunction with section 151 of the Code of Civil Procedure, 1908 in light of Respondents/ Original Defendant brazen disregard and/or fragrant breach and/or willful disobedience of the temporary Anti suit injunction order dated 07.03.2020.

2.      Plaintiff has prayed to issue summons to the defendant to appear and explain/show cause why he should not be punished in the manner provided under order 39 Rule 2(a) of CPC for disobeying the order dated 07.03.2020.  Plaintiff has also prayed to direct the defendant by swearing an affidavit undertaking to henceforth, obey the temporary anti suit injunction order dated 07.03.2020.  Hence, the present application.

3.      Order to issue notice was passed on 20.05.2020 to appear on 09.06.2020 at 10.00a.m. Defendant was served on 11.06.2020. Defendant remained absent nor did he file any reply.

4.      Heard Ld. Advocate  Palekar for the plaintiff. Perused records.



5.      As per order 39 Rule 2(a) of CPC, in the case of disobedience of any injunction granted or other order made under Rule 1 or Rule 2 or breach of any of the terms on which the injunction was granted or the order made, the court granting the injunction or making the order or any court to which the suit or proceeding is transferred, may order the property of the person guilty of such disobedience or breach to be attached and may also order such person to be detained in the Civil prison for a term not exceeding 3 months, unless in the meantime the court directs his release.

6.      Ld. advocate for the plaintiff submitted that warrant can be issued to arrest the defendant and bring him before the court to show cause as per Section 94 of CPC.

7.      As per Section 94 of CPC, in order to prevent the ends of justice from being defeated, the court may if it is so prescribed (a) Issue a warrant to arrest the defendant and bring him before the court to show cause why he should not give security for his appearance and if he feels to comply with any order for security commit him to the Civil Prison.

8.      In the present suit, defendant has not appeared inspite of being served. It is also the case of the plaintiff, that defendant has violated the order dated 07.03.2020. Notice was issued to the defendant but the defendant remained absent. It is the case of the plaintiff that the defendant has on purpose remained absent and not obeying the orders of the court. It is also the case that defendant has not taken any steps before the US Court. Prejudice will be caused if the defendant does not

obey the order. Defendant has given no reasons for his absence. Presence of the defendant is necessary. With this background, I am of opinion that show cause notice has to be given to the defendant to show cause as to why a warrant of arrest should not be issued against him.


Margao.
Dated:- 01.02.2021

(Sarika N. Fal Dessai)
IIIrd Addl., Adhoc Senior Civil Judge,
Margao