# EXHIBIT NO. 5

**Daily Status**
Civil and Criminal Courts, Margao
**In the court of** :3rd Addl. Civil Judge Senior Divison and JMFC
**CNR Number** :GASG020032692020
**Case Number** :SCS/0000064/2020
Eastern Pacific Shipping (India) Private Limited  **versus**  Vishveshwar Ganpat Kholkar
**Date** : 12-03-2021

---

| | |
|---|---|
| **Business** | : Taken up today before the Court. Exbt. D- 16 Adv. for plaintiffs filed application for police assistance o.p. -application granted. Police to assist the bailiff in execution of warrant. Decree holder to assist the police. DH to pay costs. at 10.00 a.m. |
| **Next Purpose** | : APPEARANCE |
| **Next Hearing Date** | : 16-03-2021 |

3rd Addl. Civil Judge Senior Divison and JMFC

