MINUTE ENTRY
MORGAN, J.
September 14, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,**     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-13556** |
| **EASTERN PACIFIC SHIPPING PTE, LTD.,**     **Defendant** | **SECTION: "E" (4)** |

## MINUTE ENTRY

A telephone status conference was held on September 14, 2021, at 9:00 a.m., in the chambers of Judge Susie Morgan.

Present:   Richard Martin, counsel for Plaintiff, Kholkar Vishveshwar Ganpat; John Simms and Michael Bagot, counsel for Defendant, Eastern Pacific Shipping Pte, Ltd.

The parties discussed the status of the case.

The Court granted Plaintiff's motion for leave to file a first supplemental complaint,[1] upon agreement of the parties that Defendant's two pending motions to dismiss[2] will apply to any causes of action raised in Plaintiff's supplemental complaint.

The submission date on Defendant's two pending motions to dismiss[3] will be extended to **Wednesday, October 6, 2021**. Plaintiff's oppositions are due on or before

---

[1] R. Doc. 198.
[2] R. Doc. 203 and R. Doc. 204.
[3] *Id.*

1

**Tuesday, September 28, 2021.** Any reply is due on or before **Wednesday, October 6, 2021.**

**New Orleans, Louisiana, this 14th day of September, 2021.**

                                                             _____
                                                                 **SUSIE MORGAN**
                                            **UNITED STATES DISTRICT JUDGE**

JS10 (0:40)