MINUTE ENTRY
MORGAN, J.
May 3, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-13556** |
| **EASTERN PACIFIC SHIPPING PTE, LTD.,**<br>     **Defendant** | **SECTION: "E" (4)** |

### <u>MINUTE ENTRY</u>

A telephone conference was held on May 3, 2022, at 9:30 a.m., in the chambers of Judge Susie Morgan.

> Present:    Richard Martin and Alejandro Gonzalez, counsel for Plaintiff, Kholkar Vishveshwar Ganpat; John Simms and Michael Bagot, counsel for Defendant, Eastern Pacific Shipping Pte, Ltd.

On Friday, April 29, 2022, Eastern Pacific Shipping filed a motion for a status conference to discuss issues related to the proceedings in India.[1]

In its April 5, 2022 Order and Reasons[2] ("Injunction Order") granting Plaintiff's motion for preliminary and permanent injunction,[3] the Court ordered Eastern Pacific Shipping to file a copy of the Injunction Order into the record of *Eastern Pacific Shipping (India) Pte. Ltd. and Eastern Pacific Shipping Pte. Ltd. versus Vishveshwar Ganpat Kholkar*, Special Civil Suit No. 64/2020/III, CNR No. GASG02-003269-2020, pending

---

[1] R. Doc. 273.
[2] R. Doc. 265.
[3] R. Doc. 199.

1

before the court in India. Eastern Pacific Shipping informed this Court it has provided a copy of the Injunction Order to the court in India.[4]

Counsel for Eastern Pacific Shipping represented that Eastern Pacific Shipping and its affiliates will not proceed with any lawsuit against Plaintiff in India unless the Injunction Order is lifted. Counsel for Eastern Pacific Shipping further represented that, if the Injunction Order is not lifted, Eastern Pacific Shipping and its affiliates will not proceed with any lawsuit against Plaintiff in India.

The Court reminded the parties there is a scheduling order[5] in place, and that the deadlines set forth in the scheduling order are mandatory.

**New Orleans, Louisiana, this 3rd day of May, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:49)

---

[4] *See* R. Doc. 273-1.
[5] *See* R. Doc. 228.