UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, | Civil Action No. 18-13556 "E" (4) |
| Plaintiff, | IN ADMIRALTY |
| v. | JUDGE SUSIE MORGAN |
| EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a "EASTERN PACIFIC" | CHIEF MAGISTRATE JUDGE KAREN WELLS ROBY |
| Defendant. | **EASTERN PACIFIC'S RESPONSE OPPOSING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE** |

This Court now should deny the motion.

The locus of a tort is the place where injury takes effect. *T. Smith & Son, Inc. v. Taylor*, 276 U.S. 179, 48 S. Ct. 228, 72 L.Ed. 520 (1928); *Bible v. Chevron Oil Co.*, 308 F.Supp. 312 (E.D. La.1969), *aff'd*, 460 F.2d 1218 (5th Cir. 1972).

*Oppen v. Aetna Ins. Co.*, 485 F.2d 252, 256 (9th Cir. 1973). "The place where the negligence or wrongful act occurs is not decisive. The place injury occurs and the function the injured person was performing at the time are more significant." *Smith v. Pan Air Corp.*, 684 F.2d 1102, 1111 (5th Cir. 1982).

Plaintiff's "supplemental response" in error insists that U.S. law (including the Jones Act) must control because, plaintiff alleges, Eastern Pacific committed wrongful acts in the U.S.

That is not the law. Plaintiff pleads, and his proposed supplemental response further confirms, that his injury took effect at the earliest, in Gabon. The U.S. is not the locus of his tort, including unseaworthiness claims.

His repeated arguments ( from his opposition ) that his employment contract is not the one he signed – specifying Liberian law (the vessel flag) – continue in error to conflict with his

sworn testimony.

This Court should deny the motion.  The proposed, surplus (and repeated) arguments are futile and wrong.

Dated: June 7, 2022

                                             Respectfully Submitted,

| | |
|---|---|
| /s/ J. Stephen Simms | MICHAEL H. BAGOT, JR., T.A. (#2665) |
| J. Stephen Simms | WAGNER, BAGOT & RAYER, LLP |
| Simms Showers LLP | Pan American Life Center – Suite 1660 |
| 201 International Circle, Suite 230 | 601 Poydras Street |
| Baltimore, Maryland 21030 | New Orleans, Louisiana 70130 |
| Tel:  410-783-5795 | Telephone: 504-525-2141 |
| Fax: 410-510-1789 | Facsimile: 504-523-1587 |
| Email: jssimms@simmsshowers.com | E-mail: mbagot@wb-lalaw.com |

Eastern Pacific Shipping Pte. Ltd. Counsel