# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** * | | CIVIL ACTION |
| *Plaintiff,* * | | |
| * | | NO. 2:18-cv-13556 "E" (4) |
| **VERSUS** * | | |
| * | | JUDGE SUSIE MORGAN |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** * | | |
| **d/b/a "EPS",** * | | CHIEF MAGISTRATE JUDGE |
| *Defendant.* * | | KAREN WELLS ROBY |
| ****************************************** | | |

## MEMORANDUM SUPPORTING MOTION FOR LEAVE TO FILE DOCUMENT

**MAY IT PLEASE THE COURT:**

Vishveshwar Ganpat Kholkar ("Plaintiff") seeks leave to file into the record of the above-captioned matter the concluding page of a document (apparently filed on April 12, 2022) of the Indian court which appears to memorialize dismissal of Eastern Pacific Shipping Pte. Ltd.'s (i.e., EPS Singapore) Indian lawsuit against Mr. Kholkar and contains what appear to be the Presiding Judge's June 6, 2022 comments (in English).[1]

Undersigned Counsel have only this week become aware of this document and believe it germane to the Court's April 6, 2022 Order Granting Permanent Injunction.[2]

This document contains a written comment by the Indian Court which notes EPS' failure to appear, addresses the potential filing of a new suit by EPS, and says the case was dismissed:

---

[1] See Exhibit 1.

[2] Rec. Doc. 265.

"The Plaintiff has not appeared today, so as to satisfy the Court, as to under what law this Court can grant liberty to the Plaintiff to file a fresh suit <u>on the same cause of action</u>.[3]  Needless to say, the Plaintiff can always file a fresh suit - but it will have to be filed in accordance with law.  With this observation, suit dismissed as withdrawn.  Proceedings closed."

(Underscore emphasis in original)

One can only presume from the foregoing paragraph that the Indian Court had asked EPS to appear in court and identify any law that would allow it to file a new lawsuit against Mr. Kholkar on the same cause of action.  Apparently, instead of providing the requested information, EPS failed to appear.  Consequently, the suit was "dismissed as withdrawn."

While it is presently uncertain if this dismissal was "with prejudice," the Indian Court's admonition that any new suit "will have to be filed in accordance with law" suggests a dismissal with prejudice.  Plaintiff asks the Court to have Counsel for EPS provide an immediate answer to this question.  Plaintiff suggests that EPS' interlocutory appeal of Your Honor's permanent injunction order is now moot *because of EPS' own actions*.  When EPS failed to appear and answer questions posed by the Indian Court, its parallel claims lawsuit was dismissed.  The injunction remains and there is presently no legal challenge in India.  While undersigned Counsel is not informed as to the precise statute of limitations in India, it is believed to be three (3) years.  If that is the case, and the Indian Court suit is "dismissed as withdrawn," then prescription probably ran in December 2021.

For the foregoing reasons Plaintiff prays that his motion for leave to file b granted.

---

[3] In the Indian Court, Eastern Pacific Shipping and its wholly-owned subsidiary Eastern Pacific Shipping India appeared as the parties plaintiff.

      Respectfully submitted,

      */s/ Richard M. Martin, Jr.*
      Richard M. Martin, Jr., TA, LA Bar #08998
      Lamothe Law Firm, LLC
      400 Poydras Street, Suite 1760
      New Orleans, LA 70130
      Telephone: (504) 704-1414
      E-Mail: rmartin@lamothefirm.com

And:  */s Alejandro J. Gonzalez*
      Alejandro J. Gonzalez, FL Bar #015293
      Law Office of Alejandro J. Gonzalez
      199 E. Flagler Street, Suite 610
      Miami, FL 33131
      Telephone: (877) 413-4448
      E-Mail: alex@agonzalezlaw.com
      *Counsel for Plaintiff pro hac vice*

      */s/ Pedro P. Sotolongo*
      Pedro P. Sotolongo, FL Bar #0584101
      SOTOLONGO, P.A.
      1000 5th Street, Suite 402
      Miami Beach, FL 33139
      Telephone: (305) 415-0073
      E-Mail: psotolongo@sotolongolaw.colm
      *Co-counsel for Plaintiff, pro hac vice*