# United States Court of Appeals for the Fifth Circuit

---

No. 22-30362

---

In re Eastern Pacific Shipping PTE, Limited, *doing business as* EPS,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-13556

---

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

A True Copy
Certified order issued Jul 11, 2022

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**