UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS"<br><br>    Defendant | Civil Action No.  18-13556 "E" (4)<br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>CHIEF MAGISTRATE JUDGE<br>KAREN WELLS ROBY<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

### ORDER

Considering the *Ex Parte* Motion to Enroll Counsel *Pro Hac Vice* submitted on behalf of Thomas M. Brown,

IT IS HEREBY ORDERED that Thomas M. Brown be admitted to practice *pro hac vice* in the United States District Court for the Eastern District of Louisiana on behalf of defendant Eastern Pacific Shipping Pte, Ltd. ("Eastern Pacific") in the above-captioned case.

**DENIED**

New Orleans, Louisiana, this 2nd day of August, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

G:\944-06\FW\PLDG\0022