UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| KHOLKAR VISHVESHWAR GANPAT, Plaintiff | CIVIL DOCKET |
| --- | --- |
| VERSUS | NO. 18-13556 |
| EASTERN PACIFIC SHIPPING, PTE. LTD, Defendant | SECTION: "E" (4) |

## ORDER AND AMENDED SCHEDULING ORDER

Considering the foregoing Motion to Amend Scheduling Order (R. Doc. 330);

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties are to comply with the following pretrial deadlines.

| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **August 23, 2022**<br><br>(except that leave is granted to take the following discovery out of time: (1) Rule 30(b)(6) depositions by **September 2, 2022**; and (2) expert depositions and discovery by **September 23, 2022**) |
| --- | --- |
| Motion for leave of court to conduct additional discovery | Filed and served no later than August 23, 2022, at 5:00 p.m.<br><br>(except that leave is granted to file any such motion with respect to Rule 30(b)(6) discovery by **September 2, 2022**, and with respect to expert depositions and discovery by **September 23, 2022**) |
| Rule 30(b)(6) depositions | Completed by **September 2, 2022** |
| Expert depositions and discovery | Completed by **September 23, 2022** |

1

| | |
|---|---|
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>**See Scheduling Order at pp. 6-7 regarding the format of depositions** | Filed and served no later than **September 30, 2022**<br><br>(in sufficient time to permit a submission date on or before **October 14, 2022**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **October 6, 2022** |
| Pretrial order | Filed by **Monday, October 17, 2022** at **5:00 p.m.** |
| Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.<br><br>**See Section IX, subpart 10.b of the pretrial notice at p. 5** | **Monday, October 17, 2022** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney (*See* Local Rule 11.2)** | **October 20, 2022 at 12:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **October 20, 2022** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **October 27, 2022** at **5:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **October 27, 2022** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **October 31, 2022** at **5:00 p.m.** |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at pp. 8-9** | Filed, emailed, and delivered to the Court by **October 31, 2022** at **5:00 p.m.** |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>***See* pretrial notice at p. 9** | Filed and emailed to the Court by **October 31, 2022** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>***See* pretrial notice at p. 9** | Filed by **October 31, 2022** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **October 31, 2022** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at pp. 4-5** | Filed by **October 31, 2022** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at pp. 6-7 with particular attention to instructions regarding the format of depositions** | Filed and delivered to the Court by **October 31, 2022** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **November 2, 2022** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 7** | Filed by **November 2, 2022** at **5:00 p.m.** |

| | |
|---|---|
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* pretrial notice at p. 8 | The factual elements of such questions shall be submitted to the expert witness by **November 2, 2022** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* pretrial notice at pp. 6-7 | Provided to opposing counsel by **November 2, 2022 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* pretrial notice at p. 7 | Filed by **November 3, 2022** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **November 14, 2022 at 9:00 a.m.**<br>(estimated to last **5** days) |

**New Orleans, Louisiana, this 23rd day of August, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**