UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-13556** |
| **EASTERN PACIFIC SHIPPING PTE, LTD.,** d/b/a/ "EPS" | **SECTION: "E" (4)** |

### ORDER

Considering the *Ex Parte* Joint Motion for the Release and Protection of Certain Records of Dr. Sandra Michel, the Court **GRANTS** the Motion, and hereby **ORDERS**:

(1) The interpretative results and raw data resulting from Dr. Sandra Michel's administration of the following psychometric instruments on August 2, 2022, pertaining to Kholkar Vishveshwar Ganpat shall be released to Dr. Charles Figley, who may then release the information to Mr. Kholkar's legal team as he deems appropriate:

   a. Morel Emotional Numbing Test for PTSD – 5th Edition (MENT);

   b. Inventory of Problems-29 (IOP-29);

   c. Inventory of Problems – Memory Module (IOP-M);

   d. Checklist for DSM-5 (PCL-5);

   e. Trauma Symptom Inventory – 2nd Edition (TSI-2); and

   f. Structured Inventory of Malingered Symptomology (SIMS).

(2) Records released pursuant to this Order shall not be released to or discussed with any person or entity not directly involved with this litigation or used for any purpose other than this litigation without the prior approval of this Court.

(3) Upon the termination of this litigation, all records produced pursuant to this Order shall be immediately destroyed or returned to Dr. Sandra Michel.

New Orleans, Louisiana, this 24th day of August 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**