### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,**<br>    **Plaintiff** | **CIVIL DOCKET** |
| **VERSUS** | **NO.  18-13556** |
| **EASTERN PACIFIC SHIPPING, PTE. LTD.,**<br>    **Defendant** | **SECTION: "E" (4)** |

### ORDER

Before the Court is Defendant's First Motion for Leave to Amend and Supplement its Answer.[1] Plaintiff filed an opposition.[2] Defendant filed a reply.[3]

**IT IS ORDERED** that Defendant's request for leave to amend its answer to assert an affirmative defense of comparative fault is **GRANTED**. Plaintiff was sufficiently put on notice by Defendant's discovery responses during the course of the instant litigation of Defendant's comparative fault affirmative defense.

**IT IS FURTHER ORDERED** that Defendant's request for leave to amend its answer to assert an affirmative defense of failure to mitigate and an affirmative defense of accord and satisfaction is **DENIED**. Defendant has not carried its burden of establishing the amendment would not constitute "unfair surprise" to Plaintiff.[4]

**IT IS FURTHER ORDERED** that Defendant e-mail its amended answer, in light of the above, to eFile-Morgan@laed.uscourts.gov by no later than **September 16, 2022**. The Court will then docket the amended answer on the record.

**New Orleans, Louisiana, this 13th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 319.
[2] R. Doc. 323.
[3] R. Doc. 335.
[4] *Phyfer v. San Gabriel Dev. Corp.*, 884 F.2d 235, 241 (5th Cir. 1989).