UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br>    Plaintiff | CIVIL DOCKET |
| VERSUS | NO.  18-13556 |
| EASTERN PACIFIC SHIPPING, PTE. LTD.,<br>    Defendant | SECTION: "E" (4) |

## ORDER

Defendant filed a motion for leave to supplement its exhibit list ("Motion").[1] The Court will consider Defendant's Motion on an expedited basis.

Accordingly;

**IT IS ORDERED** that Plaintiff file an opposition, if any, to Defendant's Motion by no later than **September 26, 2022**.

**New Orleans, Louisiana, this 21st day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 346.