**MINUTE ENTRY**
**ROBY, M. J.**
**September 27, 2022**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT** | **CIVIL ACTION** |
| **VERSUS** | **NO:   18-13556** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.** | **SECTION: "E" (4)** |

    A Settlement Conference was held on this date.  Participating were: Kholkar Vishveshwar Ganpat, plaintiff;   Richard Martin,Jr., Alejandro Gonzalez, Pedro Sotolongo representing the plaintiff; Adam Emiliano, Helene Sironneau, defendant representative;  and John Simms, Thomas Rayer, Jr representing the defendant.  Negotiations were unsuccessful and a settlement was not reached.

**CLERK TO NOTIFY:**
**Judge Susie Morgan**

**MJSTAR:  1:56**