**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| KHOLKAR VISHVESHWAR GANPAT, | * | CIVIL ACTION |
| *Plaintiff,* | * | |
| | * | NO. 2:18-CV-13556 "E" (4) |
| | * | |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| EASTERN PACIFIC SHIPPING PTE. LTD., | * | |
| d/b/a/ "EPS," | * | MAG.JUDGE KAREN WELLS ROBY |
| *Defendant.* | * | |

**************************************

<u>**MOTION FOR COURT ASSISTANCE TO OBTAIN VISA TO ATTEND TRIAL**</u>

**NOW INTO COURT,** through undersigned counsel, comes Kholkar Vishveshwar Ganpat ("Plaintiff") who seeks assistance from this Honorable Court in the form of a letter to the U.S. Consulate in Mumbai, India, directing or requesting that it assist Plaintiff in attending trial in New Orleans. by issuing to him an appropriate short-term travel visa.  In support of this request Plaintiff states as follows:

1.      The jury trial for this matter is set to begin on November 14, 2022, in New Orleans, Louisiana.

2.      Plaintiff resides in India and despite best and continuing efforts has not been able to obtain a visa to enter the United States.

3.      Plaintiff respectfully requests that this Court issue a letter to the U.S. Consulate in Mumbai, India, explaining that Plaintiff is indeed a litigant with a legitimate need to visit the United States for trial and to issue a short-term visa for that purpose[1].

4.   Prior to attending an appointment at the U.S. Consulate on May 13, 2022, Plaintiff

---

[1] A copy of the proposed letter to the U.S. Consulate in Mumbai, India is attached as ***Exhibit "1".***

made various attempts to apply for a visa.  However, due to COVID-19, the U.S. Consulate had suspended routine visa services.

5.    Plaintiff obtained an emergency appointment at the U.S. Consulate in Mumbai on May 13, 2022, to obtain a B1/B2 visa. To demonstrate the *bona fide* nature of his request, Plaintiff submitted a copy of this Court's January 25, 2022 Order to the consular officer during his interview and informed the officer that he was **required** to appear at the trial in New Orleans which starts on November 14, 2022.  However, Plaintiff's application for the B1/B2 visa was rejected and he was told to re-apply.[2]

6.    The same day, May 13, 2022, Plaintiff re-submitted an application for a B1/B2 visa and made a request for an emergency appointment.  However, these requests were denied. The next earliest appointment that Plaintiff was able to obtain with the U.S. Consulate is November 3, 2022.

7.    Plaintiff has attempted to obtain a B1/B2 visa without the Court's intercession on his behalf.  Due to the global pandemic, appointments have been limited to emergencies specific to student or exchange visitors, urgent business travel, funerals/deaths, or medical needs.

8.    Plaintiff suggest that his appearance at trial is at least as important as "urgent business travel" or a student exchange visit.

WHEREFORE, Plaintiff respectfully requests that this Court issue an instructional letter to the U.S. Consulate to assist Plaintiff in obtaining a visa to attend trial in New Orleans.

Dated: September 29, 2022

---

[2] A copy of the letter provided to Plaintiff after his visa application was rejected is attached as ***Exhibit 2***.

Respectfully submitted,

/s/ Pedro P. Sotolongo
Pedro P. Sotolongo, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street
Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
E-Mail: psotolongo@sotolongolaw.com
*Co-counsel for Plaintiff, pro hac vice*

/s/ Richard M. Martin, Jr.
Richard M. Martin, Jr. LA Bar #08998
LAMOTHE LAW FIRM, LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
*Local Counsel for Plaintiff*

/s/ Alejandro J. Gonzalez
Alejandro J. Gonzalez, FL Bar # 015293
GONZALEZ, P.A.
19 South Krome Ave.
Homestead, FL 33030
Telephone: (877) 413-4448
E-Mail: alex@agonzalezlaw.com
*Co-Counsel for Plaintiff, pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, this 29th day of September 2022.

J. Stephen Simms
Thomas Brown
Catherine M. Benson
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
tmbrown@simmsshowers.com
jssimms@simmsshowers.com
cmbenson@simmsshowers.com

Michael H. Bagot, Jr., T.A.
Thomas A. Rayer, Jr.
Wagner, Bagot & Rayer LLP
601 Poydras St., Suite 1660
New Orleans, LA 70130-6029
mbagot@wb-lalaw.com
trayer@wb-lalaw.com

/s/ Pedro P. Sotolongo
Pedro P. Sotolongo

3