# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KHOLKAR VISHVESHWAR GANPAT, | * | CIVIL ACTION |
| *Plaintiff*, | * | |
| | * | NO. 2:18-CV-13556 "E" (4) |
| | * | |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| EASTERN PACIFIC SHIPPING PTE. LTD., | * | |
| d/b/a/ "EPS," | * | MAG.JUDGE KAREN WELLS ROBY |
| *Defendant*. | * | |

**************************************

### PLAINTIFF'S MEMORANDUM IN RESPONSE TO THIS COURT'S REQUEST FOR ANY PRECEDENT OR SUPPORT FOR THE RELIEF REQUESTED IN PLAINTIFF'S MOTION FOR COURT ASSISTANCE TO OBTAIN VISA TO ATTEND TRIAL

**NOW INTO COURT,** through undersigned counsel, comes Kholkar Vishveshwar Ganpat ("Plaintiff") who hereby responds to this Honorable Court's request dated September 30, 2022, for any precedent or support for the relief requested in the Motion[1]. In support of this request Plaintiff states as follows:

1. The jury trial for this matter is set to begin on November 14, 2022, in New Orleans, Louisiana. On January 25, 2022, this Court issued an Order[2] which requires Plaintiff to appear in this forum. The Order states that "the Court may, if necessary, compel Plaintiff's appearance because he is subject to the jurisdiction of this Court."

2. Plaintiff resides in India and despite best and continuing efforts, he has not been able to obtain a visa to attend his trial in the United States. Plaintiff attended an emergency appointment at the U.S. Consulate in Mumbai on May 13, 2022, submitted a copy of this Court's January 25, 2022 Order to the consular officer during his interview and informed the officer that

---

[1] Rec Doc. 351
[2] Rec Doc. 221

he was **required** to appear at the trial in New Orleans which starts on November 14, 2022. Nevertheless, Plaintiff's application for the B1/B2 visa was rejected and he was told to re-apply.

3. Plaintiff is willing to travel to New Orleans to attend trial as scheduled. Pursuant to the instructions provided by the U.S. Consulate in India, Plaintiff is required to demonstrate to a consular officer that he qualifies for a U.S. visa in accordance with the U.S. Immigration and Nationality Acts (INA), as Section 214(b) of the INA presumes that every applicant is an intending immigrant. Plaintiff must overcome this legal presumption by showing:

   a. That the purpose of Plaintiff's trip to the United States is for a temporary visit;

   b. That Plaintiff plans to remain in the United States for a specific, limited period time;

   c. Evidence of funds to cover Plaintiff's expenses while in the United States; and

   d. That Plaintiff has residence outside of the United States, as well as other binding social or economic ties, that will ensure Plaintiff's return aboard at the end of his visit.

4. Moreover, according to the U.S. Department of State – Bureau of Consular Affairs website, in accordance with Department procedures, a consular officer may determine that additional information from sources other than the applicant may help establish an applicant's eligibility for a visa.

5. Plaintiff has attempted to obtain a B1/B2 visa without the Court's intercession on his behalf. However, based upon Plaintiff's visa denial after his interview on May 13, 2022, despite submitting the Order from this Honorable Court, Plaintiff believes that a letter[3] from this Honorable Court to the Consulate in Mumbai stating that Plaintiff is required to attend trial in New

---

[3] A copy of the updated proposed letter to the U.S. Consulate in Mumbai, India is attached as ***Exhibit "1"***.

2

Orleans for the five-day trial period, to be arranged and paid for by Plaintiff's counsel, is a sufficient way of overcoming the Section 214(b) of the INA's legal presumption.

WHEREFORE, Plaintiff respectfully requests that this Court issue an instructional letter to the U.S. Consulate to assist Plaintiff in obtaining a visa to attend trial in New Orleans.

Dated: October 3, 2022

Respectfully submitted,

/s/ Pedro P. Sotolongo
Pedro P. Sotolongo, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street, Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
E-Mail: psotolongo@sotolongolaw.com
*Co-counsel for Plaintiff, pro hac vice*

/s/ Richard M. Martin, Jr.
Richard M. Martin, Jr. LA Bar #08998
LAMOTHE LAW FIRM, LLC
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
*Local Counsel for Plaintiff*

/s/ Alejandro J. Gonzalez
Alejandro J. Gonzalez, FL Bar # 015293
GONZALEZ, P.A.
19 South Krome Ave.
Homestead, FL 33030
Telephone: (877) 413-4448
E-Mail: alex@agonzalezlaw.com
*Co-Counsel for Plaintiff, pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, this 3rd day of October 2022.

J. Stephen Simms
Thomas Brown
Catherine M. Benson
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
tmbrown@simssshowers.com
jssimms@simssshowers.com
cmbenson@simssshowers.com

Michael H. Bagot, Jr. T.A.
Thomas A. Rayer, Jr.
Wagner, Bagot & Rayer LLP
601 Poydras St., Suite 1660
New Orleans, LA 70130-6029
mbagot@wb-lalaw.com
trayer@wb-lalaw.com

/s/ Pedro P. Sotolongo
Pedro P. Sotolongo