DOCUMENT PRODUCED IN NATIVE FORMAT

Exhibit 11

EPS00259

| M/V "STARGATE" | IMO NO:9493212 | PERSON ON BOARD:23 | DATE: | 22-May-2017 |
| --- | --- | --- | --- | --- |
| MONROVIA | FLAG: LIBERIA | NO DANGEROUS CARGO O/B | PORT: | RIO DE JANEIRO |

## MEDICINES LIST

| CAT | ITEM CODE | | PRODUCT | Locker / Drawer | Batch 1 | | Batch 2 | | NEW SUPPLY Batch 3 | | Additional Comments or Queries |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | QTTY Onboard | EXPIRY DATE | QTTY Onboard | EXPIRY DATE | QTTY Onboard | EXPIRY DATE | |
| | **PTE | L.E. WEST | MEDICINES | | | | | | | | |
| | **CARDIOVASCULAR** | | | | | | | | | | |
| M | | 12a2 | Adrenaline/Epinephrine inj.BP 1mg.1ml[1:1000]0.5ml Ampoule | M | NIL | | | | | | |
| M | | 12A6 | Atropine inj. 1mg/ml | M | NIL | | | | | | |
| | | 1c1 | Frusemide/Furosemide 40mg Tablets | | NIL | | | | | | |
| | | 1c2 | Frusemide/Furosemide inj.10mg/ml - 2ml Ampoule | | NIL | | | | | | |
| | | 12B35 | Phytomenadione[Vitamin K1]10mg/ml 0.2ml Ampoule[Paediatric] | A | 2 | Sep-18 | | | | | |
| | | 14c45 | Metroprolol Tab. ' CARDELOC ' 100mg | A | 30 | Aug-17 | 30 | Aug-18 | | | |
| F | | | Glucagen Injection 1MG/ML | | NIL | | | | | | |
| | | 1e | Atenolol 50mg Tablets | | NIL | | | | | | |
| | | | | | | | | | | | |
| | **GASTROINTESTINAL SYSTEM** | | | | | | | | | | |
| | | 2a2 | Antacid Tablets/Liquid  [e.g Maalox Plus™, Gaviscon™, Andrews Antacid™ etc] | | NIL | | | | | | |
| | | 2b1 | Prochlorperazine Maleate 3mg Buccal Tablets | | NIL | | | | | | |
| | | 2b2 | Promethazine Hydrochloride 25mg in 1ml Ampoule | | NIL | | | | | | |
| | | 2b3 | Hyoscine Hydrobromide 300mcg-OR-Cinnarizine 15mg Tablets | | NIL | | | | | | |
| | | 2c | Glycerol Suppositories BP-4mg[Adult]mould | | NIL | | | | | | |
| | | 13a8 | Loperamide 2mg Capsules [Anti-diarrhoeals] | A | 90 | Aug-20 | | | | | |
| | | 2f | Haemorrhoid Preparations [ointment/Cream/Suppositories] | | NIL | | | | | | |
| | | 12d32 | Misoprostol tablets CYTOTEC 200mg - 10's | A | 3 | Nov-17 | | | | | |
| | | 17a3 | Omeprazole Cap. 'OMEZOLE ' 20mg | | NIL | | | | | | |
| | | 13d9 | Ondansetron Tab. 4mg - 10'S | A | 30 | Jul-17 | | | | | |
| | | 13b12 | Docusate & Senna Tablets 50/8mg | A | 30 | Sep-17 | | | | | |
| | | 7a5 | Activated  Charcoal Powder | | NIL | | | | | | |

Exhibit 11

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ANALGESICS & ANTI-SPASMODICS** | | | | | | | | | | |
| | | 11c2 | Paracetamol 500 mg tablets | | A | 100 | Jul-19 | 40 | Jun-17 | | |
| | | 11b31 | Ibuprofen 400mg Tablets | | A | 100 | Dec-18 | | | | |
| | | 3a3 | Diclofenac Sodium 50mg Suppository | | | NIL | | | | | |
| M | | 3b1 | Codeine Phospate 30mg Tablets | | M | NIL | | | | | |
| M | | 15a1 | Morphine Sulphate Inj. 10mg/1ml-1ml Ampoules 5's | | M | 18 | Feb-18 | | | | |
| M | | 15a1 | Morphine Tab"MST Continus" 10Mg | | M | NIL | | | | | |
| M | | | Haloperidol Inj. 5Mg/Ml | | M | 5 | Jul-18 | | | | |
| M | | | Tramadol 100mg/2ml Amps. | | M | NIL | | | | | |
| | | 10a5 | Aspirin Tablets 300mg | | | NIL | | | | | |
| | **NERVOUS SYSTEM** | | | | | | | | | | |
| M | | 4a2 | Diazepam 5mg Tablets | | M | 50 | Nov-18 | | | | |
| M | | 14c26 | Midazolam Injection 5mg/ml | | M | 5 | Mar-18 | | | | |
| M | | 4b1 | Chlorpromazine Hydrochoride 25mg/ml inj.Ampoule | | M | NIL | | | | | |
| M | | 4b2 | Chlorpromazine Hydrochoride 25mg Tablets | | M | NIL | | | | | |
| M | | 4d | Diazepam Rectal Dispenser,10mg in 2.5ml | | M | NIL | | | | | |
| M | | | Tramadol Cap. 'TRAMATAS ' 50mg | | M | NIL | | | | | |
| | **ANTI-ALLERGIC & ANTI-ANAPHYLACTIC** | | | | | | | | | | |
| | | 14a20 | Cetirizine 10mg Tablets[Anti-histamine] | | A | 30 | Aug-18 | | | | |
| | | 5b1 | Hydrocortisone 100mg Inj. Powder + 2mls Water for Injection | | | NIL | | | | | |
| | | 11c14 | Prednisolone 5mg Tablets | | A | 30 | Sep-18 | | | | |
| | | 11b57 | Dexamethasone inj. ' DEXTON ' 4mg/ml | | A | 5 | Oct-17 | | | | |
| | **RESPIRATORY SYSTEM** | | | | | | | | | | |
| | | 12d17 | Salbutamol Inhaler 100mcg/metered dose-200doses | | A | 2 | Oct-17 | | | | |
| | | 6a1a | Spacehaler/Inhalation Device[FOR USE WITH 6a1 OR 6a2] | | | NIL | | | | | |
| | | 6a2 | Beclomethasone inhaler 100mcg/metered dose | | | NIL | | | | | |
| | | 6b | Cough Mixture - Non-Drowsy | | | NIL | | | | | |
| | | 6c | Cold/ Flu /Sinusutis  remedy  e.g. Cold Relief Sachets | | | NIL | | | | | |
| | | 12A48 | Naloxone Inj. 0.4mg/ml | | | NIL | | | | | |
| | | 6a1a | Spacer / Volumatic devicechamber for inhaler | | P1 | 1 | N/A | | | | |

Exhibit 11

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ANTI- INFECTION** | | | | | | | | | | |
| | | 7a1 | Benzyl Penicillin 600mg[1millionIU] Inj.Powder Vial | | NIL | | | | | |
| | | 7a1a | Water for Injection - 2ml [STERILE] [for use with 7a1] | | NIL | | | | | |
| | | 14a36 | Ciprofloxacin Tablets Proflox 250mg | A | NIL | | | | | |
| | | 7a3 | Cefuroxime 750mg injection Powder Vial | | NIL | | | | | |
| | | 7a3a | Water for Injection - 5ml [STERILE] [for use with 7a3] | A | 20 | Jun-17 | | | | |
| | | 11b54 | Erythromycin 250 mg Tablets | | NIL | | | | | |
| | | 11b58 | Doxycycline 100mg Capsules / Tablets | A | 20 | Jun-18 | 30 | Sep-18 | | |
| | | 14c34 | Azitromycin Caps 500mg | A | 6 | Nov-17 | 6 | Jun-18 | | |
| | | 7d | Mebendazole 100mg Tablets. | | NIL | | | | | |
| | | 7e1 | Metronidazole 1 g [1000mg] Suppository | | NIL | | | | | |
| | | 11c24 | Metronidazole 400mg-OR-500mg Tablets | A | 30 | Dec-17 | | | | |
| F | | 7f1 | Tetanus Vaccine 0.5 ml injection | F | NIL | | | | | |
| F | | 7f2 | Tetanus Immunoglobin Injection[Human]250iu Vial/Ampoule | F | NIL | | | | | |
| | | 10D13 | Lamivudine & Zidovudine 150/300mg | A | 60 | Apr-18 | | | | |
| | | 17A1 | Ceftriaxone Inj. ; TRICEFIN ' 1gm | A | 15 | Dec-17 | | | | |
| | | 17a19 | Co-Amoxyclav Tablets 1gm | A | NIL | | | | | |
| | | 14B71 | Acyclovir Tablets ' MEDOVIR ' 400mg | A | 50 | Jan-19 | | | | |
| **REHYDRATION SALTS** | | | | | | | | | | |
| | | 4a4 | IV Infusion Set | I | 7 | Sep-18 | | | | |
| | | 17a2 | Oral Rehydration salt | A | 15 | Oct-19 | | | | |
| | | 17b12 | Sodium Chloride Infusion 0,9% - 1000ml | I | 2 | Jun-18 | | | | |

Exhibit 11

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MEDICINES FOR EXTERNAL USE** | | | | | | | | | | |
| | | 9a1 | Antiseptic Solution 100ml | | NIL | | | | | |
| | | 9a2 | Antibiotic Cream: Bacitracin/Neomycin Sulphate x 15g | A | NIL | | | | | |
| | | 12d39 | Hydrocortisone 1% Cream x 15g | A | 7 | Sep-18 | 1 | May-19 | | |
| | | 17b16 | Benzyl Benzoate Application 25% - 120ml | I | 3 | Sep-17 | | | | |
| | | 11c30 | Betadine Antiseptic Ointment - 10mg | A | 1 | Sep-17 | | | | |
| | | 12d29 | Miconazole Nitrate 2% Tropical Cream x 30g | | NIL | | | | | |
| | | 9a4c | Clotrimazole 500mg Pessary [if women onboard ONLY] | | NIL | | | | | |
| | | 9a5 | Silver Sulphadiazine 1% Cream x 50g | | NIL | | | | | |
| | | 9a6a | Permethrin 1% Cream Rinse x 59ml | | NIL | | | | | |
| | | 9a6b | Zinc Ointment BP x 25g | | NIL | | | | | |
| | | 17a10 | White soft paraffin- 50gm | | NIL | | | | | |
| | | 7d7 | Povidone Iodine solution 10% -125ml | A | 2 | Jul-17 | 1 | Apr-18 | | |
| | | 11c38 | Povidone Iodine ointment 10%-15mg | A | 3 | Apr-19 | | | | |
| | | 14b35 | Dermabond Skin Adhesive 0.5mg | A | 2 | Aug-17 | | | | |
| | | 11c55 | Zinc oxide ointment 20% - 50gm | A | 2 | Sep-18 | | | | |
| | | 7a28 | Neo Mom Lice Shampoo 100ml | I | 2 | Nov-18 | | | | |
| | | 10a14 | Manuca Honey UMF | A | 1 | Jul-19 | | | | |
| | | 7c9 | Medical Alcohol 500ml | I | 2 | Mar-18 | | | | |
| | | 3d12 | Foaming hand Sanitizer 250ml | I | 5 | Aug-18 | | | | |
| | | 3b38 | Alcohol Swabs | A | 136 | Mar-19 | | | | |
| **EYE MEDICINES** | | | | | | | | | | |
| | | 12b11 | Tetracycline 1% Eye Ointment x 5g | A | 5 | Aug-17 | | | | |
| | | 46030 | Eye Wash 250 ml | | NIL | | | | | |
| | | 16207 | Eye Wash 118ml | I | 10 | Aug-19 | | | | |
| | | 16np0015 | Medi-First Eye Wash 118ml / 473ml | I | 1 | Oct-19 | 2 | Sep-19 | | |
| | | 17a25 | Chlortetracycline 1% Eye Ointment | | NIL | | | | | |
| | | 14d13 | Tetracaine Hydrochloride eyedrops 0.5%[minimns single use] | A | NIL | | | | | |
| | | 9b5 | Pilocarpine Hydrochloride 2% 10ml eyedrops.[OR Minims Single use0.5ml] | | NIL | | | | | |
| | | 9b6 | Fluorescein Sodium 1% Eye Test Strips [Minims Flourets ™] | A | NIL | | | | | |

Exhibit 11

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NOSE / EAR MEDICINES** | | | | | | | | | |
| F | 9c1 | Antibiotic Ear Drops x 5ml | F | NIL | | | | | |
| F | 9c2 | Nasal Decongestant :Ephedrine Nasal Drops 0.5%x10ml-OR-Similar | F | NIL | | | | | |
| | 10d18 | Oxymetazoline Nasal Drops 0,05% - 10ml | A | 6 | Jan-18 | | | | |
| **MEDICINES FOR ORAL & THROAT INFECTIONS** | | | | | | | | | |
| | 9d1 | Chlorhexidine Gluconate 0.2% Mouthwash x 300ml | | NIL | | | | | |
| | 10d2 | Isosorbine Sublingual tab 5mg | A | 30 | Jan-18 | | | | |
| **LOCAL ANASTHETICS** | | | | | | | | | |
| | 10d8 | Lignocaine/Lidocaine Hydrochloride inj.1%[50mg/5ml]-5ml Ampoule | M | NIL | | | | | |
| | 9a3a | Dental Gel-eg Bonjela x 15g | | NIL | | | | | |
| | 10d19 | Oil cloves [Clove Oil] x 10ml | A | 3 | Feb-18 | | | | |
| **ANTI MALARIALS[only required in designated risk zones]** | | | | | | | | | |
| | 14a1 | Chloroquine Phosphate Tablets 250mg | | NIL | | | | | |
| | 11b21 | Mefloquine Tablets 250mg | C | 72 | Jul-19 | | | | |
| | 14a3 | Proguanil Hydrochloride Tablets 100mg | | NIL | | | | | |
| | MO349 | Atovaquone + Proguanil[Malarone] | | NIL | | | | | |
| | 10D5 | Co-Artemether Tab. 20mg/120mg | C | 24 | Oct-17 | | | | |
| | 10D3 | Artemether inj. 80mg/ml | C | 10 | Aug-17 | | | | |
| | 9a6 | Insect Repellent Gel 50gr | | NIL | | | | | |
| | M0032 | Malarial Test Kit - optimal | | NIL | | | | | |
| | | Doxiciclina Normon 100mg - 42's | C | 84 | Nov-18 | | | | |
| | | Resochin (Chloroquine) 250mg - 50's | C | 48 | May-18 | | | | |
| | | Proguanil / Autovacuona 100/250mg Mylan - 12's | C | 108 | Sep-19 | | | | |
| | | Repel Bite Xtrime Gel 100ml | Medical Box | 50 | Jun-19 | | | | |
| | | Goibi Extrime Spray 75ml Antimosquito | Medical Box | 27 | Oct-18 | | | | |

\* **F**- To be stored in Refrigerator[DO NOT FREEZE]  /  **M** - To be stored in Master Safe   /  **S** - Sterile Products shelf life normally 5 years from date of manufacture

\*\***PTE - PRINCETON PHARMACY SUPPLY**

**MASTER:**

Exhibit 11