

Dr Charlie Easmon

5th August 2022

**Medical Report**

**Re: The Plaintiff**
**Date of Birth:21st August 1987**

**Background to the case**

Mr Kholkar when aged 29 acquired falciparum malaria and this was diagnosed relatively late by the hospital he was admitted to in Brazil.

According to the Medical Statement of Fact, the Mr Kholkar first reported headache and diffuse pain 25/5/2017and the Mr Kholkar did not report fever until 26/5/2017.
He had jaundice 25/5/2017
He was admitted to RioMar hospital 27/5/2017.
Malaria diagnosis was made 29/5/2017.

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12
EPS02404



Malaria can mimic many other conditions such as:.

A common cold
The flu
Food poisoning
Headache of many other causes


He had cerebral malaria which has a high mortality and morbidity.   He had significant complications and was treated with vasoactive amines to ensure that his blood pressure was maintained.  Sadly he suffered gangrene of his toes and 9 were amputated.
He most likely acquired the malaria in Gabon.
Malaria prophylaxis and mosquito repellents would have reduced his risk of catching malaria by 90%.

The World Health Organisation (WHO) has an International Health section and with this gives advice on malaria treatment and prophylaxis (https://www.who.int/teams/global-malaria-programme/guidelines-for-malaria Accessed 5/8/2022).  The US Centers for Disease Control & Prevention (CDC) gives similar information (https://www.cdc.gov/malaria/travelers/drugs.html  Accessed 5/8/2022). The UK has guidelines on malaria prevention **(https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1002275/Guidelines_for_malaria_prevention_in_travellers_from_the_UK_2021-1.pdf Accessed 20/7/2022**and guidelines on malaria treatment with reference to WHO (https://www.journalofinfection.com/article/S0163-4453(16)00047-5/fulltext Accessed 5/8/2022)
.

Malaria prophylaxis with Malarone, Mefloquine or Doxycycline is considered to be equally effective.

Any antimalarial prophylaxis taken correctly for 4 weeks after an initial exposure would help to prevent malaria by a reported 90% in that 4 week period but once that 4 weeks was finished the risk returns to normal (this figure would be only 7 days if Malarone were used). They would have no effect on the likeliness of the gangrene complication that the Plaintiff suffered.


Early treatment for malaria might have prevented the complications that the Plaintiff suffered.

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                            EPS02405



With regard to ship-board anti- malaria drug stock, an invoice shows delivery 22 Feb 2017 Mefloquine 250mg 100 tablets.

The drug inventory dated 11 March 2017 shows relevant stock as:

Mefloquine 250 mg 72 tablets
Co-artemeter (Riamet, Coartem) 20/120mg 24 tablets
Artemeter injection 80mg/ml qty 10
Doxycycline 100mg 84 plus another 50 in the anti-infection category
Resochin (Chloroquine) 250mg 48
Proguanil/Atovaquone (Malarone)100/250 108


The drug inventory dated 22nd May 2017 shows relevant stock as:

Mefloquine 250 mg 72 tablets
Co-artemeter (Riamet, Coartem) 20/120mg 24
Artemeter injection 80mg/ml qty 10
Doxycycline 100mg 84 plus another 50 in the anti-infection category
Resochin (Chloroquine ) 250mg 48
Proguanil/Atovaquone (Malarone) 100/250 108

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12   EPS02406



Box 1. Key Information on Malaria Part 1 of 2

**Chiodini PL, Patel D, Goodyer L and Ranson H.. Guidelines for malaria prevention in travellers from the United Kingdom, 2021. London: Public Health England; March 2021**

**([https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1002275/Guidelines_for_malaria_prevention_in_travellers_from_the_UK_2021-1.pdf](https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1002275/Guidelines_for_malaria_prevention_in_travellers_from_the_UK_2021-1.pdf) Accessed 20/7/2022)**

Malaria prevention advice involves a combination of preventive measures (the ABCD of malaria prevention) including:
**A**wareness of risk **B**ite prevention **C**hemoprophylaxis
**D**iagnose promptly and treat without delay

Emphasise that while no regimen is 100% effective, the combination of preventive measures advised will give significant protection against the potentially severe consequences of malaria acquisition.

Chloroquine-resistant falciparum malaria is now widespread (effectively universal).

There is a high risk of malaria in Gabon (***Options for prophylaxis include either  Doxycycline or Mefloquine***).

Mefloquine
**Efficacy**
The protective efficacy of mefloquine is 90% or more …At the present time, significant resistance of *P. falciparum* to mefloquine is a problem **only in some areas of south-East Asia …., but is reported sporadically from the Amazon basin**.

Doxycycline
**Efficacy**
Doxycycline is of comparable prophylactic efficacy to mefloquine...

Atovaquone plus proguanil combination preparation
**Efficacy**
Prophylactic efficacy against P. falciparum is 90% or more…

4

Exhibit 12                                                                 EPS02407



Box 2. Key Information on Malaria Part 2 of 2

UK MALARIA TREATMENT GUDELINES 2016
(https://www.journalofinfection.com/article/S0163-4453(16)00047-5/fulltext
Accessed 5/8/2022)

11. Severe falciparum malaria, or infections complicated by a relatively high parasite count (more than 2% of red blood cells parasitized) should be treated with intravenous therapy until the patient is well enough to continue with oral treatment.
The treatment of choice for severe or complicated malaria in adults and children is intravenous artesunate (Grade 1A).
….for all patients with severe malaria. Intravenous artesunate is therefore considered the treatment of choice for severe malaria. (Grade 1A).

1. The risk of malaria in Gabon is high as noted by CDC and Travel HealthPro (https://travelhealthpro.org.uk/country/84/gabon#Malaria)

2. Travellers to Gabon should receive the ABCD advice. A = Awareness. B = Bite Avoidance. C = Chemoprophylaxis. D = Diagnosis.

3. In Africa there is significant drug resistance to chloroquine and for that reason this will not be counted amongst the 'useful' anti-malarial stock.

4. According to the stock list seen by me, the ship had adequate anti-malaria drug stock for prophylaxis against falciparum malaria. This stock included Malarone, Doxycycline and Mefloquine.

5. According to the stock list seen by me, the ship had adequate anti-malaria drug stock for treatment of falciparum malaria. This stock included Malarone, Artesunate and Co-artemeter.

6. The treatment dosage (as opposed to the prophylactic dosage or use) of Malarone for malaria is 4 tablets daily for 3 days (12 tablets in total). The ship held 108 of these tablets.

5

Exhibit 12                                                                                          EPS02408



7.  The treatment dosage of Coartem for malaria is 4 tablets then 4 more tablets at each of the following hours 8,24, 36, 48 and 60 hours (24 tablets in total).  The ship held 24 of these tablets.

8.  The treatment dosage of intravenous artesunate is something that would normally be done in a hospital and not on board a ship.

The advice supported by WHO is complex.

A bolus intravenous injection would be given at 0, 12 and 24 hours daily,  After completion if the 24 hour therapy (maximum of 5 days) the full course of oral Coartem would be given. Each bolus dose would be 2.4mg/kg. For a man of 80 kg this would be 192mg per bolus (576 mg in 24 hours). The ship had 800mg.

9.  There is no current evidence that the falciparum malaria in Gabon is resistant in prophylactic terms or treatment terms to the stock available on the ship, specifically the Malarone, Doxycycline or the Mefloquine .

10. The Malarone, Mefloquine and Doxycycline on board could all three be used with equal effectiveness for falciparum malaria prophylaxis.

11. The Mefloquine for falciparum malaria prophylaxis would be given as 1 tablet  a week for 1-2 weeks prior to exposure to malaria and for 4 weeks after – so a 1 day exposure would need 6 tablets only and 72 were in stock.

12. The Doxycycline for falciparum malaria prophylaxis would be given as 1 tablet per day for 1-2 days prior to exposure to malaria and for 4 weeks after – so a 1 day exposure would need 29-30 tablets only and 134 were in stock.

13. The Malarone for falciparum malaria prophylaxis would be given as 1 tablet  a day for 1-2 days prior to exposure to malaria and for 7 days after – so a 1 day exposure would need 10 tablets only and 108 were in stock.

6

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                    EPS02409



14. The ship in my professional opinion had the appropriate level of WHO advised malaria treatments for its crew size of 23. The 24 co-artemeter is enough to treat 1 adult but is all that is advised for a ship of this crew size in that twice the dose is recommended for ships of 30 crew. The dose of intramuscular Artemeter at 10 times 80mg/ml vials are adequate for the treatment of cases of malaria on the ship (https://www.journalofinfection.com/article/S0163-4453(16)00047-5/fulltext Accessed 5/8/2022)

15. In summary the ship had adequate malaria prevention medication and adequate treatment doses for malaria. In terms of treatment for malaria the ship had the appropriate amounts as advised by the quoted international guidelines for a crew of 23 as the next increase recommendation is for  a crew of 30.

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                                    EPS02410



**The methodology which I used to arrive at my conclusion is based on my extensive training and more than 30 years' experience in tropical medicine.**

Clinical experience of the private sector: I have been a doctor since 1984 and in more than 35 years of medical experience I have dealt with a wide range of medical issues and built up an excellent network of knowledgeable specialists.

With regard to malaria experience after my Diploma in Tropical Medicine at Liverpool School of Tropical Medicine, I worked for 6 months in Rwanda helping advise on malaria and for 3 months supporting 12,000 refugees in Gisenyi for the medical charity Merlin. I worked and advised on Malaria for 3 months in Botswana for the youth development charity, Raleigh International. During my 2.5 years as a Medical Adviser to the UK Foreign and Commonwealth Office I regularly advised on Malaria as I also did during my 2 years at the Travel Clinic run by Dr Ron Behrens at the London School of Hygiene and Tropical Medicine. In my publications list several are on malaria.

Clinical experience of the NHS: I started my first few years as a junior doctor in medicine, surgery and Accident & Emergency. I had one extremely busy year as Medical Registrar in the Mayday University Hospital Croydon and in this period became a Member of et Royal College of Physicians.  In more recent years I undertook Occupational Health Works for The Barts and the London NHS Trust (3 Years) as well as working in Romford Queen's Hospital and Norfolk.

**My experience of managing a medical organisation:** I have been president of an organisation for international doctors and nurses for 4 years and have managed and chaired biannual meetings on a wide range of medical subjects (www.IAPOS.com).

**Country experience:**
I have had the pleasure to visit more than 75 countries and many of these I have interacted with medical teams or undertaken audits. I still undertake annual audits in the Ukraine and the Philippines for North of England Protection & Indemnity (NEPIA).

8

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12

EPS02411



**Appendix 1.**

**<u>Prior to writing this report I had the opportunity to review the following documents:</u>**

Dated 27 June 2022 Podiatric Medical report  **by** JAMES M. LOSITO, DPM., FACFAOM, FACFAS, Professor of Podiatric Medicine
Dated 6 July 2022 The Expert report of Arthur M. Fournier, MD

Expert Witness Report Vishveshwar  vs Eastern Pacific Shipping (EPS)
Mark F. Wiser, Ph.D.

Dated 7th July 2022 Report of Professor Emeritus G. Randolph Rice To Mr Peter P. Sotolongo Attorney at Law

Dated 5th July 2022 Vocational Rehabilitation  Report of Thomas J. Meunier, Jr., L.R.C. Vocational Rehabilitation Counselor Mr Peter P. Sotolongo

Dated 5th July 2022 CHARLES R. FIGLEY, Ph.D.
REPORT OF EXPERT TRAUMA PSYCHOLOGY OPINION
Visheshwas Kohlkar v. Eastern Pacific Shipping, PTE, LTD., d/b/a "EPS"

Dated 10th August 2017 International Medical Care Report MV Stargate

Admitted to Hospital 27 May 2017

Admission Record V.M.Salgaocar Hospital 8th December / 2017

Port calls since 2013_Redacted
German Medical Care cert 2015
13-2016-2022 Medical Records
26.05.17 Temperature
2017_0531 Medical Report

2017_0817 Mehndiratta Medical Report
2017_0823 Discharge summary of OT.Kohlaas in Goa
2017_0919 Kamat Disability Report
2018_0421 Mehndiratta disability evaluation
2018_0424 Hospital Admission Records

2018_0424 SRMC admission and discharge

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                            EPS02412



2018_0529 Kamat Disability letter
2061-Med400534 invoiced date 10 Jan 2027 at Las Palmas
Capt. IVANOSCHI NICOLAE TEODOR (64591) Medical Care cert
Deck Log 21-28 May 2017
Drugs inventory 11 March 2017
LISCR Responsibility of Masters
MED.INVENTORY -22 May 2017

Medical Log Book - First&Second Part of page 3
Medical Reports August 2017

Medical Reports July 2017

Medical Reports June 2017

Medical Reports May 2017

Medical SOF
Photos of feet
Photos of toes
Photos of Pf toes
QSM0307 Master Responsibility
Stargate-SMC - valid 311018
Supplies delivered on 020417 at Savannah

Supplies delivered on 220217 at Abidjan
VISHWESHKAR__MED_EVALUATION_CERTIFICATE
WHO International Medical Guide for Ships

EPS Manuals on General Health & Safety
2022 04 01 Letter from Dr Fournier
2022 05 12 Letter to Dr Rice
2022_0523_Answers to Plaintiff document production requests

2022_0523_EPS Responses to Plaintiff interrogations

2022_0606 Plaintiff's Answers to Roggs VK

2022_0606 Plaintiff's Response to RFP VK
2022_0615_RRFP for further document requests
CDC - Surveillance Summaries
EPS Answer to Rogg No.4
Improved integrated Maternal and Neonatal Survival through Malaria and
HIV/AIDS Prevention in Gabon - Medical Care Development International

10

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                    EPS02413



Liberia ship medical chest regulation
Malaria Surveillance - United States, 217 _ MMWR
Singapore ship medical chest regulation
Timeline (Dec.2016 -May 2017)
WHO International medical guide for ships 3rd edition



**Dr Charlie Easmon 078344 38479**

**GMC 2917175**

**Tel: 07834438479**

MBBS MRCP MSC Public Health DTM&H

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12

EPS02414



**Curriculum Vitae**

**Dr Charlie Easmon MBBS MRCP MSc Public Health DTM&H DOccMed DFPH**

**Mobile: 07834438479**

**Work Address:**

**1 Harley Street**

**London**

**W1G 9QD**

**Email; charlie@yourexcellenthealth.org**

**Linked in: https://uk.linkedin.com/in/charlie-easmon-1b64615**

1

Exhibit 12                                                                                      EPS02415



**Education**

| | |
|---|---|
| 1984 | Bachelor of Medicine/Bachelor of Science (MBBS) University of London |
| 1990 | Member of the Royal College of Physicians (MRCP) University of London |
| 1994 | Master of Science (MSc) Public Health University of London |
| 1995 | Diploma in Tropical Medicine Liverpool University |
| 1998 | Diploma in Occupational Medicine Faculty of Occupational Medicine |
| 1998 | Fellow Royal Institute of Public Health and Hygiene (now Royal Society of Public Health) |
| 2003 | Diplomate Member of the Faculty of Public Health Faculty of Public Health |
| 2003 | International Society of Travel Medicine (ISTM) Certificate in Travel Health (CTH) |

**Academic and Clinical Appointments**

| | |
|---|---|
| 2015 – 2020 | President of The International Association of Physicians for the Overseas Services (IAPOS) www.iapos.co.uk |
| 2011- Present | Medical Director and Founder of Dr Charlie Easmon Ltd T/A Your Excellent Health Service; Health Screens, Occupational Health, UK Oil and gas Medicals, Cruise Line Medicals, Travel Health & Vaccinations. |

2

Exhibit 12                                                                                    EPS02416



**Committee Memberships**

**2020 – Present**   Board Member Alma Mater Education/Organic Farm Charity in Ghana from 2020
http://www.almamatereducation.org/

**2020 – Present**   Board Member The British Association of Performing Arts Medicine (BAPAM) www.bapam.org.uk

**2021 – Present**   School Governor Cokethorpe School
(**www.**cokethorpe**.org.uk**) from 2021

**Publications**

1995    Easmon, Charles. "Trust in the future?." *BMJ* 311.7019 (1995): 1579.
1996    Easmon, C. "Working overseas." *BMJ* 313 (1996): 2-3.
1999    Easmon, C. "The case for tropical screening services." *TRAVEL MEDICINE INTERNATIONAL* 17 (1999): 105-108.
2000    Easmon, C. "Assessment of the returned traveller." *Occupational medicine*50.8 (2000): 583-585.
2000    Easmon, Charlie. "New challenges in travel medicine." *Update-Journal of Continuing Education for General Practitioners-UK Edition* 60.10 (2000): 694-696.
2000    Easmon, C. "US leads the way in travel information." *TRAVEL MEDICINE INTERNATIONAL* 18.2 (2000): 67-68.
2002    Easmon, Charlie. "Health and safety aspects of business travel." *The journal of the Royal Society for the Promotion of Health* 122.1 (2002): 7-8.
2003    Easmon, Charlie. "Japanese Encephalitis and other forms of Viral Encephalitis transmitted by Mosquito." (2003).
2003    Easmon, Charlie. "Better safe than sorry." *Occupational Health* 55.8 (2003): 16.
2004    Easmon, Charlie. "Why is travel health important to you and your contractors?." *Petroleum review* 58.693 (2004): 36-37.
2004    Easmon, C. "Travel health Malaria prophylaxis." *PRACTICE NURSE* 27.11 (2004): 70-72.

3

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                      EPS02417



| 2005 | Easmon, Charlie. "Typhoid fever and paratyphoid fever." *CDC, National Center for infectious diseases, Division of bacterial and Mycotic diseases* (2005). |
|---|---|
| 2005 | Easmon, Charlie. "Diagnosing illness acquired overseas." *UPDATE* 70 (2005): 71. |
| 2006 | Patel, Dipti, Charles Easmon, Paul Seed, Carol Dow, and David Snashall. "Morbidity in expatriates—a prospective cohort study." *Occupational Medicine* 56, no. 5 (2006): 345-352. |
| 2007 | EASMON, C. "LEPTOSPIROSIS OUTBREAK, SABAH, BORNEO." *2 Editorial 3 Safer and healthier holidays R. Cartwright 6 International medical assistance C. Peach 10 Travellers thrombosis BTHA 17 Management of flying phobias–brief focused therapy R. Bor*: 52. |
| | (Contributor) Freedman, David O. "The Borneo Eco-Challenge: GeoSentinel and Rapid Global Sharing of Disease Outbreak Information." *Travel Medicine: Tales Behind the Science* (2007): 129. |
| 2011 | Easmon, Charles, and Nigel Edwards. "Conference conversations—infection prevention, a liberated NHS and the Future Forum." *Journal of Infection Prevention* 12.5 (2011): 182-186. |
| 2014 | Easmon, Charlie. "The Ebola virus: lessons to be learned." *Trends in Urology & Men's Health* 5.5 (2014): 36-36. |

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                        EPS02418



**Books (Chapters in)**

Benedek, D.M., Wynn, G.H., Liese, B., Mundt, K.A., Dell, L.D., Nagy, L., Demure, B., Patel, D., Easmon, C.J., Dow, C. and Snashall, D.C., 2013. TRAVEL HEALTH KITS. *CDC Health Information for International Travel 2014: The Yellow Book*, p.138.

Jones, Nick, Pema Sanders, and Charles Easmon. *The Rough Guide to Travel Health*. Rough Guides, 2001.

EASMON, C. "UNDERSTANDING MOSQUITO REPELLENTS." *2 Editorial 3 The pregnant traveller J. Howarth Wilson 7 Management guidelines 9 Coping with periods and the pill in global travel Jean Sinclair 12 Health care provision for the Hajj H. Ghaznawi*: 34.

Immunisation Chapters in UK Green Book (not credited)
Oxford Book of Wilderness Medicine

**Private reports:**
The Foreign & Commonwealth Office (More than 15 countries)

European Commission - Humanitarian Aid & Civil Protection Office (ECHO - Armenia/Georgia/Azerbaijan)

Save The Children (2 reports)

North of England Protection & Insurance club (NEPIA) (Annual health inspection reports)

General Practitioner (GP) information articles (Each average of 4000 words. Subjects below:)

1. **Wound care**
2. **Schizophrenia**
3. **Lung**
4. **Nutrition**
5. **Blood**
6. **Depression**
7. **Hypertension**
8. **Diabetes**
9. **Oral Mucositis**
10. **Ulcerative Colitis**
11. **Liver**

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                        EPS02419



**Internet**

More than 20 articles for www.netdoctor.co.uk
TV health talks www.yehstv.co.uk

**Academic Appointments**

2011 – Present    Lecturer Diploma Course in Occupational Medicine at the
                  Royal Society for Public Health (ww.rsph.org.uk)

2015-2018         Honorary Lecturer at UCL Performing Arts Medicine

**Personal**

Marital Status: Divorced
Date of Birth: September 8, 1961
Activities: Reading, writing, running, swimming

**Biography:**

Charlie Easmon was born in Sekondi, Ghana. He is a graduate of London
University. He attended St George's Medical School in Tooting,  South
London. After medical school he worked for 1 year in Australia.  After his
courses in Public Health and Tropical Medicine he worked for 2 charities in
Africa, for one called MERLIN he set up a refugee camp for 12000 people In
Rwanda and for the other called Raleigh International he supported young
people in Botswana. He spent 2.5 years as a Medical Adviser to the Foreign
and Commonwealth office and acquitted his Diploma in Occupational
Medicine. He has worked in medical evacuation for veracious insurance
companies. He subsequently worked with advised many international
companies on issues related to travel and health. He runs his own clinic in
Central London. He lectures in schools on areas including travel health. He
inspects clinics for the North of England P & I club (formerly in Ukraine) but
now limited to the Philippines.  He has visited over 75 countries and in most of
these has been involved in some aspect of medical support.

6

Exhibit 12                                                                    EPS02420



**Experience:**

Locum Occupational Health Consultant Queen's Hospital Romford (2/7) April-September 2017

Locum Occupational Health Consultant Barts's Hospital London  (1/7) – April 2017- June 2020

Honorary Lecturer UCL, MSc Performing Arts Medicine 3 years
(30th September 2015 - 30th September 2018)

Lecturer Diploma in Occupational Health, Royal Society of Public Health (last 12 years – Present)

Lecturer on Mental Health, Relationships over 40 independent schools and parent groups across the UK

Annual Clinic Medical Examiner Philippines/Ukraine for North of England Protection & Insurance Club (www.nepia.com)

More than 20 country medical inspections for the Foreign and Commonwealth Office

Country Visits for European Community Humanitarian Office (ECHO), Georgia, Armenia & Azerbaijan

Registered for UK Offshore medicals

**Client work includes:**

Rio Tinto – site visits between 2008-2011 to Mozambique and the Congo for medical screens of local staff.

Chevron – 6 weeks in Indonesia as resident doctor in Borneo Dec 2010-Jan 2011

7

Exhibit 12                                                                                         EPS02421



Centrica PLC – between 2006-2011  helped ensure the safety of over 500 staff travelling to India with the right vaccinations and medications.  We co-ordinated clinic activity in London, Edinburgh, Leeds and Cardiff.

BP PLC        – Provided on-site vaccinations, health screens and occupational health services to BP over the last 9 years.

Tullow's Oil   – Co-ordinated 2 seasonal flu campaigns.

SASOL        – Co-ordinated vaccine campaigns.

Schlumberger – Co-ordinated 2 seasonal flu campaigns.

African Minerals – Lead provider for medicals and vaccinations plus Site visit Sierra Leone to assess Malaria Situation

African Petroleum – Lead provider for medicals and vaccinations.

Genel Energy       – 2 site visits to Kurdistan

Annual medical clinic inspections in The Philippines (Manila, Cebu & Ilo Ilo)

Annual medical clinic inspections in Odessa, Ukraine

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                        EPS02422



**Dr Charlie Easmon Publications**


**Articles for:**
*Net Doctor*
*Footprint*
*Daily Telegraph & other UK national papers*
*GP Magazine*

BMJ
 https://academic.oup.com/occmed/issue/56/5


**Morbidity in expatriates—a prospective cohort study**
Occup Med (2006) 56 (5): 345-352.
https://doi.org/10.1093/occmed/kql026
Easmon, C. "Working overseas." *BMJ* 313 (1996): 2-3.
**Assessment of the Returned Traveller**٭
C. Easmon
Occup Med (2000) 50 (8): 583-585.

https://doi.org/10.1093/occmed/50.8.583

Easmon, Charlie. "Japanese Encephalitis and other forms of Viral
Encephalitis transmitted by Mosquito." (2003).
Easmon, Charlie. "Typhoid fever and paratyphoid fever." *CDC, National
center for infectious diseases, Division of bacterial and Mycotic diseases*
(2005).
Easmon, Charlie. "Health and safety aspects of business travel." *The journal
of the Royal Society for the Promotion of Health* 122.1 (2002): 7-8.

Chapters in UK Green Book
EASMON, C. "LEPTOSPIROSIS OUTBREAK, SABAH, BORNEO." *2 Editorial
3 Safer and healthier holidays R. Cartwright 6 International medical
assistance C. Peach 10 Travellers thrombosis BTHA 17 Management of flying
phobias–brief focused therapy R. Bor*: 52.
Easmon, C. "The case for tropical screening services." *TRAVEL MEDICINE
INTERNATIONAL* 17 (1999): 105-108.
Easmon, Charlie. "Why is travel health important to you and your
contractors?." *Petroleum review* 58.693 (2004): 36-37.
Easmon, Charles. "Trust in the future?." *BMJ* 311.7019 (1995): 1579.

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                    EPS02423



Easmon, Charlie. "Better safe than sorry." *Occupational Health* 55.8 (2003): 16.

Easmon, Charlie. "The Ebola virus: lessons to be learned." *Trends in Urology & Men's Health* 5.5 (2014): 36-36.

Easmon, Charlie. "New challenges in travel medicine." *Update-Journal of Continuing Education for General Practitioners-UK Edition* 60.10 (2000): 694-696.

Easmon, Charlie. "Diagnosing illness acquired overseas." *UPDATE* 70 (2005): 71.

Easmon, Charles, and Nigel Edwards. "Conference conversations—infection prevention, a liberated NHS and the Future Forum." *Journal of Infection Prevention* 12.5 (2011): 182-186.

Easmon, C. "US leads the way in travel information." *TRAVEL MEDICINE INTERNATIONAL* 18.2 (2000): 67-68.

Easmon, C. "Travel health Malaria prophylaxis." *PRACTICE NURSE* 27.11 (2004): 70-72.

(Co-author) Freedman, David O. "The Borneo Eco-Challenge: GeoSentinel and Rapid Global Sharing of Disease Outbreak Information." *Travel Medicine: Tales Behind the Science* (2007): 129.

Mining Journal
GP Update Malaria
Books
Benedek, D.M., Wynn, G.H., Liese, B., Mundt, K.A., Dell, L.D., Nagy, L., Demure, B., Patel, D., Easmon, C.J., Dow, C. and Snashall, D.C., 2013. TRAVEL HEALTH KITS. *CDC Health Information for International Travel 2014: The Yellow Book*, p.138.

Jones, Nick, Pema Sanders, and Charles Easmon. *The Rough Guide to Travel Health*. Rough Guides, 2001.

EASMON, C. "UNDERSTANDING MOSQUITO REPELLENTS." *2 Editorial 3 The pregnant traveller J. Howarth Wilson 7 Management guidelines 9 Coping with periods and the pill in global travel Jean Sinclair 12 Health care provision for the Hajj H. Ghaznawi*: 34.

Oxford Book on Wilderness Medicine
Private reports:
The Foreign & Commonwealth Office
ECHO (Armenia/Georgia/Azerbaijan)
Save The Children
North of England Protection & Indemnity club (NEPIA)
GP information articles (Each average of 4000 words)

2

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                          EPS02424



1. **Woundcare**
2. **Schizophrenia**
3. **Lung**
4. **Nutrition**
5. **Blood**
6. **Depression**
7. **Hypertension**
8. **Diabetes**
9. **Oral Mucositis**
10. **Ulcerative Colitis**
11. **Liver**

**SIGNATURE:**

**GMC number 2917175**

**Dr Charlie Easmon 078344 38479**

No1 Harley Street. London. W1G 9QG. Tel: +44 (0) 20 7580 5467. Fax: +44 (0) 20 7637 2390
Say ''YEHS'' To Excellent Health
Dr Charlie Easmon Ltd Company Number 7537353 trading as 'Your Excellent Health Service'

Exhibit 12                                                                                 EPS02425



**Rate Card**

**Dr Charlie Easmon**
**C/O**
**Your Excellent Health Service**
**1 Harley Street**
**London**
**W1G 9QD**
**E: charlie@yourexcellenthealth.org**
**M: 07834438479**

| DESCRIPTION | AMOUNT |
|---|---|
| **Deposition** | **£1500** |
| **I.M.E** | **£1000** |
| **Records review** | **£ 350/hour** |
| **Retainer fee ( when applicable )** | **£1000** |
| **Trial appearance** | **£5,000.00 / day** |
| **Letter of Disability** | **£350** |
| **Affidavit** | **£1000** |
| **Final Report** | **£2000** |
| **Conference** | **£125.00 / 15 minutes** |
| **Travel** | **To be agreed as required** |
| **Total** | |

Payable to Dr Charlie Easmon

**Account Number  82472643**

**Sort Code 40-01-06**
IBAN GB75MIDL
BIC MIDLGB2105F

Dr. Charlie Easmon Ltd.
Trading as Your Excellent Health Service
Registration:7537353
1 Harley Street, W1G 9QD
Tel: 020 7580 5467
Fax: 020 7637 2390/2399
Email: info@yourexcellenthealth.co.uk

Exhibit 12                                                                    EPS02426