# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-90062

---

Kholkar Vishveshwar Ganpat,

*Plaintiff—Respondent,*

versus

Eastern Pacific Shipping PTE, Limited, *doing business as* EPS,

*Defendant—Petitioner.*

_____

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 2:18-CV-13556

_____

A True Copy
Certified order issued Jan 09, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

### UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on November 22, 2022, is GRANTED.