# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 09, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-90062    Eastern Pacific Shipping v. Ganpat
USDC No. 2:18-CV-13556

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Richard Massie Martin Jr.
Ms. Carol L. Michel
Mr. Thomas Arnoult Rayer Jr.
Mr. J. Stephen Simms