# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on May 23, 2024**

Attest:

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-30758
CONSOLIDATED WITH
No. 23-30021

United States Court of Appeals
Fifth Circuit
**FILED**
May 1, 2024
Lyle W. Cayce
Clerk

KHOLKAR VISHVESHWAR GANPAT,

*Plaintiff—Appellee*,

*versus*

EASTERN PACIFIC SHIPPING PTE, LIMITED, *doing business as* EPS,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-13556

_____

Before DENNIS, ENGELHARDT, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

No. 22-30758
c/w No. 23-30021

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* Fed. R. App. P. 41(b). The court may shorten or extend the time by order. *See* 5th Cir. R. 41 I.O.P.

2