# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO. 18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

*********************************************

## MOTION TO REOPEN CASE AND FOR A STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes Kholkar Vishveshwar Ganpat ("Plaintiff"), who respectfully moves this Honorable Court for an Order reopening the above-captioned matter and convening a status conference now that the U.S. Fifth Circuit has issued its May 1, 2024 opinion that Liberian law rather than U.S. law (*i.e.,* the Jones Act) applies to the choice of law issue.

Plaintiff requests a status conference to discuss, *inter alia*, getting the case back on the Court's active docket, and picking dates for trial, a pre-trial conference, a settlement conference with Magistrate Judge Roby, and deadlines for completion of discovery and any other matters.

Respectfully submitted,

*/s/ Richard M. Martin, Jr.*
Richard M. Martin, Jr., LA Bar #08998
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
*Local Counsel for Plaintiff*

And:   */s/ Alejandro J. Gonzalez*
Alejandro J. Gonzalez, FL Bar # 015293
Law Office of Alejandro J. Gonzalez
199 E. Flagler Street, Suite 610
Miami, FL 33131
E-Mail: alex@agonzalezlaw.com
*Counsel for Plaintiff pro hac vice*

*/s/ Pedro P. Sotolongo*
Pedro P. Sotolongo, TA, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street, Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
E-Mail: psotolongo@sotolongolaw.colm
*Counsel for Plaintiff, pro hac vice*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 1st day of May, 2022.

  */s/ Richard M. Martin, Jr.*
RICHARD M. MARTIN JR.  (#08998)