## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO.  18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

*******************************************

### MEMORANDUM IN SUPPORT OF MOTION
### TO REOPEN CASE AND FOR A STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

On May 22, 2024, the U.S. Fifth Circuit issued its Mandate regarding its May 1, 2024 opinion which found that "Kholkar's maritime tort and contract claims are to be adjudicated under the substantive law of Liberia."[1]

The statutory maritime law of Liberia expressly adopts U.S. General Maritime Law as its own, U.S. general maritime law still applies to this case despite the Fifth Circuit's ruling.[2]  This means that (at least) a bench trial applying U.S. GML is now in the offing.[3]

---

[1] See *Ganpat v. Eastern Pacific Shipping PTE, Limited*, No. 22-30758 (5th Circuit 2024), ECF 59-1 at p. 20.

[2] See Liberia Laws, Title 21 at §30, which expressly adopts the U.S. General Maritime Law:

"Insofar as it does not conflict with any other provisions of this Title, the non-statutory General Maritime Law of the United States of America is hereby declared to be and is hereby adopted as the General Maritime Law of the Republic of Liberia."

[3] Fed. R. Civ. P. 38(e) provides "These rules do not create a right to a jury trial on issues in a claim that is an admiralty or maritime claim under Rule 9(h)."

Plaintiff requests that the case be reopened and that a status conference be set to address these issues or any other issues which the Court or Counsel wish to raise.

        Respectfully submitted,

        */s/ Richard M. Martin, Jr.*
        Richard M. Martin, Jr., LA Bar #08998
        Lamothe Law Firm, LLC
        400 Poydras Street, Suite 1760
        New Orleans, LA 70130
        Telephone: (504) 704-1414
        E-Mail: rmartin@lamothefirm.com

And:   Alejandro J. Gonzalez, FL Bar # 015293
        Law Office of Alejandro J. Gonzalez
        199 E. Flagler Street, Suite 610
        Miami, FL 33131
        E-Mail: alex@agonzalezlaw.com
        *Counsel for Plaintiff pro hac vice*

        */s/ Pedro P. Sotolongo*
        Pedro P. Sotolongo, TA, FL Bar #0584101
        SOTOLONGO, P.A.
        1000 5th Street, Suite 402
        Miami Beach, FL 33139
        Telephone: (305) 415-0073
        E-Mail: psotolongo@sotolongolaw.colm
        *Counsel for Plaintiff, pro hac vice*