## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO. 18-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

**********************************************

### ORDER GRANTING A STATUS CONFERENCE

Considering the above and foregoing Motion, **IT IS ORDERED** that the above-captioned matter be and hereby is **REOPENED.**

**IT IS FURTHER ORDERED** that Plaintiff's request for a status conference be and hereby is **GRANTED**. The Court will contact Counsel regarding the date, time, and attendance format of the status conference,

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**