UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,**<br>　　Plaintiff,<br>v.<br><br>**EASTERN PACIFIC SHIPPING PTE,<br>LTD., d/b// "EPS"**<br>　　Defendant. | Civil Action<br><br>No.　18-13556<br><br>JUDGE: MORGAN<br><br>MAG. JUDGE: ROBY |

**PLAINTIFF'S RESPONSES OR OBJECTIONS TO
EASTERN PACIFIC'S THIRD SET OF REQUESTS FOR PRODUCTION**

**COMES NOW PLAINTIFF,** Kholkar Vishveshwar Ganpat, who pursuant to Fed. R. Civ. P. 34 answers or objects to the October 23, 2024, Third Set of Rerquests for Production propounded by Eastern Pacific Shipping PTE, LTD ("EPS") as follows.

**GENERAL OBJECTIONS**

1. **Objection to EPS' "instructions."**

　　Plaintiff objects to the "instructions" set forth at pages 1 to 3 of EPS' "Second Set of Requests for Production of Documents and Things." These instructions are not included in Fed. R. Civ. P. 34 and are not mandated upon Plaintiff.

2. **Objection to EPS' "definitions."**

　　Plaintiff objects to the "definitions" set forth at pages 3 to 5 of EPS' "Second Set of Requests for Production of Documents and Things." These definitions are not included in Fed. R. Civ. P. 34 and are not mandated upon Plaintiff.

- 1 -

## RESPONSES AND/OR OBJECTIONS

**REQUEST NO. 1:** Any document or communication, including applications submitted and email exchanges with the U.S. Department of State and its offices, related to the "valid b1/b2 visa to travel to the United States," referenced in Mr. Sotolongo's letter to Mr. Simms dated September 25, 2024.

**OBJECTION:**

Plaintiff objects pursuant to Fed. R. Evid.401 (a) because this request does not have "any tendency to make a fact more probable or less probable that it would be without the evidence."

Plaintiff objects pursuant to Fed. R. Evid.401 (b) because the requested documents or things are of no consequence in determining this action.

Plaintiff objects pursuant to Fed. R. Civ. P. 26 (b)(1) because this request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

**REQUEST NO. 2:** Any document or communication, including applications submitted and email exchanges with the U.S. Department of State and its office, regarding a visa for Plaintiff to travel to the United States from August 2017 to present.

**OBJECTION:**

Plaintiff objects pursuant to Fed. R. Evid.401 (a) because this request does not have "any tendency to make a fact more probable or less probable that it would be without the evidence."

Plaintiff objects pursuant to Fed. R. Evid.401 (b) because the requested documents or things are of no consequence in determining this action.

Plaintiff objects pursuant to Fed. R. Civ. P. 26 (b)(1) because this request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

**REQUEST NO. 3:** Any communication with Dr. Lance Estrada, to include appointment requests and documents sent to Dr. Estrada, related to Plaintiff's October 8, 2024, appointment with Dr. Estrada referenced in Mr. Sotolongo's letter to Mr. Simms dated September 25, 2024.

**OBJECTION:**

Plaintiff objects pursuant to Fed. R. Civ. P. 26 (b)(4) (C) which protects from disclosure trial preparation communications between a Plaintiff's attorneys and expert witnesses who are required to provide a report under Fed. R. Civ. P. 26 (a)(2)(B) regardless of the form of the communications.

**REQUEST NO. 4:** Any communication with Dr. James Losito, to include appointment requests and documents sent to Dr. Estrada, related to Plaintiff's October 15, 2024, appointment with Dr. Losito referenced in Mr. Sotolongo's letter to Mr. Simms dated September 25, 2024.

**OBJECTION:**

Plaintiff objects pursuant to Fed. R. Civ. P. 26 (b)(4) (C) which protects from disclosure trial preparation communications between a Plaintiff's attorneys and expert witnesses who are required to provide a report under Fed. R. Civ. P. 26 (a)(2)(B) regardless of the form of the communications.

**REQUEST NO. 5:** Any documents or communications related to Plaintiff applying for, or submitting a request for, healthcare, insurance, or financial assistance through the government of India public health system or India universal health care.

**RESPONSE:**

    None.

**REQUEST NO. 6:** Any documents or communications evidencing Plaintiff seeking medical care or treatment through the government of India public health system or India universal health care.

**RESPONSE:**

    None.

**REQUEST NO. 7:** Any documents evidencing attempts to obtain treatment at an (sic) State Government hospital in India.

**RESPONSE:**

    None.

**REQUEST NO. 8:** Any documents or communications evidencing Plaintiff seeking medical services, treatment, or financial assistance through the Government of Goa Directorate of Health Services and its offices.

**RESPONSE:**

    None.

**REQUEST NO. 9:** Any documents or communications evidencing Plaintiff applying through the Director of Health Services, Panaji, Goa for financial assistance under the Mediclaim scheme.

**RESPONSE:**

    None.

**REQUEST NO. 10:** Any documents related to Plaintiff applying for the "DEEN DAYAL SWASTHYA SEVA YOJANA(DDSSY)" scheme run through MD India Health Insurance TPA Pvt. Ltd.

**RESPONSE:**

All documents in Plaintiff's possession, custody or control are attached.

Respectfully submitted,

*/s/ Pedro P. Sotolongo*
Pedro P. Sotolongo, TA, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street, Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
psotolongo@sotolongolaw.colm
***Trial Attorney for Plaintiff, pro hac vice***

Alejandro J. Gonzalez, FL Bar #015293
Law Office of Alejandro J. Gonzalez
199 E. Flagler Street, Suite 610
Miami, FL 33131
Telephone: (877) 413-4448
alex@agonzalezlaw.com
***Co-Counsel for Plaintiff, pro hac vice***

Richard M. Martin, Jr., LA Bar #08998
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
rmartin@lamothefirm.com
***Local Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 21st day of November, 2024.

>                             /s/  *Pedro P. Sotolongo*           .
>                                    Pedro P.Sotolongo

# RESPONSE TO RFP NO. 10





**GOA ELECTRONICS LIMITED**
**Shrama Shakti Bhavan**
**Patto, Panaji**
**Deen Dayal Swasthya Seva Yojana**

| | | |
|---|---|---|
| Transaction ID:240304020709 | **R E C E I P T** | Payment Date :04-Mar-2024  9:58 pm |

| | | |
|---|---|---|
| Reference No.: | 863466 | GSTIN: 30AAACG7029G1Z2 |
| Name and Address of Party : | GANPAT PAGUI H No.88 Hemaniwas, Saleri, Cola, Canacona-403702 | |

Service :   **Deen Dayal Swasthya Seva Yojana (DDSSY) - Renewal**

| | |
|---|---|
| Base Amount: | 254.24 |
| CGST @9%: | 22.88 |
| SGST @9%: | 22.88 |
| **Amount:** | **300.00/-** |

Amount in words :   Rs. Three Hundred Only

RENEWAL OF DDSSY CARD NO :16003036 FOR POLICY PERIOD 01-APR-2024 TO 31-MAR-2025

Paid By :   VISHVESHWAR GANPAT KHOLKAR          Payment Ref No.:113202266983
                                                                                         Payment Ref Date:04-Mar-2024  9:57:58 pm

Bank Ref No: 91429100184
Payment confirmation received on: 04-Mar-2024  9:59:45 pm

*** This is a computer generated receipt and requires no signature ***