# "Deen Dayal Swasthya Seva Yojana"

**Objective of the Scheme:**

To facilitate and take the medical services to the next level, the State of Goa envisaged the present scheme in order to provide its people quality medical care and treatment of diseases, hospitalization and surgery through Government and private hospitals.

**Salient features of the Scheme:**

The benefit under this scheme shall be provided on cashless basis to the beneficiaries up to the limit of their annual coverage shall be as under:-

(a) The insurance cover shall be up to Rs.2.50 lakhs per annum for a family of three or less members and up to Rs. 4.00 lakhs for a family of four or more members. Under no case the claim would exceed Rs. 4.00 lakhs annually.

(b) The insurance benefit can be availed individually or collectively by members of the family.

(c) A individual is free to take a higher cover from the insurance Company by paying higher premium, without having any impact on Government policy and facilities.

(d) The facilities for 447 procedures shall be covered under the scheme.

**Eligibility Criteria:**

The Scheme provides health coverage to the entire resident population of the State who resides in Goa for five and more years.

**Requirement of Document to avail the Scheme:**

a. Aadhar Card/Enrolment Acknowledgement slip of every family member above 5 years (Compulsory).
b. Residence proof of eligibility person: Passport/Residence certificate/Election card/Driving license issued minimum 5 years ago in Goa.
c. Ration card to define family. In case of Ration card is not available all the below mentioned documents to be enclosed.
   i. For Spouse: Marriage Certificate.
   ii. For dependent child: Birth certificate/school leaving certificate of dependent child/Children of the eligible person.
   iii. For dependent parent: Declaration stating the dependent parent/(s) are not employed.
d. For OBC of non creamy layer: Caste Certificate issued by Deputy Collector along with income certificate showing income less than Rs.6.00Lakhs per annum.
e. For SC/ST: Cast certificate issued by the Director Tribal Welfare/ Deputy Collector.
f. For Differently abled eligible person: Disability certificate issued by Medical Board.

**Prescribed form if any:** Yes. Form enclosed.

**Mode or procedure to avail the benefit of the Scheme:**

The beneficiary may approach the Empanelled Health Care Provider (EHCP) as per the list provided on the website. After consulting the doctor, if the surgery is covered under the scheme and is available at the said EHCP, the patient can approach the DDSSY Sahayak at the hospital with the Card and the Sahayak will raise a request for pre-authorisation to the ISA pre-authorisation doctor. Alternately, if the beneficiary is aware what the procedure is, he/she can check the website to find out at which EHCP the required procedure is performed and visit the hospital of his/her choice as per the list of EHCP's empanelled for the said procedure.

**Officer to be contacted:**

| Sr. No | Name & address of the Nodal Officer | Designation | Contact No. |
|---|---|---|---|
| 1 | Dr. Yogesh Potdar<br>Directorate of Health Services, Campal, Panaji. | Medical Mngt. & Quality Manager | 0832-2225646 Extn. 256<br>7447797582 |
| 2 | Dr. Ralph Araujo<br>MD India Health Insurance TPA Pvt. Ltd., B-F/3, 1st floor, Campal Trade Centre, Behind Military Hospital, Panaji. | Sr. Manager | 9325963691 |
| 3 | Shri. Sagar Jaiwar<br>Goa Electronics Ltd., Ground Floor, Shrama Shakti Bhavan, Patto Plaza, EDC Complex, Panaji. | Asst. Manager (IT)<br>Goa Electronics Ltd. | 8411004910 |

**Email:**   ddssydhs@gmail.com

**Website:**   ddssygoa.mdindia.com

**Details of Office where the application to be submitted:**

Office to be contacted for registration under DDSSY scheme -

Goa Electronics Ltd., Ground Floor, Shrama Shakti Bhavan, Patto Plaza, EDC Complex, Panaji Goa.

*****************



**Government of Goa**
**Directorate of Health Service**
Campal, Panaji
Goa



A000
1C
(Form not to be Xeroxed / S

## APPLICATION FOR ENROLMENT OF DEEN DAYAL SWASTHYA SEVA YOJANA [DDSSY]

**ABBREVIATIONS:** RC - Ration Card, FPS - Fair Price Shop, **Marital Status:** M - Married, S- Single, W - Widow/Widower, D

### INSTRUCTIONS

1) Fields marked with an (*) are compulsory.
2) To add more members, take a xerox of page 2.
3) Form to be filled legibly in English in BLOCK LETTERS.
4) In case of minor, parents may give consent to us

### REGISTRATION FEE

A) Registration/Annual Renewal Fee 1) For family of 3 or less members, Rs. 200/- 2) For family of 4 and above members, Rs
B) Concession of 50% will be considered subject to appropriate documentations towards OBC of non creamy layer, SC/ST & DI abled eligible person.

### ELIGIBILITY

1) Any person residing in the State of Goa for five years or more is declared eligible person under DDSSY. "Family" of eligible person is defined as his/her Spouse and Unmarried children and Dependent Parent(s) / In-Laws (Incase eli is female). This Family unit cannot be splitted.
2) Government employees and their family is not covered under DDSSY

### DOCUMENTS

Following Self attested photocopies of documents to be attached along with the forms,
1)* Aadhar Card / Enrolment Acknowledgement Slip of every family members above age of 5 years.(Complusory)
2)* Residence Proof of eligible person: Passport|Residence Certificate|Election Card|Driving License issued minimum 5 years ag
3) Ration Card to define a family.

In case ration card is not available enclose all the below mentioned documents:
1) For spouse - Marraige Cerificate of the eligible person.
2) For dependent child - Birth Certificate/School leaving certificate of dependent child/children of the eligible person.
3) For dependent parents - Declaration stating the dependent parent/(s) are not employed.

a) For OBC of non creamy layer - Caste certificate issued by Deputy Collector along with Income Certificate showing income les lakhs per annum.
b) For SC/ST - Caste Certificate issued by Directorate of Tribal Welfare/Deputy Collectorate.
c) For Differently abled eligible person - Disability certificate issued by medical board.

### I. Eligible Person

**Name*:** FIRSTNAME  MIDDLENAME
LASTNAME

**Gender (Tick Applicable)*:** ☐ Male  ☐ Female  ☐ Others    **Marital Status*:** S  M  W  D

**DoB:** DDMMYYYY    **Age*:** ___    **Mobile No*:** ___

**Father's/Husband's Name*:** FIRSTNAME  MIDDLENAME
LASTNAME

**Differently Abled (If Applicable)*:** ☐ Yes  ☐ No

**Voter ID/EPIC:**

**Aadhar No/UID*:**

Sign/Thumb Impression

### II. Family Details *

**Caste (Tick Applicable):** ☐ General  ☐ OBC  ☐ SC  ☐ ST    **Annual family income(Incase of OBC)**

**House No:**    **House Name:**

**Landmark:**

**Village/Town:**    **Pincode:**

**Taluka:**

### III. Ration Card Details

**Card Type:**

**Ration Card No:**

**FPS Name:**

### FOR OFFICE USE ONLY

☐ Verification    ☐ Scan and Upload    **Date:** DDMMYY    **Sign:** _____

Page N

---

### ACKNOWLEDGEMENT RECEIPT



**Government of Goa**
**Directorate of Health Services**
**Deen Dayal Swasthya Sewa Yojana**

**Form No:** _____    **A000001**

**Applicant Name:** _____

**Date:** DDMMYY

Sign and

A000001

### Member 2

| Field | Value |
|---|---|
| Name*: | F I R S T N A M E  /  M I D D L E N A N |
|  | L A S T N A M E |
| Gender (Tick Applicable)*: | ☐ Male  ☐ Female  ☐ Others |
| Marital Status*: | S  M  W |
| DoB: | D D M M Y Y Y Y   Age*: |
| Mobile No: | |
| Relation with eligible person*: | R E L A T I O N S H I P |
| Voter ID/EPIC: | |
| Aadhar No/UID*: | |

Sign/Thumb Im

### Member 3

| Field | Value |
|---|---|
| Name*: | F I R S T N A M E  /  M I D D L E N A M |
|  | L A S T N A M E |
| Gender (Tick Applicable)*: | ☐ Male  ☐ Female  ☐ Others |
| Marital Status*: | S  M  W |
| DoB: | D D M M Y Y Y Y   Age*: |
| Mobile No: | |
| Relation with eligible person*: | R E L A T I O N S H I P |
| Voter ID/EPIC: | |
| Aadhar No/UID*: | |

Sign/Thumb Imp

### Member 4

| Field | Value |
|---|---|
| Name*: | F I R S T N A M E  /  M I D D L E N A M |
|  | L A S T N A M E |
| Gender (Tick Applicable)*: | ☐ Male  ☐ Female  ☐ Others |
| Marital Status*: | S  M  W |
| DoB: | D D M M Y Y Y Y   Age*: |
| Mobile No: | |
| Relation with eligible person*: | R E L A T I O N S H I P |
| Voter ID/EPIC: | |
| Aadhar No/UID*: | |

Sign/Thumb Impi

### Member 5

| Field | Value |
|---|---|
| Name*: | F I R S T N A M E  /  M I D D L E N A M E |
|  | L A S T N A M E |
| Gender (Tick Applicable)*: | ☐ Male  ☐ Female  ☐ Others |
| Marital Status*: | S  M  W |
| DoB: | D D M M Y Y Y Y   Age*: |
| Mobile No: | |
| Relation with eligible person*: | R E L A T I O N S H I P |
| Voter ID/EPIC: | |
| Aadhar No/UID*: | |

Sign/Thumb Impre

### CONSENT TO USE AADHAR

I hereby state that I have no objection in authenticating myself with Aadhaar based authentication system and consent to pr Aadhaar number, Biometric and/or One Time Pin (OTP) data for Aadhaar based authentication for the purposes of availing sc from **Government of Goa**.

I understand that the Biometrics and/or OTP I provide for authentication shall be used only for authenticating my identity thr Aadhaar Authentication system for that specific transaction and for no other purposes.

I understand that Government of Goa shall ensure security and confidentiality of my personal identity data provided for the p Aadhaar based authentication.

### DECLARATION

I the undersigned Shri/Smt _____ is a resident of Goa for **five/more than five years** to register under DDSSY. I declare that any of my family member and myself is not employed with the Government a applied for registration under the DDSSY scheme.

This information is complete and true to the best of my knowledge and I undertake to hold myself reponsible if any par thereof is found to be false. I know that to make any false declaration is an offence and liable for penalty and rejection of DDSSY application/benefits.

Place: _____

Date: _____

(Signature of Eligible Pe

F

For any queries/clarification/further information

CALL CENTRE - 0832-2438844    WEBSITE: www.goaelectronics.co.in