Search



 ePAPER   

HOME | GOA NEWS | EDITORIAL | GLOBAL GOENKAR | TG LIFE & SUNDAY | SPORTS | FOTASHI | FORGOTTEN FILES | SAXTTI MASALA | CONTACT US

The Goan Home :: Goa News :: OHS achieves landmark in surgeries

# OHS achieves landmark in surgeries

Orthopaedic Hospital for Surgery (OHS) located at Old-market, Margao, has announced the completion of 50 hip & knee joint replacement surgeries in less than six months.

| FEBRUARY 25, 2017, 07:12 PM IST

the goan I network

MARGAO

Six of these cases have been on foreign nationals hailing from Ghana, Nigeria, UK and USA. OHS management has thanked Dr Ameya Velingker, partner at OHS and chief joint replacement surgeon for his contribution in this landmark achievement.

OHS is South Goa's only 'A' graded single specialty orthopaedic hospital under the Goa Government's Deen Dayal Swasthya Seva Yojana (DDSSY) and offers hip and knee replacements free of cost under this scheme. OHS also extends its gratitude to the Goa government for introducing the DDSSY scheme, which has benefitted many Goans in getting treatment.

Share

Facebook

Twitter

WhatsApp

**TOP NEWS**

- Goa to celebrate St Francis Xavier's Feast tomorrow; veneration to begin at 5 am
- Tivim fights back; villagers unite to halt Pvt university
- Cardinal Tagle arrives from Rome, to lead St Xavier's feast Mass
- Sanjivani's shift to ethanol stuck as bidders shy away
- Goa races against time, 27% Smart City projects pending
- Justice delayed: Court backlog hits 59,000 cases

---

Which of the following brands of egg heard of? (Select All that Apply)

☐ Eggland's Best
☐ Happy Egg
☐ Nellie's Free Range Eggs
☐ Pete & Gerry's Organic Eggs
☐ Vital Farms
☐ None of these

ZETA   1 of 4

---

Additional Searches For Finding Affordable and Reliable Life Insurance
Sponsored by: Insurance|Search Ads

GOA NEWS                                                                                       VIEW ALL

 15 pc vision cannot stop this telephone operator from living life on his own terms

 Temporary closure of Velsao railway crossing alarms locals

 Air passenger infaltes life jacket, causes panic

 Govt could allow Sunburn if organisers have venue, NOC: Khaunte

 Church expects govt to sanction funds for Exposition: Fr Henry

 Govt nod to Unified Pension Scheme for its employees

Contact us                    Important Links              Subsidiaries                    Get Social

**The Goan Everyday**         About Us         Disclaimer                
Editorial Office: Third Floor, Terms &          Contact Us
Fourth Estate (Kamat Metropolis), Conditions    Advertising   
St Inez, Panaji 403 001, Goa.  Privacy Policy
                              Cookies

Copyrights 2020 Fomento Media, Goa - All rights reserved.