

Pedro P. Sotolongo, Esquire
Thyssen Building
1000 5th Street, Suite 402
Miami Beach, Florida 33139

psotolongo@sotolongolaw.com
Telephone: +1 (305)415-0073
Facsimile: +1 (305) 503-7257
www.sotolongolaw.com

September 25, 2024

**VIA EMAIL:**
J. Stephen Simms, Esq.
Simms Showers LLP
201 International Circle, Ste 230
Baltimore, MD 21030

      Re:    **Vishveshwar Kholkar Ganpat v. Eastern Pacific Shipping Pte. Ltd.**
              **Civil Action No.: 2:18-cv-13556 "M" (3) (E.D. La.)**

Dear Mr. Simms:

In response to your email dated 9/9/24, please see below responses to your questions:

    There are no updated medical records after the last medical note from Dr. Edwin Araujo dated May 5, 2022, as Mr. Kholkar has not been able to afford seeing any physicians or medical professionals since that last visit with Dr. Araujo. As you are aware, Mr. Kholkar has not worked since he contracted malaria, had to be hospitalized multiple times, and is now dealing with the sequalae of the malaria, such as the avascular necrosis and pain in his feet. Moreover, during his last visit with Dr. Araujo, Mr. Kholkar was recommended to go to the United States for future evaluation of the complications following malaria and for avascular necrosis of his hips. See the May 5, 2022 letter from Dr. Araujo, which was previously provided to you on June 6, 2022.

    Dr. Araujo has recommended for Mr. Kholkar to be seen in the "U.S.A. for further evaluation of the complications following malaria." Moreover, Mr. Kholkar has a right to choose the doctors he wishes to treat with. We hereby request for EPS to arrange for Mr. Kholkar to be seen by Dr. Lance Estrada at Orthopedic Associates of New Orleans, and Dr. James Losito at Barry University Foot and Ankle Institute. Both doctors are willing to evaluate Mr. Kholkar and have scheduled appointments as follows:

    i.    Dr. Lance Estrada
        October 8, 2024 at 1:00 pm
        Orthopeadic Associates of New Orleans
        3434 Prytania Street, Suite 430, New Orleans, Louisiana 70115

    ii.    Dr. James Losito
           October 15, 2024 at 9:00 am
           Barry University Foot & Ankle Institute
           3659 South Miami Avenue, Suite 3008, Miami, Florida 33133

Mr. Kholkar has a valid B1/B2 visa to travel to the United States.

Finally, EPS assumed shipowners' duties in the CBA, it paid for P&I Insurance, and it claims to have paid Mr. Kholkar's hospital bills. Therefore, it is our position that EPS must continue to provide Mr. Kholkar with maintenance and cure.

                                              Very truly yours,

                                              Pedro P. Sotolongo, Esq.

cc.    Richard Martin, Esq.
        Alejandro Gonzalez, Esq.
PPS/cma