UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KHOLKAR VISHVESHWAR GANPAT,

      Plaintiff,

v.

EASTERN PACIFIC SHIPPING PTE, LTD.,

      Defendant.

Civil Action No. 18-13556 SM-KWR

 IN ADMIRALTY

JUDGE SUSIE MORGAN

MAG.JUDGE KAREN WELLS ROBY

## <u>ORDER</u>

Upon considering the Eastern Pacific Shipping Pte Ltd. *Motion in Limine* – No Cost for Plaintiff's Hip Surgery, and any further briefing and argument thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**New Orleans, Louisiana, this ___ day of _____ , 202___.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE