UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KHOLKAR VISHVESHWAR GANPAT,

     Plaintiff,

v.

EASTERN PACIFIC SHIPPING PTE, LTD.,

     Defendant.

Civil Action No. 18-13556 SM-KWR

IN ADMIRALTY

JUDGE SUSIE MORGAN

MAG.JUDGE KAREN WELLS ROBY

**EASTERN PACIFIC'S MOTION *IN LIMINE* – WEBSITES REFERENCED IN *INTERNATIONAL MEDICAL GUIDE FOR SHIPS***

Eastern Pacific Shipping Pte, Ltd. ("Eastern Pacific") respectfully moves this Honorable Court to limit testimony and argument suggesting that the *International Medical Guide for Ships* (2007) provided users with, "a website location for up-to-date information 'about the risk of acquiring malaria in a given port'" at the material times of this litigation (Apil/May 2017)  as is more fully set forth in the attached and incorporated memorandum.

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665) | /s/ J. Stephen Simms |
| Thomas A. Rayer, Jr. (#20581) | J. Stephen Simms (*pro hac vice*) |
| WAGNER, BAGOT & RAYER LLP | Catherine M. Benson (*pro hac vice*) |
| Pan American Life Center – Suite 1660 | Gary C. Murphy (*pro hac vice*) |
| 601 Poydras St. | Simms Showers LLP |
| New Orleans, Louisiana 70130 | 201 International Circle, Suite 230 |
| Telephone: 504-525-2141 | Baltimore, Maryland 21030 |
| Facsimile: 504-523-1587 | Tel: 410-783-5795 |
| E-mail: mbagot@wb-lalaw.com | Fax: 410-510-1789 |
|     trayer@wb-lalaw.com | Email: jssimms@simmsshowers.com |
| |     cmbenson@simmsshowers.com |
| |     gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.