**Note**

- **The diagnosis is very likely to be influenza if:**
  - during an outbreak of influenza, the patient has had fever and cough from the very beginning of the illness.
- **The diagnosis is unlikely to be influenza if the patient has:**
  - symptoms of a head cold, such as blocked and runny nose and sneezing;
  - enlarged lymph nodes;
  - respiratory symptoms, when there is no influenza outbreak in the area.

## COMPLICATIONS

- The main complication of influenza is bacterial pneumonia, which is most likely to occur in patients over 50 or in patients who have another disease affecting the lungs or heart.
- The commonest cause of pneumonia in an influenza patient is infection with the pneumococcus bacterium or the *Staphylococcus aureus* bacterium.
- Bacterial pneumonia should be suspected if a patient with influenza begins to improve but then experiences a return of high fever, with a cough producing opaque and possibly blood-stained sputum, and breathlessness.
- In a small percentage of cases severe pneumonia can be caused by the influenza virus itself: the patient does not improve after three or four days but has rising fever and worsening of breathlessness and cough.

✔ **What to do**

- To relieve the symptoms of influenza, notably fever, give paracetamol, 1000 mg orally, every six hours.
- Isolate the patient.
- Ensure that attendants wear masks, gloves, and disposable plastic aprons or a similar covering which can be hot-washed and that they wash their hands after being in the patient's cabin.
- Treat pneumonia associated with influenza as your would for any other case of pneumonia (see Chapter 15, *Respiratory diseases*).

## AVIAN INFLUENZA (INFLUENZA H5N1, "BIRD FLU")

Birds, especially aquatic birds such as ducks, have always been subject to infection with influenza viruses. Most of these viruses cannot infect humans. However, the influenza pandemics of 1918, 1957, and 1968 appear to have been caused by avian influenza viruses that had acquired the ability to infect, and spread among, humans. Pigs, which can be infected by both human and bird influenza viruses, may play a role in enabling the avian influenza virus to infect humans.

A strain of avian influenza virus, called H5N1, has recently become widespread among birds in Asia and Europe and has infected some humans who had close contact with infected birds.

- At the time of writing, there has not been transmission between humans via respiratory droplets, as occurs with ordinary influenza.
- The illness caused by H5N1 in humans can be very severe, with a high mortality rate.
- If this virus does acquire the capacity to pass easily from human-to-human, there could be a pandemic with many deaths, as was the case in the 1918 flu pandemic.
- For up-to-date information on avian influenza infections see:
  - www.cdc.gov/flu/avian/outbreaks/current.htm; **OR** www.who.int/csr/disease/avian_influenza/en/.

✔ **What to do**

- Seek medical advice at once if a person who has had contact with domestic poultry within the past 10 days, in a country where cases of H5N1 infection have appeared, develops:
  - a fever of over 38 °C; **AND**
  - a cough or a sore throat or breathlessness.
- Isolate the patient and apply strict contact precautions.

# Malaria

Malaria is caused by a protozoan, or single-cell, parasite that infects humans when they are bitten by the female *Anopheles* mosquito. There are four types of malaria parasite, but two, *Plasmodium falciparum* and *Plasmodium vivax*, account for most malaria in humans. Falciparum malaria is the commonest type in tropical Africa, the Amazon basin, Papua New Guinea and South-East Asia, while vivax infections predominate in Central America, India and the Middle East. Most deaths caused by malaria are the result of falciparum infections. There is no vaccine against malaria.

**Note**

- Malaria is widespread in tropical and sub-tropical regions.
- *Anopheles* mosquitoes are more common in rural areas than in cities, so that major urban ports tend to carry a low risk of malaria infection even in countries with a high overall risk.
- Broadly, the risk of malaria is greatest in sub-Saharan Africa, intermediate in India and South-East Asia, and low in Central and South America.
- For up-to-date information about the risk of acquiring malaria in a given port, see www.cdc.gov/travel/regionalmalaria/index.htm.

✔ **What to do to reduce the risk of malaria infection**

*For short-term visitors to urban areas of South-East Asia and South America*

- Since the *Anopheles* mosquito carrying malaria parasites usually bites between dusk and dawn, advise crew members to remain indoors at night, in a screened or air-conditioned area.
- Advise crew members who are out-of-doors between dusk and dawn to wear long-sleeved shirts and trousers and to use insect repellent on exposed skin (see Chapter 29, *Environmental control and hygiene*).

- Advise crew members who do not sleep in air-conditioned areas to sleep under insecticide-treated bed nets.

*For short-term visitors to rural areas of South-East Asia and South America, and for all visitors to Africa and New Guinea*

- Carry out the measures above meticulously.
- Before leaving your home port, consider providing the crew with antimalarial drug prophylaxis (prevention) as recommended by:
  - the World Health Organization (see www.who.int/malaria/publications.html); **OR**
  - the Centers for Disease Control and Prevention in the United States (see www.cdc.gov/travel/regionalmalaria/index.htm).

▶ *Signs and symptoms*

- Onset of symptoms 12–14 days after infection in the case of falciparum malaria and up to several months after infection in the case of vivax malaria.
- Fever, typically in paroxysms, or crises, occurring daily in falciparum malaria, every second day in vivax malaria, with:
  - at first, shaking chills as fever rises;
  - then headache, muscle pain, vomiting, and diarrhoea;
  - after an hour or two, drenching sweat, with a rapid fall in fever.
- Few or no symptoms between paroxysms.

COMPLICATIONS

- **Cerebral malaria**, the main complication of falciparum infection:
  - more common in short-term visitors to malarial areas than in long-term residents, who are likely to have some degree of immunity to the malaria parasite;
  - if severe and/or untreated, may cause:
    › drowsiness
    › confusion
    › coma
    › fits (convulsions)
    › death
    › note that the most important alternative cause of fever and impaired consciousness is meningococcal infection, which causes neck stiffness and a rash, both of which are absent in malaria patients (see below, under *Meningitis and meningococcal infection*).
- **Kidney failure**, a possible complication of falciparum infections, causing:
  - reduced output of urine;
  - very dark urine ("blackwater fever");
  - in some cases, severe breathlessness and cough that produces frothy blood-stained sputum.

✔ *What to do – basic principles*

- Put the patient to bed.
- Every four hours take the temperature, pulse, and respiratory rate.

- Continue recording the temperature every four hours until the attack has passed.
- Take a blood sample for later examination to confirm the diagnosis.
- Examine a urine specimen for blood once a day.
- Record the Glasgow Coma Scale score (see Table 26.3, Chapter 26, *Nursing care and medical procedures*) twice daily or whenever you suspect that the level of consciousness is declining.
- You do not need to isolate the patient but provide an air-conditioned cabin if possible.
- To reduce fever give paracetamol, 1000 mg orally, every six hours.
- If the body temperature rises to 39°C, cool the patient (see Chapter 26, *Nursing care and medical procedures*).
- Make a slide with the patient's blood for later examination for malaria parasites (see below, *How to take a blood slide*).
- Suspect malaria in a patient who has fever but no other symptoms of severe illness and who:
  - in the past 9–30 days, has visited an area where malaria transmission is known to occur; **OR**
  - is known to have had attacks of malaria and has a fever but no features of other severe illnesses;
  - do not discount malaria as a possibility because the patient has taken anti-malarial prophylaxis.
- Start treatment as soon as possible: delay increases the risk of serious complications:
  - if the illness is not malaria, little or no harm will result from the treatment;
  - if the illness is malaria, failure to treat can result in a death which could have been prevented.
- Once you decide to treat, make sure the patient takes the full recommended course, even if:
  - there is reason to believe that the patient has partial immunity to malaria; **OR**
  - you are not certain that the patient has malaria.
- Note that patients with vivax malaria may need additional treatment which cannot be given on board ship: therefore, ensure that all patients treated for malaria see a doctor at the next port.
- If there are symptoms consistent with either cerebral malaria or meningococcal disease, give antimalarial drugs for malaria and antibiotics for meningococcal disease (see below, under *Meningitis and meningococcal infection*), since both diseases can be rapidly fatal if untreated.
- Obtain medical advice urgently and prepare to evacuate the patient to a hospital if:
  - the symptoms are severe; **OR**
  - you are concerned about the patient's progress; **OR**
  - any one of the following conditions is present:
    › level of consciousness below normal (Glasgow Coma Scale score below 13, see Table 26.3 in Chapter 26, *Nursing care and medical procedures*)
    › blood found in the urine
    › severe breathlessness
    › jaundice

Table 23.4 Dose regimen of artemether-lumefantrine antimalarial tablets adjusted to patient's body weight or age.

| Body weight in kg (age in yrs) | Number of tablets and approximate timing of doses | | | | | |
|---|---|---|---|---|---|---|
| | 0 h | 8 h | 24 h | 36 h | 48 h | 60 h |
| 5–14 (<3) | 1 | 1 | 1 | 1 | 1 | 1 |
| 15–24 (3–8) | 2 | 2 | 2 | 2 | 2 | 2 |
| 25–34 (9–14) | 3 | 3 | 3 | 3 | 3 | 3 |
| >34 (>14) | 4 | 4 | 4 | 4 | 4 | 4 |

> bleeding with no evidence of injury
> the patient is a pregnant woman.

#### ✔ What to do in treating uncomplicated malaria[2]

- For the treatment of uncomplicated falciparum or vivax malaria, acquired in any part of the world, give six doses of artemether-lumefantrine over three days (to calculate the number of tablets required for each dose and the timing of administration of these doses, see Table 23.4).
- **Note that artemether-lumefantrine must be given with full-cream milk or fatty food**.
- Remember that patients with vivax malaria may need additional treatment to prevent late relapse.

#### ✔ What to do in treating severe (complicated) malaria

- Remember that, untreated, severe malaria is nearly always fatal: even with the best hospital care the mortality rate is still high.
- You should always aim at evacuation of the patient if this is possible.
- You must give the first dose as early as possible and you must always give full doses:
  - **DO NOT "wait and see"**;
  - **DO NOT delay giving treatment** because evacuation has been arranged;
  - **DO NOT reduce the dose** because the diagnosis is uncertain.
- Start an intravenous fluid infusion if the patient cannot swallow; give one litre of 0.9% sodium chloride (normal saline) every 6–8 hours.
- If consciousness is impaired, place the patient in the coma, or recovery, position (see Chapter 1, First aid).
- Insert a bladder catheter and keep a record of fluid input and output (see Chapter 26, Nursing care and medical procedures).
- Give artemether, 3.2 mg/kg body weight, intramuscularly, as soon as the decision to treat is made; **THEN**:



Figure 23.1 How to make a blood slide.

- 1.6 mg/kg body weight intramuscularly, every day, beginning 24 hours after the first dose, if the patient is still on board.
- Continue intramuscular artemether until the patient can swallow.
- If the patient remains on board, begin a full course of artemether-lumefantrine, as for uncomplicated malaria (see above), as soon as the patient can swallow.

#### ✍ How to take a blood slide

- Obtain a sterile disposable lancet or, if one is not available, a sterile disposable syringe needle.
- Take two microscope slides and polish them with a clean cloth.
- Wash the patient's left thumb, dry it, swab it with surgical spirit, and allow it to dry.
- Wrap a small length of bandage around the base of the thumb tightly enough to congest the blood vessels.
- Wash your hands.
- Stab the ball of the patient's thumb lightly with the lancet or needle so that a drop of blood oozes out.
- Take one of the microscope slides and place one end gently on the drop of blood.
- Remove the bandage from the base of the thumb.
- Place the slide on a flat surface and hold it steady with your left hand.
- Take the other microscope slide with your right hand, incline it at an angle of 45°, and place the edge in the centre of the drop of blood in the first slide, allowing the blood to spread along the width of that slide.
- With a steady continuous movement draw the inclined slide along the length of the other slide to make a fine smear (Figure 23.1).
- Allow the smeared slide to dry in the air.
- Place the dry slide in an envelope labelled with the date, time, and patient's name.
- Seal the envelope and tape it securely to a page of the patient's medical record.

## Meningitis and meningococcal infection

Meningitis is an inflammation of the membranes surrounding the brain and spinal cord. The cause can be an infection with bacteria, viruses or fungi, but a noninfectious cause is also possible. Only bacterial meningitis will be discussed here, as it is the most life-threatening form of meningitis. Several types of bacteria can cause meningitis but most cases in adults are due to pneumococcus, the organism that also causes most cases of pneumonia, or to *Neisseria meningitidis*, also called meningococcus.

Meningitis caused by meningococcus (meningococcal meningitis) can occur in epidemics. The infection is spread by respiratory droplets: household contacts of an infected person are at a high risk of infection and disease. Meningitis due to other bacteria does not cause epidemics and does not spread among contacts.

Immunization against meningococcal infection is recommended for anyone travelling to areas where meningococcal disease is common – mainly sub-Saharan Africa – but epidemics occur from time to time in many other areas. Immunization does not prevent meningitis caused by other bacteria and does not prevent infection with all strains of meningococcus.