

[Donate]

[Donate]

# This page cannot be found

The page or file you are trying to access cannot be found. This is because the web address is incorrect or the file has been moved or deleted.

Please try the following:

- Return to the **WHO home page**.
- Check that the web address is correct.
- Search the WHO website using the search box at the top.
- If you still encounter problems, please report these by **contacting us**.