



## Heat Illnesses

Your chances of getting heat stroke, heat exhaustion, or other heat-related illness during travel depend on your destination, activities, level of hydration, and age. Learn ways to prevent, recognize, and treat heat-related illness.

Learn more

## Destinations



**Where are you going?**

-- Select One --

Go

View all destinations

## Travelers

Find a Clinic

Advice for Travelers

Personalized Health Information Tool for Global Travel

Frequently Asked Questions

## Clinicians

CDC Yellow Book

Pre-travel Rapid Evaluation Portal for Patients

Clinician Resources

Research and Surveillance

## Highlights

- Medical Tourism
- Cholera Information for Health Care Professionals
- COVID-19 Travel Information
- Travel Industry Resources

More



Learn about CDC's Traveler Genomic Surveillance Program that detects new COVID-19 variants entering the country.



Sign up to get travel notices, clinical updates, & healthy travel tips.

## Travel Health Notices

See the full list of Travel Health Notices, including:

### Level 3 - Reconsider Nonessential Travel

Marburg in Rwanda October 07, 2024

More

### Level 2 - Practice Enhanced Precautions

Updated  Oropouche in Cuba October 25, 2024

Clade I Mpox in Central and Eastern Africa September 23, 2024

Zika in the state of Maharashtra, India August 22, 2024

More

### Level 1 - Practice Usual Precautions

Updated  Oropouche in the Americas October 25, 2024

Global Measles October 18, 2024

Global Dengue October 15, 2024

More

Content source: National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Global Migration Health (DGMH)