


# Gabon



## Travel Health Notices

There are no notices currently in effect for Gabon.

## Vaccines and Medicines

Check the vaccines and medicines list and visit your doctor at least a month before your trip to get vaccines or medicines you may need. If you or your doctor need help finding a location that provides certain vaccines or medicines, visit the Find a Clinic page.

| Vaccines for disease | Recommendations | Clinical Guidance for Healthcare providers |
|---|---|---|
| Routine vaccines | Make sure you are up-to-date on all routine vaccines before every trip. Some of these vaccines include<br><br>- Chickenpox (Varicella)<br>- Diphtheria-Tetanus-Pertussis<br>- Flu (influenza)<br>- Measles-Mumps-Rubella (MMR)<br>- Polio<br>- Shingles | Immunization schedules |
| COVID-19 | All eligible travelers should be up to date with their COVID-19 vaccines. Please see Your COVID-19 Vaccination for more information. | COVID-19 vaccine |
| Hepatitis A | Recommended for unvaccinated travelers one year old or older going to Gabon.<br><br>Infants 6 to 11 months old should also be vaccinated against Hepatitis A. The dose does not count toward the routine 2-dose series.<br><br>Travelers allergic to a vaccine component should receive a single dose of immune globulin, which provides effective protection for up to 2 months depending on dosage given.<br><br>Unvaccinated travelers who are over 40 years old, are immunocompromised, or have chronic medical conditions planning to depart to a risk area in less than 2 weeks should get the initial dose of vaccine and at the same appointment receive immune globulin. | Hepatitis A - CDC Yellow Book<br><br>Dosing info - Hep A |
| Hepatitis B | Recommended for unvaccinated travelers of all ages traveling to Gabon. | Hepatitis B - CDC Yellow Book<br><br>Dosing info - Hep B |
| Malaria | CDC recommends that travelers going to Gabon take prescription medicine to prevent malaria. Depending on the medicine you take, you will need to start taking this medicine multiple days before your trip, as well as during and after your trip. Talk to your doctor about which malaria medication you should take.<br><br>Find country-specific information about malaria. | Malaria - CDC Yellow Book<br><br>Considerations when choosing a drug for malaria prophylaxis (CDC Yellow Book)<br><br>Malaria information for Gabon. |
| Measles | Cases of measles are on the rise worldwide. Travelers are at risk of measles if they have not been fully vaccinated at least two weeks prior to departure, or have not had measles in the past, and travel internationally to areas where measles is spreading.<br><br>All international travelers should be fully vaccinated against measles with the measles-mumps-rubella (MMR) vaccine, including an early dose for infants 6–11 months, according to CDC's measles vaccination recommendations for international travel. | Measles (Rubeola) - CDC Yellow Book |
| Rabies | Dogs infected with rabies are commonly found in Gabon.<br><br>If rabies exposures occur while in Gabon, rabies vaccines are typically not readily available.<br><br>Rabies pre-exposure vaccination considerations include whether travelers 1) will be performing occupational or recreational activities that increase risk for exposure to potentially rabid animals and 2) might have difficulty getting prompt access to safe post-exposure prophylaxis.<br><br>Please consult with a healthcare provider to determine whether you should receive pre-exposure vaccination before travel.<br><br>For more information, see country rabies status assessments. | Rabies - CDC Yellow Book |
| Typhoid | Recommended for most travelers, especially those staying with friends or relatives or visiting smaller cities or rural areas. | Typhoid - CDC Yellow Book<br><br>Dosing info - Typhoid |

| Vaccines for disease | Recommendations | Clinical Guidance for Healthcare providers |
| --- | --- | --- |
| Yellow Fever | Required for all arriving travelers ≥9 months old. *Recommended* for all travelers ≥9 months old. | Yellow Fever - CDC Yellow Book |

## Non-Vaccine-Preventable Diseases

| Disease Name | Common ways the disease spreads | Advice | Clinical Guidance for Healthcare Providers |
| --- | --- | --- | --- |

### Avoid contaminated water

| | | | |
| --- | --- | --- | --- |
| Leptospirosis | <ul><li>Touching urine or other body fluids from an animal infected with leptospirosis</li><li>Swimming or wading in urine-contaminated fresh water, or contact with urine-contaminated mud</li><li>Drinking water or eating food contaminated with animal urine</li></ul> | <ul><li>Avoid contaminated water and soil</li><li>Avoid floodwater</li></ul> | Leptospirosis |
| Schistosomiasis | <ul><li>Wading, swimming, bathing, or washing in contaminated freshwater streams, rivers, ponds, lakes, or untreated pools.</li></ul> | <ul><li>Avoid contaminated water</li></ul> | Schistosomiasis |

### Avoid bug bites

| | | | |
| --- | --- | --- | --- |
| African Sleeping Sickness (African Trypanosomiasis) | <ul><li>Tsetse fly bite</li></ul> | <ul><li>Avoid Bug Bites</li></ul> | African Trypanosomiasis |
| African Tick-Bite Fever | <ul><li>Tick bite</li></ul> | <ul><li>Avoid Bug Bites</li></ul> | African Tick-bite fever |
| Chikungunya | <ul><li>Mosquito bite</li></ul> | <ul><li>Avoid Bug Bites</li></ul> | Chikungunya |
| Dengue | <ul><li>Mosquito bite</li></ul> | <ul><li>Avoid Bug Bites</li></ul> | Dengue |
| Zika | <ul><li>Mosquito bite</li><li>An infected pregnant woman can spread it to her unborn baby</li></ul> | <ul><li>Avoid Bug Bites</li></ul> | Zika |

### Avoid animals

| | | | |
| --- | --- | --- | --- |
| Ebola | <ul><li>Touching infected animals (including bats and primates) or their body fluids</li><li>Touching body fluids (blood or sweat) from an infected person</li><li>Touching objects contaminated with the body fluids of a person infected with Ebola or Marburg virus</li></ul> | <ul><li>Avoid sick people</li><li>Avoid animals and areas where they live</li></ul> | Ebola virus |
| Mpox | <ul><li>Scratched or bitten by an infected animal such as a rodent or primate</li><li>Touching an infected animal or touching animal products, including skins and meat</li><li>Being near an infected person who is coughing or sneezing</li><li>Touching the body fluids or rash of a person with monkeypox</li></ul> | <ul><li>Avoid animals and animal products</li><li>Avoid people who are sick</li></ul> | Monkeypox |

### Airborne & droplet

| Disease Name | Common ways the disease spreads | Advice | Clinical Guidance for Healthcare Providers |
|---|---|---|---|
| Hantavirus | • Breathing in air or accidentally eating food contaminated with the urine, droppings, or saliva of infected rodents<br>• Bite from an infected rodent<br>• Less commonly, being around someone sick with hantavirus (only occurs with Andes virus) | • Avoid rodents and areas where they live<br>• Avoid sick people | Hantavirus |
| Tuberculosis (TB) | • Breathe in TB bacteria that is in the air from an infected and contagious person coughing, speaking, or singing. | • Avoid sick people | Tuberculosis (TB) |

## Stay Healthy and Safe

Learn actions you can take to stay healthy and safe on your trip. Vaccines cannot protect you from many diseases in Gabon, so your behaviors are important.

### Eat and drink safely

### Prevent bug bites

### Stay safe outdoors

### Keep away from animals

### Reduce your exposure to germs

### Avoid sharing body fluids

### Know how to get medical care while traveling

### Select safe transportation

### Maintain personal security

## Healthy Travel Packing List

Use the Healthy Travel Packing List for Gabon for a list of health-related items to consider packing for your trip. Talk to your doctor about which items are most important for you.

### Why does CDC recommend packing these health-related items?

It's best to be prepared to prevent and treat common illnesses and injuries. Some supplies and medicines may be difficult to find at your destination, may have different names, or may have different ingredients than what you normally use.

# After Your Trip

If you are not feeling well after your trip, you may need to see a doctor. If you need help finding a travel medicine specialist, see Find a Clinic. Be sure to tell your doctor about your travel, including where you went and what you did on your trip. Also tell your doctor if you were bitten or scratched by an animal while traveling.

If your doctor prescribed antimalarial medicine for your trip, keep taking the rest of your pills after you return home. If you stop taking your medicine too soon, you could still get sick.

**Malaria is always a serious disease and may be a deadly illness.** If you become ill with a fever either while traveling in a malaria-risk area or after you return home (for up to 1 year), you should seek **immediate** medical attention and should tell the doctor about your travel history.

For more information on what to do if you are sick after your trip, see Getting Sick after Travel.

**Map Disclaimer** - The boundaries and names shown and the designations used on maps do not imply the expression of any opinion whatsoever on the part of the Centers for Disease Control and Prevention concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Approximate border lines for which there may not yet be full agreement are generally marked.

Page last reviewed: August 05, 2024
Content source: National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Global Migration Health (DGMH)