



# Yellow Fever Vaccine & Malaria Prevention Information, by Country

## CDC Yellow Book 2024

Preparing International Travelers

*Author(s): Mark Gershman, Rhett Stoney (Yellow Fever) Holly Biggs, Kathrine Tan (Malaria)*

The following pages present country-specific information on yellow fever (YF) vaccine requirements and recommendations, and malaria transmission information and prevention recommendations. Country-specific maps are included to aid in interpreting the information. The information in this chapter was accurate at the time of publication; however, it is subject to change at any time due to changes in disease transmission or, in the case of YF, changing entry requirements for travelers. Updated information reflecting changes since publication can be found in the online version of this book and on the Centers for Disease Control and Prevention (CDC) Travelers' Health website. Recommendations for prevention of other travel-associated illnesses can also be found on the CDC Travelers' Health website.

## Yellow Fever Vaccine

## Entry Requirements

Entry requirements for proof of YF vaccination under the International Health Regulations (IHR) differ from CDC's YF vaccination recommendations. Under the IHR, countries are permitted to establish YF vaccine entry requirements to prevent the importation and transmission of YF virus within their boundaries. Certain countries require proof of vaccination from travelers arriving from all countries (Table 5-25); some countries require proof of vaccination only for travelers above a certain age coming from countries with risk for YF virus transmission. The World Health Organization (WHO) defines areas with risk for YF virus transmission as countries or areas where YF virus activity has been reported currently or in the past, and where vectors and animal reservoirs exist.

Unless issued a medical waiver by a yellow fever vaccine provider, travelers must comply with entry requirements for proof of vaccination against YF.

WHO publishes a list of YF vaccine country entry requirements and recommendations for international travelers approximately annually. But because entry requirements are subject to change at any time, health care professionals and travelers should refer to the online version of this book and the CDC Travelers' Health website for any updates before departure.

## CDC Recommendations

CDC's YF vaccine recommendations are guidance intended to protect travelers from acquiring YF virus infections during international travel. These recommendations are based on a classification system for destination-specific risk for YF virus transmission: endemic, transitional, low potential for exposure, and no risk (Table 2-08). CDC recommends YF vaccination for travel to areas classified as having endemic or transitional risk (Maps 5-10 and 5-11). Because of changes in YF virus circulation, however, recommendations can change; therefore, before departure, travelers and clinicians should check CDC's destination pages for up-to-date YF vaccine information.

## Duration of Protection

In 2015, the US Advisory Committee on Immunization Practices published a recommendation that 1 dose of YF vaccine provides long-lasting protection and is adequate for most travelers. The recommendation also identifies specific groups of travelers who should receive additional doses, and others for whom additional doses should be considered (see Sec. 5, Part 2, Ch. 26, Yellow Fever). In July 2016, WHO officially amended the IHR to stipulate that a completed International Certificate of Vaccination or Prophylaxis is valid for the lifetime of the vaccinee, and YF vaccine booster doses are not necessary. Moreover, countries cannot require proof of revaccination (booster) against YF as a condition of entry, even if the traveler's last vaccination was >10 years ago.

Ultimately, when deciding whether to vaccinate travelers, clinicians should take into account destination-specific risks for YF virus infection, and individual risk factors (e.g., age, immune status) for serious YF vaccine–associated adverse events, in the context of the entry requirements. See Sec. 5, Part 2, Ch. 26, Yellow Fever, for a full discussion of YF disease and vaccination guidance.

## Table 2–08 Yellow fever (YF) vaccine recommendation categories[1]

| YF VACCINE RECOMMENDATION CATEGORY | RATIONALE |
|---|---|
| **Recommended** | Vaccination recommended for all travelers ≥9 months old going to areas with endemic or transitional YF risk, as determined by persistent or periodic YF virus transmission |
| **Generally not recommended** | Vaccination generally not recommended for travel to areas where the potential for YF virus exposure is low, as determined by absence of reports of human YF and past evidence suggestive of only low levels of YF virus transmission

Vaccination might be considered for a small subset of travelers at increased risk for exposure to YF virus due to prolonged travel, heavy mosquito exposure, or inability to avoid mosquito bites |

| YF VACCINE RECOMMENDATION CATEGORY | RATIONALE |
|---|---|
| **Not recommended** | Vaccination not recommended for travel to areas where there is no risk for YF virus transmission, as determined by absence of past or present evidence of YF virus circulation in the area or environmental conditions not conducive to YF virus transmission |

---

**Footnotes**

[1] This table is an abbreviated version of Table 1 from: Jentes ES, Poumerol G, Gershman MD, et al. The revised global yellow fever risk map and recommendations for vaccination, 2010: consensus of the Informal WHO Working Group on Geographic Risk for Yellow Fever. Lancet Infect Dis. 2011 Aug;11(8):622– 32. The categories of risk of YF virus transmission and corresponding categories of YF vaccine recommendations that appear here are taken unchanged from the referenced article.

## Malaria Prevention

The following recommendations to protect travelers from malaria were developed using the best available data from multiple sources. Countries are not required to submit malaria surveillance data to CDC. On an ongoing basis, CDC actively solicits data from multiple sources, including WHO (main and regional offices); national malaria control programs; international organizations; CDC overseas offices; US military; academic, research, and aid organizations; and the published scientific literature. The reliability and accuracy of those data are also assessed.

If the information is available, trends in malaria incidence and other data are considered in the context of malaria control activities within a given country or other mitigating factors (e.g., natural disasters, wars, the coronavirus disease 2019 pandemic) that can affect the ability to control malaria or accurately count and report it. Factors such as the volume of travel to that country and the number of acquired cases reported in the US surveillance system are also examined. In developing its recommendations, CDC considers areas within countries where malaria transmission occurs, substantial occurrences of antimalarial drug resistance, the proportions of species present, and the available malaria prophylaxis options.

Clinicians should use these recommendations in conjunction with an individual risk assessment and consider not only the destination but also the detailed itinerary, including specific cities, types of accommodations, season, and style of travel, as well as special health conditions (e.g., pregnancy). Several medications are available for malaria prophylaxis. When deciding which drug to use, consider the itinerary and length of trip, travelers' previous adverse reactions to antimalarials, drug allergies, medical history, and drug costs. For a thorough discussion of malaria and guidance for prophylaxis, see Sec. 5, Part 3, Ch. 16, Malaria.

View:  [All] ▾   [Go]

---

# Afghanistan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

Transmission areas

- All areas <2,500 m (≈8,200 ft) elevation (April–December)

Drug resistance[2]

- Chloroquine

**Species**
- *P. vivax* (primarily)
- *P. falciparum* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Afghanistan

*Date last updated: October 4, 2024*

# Albania

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission [1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Albania

*Date last updated: October 4, 2024*

# Algeria

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Algeria

*Date last updated: October 4, 2024*

# American Samoa (US)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to American Samoa

*Date last updated: October 4, 2024*

# Andorra

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Andorra

*Date last updated: October 4, 2024*

# Angola

**Yellow Fever Vaccine**

Entry requirements: Required for arriving travelers ≥9 months old

CDC recommendations: *Recommended* for all travelers ≥9 months old

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Angola

*Date last updated: October 4, 2024*

# Anguilla (U.K.)

**Yellow Fever Vaccine**

Entry requirements: None

CDC recommendations: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Anguilla (U.K.)

*Date last updated: October 4, 2024*

# Antarctica

**Yellow Fever Vaccine**

Entry requirements: None

CDC recommendations: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Antarctica

*Date last updated: October 4, 2024*

# Antigua and Barbuda

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Antigua and Barbuda

*Date last updated: October 4, 2024*

# Argentina

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: *Recommended* for travelers ≥9 months old going to Corrientes and Misiones Provinces. ***Generally not recommended*** for travel to Formosa Province or to designated areas of Chaco, Jujuy, and Salta Provinces. ***Not recommended*** for travel limited to provinces and areas not listed above.

**Malaria Prevention**

No malaria transmission

**Related Maps**

Map 2-01 Yellow fever vaccine recommendations for Argentina & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Argentina

*Date last updated: October 4, 2024*

# Armenia

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Armenia

*Date last updated: October 4, 2024*

# Aruba

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Entry will be denied if a valid vaccination certificate cannot be provided.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Aruba

*Date last updated: October 4, 2024*

# Australia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Travelers arriving from the Galápagos Islands of Ecuador are exempt from this requirement.
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Australia

*Date last updated: October 4, 2024*

# Austria

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Austria

*Date last updated: October 4, 2024*

# Azerbaijan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Azerbaijan

*Date last updated: October 4, 2024*

# Azores (Portugal)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Azores

*Date last updated: October 4, 2024*

# Bahamas, The

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to The Bahamas

*Date last updated: October 4, 2024*

# Bahrain

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Bahrain

*Date last updated: October 4, 2024*

# Bangladesh

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Districts of Chittagong Hill Tract (Bandarban, Khagrachari, and Rangamati); and the following districts: Chattogram (Chittagong) and Cox's Bazar (in Chattogram [Chittagong] Division); Mymensingh, Netrakona, and Sherpur (in Mymensingh Division); Kurigram (in Rangpur Division); Habiganj, Moulvibazar, Sunamganj, and Sylhet (in Sylhet Division)

- No malaria transmission in Dhaka (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (80%)

- *P. vivax* (20%)

- *P. malariae* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Bangladesh

*Date last updated: October 4, 2024*

# Barbados

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1] Travelers arriving from Guyana or Trinidad & Tobago are exempt from this requirement, unless an outbreak is occurring.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Barbados

*Date last updated: October 4, 2024*

# Belarus

**Yellow Fever Vaccine**

**Entry requirements:** None

**CDC recommendations:** Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Belarus

*Date last updated: October 4, 2024*

# Belgium

**Yellow Fever Vaccine**

**Entry requirements:** None

**CDC recommendations:** Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Belgium

*Date last updated: October 4, 2024*

# Belize

**Yellow Fever Vaccine**

**Entry requirements:** None

**CDC recommendations:** Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Belize

*Date last updated: October 4, 2024*

# Benin

**Yellow Fever Vaccine**

**Entry requirements:** Required for all arriving travelers ≥9 months old

**CDC recommendations:** *Recommended* for all travelers ≥9 months old

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae, P. ovale,* and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**
See Health Information for Travelers to Benin

*Date last updated: October 4, 2024*

# Bermuda (U.K.)

**Yellow Fever Vaccine**
**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**
No malaria transmission
**Other Vaccines to Consider**
See Health Information for Travelers to Bermuda (U.K.)

*Date last updated: October 4, 2024*

# Bhutan

**Yellow Fever Vaccine**
**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**
**Transmission areas**
- Rare cases in rural areas <1,700 m (≈5,500 ft) elevation in districts along the southern border shared with India

**Drug resistance**[2]
- Chloroquine

**Species**
- *P. vivax* (primarily)
- *P. falciparum* (less commonly)

**Recommended chemoprophylaxis**
- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**
See Health Information for Travelers to Bhutan

*Date last updated: October 4, 2024*

# Bolivia

**Yellow Fever Vaccine**
**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas <2,300 m (≈7,550 ft) elevation, east of the Andes Mountains: the entire departments of Beni, Pando, Santa Cruz, and designated areas in the departments of Chuquisaca, Cochabamba, La Paz, and Tarija. *Not recommended* for travel limited to areas >2,300 m (≈7,550 ft) elevation and any areas not listed above, including the cities of La Paz (administrative capital) and Sucre (constitutional [legislative and judicial] capital).

**Malaria Prevention**
**Transmission areas**

- All areas <2,500 m (≈8,200 ft) elevation
- No malaria transmission in La Paz (administrative capital)

**Drug resistance**[2]
- Chloroquine

**Species**
- *P. vivax* (99%)
- *P. falciparum* (1%)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

**Related Maps**

Map 2-02. Yellow fever vaccine recommendations for Bolivia & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Bolivia

*Date last updated: October 4, 2024*

# Bonaire

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Bonaire

*Date last updated: October 4, 2024*

# Bosnia and Herzegovina

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Bosnia and Herzegovina

*Date last updated: October 4, 2024*

# Botswana

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes transits through countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Districts/ subdistricts of Bobirwa, Boteti, Chobe (including Chobe National Park), Ghanzi, Mahalapye, Ngamiland (Ngami), North East (including its capital, Francistown), Okavango, Serowe/ Palapye, and Tutume

- Rare cases or sporadic foci of transmission in districts/ subdistricts of Kgalagadi North, Kgatleng, Kweneng, and Southern

- No malaria transmission in Gaborone (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax (less commonly)*

**Recommended chemoprophylaxis**

- Districts/subdistricts of Bobirwa, Boteti, Chobe (including Chobe National Park), Ghanzi, Mahalapye, Ngamiland (Ngami), North-East (including its capital, Francistown), Okavango, Serowe/Palapye, and Tutume: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- Areas with rare cases or sporadic foci of transmission: no chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Botswana

*Date last updated: October 4, 2024*

# Brazil

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations:**
**Recommended** for travelers ≥9 months old going to the states of Acre, Amapá, Amazonas, Distrito Federal (including the capital city, Brasília), Espírito Santo,* Goiás, Maranhão, Mato Grosso, Mato Grosso do Sul, Minas Gerais, Pará, Paraná,* Piauí, Rio de Janeiro (including the city of Rio de Janeiro and all coastal islands),* Rio Grande do Sul,* Rondônia, Roraima, Santa Catarina,* São Paulo (including the city of São Paulo and all coastal islands),* Tocantins, and designated areas of Bahia*. Vaccination is also recommended for travelers going to Iguaçu Falls. **Not recommended** for travel limited to any areas not listed above, including the cities of Fortaleza and Recife

*In 2017, in response to a large YF outbreak in multiple eastern states, CDC expanded its vaccination recommendations for travelers going to Brazil. The expanded YF vaccination recommendations for these states are preliminary. For updates, refer to the CDC Travelers' Health website.

**Malaria Prevention**

**Transmission areas**

- All areas in the states of Acre, Amapá, Amazonas, Rondônia, and Roraima

- Present in the states of Maranhão, Mato Grosso, and Pará, but rare cases in their capital cities (São Luis [capital of Maranhão], Cuiabá [capital of Mato Grosso], Belém [capital of Pará])

- Rare cases and sporadic foci of transmission in rural and forested areas in the states of Espírito Santo, Goiás, Minas Gerais, Mato Grosso do Sul, Piauí, Rio de Janeiro, São Paolo, and Tocantins

- No malaria transmission in the cities of Brasília (the capital), Rio de Janeiro, or São Paolo

- No malaria transmission at Iguaçu Falls

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (90%)

- *P. falciparum* (10%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]
- Areas with rare cases: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

- Map 2-03 Yellow fever vaccine recommendations for Brazil & neighboring countries
- Map 2-04 Malaria prevention in Brazil

**Other Vaccines to Consider**

See Health Information for Travelers to Brazil

*Date last updated: October 4, 2024*

# British Indian Ocean Territory; includes Diego Garcia (U.K.)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to British Indian Ocean Territory (U.K.)

*Date last updated: October 4, 2024*

# Brunei

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- No human malaria
- Rare transmission of *P. knowlesi*[6] in primarily forested or forest-fringe areas

**Drug resistance**[2]

- None

**Species**

- *P. knowlesi*[6] (100%)

**Recommended chemoprophylaxis**

- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Brunei

*Date last updated: October 4, 2024*

# Bulgaria

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Bulgaria

*Date last updated: October 4, 2024*

# Burkina Faso

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Burkina Faso

*Date last updated: October 4, 2024*

# Burma (Myanmar)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

Transmission areas

- All areas

Drug resistance[2]

- Chloroquine and mefloquine

Species

- *P. vivax* (80%)

- *P. falciparum* (20%)

- *P. knowlesi*[6], *P. malariae*, and *P. ovale* (rare)

Recommended chemoprophylaxis

- Areas in the regions of Bago and Tanintharyi; and in the states of Kachin, Kayah, Kayin, and Shan: Atovaquone-proguanil, doxycycline, tafenoquine [3]

- All other areas: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine [3]

**Other Vaccines to Consider**

See Health Information for Travelers to Burma (Myanmar)

*Date last updated: October 4, 2024*

# Burundi

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Burundi

*Date last updated: October 4, 2024*

# Cambodia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Primarily isolated to pockets in rural and forested areas

- Rare cases in non-forested areas

- No (or negligible) malaria transmission in the cities of Phnom Penh (the capital) and Siem Reap

- No (or negligible) malaria transmission at the main temple complex at Angkor Wat

**Drug resistance**[2]

- Chloroquine and mefloquine

**Species**

- *P. vivax* (95%)

- *P. falciparum* (5%)

- *P. malariae* and *P. knowlesi*[6] (rare)

**Recommended chemoprophylaxis**

- Rural and forested areas: Atovaquone-proguanil, doxycycline, primaquine[5], tafenoquine[3]

- Areas with rare cases: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Cambodia

*Date last updated: October 4, 2024*

# Cameroon

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥1 year old.
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Cameroon

*Date last updated: October 4, 2024*

# Canada

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Canada

*Date last updated: October 4, 2024*

# Canary Islands ( Spain )

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Canary Islands (Spain)

*Date last updated: October 4, 2024*

# Cape Verde

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cape Verde

*Date last updated: October 4, 2024*

# Cayman Islands (U.K.)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cayman Islands (U.K.)

*Date last updated: October 4, 2024*

# Central African Republic

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old .

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Central African Republic

*Date last updated: October 4, 2024*

# Chad

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas south of the Sahara Desert. ***Not recommended*** for travel limited to areas in the Sahara Desert.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae, P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Chad

*Date last updated: October 4, 2024*

# Chile

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Chile

*Date last updated: October 4, 2024*

# China

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Travelers with itineraries limited to Hong Kong Special Administrative Region (SAR) or Macao SAR are exempt from this requirement.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to China

*Date last updated: October 4, 2024*

# Christmas Island (Australia)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Travelers arriving from the Galápagos Islands of Ecuador are exempt from this requirement.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Christmas Island (Australia)

*Date last updated: October 4, 2024*

# Cocos (Keeling) Islands (Australia)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Travelers arriving from the Galápagos Islands of Ecuador are exempt from this requirement.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cocos (Keeling) Islands (Australia)

*Date last updated: October 4, 2024*

# Colombia

**Yellow Fever Vaccine**

Entry requirements: Required for travelers ≥1 year old arriving from Angola, Brazil, Democratic Republic of the Congo, or Uganda; this includes >12-hour airport transits or layovers in any of these countries.

CDC recommendations: *Recommended* for all travelers ≥9 months old except as follows. *Generally not recommended* for travel limited to the cities of Barranquilla, Cali, Cartagena, or Medellín. *Not recommended* for travel limited to areas >2,300 m (≈7,550 ft) elevation, the archipelago department of San Andrés and Providencia, or the city of Bogotá (the capital).

**Malaria Prevention**

Transmission areas

- All areas <1,700 m (≈5,600 ft) elevation

- No malaria transmission in the cities of Bogotá (the capital), Cartagena, or Medellín

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (50%)

- *P. vivax* (50%)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Related Maps**

Map 2-05 Yellow fever vaccine recommendations for Colombia & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Colombia

*Date last updated: October 4, 2024*

# Comoros

**Yellow Fever Vaccine**

Entry requirements: None

CDC recommendations: Not recommended

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae* and *P. vivax* (rare)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Comoros

*Date last updated: October 4, 2024*

# Congo, Republic of the (Congo-Brazzaville)

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Congo, Republic of the

*Date last updated: October 4, 2024*

# Cook Islands (New Zealand)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cook Islands (New Zealand)

*Date last updated: October 4, 2024*

# Costa Rica

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1] Included in this requirement are travelers arriving from Tanzania and Zambia, and designated areas of: Colombia (the entire country, except the cities of Barranquilla, Bogotá, Cali, Cartagena, and Medellín, and the archipelago department, San Andrés and Providencia); Ecuador (the provinces of Morona-Santiago, Napo, Orellana, Pastaza, Sucumbíos, and Zamora-Chinchipe, and excluding the rest of the country); Paraguay (the entire country, except the city of Asunción); Peru (the entire country, except the cities of Cusco and Lima, the regions of Cajamarca, Lambayeque, Piura, and Tumbes, and the highland tourist areas of Machu Picchu and the Inca Trail); Trinidad & Tobago (the entire country, except the urban areas of Port of Spain; travelers with itineraries limited to the island of Tobago, and travelers with airport transits or layovers are also exempt from this requirement). Travelers arriving from Argentina and Panama are exempt from this requirement.

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Present in the provinces of Alajuela and Limón

- Rare to no transmission in other parts of the country

**Drug resistance**[2]

- None

**Species**

- *P. falciparum* (86%)
- *P. vivax* (14%)

**Recommended chemoprophylaxis**

- Alajuela and Limón Provinces: Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, tafenoquine[3]
- All other areas: None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Costa Rica

*Date last updated: October 4, 2024*

# Côte d'Ivoire (Ivory Coast)

**Yellow Fever Vaccine**

Entry requirements: Required for all arriving travelers ≥9 months old.
CDC recommendations: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Côte d'Ivoire

*Date last updated: October 4, 2024*

# Croatia

**Yellow Fever Vaccine**

Entry requirements: None
CDC recommendations: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Croatia

*Date last updated: October 4, 2024*

# Cuba

**Yellow Fever Vaccine**

Entry requirements: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

CDC recommendations: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cuba

*Date last updated: October 4, 2024*

# Curaçao, Netherlands

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See other recommended vaccines and medicines for travelers to Curaçao

# Cyprus

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Cyprus

*Date last updated: October 4, 2024*

# Czechia

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Czechia

*Date last updated: October 4, 2024*

# Democratic Republic of the Congo (Congo-Kinshasa)

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old

**CDC recommendations**: *Recommended* for all travelers ≥9 months old

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Democratic Republic of the Congo

*Date last updated: October 4, 2024*

# Denmark

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Denmark

*Date last updated: October 4, 2024*

# Djibouti

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (60–70%)

- *P. vivax* (30–40%)

- *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Djibouti

*Date last updated: October 4, 2024*

# Dominica

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Dominica

*Date last updated: October 4, 2024*

# Dominican Republic

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from the following states in Brazil: Espírito Santo, Mina Gerais, Rio de Janeiro, São Paulo; this includes >12-hour airport transits or layovers in any of these states
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Primarily in the provinces (including resort areas) of Azua, Elias Piña, La Altagracia, San Juan, and Santo Domingo

- In the Distrito Nacional, city of Santo Domingo (the capital), primarily in the La Ciénaga and Los Tres Brazos areas

- Rare transmission in other provinces

**Drug resistance**[2]

- None

**Species**

- *P. falciparum* (100%)

**Recommended chemoprophylaxis**

- Provinces (including resort areas) of Azua, Elias Piña, La Altagracia, San Juan, and Santo Domingo: Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, tafenoquine[3]

- All other areas: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Dominican Republic

*Date last updated: October 4, 2024*

# Easter Island (Chile)

**Yellow Fever Vaccine**

**Entry requirements**: Easter Island has not stated its YF vaccination certificate requirements
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Easter Island (Chile).

*Date last updated: October 4, 2024*

# Ecuador, including the Galápagos Islands

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from Brazil, Democratic Republic of the Congo, or Uganda; this includes >12-hour airport transits or layovers in any of these countries .
**CDC recommendations**:
*Recommended* for travelers ≥9 months old going to areas <2,300 m (≈7,550 ft) elevation, east of the Andes Mountains, in the provinces of Morona-Santiago, Napo, Orellana, Pastaza, Sucumbíos, Tungurahua,* and Zamora-Chinchipe.
*Generally not recommended* for travel limited to areas <2,300 m (≈7,550 ft) elevation, west of the Andes Mountains, in the provinces of Esmeraldas,* Guayas, Los Ríos, Manabí, Santa Elena, Santo Domingo de los Tsáchilas, and designated areas in the provinces of Azuay, Bolívar, Cañar, Carchi, Chimborazo, Cotopaxi, El Oro, Imbabura, Loja, and Pichincha.
*Not recommended* for travel limited to areas >2,300 m (≈7,550 ft) elevation, the cities of Guayaquil or Quito (the capital), or the Galápagos Islands

*CDC recommendations differ from those published by WHO.

**Malaria Prevention**

**Transmission areas**

- Areas <1,500 m (<5,000 ft) elevation in the provinces of Cotopaxi, Esmeraldas, Morona-Santiago, Orellana, Pastaza, and Sucumbíos

- Rare cases <1,500 m (<5,000 ft) in all other provinces

- No malaria transmission in the cities of Guayaquil or Quito (the capital)

- No malaria transmission on the Galápagos Islands

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (85%)

- *P. falciparum* (15%)

**Recommended chemoprophylaxis**

- Transmission areas in the provinces of Cotopaxi, Esmeraldas, Morona-Santiago, Orellana, Pastaza, and Sucumbíos: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- All other areas with reported malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

Map 2-06 Yellow fever vaccine recommendations for Ecuador & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Ecuador.

*Date last updated: October 4, 2024*

---

# Egypt

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Egypt.

*Date last updated: October 4, 2024*

---

# El Salvador

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to El Salvador.

*Date last updated: October 4, 2024*

# Equatorial Guinea

### Yellow Fever Vaccine

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

### Malaria Prevention

#### Transmission areas

- All

#### Drug resistance[2]

- Chloroquine

#### Species

- *P. falciparum* (primarily)

- *P. malariae, P. ovale*, and *P. vivax* (less commonly)

#### Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

### Other Vaccines to Consider

See Health Information for Travelers to Equatorial Guinea.

*Date last updated: October 4, 2024*

# Eritrea

### Yellow Fever Vaccine

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Generally not recommended* for travel to the regions of: Anseba, Debub (also known as South or Southern Region), Gash Barka, Ma'ekel (also known as Ma'akel or Central Region), or Semenawi K'eyih Bahri (also known as Northern Red Sea Region). *Not recommended* for travel to any areas not listed above, including the Dahlak Archipelago.

### Malaria Prevention

#### Transmission areas

- All areas <2,200 m (≈7,200 ft) elevation

- No malaria transmission in Asmara (the capital)

#### Drug resistance[2]

- Chloroquine

#### Species

- *P. falciparum* (80–85%)

- *P. vivax* (15–20%)

- *P. malariae* and *P. ovale* (rare)

#### Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

### Related Maps

Map 5-10 Yellow fever vaccine recommendations for Africa

### Other Vaccines to Consider

See Health Information for Travelers to Eritrea.

*Date last updated: October 4, 2024*

# Estonia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Estonia.

*Date last updated: October 4, 2024*

# Eswatini (Swaziland)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Eastern areas bordering Mozambique and South Africa, including the entire region of Lubombo and the eastern half of Hhohho, Manzini, and Shiselweni Regions

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Eswatini.

*Date last updated: October 4, 2024*

# Ethiopia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for all travelers ≥9 months old except as follows. ***Generally not recommended*** for travel limited to the regions of Afar or Somali.

**Malaria Prevention**

**Transmission areas**

- All areas <2,500 m (<8,200 ft) elevation; rare cases in the city of Addis Ababa (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (70%)

- *P. vivax* (30%)

- *P. malariae* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- All areas <2,500m (8,200 ft) elevation except Addis Ababa: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- Addis Ababa: No chemoprophylaxis recommended (insect bite precautions and mosquito prevention only)[4]

**Related Maps**

Map 2-07 Yellow fever vaccine recommendations for Ethiopia & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Ethiopia.

*Date last updated: October 4, 2024*

# Falkland Islands (Islas Malvinas), UK Overseas Territory (also claimed by Argentina)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Falkland Islands (Islas Malvinas).

*Date last updated: October 4, 2024*

# Faroe Islands (Denmark)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Faroe Islands (Denmark).

*Date last updated: October 4, 2024*

# Fiji

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Fiji.

*Date last updated: October 4, 2024*

# Finland

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Finland.

*Date last updated: October 4, 2024*

# France

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to France.

*Date last updated: October 4, 2024*

# French Guiana

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥1 year old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- Areas associated with gold mining, primarily the communes near the border with Brazil and Suriname, especially Régina and Saint-Georges-de-l'Oyapock; also, the communes of Kourou, Matoury, and Saint-Élie

- No malaria transmission in coastal areas west of Kourou

- No malaria transmission in Cayenne City (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (85%)

- *P. falciparum* (15%)

- *P. malariae* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to French Guiana (France).

*Date last updated: October 4, 2024*

# French Polynesia, including the Society Islands [Bora-Bora, Moorea & Tahiti]; Marquesas Islands [Hiva Oa & Ua Huka]; and Austral Islands (Tubuai & Rurutu), France

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to French Polynesia (France).

*Date last updated: October 4, 2024*

# Gabon

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Gabon.

*Date last updated: October 4, 2024*

# Gambia, The

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to The Gambia.

*Date last updated: October 4, 2024*

# Georgia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Georgia.

*Date last updated: October 4, 2024*

# Germany

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Germany.

*Date last updated: October 4, 2024*

# Ghana

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae, P. ovale,* and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Ghana.

*Date last updated: October 4, 2024*

# Gibraltar (U.K.)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Gibraltar (U.K.).

*Date last updated: October 4, 2024*

# Greece

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**
**Transmission areas**

- Rare, local transmission in agricultural areas, associated with imported malaria (May–November)

- No malaria transmission in tourist areas

**Drug resistance**[2]

- Not applicable

**Species**

- *P. vivax* (100%)

**Recommended chemoprophylaxis**

- None

**Other Vaccines to Consider**

See Health Information for Travelers to Greece.

*Date last updated: October 4, 2024*

# Greenland (Denmark)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Greenland (Denmark).

*Date last updated: October 4, 2024*

# Grenada

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Grenada.

*Date last updated: October 4, 2024*

# Guadeloupe (including Marie-Galante, La Désirade &

# Îles des Saintes)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Guadeloupe.

*Date last updated: October 4, 2024*

# Guam (U.S.)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Guam (U.S.).

*Date last updated: October 4, 2024*

# Guatemala

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Primarily in the departments of Alta Verapaz, Baja Verapaz, Escuintla, Izabal, and Petén

- Few cases reported in other departments

- No malaria transmission in the cities of Antigua or Guatemala City (the capital)

- No malaria transmission at Lake Atitlán

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (99%)

- *P. falciparum* (1%)

**Recommended chemoprophylaxis**

- Departments of Alta Verapaz, Baja Verapaz, Escuintla, Izabal, and Petén: Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

- Other areas with reported malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Guatemala.

*Date last updated: October 4, 2024*

# Guinea

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1] Required for all arriving travelers from all countries if traveler is ≥9 months of age and arriving at Ahmed Sékou Touré International Airport in Conakry.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Guinea.

*Date last updated: October 4, 2024*

# Guinea-Bissau

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥1 year old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Guinea-Bissau.

*Date last updated: October 4, 2024*

# Guyana

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >4-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All
- Rare cases in the cities of Georgetown (the capital) and New Amsterdam

Drug resistance[2]

- Chloroquine

Species

- *P. vivax* (60%)
- *P. falciparum* (40%)

Recommended chemoprophylaxis

- All areas (except the cities of Georgetown and New Amsterdam): Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]
- Cities of Georgetown and Amsterdam: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Guyana.

*Date last updated: October 4, 2024*

# Haiti

**Yellow Fever Vaccine**

Entry requirements: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
CDC recommendations: Not recommended

**Malaria Prevention**

Transmission areas

- All (including Labadee, also known as Port Labadee)

Drug resistance[2]

- None

Species

- *P. falciparum* (99%)
- *P. malariae* (rare)

Recommended chemoprophylaxis

- Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Haiti.

*Date last updated: October 4, 2024*

# Honduras

**Yellow Fever Vaccine**

Entry requirements: Required for travelers 1-60 years old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
CDC recommendations: Not recommended

**Malaria Prevention**

Transmission areas

- Throughout the country and on the island of Roatán and other Bay Islands

- No malaria transmission in the cities of San Pedro Sula or Tegucigalpa (the capital)

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (70%)

- *P. falciparum* (30%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Honduras.

*Date last updated: October 4, 2024*

# Hong Kong (China)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Hong Kong SAR (China).

*Date last updated: October 4, 2024*

# Hungary

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Hungary.

*Date last updated: October 4, 2024*

# Iceland

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Iceland.

*Date last updated: October 4, 2024*

# India

**Yellow Fever Vaccine**

**Entry requirements**: Any traveler ≥9 months old arriving by air or by sea without a YF vaccination certificate will be detained in isolation for ≤6 days if they

- Arrive within 6 days of leaving an area with risk for YF virus transmission, or

- Have been in such an area in transit (exception: passengers and members of flight crews who, while in transit through an airport in an area with risk for YF virus transmission, remained in the airport during their entire stay and the health officer agrees to such an exemption), or

- Arrive on a ship that started from or touched at any port in an area with risk for YF virus transmission ≤30 days before its arrival in India, unless such a ship has been disinsected in accordance with the procedure recommended by the World Health Organization (WHO), or

- Arrive on an aircraft that has been in an area with risk for YF virus transmission and has not been disinsected in accordance with the Indian Aircraft Public Health Rules, 1954, or as recommended by WHO.

The following countries are regarded by the Government of India as areas with risk for YF virus transmission.

- Africa: Angola, Benin, Burkina Faso, Burundi, Cameroon, Central African Republic, Chad, Congo, Côte d'Ivoire, Democratic Republic of the Congo, Equatorial Guinea, Ethiopia, Gabon, The Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Liberia, Mali, Mauritania, Niger, Nigeria, Rwanda, Senegal, Sierra Leone, South Sudan, Sudan, Togo, Uganda

- Americas: Argentina, Bolivia, Brazil, Colombia, Ecuador, French Guiana, Guyana, Panama, Paraguay, Peru, Suriname, Trinidad & Tobago (Trinidad only), Venezuela

When a case of YF is reported from any country, the Government of India regards that country as an area with risk for YF virus transmission and adds it to the above list.

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Throughout the country, including the cities of Bombay (Mumbai) and New Delhi (the capital)

- No malaria transmission in areas >2,000 m (>6,500 ft) elevation, which include areas in Arunachal Pradesh, Himachal Pradesh, Jammu and Kashmir, Kerala, Ladakh, Sikkim, Tamil Nadu, or Uttarakhand

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (60%)

- *P. vivax* (40%)

- *P. malariae* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to India.

*Date last updated: October 4, 2024*

# Indonesia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All areas of eastern Indonesia (the provinces of Maluku, North Maluku, East Nusa Tenggara, Papua, and West Papua), including the town of Labuan Bajo and the Komodo Islands in the Nusa Tenggara region

- Rural areas of Kalimantan (Borneo), West Nusa Tenggara (includes the island of Lombok), Sulawesi, and Sumatra

- Low transmission in rural areas of Java, including Pangandaran, Sukabumi, and Ujung Kulon

- No malaria transmission in the cities of Jakarta (the capital) or Ubud

- No malaria transmission in the resort areas of Bali or Java, the Gili Islands, or the Thousand Islands (Pulau Seribu)

**Drug resistance**[2]

- Chloroquine (*P. falciparum* and *P. vivax*)

**Species**

- *P. falciparum* (60%)

- *P. vivax* (40%)

- *P. knowlesi*[6], *P. malariae*, and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Indonesia.

*Date last updated: October 4, 2024*

# Iran

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Previously, March–November in rural areas of Fars Province, Sistan-Baluchestan Province, and southern, tropical parts of Hormozgan and Kerman Provinces

- Recent outbreaks in Sistan-Baluchestan Province near the border with Pakistan

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (90%)

- *P. falciparum* (10%)

**Recommended chemoprophylaxis**

- Sistan-Baluchestan Province along the border with Pakistan: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[2]

- All other areas with previous transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Iran.

*Date last updated: October 4, 2024*

# Iraq

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Iraq.

*Date last updated: October 4, 2024*

# Ireland

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Ireland.

*Date last updated: October 4, 2024*

# Israel

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Israel, including the West Bank and Gaza.

*Date last updated: October 4, 2024*

# Italy (including Holy See [Vatican City])

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Italy.

*Date last updated: October 4, 2024*

# Jamaica

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Jamaica.

*Date last updated: October 4, 2024*

# Japan

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Japan.

*Date last updated: October 4, 2024*

# Jordan

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Jordan.

*Date last updated: October 4, 2024*

# Kazakhstan

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Kazakhstan.

*Date last updated: October 4, 2024*

# Kenya

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for all travelers ≥9 months old except as follows. ***Generally not recommended*** for travel limited to: the city of Nairobi (the capital); the counties of the former North Eastern Province (Mandera, Wajir, and Garissa); or the counties (except Taita-Taveta) of the former Coast Province (Kilifi, including the city of Malindi; Kwale; Lamu; Mombasa, including the city of Mombasa; Tana River) .

**Malaria Prevention**

**Transmission areas**

- All areas (including game parks) <2,500 m (<8,200 ft) elevation; rare cases in the highly urbanized central part of the city of Nairobi (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- Highly urbanized central part of the city of Nairobi (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

- Map 2-08 Yellow fever vaccine recommendations for Kenya & neighboring countries

- Map 2-09 Malaria prevention in Kenya

**Other Vaccines to Consider**

See Health Information for Travelers to Kenya.

*Date last updated: October 4, 2024*

# Kiribati (formerly Gilbert Islands), includes Tarawa, Tabuaeran (Fanning Island), and Banaba (Ocean Island)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Kiribati.

*Date last updated: October 4, 2024*

# Kosovo

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Kosovo.

*Date last updated: October 4, 2024*

# Kuwait

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Kuwait.

*Date last updated: October 4, 2024*

# Kyrgyzstan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Kyrgyzstan.

*Date last updated: October 4, 2024*

# Laos

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Present in the southern part of the country in the provinces of Attapeu, Champasak, Khammouane, Salavan, Savannakhet, and Sekong

- Rare cases in the northern part of the country

- None in the cities of Luang Prabang and Vientiane (the capital)

**Drug resistance**[2]

- Chloroquine and mefloquine

**Species**

- *P. vivax* (55%)

- *P. falciparum* (45%)

- *P. knowlesi*[5] , *P. malariae,* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- In the provinces of Attapeu, Champasak, Khammouane, Salavan, Savannakhet, and Sekong: Atovaquone-proguanil, doxycycline, tafenoquine[3]

- Northern part of the country: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Laos.

*Date last updated: October 4, 2024*

# Latvia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Latvia.

*Date last updated: October 4, 2024*

# Lebanon

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Lebanon.

*Date last updated: October 4, 2024*

# Lesotho

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Lesotho.

*Date last updated: October 4, 2024*

# Liberia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Liberia.

*Date last updated: October 4, 2024*

# Libya

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Libya.

*Date last updated: October 4, 2024*

# Liechtenstein

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Liechtenstein.

*Date last updated: October 4, 2024*

# Lithuania

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Lithuania.

*Date last updated: October 4, 2024*

# Luxembourg

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Luxembourg.

*Date last updated: October 4, 2024*

# Macau (China)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Macau SAR (China).

*Date last updated: October 4, 2024*

# Madagascar

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All; except in Antananarivo (the capital) where malaria transmission is rare

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. ovale* and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- All areas (except the city of Antananarivo): Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- Antananarivo: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Madagascar.

*Date last updated: October 4, 2024*

# Madeira Islands (Portugal)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Madeira Islands (Portugal).

*Date last updated: October 4, 2024*

# Malawi

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Malawi.

*Date last updated: October 4, 2024*

# Malaysia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- No indigenous cases of human malaria since 2017

- Zoonotic transmission of simian malaria occurs in rural, forested areas

- No malaria transmission in other areas, including Kuala Lumpur (the capital), in Penang State, on Penang Island, or in George Town (capital of Penang State)

**Drug resistance**[2]

- Previously, chloroquine

**Species**

- *P. knowlesi*[6] (primarily)

- Previously, *P. falciparum*, *P. malariae*, *P. ovale*, and *P. vivax*

**Recommended chemoprophylaxis**

- In rural, forested areas: atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Malaysia.

*Date last updated: October 4, 2024*

# Maldives

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Maldives.

*Date last updated: October 4, 2024*

# Mali

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.

**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas south of the Sahara Desert. ***Not recommended*** for travel limited to areas in the Sahara Desert.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Mali.

*Date last updated: October 4, 2024*

# Malta

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Malta.

*Date last updated: October 4, 2024*

# Marshall Islands

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Marshall Islands.

*Date last updated: October 4, 2024*

# Martinique

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Martinique (France).

*Date last updated: October 4, 2024*

# Mauritania

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas south of the Sahara Desert. ***Not recommended*** for travel limited to areas in the Sahara Desert.

**Malaria Prevention**

Transmission areas

- All; except in the regions of Dakhlet Nouadhibou and Tiris Zemmour where there is no transmission

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Related Maps**

Map 5-10 Yellow fever vaccine recommendations for Africa

**Other Vaccines to Consider**

See Health Information for Travelers to Mauritania.

*Date last updated: October 4, 2024*

# Mauritius

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Mauritius.

*Date last updated: October 4, 2024*

# Mayotte (France)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Rare cases

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Mayotte (France).

*Date last updated: October 4, 2024*

# Mexico

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Campeche, Chiapas, and the southern part of Chihuahua state

- Rare in the states of Oaxaca, Sinaloa, Sonora, and Tabasco

- No malaria transmission along the US–Mexico border

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (100%)

**Recommended chemoprophylaxis**

- Campeche, Chiapas, and the southern part of Chihuahua state: Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

- All other areas with malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

Map 2-10 Malaria prevention in Mexico

**Other Vaccines to Consider**

See Health Information for Travelers to Mexico.

*Date last updated: October 4, 2024*

# Micronesia, Federated States of (including Chuuk, Kosrae, Pohnpei & Yap)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Micronesia, Federated States of.

*Date last updated: October 4, 2024*

# Moldova

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Moldova.

*Date last updated: October 4, 2024*

# Monaco

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Monaco.

*Date last updated: October 4, 2024*

# Mongolia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Mongolia.

*Date last updated: October 4, 2024*

# Montenegro

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Montenegro.

*Date last updated: October 4, 2024*

# Montserrat, United Kingdom

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Montserrat (U.K.).

*Date last updated: October 4, 2024*

# Morocco

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Morocco.

*Date last updated: October 4, 2024*

# Mozambique

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Mozambique.

*Date last updated: October 4, 2024*

# Namibia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- In the regions of Kavango (East and West), Kunene, Ohangwena, Omaheke, Omusati, Oshana, Oshikoto, Otjozondjupa, and Zambezi
- Rare in other parts of the country
- No malaria transmission in Windhoek (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Kavango (East and West), Kunene, Ohangwena, Omaheke, Omusati, Oshana, Oshikoto, Otjozondjupa, and Zambezi: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]
- All other areas with malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Namibia.

*Date last updated: October 4, 2024*

# Nauru

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Nauru.

*Date last updated: October 4, 2024*

# Nepal

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Sudurpashchim and Karnali provinces in areas <2,000m (<6,500 ft) elevation

- Rare cases in other areas throughout the country in areas <2,000 m (<6,500 ft) elevation

- No malaria transmission in Kathmandu (the capital), Pokhara, or on typical Himalayan treks

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (primarily)

- *P. falciparum* (<10%)

**Recommended chemoprophylaxis**

- Areas <2,000m in Sudurpashchim and Kernali Provinces: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- All other areas with reported malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only) [4]

**Other Vaccines to Consider**

See Health Information for Travelers to Nepal.

*Date last updated: October 4, 2024*

# Netherlands

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to The Netherlands.

*Date last updated: October 4, 2024*

# Netherlands Antilles (Bonaire, Curaçao, Saba, St. Eustasius, and St. Maarten)

**Yellow Fever Vaccine**

**Entry requirements**: See Bonaire, Curaçao, Saba, St. Eustasius, and St. Maarten for yellow fever information.

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- See Bonaire, Curaçao, Saba, St. Eustasius, and St. Maarten for malaria information.

# New Caledonia (France)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] In the event of an epidemic threat to the territory, a specific vaccination certificate may be required.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to New Caledonia (France).

*Date last updated: October 4, 2024*

# New Zealand

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to New Zealand.

*Date last updated: October 4, 2024*

# Nicaragua

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Región Autónoma Atlántico Norte (RAAN) and Región Autónoma Atlántico Sur (RAAS)

- Rare cases in the departments of Boaco, Chinandega, Estelí, Jinotega, León, Matagalpa, and Nueva Segovia

- No malaria transmission in Managua (the capital)

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (80%)
- *P. falciparum* (20%)

**Recommended chemoprophylaxis**
- Región Autónoma Atlántico Norte (RAAN) and Región Autónoma Atlántico Sur (RAAS): Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, tafenoquine[3]
- All other areas with malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**
See Health Information for Travelers to Nicaragua.

*Date last updated: October 4, 2024*

# Niger

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.
**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas south of the Sahara Desert. ***Not recommended*** for travel limited to areas in the Sahara Desert.

**Malaria Prevention**

**Transmission areas**
- All

**Drug resistance**[2]
- Chloroquine

**Species**
- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**
See Health Information for Travelers to Niger.

*Date last updated: October 4, 2024*

# Nigeria

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**
- All

**Drug resistance**[2]
- Chloroquine

**Species**
- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Nigeria.

*Date last updated: October 4, 2024*

# Niue (New Zealand)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Niue (New Zealand).

*Date last updated: October 4, 2024*

# Norfolk Island (Australia)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1] Travelers arriving from the Galápagos Islands of Ecuador are exempt from this requirement.
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Norfolk Island (Australia).

*Date last updated: October 4, 2024*

# North Korea

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Southern provinces

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (100%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to North Korea.

*Date last updated: October 4, 2024*

# North Macedonia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to North Macedonia.

*Date last updated: October 4, 2024*

# Northern Mariana Islands (U.S.), includes Saipan, Tinian, and Rota Island

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Northern Mariana Islands (U.S.).

*Date last updated: October 4, 2024*

# Norway

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Norway.

*Date last updated: October 4, 2024*

# Oman

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission, with the addition of Rwanda and Tanzania; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Rare sporadic transmission after importation only

**Drug resistance**[2]

- Previously, chloroquine

**Species**

- Previously, *P. falciparum* and *P. vivax*

**Recommended chemoprophylaxis**

- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Oman.

*Date last updated: October 4, 2024*

# Pakistan

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All areas (including all cities) <2,500 m (≈8,200 ft) elevation

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (80%)

- *P. falciparum* (20%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Pakistan.

*Date last updated: October 4, 2024*

# Palau

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Palau.

*Date last updated: October 4, 2024*

# Panama

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Recommended* for travelers ≥9 months old going to all mainland areas east of the Canal Zone including Darién Province, the indigenous provinces (comarcas indígena) of Emberá and Kuna Yala (also spelled Guna Yala), and areas of the provinces of Colón and Panamá, east of the Canal Zone. *Not recommended* for travel limited to the Canal Zone; areas west of the Canal Zone; Panama City (the capital); Balboa district (Pearl Islands) of Panamá Province; or the San Blas Islands of Kuna Yala Province.

**Malaria Prevention**

**Transmission areas**

- The provinces of Bocas del Toro, Chiriquí, Colón, Darién, Panamá, Panamá Oeste, and Veraguas

- The indigenous provinces (*comarcas indígena*) of Emberá, Kuna Yala (also spelled Guna Yala) and Ngäbe-Buglé

- No malaria transmission in the Canal Zone or in Panama City (the capital)

Drug resistance[2]

- Chloroquine (east of the Panama Canal)

**Species**

- *P. vivax* (97%)

- *P. falciparum* (3%)

**Recommended chemoprophylaxis**

- Darién, Emberá, Kuna Yala, and Panamá Provinces : Atovaquone-proguanil, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

- Bocas del Toro, Chiriquí, Colón, Ngäbe-Buglé, Panamá Oeste, and Veraguas Provinces : Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, primaquine[5], tafenoquine[3]

- All other areas with malaria transmission: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

- Map 2-11 Yellow fever vaccine recommendations for Panama & neighboring countries

- Map 2-12 Malaria prevention in Panama

**Other Vaccines to Consider**

See Health Information for Travelers to Panama.

*Date last updated: October 4, 2024*

# Papua New Guinea

### Yellow Fever Vaccine

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

### Malaria Prevention

**Transmission areas**

- Throughout the country in areas <2,000 m (≈6,500 ft) elevation

Drug resistance[2]

- Chloroquine (both *P. falciparum* and *P. vivax*)

**Species**

- *P. falciparum* (75%)

- *P. vivax* (25%)

- *P. malariae* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Papua New Guinea.

*Date last updated: October 4, 2024*

# Paraguay

### Yellow Fever Vaccine

**Entry requirements**: Required for travelers ≥1 year old arriving from Bolivia, Brazil, Peru, or Venezuela; this includes this includes >24-hour transits or layovers in those countries[1]

**CDC recommendations:** *Recommended* for all travelers ≥9 months old except as follows. *Generally not recommended* for travel limited to the city of Asunción (the capital).

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Paraguay.

*Date last updated: October 4, 2024*

# Peru

### Yellow Fever Vaccine

**Entry requirements:** None

**CDC recommendations:** *Recommended* for travelers ≥9 months old going to areas <2,300 m (≈7,550 ft) elevation in the regions of Amazonas, Cusco, Huánuco, Junín, Loreto, Madre de Dios, Pasco, Puno, San Martín, and Ucayali, and designated areas of Ancash (far northeast), Apurímac (far north), Ayacucho (north and northeast), Cajamarca (north and east), Huancavelica (far north), La Libertad (east), and Piura (east). *Generally not recommended* for travel limited to the following areas west of the Andes: the regions of Lambayeque and Tumbes, and designated areas of Cajamarca (west-central), and Piura (west). *Not recommended* for travel limited to areas >2,300 m (≈7,550 ft) elevation, areas west of the Andes not listed above, the city of Lima (the capital), and the highland tourist areas (the city of Cusco, the Inca Trail, and Machu Picchu).

**Malaria Prevention**

**Transmission areas**

- All areas of the country <2,500 m (<8,200 ft) elevation east of the Andes, including the cities of Iquitos and Puerto Maldonado

- Rare cases in Tumbes and Piura regions

- No malaria transmission in the following areas: Lima Province; the cities of Arequipa, Ica, Moquegua, Nazca, Puno, or Tacna; the highland tourist areas (the city of Cusco, Machu Picchu, Lake Titicaca); along the central and southern Pacific Coast

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (80%)

- *P. falciparum* (20%)

**Recommended chemoprophylaxis**

- Areas <2,500m (<8,200 ft) elevation east of the Andes (see map): Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- All other areas with malaria transmission (see map): No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

- Map 2-13 Yellow fever vaccine recommendations for Peru & neighboring countries

- Map 2-14 Malaria prevention in Peru

**Other Vaccines to Consider**

See Health Information for Travelers to Peru.

*Date last updated: October 4, 2024*

# Philippines

### Yellow Fever Vaccine

**Entry requirements:** Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations:** Not recommended

**Malaria Prevention**

**Transmission areas**

- Province of Palawan and the Mindanao Island group

- No malaria transmission in metropolitan Manila (the capital) or other urban areas

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (85%)

- *P. vivax* (15%)

- *P. knowlesi*[6], *P. malariae*, and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Philippines.

*Date last updated: October 4, 2024*

# Pitcairn Islands (U.K.)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Pitcairn Islands (U.K.).

*Date last updated: October 4, 2024*

# Poland

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Poland.

*Date last updated: October 4, 2024*

# Portugal

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Portugal.

*Date last updated: October 4, 2024*

# Puerto Rico (U.S.)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Puerto Rico (U.S.).

*Date last updated: October 4, 2024*

# Qatar

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Qatar.

*Date last updated: October 4, 2024*

# Réunion (France)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Réunion (France).

*Date last updated: October 4, 2024*

# Romania

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Romania.

*Date last updated: October 4, 2024*

# Russia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Russia.

*Date last updated: October 4, 2024*

# Rwanda

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: *Generally not recommended* for travel to Rwanda.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Rwanda.

*Date last updated: October 4, 2024*

# Saba, Netherlands

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saba.

*Date last updated: October 4, 2024*

# Saint Barthelemy, France

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

# Saint Helena, United Kingdom

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1] *For YF vaccine entry requirements and recommendations and malaria prevention information for Ascension Island and Tristan da Cunha archipelago, see: UNITED KINGDOM (including CHANNEL ISLANDS, ISLE OF MAN, ASCENSION ISLAND & TRISTAN DA CUNHA ARCHIPELAGO)
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saint Helena (U.K.).

*Date last updated: October 4, 2024*

# Saint Kitts (Saint Christopher) & Nevis

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saint Kitts and Nevis.

*Date last updated: October 4, 2024*

# Saint Lucia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saint Lucia.

*Date last updated: October 4, 2024*

# Saint Martin, France

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

# Saint Pierre and Miquelon (France)

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saint Pierre and Miquelon (France).

*Date last updated: October 4, 2024*

# Saint Vincent and the Grenadines

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Saint Vincent and the Grenadines.

*Date last updated: October 4, 2024*

# Samoa (formerly Western Somoa)

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Samoa (formerly Western Samoa).

*Date last updated: October 4, 2024*

# San Marino

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to San Marino.

*Date last updated: October 4, 2024*

# São Tomé and Príncipe

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Generally not recommended* for travel to São Tomé and Príncipe.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to São Tomé and Príncipe.

*Date last updated: October 4, 2024*

# Saudi Arabia

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Asir and Jazan (also spelled Jizan) Regions near the Yemen border only

- No malaria transmission in the cities of Jeddah, Mecca, Medina, Riyadh (the capital), or Ta'if

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. vivax* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Saudi Arabia.

*Date last updated: October 4, 2024*

# Senegal

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Senegal.

*Date last updated: October 4, 2024*

# Serbia

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Serbia.

*Date last updated: October 4, 2024*

# Seychelles

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Seychelles.

*Date last updated: October 4, 2024*

# Sierra Leone

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Sierra Leone.

*Date last updated: October 4, 2024*

# Singapore

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Singapore.

*Date last updated: October 4, 2024*

# Sint Eustatius, Netherlands

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥6 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Sint Eustatius.

*Date last updated: October 4, 2024*

# Sint Maarten, Netherlands

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Sint Maarten.

*Date last updated: October 4, 2024*

# Slovakia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Slovakia.

*Date last updated: October 4, 2024*

# Slovenia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Slovenia.

*Date last updated: October 4, 2024*

# Solomon Islands

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**
**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (70%)
- *P. falciparum* (30%)
- *P. ovale* (<1%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Solomon Islands.

*Date last updated: October 4, 2024*

# Somalia

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: *Generally not recommended* for travel to the regions of Bakool, Banaadir, Bay, Galguduud, Gedo, Hiiraan (also spelled Hiran), Lower Juba (also known as Jubbada Hoose), Middle Juba (also known as Jubbada Dhexe), Lower Shabelle (also known as Shabeellaha Hoose), or Middle Shabelle (also known as Shabeellaha Dhexe). *Not recommended* for travel to areas not listed above.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (90%)
- *P. vivax* (5–10%)
- *P. malariae* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Somalia.

*Date last updated: October 4, 2024*

# South Africa

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Along the border with Mozambique and Zimbabwe
- KwaZulu-Natal Province: uMkhanyakude District; the districts of King Cetshwayo and Zululand (few cases) Limpopo Province: the districts of Mopani and Vhembe; the districts of Capricorn, Greater Sekhukhune, and Waterberg (few cases)

- Mpumalanga Province: Ehlanzeni District

- Kruger National Park

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- KwaZulu-Natal Province (uMkhanyakude District); Limpopo Province (the districts of Mopani and Vhembe); Mpumalanga Province (Ehlanzeni District); and Kruger National Park: Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- All other areas with malaria transmission (including the districts of King Cetshwayo and Zululand in KwaZulu-Natal Province, and the districts of Capricorn, Greater Sekhukhune, and Waterberg in Limpopo Province): No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

Map 2-15 Malaria prevention in South Africa

**Other Vaccines to Consider**

See Health Information for Travelers to South Africa.

*Date last updated: October 4, 2024*

# South Georgia & the South Sandwich Islands, UK Overseas Territory (also claimed by Argentina)

**Yellow Fever Vaccine**

**Entry requirements**: South Georgia & the South Sandwich Islands has not stated its YF vaccination certificate requirements.

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to South Georgia and the South Sandwich Islands (U.K.).

*Date last updated: October 4, 2024*

# South Korea

**Yellow Fever Vaccine**

**Entry requirements**: Required if traveling from a country with risk of YF virus transmission and ≥1 year of age.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Limited to the months of March– December in rural areas in the northern parts of the provinces of Inch'ŏn (also spelled Incheon), Kangwŏn (also spelled Gangwon), and Kyŏnggi (also spelled Gyeonggi), including the demilitarized zone (DMZ)

**Drug resistance**[2]

- None

**Species**

- *P. vivax* (100%)

Recommended chemoprophylaxis
- Atovaquone-proguanil, chloroquine, doxycycline, mefloquine, primaquine[5], or tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to South Korea.

*Date last updated: October 4, 2024*

# South Sudan

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.
**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**
**Transmission areas**
- All

**Drug resistance**[2]
- Chloroquine

**Species**
- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to South Sudan.

*Date last updated: October 4, 2024*

# Spain

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**
No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Spain.

*Date last updated: October 4, 2024*

# Sri Lanka

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]
**CDC recommendations**: Not recommended

**Malaria Prevention**
No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Sri Lanka.

*Date last updated: October 4, 2024*

# Sudan

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: *Recommended* for travelers ≥9 months old going to areas south of the Sahara Desert. ***Not recommended*** for travel limited to areas in the Sahara Desert or the city of Khartoum (the capital).

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (90%)

- *P. vivax* (5–10%)

- *P. malariae* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Sudan.

*Date last updated: October 4, 2024*

# Suriname

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- No indigenous cases since 2021

- Previously, primarily in Sipaliwini District, near the border with French Guiana, with limited transmission in Brokopondo, Marowijne, and Para (near the border with French Guiana)

**Drug resistance**[2]

- Previously, chloroquine

**Species**

- Previously, *P. vivax* (primarily)

- Previously, *P. falciparum* (rare)

**Recommended chemoprophylaxis**

- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Suriname.

*Date last updated: October 4, 2024*

# Sweden

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Sweden.

*Date last updated: October 4, 2024*

# Switzerland

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Switzerland.

*Date last updated: October 4, 2024*

# Syria

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Syria.

*Date last updated: October 4, 2024*

# Taiwan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Taiwan.

*Date last updated: October 4, 2024*

# Tajikistan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Tajikistan.

*Date last updated: October 4, 2024*

# Tanzania

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: *Generally not recommended* for travel to Tanzania.

**Malaria Prevention**

**Transmission areas**

- All areas below 1,800 m (≈5,900 ft) elevation

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae* and *P. ovale* (less commonly)

- *P. vivax* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Tanzania.

*Date last updated: October 4, 2024*

# Thailand

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Primarily the provinces that border Burma (Myanmar), Cambodia (rare cases in Buri Ram Province), and Malaysia (especially in the rural forest and forest-fringe areas of these provinces)

- Rare to few cases in other parts of Thailand, including the cities of Bangkok (the capital), Chiang Mai, and Chiang Rai, or on the islands of Koh Pha Ngan, Koh Samui, or Phuket

- No malaria transmission on the islands of Krabi Province (Koh Lanta, Koh Phi Phi, Koh Yao Noi, Koh Yao Yai) or in Pattaya City

**Drug resistance**[2]

- Chloroquine and mefloquine

**Species**

- *P. vivax* (80%)

- *P. falciparum* (<20%)

- *P. knowlesi*[6], *P. malariae*, and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Provinces that border Burma (Myanmar), Cambodia (except Buri Ram Province), and Malaysia: Atovaquone-proguanil, doxycycline, tafenoquine[3]

- All other areas with malaria transmission (including Buri Ram province): No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Related Maps**

Map 2-16 Malaria prevention in Thailand

**Other Vaccines to Consider**

See Health Information for Travelers to Thailand.

*Date last updated: October 4, 2024*

# Timor-Leste

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

Transmission areas

- Rare cases; outbreak in Indonesia border area in 2020

Drug resistance[2]

- Previously, chloroquine

Species

- Previously, *P. falciparum* (50%)

- Previously, *P. vivax* (50%)

- Previously, *P. malariae* and *P. ovale* (each <1%)

Recommended chemoprophylaxis

- None (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Timor-Leste (East Timor).

*Date last updated: October 4, 2024*

# Togo

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥9 months old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Togo.

*Date last updated: October 4, 2024*

# Tokelau (New Zealand)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Tokelau (New Zealand).

*Date last updated: October 4, 2024*

# Tonga

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Tonga.

*Date last updated: October 4, 2024*

# Trinidad and Tobago

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: *Recommended* for travelers ≥9 months old going to densely forested areas on Trinidad. ***Not recommended*** for cruise ship passengers, airplane passengers in transit, or travel limited to Tobago.

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Trinidad and Tobago.

*Date last updated: October 4, 2024*

# Tunisia

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Tunisia.

*Date last updated: October 4, 2024*

# Türkiye (Turkey)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Turkey.

*Date last updated: October 4, 2024*

# Turkmenistan

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Turkmenistan.

*Date last updated: October 4, 2024*

# Turks and Caicos Islands (U.K.)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Turks and Caicos Islands (U.K.).

*Date last updated: October 4, 2024*

# Tuvalu

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Tuvalu.

*Date last updated: October 4, 2024*

# Uganda

**Yellow Fever Vaccine**

**Entry requirements**: Required for all arriving travelers ≥1 year old.

**CDC recommendations**: *Recommended* for all travelers ≥9 months old.

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)
- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**
- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Uganda.

*Date last updated: October 4, 2024*

# Ukraine

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Ukraine.

*Date last updated: October 4, 2024*

# United Arab Emirates

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to United Arab Emirates.

*Date last updated: October 4, 2024*

# United Kingdom (including Channel Islands, Isle of Man, Ascension Island & Tristan Da Cunha Archipelago)

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to United Kingdom.

*Date last updated: October 4, 2024*

# United States of America

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to United States.

*Date last updated: October 4, 2024*

# Uruguay

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Uruguay.

*Date last updated: October 4, 2024*

# Uzbekistan

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission

**Other Vaccines to Consider**

See Health Information for Travelers to Uzbekistan.

*Date last updated: October 4, 2024*

# Vanuatu

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (primarily)

- *P. falciparum* and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Vanuatu.

*Date last updated: October 4, 2024*

# Venezuela

**Yellow Fever Vaccine**

**Entry requirements**: Required for travelers ≥1 year old arriving from Brazil; this includes >12-hour airport transits or layovers in Brazil

CDC recommendations: *Recommended* for all travelers ≥9 months old except as follows. **Generally not recommended** for travel limited to the Distrito Capital or the states of Aragua, Carabobo, Miranda, Vargas, or Yaracuy. ***Not recommended*** for travel limited to areas >2,300m (≈7,550 ft) elevation in the states of Mérida, Táchira, or Trujillo; the states of Falcón or Lara; Margarita Island; or the cities of Caracas (the capital) or Valencia .

**Malaria Prevention**

**Transmission areas**

- All areas <1,700 m (≈5,600 ft) elevation and Angel Falls

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. vivax* (75%)

- *P. falciparum* (25%)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Related Maps**

Map 2-17 Yellow fever vaccine recommendations for Venezuela & neighboring countries

**Other Vaccines to Consider**

See Health Information for Travelers to Venezuela.

*Date last updated: October 4, 2024*

# Vietnam

**Yellow Fever Vaccine**

**Entry requirements**: None

**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- Rural areas only; rare cases in the Mekong and Red River Deltas

- None in the cities of Da Nang, Hai Phong, Hanoi, Ho Chi Minh City (Saigon), Nha Trang, and Quy Nhon

**Drug resistance**[2]

- Chloroquine and mefloquine

**Species**

- *P. vivax* (55%)

- *P. falciparum* (44%)

- *P. knowlesi*[6], *P. malariae*, and *P. ovale* (rare)

**Recommended chemoprophylaxis**

- Provinces of Bình Dương, Bình Phước, Đắk Lắk, Đắk Nông, Gia Lai, Khánh Hòa, Kon Tum, Lâm Đồng, Ninh Thuận, Tây Ninh: Atovaquone-proguanil, doxycycline, tafenoquine[3]

- All other areas with malaria transmission (except Mekong and Red River Deltas): Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

- Mekong and Red River Deltas: No chemoprophylaxis recommended (insect bite precautions and mosquito avoidance only)[4]

**Other Vaccines to Consider**

See Health Information for Travelers to Vietnam.

*Date last updated: October 4, 2024*

# Virgin Islands, British

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Virgin Islands, British .

*Date last updated: October 4, 2024*

# Virgin Islands, U.S.

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Virgin Islands, U.S..

*Date last updated: October 4, 2024*

# Wake Island, U.S.

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

No malaria transmission
**Other Vaccines to Consider**

See Health Information for Travelers to Wake Island.

*Date last updated: October 4, 2024*

# Yemen

**Yellow Fever Vaccine**

**Entry requirements**: None
**CDC recommendations**: Not recommended

**Malaria Prevention**

**Transmission areas**

- All areas <2,000 m (≈6,500 ft) elevation

- No malaria transmission in Sana'a (the capital)

**Drug resistance**[2]

- Chloroquine

**Species**

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

**Recommended chemoprophylaxis**

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Yemen.

*Date last updated: October 4, 2024*

# Zambia

**Yellow Fever Vaccine**

Entry requirements: Required for travelers ≥1 year of age arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

CDC recommendations: *Generally not recommended* for travel to North-Western Province or Western Province. *Not recommended* for travel to any areas not listed above.

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Zambia.

*Date last updated: October 4, 2024*

# Zimbabwe

**Yellow Fever Vaccine**

Entry requirements: Required for travelers ≥9 months old arriving from countries with risk for YF virus transmission; this includes >12-hour airport transits or layovers in countries with risk for YF virus transmission.[1]

CDC recommendations: Not recommended

**Malaria Prevention**

Transmission areas

- All

Drug resistance[2]

- Chloroquine

Species

- *P. falciparum* (primarily)

- *P. malariae*, *P. ovale*, and *P. vivax* (less commonly)

Recommended chemoprophylaxis

- Atovaquone-proguanil, doxycycline, mefloquine, tafenoquine[3]

**Other Vaccines to Consider**

See Health Information for Travelers to Zimbabwe.

*Date last updated: October 4, 2024*

# Footnotes

### Yellow Fever Vaccine

[1]Current as of November 2022. This is an update of the 2010 map created by the Informal WHO Working Group on the Geographic Risk of Yellow Fever.

### Malaria Prevention

[2]Refers to *Plasmodium falciparum* malaria, unless otherwise noted.

[3]Tafenoquine can cause potentially life-threatening hemolysis in people with glucose-6-phosphate-dehydrogenase (G6PD) deficiency. Rule out G6PD deficiency with a quantitative laboratory test before prescribing tafenoquine to patients.

[4]Mosquito avoidance includes applying topical mosquito repellant, sleeping under an insecticide-treated mosquito net, and wearing protective clothing (e.g., long pants and socks, long-sleeve shirt). For additional details on insect bite precautions, see Sec. 4, Ch. 6, Mosquitoes, Ticks & Other Arthropods.

[5]Primaquine can cause potentially life-threatening hemolysis in people with G6PD deficiency. Rule out G6PD deficiency with a quantitative laboratory test before prescribing primaquine to patients.

[6]*P. knowlesi* is a malaria species with a simian (macaque) host. Human cases have been reported from most countries in Southwest Asia and are associated with activities in forest or forest-fringe areas. *P. knowlesi* has no known resistance to antimalarials.

### Yellow Fever Maps

[1]Current as of November 2022. This is an update of the 2010 map created by the Informal WHO Working Group on the Geographic Risk of Yellow Fever.

[2]In 2017, the Centers for Disease Control and Prevention (CDC) expanded its YF vaccination recommendations for travelers going to Brazil because of a large YF outbreak in multiple states in that country. Please refer to the CDC Travelers' Health website for more information and updated recommendations.

[3]YF vaccination is generally not recommended for travel to areas where the potential for YF virus exposure is low. Vaccination might be considered, however, for a small subset of travelers going to these areas who are at increased risk for exposure to YF virus due to prolonged travel, heavy exposure to mosquitoes, or inability to avoid mosquito bites. Factors to consider when deciding whether to vaccinate a traveler include destination-specific and travel-associated risks for YF virus infection; individual, underlying risk factors for having a serious YF vaccine–associated adverse event; and destination entry requirements.

The following authors contributed to the previous version of this chapter: Mark D. Gershman, Emily S. Jentes, Rhett J. Stoney (Yellow Fever) Kathrine R. Tan, Paul M. Arguin (Malaria)

Page last reviewed: May 01, 2023
Content source: National Center for Emerging and Zoonotic Infectious Diseases (NCEZID)
Division of Global Migration Health (DGMH)