

# Transcript of Kholkar Vishveshwar Ganpat

**Date:** August 18, 2022
**Case:** Ganpat -v- Eastern Pacific Shipping PTE

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5  -------------------------------x
 6  KHOLKAR VISHVESHWAR GANPAT,    :
 7       Plaintiff,                :
 8  v                              : Civil Action No.:
 9  EASTERN PACIFIC SHIPPING PTE,  : 18-13556 "E" (4)
10  LTD., d/b/a "EPS"              : IN ADMIRALTY
11       Defendants.               :
12  -------------------------------x
13
14
15
16         Deposition of KHOLKAR VISHVESHWAR GANPAT
17              Conducted Virtually
18           Thursday, August 18, 2022
19                 8:04 a.m. EST
20
21
22
23  Job No: 460119
24  Pages: 1 - 251
25  Reported by: Lynne Livingston
```

## Page 2

```
 1       Deposition of KHOLKAR VISHVESHWAR GANPAT,
 2  conducted virtually.
 3
 ...
23       Pursuant to Notice, before Lynne Livingston,
24  a Court Reporter and Notary Public in and for
25  the State of Maryland.
```

## Page 3

```
 1              A P P E A R A N C E S
 2
 3
 4
 5  ON BEHALF OF THE DEFENDANTS:
 6       THOMAS BROWN, ESQUIRE
 7       J. STEPHEN SIMMS, ESQUIRE
 8       SIMMS SHOWERS LLP
 9       201 International Circle
10       Suite 230
11       Baltimore, Maryland 21030
12       410-783-5795
13
14
15
16  ON BEHALF OF THE PLAINTIFF:
17       PEDRO P. SOTOLONGO, ESQUIRE
18       SOTOLONGO, P.A.
19       1000 5th Street
20       Suite 402
21       Miami Beach, Florida 33139
22       305-415-0073
```

## Page 4

```
 1         A P P E A R A N C E S   C O N T I N U E D
 2
 3
 4
 5       ON BEHALF OF THE PLAINTIFF:
 6            RICHARD M. MARTIN, JR., ESQUIRE
 7            LAMOTHE LAW FIRM, LLC
 8            400 Poydras Street
 9            Suite 1760
10            New Orleans, Louisiana 70130
11            504-704-1414
 ...
23  Also Present: Clinton Carmichael, Technician
24                Ashby Everhart, Technician
25                Carolina Alvarez
```

Page 5

C O N T E N T S

EXAMINATION OF KHOLKAR VISHVESHWAR GANPAT    PAGE

    By Mr. Brown                              7, 236, 247
    By Mr. Sotolongo                          193, 242

E X H I B I T S

           (Attached to Transcript.)

Exhibit 1   Notice of Deposition                      9
Exhibit 2   Seafarer Employment Agreement            11
Exhibit 3   TCC Collective Agreement                 28
Exhibit 4   Personal Details Worksheet               37
Exhibit 5   Photograph                               44
Exhibit 6   Stargate Crew List                       44
Exhibit 7   Stargate Port Calls                      51
Exhibit 8   Crew Medication Sign-Off Sheet           55
Exhibit 9   Deck Log, May 6th to May 7th, 2017       71
Exhibit 10  Work Rest Log                            73
Exhibit 11  Crew Shore Leave Log                     73
Exhibit 12  Photograph                               75
Exhibit 13  Shore Leave Presentation                 77

Page 6

C O N T E N T S   C O N T I N U E D

E X H I B I T S

Exhibit 14  Medical Statement of Facts              109
Exhibit 15  Medical Report                          114
Exhibit 16  Report of Dr. Campos                    116
Exhibit 17  Excel Spreadsheet                       119
Exhibit 18  Admissions Record, EPS-166              125
Exhibit 19  Admissions Record, EPS-1737 to 1742     125
Exhibit 20  Letter, Reimbursement of Medical and    127
            Conveyance Expenses
Exhibit 21  Photographs                             128
Exhibit 22  Letter of May 12th, 2022                130
Exhibit 23  Plaintiff's Initial Disclosures         171
Exhibit 24  Plaintiff's Interrogatory Responses     176

Page 7

P R O C E E D I N G S
Whereupon,
    KHOLKAR VISHVESHWAR GANPAT,
was called for examination by counsel and, after having been duly sworn, was examined and testified as follows:
    COURT REPORTER: I believe the attorneys were going to introduce themselves.
    MR. BROWN: Thomas Brown, joining me is Stephen Simms from Simms Showers, LLP on behalf of the defendant, Eastern Pacific Shipping.
    MR. SOTOLONGO: And on behalf of the plaintiff, Peter Sotolongo and Richard Martin on behalf of Mr. Kholkar.
    COURT REPORTER: Thank you. We can proceed.
           EXAMINATION
BY MR. BROWN:
  Q.  Good morning, Mr. Kholkar. As you just heard, my name's Thomas Brown. I'm an attorney with the defendant, Eastern Pacific Shipping. I'll be asking you questions today.
      Do you have any questions for me before we proceed or are you ready?
  A.  I'm ready, sir.

Page 8

  Q.  Okay. Is there any reason you are unable to provide accurate and truthful testimony today?
  A.  Sir, can you repeat?
  Q.  Yes, sir. Is there any reason you are not able to give truthful testimony today?
  A.  No reason, sir.
  Q.  Okay. You're not taking any medication that might affect your ability to give good testimony today?
  A.  No medication, sir.
  Q.  Okay. Mr. Kholkar, can I assume that you're a man who tells the truth?
  A.  Yes.
  Q.  And you just took an oath, correct, sir?
  A.  A what?
  Q.  A moment ago you raised your hand --
  A.  Yes, yes.
  Q.  -- and you took an oath, correct?
  A.  Yes.
  Q.  When you took your oath, you're a man who was committed to that promise to tell the truth, is that fair?
  A.  Yes.
  Q.  You're a man who always tells the truth, is that fair?

**Page 89**

1  A. Yes.
2  Q. Did you tell Captain Perlstein the truth
3  in everything you said?
4  A. Yes.
5  Q. That was important to you to tell him the
6  truth, right?
7  A. Yes.
8  Q. Did you tell Captain Perlstein that you
9  took a box of medical supplies to the medical
10 locker in Savannah?
11 A. Yes.
12 Q. Did you, Mr. Kholkar, ever inventory the
13 medical supplies of Stargate?
14 A. Sir, I do not do any inventory.
15 Q. You don't do the inventory because you're
16 an AB, right?
17 A. Yes.
18 Q. That's not part of your job, right?
19 A. Yes.
20 Q. All you did was take a box of supplies to
21 the medical locker in Savannah, is that fair?
22 A. Yes, I took a medical box in hospital.
23 Q. Okay. Did you open the box and put the
24 supplies away?
25 A. No, I just carry the box.

**Page 90**

1  Q. Right, you carry the box as the AB. It's
2  for somebody else to the put the supplies away in
3  the hospital, right?
4  A. Yes, sir.
5  Q. That's the job of the second officer,
6  correct?
7  A. Sir, can you repeat the question again,
8  please?
9  Q. Sure. Putting the medical supplies away
10 in the hospital is a job for the second officer,
11 not you as an AB, correct?
12 A. My job is to put the box in the hospital.
13 After that I don't know what -- what they did.
14 Q. And you did not open the box, correct?
15 A. Yes.
16 Q. That's correct?
17 A. Yes, I did not open the box.
18 Q. Okay. Did you tell Captain Perlstein that
19 you opened the box to check its contents?
20 A. No, I did not.
21 Q. Okay. So if his notes say that you opened
22 the box to check contents, that's wrong, do you
23 agree?
24    MR. SOTOLONGO: Form.
25 Q. I'll just do it this way. Mr. Kholkar,

**Page 91**

1  you did not open the box to check contents and you
2  did not tell Captain Perlstein that you opened the
3  box to check the contents in the hospital, correct?
4  A. Sir, I did not open the box.
5  Q. Thank you. In Savannah you stood a normal
6  six hour watch just like you did in Gabon, correct?
7  A. Yes.
8  Q. Did you tell Captain Perlstein that the
9  second mate was not happy with the medical supplies
10 received?
11 A. Yes, I told him.
12 Q. You heard the second mate say he was not
13 happy with the medical supplies received, right?
14 A. Yes.
15 Q. But you didn't hear the conversation to
16 the point where you knew what medicines he wanted,
17 right?
18    MR. SOTOLONGO: Form.
19 A. Sir, please repeat your question.
20 Q. Sure. Well, why don't you just tell me
21 what did you hear the second mate say? What words
22 did he say about the medical supplies?
23 A. So I took the box, I went in the hospital
24 and there was second officer with one lift. And
25 then I kept the box and he (inaudible) so he was

**Page 92**

1  to, he was making some face like this. So I asked
2  him what happens again. So he said that whatever I
3  ordered, it didn't came.
4  Q. Okay. He said what our order was it
5  didn't come, right?
6  A. Yes.
7  Q. Okay. And then did you go back on deck
8  after he said that to do more work?
9  A. Yes, I went on deck for most of -- to help
10 with (inaudible).
11 Q. Okay. You had more boxes you had to move
12 around the ship, right?
13 A. Yes.
14 Q. So after the second mate said he wasn't
15 happy with, he didn't get the order that he wanted,
16 you went back on deck to move more boxes, right?
17 A. Sir, please repeat.
18 Q. Sure. After you heard the second mate say
19 he did not get the order he wanted, you went back
20 on deck and did other work, correct?
21 A. Yes, to help with the (inaudible).
22 Q. Okay, good. Now did you tell Captain
23 Perlstein that after Stargate left Columbia, you
24 took a dose of antimalarial medicine?
25 A. Can you repeat the question, please?

157

1  Q. Okay. We're going to look at it now, and
2  as Mr. Sotolongo helpfully added, you've also, your
3  lawyers have also filed another document. It's
4  called an amended complaint. It's the first
5  supplemental complaint.
6      But right now we're just going to look at
7  this original complaint. Can you agree with me,
8  sir, that if you see anything incorrect in this
9  complaint today you'll tell me about it?
10     MR. SOTOLONGO: Form.
11 A. I will try.
12 Q. You'll try, okay. Do you understand what
13 this document is?
14 A. That's a complaint for the (inaudible).
15 Q. Right, this is the allegations that you
16 have made in the U.S. court, correct?
17 A. Yes.
18 Q. Looking at page 5 of your complaint, you
19 state, while Stargate was at Savannah, Georgia, its
20 last U.S. port of call, plaintiff was ordered by
21 second officer German to take an inventory of the
22 vessel's medical supplies. Do you see where I was
23 just reading?
24 A. Yes.
25 Q. Zoom in too. And we've already talked

158

1  about this, that's not true. You never took an
2  inventory of the medical supplies, correct?
3      MR. SOTOLONGO: Form.
4  A. Second officer one did the list.
5  Q. The second officer did the list or the
6  inventory. He never told you to take an inventory,
7  correct?
8  A. Yes.
9  Q. Because that's not your job as an AB, like
10 we discussed, correct?
11 A. Yes.
12 Q. So paragraph 24 is not true. You agree
13 with me?
14     MR. SOTOLONGO: Form.
15 A. Maybe he misunderstood what I was trying
16 to say.
17 Q. Who misunderstood you?
18 A. Sir, I think --
19     MR. SOTOLONGO: Mr. Kholkar, do not
20 speculate about anything. Answer his questions as
21 best as you can, please.
22 Q. Okay. Mr. Kholkar, paragraph 24 is not
23 true, right?
24     MR. SOTOLONGO: Same objection, form.
25 A. Sir, second officer took the inventory,

159

1  not me.
2  Q. Correct. He did not order you to take an
3  inventory of the vessel's medical supplies,
4  correct?
5  A. Yes.
6  Q. And then at least this paragraph 25 says
7  at least four days before Stargate departed
8  Savannah, you, the plaintiff, discovered there was
9  an inadequate supply of antimalarial medications
10 and immediately reported this problem to second
11 officer German. Do you see where I read? Do you
12 see that?
13 A. Sir, there was not any medications given
14 to me, so I had asked the second officer.
15 Q. I'm just asking if you see this paragraph
16 on your screen. Do you see paragraph 25?
17 A. Yes, sir.
18 Q. Okay. You've testified today that you
19 brought a box of supplies to the hospital on the
20 ship, correct?
21 A. Yes, sir.
22 Q. And that you heard second officer German
23 complain that he did not receive the supplies he
24 wanted in Savannah, correct.
25 A. Yes.

160

1  Q. Okay. You did not discover yourself any
2  missing medicines because you did not take an
3  inventory, correct?
4  A. Yes.
5  Q. Paragraph 26, second officer German
6  acknowledged the shortage of antimalaria medication
7  and told plaintiff that EPS would secure sufficient
8  medication in Savannah, Georgia to proceed safely
9  to West Africa. Do you see that?
10 A. Yes, I can see.
11 Q. Did second officer German assure you that
12 EPS would get antimalaria medication so the ship
13 could go safely to West Africa?
14 A. The second officer was hoping that it will
15 come. So he just said that it may come, but he was
16 angry when he received the box (inaudible). And
17 when I went with the box, he was very angry that it
18 didn't came. So he was telling me (inaudible) it
19 can come in Georgia.
20 Q. And he was telling you about those
21 antimalaria medicines coming before the ship
22 proceeded to West Africa, correct?
23 A. Yes, sir. He ordered, he said he ordered
24 antimalarial medicine, some malaria medicine,
25 malaria medication, but it did not come on-board,

161

1  and he was blaming captain for it. And he say
2  maybe it can come on-board.
3    Q.  And what --
4    A.  (Inaudible).
5    Q.  And that trip to West Africa was the trip
6  to Owendo, Gabon, correct?
7    A.  Yes.
8    Q.  Okay. Now I'm going to look at this page
9  a little more. This complaint talks about
10 Savannah, and then it talks about going to Gabon,
11 but you stopped in Brazil first, correct?
12   A.  Sir, can you repeat your question?
13   Q.  Sure. I'll take it down so there's no
14 confusion. the ship went from Savannah to
15 Columbia, correct?
16   A.  Yes.
17   Q.  Did you obtain any antimalaria medicines
18 in Columbia?
19   A.  Sir, I don't know.
20   Q.  You don't know if the ship got medicines
21 in Columbia, correct?
22   A.  Yes, I don't know.
23   Q.  Okay. And if they, if you had gotten
24 medicines in Columbia, that was before the ship
25 went to Gabon, correct?

162

1    A.  Sir, please repeat, please.
2    Q.  Sure. If you had medicines in Columbia
3  then you would have had them before the ship sailed
4  for Gabon, correct?
5    A.  Yes.
6    Q.  Looking back at paragraph 31, it says, on
7  or about May 25th, 2017, about five days -- about
8  five days before the vessel's arrival in Brazil,
9  plaintiff reported symptoms of a headache and fever
10 to second officer German. Do you see that?
11   A.  Yes.
12   Q.  This complaint, your lawsuit says that
13 your first report to the second officer was May
14 25th, 2017, correct?
15       MR. SOTOLONGO:  Form, misstates what it
16 says.
17   A.  Sir, I complain on the 20th May, 2-0 May.
18   Q.  So you disagree with paragraph 31?
19       MR. SOTOLONGO:  Form.
20   Q.  Mr. Kholkar, do you agree or disagree with
21 paragraph 31?
22   A.  Sir, (inaudible).
23       COURT REPORTER:  I'm sorry, I didn't get
24 the answer.
25   A.  Sir, it was from we enter -- we enter on

163

1  22. So 19, so almost three days, three to four
2  days.
3    Q.  Your complaint says on or about May 25th,
4  2017 at paragraph 31, correct, sir?
5        MR. SOTOLONGO:  Form. Mr. Kholkar, he
6  asked you if that's what it says. You can just
7  answer that if you --
8    A.  I complain on 19 or 20th, 20th of May, so
9  five days before this. It's much longer.
10   Q.  Okay. But this piece of paper right here
11 showing on your screen, paragraph 31 starts with
12 the words, on or about May 25th, 2017, correct,
13 sir? That's what it says?
14   A.  Yes.
15   Q.  Okay. Now we talked earlier, sir, about
16 your report to the captain of feeling ill when the
17 ship was coming into anchor and you were on the
18 helm watch. Do you remember that?
19   A.  Yes.
20   Q.  And the captain told you to get rest after
21 you were done steering the ship, correct?
22   A.  Yes.
23   Q.  Did the captain send you to rest or did he
24 confine you to your quarters?
25   A.  Sir, he just told me to go in cabin and

164

1  rest.
2    Q.  Okay. And you did get some rest when he
3  offered that to you, correct?
4    A.  Yes.
5    Q.  Okay. Paragraph 36 of your complaint says
6  that when Stargate arrived in Brazil, plaintiff
7  repeatedly begged Captain Nicoli to be sent to
8  shore for treatment, but instead was accused of
9  trying to avoid his job duties and was confined to
10 quarters. Do you see where I'm reading? Do you
11 that, sir?
12   A.  Yes.
13   Q.  And were you -- were you confined to your
14 quarters?
15   A.  So when, so I was -- I was begging to
16 Captain Nicoli to take me to the doctor. And I was
17 not working, I was in my cabin.
18   Q.  Did anyone say to you, go to your cabin,
19 you're no allowed to leave?
20   A.  Sir, I was not able to work so I was in my
21 cabin.
22   Q.  Did anyone from the ship say to you, AB
23 Kholkar, go to your cabin, you're not allowed to
24 leave?
25   A.  Sir, I do not -- please rephrase your

249

1  MR. BROWN: Yes.
2  MR. SOTOLONGO: We'll take a video as
3  well. All right.
4  MR. BROWN: Same here. Thank you.
5  MR. SOTOLONGO: Thank you, sir. I
6  appreciate you hanging in there for us today. All
7  right. You know what, let's read. We're going to
8  read.
9  COURT REPORTER: Okay.
10  MR. SOTOLONGO: Send it to me,
11  psotolongo@sotolongolaw.com, P for my first
12  initial, my last name, psotolongo@sotolongolaw.com.
13  COURT REPORTER: Okay, thank you.
14  MR. SOTOLONGO: Thank you so much
15  everyone.
16  (Off the record at 2:11 p.m.)

250

1  CERTIFICATE OF DEPONENT
2
3  I hereby certify that I have read and examined
4  the aforegoing transcript, and the same is a true
5  and accurate record of the testimony given by me.
6  Any records or corrections that I feel are
7  necessary, I will make on the enclosed Errata Sheet
8  which will be attached to the transcript.
9
10
11
12  _____
13  Kholkar Vishveshwar Ganpat
14
15
16  _____
17  Date

251

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2  I, Lynne Livingston, the officer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true and
5  correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting under my
8  supervision; and that I am neither counsel for or
9  related to, nor employed by any of the parties to
10  this case and have no interest, financial or
11  otherwise, in its outcome.
12  IN WITNESS WHEREOF, I have hereunto set my hand
13  and affixed my notarial seal this 4th day of
14  September, 2022.
15  My commission expires January 6, 2023
16
17  [signature]
18
19  _____
20  NOTARY PUBLIC IN AND FOR
21  THE STATE OF MARYLAND