UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PACIFIC SHIPPING PTE, LTD., <br><br> Defendant. | Civil Action No. 18-13556 SM-KWR <br><br> IN ADMIRALTY <br><br> JUDGE SUSIE MORGAN <br><br> MAG.JUDGE KAREN WELLS ROBY <br><br> **NOTICE OF SUBMISSION OF EASTERN PACIFIC'S MOTION *IN LIMINE* – HEARSAY STATEMENTS OF SECOND OFFICER** |

**PLEASE TAKE NOTICE** that Eastern Pacific Shipping Pte, Ltd. brings the accompanying

Motion *in Limine* – Hearsay Statement of Second Officer to be brought before the Honorable Susie

Morgan, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, at 10:00 am

on December 18, 2024, or as soon as the Court's docket permits.

Dated: December 3, 2024.


| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665) | /s/ J. Stephen Simms |
| Thomas A. Rayer, Jr. (#20581) | J. Stephen Simms (*pro hac vice*) |
| WAGNER, BAGOT & RAYER LLP | Catherine M. Benson (*pro hac vice*) |
| Pan American Life Center – Suite 1660 | Gary C. Murphy (*pro hac vice*) |
| 601 Poydras St. | Simms Showers LLP |
| New Orleans, Louisiana 70130 | 201 International Circle, Suite 230 |
| Telephone: 504-525-2141 | Baltimore, Maryland 21030 |
| Facsimile: 504-523-1587 | Tel: 410-783-5795 |
| E-mail: mbagot@wb-lalaw.com | Fax: 410-510-1789 |
|     trayer@wb-lalaw.com | Email: jssimms@simmsshowers.com |
| |     cmbenson@simmsshowers.com |
| |     gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.