UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PACIFIC SHIPPING PTE, LTD., <br><br> Defendant. | Civil Action No. 18-13556 SM-KWR <br><br> IN ADMIRALTY <br><br> JUDGE SUSIE MORGAN <br><br> MAG.JUDGE KAREN WELLS ROBY |

## EASTERN PACIFIC'S MOTION *IN LIMINE* – MARCH 2017 MEDICAL CHEST CERTIFICATE LAPSE

Eastern Pacific Shipping Pte, Ltd. ("Eastern Pacific") respectfully moves this Honorable Court to limit testimony and argument suggesting that a 10-day lapse in the M/V STARGATE'S in March 2017 – before the material time of this litigation – made the M/V STARGATE unseaworthy, as is more fully set forth in the attached and incorporated memorandum.

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665) <br> Thomas A. Rayer, Jr. (#20581) <br> WAGNER, BAGOT & RAYER LLP <br> Pan American Life Center – Suite 1660 <br> 601 Poydras St. <br> New Orleans, Louisiana 70130 <br> Telephone: 504-525-2141 <br> Facsimile: 504-523-1587 <br> E-mail: mbagot@wb-lalaw.com <br>       trayer@wb-lalaw.com | /s/ J. Stephen Simms <br> J. Stephen Simms (*pro hac vice*) <br> Catherine M. Benson (*pro hac vice*) <br> Gary C. Murphy (*pro hac vice*) <br> Simms Showers LLP <br> 201 International Circle, Suite 230 <br> Baltimore, Maryland 21030 <br> Tel: 410-783-5795 <br> Fax: 410-510-1789 <br> Email: jssimms@simmsshowers.com <br>       cmbenson@simmsshowers.com <br>       gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.