UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>    Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG. JUDGE KAREN WELLS ROBY<br><br>**NOTICE OF SUBMISSION OF EASTERN PACIFIC'S MOTION *IN LIMINE* – MARCH 2017 MEDICAL CHEST CERTIFICATE LAPSE** |

**PLEASE TAKE NOTICE** that Eastern Pacific Shipping Pte, Ltd. brings the accompanying Motion *in Limine* – March 2017 Medical Chest Certificate Lapse to be brought before the Honorable Susie Morgan, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, at 10:00 am on December 18, 2024, or as soon as the Court's docket permits.

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665)<br>Thomas A. Rayer, Jr. (#20581)<br>WAGNER, BAGOT & RAYER LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras St.<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com<br>       trayer@wb-lalaw.com | /s/ J. Stephen Simms<br>J. Stephen Simms (*pro hac vice*)<br>Catherine M. Benson (*pro hac vice*)<br>Gary C. Murphy (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com<br>       cmbenson@simmsshowers.com<br>       gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.