## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO.  2:18-cv-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| **d/b/a "EPS",** | * | **MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |
| ********************************************* | | |

### MOTION IN LIMINE - MEDICATION

**NOW INTO COURT,** through undersigned counsel, comes Vishveshwar Ganpat Kholkar ("Plaintiff") who respectfully moves this Honorable Court for an Order *in limine* excluding all trial expert opinion testimony, trial fact witness testimony, trial cross-examination, and statements or argument by Eastern Pacific Shipping Pte  Ltd. ("Defendant") that Mr. Kholkar received prophylactic, curative, or emergency treatment  anti-malaria medication while M/V STARGATE was en route to Owendo, Gabon, and after departure from Gabon when M/V STARGATE was en route to Rio de Janeiro, Brazil.

Respectfully submitted,

*/s/ Pedro P. Sotolongo*
Pedro P. Sotolongo, TA, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street, Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
E-Mail: psotolongo@sotolongolaw.colm
***Trial Counsel for Plaintiff, pro hac vice***

          */s/ Richard M. Martin, Jr.*
Richard M. Martin, Jr., LA Bar #08998
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com
***Local Counsel for Plaintiff***

And:   */s Alejandro J. Gonzalez*
Alejandro J. Gonzalez, FL Bar #015293
Law Office of Alejandro J. Gonzalez
199 E. Flagler Street, Suite 610
Miami, FL 33131
Telephone: (877) 413-4448
E-Mail: alex@agonzalezlaw.com
***Counsel for Plaintiff pro hac vice***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 3rd day of December, 2024.

          */s/ Richard M. Martin, Jr.*
            Richard M. Martin, Jr.