# THE REPUBLIC OF LIBERIA

LIBERIA MARITIME AUTHORITY

# LIBERIAN MARITIME LAW

# TITLE 21 OF THE LIBERIAN CODE OF LAWS OF 1956



ENTER

OFFICE OF THE DEPUTY COMMISSIONER
22980 Indian Creek Drive, Suite 200
Dulles, Virginia 20166 USA

TELEPHONE: (703) 790-3434
TELEFAX: (703) 790-5655
E-Mail: info@liscr.com

RLM-107

SERIES 2018


EXHIBIT 1

### §292. Full Complement Required.

A Liberian vessel shall not be navigated unless it has in its service and on board such complement of officers and crew as is necessary for safe navigation. The Commissioner, acting alone in accordance with section 11, or the Deputy Commissioner duly appointed and designated for this purpose, acting in accordance with section 12, may make such Regulations and Rules as are necessary and appropriate to implement this provision and the agent, acting in accordance with section 13, may promulgate Notices necessary and appropriate to ensure compliance with this requirement.

Prior legislation: Lib. Mar. Code, t. V; 7 prev. sec. 290, renumbered Aug. 18, 1964; amended eff. July 11, 1969; amended eff. June 19, 2002.

### §293. Officers' Licenses.

Except when prevented by *force majeure,* all officers of Liberian vessels shall obtain licenses to fill their relative Positions from the Commissioner of Liberia Maritime Authority or any Deputy Commissioner authorized to issue licenses.

Prior legislation: L. 1868-69, 27, sec. 1, 2, 5; amended eff. March 1. 1958; prev. sec. 291, renumbered Aug. 18, 1964; amended eff. Feb. 14, 2013.

### §294. Penalty for Misuse of Licenses or Certificates.

Any person who shall receive or shall have in his possession any Liberian licenses certificate or document issued to officers or crew by the Commissioner or Deputy Commissioner to which he is not lawfully entitled, or any false licenses certificate or document, with intent to use the same unlawfully; or who without lawful authority shall alter or change any genuine license, certificate or document; or who shall in any manner transfer or arrange for the transfer of any such licenses, certificate or document; or who shall aid or abet the perpetration of any of the foregoing acts shall, for each such offenses be liable to a fine of not more than US$20,000 or imprisonment for not more than one year, or both.

Eff. Aug. 18, 1964; amended eff, July 8. 1982; amended eff. June 19, 2002.

## RIGHTS AND DUTIES OF THE MASTER

### §295. Termination of Employment.

Any contractual provision to the contrary notwithstanding, the shipowner, with or without good cause, may at any time terminate the employment of and dismiss the Master. Notwithstanding, the Master may have the right of action if it can be established that his dismissal was wrongful in that he took action or did not take action due to his overall concern for the safe navigation of the vessel and safety of the crew.

Eff. Aug. 18, 1964; amended eff. Feb. 14, 2013.

### §296. Duties of the Master.
The Master shall, among others, have the following duties:

Case 2:18-cv-13556-SM-KWR   Document 480-2   Filed 12/03/24   Page 3 of 3
Case 2:18-cv-13556-SM-KWR   Document 420-2   Filed 08/06/24   Page 87 of 103
Back to Table of Contents

(1) To enter into Shipping Articles with seamen as hereinafter provided;

(2) To maintain discipline on board the vessel and to take all such steps as are necessary and appropriate in connection therewith;

(3) To assume responsibility for the receipt of cargo by the vessel, stowage of cargo on board the vessel insofar as such stowage affects the safety or navigability of the vessel, and for the discharge of cargo from the vessel;

(4) To assume full responsibility for the safety of the members of the crew and passengers, if any, and to take all necessary and appropriate steps in connection therewith;

(5) To assume full responsibility for the navigation of the vessel at all times;

(6) To assume full responsibility for the vessel's funds and the disbursement thereof;

(7) To see that the vessel's log books are properly and accurately kept;

(8) To keep in his custody all of the vessel's documents;

(9) To make all reports required by Liberian laws, Regulations or Rules or by the regulations of any ports at which the vessel may call;

(10) To render assistance in the saving of life and property at sea.

Eff. Aug. 189 1964; amended eff. June 19, 2002.

### §297. Special Powers of Masters.

When a vessel is at sea, the Master is authorized to:

(1) Marry Passengers or other persons aboard;

(2) Issue birth certificates for children born at sea;

(3) Bury persons who have died on board the vessel while at sea.

Eff. Aug. 18, 1964.

### §298. Certain Seamen's Rights Provided for Master.

Except as otherwise provided, the Master of a Liberian vessel shall enjoy the same rights and shall have the same liens upon the vessel in respect of wages, maintenance and cure and repatriation as are provided for seamen.

Eff. Aug. 18, 1964; amended eff. Aug. 28, 1986.