# TITLE 21

# MARITIME LAW

# THE LIBERIAN MARITIME REGULATIONS


EXHIBIT 2

|  |  |
|---|---|
| (4) Required Minimum Number of Certificated Persons Proficient in Survival Craft | 27 |
| (5) Manning Certificate. | 27 |
| (6) Temporary Authorization as Officer | 27 |
| (7) Responsibilities of Companies –ISM Code. | 29 |
| 10.293 Display of License of Competence or Temporary Permit. | 29 |
| 10.295 Change of Command. | |
| (1) Appointment | 30 |
| (2) Official Notification | 30 |
| 10.296 Master's Duties and Responsibilities. | |
| (1) Master's Authority. | 30 |
| (2) Required Log Books | 30 |
| (a) Bridge Navigation Log and Engine Room Log | 30 |
| (b) Bell Log. | 30 |
| (c) GMDSS - Radio Log.. | 30 |
| (d) Medical Log. | 31 |
| (e) Official Log Book and Entries. | 31 |
| (3) Medical Care of Officers and Crew. | 32 |
| (a) Standard of competence for Medical First Aid/Medical Care. | 32 |
| (b) Medicine Chest. | 32 |
| (c) Medical Guide. | 32 |
| (d) Instruction of Personnel. | 32 |
| (4) Manning of Survival Craft | |
| (a) Person in Charge.. | 32 |
| (b) Engine and Radio | 32 |
| (5) Muster List and Emergency Procedure. | 32 |
| (6) Fire and Boat Drills | 33 |
| (a) Frequency.. | 33 |
| (b) Proficiency.. | 33 |
| (c) Watertight Doors. | 33 |
| (d) Lifeboats... | 33 |
| (e) Passengers. | 33 |
| (f) Lifeboats in Water. | 33 |
| (7) Line-Throwing. | 33 |
| (8) On-Board Training and Instruction. | 33 |
| (a) Initial Training. | 33 |
| (b) Frequency and Extent. | 34 |
| (c) Liferafts. | 34 |
| (9) Accident Prevention. | 34 |

shall enter in the log his name, the times at which he goes on and off watch, and all incidents occurring during his watch connected with the radio service of importance to safety of life at sea, and, where appropriate, the position of the vessel, at least once a day.

(d) **Medical Log.** Every such Liberian vessel shall keep a medical log book wherein shall be entered every case of illness or injury happening to any member of the officers, crew or passengers, the nature thereof and the medical treatment.

(e) **Official Log Book and Entries.** Every Master of such Liberian vessel shall make or cause to be made in the log book entries including, but not limited to, the following:

   (i) Every offense and any penalty or fine imposed.

   (ii) Every death occurring on board and every burial at sea, with all information required by Section 338 of the Liberian Maritime Law, as amended.

   (iii) Every marriage taking place on board, with the names, citizenships and residences of the parties, and every birth occurring on board, with the sex of the infant and names of parents.

   (iv) The name of every seafarer or apprentice who ceases to be a member of the crew otherwise than by death, with the place, time, manner and cause thereof.

   (v) Wages due any seafarer or apprentice who dies during the voyage, and the gross amount of all deductions made therefrom.

   (vi) A statement of any collisions immediately after the occurrence or as soon thereafter as practicable.

   (vii) Before departing from any port, the load line and draft information.

   (viii) Time of muster of crew at their boat and fire stations, followed by drills, respectively, either in port or at sea, or reason why not held.

   (ix) The closing and opening of watertight doors and of all inspections and drills as required by Regulations of the International Convention for the Safety of Life at Sea in force, as amended.

   (x) Drill of ship's crew in the use of the line-throwing gun at least once every three months; but the actual firing of the gun shall not be required.

   (xi) Search of stowaways and contraband, which search shall be conducted prior to the vessel's departure from each port.

   (xii) Upon each change of Master, the information required under Regulation 10.295(1).