# International Medical Guide for Ships

*3rd edition*





World Health Organization



EXHIBIT 3

- Tape the dressing in place.
- Staple the paper bag to close it and place it in a refuse container for bodily waste.

## Administering medicines – basic principles

- Always give medicine on time.
- Read the label three times before administering medication.
- Check that the patient is not already taking the medication under a different name.
- If the patient is fully conscious, ask:
  - "What is your name?"
  - "What medicines do you think you are taking?"
- Before giving any new medication for the first time, check in the patient's medical record to see if any allergies have been recorded and ask the patient directly:
  - "Do you have any allergies that you know of?"
  - "Have you ever been told you are allergic to [drug name] or that you should not take [drug name]?"
- When the medicine has been taken by the patient, record the date, time of day, name of the medicine, amount given, and route of administration.
- If a medicine has to be given more than once a day, space the doses at a reasonable interval; for example;
  - three times a day: at 08:00, 16:00, 00:00.
- Distinguish carefully between medicines to be given four times daily (e.g. at 08:00, 12:00, 16:00, 20:00) from those to be given every six hours (e.g. at 08:00, 14:00, 20:00, 02:00).
- For medicines that have to be taken before a meal, give them half an hour before the meal.

## Routes of administration

### ORAL

- Giving a medicine by mouth is the easiest and generally the safest route of administration.
- Tablets and capsules are swallowed more easily if placed on the tongue and washed down with water:
  - tablets are more easily swallowed if the patient tilts the head back;
  - capsules usually float in water and are more easily swallowed if the patient tilts the head forward rather than back.

### SUBLINGUAL

- Placing a medicine under the tongue is the best route of administration for substances that may be destroyed by digestive juices, such as isosorbide dinitrate tablets for a heart attack.

Chapter 33

# The ship's medicine chest

## INTRODUCTION

All ships subject to the regulations established by the International Maritime Organization (IMO) and International Labour Organization (ILO) must have adequate medical supplies, that are periodically inspected, kept in good condition, and are ready for use whenever required. The quantities needed on board will depend on the duration and destination of the voyage, the number of crew members, and the nature of the cargo.

The medicine chest is designed to hold a range of medicinal products needed for the most common medical emergencies likely to occur on board ship, however distant it is from shore.

Different communities have different methods of treatment. Items specific to national requirements and customs can be added to the list of recommended medicines and medical supplies provided at the end of this chapter. The added items, however, should not be used to replace any of the recommended medicines or medical supplies on the list, but should be integrated into the list together with detailed information about their actions and unwanted effects.

The list assumes that on-board medical treatment is dispensed by an officer working under the responsibility of the master. Ships with a doctor on board may carry an expanded range of medicines and other medical equipment and supplies.

Some of the listed medicines are available only on prescription. As regulations differ from country to country, no advice is given here about obtaining these medicines.

## BASIC RULES FOR MANAGING THE MEDICINE CHEST

### RESPONSIBILITY

The ship's master is responsible for managing medical supplies kept on board, although he may delegate responsibility for their use and maintenance to a properly trained crew member. Nevertheless, however well-trained, crew members are not medically qualified. A doctor should always be consulted about serious illness or injury or when any doubt exists about the proper action to take in treating a patient.

### KEEPING RECORDS

A list of medicines and medical supplies should be carried on board and be regularly updated. The list should include, for each item, such details as expiry date, storage conditions, and quantities remaining after purchase or use. A record of treatment given to any person on board, including the type and quantity of any medicines administered, must be entered in the ship's log. In some countries, it is compulsory to keep such a record.

In addition, the master of the vessel is required to maintain a register of controlled drugs and this register must not be discarded before two years have elapsed after the date of the last entry.

423

- a running count of remaining stocks, updated after each use;
- a count, made at least weekly, of remaining ampoules, tablets, etc., in store, to be checked against the records of use and the running count.

## Ships carrying dangerous goods

Ships carrying dangerous goods have additional medicines, specific antidotes, and special equipment on board, as prescribed in the International Maritime Organization's *Medical First Aid Guide for Use in Accidents Involving Dangerous Goods (MFAG)*[1]. These special items, which are not listed in this guide, should be stored and registered together with the regular medicines and medical supplies carried on board.

# SPECIFIC CATEGORIES OF MEDICINES

### ANTIBIOTICS

Inflammations or infectious diseases of bacterial origin may be treated with antibiotics, which, however, are ineffective for colds, flu, or other viral infections. Unnecessary administration of antibiotics puts the patient at risk of allergic reactions, unwanted effects, and possible super-infection with resistant organisms. Unnecessary antibiotic use also contributes to the worldwide development of resistant strains of bacteria.

### ANTIMALARIAL MEDICINES

Prevention (prophylaxis) of malaria is a continuing process whereby preventive measures and medication change frequently with developments in scientific, particularly pharmacological, capabilities and with growing knowledge of local malaria epidemiology, including risk of infection. It is, therefore, not efficient and certainly not cost-effective to have prophylactic antimalarials in the medical chest on all voyages.

As each tropical or sub-tropical region requires its specific malarial prophylaxis, the master and ship owner must decide, in planning a voyage to potentially malarious areas, what antimalarial medication should be carried on board. The WHO website (http://www.who.int/en/) can be consulted for recommended malarial prophylaxis in specific countries.

### ANALGESICS

Pain is a mental phenomenon that may be influenced by psychological and environmental factors. Individual patients vary in their response to treatment. Careful judgement, therefore, should be used in deciding on the best dose and medicine or combination of medicines required to provide pain relief in a given situation. It is important to prescribe with confidence and to assure the patient that the medicine will bring relief. Patients should not be allowed to suffer because of reluctance on the part of a caregiver to administer analgesics.

The analgesics to be carried on board are:
- paracetamol
- acetylsalicylic acid (Aspirin®)
- ibuprofen

Annex A

# Forms for case reporting, referral, and evacuation

Information about a seafarer's injury or illness should be recorded on standardized forms to ensure that all important medical details are provided to medical care providers, whether on board or shore-based, or to officials, such as coroners and the police.

This information may also be of interest to others, including insurers, legal representatives, or ship owners. However interested these parties may be, they do not have a right to any medical information about the patient. These forms, therefore, should not be used to communicate with anyone not concerned with the medical care of the crew member.

Four sample forms are proposed here:

- **A ship master's report form**, to be completed by the ship's master assisted by the ship's doctor or crew member assigned to basic medical duties: this form, which should be filed in the ship's medical log, provides a brief but sufficiently comprehensive record of every medical case managed on board.
- **A ship's identity and navigational status form**, to be used when requesting evacuation of an injured or sick seafarer.
- **A patient health status form**, providing the most important aspects of the medical history, medical treatment, and other pertinent medical information that should accompany a patient being evacuated to an on-shore medical facility.
- **A primary physician's report form**, which an on-shore physician assigned to the care of a sick or injured seafarer should use to note all pertinent details of the case.