

**THE REPUBLIC OF LIBERIA**
LIBERIA MARITIME AUTHORITY

Office of
Deputy Commissioner
of Maritime Affairs

**Marine Notice**

**MLC-005**

**Rev. 2/17**

TO: ALL SHIPOWNERS, OPERATORS, MASTERS AND OFFICERS OF MERCHANT SHIPS AND AUTHORIZED CLASSIFICATION SOCIETIES

SUBJECT: Health and safety protection, accident prevention, medical care, welfare and social security protection of seafarer's under the Maritime Labour Convention (MLC), 2006

Reference:
(a) Maritime Labour Convention (MLC), 2006
(b) ILC.103/Amendments of 2014 to MLC, 2006
(c) ILO 'Accident Prevention on Board Ship at Sea and in Port'
(d) ILO Guidelines for implementing the occupational safety and health provisions of MLC, 2006
(e) IMO Resolution MSC.255 (84): Casualty Investigation Code
(f) MSC-MEPC.2/Circ.3: Guidelines on the basic elements of a shipboard occupational health and safety programme
(g) WHO 'International Medical Guide for Ships'
(h) WHO 'Quantification Addendum, International Medical Guide for Ships'
(i) IMO 'Medical First Aid Guide for Use in Accidents Involving Dangerous Goods', 2010 edition (MFAG)
(j) ITU 'List IV- List of Coast Stations and Special Service Stations'
(k) Liberian Maritime Law (RLM-107) Articles: 257, 258, 336A
(l) Liberian Maritime Regulations (RLM 108) Regulations: 2.66(2), 9.257, 9.258, 10.292, 10.296, 10.336(5), (11), (12a), (12b), (12c), (12d)
(m) Requirements for Marine Investigations and Hearings (RLM-260)
(n) Requirements For Merchant Marine Personnel (RLM-118)
(o) Liberian Marine Notices: MLC-001, MLC-002, MLC-003, MLC-004, MLC-006, INS-001, INS-004, INT-001, ISM-001

Supersedes: Marine Notice MLC-005, dated 12/13

**PURPOSE:**

This notice sets forth the Administration's requirements, to ensure that seafarers' work environment on board ships promotes occupational safety and health; to protect the health of seafarers and ensure their prompt access to medical care on board ship and ashore; to ensure that seafarer's are protected from the financial consequences of sickness, injury or death occurring in connection with their employment; to ensure that measures are taken with a view to providing

1 of 12

Inquiries concerning the subject of this Notice should be directed to the Office of the Deputy Commissioner, Republic of Liberia, the Liberian International Ship & Corporate Registry, 8619 Westwood Center Dr., Suite 300, Vienna, VA 22182, USA

PL 03666



seafarers with access to social security protection; and to ensure that seafarer's working on board a ship have access to shore-based facilities and services to secure their health and well-being under the Maritime Labour Convention (MLC), 2006.

1. **APPLICABILITY:**

   This notice applies to all ships and seafarers serving on board these ships to which MLC, 2006 applies.

2. **DEFINITIONS:**

   2.1 **Contractual claim:** Any claim which relates to death or long-term disability of seafarers due to an occupational injury, illness or hazard as set out in national law, the seafarers' employment agreement or collective agreement.

   Refer to MLC-001 for other definitions.

3. **REQUIREMENTS**

   These requirements are supplemental to DMLC-I, the Maritime Law (RLM-107), Maritime Regulations (RLM-108) and Marine Notices contained in the Combined Publication Folder (RLM-300).

   3.1 **Medical care on board ship and ashore**

   3.1.1 Shipowners shall ensure that seafarers working on board their ships have prompt access to the necessary medicine, medical equipment and facilities for diagnosis and treatment, and to medical and occupational health protection information and expertise, which is generally comparable to that provided to workers ashore.

   3.1.2 Shipowners shall ensure that seafarers are given the right to visit a qualified medical doctor or dentist without delay in ports of call, where practicable.

   3.1.3 Health protection and medical care, including essential dental care, shall be provided free of charge to seafarers while the seafarer is on board ship or landed in a foreign port.

   3.1.4 Shipowners shall adopt programmes of a preventive character such as health promotion and health education on board their ships.

   3.1.5 Shipowners shall use the standard medical report form or forms provided for in the Annex to the current edition of the WHO 'International Medical Guide for ships', for use by the master and relevant medical personnel onshore and on-board. The form, when completed and its contents shall be kept confidential and shall only be used to facilitate the treatment of seafarers. Other medical report forms may be accepted provided the necessary information is included.

   3.1.6 Every ship shall maintain a medical log for recording all medical treatment

MLC-005  
The Republic of Liberia

2 of 12

2/17

==on-board and onshore.==

3.1.7  All ships shall carry a medicine chest and medical equipment that complies with the requirements in the current edition of the WHO 'International Medical Guide for Ships and Quantification Addendum', references (g) and (h), and bearing in mind the number of persons on board and the nature and duration of the voyage. The Administration will accept a medicine chest and medical equipment that meets a similar national standard provided the inventories are effectively equivalent to the WHO standards.

    3.1.7.1  The Quantification Addendum contains recommended quantities, indications and dosing for 55 medicines listed in the International Medical Guide for Ships 3rd edition.

    3.1.7.2  The quantities are based on three types of ships:

        a) ocean-going ships with crews of 25-40 and no doctor (Category A);

        b) coastal ships with crews of up to 25 that travel no more than 24 hours from a port of call (Category B); and

        c) small boats and private craft with crews of 15 or less, and usually travelling no more than a few hours from a port of call (Category C).

    3.1.7.3  These quantities have been updated to reflect the decrease of crew numbers on most ships and calculated for voyages of one month. The Quantification Addendum to the International Medical Guide for Ships provides essential guidance to all those who involved in the procurement, purchasing, stock maintenance and use of medicines to promote and protect the health of seafarers worldwide.

    3.1.7.4  Every ship shall maintain a list of medicines and medical equipment carried on board. In addition, the master is required to maintain a register of controlled medicines and this register shall be maintained on board for a period of two (2) years from the date of the last entry.

3.1.8  The medicines & medical equipment shall be inspected at regular intervals, not exceeding 12 months, by the designated medical officer on board or a pharmacist, who shall ensure that the quantities, labelling, expiry dates and conditions of storage of all medicines and directions for their use are checked and all equipment functioning as required.

3.1.9  All ships carrying 100 or more persons and ordinarily engaged on international voyages of more than 3 days duration shall carry a qualified medical doctor.

3.1.10 On ships which do not carry a medical doctor, there shall be at least one seafarer on board who is in charge of medical care and administering medicine as part of their regular duties or at least one seafarer on board competent to provide medical first aid; such persons shall have completed the relevant training required by the STCW 1978, as amended.

3.1.11 All ships shall carry on board the current edition of the WHO publication 'International Medical Guide for Ships and Quantification Addendum' and for those ships carrying dangerous cargoes, in addition shall carry the 'Medical First Aid Guide' for use in accidents involving dangerous cargoes.

3.1.12 Ships carrying dangerous goods not listed in the most recent edition of the Medical First Aid Guide (MFAG), reference (i) for use in accidents involving dangerous cargoes, shall carry 'Material Safety Data Sheets' available for these cargoes.

3.1.13 All ships shall carry a complete and up-to-date list of radio stations through which medical advice can be obtained; and, if equipped with a system of satellite communication, carry an up-to-date and complete list of coast earth stations through which medical advice can be obtained.

Such publications shall include, but not be limited to: the current editions of the ITU publication 'List IV-List of coast stations and special service stations', reference (j); the 'Admiralty List of Radio Signals Vol.1; and the 'International Code of Signals'.

3.1.14 The seafarer's responsible for medical care or first aid care should be instructed in the use of the current editions of the International Medical Guide, the medical section of the International Code of Signals and the radio/satellite communication system.

3.1.15 **Disposal of medicines and medical supplies:**

Medicines and medical supplies shall be disposed of properly in accordance with all applicable local and national laws and regulations of the State in which disposal is occurring and any applicable international requirements.

    3.1.15.1    Expired non-controlled medicines and medical supplies should be:

    a) returned to the supplier, where possible; or

    b) sent to an approved shore-side contractor for disposal.

If disposable under 3.1.15.1 is not possible, expired non-controlled medicines and medical supplies may be incinerated at sea as domestic waste (category C in accordance with MARPOL Annex V), but only where a ship has in place a written waste disposal policy and program that