| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6.36E+08 | 9493212 | STARGATE | 70 | 5.29025 | -4.02388 | 2/14/2017 23:04 | ENTER_ZO | Abidjan / CIABJ |
| 6.36E+08 | 9493212 | STARGATE | 70 | 5.2691 | -4.02552 | 3/8/2017 12:04 | EXIT_ZONE | Abidjan / CIABJ |
| 6.36E+08 | 9493212 | STARGATE | 70 | 32.08897 | -81.02389 | 4/2/2017 14:04 | ENTER_ZO | Savannah / USSAV |
| 6.36E+08 | 9493212 | STARGATE | 70 | 31.96172 | -80.72262 | 4/7/2017 14:04 | EXIT_ZONE | Savannah / USSAV |
| 6.36E+08 | 9493212 | STARGATE | 70 | 0.28206 | 9.49946 | 5/7/2017 4:01 | ENTER_ZO | Owendo / GAOWE |
| 6.36E+08 | 9493212 | STARGATE | 70 | 0.27809 | 9.49325 | 5/11/2017 6:04 | EXIT_ZONE | Owendo / GAOWE |
| 6.36E+08 | 9493212 | STARGATE | 70 | -22.8918 | -43.1952 | 5/25/2017 10:04 | ENTER_ZO | Sao Cristovao / BRSCV |
| 6.36E+08 | 9493212 | STARGATE | 70 | -22.8918 | -43.1952 | 5/25/2017 10:04 | ENTER_ZO | Rio de Janeiro / BRRIO |



EXHIBIT 5