| No. | Dates seen | Name, Surname, date of birth | Rank | Ailment or Complaint (Temperature, Pulse and Respiration Chart, if necessary) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 52 | 10/09/16 | POSTERNAK  MAKSYM | C/O | Headache |
| 53 | 22/09/16 | MOON  A. | 1AE | Athlete's foot |
| 54 | 18/11/16 | CHAVDA  K.D. | A/B | Skin irritation |
| 55 | 14/12/16 | CHAVDA  K.D. | A/B | Broken Tibia & Fibula (Right leg Lower) |
| 56 | 15/12/16 | -"- | A/B | -"- |
| 57 | -"- | -"- | A/B | -"- |
| 58 | -"- | -"- | -"- | -"- |
| 59 | 16/12/16 | -"- | -"- | -"- |
| 60 | 17/12/16 | -"- | -"- | -"- |
| 61 | 18/12/16 | -"- | -"- | -"- |
| 62 | 19/12/16 | -"- | -"- | -"- |
| 63 | 20/12/16 | -"- | -"- | -"- |
| 64 | 21/12/16 | -"- | -"- | Broken Tibia & Fibula bones, skin irritation |
| 65 | 22/12/16 | -"- | -"- | -"- |
| 66 | 23/12/16 | -"- | -"- | -"- |
| 67 | 24/12/16 | -"- | -"- | -"- |
| 68 | 21/01/17 | GIVEN FOR ALL CREW | -"- | CHLOROQUINE (ONE EACH) - ANTIMOSQUITOS SPRAY MALARIA PR... |
| 69 | 28/01/17 | GIVEN FOR ALL CREW | -"- | ANTIMALARIA PROPHYLAXY MEDICINE |
| 70 | 04/02/17 | GIVEN FOR ALL CREW | -"- | ANTIMALARIA PROPHYLAXY MEDICINE |
| 71 | 11/02/17 | GIVEN FOR ALL CREW | -"- | ANTIMALARIA PROPHYLAXY MEDICINE |
| 72 | 18/02/17 | -"- | -"- | -"- |
| 73 | 25/02/17 | -"- | -"- | -"- |
| 74 | 04/03/17 | -"- | -"- | -"- |
| 75 | 11/03/17 | -"- | -"- | -"- |
| 76 | 18/03/17 | -"- | -"- | -"- |
| 77 | 03/09/17 | GIVEN FOR ALL CREW | N/A | ANTIMALARIA PROPHYLAXY MEDICINE |

EXHIBIT 6L

3

| Duration of stay aboard: in bed (B) in hospital (H) | Action taken Treatment (please specify all medicines given, the dose, the frequency, the way it is to be taken). Remarks and Queries (if any), if fit for restricted work (kind of restriction). Comments on disinfections and other measures. | Date treatment finished or fit for duty, or unfit for duty or Patient is: healed, sent to doctor, dead, repatriated or days bedrest necessary | Initials of Medical Officer |
|---|---|---|---|
| 6 | 7 | 8 | 9 |
| — | IBUPROFEN (No restriction for Work) 2 pcs | — | 2/0 2 |
| — | Miconazole cream | — | 2/0 2 |
| — | Hydrocortisone cream | — | 2/0 2 |
| H | 1600 LT 10ml/mg Morphine Sulphate Injection (AS PER 2 pcs paracetamol 500 mg & 1 pc Ibuprofen 400 mg) (DOCTOR ADVISE) | — | 2/0 2 |
| H | 0000 LT 1 pc IBUPROFEN 400 mg | — | 2/0 2 |
| H | 0400 LT 2 pcs PARACETAMOL 500 mg | — | 2/0 2 |
| H | 0800 LT, 1 pc 10ml/mg Morphine Injection + 1 IBU + 1 PARA | — | 2/0 2 |
| H | 4 pcs Paracetamol + 2 pcs IBUPROFEN + 1 pc MOTILIUM | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| H | 3 pcs Paracetamol + 2 pcs IBUPROFEN + 1pc Motilium | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| H | 3 pcs Paracetamol + 2 pcs IBUPROFEN + 1 pc Motilium + Hydrocortisone cream | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| H | —"— | — | 2/0 2 |
| — | ANTIMALARIA PROPHYLAXY MEDICINE START GIVEN FOR CREW. CHLOROQUINE 155 mg — EACH ONE | — | 1/0 JL K.G |
| — | CHLOROQUINE 155 mg — ONE EACH ONE | — | 1/0 JL K.G |
| — | CHLOROQUINE 155 mg — EACH ONE | — | 1/0 JL K.G |
| — | CHLOROQUINE 155 mg — EACH ONE | — | 2/0 JL K.G |
| — | CHLOROQUINE 155 mg — EACH ONE | — | 2/0 K.G |
| — | CHLOROQUINE 155 mg — EACH ONE | — | 2/0 K.G |
| — | MEFLOQUINE 250 mg — EACH ONE | — | 2/0 K.G |
| — | MEFLOQUINE 250 mg — EACH ONE | — | 2/0 K.G |
| — | MEFLOQUINE 250 mg — EACH ONE | — | 2/0 K.G |
| N-D | MEFLOQUINE 250 mg — EACH ONE | N-D | 2/0 AD |

ANVISA - CVPAF/ES
Andervan Paviotti
Matr.: 6500756
09.11.16

Date

EXHIBIT 6R