UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS"<br><br>Defendant. | Civil Action No. 18-13556 "E" (4)<br>IN ADMIRALTY<br><br>JUDGE: SUSIE MORGAN<br><br>CHIEF MAG. JUDGE: KAREN WELLS ROBY |

### DEFENDANT EASTERN PACIFIC SHIPPING PTE, LTD.'S RESPONSE TO PLAINTIFF'S REQUESTS FOR PRODUCTION

Defendant Eastern Pacific Shipping Pte, Ltd., d/b/a/ "EPS", ("EPS" or "Eastern Pacific") provides its responses and objections to Plaintiff Kholkar Vishveshwar Ganpat's ("Plaintiff") Request for Production.

### GENERAL OBJECTIONS

The following General Objections apply to each of the Requests propounded by Plaintiff. Unless otherwise stated, these General Objections shall have the same force and effect as if set forth in full in response to each of the Requests. The assertion of the same, similar, or additional objections in response to specific Requests does not waive any of the General Objections set forth below. Likewise, failure to mention a General Objection in response to specific Requests should not be construed as a waiver of any such objection.

1.  EPS objects to each and every Request to the extent that it seeks to impose obligations that are inconsistent with, or greater than, those imposed by the Federal Rules of Civil Procedure, the Local Rules, any other applicable law, or any court order that has been entered or may be entered governing discovery in this case.



- 4 -

10. The objections and responses herein are based on EPS's present knowledge, information, and belief. Without in any way obligating itself to do so, EPS expressly reserves the right to supplement, amend, correct, clarify, or modify the objections and responses herein as necessary at a later date.

### SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST NO. 1:** Please produce complete and legible copies of all receipts and/or invoices related to the purchase of the malaria medication that was obtained in anticipation for M/V STARGATE's voyage(s) from January 2017 to May 2017.

**RESPONSE:** Subject to EPS' General Objections, *supra*, responsive documents will be produced.

**REQUEST NO. 2:** Please produce complete and legible copies of all receipts and/or invoices related to the purchase of any of the following stand-by emergency medication for malaria to keep onboard the M/V STARGATE during its voyage(s) from January 2017 to May 2017.

1. Atovaquone with proguanil
2. Artemether with lumefantrine
3. Quinine plus doxycycline
4. Quinine plus clindamycin

**RESPONSE:** Subject to EPS' General Objections, *supra*, responsive documents will be produced.

**REQUEST NO. 3:** Please produce complete and legible copies of all documents/records showing Plaintiff was administered any of the stand-by emergency medication listed in Request No. 2 when he became ill aboard the M/V STARGATE.

**RESPONSE:** Subject to EPS' General Objections, *supra*, EPS states, none.

**REQUEST NO. 4:** Please produce complete and legible copies of all documents/records showing Plaintiff was administered Antimalaria Medication during the time periods listed below:

a. Between March 18, 2017 and May 7, 2017
b. Between May 7, 2017 and May 20, 2017

**RESPONSE:** Subject to EPS' General Objections, *supra*, EPS states, none.

**REQUEST NO. 5:** Please produce complete and legible copies of all documents/records showing between May 20, 2017 and May 27, 2017. Plaintiff was administered any of the stand-by emergency medications listed in Request No. 2

**RESPONSE:** Subject to EPS' General Objections, *supra*, EPS states, none.

**REQUEST NO. 6:** Please produce complete and legible copies of any invoices, checks, records of wire money transfers, and receipts showing payment for Plaintiff's medical treatment at Hospital Rio Mar in Brazil between May 2017 to August 2017.

**RESPONSE:** Subject to EPS' General Objections, *supra*, responsive documents will be produced.

**REQUEST NO. 7:** Please produce complete and legible copies of any invoices, checks, records of wire money transfers, and receipts showing payment for Plaintiff's medical treatment at Salgaocar Medical Research Centre's (SMRC) V.M. Salgaocar Hospital in India between April 2018 to the present date.

**RESPONSE:** Subject to EPS' General Objections, *supra*, responsive documents will be produced.

**REQUEST NO. 8:** Please produce complete and legible copies of M/V STARGATE'S captain's and medical officer's logs for the January 1, 2017 to July 1, 2017 time period.

**RESPONSE:** EPS objects to this request as overly broad and not reasonably calculated to lead to the discovery of relevant material. EPS specifically objects to captain's and medical officer's logs from May 27, 2017, the date which the Plaintiff was evacuated from M/V STARGATE through July 1, 2017. Subject to EPS' General Objections, *supra*, responsive non privileged documents from January 1, 2017 through May 27, 2017 will be produced.

**REQUEST NO. 9:** Please produce complete and legible copies of M/V STARGATE'S 2016-2017 ship port call schedule.

**RESPONSE:** EPS restates its General Objections and further objects to this request because it seeks jurisdictional discovery which is not reasonably calculated to lead to the discovery of admissible evidence as EPS has consented to jurisdiction. EPS further objects because documents responsive to this request have already been produced.

injuries or the facts allegedly giving rise to Plaintiff's causes of action. Subject to and without waiving this objection, and subject to EPS' General Objections, *supra*, Eastern Pacific will produce responsive, non-privileged documents within its possession, custody and control which refer or relate to the M/V STARGATE, dated or effective from December 15, 2016 to May 27, 2017.

Dated: May 23, 2022.

/s/ *J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Tel: 410-783-5795
Fax: 410-510-1789
Email: jssimms@simmsshowers.com

MICHAEL H. BAGOT, JR., T.A. (#2665)
WAGNER, BAGOT & RAYER LLP
Pan American Life Center – Suite 1660
601 Poydras St.
New Orleans, Louisiana 70130
Telephone: 504-525-2141
Facsimile: 504-523-1587
E-mail: mbagot@wb-lalaw.com

Counsel for Eastern Pacific Shipping Pte, Ltd.

### CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2022, a copy of the foregoing responses to requests for production was served on Plaintiff's counsel by image copy/electronic mail:

Richard M. Martin, Jr.      rmartin@lamothefirm.com
Alex Gonzalez                alex@agonzalezlaw.com
Pedro P. Sotolongo            psotolongo@sotolongolaw.com

/s/ J. Stephen Simms
J. Stephen Simms