Case 2:18-cv-13556-SM-KWR   Document 480-9   Filed 12/03/24   Page 1 of 2
Case 2:18-cv-13556-SM-KWR   Document 421-9   Filed 07/17/24   Page 1 of 2
Case 2:18-cv-13556-SM-KWR   Document 356-7   Filed 09/30/22   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS" <br><br> Defendant. | Civil Action No. 18-13556 "E" (4) <br> IN ADMIRALTY <br><br> JUDGE SUSIE MORGAN <br><br> CHIEF MAG. JUDGE KAREN WELLS ROBY |

Defendant Eastern Pacific Shipping Pte, Ltd., d/b/a/ "EPS", ("EPS") provides its responses and objections to Plaintiff Kholkar Vishveshwar Ganpat's ("Plaintiff") Third Request for Production.

## GENERAL OBJECTIONS

The following General Objections apply to each of the Requests propounded by Plaintiff. Unless otherwise stated, these General Objections shall have the same force and effect as if set forth in full in response to each of the Requests. The assertion of the same, similar, or additional objections in response to specific Requests does not waive any of the General Objections set forth below. Likewise, failure to mention a General Objection in response to specific Requests should not be construed as a waiver of any such objection.

1. EPS objects to each and every Request to the extent that it seeks to impose obligations that are inconsistent with, or greater than, those imposed by the Federal Rules of Civil Procedure, the Local Rules, any other applicable law, or any court order that has been entered or may be entered governing discovery in this case.

2. EPS objects to each and every Request to the extent that it calls for the production of documents that are protected by the attorney-client privilege, the attorney work product



Case 2:18-cv-13556-SM-KWR   Document 480-9   Filed 12/03/24   Page 2 of 2
Case 2:18-cv-13556-SM-KWR   Document 421-9   Filed 07/17/24   Page 2 of 2
Case 2:18-cv-13556-SM-KWR   Document 356-7   Filed 09/30/22   Page 2 of 2

**REQUEST NO. 23:** Please produce a complete copy of M/V STARGATE's *Medical Log Book* from April 2017 up to and including the period of Plaintiff, Vishveshwar Ganpat Kholkar's discharge in Brazil on May 27, 2017.

**RESPONSE:** Subject to and without waiving its general objections, EPS states that it has produced all responsive documents. *See, e.g.*, EPS Response to Request for Production No. 8 (May 23, 2022).

Dated: July 22, 2022.

| | |
|---|---|
| /s/ J. Stephen Simms<br>J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com | MICHAEL H. BAGOT, JR., T.A. (#2665)<br>WAGNER, BAGOT & RAYER LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras St.<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2022, a copy of the foregoing was served on Plaintiff's counsel by imaged copy/electronic mail:

Richard Massie Martin, Jr.
Email: rmartin@lamothefirm.com

Alejandro J. Gonzalez
Email: info@agonzalezlaw.com

Pedro P. Sotolongo
Email: psotolongo@sotolongolaw.com

/s/ J. Stephen Simms
J. Stephen Simms