UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS"<br><br>    Defendant. | Civil Action No.  18-13556 "E" (4)<br> IN ADMIRALTY<br><br>JUDGE:  SUSIE MORGAN<br><br>CHIEF MAG. JUDGE:  KAREN WELLS ROBY |

### DEFENDANT EASTERN PACIFIC SHIPPING PTE, LTD.'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION

Defendant Eastern Pacific Shipping Pte, Ltd., d/b/a/ "EPS", ("EPS" or "Eastern Pacific") provides its responses and objections to Plaintiff Kholkar Vishveshwar Ganpat's ("Plaintiff") Requests for Admission as follows.

### RESPONSES

**REQUEST NO. 1.**   The operator who planned M/V STARGATE's 2017 voyage to and port call at Gabon was aware of malaria being a risk in Gabon.

**RESPONSE:** Denied.

**REQUEST NO. 2.**   M/V STARGATE did not have any of the following stand-by emergency medication for malaria onboard during its 2017 voyage to Gabon.

    1. Atovaquone with proguanil
    2. Artemether with lumefantrine
    3. Quinine plus doxycycline
    4. Quinine plus clindamycin

**RESPONSE:** Denied.

**REQUEST NO. 3.**   None of the stand-by emergency medication listed in Request for Admission No. 2 was administered to Plaintiff when he became ill in 2017 onboard the M/V STARGATE.

**RESPONSE:** Admit.  The Plaintiff's health issues were reported on May 25th, but his symptoms were consistent with heatstroke, food poisoning, or a number of other conditions.  He was not



administered medication for the treatment of malaria, which were on board, because it was not known that he had contracted malaria.

**REQUEST NO. 4.** Plaintiff was not administered Antimalaria Medication during the time periods listed below:

      a. Between March 18, 2017 and May 7, 2017
      b. Between May 7, 2017 and May 20, 2017

**RESPONSE:** Admit. No prophylactic anti-malaria medication was administered between 19 March 2017 and 20 May 2017 because the Vessel was calling ports – namely New Amsterdam, Savanah, Barranquilla and Gabon - where the risk of malaria was low or advised to be low. However, it is submitted that there were sufficient prophylactic malaria medicines on board and these were available to crew.

**REQUEST NO. 5.** Plaintiff was not administered with any of the stand-by emergency medication listed in Request for Admission No. 2 between May 20, 2017 and May 27, 2017.

**RESPONSE:** Admit. See response to Request for Admission No. 3.

**REQUEST NO. 6.** Plaintiff was administered Chloroquine weekly between February 18, 2017 and February 25, 2017 aboard M/V STARGATE.

**RESPONSE:** Admit. Chloroquine was made available for Plaintiff to take during those time periods and that he signed the log indicating he had taken it.

**REQUEST NO. 7.** Plaintiff was administered Mefloquine weekly between March 4, 2017 and March 18, 2017 aboard M/V STARGATE.

**RESPONSE:** Admit. Mefloquine was made available for Plaintiff to take during those time periods and that he signed the log indicating he had taken it.

**REQUEST NO. 8.** Defendant propounded its Request for Admission to Plaintiff on January 29, 2022, attaching two documents titled "ANTIMALARIA PROPHYLAXY MEDICINES WAS GIVEN TO CREW IN FOLLOWING ORDER:" as Exhibits B and C, showing that Plaintiff received antimalaria medications from January 21, 2017 through March 18, 2017.

**RESPONSE:** Admit.

**REQUEST NO. 9.**   Defendant did not produce any documents with its Request for Admission propounded on January 29, 2022 showing that Plaintiff received Chloroquine or Mefloquine after March 18, 2017.

**RESPONSE:** Admit that there were four exhibits attached to Defendant's January 29, 2022

Request for Admission. Denied with regard to all other respects.

**REQUEST NO. 10.**   Defendant did not produce any documents with its Request for Admission propounded on January 29, 2022 showing that Plaintiff received any antimalaria medications after March 18, 2017.

**RESPONSE:** Admit that there were four exhibits attached to Defendant's January 29, 2022

Request for Admission.  Denied with regard to all other respects.

**REQUEST NO. 11:** Defendant did not produce any documents with its Request for Admission propounded on January 29, 2022 showing that Plaintiff received any antimalaria medications between May 20, 2017 and May 27, 2017.

**RESPONSE:** Admit that there were four exhibits attached to Defendant's January 29, 2022

Request for Admission.   Denied with regard to all other respects.

**REQUEST NO. 12:** Defendant knew, prior to the voyages of the M/V STARGATE to West African ports in 2017, that the malaria parasite Plasmodium falciparum is resistant to chloroquine and other currently available antimalarial drugs, such as sulfadoxine/pyrimethamine, mefloquine, halofantrine, and quinine.

**RESPONSE:** Denied.

Dated:  May 23, 2022

/s/ J. Stephen Simms                                            MICHAEL H. BAGOT, JR., T.A. (#2665)
J. Stephen Simms                                                 WAGNER, BAGOT & RAYER LLP
Simms Showers LLP                                             Pan American Life Center – Suite 1660
201 International Circle, Suite 230                        601 Poydras St.
Baltimore, Maryland 21030                                  New Orleans, Louisiana 70130
Tel: 410-783-5795                                                  Telephone: 504-525-2141
Fax: 410-510-1789                                                 Facsimile: 504-523-1587
Email: jssimms@simmsshowers.com                 E-mail: mbagot@wb-lalaw.com

Counsel for Eastern Pacific Shipping Pte, Ltd.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2022, a copy of the foregoing admissions request responses was served on Plaintiff's counsel by image copy/electronic mail:

Richard M. Martin, Jr.    rmartin@lamothefirm.com
Alex Gonzalez    alex@agonzalezlaw.com
Pedro P. Sotolongo    psotolongo@sotolongolaw.com

/s/ J. Stephen Simms
J. Stephen Simms

- 4 -