```
1                UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF LOUISIANA
3
4
5    ---------------------------------x
6    KHOLKAR VISHVESHWAR GANPAT,       :
7         Plaintiff,                   :
8    v                                 : Civil Action No.:
9    EASTERN PACIFIC SHIPPING PTE,     : 18-13556 "E" (4)
10   LTD., d/b/a "EPS"                 : IN ADMIRALTY
11        Defendants.                  :
12   ---------------------------------x
13
14
15
16           Deposition of KHOLKAR VISHVESHWAR GANPAT
17                     Conducted Virtually
18                  Thursday, August 18, 2022
19                        8:04 a.m. EST
20
21
22
23   Job No: 460119
24   Pages: 1 - 251
25   Reported by: Lynne Livingston
```



EXHIBIT 10

Case 2:18-cv-13556-SM-KWR   Document 480-11   Filed 12/03/24   Page 2 of 3
Case 2:18-cv-13556-SM-KWR   Document 421-20   Filed 07/17/24   Page 2 of 4

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022                                                54

1    Q.    So that was another voyage carrying cargo
2    from Barranquilla to Owendo, right?
3    A.    Yes, sir.
4    Q.    And then the ship left Owendo empty, that
5    is no cargo, and sailed back to Rio de Janeiro,
6    Brazil, right?
7    A.    Yes.
8    Q.    Okay.  So while you're on the ship you did
9    the voyage from Morocco to Abidjan, you did a
10   second voyage from New Amsterdam to Savannah, and
11   you did a third voyage from Barranquilla to Owendo,
12   correct?
13   A.    Yes.
14   Q.    Okay.  Let's talk about your trip sailing
15   from Owendo, Gabon to Rio de Janeiro, Brazil.
16   A.    Yes, sir.
17   Q.    Let me back up a step.  The prior trip to
18   Abidjan, you had taken some malaria medications,
19   correct?
20   A.    Yes.
21   Q.    Okay.  So the vessel, and I understand the
22   ship had a different captain when you sailed to
23   Abidjan than the captain who was there when you
24   sailed to Gabon, is that right?
25   A.    Yes.

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022                                                63

```
 1   allegations.
 2        Q.   Go ahead, sir.
 3        A.   Please repeat your question.  I was -- I
 4   didn't --
 5        Q.   Sure.  Did you ask to receive malaria
 6   medication on the voyage to Gabon?
 7        A.   No, sir, I did not receive any medication
 8   in Gabon.
 9        Q.   Did you ask anyone if you could have
10   medication?
11        A.   So on ship so while we were asking because
12   he will give us (inaudible.)  We did not pay much
13   more attention to it.  We do our job and whenever
14   he calls, we go like that.
15        Q.   Did you ask anyone if you could have
16   malaria medicine when you took the ship to Gabon?
17        A.   I did not ask about the malaria medicine
18   because I don't know anything about Gabon because
19   it is the first country in Gabon I visited, first
20   time in Gabon.  So I don't know anything about
21   Gabon.
22        Q.   Okay.  So your testimony is that when you
23   were sailing to Gabon, you did not know that
24   malaria was a risk?
25        A.   Yes, sir, I did not know.
```