UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** *Plaintiff,* | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO.  2:18-cv-13556 "E" (4)** |
| **EASTERN PACIFIC SHIPPING PTE. LTD., d/b/a "EPS",** *Defendant.* | * * * * | **JUDGE SUSIE MORGAN** **CHIEF MAGISTRATE JUDGE KAREN WELLS ROBY** |

*********************************************

## ORDER IN LIMINE

Considering the above and foregoing motion *in limine* submitted by Kholkar V. Ganpat ("Plaintiff"), **IT IS ORDERED** that the motion be and hereby is **GRANTED**.

Eastern Pacific Shipping Pte Ltd. ("Defendant") be and hereby is **PROHIBITED** from offering at trial any fact or expert testimony, or any argument of counsel that any anti-malaria medication was provided to Plaintiff after M/V STARGATE departed Savannah, Georgia, USA, on or about April 7, 2017 and before the vessel arrived at Rio de Janeiro, Brazil, on or about May 25, 2017.

New Orleans, Louisiana, this _____ day of December 2024.

_____
**UNITED STATES DISTRICT JUDGE**