# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHOLKAR VISHVESHWAR GANPAT,** | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | **NO.  2:18-cv-13556 "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EASTERN PACIFIC SHIPPING PTE. LTD.,** | * | |
| d/b/a "EPS", | * | **CHIEF MAGISTRATE JUDGE** |
| *Defendant.* | * | **KAREN WELLS ROBY** |

**********************************************

### NOTICE OF SUBMISSION OF MOTION IN LIMINE - MEDICATIONS

    **PLEASE TAKE NOTICE** that Plaintiff, Kholkar Vishveshwar Ganpat, has submitted the

attached **"*Motion In Limine - Medications"*** to be decided by U.S. District Susie Morgan, 500

Camp Street, Room C332, New Orleans, Louisiana, on the Court's next regular motion docket on

Wednesday, December 18, 2024 at 10:00 o'clock a.m.

                        Respectfully submitted,

                        */s/ Pedro P. Sotolongo*
                        Pedro P. Sotolongo, TA, FL Bar #0584101
                        SOTOLONGO, P.A.
                        1000 5th Street, Suite 402
                        Miami Beach, FL 33139
                        Telephone: (305) 415-0073
                        E-Mail: psotolongo@sotolongolaw.colm
                        **Trial Counsel for Plaintiff, pro hac vice**

                        */s/ Richard M. Martin, Jr.*
                        Richard M. Martin, Jr., LA Bar #08998
                        Lamothe Law Firm, LLC
                        400 Poydras Street, Suite 1760
                        New Orleans, LA 70130
                        Telephone: (504) 704-1414
                        E-Mail: rmartin@lamothefirm.com
                        **Local Counsel for Plaintiff**

And:    Alejandro J. Gonzalez, TA, FL Bar # 015293
Law Office of Alejandro J. Gonzalez
199 E. Flagler Street, Suite 610
Miami, FL 33131
E-Mail: alex@agonzalezlaw.com
***Counsel for Plaintiff pro hac vice***