UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VISHVESHWAR GANPAT KHOLKAR, *Plaintiff*, | * * * * | CIVIL ACTION<br>NO. 18-13556 SM-KWR |
| VERSUS | * * | |
| EASTERN PACIFIC SHIPPING PTE. LTD., d/b/a/ "EPS," *Defendant*. | * * * | JUDGE SUSIE MORGAN<br>MAG.JUDGE KAREN WELLSROBY |

***************************************

### PLAINTIFF'S NOTICE OF EXPERT DISCLOSURES AND SERVICE OF REPORTS

Plaintiff, VISHVESHWAR GANPAT KHOLKAR, by and through undersigned counsel, pursuant to this Court's Amended Scheduling Orders dated June 20, 2024 and October 7, 2024, hereby serves his Expert Witness Disclosure as follows:

**Rule 26(a)(2)(B) Disclosures:**

1. **James Losito, DPM**
   **Barry University Foot and Ankle Institute**
   **3659 South Miami Avenue, Suite 3008**
   **Miami, FL 33133**

Dr. Losito is a board certified Podiatric Orthopedic Surgeon. He is expected to opine regarding Plaintiff's medical condition, including his injuries, causation, treatment, and resulting disabilities. Dr. Losito is also expected to testify with regards to the Plaintiff's orthopedic medical history, medical conditions, feet injuries, need for future medical treatment, and orthopedic disabilities suffered, caused by contracting malaria. Dr. Losito will provide opinions within a reasonable degree of medical probability regarding prognosis, need for future treatment, necessary surgery and/or testing, and necessity and reasonableness of medical expenses. Dr. Losito will also testify regarding Plaintiff's Maximum Medical Improvement (MMI) status. Dr. Losito is expected to opine as to the permanent orthopedic disability that the Plaintiff suffered as well as the Plaintiff's inability to work aboard a ship presently and/or in the future. Dr. Losito's opinions will be based upon his physical examination of the Plaintiff as well his review of the Plaintiff's medical records, diagnostic images, and deposition testimony. The testimony and appearance will be based upon Dr. Losito's experience, education, and training. A copy of Dr. Losito's Curriculum Vitae, fee schedule, and his report will be produced in compliance with this Court's Amended Scheduling Order dated October 7, 2024.

    2.    **Lance S. Estrada, M.D.**
**Orthopaedic Associates of New Orleans**
**3434 Prytania Street, Suite 430**
**New Orleans, LA 70115**

Dr. Estrada is a board-certified Sports Medicine and Orthopedic Surgeon. He is expected to opine regarding Plaintiff's medical condition, including his injuries, causation, treatment, and resulting disabilities. Dr. Estrada is also expected to testify with regards to the Plaintiff's orthopedic medical history, medical conditions, avascular necrosis to his hip(s), need for future medical treatment, and orthopedic disabilities suffered, caused by contracting malaria. Dr. Estrada will provide opinions within a reasonable degree of medical probability regarding prognosis, need for future treatment, necessary surgery and/or testing, and necessity and reasonableness of medical expenses. Dr. Estrada will also testify regarding Plaintiff's Maximum Medical Improvement (MMI) status. Dr. Estrada is expected to opine as to the permanent orthopedic disability that the Plaintiff suffered as well as the Plaintiff's inability to work aboard a ship presently and/or in the future. Dr. Estrada's opinions will be based upon his physical examination of the Plaintiff as well his review of the Plaintiff's medical records, diagnostic images, and deposition testimony. The testimony and appearance will be based upon Dr. Estrada's experience, education, and training. A copy of Dr. Estrada's Curriculum Vitae, fee schedule, and his report will be produced in compliance with this Court's Amended Scheduling Order dated October 7, 2024.

    3.    **Arthur Fournier, M.D.**
**10579 Occohannock Boulevard**
**Exmore, VA 23350**

Dr. Fournier is a board certified internist and Professor Emeritus at University of Miami Miller School of Medicine. He is expected to opine regarding Plaintiff's medical condition, including his injuries, causation, treatment, and resulting permanent disabilities. Dr. Fournier will also provide opinions within a reasonable degree of medical probability regarding prognosis, need for future treatment, necessary surgery and/or testing, and necessity and reasonableness of medical expenses. Dr. Fournier will also testify regarding aggravation of Plaintiff's medical condition. Dr. Fournier will also testify regarding Plaintiff's Maximum Medical Improvement (MMI) status. Dr. Fournier will also testify about the effect of the injuries on the Plaintiff's work ability, and loss of ability to enjoy life. Dr. Fournier will also testify as well regarding Defendant's failure to provide prompt, proper, and adequate medical treatment, and any medical negligence of onboard personnel. Dr. Fournier will base his testimony on his many years of training, skills, education; and based on his review of medical records, deposition(s), and medical literature. Dr. Fournier's report, CV, fee schedule, and case list are attached hereto as Exhibit "A."

    4.    **Mark F. Wiser, Ph.D.**
**Tulane University School of Public Health**
**1440 Canal Street, Ste 2301**
**New Orleans, LA 70112-2824**

Dr. Wiser is an Associate Professor and Vice Chair Director of the MPHTM Program of the Department of Tropical Medicine at Tulane University School of Public Health. Dr. Wiser's testimony will focus on malaria and will be based on the research that he has carried out for over forty years and the thirty-nine scientific articles that he has co-authored on the malaria parasite,

including the identification of Plasmodium falciparum. Dr. Wiser will testify as to falciparum malaria being a common disease in tropical areas, including a high prevalence in Gabon, and the number of cases of malaria and estimated deaths. Dr. Wiser will testify as to the risk of mortality from falciparum malaria due to special features of the parasite, the diagnosis of malaria and the ways of preventing and curing the disease, specifically though anti-malaria drugs that efficaciously and quickly eliminate the parasite. Dr. Wiser will testify regarding the risk of severe disease and death due to malaria and the use of drugs to prevent an infectious disease, or to minimize its severity if a person does become infected. Dr. Wiser will also testify as to the Liberia Ship Medical Chest Regulations and Plaintiff's condition, the anti-malarial drugs that should have been provided to Plaintiff prior to arriving to Gabon and the permanent sequelae that will probably continue to affect his well-being and health for the rest of his life. Dr. Wiser will base his testimony on his many years of training, skills, education; and based on his review of medical records, deposition(s), and medical literature. Dr. Wiser's report, CV, and fee schedule are attached as Exhibit "B."

5. **G. Randolph Rice, Ph.D.**
   **7048 Moniteau Court**
   **Baton Rouge, LA 70809**

Dr. Rice is an Economist and Professor Emeritus at Louisiana State University and is expected to testify as to Plaintiff's economic damages, including but not limited to lost wages, future lost earnings, lost earning capacity, lost personal compensation and benefits, future medical expenses in present value, and future lost income. Dr. Rice will testify as to his review of deposition transcripts, medical records and bills, earnings and personnel documentation of the Plaintiff, and financial discovery from Defendant. Dr. Rice's report, CV, fee schedule, and case list are attached as Exhibit "C."

6. **Thomas J. Meunier, Jr., L.P.C., L.R.C.**
   **3932 North Arnoult Road**
   **Metairie, LA 70002**

Mr. Meunier is a Vocational Rehabilitation Counselor and is expected to testify as to the future care, employability, and earning capacity of Plaintiff due to Plaintiff's injuries, a labor market analysis, vocational rehabilitation, and life care assessment for the Plaintiff as a result of his injuries. Mr. Meunier is also expected to testify as to the needs of the Plaintiff in terms of personal healthcare and living assistance and how this affects future employment. The facts and materials he will rely on include interviewing the Plaintiff, Plaintiff's medical records and bills, the reports of the accountant, labor market analysis, government statistics, along with his experience, knowledge, training, and education. Mr. Meunier's report, CV, fee schedule, and case list are attached as Exhibit "D."

7. **Charles R. Figley, Ph.D.**
   **Traumatology Institute at Tulane University**
   **127 Elk Place**
   **New Orleans, LA 70112-2627**

Dr. Figley is the Paul Henry Kurzweg, MD Distinguished Chair in Disaster Mental Health at Tulane University and School of Social Work Professor and Associate Dean for Research. Dr.

Figley is expected to opine regarding Plaintiff's medical condition, including causation, treatment and resulting disabilities within his area of specialty regarding Plaintiff's psychological/psychiatric injuries and diagnosis and prognosis of Post-Traumatic Stress Disorder (PTSD) as a result of contracting malaria. His testimony will be based upon his training, education, and experience, as well as his virtual examination and testing of Plaintiff and his review of Plaintiff's medical records. A copy of Dr. Figley's report, CV, and fee schedule are attached as Exhibit "E."

8. **Captain Jeffrey A. Perlstein**
   **721 NW 77th Avenue**
   **Plantation, FL 33324**

Captain Perlstein is a professional mariner with years of experience in the maritime industry and an expert in maritime affairs. Captain Perlstein is expected to testify regarding safety policies and customary procedures and standards for performing the duties of a seafarer hired in the same position as the Plaintiff. He is also expected to testify regarding Defendant's Jones Act negligence, failure to provide Plaintiff with a safe place to work and failure to provide Plaintiff with a seaworthy vessel and liability. Captain Perlstein will also testify regarding Defendant's failure to comply with Federal regulations, SOLAS, IMO, ISM Code, internal safety management procedures and other regulatory agencies' rules, standards, and procedures, and how these breaches were the direct cause of Plaintiff's injuries. Captain Perlstein will also testify regarding relevant standards in similar industries, as well as the Plaintiff's inability to work aboard a ship presently and/or in the future. Captain Perlstein will base his testimony on his review of the depositions taken in this case, discovery responses, interviews with the Plaintiff, his knowledge of maritime safety rules and regulations and his many years of training, skills, education and research. A copy of Captain Perlstein's report, CV, fee schedule, and case list are attached as Exhibit "F."

9. **John W. Stewart, Jr., Esq.**
   **12 Houses**
   **12 Houses Road**
   **Paynesville Liberia**

Mr. Stewart is a Liberian attorney with 36 years of experience in Liberian Maritime Law. Mr. Stewart is expected to testify as an expert in Liberian Maritime Law regarding the substantive Liberia law that would apply to the legal claims in this case, including unseaworthiness, general maritime law, maintenance and cure, and contract law. Mr. Stewart will base his testimony on his review of the pleadings filed in this case, his knowledge of Liberian Maritime Law and his many years of training, experience, education and legal research. A copy of Mr. Stewart's report and CV are attached as Exhibit "G."

**Rule 26(a)(2)(C) Disclosures:**

1. **Dr. Bernardo S. Campos**
   **International Medical Care**
   **Rua João Borges, 204 – Gávea**
   **Rio de Janeiro, Brazil**

Dr. Campos was Plaintiff's treating physician that provided medical treatment to Plaintiff in Brazil and is expected to opine regarding Plaintiff's medical condition, including his injuries, causation, treatment, and resulting permanent disabilities. A copy of Dr. Campos' report dated August 10, 2017 is attached as Exhibit "H".

2. **Dr. Anand D. Kamat (deceased)**
   **Salgaocar Medical Research Centre's (SMRC) V/M. Salgaocar Hospital**
   **Off Airport Road, South Goa**
   **Chicalim, Goa 403711**
   **India**

Dr. Kamat was a consultant surgeon and Plaintiff's treating physician that provided medical treatment to Plaintiff after he returned to India and was expected to opine regarding Plaintiff's medical condition, including his injuries, causation, past and future treatments, and resulting permanent disabilities. A copy of Dr. Kamat's medical reports are attached as Composite Exhibit "I".

3. **Dr. Edwin M. Araujo**
   **103 204 Antiverza Building Annexe**
   **Libania, New Market, Bh New Lily Garments**
   **New Market, Margao, Goa 403601**
   **India**

Dr. Araujo is an orthopaedic surgeon and Plaintiff's treating physician that provided medical treatment to Plaintiff after he returned to India and is expected to opine regarding Plaintiff's medical condition, including his injuries, causation, past and future treatments, and resulting permanent disabilities, including development of necrosis to his hip as a result of malaria. A copy of Dr. Araujo's medical reports are attached as Composite Exhibit "J".

Respectfully submitted:

*/s/ Pedro P. Sotolongo*
Pedro P. Sotolongo, FL Bar #0584101
SOTOLONGO, P.A.
1000 5th Street, Suite 402
Miami Beach, FL 33139
Telephone: (305) 415-0073
E-Mail: psotolongo@sotolongolaw.colm
*Co-counsel for Plaintiff, pro hac vice*

*/s/ Richard M. Martin, Jr.*
Richard M. Martin, Jr. LA Bar #08998
LAMOTHE LAW FIRM, LLC
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414

        E-Mail: rmartin@lamothefirm.com
*Local Counsel for Plaintiff*

*/s/ Alejandro J. Gonzalez*
Alejandro J. Gonzalez, FL Bar # 015293
GONZALEZ, P.A.
19 South Krome Ave.
Homestead, FL 33030
Telephone: (877) 413-4448
E-Mail: alex@agonzalezlaw.com
*Co-Counsel for Plaintiff, pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to the following counsel of record to this proceeding by electronic transmission, this 11th day of October 2024.

| | |
|---|---|
| J. Stephen Simms | Michael Bagot, Esquire |
| Catherine Benson | Thomas A. Rayer, Jr., Esquire |
| Gary C. Murphy | Wagner, Bagot & Rayer LLP |
| Simms Showers LLP | 601 Poydras St., Suite 1660 |
| 201 International Circle, Suite 250 | New Orleans, LA 70130-6029 |
| Baltimore, Maryland 21030 | |

        */s/ Pedro P. Sotolongo*
        Pedro P. Sotolongo