

## Member Details

**Full Name**
Mr. John W Stewart, Jr.

**Business Address**
1717 K Street NW Suite 600
Washington, DC 20036
United States

**Business Email**
john.stewart@prodigy.net

**Business Phone**

**DC Bar Member Status**
DISBARRED

**Admit Date**
10/1/1999

Return