July 6, 2022

**From the Desk of 'Arthur Fournier M. D.**

**Expert Report OF ARTHUR M. FOURNIER, M.D.,**

**In the matter of Kholkar v. Eastern Shipping Pacific, PTE, LTD.**

1.      I am a medical doctor with expertise in internal medicine, global and community health, and registered with the Florida Department of Health as a Medical Doctor Expert Witness, License No. MEEW 4242. I have expertise concerning malaria based upon my teaching responsibilities at Jackson Memorial Hospital in Miami and my 20 years of voluntary effort in Haiti, a malaria endemic country.

2.      I have reviewed medical records pertaining to Merchant Seaman Vishveshwar Kholkar in connection with his employment as a seafarer aboard the vessel *MV "STARGATE"*, along with the following documents:

   a.   Complaint filed on 12/12/18
   b.   Deposition transcript of Vishveshwar Kholkar dated 2/28/22
   c.   Dr. James Losito declaration dated 4/4/18
   d.   Letter sent to Dr. G. Randolph Rice dated 5/12/22
   e.   List of Port Calls for M/V STARGATE from 1/5/16 – 12/29/17
   f.   Crew list for M/V STARGATE as of 5/2/17
   g.   Antimalaria Prophylaxis Medicines given to Crew on 1/21, 1/28, 2/4 and 2/11/17
   h.   Antimalaria Prophylaxis Medicines given to Crew on 2/18, 2/25 ,3/4, 3/11 and 3/18/17
   i.   EPS Crew Shore Leave & Embarkation Log dated 5/7/17 and 5/9/17
   j.   Purchase Order Details dated 1/9/17
   k.   M/V STARGATE Medicine List dated 3/11/17
   l.   M/V STARGATE Medicines List dated 5/22/17
   m.   Medical Log Book from 8/10/16 – 4/3/17
   n.   M/V STARGATE Medical SOF regarding Vishveshwar Kholkar
   o.   Supplies delivered by Gulf Marine & Industrial Supplies, Inc. in Port Savannah on 4/2/17
   p.   Purchase Order Details dated 2/20/17
   q.   WHO – International Medical Guide for Ships 3rd Edition
   r.   The Singapore Ship Medical Chest Regulation and Merchant Shipping Act 2014 (Medicines & Medical Equipment)
   s.   The Liberia Ship Medical Chest Regulation and The Republic of Liberia Maritime Authority and 10/29/09 Marine Operations Note
   t.   EPS' General Health & Safety Policy
   u.   5/26/17 email between Captain Ivanoschi and EPS, with attachments.
   v.   5/27/17 and 5/28/17 emails between Captain Ivanoschi and EPS' agents in Brazil
   w.   Defendant's Answers to Plaintiff's Interrogatories
   x.   Timeline with ports visited by Vishveshwar Kholkar while on M/V STARGATE
   y.   CDC Article on Malaria Surveillance
   z.   Photographs of Vishveshwar Kholkar's feet as of 6/16/22

3.      Based on the medical records and a telephone interview with Mr. Kholkar, the following are my opinions, the reasons for those opinions and the documents reviewed in formulating these opinions:

4.    Mr. Kholkar suffered from a most severe form of falciparum malaria, also known as Blackwater Fever, while employed as crew on MV Stargate. Reasons for these opinions:

The Stargate spent approximately 2 weeks (05/02- 05/17/2017) in port in the country of Gabon, on the central West African coast – a region well known for a high prevalence of malaria, including the most virulent form of malaria caused by p. falciparum. The journey from Gabon to Rio de Janeiro, Stargate 's next port of call, was estimated to take 13 to 14 days. Mr. Kholkar's recollection of his illness is somewhat vague due to its severity and its effects on the central nervous system. However, he does recall complaining of fever and headache on May 20, 2017, two days before arriving off the coast of Brazil, where his ship dropped anchor, rather than entering the port. He complained to both medical officer, Kudereyov German and the captain, Teodar Nicoli of feeling severely ill with fevers, headaches and weakness. However, no diagnostic tests or specific treatments were rendered and all told, seven days elapsed between when he first became symptomatic when he was finally transferred in critical condition to Medical Care International Hospital in Rio de Janeiro, where he was diagnosed as having the worst form of malaria, commonly known as "blackwater fever ", complicated by shock, kidney failure, gangrene and inflammation of the brain. His hospital stay was 76 days and included the need for ventilatory support, dialysis and surgery to remove his gangrenous toes.

Basis for these opinions: Review of ship's log, medical records of Medical Care International hospital and interview with Mr. Kholkar.

5.    These horrible complications of malaria could have been prevented if Mr. Kholkar had received prophylactic therapy according to the World Health Organization and CDC guidelines. MV Stargate had a duty to offer him malaria prophylaxis, starting two weeks before arrival in Gabon and continuing for four weeks afterwards with agents effective against falciparum malaria.

Reasons for these opinions; Review of ship's records indicates prophylaxis was offered only in January through March of 2017. In addition, the drugs that were offered were inadequate to prevent chloroquine resistant falciparum malaria. There is no evidence that Mr. Kholkar took any prophylaxis for the two weeks prior to his arrival in Gabon, during the time he spent there, or during the time from his departure to his evacuation to Medical Care International Hospital. Review of EPS' answers to interrogatories indicates that adequate supplies of appropriate prophylactic medicines had not been secured for the ship's chest when it left port in Savannah, Georgia, the last port which could have supplied these medicines.

Basis of opinions: Review of EPS answers to interrogatories, ship's records, CDC and World Health Organization guidelines, as well as ship's chest regulations for Singapore and Liberia.

6.    It is my opinion that MV Stargate's vessel owner and employer had a duty to order and administer malaria prophylaxis.

Reason for this opinion: Given the fact that the employer/vessel owner periodically entered and transacted business in malaria endemic countries, including but not limited to Gabon, they either knew or should have known of the need to provide prophylaxis and the medicines required to prevent malaria in this region.

Basis for this opinion: review of ship's records.

7.    The Stargate's owner and employer had a duty to evacuate Mr. Kholkar to the nearest medical facility on or about May 20th, 2017, immediately upon being informed of symptoms consistent with malaria. Had they done so, with reasonable medical probability, prompt diagnosis and treatment would have prevented or ameliorated the complications of his illness. Instead, seven days elapsed until he was eventually evacuated.

Reason for this opinion: the patient's symptoms of fever, weakness, headache nausea and vomiting are all consistent with acute malaria. Performing the appropriate tests and reaching a diagnosis of malaria in a patient who has recently left a malaria endemic zone is the standard of care for this symptom complex.

Basis for this opinion: review of the medical officer's notes and the medical records of Medical Care International Hospital in Rio de Janeiro.

8.    It is also my opinion that the care rendered by the medical officer of Stargate was negligent and fell below the standard of care in the following ways:

a. failure to document his illness with an adequate history and physical examination.

b. failure to diagnose and treat his malaria.

c. Failure to transfer him to a medical facility in a timely manner.

Reasons for these opinions: the medical officer's incorrect diagnosis was "the flu", which was treated with acetaminophen. No diagnostic test for malaria was ever sent from the ship and transfer to an appropriate health care facility was delayed by 7 days.

Basis for these opinions: review of ship's records.

9.    As a result of these failures, Mr. Kholkar suffered a long and complicated illness with permanent deficits.

Reason for these opinions: the patient spent 76 days in intensive care with evidence of inflammation of the brain, liver and vascular damage as well as kidney failure. in addition, he suffers from aseptic necrosis of his hips.

Basis for these opinions: review of medical records.

10.    As a result of the failure to prevent or to treat falciparum malaria, Mr. Kholkar suffers permanent impairment in neurological, orthopedic, vascular and immune functions. He will require vocational rehabilitation and close follow up by a team of medical experts, including specialists in infectious disease to monitor him for a relapse, vascular surgeons to follow the vascular insufficiency which led to his toes being amputated, orthopedic surgeons to treat aseptic necrosis of his hips, neurologists to assess his recovery from encephalitis and podiatrists to assist with his gait and balance issues that have resulted from his vascular insufficiency and amputations.

Reason for these opinions: The long-term complications of this severe case of malaria are well documented in be patient's medical records. In addition, I interviewed Mr. Kholkar by teleconference which confirmed the long-term complications and the need for follow-up detailed above.

Basis for these opinions: review of medical records and teleconference interview with Mr. Kholkar.

I hold these opinions to be true under penalty of perjury.

Arthur Fournier M.D.

Addendum: R. E. Kholkar v. EPS Report of an interview with Mr. Kholkar.

On March 15th, 2022, I interviewed Mr. Kholkar via teleconference, in order to fill in gaps in his history that were not provided in the records we received and to assess his current medical condition and medical needs. Mr. Kholkar spent an extended time in port in the country of Gabon in May 2017. His recollection, confirmed by the records we received, was that he was offered anti-malarial prophylaxis sporadically and not during the time nor with the correct drugs or dosage recommended for prophylaxis in this country. It should also be noted that the medicine he most often received was chloroquine. Malaria falciparum is endemic in Gabon and is resistant to chloroquine. After leaving port, on May 20th, 2017, he noted high fever, headaches and sweats which were treated symptomatically with paracetamol. He then lost his vision and noticed his urine turned dark brown. It was not until the 27th of May that he was hospitalized. His hospital stay was 78 days. During this time, he slipped into a coma and required amputation because of vascular insufficiency of four toes on his right foot and all toes on the left. He also required dialysis for renal failure. He remained in a coma until mid-June.

He currently lives at home with his wife and infant child and cannot work because of poor general health and difficulty ambulating. Recently he was diagnosed with aseptic necrosis of both hips- a recognized vaso-occlusive complication of falciparum malaria. He is not currently receiving physical therapy, prosthetics therapy or follow up for his neurological complications buy a neurologist. All of these issues confirmed my earlier expressed opinion that he should be brought to the United States for follow up by specialists in infectious disease, nephrology, orthopedic surgery and neurology. He will also require physical therapy and prosthetics after bilateral hip replacements to treat his aseptic necrosis

Assessment:

S/P Falciparum malaria, with cerebritis, renal failure, vascular insufficiency and aseptic necrosis.

If you should have any questions, please do not hesitate to call me.

Dr. Arthur Fournier

Professor emeritus of family medicine and internal medicine

the University of Miami Miller School of Medicine

**University of Miami**
Curriculum Vitae

**1)     Date:** June 20, 2022

**I.  PERSONAL**

**2)     Name:** Arthur Michael Fournier, MD

**3)     Home Phone:** (757) 442-7516

**4)     Cell Phone:** (305) 202-0222

**5)     Home Address:** 10579 Occohannock Blvd, Exmore, VA 23350

**6)     Current Academic Rank:** Professor Emeritus, University of Miami Miller School of Medicine

**7)     Secondary or Joint Appointment:** Internal Medicine
 School of Nursing
 Family Medicine, Dartmouth Medical College

**8)     Citizenship:** USA

**9)     Visa Type:** N/A

**II.  HIGHER EDUCATION**

**10)     Institutional:**
August 1965 – June 1969 B.A.  Merrimack College
   North Andover

August 1969 – June 1973 M.D.  Tufts University School of Medicine
   Boston, MA

August 1973 – June 1976  Internal Medicine Residency
   University of Miami Affiliated Hospitals

**11)     Non-Institutional:** None

**12)     Certification, Licensure:** Diplomate, American Board of Internal Medicine - 1976
 State of Florida License No. 23123

## III.  EXPERIENCE

**13)     Academic:**

July 1978 - 1984 Assistant Professor of Medicine
   University of Miami

July 1984 - 1994 Associate Professor of Medicine
   University of Miami

July 1987 - 1994 Associate Professor of Family Medicine
   (Secondary Appointment)

July 1987 - 2012 Associate Professor of Nursing
   (Secondary Appointment)

July 1988 - 2012 Associate Dean for Community Health Affairs

July 1994 - 1995 Associate Professor of Family Medicine

July 1995 - Present Professor Emeritus of Family Medicine & Community Health
   Professor of Internal Medicine (Secondary Appointment)

July 1997 - Present Adjunct Professor of Family Medicine and Community Health
   Dartmouth Medical School

July 1998 - Present Professor Emeritus for Community Health, Department of Family Medicine
   and Community Health

November 2008 – Director of the Global Institute for Community Health and Development

**14)     Hospital Appointments:** None

**15)     Non-Academic:**

1976 - 1978 Practice
National Health Service Corps
Onley, Virginia

**16)     Military:** Lt. Commander
   USPHS (Ret)

2

## IV.  PUBLICATIONS

**17)      Books and Monographs Published:**

• Vodou Saints: Lessons on Life, Death and Resurrection From Haiti. B & B Press. 2012

• Vodou Saints: Lessons on Life, Death and Resurrection From Haiti.  E-published 2011

• The Zombie Curse: A Doctor's 25 Year Journey into the Heart of the AIDS Epidemic in Haiti.
Joseph Henry Press. 2006

• Office Prevention of Coronary Artery Disease:  Prevention in Clinical Practice, D Becker, ed.
Plenum Publishing Company, 1987.

• Acute Arthritis:  Acute Internal Medicine, LB Gardner, ed. Medical Examination Publishing,
1986.

• Near Drowning:  Emergencies in Internal Medicine, LB Gardner, ed.  Medical Examination
Publishing, 1986.

• Hypo- and Hypercalcemia:  Emergencies in Internal Medicine, LB Gardner, ed.  Medical
Examination Publishing, 1986.


**18)      Juried or Refereed Journal Articles and Exhibitions:**

**Journal Articles:**

1) Fournier A.M. Primary Care Remuneration — A Simple Fix. This article
  (10.1056/NEJMopv0907129) was published on August 19, 2009, at NEJM.org.

2) Fournier, A.M. Addressing Health Disparities in South Florida through AHEC.
  National AHEC Bulletin.  2005 Summer 22(2) 9-10.

3) Lawrence J., Fournier A., Asma A.  Key Health Services and Health Care
  Accessibility Through School-Based Health Centers: a Preliminary Analysis.  Journal of Urban
Health.  2002 Dec., 79(4):S128-129.

4) Golden N, Kempker R, Khator P, Summerlee R, Fournier A.  Congenital Rubella Syndrome in
Haiti.  Pan American Journal of Public Health.  2002 Oct., 12(4):269-273.

5) Francis J, Reed A, Yohanes F, Dodard M, Fournier A.  Screening for Tuberculosis Among
Institutionalized Orphans in a Developing Country.  American Journal of Preventive Medicine.
2002 Feb; 22(2):117-119.

3

6) Dodard M, Vulcain A, Fournier A.  Project Medishare:  A Volunteer Program in International Health at the University of Miami.  <u>Academic Medicine</u>.  2000;75(4):397-401.

7) Fournier AM.  Diagnosing Diabetes, A Practitioner's Plea:  Keep it Simple.  <u>JGIM</u>.  August 2000 (Editorial).

8) Pierre J, Fournier AM.  Human Immunodeficiency Virus in Haiti.  <u>Journal of the National Medical Association</u>.  1999;19(3):165-170.

9) Fournier AM.  Service Learning in a Homeless Clinic. <u>JGIM</u>.  1999;14(4):258-259 (Editorial).

10) Fournier AM, Carmichael C.  Socioeconomic Influences on the Transmission of Human Immunodeficiency Virus Infection.  <u>Archives of Family Medicine</u> 1998;7:214-217.

11) Fournier AM:  On Being a Doctor:  The Gram Stain.  <u>Ann Intern Medicine</u> 1998;128(9):776.

12) Fournier AM:  Medical Education in Underserved Communities:  Experience from an Urban Area Health Education Center.  <u>J Health Care of the Poor and Underserved</u>.  1998;9(2):109-117.

13) Fournier AM:  Intracellular Starvation in the Insulin Resistance Syndrome and Type II Diabetes Mellitus.  <u>Medical Hypotheses</u>.  1998;51:95-99.

14) Fournier AM:  Resolving the Conflicts Between General and Specialty Internal Medicine: The Internist as Consulting Physician-Scientist.  <u>Am J Med</u>.  1998;104(3):259-263.

15) Fournier AM, Harea C, Ardalan K, Sobin L.  Health Fairs as a Unique Teaching Methodology.  <u>Teaching and Learning in Medicine</u>.  1998;11(1):48-51.

16) Fournier AM:  Clinical Experience in the Preclinical Years:  Role of an Area Health Education Center Program.  <u>Teaching and Learning in Medicine</u> 1997;9(3):239-242.

17) Fournier AM, Dodard M.  The Health Care Delivery Crisis in Haiti.  <u>Family Medicine</u> 1997;29(9):666-669.

18) Fournier AM:  Confessions of a Recovering Internist.  <u>Family Medicine</u> 1996;28(7):498-499.

19) Fournier AM, Tyler R, Iwasko N, LaLota M, Shultz J, Greer PJ:  Human Immunodeficiency Virus Among the Homeless in Miami:  A New Direction for the HIV Epidemic.  <u>Amer J Med</u> 1996;100(5):582-584.

20) Fournier AM:  The Longest Housecall.  <u>Ann Intern Med</u> 1996;125(4):341-342.

21 Fournier AM:  Insulin Resistance Syndrome (Letter).  <u>Am J Medicine</u> 1996;101(3):328.

4

22) Fournier AM, Perez-Stable A, Greer JP:  Lessons from a Clinic for the Homeless.  <u>JAMA</u> 1993;270:2721-2724.

23) Fournier AM, Hoenig LJ, Sosenko JM:  The Degree of Blood Pressure Evaluation and End Organ Damage with Severe Hypertension:  A Case-Control Study.  <u>Amer J Med Sci</u> 1993;306(6):367-370.

24) Fournier AM, Michel J:  Courvoisier's Sign Revisited:  Two Patients with Palpable Gallbladders.  <u>So Med J</u> 1992;85(5):548-550.

25) Fournier AM, Sosenko JM:  The Relationship of Total Lymphocyte Count to CD4 Lymphocyte Counts in Patients Infected with Human Immunodeficiency Virus.  <u>Amer J Med Sci</u> 1992;304(2):79-82.

26) Nguyen HN, O'Sullivan MJ, Fournier AM:  The Impact of National Health Service Corps Physicians in Lowering the Perinatal Mortality Rate in Dade County, Florida.  <u>Ob and Gyn</u> 1991;78-3(1):1-6.

27) Fournier AM, Gelbard MA, Gardner LB:  Unified General Internal Medicine Programs:  A Path for General Medicine.  <u>J Gen Int Med</u> 1990;5:166-169.

28) Fournier AM, Zeppa R:  Pre-Operating Screening for HIV Infection.  <u>Arch Surg</u> 1989;124:1038-1040.

29) Fournier AM, Dickinson G, Cleary T, Erdfrocht I, Fischl MA:  A Comparison of Tuberculosis and Non-Tuberculous Mycobacteriosis in Patients with the Acquired Immunodeficiency Syndrome.  <u>Chest</u> 1988;93:772-775.

30) Fournier AM, Dickinson Z, Kelly R:  Doppler Ultrasonography as a Guide to Management in Takayasu's Arteritis.  <u>J Rheumatol</u> 1988;15:527 (Letter).

31) Fournier AM, Gadia MT, Kubrusely D, Skyler JS, Sosenko JM:  Blood Pressure, Insulin and Glycemia in Non-Diabetic Individuals.  <u>Am J Med</u> 1986;80:861-864.

32) Sosenko JM, Gadia MT, Fournier AM, O'Connell MT, Skyler JS:  Body Stature:  A Major Risk Factor for Diabetic Sensory Neuropathy.  <u>Am J Med</u>  1986;1031-1034.

33) Sosenko JS, Kubrusely DB, Goldberg RB, Fournier AM, Hsia SL, Gadia MT, Skyler JS:  HDL and Glycosylated Hemoglobin in Non-Diabetic Individuals.  <u>Arch Int Med</u> 1986;146;1521-1524.

34) O'Connell M, Kubrusely D, Fournier A:  Systemic Necrotizing Vasculitis Seen Initially as Hypertensive Crisis, <u>Archives Internal Medicine,</u> 1985;114:265-267.

35) Sparti P, Becker D, Fournier A:  Report of a Collaborative Family Medicine-Internal

Medicine Service. <u>Family Medicine</u>, 1985;17(4):159-160.

36) Pitchenik AE, Fischl MA, Dickinson GM, Becker DM, Fournier AM, O'Connell MT, Colton RM, Spira TJ:  Opportunistic Infections and Kaposi's Sarcoma Among Haitians:  Evidence of a New Acquired Immunodeficiency State.  <u>Annals of Internal Medicine</u>, 1983;98(3):277-284.

37) Becker DM, Fournier AM, Gardner LB:  A Description of a Means of Improving Ambulatory Care in a Large Municipal Teaching Hospital:  A New Role for Nurse Practitioners. <u>Medical Care</u>, 1982;20(10):1046-1050.

**19)     Competitive Abstracts and Exhibitions:**

• Lawrence J; Aftab A; Batista S, Burdick A; Fournier A; Simmons S; ( June 2011). Telehealth:  An Evaluation of Its Place and Usefulness within the School Setting. Poster presented at the National Assembly of School Based Health Care (NASBHC)2011 Annual Meeting.

• Aftab A, Chery M, Fournier AM, Powers E: Improved Health Parameters in Rural Haiti Associated with a Community Health Worker Program.  Global Health Education Conference, Santo Domingo, Dominican Republic, February 2007.

• Aftab A, Fournier AM: Evaluation of a novel cervical self sampling device.  International HPV Conference, Vancouver, Canada, March 2005.

• Lawrence J, Aftab A, Fournier AM:  Key Health Services and Health Care Accessibility Through School-Based Health Centers:  A Preliminary Analysis.  Presented at the First International Conference on Inner City Health, Toronto, Canada, October 2002.

• Pitchenik A, O'Connell M, Weiner D, Robaina O, Radick J, Dalton Y, Thompson P, Calonge R, Fournier A, Prodanovich S.  A Community Service Tobacco Awareness Curriculum in Medicine School.   WCTOH.  Chicago, IL, August 2000.

• Fournier AM, Todini C.  Financing Community-Based Health Professions Education Through an Area Health Education Center Mechanism.  Community Campus Partnerships for Health. Washington, D.C., April 2000.

• Fournier A, Foster R, Harris O, Selleck C, Zucker S:  Building a Statewide AHEC Network: The Florida Experience.  National AHEC Convention, Chicago, Illinois, July 1995.

• Fournier AM, Gerber A, Multach M:  Contributions of an Urban Area Health Education Center Towards Generalist Education.  Presented at the Association of American Medical Colleges Southern Regional Meetings, Miami, Florida, 1993.

• Fournier AM, Sosenko JS:  The Relationship of Total Lymphocyte Counts to CD4 Counts in

Patients Infected with Human Immunodeficiency Virus. Poster Presentation, Society of General Internal Medicine, 1991.

• Nguyen HA, O'Sullivan MJ, Fournier AM: The Impact of National Health Service Corps Physicians in Lowering Perinatal Mortality Rate in Dade County, Florida. National AHEC Conference. Charleston, SC, 1991.

• Fournier AM, Branch W, Gardner LB, Woo B: Workshop on Unified General Internal Medicine Training. Presented at the Society of General Internal Medicine, April 1989.

• Fournier AM, Branch W, Gardner L, Woo B: Symposium of Unified General Internal Medicine Training. Presented at the Society of General Internal Medicine, April 29, 1988.

• Fournier AM: A Federally Funded Unified General Internal Medicine Training Program: Presented at Association of Program Directors in Internal Medicine, March 2, 1988. New York.

• Fournier AM, Gelbard M, Gardner L, Materson B, Perez-Stable E, Caralis P, McKenzie J: Conversion to a Single Track, General Internal Medicine Training Programs: A Paradigm of Change Within Large, Complex Institutions. "Fourth Annual Symposium on Teaching Internal Medicine," Philadelphia, Dec. 2-3, 1987.

• Multach M, Perez-Stable A, Fournier AM: Improving Clinical Teaching Using an Interviewing Model and Interviewing Techniques. "Fourth Annual Symposium on Teaching Internal Medicine," Philadelphia, Dec. 2-3, 1987.

• Nash MS, Kessler AM, Fournier AM, Green BA: Cardiac Adaptation Following Functional Electrical Stimulation Reconditioning in Human Quadriplegia. Presented May 28-31, 1986. 33rd Annual Meeting Indianapolis, Indiana. American College of Sports Medicine.

• Kubrusely DB, Goldberg RB, Fournier AM, Skyler JS, Hsia SL, Sosenko JM: Associations Between Plasma Lipid Components and Glycemia in Normal Women. Presented at the 4th Meeting of the American Federation for Council Research, 1984.

**Other Publications:**

• Fournier AM. Haiti: Destiny's Child: Huffington Post, February 2010

• Fournier AM. Out of the Rubble, A Miracle Named Karen: Miami Herald, January 2010

• Fournier AM. Bringing Haitians a Healthier Future: Miami Herald, September 2009

• Fournier AM. A Prophet Is Never Recognized: Huffington Post, July 2009

• Fournier AM. Haiti on the Brink: Huffington Post, January 2009

7

• Fournier AM. Let's make a difference - from the bottom up: Miami Herald, January 2009

• Fournier AM.  Unsung Heroes: Huffington Post, October 2008

• Fournier AM.  No Time for Subtlety: Huffington Post, September 2008.

• Fournier AM.  Haiti Déjà vu: Huffington Post, September 2008.

• Fournier AM.  In Response to the ABC Nightline Special on Sex Trade in Haiti: Huffington Post, July 2008.

• Fournier AM.  Cruising with a Conscience:  Haiti's Southern Peninsula.  Sail, December 1995.

• Fournier AM:  Blood Pressure, Insulin and Glycemia in Non-Diabetic Subjects. Internal Medicine Digest, 1987;7-8.

• Fournier AM:  Blood Pressure, Insulin and Glycemia in Non-Diabetic Subjects. International Synopses, 1986.

• Pitchenik A, Fischl M, Dickinson G, Becker DM, Fournier AM, O'Connell MT, Spira T:  Immunodeficiency Syndrome in Haitian Patients.  Morbidity and Mortality Weekly Report, July 9, 1982.


**20)    Other Works Accepted for Publication:**

**<u>V.  PROFESSIONAL</u>**

**21)    Funded Research Performed:**

• Grants for Residency Training in General Internal Medicine and/or General Pediatrics - Competitive renewal.  AM Fournier, PI.  Awarded June 3, 1984 through 1987.  Total award=$823,328.  Indirect cost 8%.

• Grants for Residency Training in General Internal Medicine and/or General Pediatrics - Competitive renewal.  Awarded June 1987 through 1990.  AM Fournier, PI.  Total award=$985,491.  Indirect cost 8%

• MSN Family Nurse Practitioner Program.  Department of Health and Human Services, United States Public Health Service with Louisa Murray, EdD.  Awarded June 1986 through 1989. Total award=$777,670.  No indirect costs

• Area Health Education Center.  United State Department of Health and Human Services,

8

Health Resources and Services Administration.  Awarded October 1, 1986 through 1989.  AM Fournier, PI.  Total award=$1,077,740.  Indirect cost 8%

• Area Health Education Center.  Supplemental Award, October 1987 through 1989.  AM Fournier, PI.  Total award=$30,000.  Indirect cost 8%

• State of Florida, Department of Human Resources and Services.  Demonstration Project Linking Indigent Care to Medical Education, 1987.  AM Fournier, PI.  Total ward=$300,000.  No indirect costs.

• State of Florida, Department of Resources and Services.  Demonstration Project Linking Indigent Care to Medical Education, 1988.  AM Fournier, PI.  Total award=$1,000,000.  No indirect costs.

• Area Health Education Center, United States Department of Health and Human Services.  Health Resources and Services Administration.  Competitive Renewal October 1989 through 1992.  AM Fournier, PI.  Total award=$2,302,999.  Indirect cost 8%

• AIDS Education and Training Center.  United States Department of Health and Human Services.  Health Resources and Services Administration.  October 1989 through September 1992.  AM Fournier, PI.  Total award=$1,103,000.  Indirect cost 8%

• State of Florida Department of Human Resources and Services.  State Area Health Education Center Program, 1989.  AM Fournier, PI.  Total award=$500,000.  No indirect costs.

• State of Florida Department of Human Resources and Services.  State Area Health Education Center, 1990.  AM Fournier, PI.  Total award=$1,000,000.  No indirect costs.

• State of Florida Department of Human Resources and Services.  State Area Health Education Center, 1991  AM Fournier, PI.  Total award=$1,000,00.  No indirect costs.

• Area Health Education Center, United States Department of Health and Human Services, Health Resources and Services Administration.  Supplemental Award=$100,000, 1991.  Indirect cost 8%

• Area Health Education Center, United States Department of Health and Human Services, Health Resources and Services Administration.  Competitive Renewal.  October 1992 through September 1995.  Total Award=$1,208,000.  Indirect cost 8%

• State of Florida, Department of Health and Rehabilitative Services.  State Area Health Education Center, 1992, $1,000,000.  No indirect costs.

• AIDS Education and Training Center, June 1992 - (indefinite).  United States Department of Health and Rehabilitative Services.  Approximately $950,000 per year.  Indirect cost 8%

9

• State of Florida, Department of Health and Rehabilitative Services.  State of Florida, Area Health Education Center, 1993, $1,250,000.  No indirect costs.

• A Student Faculty Mobilization Award.  United States Department of Health and Rehabilitative Services.  May 1, 1993 through June 1, 1994 = $500,000.  Indirect cost 8%

• State of Florida, Area Health Education Center, 1994, $1,700,000.  No indirect costs.

• Health Education and Training Centers.  Co-PI with Zucker S, Harris O, Selleck C, 1993 - Present.  Indirect cost 8%

• Model AHEC Program, U.S. Department of Health and Rehabilitative Services.  Co-PI with Steven Zucker – Present.  Indirect cost 8%

• State of Florida, Area Health Education Center, July 1, 1995 through June 30, 1996, $2,300,000.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 1996 through June 30, 1997, $2,059,559.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 1997 through June 30, 1998, $2,059,559.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 1998 through June 30, 1999, $2,059,559.  No indirect costs.

• Open Society Institute, December 15, 1998 through December 14, 2001, $1,000,000.  Indirect costs 10%.

• State of Florida, Area Health Education Center, July 1, 1999 through June 30, 2000, $2,185,408.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 2000 through June 30, 2001, $2,236,110.  No indirect costs.

• Dr. John T. Macdonald Foundation Signature Program on School Health, July 2000-2005, $6,500,000.  No indirect costs.

• Model AHEC Award, Department of Health and Human Services, September 1, 2001 through August 31, 2002, $210,186.  Indirect cost 8%

• State of Florida, Area Health Education Center, July 1, 2001 through June 30, 2002, $2,959,085.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 2002 through June 30, 2003,

$2,775,039.  No indirect costs.

• Green Family Foundation:  "Project Medishare", February 2003-2005, $750,000.
No indirect costs.

• State of Florida, Area Health Education Center, July 1, 2004 through June 20, 2005,
$3,002,500. No indirect costs.

• Model AHEC Award, Department of Health and Human Services, September 1, 2004 through
August 31, 2005, $173,086.  Indirect cost 8%

• State of Florida, Area Health Education Center, July 1, 2005 through June 30, 2006,
$2,567,518.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 2006 through June 30, 2007,
$2,567,518.  No indirect costs.

• State of Florida, Area Health Education Center, July 1, 2007 through June 30, 2008,
$2,567,518.  No indirect costs.

• Model AHEC Award, Department of Health and Human Services, September 1, 2005 through
August 31, 2006, $165,176.  Indirect cost 8%

• State of Florida Tobacco Prevention and Cessation Programs, October 2007 through June 2009,
$4,000,000. No indirect costs.

• Department of Health and Human Services, Center for Medicare & Medicaid Services, Health
Care Innovation Award, July 2012 through June 2015, $4,097,198.  No indirect costs.


**22)    Editorial Responsibilities:**

2009 – Reviewer, World Scientific Publishing Co (WSPC)

2008 – Senior Editor, The Lynn Carmichael – Miami Manual for Family Medicine and
Primary Care

1989 - Present Reviewer, Chest

1989 - Present Reviewer, Journal of General Internal Medicine

1990 - Reviewer, MKSAP IX

1992 - Present Reviewer, JAMA

1995 - Present Reviewer, Journal of Health Care for the Poor and Underserved

1998 - Present Reviewer, Teaching and Learning in Medicine

2000 - Reviewer, Learn and Serve America

2001 - Present Reviewer, American Journal of Preventive Medicine

2002 - Present Reviewer, Academic Medicine

2004 – Present Reviewer, Journal of the American Board of Family Practice


**23)   Professional and Honorary Organizations:**
Member, Society of General Internal Medicine
Member, American College of Physicians
Member, Society of Teachers of Family Medicine
Founding President, Project Medishare
Member, American College of Preventive Medicine


**24)   Honors and Awards:**

Miami-Dade County Medical Association, Lifetime Achievement Award, 2007

National AHEC Organization, Andy Nichols Award for Social Justice, 2004

"Honorary Haitian Citizen", Awarded by The Haitian-American Cultural Association, May 2002

Finalist:  Health Care Heroes Award.  Miami-Dade Chamber of Commerce 2001.

Profiled in Marquis Who's Who in America – 2001

Rural Health Network of Monroe County Florida, Inc. Award – Lifelines Project 1999.

Nominee, Association of American Medical Colleges (AAMC) 1999 Humanism in Medicine Award.

University of Florida College of Medicine, Project Haiti:  Exceptional Services and Commitment to Project Haiti and the People of Haiti, 1998.

Health Foundation of South Florida -- In Appreciation for Bringing Medical Services to Homeless Patients at Miami Hope Center, 1998.

12

Student National Medical Student Association, In Service to the People of Haiti, 1998.

Visiting Professor, Dartmouth Medical School, 1998.

International Institute of Human Understanding:  Lifetime Achievement in Transcultural Medicine, 1997.

Community Service Award, American College of Physicians, 1994.

Saint Augustine Medal for Distinguished Alumni Humanitarian Services; Merrimack College, 1991.

Visiting Professor, Eastern Virginia Medical School, August 1989.

Lecturer:  State of Kuwait - University of Miami Post-Graduate Medical Education Center Course, 1983.


**25)    Post-Doctoral Fellowships:**  None

**26)    Other Professional Activities:**

• Conceived, implemented and supervised the Jackson Memorial Hospital and University of Miami Employee Health Plans; model faculty practices for cost-effective health care for medical center employees.

• Consultant for peer review; Health Resources and Services Administration, Bureau of Health Professions; Training Grants in General Internal Medicine Program.

• Consultant for peer review; Health Resources and Services Administration, Bureau of Health Professions.  Model AHEC Program.

• Consultant for fellowship review.  The National Fund for Medical Education.

• Moderator, Task Force on AIDS and the Primary Care Physician.  Sponsored by Health Resources and Services Administration, November 1987.

• Participant, Multidisciplinary Conference on HIV Infection.  Sponsored by Health Resources and Services Administration.  Baltimore, MD, 1988.

• Participant, Society of General Internal Medicine Faculty Development Program on AIDS, 1988.

• Consultant to the Commonwealth of Virginia, to establish a statewide Area Health Education Center, 1988.

• Presentor and Participant.  Conference on Financing Ambulatory Education.  Institute of Medicine, April 1989.

• Participant, "The Future of Primary Care."  Sponsored by the Health Resources and Services Administration, March 1990.

• Conceived and implemented South Shore Community Clinic for homeless, immigrants, and refugees on Miami Beach.

• Founded a medical exchange program with the teaching hospital and medical school of Haiti, and several schools in the United States.

• Consultant to Albert Einstein School of Medicine to establish an Area Health Education Center for the State of New York.

• Established teaching clinics in two elementary schools and one high school.

• Coordinates and leads students and faculty teams providing humanitarian health care services in Haiti.

• Peer reviewer, Learn and Serve America; Corporation for National Service.

• Patent 6155990.  A cervical self sampling device.  Awarded December 5, 2000.

## VI.  TEACHING

**27)    Teaching Awards Received:**

Best Teacher Award, Internal Medicine Inpatient Service, 2005

Nominee, George Paff Award for Excellence in Clinical Teaching, 1985.

**28)    Teaching Responsibilities:**

1978 - 1989 Lecturer, Physical Diagnosis M.D. - PhD, and Traditional Medical Students

1978 - 2010 Attending Physician
  Jackson Memorial Hospital Inpatient Service
  (Currently 2 months/year)

1978 - 1990 & Attending Physician
1993 - 1994 Jackson Memorial Hospital

14

General Medical Clinics

1982 - 1989 Physician Participant, "Introduction to the Patient"

1987 - 1990 Attending Physician
    Morning Clinic Sessions
    (Interns and nurse practitioners)

1991 - Present Community Preceptor
    Clinical Skills (first and second year students)

1991 Community Preceptor
    Physical Diagnosis

1991 - 1994 Community Preceptor
    Camillus House; weekly rotation
    Third year Student Medicine Clerkship
    Third year Family Medicine Clerkship

1992 Faculty Coordinator and Preceptor
    Dartmouth Medical School
    Family Medicine Clerkship "away" program in Miami

1994 - 1996 Attending Physician
    South Shore Hospital, Family Practice Residency Program

1994 - 1996 Community Preceptor
    South Shore Community Clinic

1996 – 2012 - Community Preceptor: Jefferson Reaves Community Health Center; Miami
    Hope Clinic; The Clinic in the Center for Haitian Studies.

**29)    Thesis and Dissertation Advising:**  None


## VII.  SERVICE

**30)    University Committee and Administrative Responsibilities:**

University Administrative Responsibilities:


## Committees:

Cancer Early Detection and Screening Committee (1988-1989)

Admissions Committee (1987-1990)
Area Health Education Center Advisory Committee (Chair)
Faculty Retreat Planning Committee (1989)
Fringe Benefit Committee (1992)
Generalist Initiative Steering Committee (1993-2012)


**Department Committees:**

1978 - 1994 Internship Selection Committee

1994 - 2012 Family Medicine Clerkship Committee

**Administration:**

1978 - 1979 Assistant Director
   Medical Clinics

1978 - 1988 Director
   Department of Medicine
   Nurse Practitioner Program

1979 - 1988 Director
   Medical Clinics

1980 - 1989 Director
   Primary Care Training Program
   Internal Medicine

1981 - 1987 Director
   Family Medicine, Internal Medicine Inpatient Service

1986 - 1988 Medical Director
   University of Miami School of Medicine, School of Nursing
   Nurse Practice Program
   Miami, Florida

1986 - 1988 Associate Project Director
   Area Health Education Center Program
   University of Miami School of Medicine
   Miami, Florida

1986 - 2012 Director
   National Health Service Corps Project
   Jackson Memorial Hospital

16

Miami, Florida

1988 - 2012 Associate Dean for Community Health Affairs

1988 - 2012 Project Director
   Area Health Education and Training Center Program
   University of Miami School of Medicine
   Miami, Florida

1989 - 1993 Project Director
   AIDS Education and Training Center

As Associate Dean for Community Health Affairs, Dr. Fournier provides financial support and technical assistance to the following departments and programs:

1) The Department of Family Medicine
2) Clinical Skills Clerkship
3) Generalist Initiative
4) Department of Pediatrics

**31)     Community Activities:**

1986 - 2012 Voluntary Faculty
   Florida Keys Health Fair

1987 - 2012 Volunteer Physician
   Camillus Health Concern Clinic for the Homeless

1994 - Present Founding President
   Project Medishare

1995 - 2012 Faculty Advisor
   Florida Keys Health Fair

1995 - Present Advisory Board
   Haitian-American Medical Student Association

1995 - 2012 Voluntary Faculty, Little Haiti Health Fair

17



Fee Schedule

For all services rendered by Dr. Arthur Fournier, the fee will be $400 per hour.

Dr. Fournier donates all of the monies to the nonprofit corporation HealthShare Global.

Donations can be sent to:
    HealthShare Global
    PO BOX 657
    Melfa, Virginia 23410



Deposition and Trial Cases
Dr. Arthur Fournier, MD

Gaines V. Corizon
McPherson V. Corizon
Salvani V. Corizon
Obremski V. Armor
Stufflebean V. Corizon
Miller V. Corizon
Anderson V. Corizon
Frazier V. Corizon
Laudadio V. Corizon
Priester V. Armor
Herring V. Armor
Perellada V. AJ Reynolds
Murgas V. AJ Reynolds