**Expert Witness Report**

**Vishveshwar Kholkar vs Eastern Pacific Shipping (EPS)**

**Mark F. Wiser, Ph.D.**

1) Qualifications
   a) Education, training, and work experience
      i) 1978 B.A. in Biology from Franklin College, Franklin IN
      ii) 1983 Ph.D. in Cell Biology from University of Minnesota, Minneapolis, MN
      iii) 1983-1986 post-doctoral fellow at Max Planck Institute for Cell Biology, Ladenburg (Heidelberg) Germany
      iv) 1987-1988 research faculty at Yale University School of Medicine New Haven, CT
      v) 1989 – present tenured faculty at Tulane University School of Public Health and Tropical Medicine New Orleans, LA
   b) Currently an Associate Professor and Vice Chair in the Department of Tropical Medicine at the Tulane University School of Public Health and Tropical Medicine and director of the MPHTM (Masters of Public Health and Tropical Medicine) program. I teach a Medical Protozoology and Malaria course in which approximately 25% of the course focuses on malaria. I have also written a textbook entitled 'Protozoa and Human Disease' which contains a chapter (15) on malaria. Hereafter referred to as 'textbook'.
   c) I have also carried out research on the malaria parasite for more than 40 years starting with Ph.D. dissertation research on the malaria parasite. I have also authored or co-authored 39 scientific articles on the malaria parasite. List of publications in the last 10 years:
      i) Cortés G.T., M.F. WISER, C.J. Gómez-Alegría (2020) Identification of Plasmodium falciparum HSP70-2 as a resident of the Plasmodium export compartment. Heliyon 6:e04037. https://doi.org/10.1016/j.heliyon.2020.e04037.
      ii) Cortés, G.T., MM Gonzalez Beltran, C.J. Gómez-Alegría and M.F. WISER (2021) Identification of a protein unique to the genus Plasmodium that contains a WD40 repeat domain and extensive low complexity sequence. Parasitology Research 120, 2617-2629. https://doi.org/10.1007/s00436-021-07190-z
      iii) WISER, MF (2021) Unique endomembrane systems and virulence in pathogenic protozoa. Life. 2021; 11(8):822. https://doi.org/10.3390/life11080822
      iv) WISER, MF (2021) Nutrition and Protozoan Pathogens of Humans: A Primer. In: Humphries DL, Scott ME, Vermund SH (eds) Nutrition and Infectious Diseases: Shifting the Clinical Paradigm (Nutrition and Health Book Series). Humana Press. Pages 165-187. https://doi.org/10.1007/978-3-030-56913-6_6
      v) WISER, MF (2021) Cellular Interactions between Protozoan Pathogens and Hosts (Guest Editor). Special issue published in conjunction with the journals Life and Tropical Medicine and Infectious Disease.
2) Opinions expressed by the witness:
   a) Falciparum malaria is a common disease in tropical areas, especially tropical Africa including Gabon. According to WHO (World Health Organization) there were an estimated 241 million

cases of malaria in 2020 with an estimated 627,000 deaths. A high prevalence of malaria has been noted in Gabon (Manego et al, 2019).

b) It is widely known and accepted that there is a high risk of mortality from falciparum malaria due to special features of the parasite (Wiser, textbook). The parasite causes the infected red blood cell to become 'sticky' resulting in the infected red blood cells blocking the capillaries in tissues and organs. This can result in severe disease manifestations including, but not limited to, coma due to cerebral malaria, respiratory failure, kidney failure and blackwater fever, and shock. Without prompt and proper treatment these conditions often result in death.

c) Malaria is relatively easy to diagnose. Rapid diagnostic tests (RDT) based on antigen detection are available. These tests are similar to the home tests for COVID and are simple to do and do not require extensive training. A small drop of blood is taken from a finger prick and results are generally obtained within minutes. According to the Stargate Medical Inventories dated March 11, 2017 and May 11, 2017 (spreadsheets), no malaria test kits were on board the Stargate.

d) It is widely known and accepted that malaria is a preventable and curable disease. There are many available anti-malaria drugs that efficaciously and quickly eliminate the parasite.

   i) Since 2006 the World Health Organization (WHO) has recommended artemisinin combination therapy (ACT) for the treatment of falciparum malaria. ACT is the combination of artemisinin, or chemically related drug called a derivative, plus another anti-malaria drug.

   ii) According to the Medical Inventories dated March 11, 2017 and May 22, 2017, artemether (an artemisinin derivative) was available on the Stargate.

   iii) According to the medical summary from Dr. Campos, Mr. Kholkar was treated with artesunate (an artemisinin derivative) plus clindamycin (i.e., ACT treatment) in Hospital de Clinicas Rio Mar Barra in Brazil starting on May 28, 2017 and continuing daily through June 3, 2017.

e) Due to the risk of severe disease and death, it is strongly recommended that visitors to areas endemic for falciparum malaria take chemoprophylaxis. Chemoprophylaxis is the use of drugs to prevent an infectious disease, or to minimize its severity if a person becomes infected. Depending on the specific drug(s) used, anti-malarial chemoprophylaxis possibly starts at least two weeks before traveling to a malaria endemic area, continues while in the endemic area, and continues for an additional 1-4 weeks after departing from the endemic area.

   i) According to the 'Yellow Book' published by CDC (Centers for Disease Control) travelers going to Gabon are recommended to take prescription medicine to prevent malaria.

   ii) According to the Liberia Ship Medical Chest Regulation, and in accordance with the WHO International Medical Guide for Ships, 3rd edition, drugs for anti-malaria chemoprophylaxis and the treatment of severe malaria are required to be on board if traveling to malaria endemic regions.

      (1) Section 3.1.7 of the Liberia Ship Medical Chest Regulation requires all ships to carry a medicine chest and medical equipment that complies with the WHO International Medical Guide for Ships.

      (2) Section 3.2.2 of the Liberia Ship Medical Chest Regulation requires shipowners take precautions to prevent diseases on board ship.

   iii) According to Antimalaria Medication Logs (marked exhibits B and C), Mr. Kholkar was provided with anti-malaria chemoprophylaxis between January and March of 2017

coincident with trips to the Ivory Coast and Guyana. The last date Mr. Kholkar received an anti-malarial drug was March 18, 2017.

iv) According to the Medical Inventories dated March 11, 2017 and May 22, 2017 (spreadsheets), there were antimalarial drugs for both prevention and treatment on board. There is no evidence that the drugs were offered or provided to Mr. Kholkar coincident with the trip to Gabon. In fact, all the anti-malarial drugs were in the same quantities on March 11 and May 22 suggesting no crew members had been provided with anti-malarial medications coincident with the trip to Gabon.

f) According to port call logs, the Stargate departed from Savannah Georgia on April 7, 2017 to Colombia and then departed for Gabon on April 15, 2017. The Stargate arrived in Owendo Gabon on May 2, 2017 and departed for Rio de Janeiro Brazil May 11, 2017.

i) According to interrogatory number 4 it appears no antimalarials were delivered to the Stargate while in Savannah.

ii) According to a purchase order dated February 20, 2017 mefloquine (an antimalarial) was ordered in Abijan Ivory Coast and delivered in Owendo Gabon on May 1, 2017. But this seems highly questionable.

iii) According to purchase order dated January 9, 2017 several anti-malarials and insect repellant were ordered and delivered in Las Palmas Canary Islands. But this seems highly questionable.

g) According to his testimony, Mr. Kholkar developed a severe headache, fever, and dehydration on May 20, 2017, and he reported his condition to the master (Ivanoschi) and second officer (German). He may have also experienced prodromal symptoms of malaria the day before. Prodromal symptoms are early signs or symptoms of an illness or health problem that appear before the major signs or symptoms start.

i) Severe fever and headache are very common symptoms associated with malaria, along with nausea. The beginning of malaria is quite often described as flu-like symptoms.

ii) It is widely known that the typical incubation period for falciparum malaria is 7-14 days. The incubation period is the time from acquiring the infection from the bite of a mosquito until symptoms first appear.

iii) Therefore, it is extremely likely that the malaria infection was acquired while in Gabon (May 2-11, 2017).

iv) Malaria should always be considered anytime a person experiences flu-like symptoms within a few weeks after visiting a malaria endemic region.

h) Mr. Kholkar also noted in his testimony that the symptoms were getting worse on a daily basis. In particular, his urine was becoming extremely yellow and dark. Jaundice and kidney failure are not uncommon manifestations of severe falciparum malaria. He also noted that he partially lost his vision and was having neurological symptoms, other possible features of severe falciparum malaria. However, no diagnosis was rendered on the ship, nor were specific anti-malarial drugs provided. Fellow crew members provided medicine for the headache to no avail.

i) On May 27, Mr. Kholkar was transferred to the Hospital de Clinicas Rio Mar Barra in Rio de Janeiro Brazil where he was diagnosed with severe falciparum malaria complicated by shock, kidney failure, inflammation of the brain, respiratory distress, and gangrene in the toes according to the medical summary from Dr. Campos. He was in the ICU until June 15, 2017 and

required dialysis, ventilatory support, and had gangrenous toes surgically removed. He remained hospitalized until August 10, 2017 for a total of 76 days.

j) Mr. Kholkar needlessly suffered, and nearly died from malaria due to neglegence and failures of the employer/shipowner. His injuries were foreseeable and are disfiguring, debilitating, permanent, and indisputable. Had prompt, proper, and adequate medical care been provided the suffering of Mr. Kholkar could have possibly been avoided completely or substantially lessened. Specifically:
   i) Chemoprophylactic anti-malarial drugs should have been provided before arriving in Gabon. Had chemoprophylaxis been provided, the infection may have been completely avoided or at least resulted in a mild clinical case of malaria.
   ii) Having Rapid Diagnostic Tests (RDT) malaria tests on board the ship would have provided a means to rapidly and accurately diagnose malaria. A rapid diagnosis would allow for treatment and recovery before severe manifestations arise.
   iii) Even without an ability to specifically diagnose malaria, severe fever appearing 1-4 weeks after being in a malaria endemic region is highly suspected of being malaria. The complete disregard of Mr. Kholkar's severe symptoms for seven days unnecessarily prolonged his suffering and likely caused more severe disease and permanent damage. A transfer of Mr. Kholkar to the hospital promptly after May 20, 2017 would have likely resulted in a complete recovery without any long-term sequelae.
   iv) As a result of these failures, Mr. Kholkar suffered a long and complicated illness with permanent sequelae that will probably continue to affect his well-being and health for the rest of his life.

3) Facts, data, and material reviewed in the preparation of the report supporting my opinions.
   a) Chapter 15 (Malaria) in Protozoa and Human Disease by M.F. Wiser published by Garland Science in 2011.
   b) WHO Health Topics Malaria https://www.who.int/health-topics/malaria#tab=tab_1
   c) Zoleko Manego, R., Koehne, E., Kreidenweiss, A. et al. Description of Plasmodium falciparum infections in central Gabon demonstrating high parasite densities among symptomatic adolescents and adults. Malar J 18, 371 (2019). https://doi.org/10.1186/s12936-019-3002-9
   d) Stargate Medical Inventory March 11, 2017 (spreadsheet)
   e) Stargate Medical Inventory May 22, 2017 (spreadsheet)
   f) Dr. Campos Report August 10, 2017
   g) CDC Yellow Book Chapter 4 Malaria https://wwwnc.cdc.gov/travel/yellowbook/2020/travel-related-infectious-diseases/malaria
   h) CDC Yellow Book recommendations for Gabon: https://wwwnc.cdc.gov/travel/destinations/traveler/none/gabon?s_cid=ncezid-dgmq-travel-single-001
   i) The Liberia ship medical chest regulation
   j) WHO Medical guide for ships third edition
   k) 2017 Anti-malaria medication log
   l) Port call logs
   m) Purchase order dated February 20, 2017
   n) Purchase order dated January 9, 2017
   o) Interrogatory No. 4

   p) Interview with Vishveshwar Kholkar on May 13, 2022 via Zoom

4) History of expert witness testimony
   a) No expert witness testimony provided in the last 4 years
   b) Witness is receiving $500.00 per hour for consultations, preparation of reports, depositions, and testimony at trial.
   c) Thus far, 12 hours of work have been carried out.

Mark F. Wiser

Mark F. Wiser, Ph.D.

June 29, 2022

Date

# CURRICULUM VITAE
# MARK FREDERICK WISER

## CONTACT INFORMATION

Department of Tropical Medicine
Tulane University School of Public Health
1440 Canal Street, Suite 2301
New Orleans, LA 70112-2824

504-988-2507 (voice)
504-988-7313 (fax)
504-701-7013 (cell)
wiser@tulane.edu

## EDUCATION

| | |
|---|---|
| 1974-1978 | Undergraduate training in Biology at Franklin College (Franklin, IN 46131).<br>B.A. (magna cum laude) awarded May 1978. |
| 1978-1983 | Graduate training in Cell and Developmental Biology (Biochemistry, minor) in the Department of Genetics and Cell Biology at the University of Minnesota (St. Paul MN 55108).<br>Ph.D. awarded August 1983. |
| Dissertation Title | Phosphoproteins and protein kinases associated with *Plasmodium berghei* infected murine erythrocytes. |
| Continuing Education | New England Biolabs Workshop in Molecular Biology and Biotechnology, Smith College, Northampton MA, June 18-July 1, 1990.<br>Workshop on Web Page Development at Tulane University Innovative Learning Center, August 11-12, 2003. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2014- | Vice-Chair, Department of Tropical Medicine and Parasitology, School of Public Health and Tropical Medicine, Tulane University, New Orleans LA. |
| 1995- | Associate Professor, Department of Tropical Medicine and Parasitology, School of Public Health and Tropical Medicine, Tulane University, New Orleans, LA. |
| 1989-95 | Assistant Professor, Tulane University. |
| 1987-88 | Associate Research Scientist (equal in rank to Research Assistant Professor), MacArthur Center for Molecular Parasitology and Department of Pharmacology, Yale University School of Medicine, New Haven, CT. |
| 1983-86 | Postdoctoral Fellowship, Max Planck Institute for Cell Biology, D-6802 Ladenburg bei Heidelberg, Germany. |
| Summer 1983 | Postdoctoral Associate, Leukemia Task Force, University of Minnesota. |

## AWARDS/HONORS

- Adjunct Assistant Professor, Department of Microbiology and Immunology, Tulane University School of Medicine, New Orleans, LA
- Profesor Visitante Ad-Honorem de la Facultad de Medicina de la Sede Bogotá de la Universidad Nacional de Colombia (February 16-March 3, 2006).
- Asesor Cientifico, Grupo de Bioquimica y Biologia Celular, Instituto Nacional de Salud, Bogotá, Colombia (2004-2006)
- Tulane University Health Sciences Center Teaching Scholar (2002)
- Excellence in Teaching Award, presented by the students of the Tulane University School of Public Health and Tropical Medicine (1999)
- Doctoral Dissertation Fellowship, University of Minnesota (1982-83)
- U.S. Public Health Service Predoctoral Fellowship, University of Minnesota (1978-82)
- NSF Undergraduate Research Program, Albion College, Albion MI 49224 (Summer 1978)
- 1978 Outstanding Biology Student, Franklin College

**PEER-REVIEWED PUBLICATIONS**


1. Wehner, J.M., A.M. Malkinson, M.F. WISER, and J.R. Sheppard. 1981. Cyclic AMP-dependent protein kinases from BALB 3T3 cells and other 3T3 derived lines. J. Cell Physiol. 108: 175-184.
2. WISER, M.F., P.A. Wood, J.W. Eaton, and J.R. Sheppard. 1983. Membrane associated phosphoproteins in *Plasmodium berghei* infected murine red cells. J. Cell Biol. 97: 196-201.
3. WISER, M.F., J.W. Eaton, and J.R. Sheppard. 1983. A *Plasmodium* protein kinase which is developmentally regulated, stimulated by spermine and inhibited by quercetin. J. Cell. Biochem. 21: 305-314.
4. WISER, M.F., and H.-G. Schweiger. 1985. Cytosolic protein kinase activity associated with the maturation of the malaria parasite *Plasmodium berghei*. Mol. Biochem. Parasitol. 17: 179-189.
5. WISER, M.F., and H.-G. Schweiger. 1986. Increased sensitivity in antigen detection during immunoblot analysis resulting from antigen enrichment via immunoprecipitation. Anal. Biochem. 155: 71-77.
6. WISER, M.F. 1986. Characterization of monoclonal antibodies directed against erythrocytic stage antigens of *Plasmodium berghei*. Eur. J. Cell Biol. 42: 45-51.
7. WISER, M.F., and B. Plitt. 1987. *Plasmodium berghei*, *P. chabaudi*, *P. falciparum*: Similarities in phosphoproteins and protein kinase activities and their stage specific expression. Exp. Parasitol. 64: 328-335.
8. WISER, M.F., M.B. Leible, and B. Plitt. 1988. Acidic phosphoproteins associated with the host erythrocyte membrane of erythrocytes infected with *Plasmodium berghei* and *P. chabaudi*. Mol. Biochem. Parasitol. 27: 11-22.
9. WISER, M.F. 1988. Phosphorylation of *Plasmodium berghei* erythrocyte membrane associated proteins by the spectrin kinase. Mol. Cell. Biochem. 84: 51-57.
10. Wunderlich, F., M. Helwig, G. Schillinger, V. Speth, and M.F. WISER. 1988. Expression of the parasite protein Pc90 in plasma membranes of erythrocytes infected with *Plasmodium chabaudi*. Eur. J. Cell Biol. 47: 157-164.
11. WISER, M.F. 1989. Antigens external to the parasite but within *Plasmodium* infected erythrocytes. Parasitol. Res. 75: 206-211.
12. Suhrbier, A., A.A. Holder, M.F. WISER, J. Nicholas, and R.E. Sinden. 1989. Expression of the precursor of the major merozoite surface antigen during the liver stage of malaria. Am. J. Trop. Med. Hyg. 40: 351-355.
13. Suhrbier, A., M.F. WISER, L. Winger, P. Harte, M.F. Newton, J. Nicholas, and R.E. Sinden. 1989. Contrasts in antigenic expression in the erythrocytic and exoerythrocytic stages of rodent malaria. Parasitology 99: 171-174.
14. WISER, M.F., A.C. Sartorelli, and C.L. Patton. 1990. Association of *Plasmodium berghei* proteins with the host erythrocyte membrane: Binding to inside-out vesicles. Mol. Biochem. Parasitol. 38: 121-134.
15. WISER, M.F. 1991. Malarial proteins that interact with the erythrocyte membrane and cytoskeleton. Exp. Parasitol. 73: 515-523.
16. WISER, M.F. and H.N. Lanners. 1992. The rapid transport of the acidic phosphoproteins of *Plasmodium berghei* and *P. chabaudi* from the intraerythrocytic parasite to the host membrane using a miniaturized fractionation procedure. Parasitol. Res. 78: 193-200.
17. WISER, M.F., L.V.V. Faur, H.N. Lanners, M. Kelly and R.B. Wilson. 1993. Accessibility and distribution of intraerythrocytic antigens of *Plasmodium*-infected erythrocytes following mild glutaraldehyde fixation and detergent extraction. Parasitol. Res. 79: 579-588.
18. Shinondo, C.J., H.N. Lanners, R.C. Lowrie, Jr., and M.F. WISER. 1994. Effect of pyrimethamine resistance on sporogony in a *Plasmodium berghei*/*Anopheles stephensi* model. Exp. Parasitol. 78: 194-202.
19. WISER, M.F., G.J. Jennings, J.M. Lockyer, A. van Belkum and L.J. van Doorn. 1995. Chaperonin (HSP60)-like repeats in a *Plasmodium berghei* phosphoprotein. Parasitol. Res. 81: 167-169.
20. Gitt, M.A., M.F. WISER, H. Leffler, J. Herrmann, Y.-R. Xia, S.M. Massa, D.N.W. Cooper, A.J. Lusis and S.H. Barondes. 1995. Sequence and mapping of a β-galactoside-binding lectin, galectin-5, found in rat erythrocytes. J. Biol. Chem. 270: 5032-5038.
21. WISER, M.F. 1995. Proteolysis of a 34 kDa phosphoprotein coincident with a decrease in protein kinase activity during the erythrocytic schizont stage of the malaria parasite. J. Euk. Microbiol. 42: 659-664.
22. WISER, M.F., G.J. Jennings, P. Uparanukraw, A. van Belkum, L.J. van Doorn and N. Kumar. 1996. Further characterization of a 58 kDa *Plasmodium berghei* phosphoprotein as a cochaperone. Mol. Biochem. Parasitol. 83: 25-33.

23. Toebe, C.S., J.D. Clements, L. Cardenas, G.J. Jennings, and M.F. WISER. 1997. Evaluation of immunogenicity of an oral *Salmonella* vaccine expressing recombinant *Plasmodium berghei* merozoite surface protein-1. Am. J. Trop. Med. Hyg. 56: 192-199.
24. WISER, M.F., L.E. Giraldo, H.P. Schmitt-Wrede and F. Wunderlich. 1997. *Plasmodium chabaudi*: Immunogenicity of a highly antigenic glutamate-rich protein. Exp. Parasitol. 85: 43-54.
25. WISER, M.F., C.S. Toebe and G.J. Jennings. 1997. An additional primary proteolytic processing site in merozoite surface protein-1 of *Plasmodium berghei*. Mol. Biochem. Parasitol. 85: 125-129.
26. WISER, M.F., H.N. Lanners, R.A. Bafford and J.M. Favaloro. 1997. A novel alternate secretory pathway for exported *Plasmodium* proteins. Proc. Natl. Acad. Sci. 94: 9108-9113.
27. WISER, M.F., J.D. Lonsdale-Eccles, A. D'Alessandro and D.J. Grab. 1997. A cryptic protease from *Trypanosoma cruzi* revealed by preincubation with kininogen at low temperatures. Biochem. Biophys. Res. Commun. 240: 540-544.
28. Jennings, G.J., C.S. Toebe, A. van Belkum, and M.F. WISER. 1998. The complete sequence of *Plasmodium berghei* merozoite surface protein-1 and its inter- and intraspecies variability. Mol. Biochem. Parasitol. 93: 43-55.
29. Giraldo, L.E., D.J. Grab and M.F. WISER. 1998. Molecular characterization of a *Plasmodium chabaudi* erythrocyte membrane-associated protein with glutamate-rich tandem repeats. J. Euk. Microbiol. 45: 528-534.
30. Gor, D.O., A.C. Li, M.F. WISER and P.J. Rosenthal. 1998. Plasmodial serine repeat antigen homologues with properties of schizont cysteine proteases. Mol. Biochem. Parasitol. 95, 153-158.
31. Giraldo, L.E., G.J. Jennings, W. Deleersnijder, C. Hamers-Casterman, and M.F. WISER. 1999. Characterization of a *Plasmodium chabaudi* gene encoding a protein with glutamate-rich repeats. Parasitol. Res. 85: 41-46.
32. Lanners, H.N, R.A. Bafford and M.F. WISER. 1999. Characterization of the parasitophorous vacuole membrane from *Plasmodium chabaudi* and implications about its role in the export of parasite proteins. Parasitol. Res. 85: 349-355.
33. WISER, M.F., H.N. Lanners and R.A. Bafford. 1999. Export of *Plasmodium* proteins via a novel alternate secretory pathway. Parasitology Today 15: 194-198.
34. WISER, M.F. 2003. A *Plasmodium* homologue of cochaperone p23 and its differential expression during the replicative cycle of the malaria parasite. Parasitol. Res. 90, 166-170.
35. Cortés, G.T., E. Winograd and M.F. WISER. 2003. Characterization of proteins localized to a novel subcellular compartment and alternate secretory pathway within the malaria parasite. Mol. Biochem. Parasitol.129: 127-135.
36. Kwara, A., R. Schiro, L.S. Cowan, N.E. Hyslop, M.F. WISER, S.R. Harrison, P. Kissinger, L. Diem and J.T. Crawford. 2003. Evaluation of the epidemiologic utility of secondary typing methods for differentiation of *Mycobacterium tuberculosis* isolates. J. Clin. Microbiol. 41: 2683-2685.
37. WISER, M.F. 2007. Export and trafficking of *Plasmodium* proteins into the host erythrocyte. Acta Biológica Colombiana 12: 3-18.
38. Cortés G.T., M.F. WISER, C.J. Gómez-Alegría (2020) Identification of *Plasmodium falciparum* HSP70-2 as a resident of the *Plasmodium* export compartment. Heliyon 6:e04037. https://doi.org/10.1016/j.heliyon.2020.e04037.
39. Cortés, G.T., MM Gonzalez Beltran, C.J. Gómez-Alegría and M.F. WISER (2021) Identification of a protein unique to the genus *Plasmodium* that contains a WD40 repeat domain and extensive low complexity sequence. Parasitology Research 120, 2617-2629. https://doi.org/10.1007/s00436-021-07190-z
40. WISER, MF (2021) Unique endomembrane systems and virulence in pathogenic protozoa. Life. 2021; 11(8):822. https://doi.org/10.3390/life11080822

**BOOK CHAPTERS/CONFERENCE PROCEEDINGS/OTHER**

1. WISER, M.F., J.W. Eaton, and J.R. Sheppard. 1984. A *Plasmodium* protein kinase which is developmentally regulated, stimulated by spermine and inhibited by quercetin. Pages 7-16 in N. Agabian and H. Eisen, eds., Molecular Biology of Host-Parasite Interactions. (UCLA Symposium on Molecular and Cellular Biology, New Series, Volume 13.) Alan R. Liss, Inc., New York.
2. WISER, M.F. 1987. Phosphoproteins associated with the host erythrocyte membrane during *Plasmodium chabaudi* infection. Pages 315-320 in K.-P. Chang and D. Snary, eds., Host-Parasite Cellular and Molecular Interactions in Protozoal Infections. (NATO ASI Series H: Cell Biology, Volume 11.) Springer-Verlag,

Heidelberg.
3. WISER, M.F and S.A. Blakley. 1993. Academic peer review in investigating plagiarism: a case study. Pages 73-79 in A.R. Price, ed., ORI/AAAS Conference on Plagiarism and Theft of Ideas (June 21-22, 1993), Bethesda, MD.
4. WISER, M.F., D.J. Grab and H.N. Lanners. 1999. An alternate secretory pathway in *Plasmodium*: more questions than answers. Pages 199-214 in Transport and Trafficking in the Malaria-Infected Erythrocyte. Wiley, Chichester (Novartis Foundation Symposium No. 226).
5. WISER, M.F. 2000. Drug design strategies for the control of parasitic infections. ID Weekly highlights 47: 29-31. (November 2000) Electronic newsletter
6. WISER, M.F. 2001. Drug design strategies. Idrugs 4:53-55.
7. WISER, M.F. 2008. Leishmaniasis. Page 509 in A. Hildyard and J. Goddard, eds., Diseases and Disorders, Volume 2. Marshall Cavendish, Tarrytown, New York.
8. WISER, M.F. 2011. Protozoa and Human Disease. Garland Science (Taylor & Francis Group), ISBN 978-0-8153-6500-6, 218 pages.
9. WISER, MF (2021) Nutrition and Protozoan Pathogens of Humans: A Primer. In: Humphries DL, Scott ME, Vermund SH (eds) Nutrition and Infectious Diseases: Shifting the Clinical Paradigm (Nutrition and Health Book Series). Humana Press. Pages 165-187. https://doi.org/10.1007/978-3-030-56913-6_6
10. WISER, MF (2021) Cellular Interactions between Protozoan Pathogens and Hosts (Guest Editor). Special issue published in Life and Tropical Medicine and Infectious Disease.

**FUNDING HISTORY**

- BRSG (Tulane University), "Alteration of the erythrocyte membrane by the malarial parasite," 1/1/89-3/31/90.
- Louisiana Board of Regents LEQSF(1990-91)-RD-A-23, "Alteration of the erythrocyte membrane by the malarial parasite," 6/1/90-6/30/91.
- BRSG (Tulane University), "Protein kinases and phosphoproteins of the malarial parasite," 9/1/90-2/28/92.
- Louisiana Board of Regents LEQSF(1991-92)-ENH-84, "Enhancement of basic biomedical research capabilities in the Department of Tropical Medicine," 7/1/91-6/30/92.
- Interdisciplinary Proposal in Molecular and Cellular Biology (Grant-in-Aid), "Expression of *Plasmodium berghei* blood-stage antigens in *Salmonella*," 3/1/92-12/31/93.
- USAID, "Salmonella vectors for merozoite surface protein-1," (PI, Donald J. Krogstad), 9/1/93-8/30/96.
- NIH 1R01AI31083-01A3, "Alteration of the erythrocyte membrane during malaria," 3/1/93-2/28/97.

**TEACHING EXPERIENCE**

**Current Courses of Primary Responsibility**

- Medical Protozoology (TRMD 6070), 3 credits. This is a comprehensive course covering all aspects of medically important protozoa. Topics covered include: life cycles, morphological features, host-parasite interactions, geographical distribution, reservoir hosts, methods of transmission and control, pathology and pathogenesis, immunological aspects, and laboratory and clinical diagnosis. The course also includes a substantial amount cellular and molecular biology, especially as it relates to host parasite-interactions and the pathogenesis of disease. (www.tulane.edu/~wiser/protozoology/) Laboratory sessions included in the course
- Infectious Disease Seminar (TRMD 7020), 1 credit. Coordinate student presentations on current papers dealing with all aspects of infectious disease. (www.tulane.edu/~wiser/seminar/)
- Biological Basis of Disease (SPHU 3560), 3 credits. A core course in Public Health covering basic cell and molecular biology, the etiology and pathophysiology of disease, and the applications of biotechnology to public health.

**Continuing Medical Education and Workshops**

- Annual Update: Tropical Health (Dr. A. D'Alessandro, course director). A two week certificate course intended for

physicians and medical personnel planning to spend time in the tropics offered the last two weeks of May from 1990-96. I taught a laboratory session on the diagnosis and identification of protozoan parasites.

- Current Techniques in Malaria Research: A Practical Course. A course was given at the Instituto Nacional de Salud in Bogotá Colombia (August 3-15, 1998). I taught a laboratory on the analysis of subcellular compartments in *P. berghei*-infected erythrocytes.
- Children's Hospital and the New Orleans Citywide Infectious Disease Group (lecture given on 07/13/01), "Molecular diagnosis in parasitology."
- Bioinformatics for Entomologists Workshop (Drs. John Beier and Fran Mather, directors). April 2002. Gave computer laboratory session on genomic analyses (4 contact hours).
- Medical Protozoology (October 12-14, 2010; June 11-17, 2013; October 14-16, 2016) Course given at the Universidad de Cartagena in the Doctorado en Medicina Tropical Program sponsored by El Sistem de las seite Universidades Estatales del Cariba (SUE).
- Applications of Molecular Methods to Public Health (July 4-8, 2011 and August 1-4, 2012) Course given at the Universidad de Cartagena in the Doctorado en Medicina Tropical Program sponsored by El Sistem de las seite Universidades Estatales del Cariba (SUE).

**MENTORING AND RESEARCH ADVISING**

**Student Thesis Committees, Chair**

- Lynn van Valer, M.S. Thesis Defense, 'The localization of *Plasmodium berghei* 31 and 13 kilodalton antigens by immunoelectron microscopy' (May 1991).
- Gregory J. Jennings, Ph.D. Prospectus Defense, 'Cloning, sequencing and assessment of variability in the gene encoding the major merozoite surface protein-1 of *Plasmodium berghei*' (November 1993).
- Carole S. Toebe, Ph.D. Dissertation Defense, 'Recombinant *Plasmodium berghei* merozoite surface protein-1 expressed in *Salmonella*: evaluation of immunogenicity in a rodent model' (July 1994).
- Luis E. Giraldo, Ph.D. Prospectus Defense, 'Cloning and sequencing of the Pc(em)93 gene: a *Plasmodium chabaudi* acidic phosphoprotein associated with the erythrocyte membrane' (September 1994).
- Luis E. Giraldo, Ph.D. Dissertation Defense, 'Cloning and sequencing the genes of glutamate-rich proteins from *Plasmodium chabaudi*' (September 1996).
- Gregory J. Jennings, Ph.D. Dissertation Defense, 'The cloning sequencing and analysis of variability of merozoite surface protein-1 of *Plasmodium berghei*' (March 1998).

**Student Thesis Committees, Other**

- Frank Ross Albano, Ph.D. Outside Thesis Examiner, La Trobe University, Bundoora, Victoria, Australia (October 2000). Identification and characterization of a homologue of a small GTPase, Sar1p, that localises to a novel trafficking pathway in *Plasmodium falciparum*-infected erythrocytes.
- Varsha Singh, Ph.D. Examiner, Indian Institute of Science, Bangalore, India (June 2005). Heat Shock Protein 70 of *Plasmodium falciparum*: Proteomic analysis of its complexes and cellular functions.
- Juan Javier García Bustos, Doctoral Prospectus Defense Universidad de Cartagena – SUE Caribe (December 2020). Busqueda de plantas con potencial actividad giardicida aplicando la zoofarmacognosia.

**Postdoctoral/Medical Fellow Advisees**

- Lucy Goh, M.D. Antimalarial effects of garlic and garlic derivatives against *Plasmodium berghei*. 1/95-6/95.
- Awewura Kwara, M.D. Molecular epidemiology of tuberculosis in New Orleans. 6/2001-2002

## REVIEWING AND CONSULTING ACTIVITY

### Editorial Boards

- Editor (Protozoology Section), Open Life Sciences (previously Central European Journal of Biology), 2007-
- Editorial Board Member, The Open Parasitology Journal (Bentham Science Publishers), 2007- 2010

### Study Sections and Site Visits

- NIH/NHL&BI Site Visit, Membrane skeleton of normal and abnormal red cells, St. Elizabeth's Hospital, Boston, April 1991.
- VA/DoD Collaborative Research Subcommittee for Emerging Pathogens (September 1997).
- Consumer reviewer for Department of Defense (DOD) Congressionally Directed Medical Research Programs (CDMRP) Peer Reviewed Medical Research Program (PRMRP) 2013-2018

### Ad Hoc Reviewing

**Journals**

- American Journal of Tropical Medicine and Hygiene
- Biochemical Pharmacology
- Experimental Parasitology
- International Journal of Biochemistry and Cell Biology
- International Journal of Hyperthermia
- Journal of Cell Science
- Journal of Immunology
- Journal of Medical Primatology
- Journal of Parasitology
- Journal of Parasitology Research
- Journal of Tropical Diseases
- Malaria Journal
- Molecular and Biochemical Parasitology
- Parasitology Research
- Parasitology Today
- Practica Familiar Rural
- Transactions of the Royal Society of Tropical Medicine and Hygiene
- Trends in Parasitology
- World Journal of Surgical Oncology

**Grants**

- The Wellcome Trust (Research Career Development Fellowship)
- National Health and Medical Research Council (Australia)
- NIH (Ad Hoc Panel for TMP Members)
- Medical Research Council (UK)
- NIH (National Center for Research Resources)
- Agency for Science, Technology and Research, Biomedical Research Council (Singapore)
- National Medical Research Council (Singapore)
- Canada Foundation for Innovation

## COMMITTEES/SERVICE

### Department of Tropical Medicine

- Combined Search Committee for Molecular Entomologist and Joint Position with Tulane Primate Research Center (1992-93).
- Departmental Curriculum Committee (1996).
- Masters Admission Committee (2010-2019)
- Director of MSPH Program (2010-2015)
- Director of MPHTM Program (2015- )

**School of Public Health and Tropical Medicine**

- Grievance Committee (1990-93), Secretary (1990-93). Interim chair for one case (1991).
- Secretary, General Faculty (1991-92).
- Doctoral Programs Committee (1991-99), Chair (1997-98).
- Committee on Faculty Evaluation and Development (1992-94).
- Elected Grievance Committee Member-at-Large (1994-95)
- Committee on Core Competency Attainment (2006)
- Committee on Culminating Exam (2006)
- Committee to Review Teaching Awards (2008)
- Vice-President Elect of General Faculty (2008-2009)
- President Elect of General Faculty (2009-2010)
- Chair, Nominating Committee (2010-2011)
- Curriculum Committee (2010-2017)
- Doctoral Curriculum Taskforce (2010)
- Core Course Task Force (2013-2014)
- CEPH Accreditation Committee (2015-2017)
- Admission Committee (2019- )
- FY22 Budget Committee Meeting (2020-21)
- MPH/MSPH Program Directors (2021- )

**Tulane University Health Sciences Center**

- Research Vision Group of the Information Systems Planning Structure (1997).
- Judge 11th Annual Tulane Health Research Day (April 1999)
- Vice President's Teaching Scholar Award Selection Committee (2003-04)

**Tulane University**

- Steering Committee for Proposed Doctoral Program in Molecular and Cellular Biology (1989-90).
- Cell and Molecular Biology Program Committee (Spring 1991), responsible for developing strategic plan to enhance Tulane's program in cell and molecular biology.
- Steering Committee, Interdisciplinary Graduate Program in Molecular and Cellular Biology (1991-93).
- Curriculum Subcommittee of the Interdisciplinary Graduate Program in Molecular and Cellular Biology (1993-94, 1999-2005).
- Senate Committee on Educational Policy (1993-96)
- Committee on Less-Studied Languages (1993-96)
- Senate Committee on Physical Facilities (1998-2001)
- Senate Committee on Faculty Tenure, Freedom and Responsibility (1999-2002)
- Senate Committee on Committees (2014-2017)

**Outside of Tulane University**

- Member of ASTM&H Local Steering Committee for 1990 Annual Meeting (Chair, Audio-Visual Subcommittee).
- Science-by-Mail Program (1994-95)
- Co-chair of scientific session on malaria vaccines at the 49th Annual Meeting of the American Society of Tropical Medicine and Hygiene (Houston, TX; Oct. 29-Nov. 2, 2000)
- Nominating Committee for Society of Protozoologists 2002-03.
- Member of Formal Investigation Committee of Plagiarism Allegations at Bloomsburg University (Bloomsburg, PA), 2002.
- Expert witness in litigation involving hepatitis A outbreaks in Tennessee and Pennsylvania during the fall of 2003

(2004-2006).

**Mark F. Wiser, Ph.D.**
**Associate Professor and Vice Chair**
**Director, MPHTM Program**
**Department of Tropical Medicine**
**Tulane University School of Public Health**
**1440 Canal Street, Suite 2301 (mail code 8317)**
**New Orleans, LA 70112-2824**
**Phone: (504) 988-2507 Email: wiser@tulane.edu**

# Fee Schedule & Expert Services Agreement

**Retainer**
Retainer fee of $1,500.00 due upon acceptance of agreement. All initial work will be billed against this retainer. Should there be a quick resolution, any remaining balance will be fully refunded back to the client.

**Case Assessment, Analysis & Trial Preparation**
$500 per hour – review/evaluation of all relevant documents, reports, phone & text records, emails, statements, discovery materials, attorney conferences, site visitation/survey, and any other participation and/or activity deemed necessary.

**Depositions**
$500 per hour (2-hour per day minimum).

**Trial**
$500 per hour (4-hour per day minimum).

**Expenses**
Any travel outside of local area billed at $80.00 per hour. Auto expenses billed at current IRS rate per mile plus any tolls and/or parking charges. Travel requiring airfare and/or lodging will be reimbursed by client along with any meal expenses while away. Out of pocket expenses such as document reproduction, delivery costs, courier fees, etc. will also be reimbursed by client.

**Billing**
Invoices are due and payable upon receipt. Payments shall be made to Mark F. Wiser, Ph.D.

**Engagement**
Signing below indicates acceptance of this agreement and formal engagement of Dr. Mark Wiser to provide consultation and expert witness services regarding this case.

Authorized Signature: [signature]

Name/Title: Peter Sotolongo, Esq.

Date: May 10, 2022