REPORT OF EXPERT TRAUMA PSYCHOLOGY OPINION
July 5, 2022

Visheshwas Kohlkar v.
Eastern Pacific Shipping, PTE, LTD., d/b/a "EPS"

Charles R. Figley, PhD,
Paul Henry Kurzweg Chair
Traumatology Institute at Tulane University
127 Elk Place, New Orleans, LA 70112-2627
figley@tulane.edu  504-862-3473

## REPORT OF EXPERT TRAUMA PSYCHOLOGY OPINION

### I. Plaintiff Request

This report provides my opinions regarding Visheshwas Kohlkar v. Eastern Pacific Shipping, et al. I have been retained by plaintiff and asked to review records, interview Mr. Kohlkar, conduct an assessment via Zoom, and write a report that would explain to the court my opinions based on the evidence I reviewed. The purpose of this report will explain to the court the psychological process by which Mr. Kohlkar was injured, an assessment of his current mental health status (diagnosis), a prognosis of his future mental health status, and the treatment modalities recommended to maximize his resilience in an effort towards optimal outcome for a man under his circumstances.

### II. Expert Witness Qualifications

#### A.  Overview

I render an opinion in this case based on my professional experience and demonstrated skills in the fields of traumatology, trauma psychology, disaster mental health, and family psychology. This professional experience also includes my collaborations over the years with more than 500 leading experts in these areas. This collaboration is due to helping to start the field of trauma/ traumatic stress including but not limited to work in other areas outside the study and treatment of trauma. Most importantly, I have collaborated with colleagues on matters associated with traumatic stress, Posttraumatic Stress Disorder (PTSD), and other topics relevant to my role as a fact-finder in this case. My qualifications for offering expert opinions are detailed in by curriculum vitae (CV), a copy of which is attached to this affidavit.

#### B.  Current Position

I am the Paul Henry Kurzweg, MD Chair of Disaster Mental Health, a Tulane Distinguished Professor, head of the Tulane University Traumatology Institute, and a tenured senior professor within Tulane University's School of Social Work. I specialize in studying and teaching about the

immediate and long-term psychosocial and behavioral consequences of individual, systemic, and collective traumatic events. I am familiar with the important trauma axioms that have emerged from both the science and practice of trauma psychology. This includes studies of military war fighters and veterans, interpersonal violence against people of color and immigrants, the traumatology of death, and those who are traumatized but in various stages of recovery. I collaborated with others to, among other things, form new organizations of practitioners and researchers through such leadership roles as the Founding President of the International Society for Traumatic Stress Studies, Founding President of the Green Cross Academy of Traumatology, Co-founder of the American Psychological Association's Division 43 (Family) and Division 56 (Traumatic Stress), the Consortium on Veteran Studies, and Figley Institute.

## C. Expert Testimony Experience

In addition to studying and applying the findings to clinical applications, I have provided expert testimony in cases throughout the United States in areas associated with the psychological injury of adults caused by traumatic experiences that were overwhelming and frightening. My qualifications go beyond what I have learned from research, life experiences, and my scholarly activities. They include the experience of interviewing survivors of work-related traumatic events such as the one in this case: Studying these cases and rendering an opinion based exclusively on the facts presented. For the record, I have not been deposed nor provided testimony during the past four years. Cases prior to that time are listed in my CV.

## D. Publications

My CV reveals that during the last 40 years as an academic scholar, I have published more than 200 journal articles, 29 books, 94 chapters, and delivered more than 500 professional lectures, readings, demonstrations, and trainings. Moreover, I have received many national and international awards and commendations as noted in the CV.

2

**E.  Methodology**

In order to form my opinions, I reviewed records and performed the following: I conducted a preliminary interview with Mr. Kohlkar via Zoom on May 3; to ensure accuracy, I followed up with a series of written questions, to which Mr. Kohlkar responded via email on May 17; and I subsequently integrated his feedback and conducted a second interview via Zoom on June 16. In addition, Mr. Kohlkar completed the Forensic Trauma Assessment Battery on June 24. The assessment battery includes these forms: Basic Information page, The Purdue Social Support Scale, Interpersonal Reactivity Index, Figley Traumagram Inventory, Beck Depression Inventory, Holmes and Rahe Life Change Scale; The Purdue Post Traumatic Stress Disorder Scale, Impact of Event Scale, and Posttraumatic Stress Disorder Criteria.

**III. Interpretation of the Data**

**A.  Background**

According to my understanding of a psychological trauma that have been represented in most modern textbooks, any threat to a person's survival has the potential to cause posttraumatic stress disorder and other associated stress related reactions. The threat of death activates the nervous system, especially the sympathetic nervous system (i.e., produces localized adjustments that include sweating and cardiovascular system reflex adjustments), and symptoms specific to traumatic stress reactions, and reminders of past trauma. Moreover, immediately following a psychological trauma, survivors often ask themselves questions in trying to explain their symptoms and situation.

To form opinions in a situation like Mr. Kohlkar's, the questions might be: What happened? Why? Why did he behave the way he did then? Why was is feeling the way he does now? Malaria that took away his health and occupation. What if he gets malaria again? What will happen to him in the future because of his disability and inability to work again on a ship? My evaluation of Mr. Kohlkar

is framed within the scope of these questions which underscore my methodology. The following is a description of the measures completed by Mr. Kohlkar that help us answer the above questions.

## B. Forensic Traumatology Unit Assessment Battery

This battery includes eight instruments. Each of these instruments are discussed separately below within the context of the questions above.

### 1. The Basic Information Page

Mr. Kohlkar completed this form that collects vital information on a single page: Name, date, address, phone numbers, email, date of birth, birthplace, Canacona, GOA, India, married with one child (5 years old), with a high school diploma or less. He listed his work title as "Able body seaman".

Medications: Mr. Kohlkar is taking CAP bio d3 max & TAB cartigen 1500mg, (he started taking these medications 6/04/21).

### 2. The Purdue Social Support Scale

This is a measure of the quality and quantity of Mr. Kohlkar's social support system. He described a solid and balanced support system, listing his wife, parents and two brothers-in-law.

Mr. Kohlkar indicated that his wife provided the highest level of support, followed by his brothers-in-laws. Overall, he has a good, solid, and dependable support system.

### 3. The Interpersonal Reactivity Index (IRI)

The IRI is a 28-item Likert Scale is a published measurement tool for the multi-dimensional assessment of empathy or more specifically the emotional and cognitive components of a person's general capacity for empathy and estimates their capacity utilizing four scales[1]. The four sub-scores are: Perspective Taking, Fantasy, Empathic Concern, and Personal Distress. The IRI was developed by Mark H. Davis.

---

[1] with items distributed throughout the Index

The area in which Mr. Kohlkar rated strongest is Perspective Taking: the cognitive capacity to see other's point of view without necessarily experiencing affective involvement.

See Attachment 3 for details of the results.

### 4. The Figley Traumagram Inventory

This is a measure that was among the first to quantify traumatic experiences and has been used with most of my cases involving the direct or indirect impacts of a traumatic experience. The survivor of a traumatic event is invited to complete a three-page inventory of all the stressor dates, along with the dates of recovery.

Overview of Mr. Kohlkar's traumatic experiences: Mr. Kohlkar did not list any traumatic experiences prior to contracting malaria. He lost his grandmother to COVID in July 2021. Related to loss of his toes, Mr. Kohlkar rated a high degree of stressfulness at the time, one year later, and now. He stated: "I remember my suffering in Brazil hospital in 2017, my amputated toes. I became a disabled person. I went to jail in Goa. My problems are not getting over. My financial status (is a) problem."

### 5. Beck Depression Inventory

This is a classic measure of this single syndrome of depression. Mr. Kohlkar was instructed to complete the Inventory by first reading each item carefully and circling the number that best reflects how he are feeling during the past few days. There are 21 items with options 0-3 for answers. The following items were rated "3": I feel that the future is hopeless and that things cannot improve. I feel I am being punished. I used to be able to cry, but now I can't even cry even though I want to. I feel irritated all the time now. I can't do any work at all. I am so worried about my physical problems that I cannot think about anything else.

See attachment 3 for details of the results.

### 6. The Holmes and Rahe Life Change Stress Scale

The Holmes and Rahe Stress Scale is a list of 43 stressful life events that can contribute to the development of illness. The test works via a point accumulation score which then gives an assessment of risk. The American Institute of Stress regards a score of 250 -300 as a 51% chance to develop a major illness during the next two years. Mr. Kohlkar scored 263 points.

See attachment 3 for detailed results.

### 7. The Purdue Post-Traumatic Stress Disorder Scale

This scale was inspired by the original measure from the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association (1980; 1988; 2013) regarding PTSD. "This version contains eleven questions about the client's reactions *during the past seven days*. The last four questions ask about your reactions *since the event happened*. The response options are limited to Not at all, Moderately, and Extremely." Any items in which the client characterized the extent of his own reactions "extremely" reactive were noted.

Mr. Kohlkar indicated that the event has extremely distressed him since the time of event. Over the past seven days prior to taking the measure he has been bothered by memories or thoughts of the events when he did not want to think about it. He dreamed about the event extremely often, he has found himself extra alert to possible danger, and he has found that his reactions are worse in situations that remind him of the event.

See attachment 3 for detailed results.

### 8. Impact of Events Scale – Revised (IES-R)

This scale was designed as a measure the presence of Posttraumatic Stress Disorder (PTSD) symptoms. I use it to monitor my client's recovery progress. It is best used for recent and specific traumatic events. Mr. Kohlkar completed the IES-R and noted the most extreme (Extremely, in contrast to Quite a bit, Moderately, A little bit, and not at all). This short, self-report administered

version is easy to complete. It includes a list of 22 items. Each item is a symptom of a traumatic event. They are among the difficulties people sometimes after a traumatic life events. He was asked to read each item, and then indicate how distressing each item he checked was for him in the last week.

Based on the results of this assessment, Mr. Kohlkar was impacted "quite a bit". Items which he rated "extremely" were: Any reminder brought back feelings about it. Pictures about it popped into my mind. I tried not to think about it. In addition, Mr. Kohlkar rated 64% of items as being distressed or bothered at "Quite a bit" (14 of 22 items).

See attachment 3 for detailed results.

9. **Posttraumatic Stress Disorder (**current version of the DSM-5)

   a. To diagnose PTSD, specific criteria must be met. Mr. Kohlkar's responses indicate that he meets all criteria, including Exposure to actual or threatened death; Presence of intrusion symptoms associated with the traumatic event; Persistent avoidance of stimuli associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred; Marked alterations in arousal and reactivity associated with the traumatic event(s).

   b. Mr. Kohlkar's explanations brought additional facts to light: "I was on dialysis, and saw my toes while surgeon was amputating it, and was unable to see my newborn child; Whenever I see my amputated toes, I remember my hospital days which makes me to remember the captain because of whom I suffered, also becoming jobless; I avoid to watch ships as I remember my days when I use to work on ship, I avoid to look at disable people as it reminds me that am disable person; No one can be trusted, humans itself are dangerous to humans; whatever extremely bad happened with me the company (EPS and Captain) are responsible and they should

be punished; I am very scared of mosquitos and fake peoples; and Markedly

diminished interest or participation in significant activities: running, playing football,

cricket and many physical activities." See attachment 3 for detailed results.

## IV.    Expert Opinions: Diagnosis, Prognosis, Recommended Treatment Plan

## A.  Overview

Based on the documents I reviewed regarding Mr. Kohlkar and statements asserted by him, it is my

understanding that the following facts are true.

## B.  Addressing the Five Fundamental Trauma Questions

### 1.  What happened?

Mr. Kohlkar feared for his life from the time he developed a severe fever and headache and finally

was hospitalized for malaria on May 27, 2017. In Mr. Kohlkar's words: I told the Chief that I was

"worried for my life".

### 2.  Why did it happen?

Mr. Kohlkar requested medical assistance onboard ship, was denied treatment, and continued to get

worse. He feared dying alone in his quarters. Mr. Kohlkar said "the company was not ready to send

me to an MD. I was really scared."

### 3.  Why did he behave the way he did then?

   a.   He was in intensive care from May 27 – June 15 and in a private room from June 15

        – August 10, reported as a total of 76 days. Mr. Kohlkar stated: When I woke up I

        had no idea what happened. I was alone, confused, unable to speak the language, and

        having translation problems. I was very scared. No family contact.

   b.   During the time of his hospitalization, he suffered from sadness, depression, anxiety,

        and insomnia. Mr. Kohlkar stated: Finally got the malaria diagnosis. I asked: "What

        happened to my legs?" He replied that he had gangrene in his fingers and toes and

the toes had to be amputated. "I cried for many days. I lost my job. It was very upsetting." In the first interview follow-up, Mr. Kohlkar wrote: I was feeling very alone, cried every day, it was terrible. My organs was not functioning, I lost my toes, and I was sure that I cannot work on ship in future. I have to live now as handicapped. This happen to me because of mistake done by company and Captain.

c. He missed the birth of his first and only child while hospitalized, a significant life event that can never be recreated. Mr. Kohlkar's daughter, Tanisi, was born on May 30, 2017. Mr. Kohlkar was absent for the first 73 days of her life.

d. Mr. Kohlkar feared death from getting malaria again when he was jailed (March 16, 2021) in a prison for criminals such as murderers and rapists. Mr. Kohlkar reported that there were bugs (mosquitos) in his cell, and unsanitary conditions (one toilet, one bucket of water shared by five men in the cell, and no cleaning supplies). When asked to describe his thoughts about being arrested and jailed, Mr. Kohlkar stated: "I was scared of getting malaria again because bugs were biting. The hygiene in the small room was terrible, with one bucket for everything, and nothing to clean with."

e. While in jail, Mr. Kohlkar also feared being attacked by a cell mate. He could not sleep for most of the night. His most serious concern from that time was that he might be thrown in jail again.

**4. Why is he behaving the way he is now?**

a. He lost a total of nine toes, which he views as disfigurement. Mr. Kohlkar stated "I look like a handicapped person. It feels terrible in my mind. I don't like to show my toes. It's on my mind a lot. Because of them this happened to me.

b. His health, livelihood, family life, financial stability, leisure activities, and view of himself are all diminished from what he enjoyed prior to contracting malaria.

5. **What about his future?**

   a. He cannot work to this day due to poor general health and difficulty ambulating. As a result, he is financially dependent on his parents for his family's stability.

   b. He will require future hip surgery to correct aseptic necrosis, which is a complication of malaria.

   c. His health will be further compromised due to the cumulative stressors and traumas that he has experienced since the start of his illness.

## V. Expert Opinion: Diagnosis, Prognosis, Recommended Treatment Plan

### A. Opinions

Based on the facts, my opinions are as follows:

1. The ways in which he suffered in the past: PTSD, depression, and acute anxiety.

2. The ways in which he suffers now:  PTSD, depression, chronic anxiety. Mr. Kholkar, in one of our interviews he said: "I've lost everything. I cannot give my child things. I am now 30% disabled and jobless. I cannot be cured. I need to manage walking and standing better. How will I manage financially? I am thinking about this all the time."

3. The ways in which he will suffer in the future: Without a proper treatment plan for the near-term and the long-term consequences of his past and current mental disorders, Mr. Kholkar will not improve and, more likely than not with become more than more dependent on his family and government assistance.

### B. Diagnosis

These data assisted me in determining and confirming the diagnosis of Posttraumatic Stress Disorder for Mr. Kohlkar: the documents, including the reports of other experts to date (Drs. Campos, Fournier, and Losito), the photographs of Mr. Kohlkar in the hospital and his toes following amputation, my own interviews with him on two occasions, including, most recently, an

10

hour-long interview. The interview focused on the key questions for him to answer based on all we know regarding the case. I had Mr. Kohlkar complete a comprehensive battery of measures.

My clinical diagnosis and opinions are built upon a set of principles, assumptions, and research evidence that guides my work. These three sources of knowledge support a working model or theory of human functioning and potential for flourishing following a traumatic event to an individual or a collection of individuals.

The memories of traumatic events are stored. Unlike other memories, traumatic memories are formed and recalled with varying degrees of emotional affect. Yet traumatic memories hold surprises that can be good as well as ones that are not so good. Some traumatic memories are supercharged emotionally and can include positive as well as but often are mostly negative, threatening, and unwanted memories. Most often these memories result in episodes of perceived threat.

Threat leads our bodies to respond in specific ways. Thus, traumatic memories include obvious, physical reactions to fear, include varying degrees of sweating, discomfort, significant elevation in heart rate, increased breathing rates, and high adrenaline levels. Together they prepare the body to be alert and focused to adapt to any challenge to self and others. It is obvious, during this period of arousal and adaptation to any crisis, that a person experiencing fear is uncomfortable and highly motivated to feel safe. Our model of traumatic memory management is based on a synergy of research-based axioms:

1. Type I (individual) traumatic stress reactions account for all or most of the experiences of the traumatized. Mr. Kohlkar's experiences as a survivor of a prolonged medical emergency that almost killed him meets the criteria for Type 1 traumatic stress. In the follow-up interview regarding the denial of treatment while onboard the ship he worked on. Mr. Kohlkar stated: "I was very scared. I was very depressed. I thought I would not survive. I

was devastated. I felt helpless. I was crying. I knew I had a big problem." Unfortunately, being properly diagnosed with Malaria was just the start of his traumatic experiences that culminated with his toes being amputated. The wake of this reality of being handicapped led to depression and PTSD."

2. During his hospitalization, it was extremely traumatic for Mr. Kohlkar being apart from those who give him hope reassurance and encouragement: His wife, daughter, parents, and brothers-in-law.

3. Survivors of traumatic events require mental health services as quickly as possible to address the potential for development of the disorder of PTSD. Although Mr. Kohlkar was seen for depression, anxiety, and insomnia by a psychiatrist and psychologist while hospitalized in Brazil, he has not been treated for PTSD. He will require future mental health consultation and treatment.

4. His being arrested and held in a filthy cell was another traumatic experience. He felt his life was at risk the entire time he was incarcerated.

## C. Prognosis

1. Based on my analysis, it is my opinion that Mr. Kohlkar has Posttraumatic Stress Disorder (PTSD). This mental disorder, as noted earlier, will not improve, and may get worse due to the impending trial.

2. If his efforts to acquire a college (undergraduate) education is successful and his PTSD is treated successfully he might experience a satisfying life.

3. Otherwise, his symptoms will become more acute, his home and family life more disrupted, and his motivation for overcoming PTSD significantly diminishing his quality of life. This includes his ability to earn a living, carry out daily activities, and enjoy his wife, child, and

family. Much of this depends on how effectively his PTSD can be treated, assuming he is able to work with a qualified practitioner.

## D.  Treatment Plan

A proper treatment plan should include three phases, based on his recovery: Phase I, Orientation to Maintenance, Phase II, Maintenance of Treatment, and Phase III, Treatment Success Booster.

1.  Phase I involves an aggressive, weekly consultations and psychotherapy for the first two years. During this phase Mr. Kholkar will receive intensive services to stabilize his sleep and mental wellness generally. This may include hypnosis, cognitive behavioral therapy, and Eye-movement Desensitization and Processing, in addition to cognitive reprocessing to address traumatic stress reactions and related emotional reactions. As a result, Mr. Kholkar will recover from PTSD and related disorders.

2.  In addition to Mr. Kohlkar's individual treatment during the first two years, family therapy is also recommended. Mr. Kohlkar's daughter, now age 5, has never known her father as a wholly functioning person. Mrs. Kohlkar is likely suffering alongside her husband, and upon evaluation may fall within the criteria for impact from cumulative traumatic stressors over the past five years which will continue into the future.

3.  Phase II, Maintenance of Treatment, involves two monthly sessions up to two years that include seeing a mental health professional to monitor and provide "booster" sessions to address and reinforce treatment gains. This phase includes continued family support and treatment.

4.  Phase III, Treatment Success Booster, involves annual mental health checkup for Mr. Kholkar and his family. The checkup includes individual assessments of family members regarding the potential lasting challenges of Mr. Kholkar and his family in the context of mental health thriving.

## VI. Conclusion

Based on my understanding of psychological trauma that has been described in most textbooks and other authoritative sources such as the Encyclopedia of Trauma (Figley, 2012), Mr. Kohlkar experienced the stressors and challenges of being extremely ill at sea and away from family and home; growing more and more fearful and desperate to get medical treatment; the experience of having his body deteriorate so badly while suffering from malaria and its complications; finally receiving professional medical assistance; then suddenly being subjected to surgical removal of his toes that made the illness much worse due to this loss.

And despite returning home where Mr. Kohlkar could feel safe, Mr. Kohlkar was suddenly traumatized again when he arrested and dragged out of his home in full view of neighbors and family and held in a prison with horrific living conditions. All these experiences were highly traumatic, and the memories of the experiences continue to impact his entire world today.

Everyday Mr. Kohlkar's sense of danger activates his nervous system, especially the sympatric nervous system. This system produces localized adjustments that include sweating, various cardiovascular system adjustments and symptoms specific to traumatic stress reactions. At the same time memories of past traumatic experiences and the accompanying reactions are part of the active memory system. These horrific traumatic memories of these experiences are linked directly to the mental state of Mr. Kohlkar.

Mr. Kohlkar's worries are on his mind nearly always and he realizes that he may never be able to be clear of those worries. He has never sought or received psychotherapy as a way of treating his traumatic stress reactions and other PTSD symptoms. Neuroscientists now know that when a human being is shocked psychologically, either in laboratory setting or in real life, it registers in the brain and brain stem. The exact cause-effect relationship between exposure to the traumatic experiences and the impact on the immune system (i.e., psychoneuroimmunology) will

14

vary, of course, depending upon the circumstances (e.g., prior exposure to trauma and the response to it) can vary. In the case of Mr. Kohlkar and his exposure to the extraordinary frightening experiences noted in this report and near-death experiences were such that his coping strategies were fully overwhelmed as he faced death. Posttraumatic Stress Disorder (PTSD), is the consequence of his exposure to the traumatic events noted above, especially the removal of his toes. Such exposure would cause prolonged fear and distress as was experienced by Mr. Kohlkar.

From the DSM 5: PTSD is associated with high levels of social, occupational, and physical disability, as well as considerable economic costs and high levels of medical utilization. Impaired functioning is exhibited across social, interpersonal, developmental, educational, physical health, and occupational domains.[2] In my overall opinion, Mr. Kohlkar's future well-being and happiness – and that of his family's – is dependent upon successful treatment outcomes.

This report represents my opinions regarding Mr. Kohlkar and his mental health following a series of traumatic events. He was and continues to be injured and suffers from PTSD, a psychiatric injury directly caused by the extraordinary traumatic stressors. In addition to

PTSD, Mr. Kohlkar is experiencing acute and chronic anxiety, a sleep disorder and Generalized Anxiety Disorder.

This report provides my opinions regarding Mr. Visheshwas Kohlkar's case. I trust that my observations in this systematic review will be useful to Mr. Kohlkar, who has suffered so much.

Respectfully submitted,

[signed]

Charles R. Figley, Ph.D.

---

[2] Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (2013). American Psychiatric Association.

Attachment 1. Charles R. Figley, PHD Preliminary Interview via Zoom with
Mr. Kohlkar on May 3, 2022 at 8 am (US Eastern time) / 5pm in India
Report of Mr. Kohlkar's Experiences
Reviewed by Mr. Kohlkar[1] and Updated with May 17 Information

| Dr. Figley's Questions | Mr. Kohlkar's Responses as recorded May 3, 2022 | Mr. Kohlkar's written response received via email May 17, 2022 (direct quotes/no edits) |
|---|---|---|
| How are you feeling/doing today in your rehabilitation? | I continue to have problems with my left hip and plan to go visit my doctor. | |
| Dr. Figley Tell me about the last trip on that ship on which you were working. | We were on board a ship in the Atlantic, travelling south.<br><br>20 May<br>I felt sick with a strong fever. It continued to get worse.<br><br>22 May<br>I felt unbearably sick. I complained to the 2nd officer and was told what I was experiencing was a normal fever. I was told to take aspirin.<br><br>May 22 – 26<br>I started losing my vision day by day. Soon I was unable to walk and complained to the Ship's Captain that I was unable to walk and feeling very bad. I passed yellow urine and that scared me. I told my wife. | "On 20th may 2017 i started feeling sick with mild fever as 19th may i was tired with mild body ache and i didnt paid much attention to it as i was thinking its just a tiredness"<br><br>"On 21st midnight  ie 22 /05/2017 morning 00:00hrs ,i complained to 2nd officer and captain on bridge that i am having strong shivering fever and strong headache. as i was steering the vessel for Anchorage in brazil and i was told to take some paracetamol"<br><br>May 22-26<br>"Ship was in port for loading the cargo. I started loosing my vision day by day, i was unable to walk and feeling very tired, loss of appetite, severe headache, feeling very |

26 May
I again complained to the Captain , who said it was a "normal" according to his MD son in Romania. I was given tablets.

27 May
I told the Chief that I was "worried for my life." He said the company was not ready to send me to an MD. I was really scared. The Chief said: I will take care, don't worry, be strong.
I was informed to be ready to go see the MD at 1800 hrs. I was very tired and unable to walk. I managed to sleep in the car and the last thing I saw was the hospital door and I went to sleep.

thirsty,skin becoming very hot,passing yellow urine,I complained to the captain. Captain said to me that hes son is doctor in romania and told him to tell me that its a normal fever and eat filipino rice(white rice).
I said to captain that plzz tell company about my heath conditions and he replied that he sent message to the company and company is not ready to send me to doctor so i said i can pay 1000dollars to go to doctor and if required more than inform company, but captain ignored and told me " do not give excuses and to go for work on deck."

"On 26 may 2017 as i remember the day before i was taken to hospital. Chief officer came into my cabin asked about my health and i told him that i am feeling very bad , and scared of my life as my wife is pregnant too. And he assured me that he will speak to the captain to send me to doctor ."

"On 27 may 2017
Chief officer came to my cabin in the evening and told me to get ready as agent will come to take me to doctor . Me with one indian (A/B), we sit in car with agent and i started feeling

2

May 27 –June

In coma.

Paulina very helpful. Made contact with family mid-June.

sleepy when we reached to hospital they woke me up and there i saw hospitals glass door and sleeped and i woke up after 15 to 17 days. I went in coma for nearly 15 to 17 days.company has called my wife regarding my seriousness but my wife informed them that she is going to hospital for delivery so they cut the call and called my father and said "" your son is in very serious condition and this could be the last day" my father came home he cried loudly and my full family started to cry . ""

"16 to 19 june 2017 as i remeber dr bernado came to me and said that i was in very big problem .they have tried very hard to save me as my conditions was very bad i was in very serious condition . Could have brought earlier then this type of complications would not have arised . He said to me that i am very lucky because million in 1 getting saved from this type of serious problem.and told me that my kidneys ,liver,pancreas ,lungs were not functioning but they have tried hard to save me.i asked to dr bernado that why my legs been covered with bandages and doctor said that my toes got gangrene if necessary then they will ampute it.i cried for many days.i lost my job,iam in big health problems where most of my body parts are not functioning. Then i saw a girl next to me  she introduced herself as paula she understand english but cannot

3

30 June (Brazilian hospital?)
Came out of coma.
When I woke up I had no idea what happened: I was alone, confused, unable to speak the language, and having translation problems.
Dr. Bernardo told me: "You are in the hospital, you have malaria, and you have a problem with your kidneys.
I was very scared. No family contact. (Next of kin had not been notified by the ship Captain or Chief of whereabouts or condition.)

speak. Paulas grandmother was hospitalised in icu so she is to visit her and there she saw me and started searching me on facebook and there she found my cousin. whom she messaged and exchanged her contacts. She made me to talk with my wife and my parents and print a picture of my newborn baby on the wall of icu compartment where i was admitted.
She helped me lott when my skin scares was falling she and one her friend applied cream on my body and Powder too . She was visiting me daily with her sister and her friend talking with me. She took really good care of me taking me to outside of hospital on wheel chair to roam in hospital area and all.
Inbetween this dr joe is also visiting me everday and taking my photos. he is one who amputed my toes he is to amput my toes one by one it took many days to do this."

Paulina Mondero, a case worker, took an interest in my case. She messaged my cousin who, in turn, contacted my wife.

I learned from my wife that she had delivered a baby girl (no one had informed me).

Paulina continued to be very helpful in making contacts with family.

Finally got the Malaria diagnosis. I asked: "What happened to my legs?" I had gangrene in fingers and toes and had to be amputated.

I cried for many days.

I lost my job. It was very upsetting.

Got very thin with skin scars; layers of skin "falling down". Cream on body and took care of me.

Dr. Joe completed the operation on three toes during three surgeries.

July

I was feeling very alone and insisted on being released to a hospital in India. I was there for two weeks.

July 2017

I was feeling very alone , cried everday, it was terrible , my organs was not functioning , i lost my toes and i was sure that i cannot work on ship in future , i have to live now as handicapped.this happen to me because of mistake done by company and captain.

I started getting better and i requested to send me in india

August

Around 10/08/17 i was transferred to goa hospital named (SMRC) .i was admitted there for around 2 weeks where dr kamat(surgeon) did surgery and refreshed my amputed toes and put stitches to it

| | | |
|---|---|---|
| The operations were successful. | | |
| Pain in hip – receiving tablets | April/2018 | |
| Going to the US so need fresh x-ray tomorrow and seeing an MD. | In april month i showed one of my unhealed toe to dr kamat and dr advised me for one more sugery on my toe and end of april 2018 dr. kamat did one more surgery and my toe got healed | |
| Diagnosis 2021 | | |
| Necrosis, taking tablets, the pills help | "2021 | |
| Will know more after MD visit tomorrow (May 4) | i am struggling with avascular necrosis and consulting with dr edwin araujo a orthopaedic surgeon. He told me need to do surgery or grafting technique" | |

Were there any reports about what happened to you?

No

End of direct questions

Final Comments by Mr. Kohlkar

I look like a handicapped person; it feels terrible in my mind; I don't like to show my toes; it's on my mind a lot. Because of them, this happened to me.

End of Preliminary Interview

Attachment 2: Follow-up Interview with Mr. Kohlkar via Zoom

Thursday, June 16, 2022 @ 9 a.m. EDT

Report of Mr. Kohlkar's Experiences

| Question | Response |
|---|---|
| 1. You mentioned that the ship Captain's refused to provide proper medical attention and treatment in a timely manner. | I was very scared. I was very depressed. I thought I would not survive. I was devastated. |
| a. What did you think would happen if you did not get medical attention? | I would die onboard. I was feeling very ill, my body was not giving support; felt very weak, had a headache. It took a lot of effort to walk. I had vision problems; I was seeing shadows in front of my eyes, like I was losing my vision. Was also thirsty, drank water, then vomited. |
| b. How did you feel when your pleas for medical help were ignored? | Helpless. I was crying, I knew I had a big problem. The fever was not like usual – it was worse. I told the second officer that this could be jaundice because another crewmate had it. |
| Additional Question: Who did you turn to for help? | I turned to the second officer and captain. The chief officer came to visit my cabin to ask How is my health? I said I was "not sure of my life" and I was feeling "very bad". I was taken off the ship the next day. |
| 2. You described a series of worsening symptoms over several days. | |
| a. Why do you think your pleas for help continued to be ignored? | Don't know. They were very negligent on board. Said I shouldn't give any excuses and should go back to work. |
| b. How did you feel towards those that refused to help you? | Feared being fired if I reached out for help from the company. Felt angry, helpless. |
| 3. You were hospitalized and have had several surgeries that have literally changed your life. | |
| a. What is the hardest part of the medical complications you suffered? | Many things. Kidneys are not functioning, also not pancreas, liver, lungs, feeling very bad. I saw my toes after they were amputated. I was crying a lot. What can I do now? No one will employ me. From now on I am handicapped. It's "killing me inside". |

| Question | Answer |
|---|---|
| | Also, while in the hospital in Brazil, my wife was in the hospital in India. When I came out of the coma, I found out my wife had our baby. I was not with her for the birth. |
| b. What has kept you moving forward in spite of these complications? | My wife and daughter, and I have my parents full support. |
| 4. In addition to the medical and emotional consequences of untreated malarial infection, you were also subjected to harassment and intimidation via the legal system in India, and put in a prison for criminals. | |
| a. Please describe your thoughts about being arrested and jailed. | I had never been in court or jail. I had a reputation as a good guy. I was scared because I know what happens in prison. I did not sleep at night, scared that if I slept I would be attacked. It was the worst night of my life. I was scared of getting malaria again because bugs were biting. The hygiene in the small room was terrible, with one bucket for everything, and nothing to clean with |
| b. What were your most serious concerns while in jail, during court proceedings and after, until the April injunction was issued? | My most serious concern was being thrown back in jail again. I was held in contempt of court 16 times. |
| c. How did you manage your emotions about being treated like this? | My wife and my parents. Also, I kept myself from falling down. If I were to go to jail, I'd get my mind ready for it – I'd pretend to be angry. |
| 5. When you think about the past years since the illness started, what has been the hardest part? | Financial problems – I must rely on my parents. My father is a pensioner. That makes me a problem. I cannot work. I'm looking for jobs in government. I cannot work on my feet. I must keep my toes covered with socks. Most people know I am handicapped. I'm still trying to hide myself – only family sees my toes. |

| 6. Again, looking back, how would you summarize the overall impact on | |
|---|---|
| a. You? | I've lost everything. |
| b. Your wife and child? | My wife was depressed.<br>I cannot give my child things. |
| c. Your future work? | I am now 30% disabled and jobless. I must have a new career. I'm trying to get government work.<br>I was admitted to school in July 2020. |
| d. Your future physical health? | I cannot be cured. I must have future grafting and surgery.<br>I must have my hip replaced.<br>I need to manage walking and standing better. |
| e. Your future mental and emotional health? | I must figure out how to care for everyone every day and all the time.<br>How will I manage financially? My parents help now, but what about the future. I am thinking about this all the time.<br>I'm not jealous, but I cannot go back on the ship at age 29. |

Attachment 3. Forensic Trauma Assessment Battery

| A. Basic Information for Mr. Kohlkar | |
|---|---|
| Gender/Age | Male, Age 34 (date of birth August 21, 1987) |
| Residence | Resides in India |
| Family Status | Married, 1 Child, age 5, |
| Work Title | Able body Seaman |
| Place of employment | Ship |

| B. The Purdue Social Support Scale | |
|---|---|
| Part I. Name and relationship of people you turn to | Dixita, Wife<br>Hema, Mother<br>Ganpat, Father<br>Manish, Brother-in law<br>Giridhar, Brother-in-law |
| Part II. Level of satisfaction with support (on a 4.0 scale) | Wife is biggest supporter (4.0), followed by Brothers-in law (3.2; 3.1), and Parents (Mother 2.8 and Father 2.3). |
| Overall level of support | Satisfactory (3.1) |

| C. Interpersonal Reactivity Index (Empathy Measure)<br>On a scale from A-E: A (does not describe me very well to E (Describes me very well))<br>The items listed below are those which were rated "Describes me very well" or were reverse scored to become "Describes me very well".<br>Range = 1.0 – 5.0; Overall score average = 3.25 | |
|---|---|
| Fantasy (FS) – <u>imaginative capacity</u> to transpose self into fictional characters | 1. I daydream and fantasize, with some regularity, about things that might happen to me.<br>12. Becoming extremely involved in a good book or movie is rare for me (reverse item = is common for me) |
| Sub-score | 3.0 |

10

| Perspective Taking (PT) – <u>cognitive</u> capacity to see other's point of view without necessarily experiencing affective involvement | 3. I sometimes find it difficult to see things from the "other guy's" point of view. (reverse item = can see other guy's point of view)<br>8. I try to look at everybody's side of a disagreement before I make a decision.<br>21. I believe that there are two sides to every question and try to look at them both.<br>28. Before criticizing somebody, I try to imagine how I would feel if I were in their place. | |
| Sub-score | | 4.1 |
| Personal Distress (PD) – tendency to experience personal feeling of distress related to witnessing other people's negative experiences | There were no items rated at "describes me very well" | |
| Sub-score | | 2.9 |
| Empathic Concern (EC) - <u>affective</u> reactions of sympathy, concern, compassion to witnessing other's negative experiences | 9. When I see someone being taken advantage of, I feel kind of protective towards them.<br>20. I am often quite touched by things that I see happen.<br>22. I would describe myself as a pretty soft-hearted person. | |
| Sub-score | | 3.4 |

D. Figley Traumagram Inventory

| Stressor/Event | Others who experienced the stressor | Degree of Stressfulness | | |
|---|---|---|---|---|
| | | At the time | One year later | now |
| Lost all of my toes in surgery July 2017 | Wife, age 25 at this time | High (5) | High (5) | High (5) |
| Death of granny due to covid | Mom, age 59 at the time | High (5) | High (4) | Medium (3) |
| What do you believe are the common features that account for your adjusting or not adjusting to traumatic events in your life? | I remember my suffering in Brazil hospital in 2017, my amputated toes. I became a disabled person. I went to jail in Goa. My problems are not getting over. I want that captain and company to get punished. My financial status (is a) problem. | | | |

E. Beck Depression Inventory

Measures feeling over the past several days, on a scale of 0 – 3.

| Items rated 2 | Items rated 3 |
|---|---|
| ⇒ I am sad all the time and can't snap out of it. | ⇒ I feel that the future is hopeless and that things cannot improve. |

11

⇒ As I look back on my life, all I can see is a lot of failures.

⇒ I have lost most of my interest in other people.

⇒ I feel that there are permanent changes in my appearance that make me look unattractive.

⇒ I wake up 1-2 hours earlier than usual and find it hard to get back to sleep.

⇒ I get tired from doing almost anything.

⇒ I feel I am being punished.

⇒ I used to be able to cry, but now I can't even cry even though I want to.

⇒ I feel irritated all the time now.

⇒ I can't do any work at all.

⇒ I am so worried about my physical problems that I canot think about anything else.

## F. Holmes and Rahe Life Change Scale

This stress level requires intervention, otherwise there is a 51% chance of developing a major illness in the next two years.

| Life Event | Event value | Mr. Kohlkar's score |
|---|---|---|
| Jail term | 63 | 63 |
| Death of close family member | 63 | 50 |
| Personal injury/Illness | 53 | 53 |
| Change in financial status | 38 | 38 |
| Change in work responsibilities | 29 | 29 |
| Change in living conditions | 25 | 20 |
| Change in sleeping habits | 16 | 10 |
| Total score | 287 | 263 |

## G. The Purdue Post Traumatic Stress Disorder Scale

Maximum score = 4.0

Mr. Kohlkar's score =3.1

| Reactions past 7 days - rated Extremely | Reactions since event happened – rated Extremely |
|---|---|
| How much have you been bothered by memories or thoughts of the event when you didn't want to think about it? | How much has this event distressed or upset you? |
| How often have you dreamed about the event? | |
| How much have you found yourself extra alert to possible danger? | |

12

| How much do the reactions described in items 1-10 get worse when you've been in situations that remind you of the event? | Sub-score = 3.1 | Sub-score = 3.0 |
|---|---|---|

### H. Impact of Event Scale – Revised

How much were you distressed or bothered by these difficulties during the past seven days?
Rate 0-4, Not at all to Extremely.

| Rated 3 (Quite a bit) | Rated 4 (Extremely) |
|---|---|
| 3. Other things kept making me think about it. | 1. Any reminder brought back feelings about it. |
| 4. I felt irritable and angry. | 9. Pictures about it popped into my mind. |
| 5. I avoided letting myself get upset when I thought about it or was reminded of it. | 11. I tried not to think about it. |
| 6. I thought about it when I didn't mean to. | |
| 12. I was aware that I still had a lot of feelings about it, but I didn't deal with them. | |
| 13. My feelings about it were kind of numb. | |
| 14. I found myself acting or feeling like I was back at that time. | |
| 15. I had trouble falling asleep. | |
| 16. I had waves of strong feelings about it. | |
| 17. I tried to remove it from my memory. | |
| 18. I had trouble concentrating. | |
| 19. Reminders of it caused me to have physical reactions, such as sweating, trouble breathing, nausea, or a pounding heart. | |
| 20. I had dreams about it. | |
| 22. I tried not to talk about it. | |

| Overall score | 3.0 (Impacted "Quite a bit") |
|---|---|

13

| Posttraumatic Stress Disorder Criteria (current version of the DSM-5) | Yes or No | Mr. Kohlkar's' Explanation | Dr. Figley's Observations |
|---|---|---|---|
| A. Exposure to actual or threatened death, serious injury, or sexual violence in one (or more) of the following ways: | | | |
| 1. Directly experiencing the traumatic events. | Yes | | This criteria has been met. |
| 2. Witnessing, in person, the event(s) as it occurred to others. | No | | It did not happen to others |
| 3. Learning that the traumatic event(s) occurred to a close family member or close friend. In case of actual or threatened death of a family member or friend the event (s) must have been violet or accidental. | No | | It did not happen to others |
| 4. Experiencing repeated or extreme exposure to aversive details of the traumatic events (s) (e.g., reviewing medical records associated with his amputated toes) | Yes | | Throughout the records, Mr. Kohlkar is continually exposed to aversive details of his condition, especially in Brazil and back in India. |
| B. Presence of one or more of the following intrusion symptoms associated with the traumatic event occurred: | | | |
| 5. Recurrent involuntary, and intrusive distressing memories of the traumatic event(s) | Yes | | Repeated distressing memories reported by Mr. Kohlkar |
| 6. Recurrent distressing dreams in which the content and/or effect of the dreams are related to the traumatic event(s) | yes | "I dream of my toes and some memories that happened while I was in a coma." | |
| 7. Dissociative reactions (e.g., flashbacks) in which the individual feels or acts as if the traumatic event(s) were recurring. (Such | yes | | Dissociative reactions are common among these survivors |

14

| | | | |
|---|---|---|---|
| reactions may occur on a continuum, with the most extreme expression being a complete loss of awareness of present surroundings). | | | |
| 8. Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s). | yes | "Whenever I see my amputated toes I remember my hospital days which remember the captain because of whom I suffered. Also becoming jobless it stresses a lot." | I saw this when I interviewed him, despite his stoic nature. |
| 9. Marked physiological reactions to internal or external cues that symbolize or resemble as aspect of the traumatic event(s). | yes | | This criteria has been met. |
| C. Persistent avoidance of stimuli associated with the traumatic event(s) occurred, as evidenced by one or both of the following: | | | |
| 10. Avoidance of or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s). | yes | | He has noted distressing memories of the ship and prior to being in the Brazil hospital. |
| 11. Avoidance of or efforts to avoid external reminders (people, places, conversation, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s) | Yes | "I avoid to watch ships, as I remember my days when I use to work on ship, I avoid to look at disable people as it reminds me that I am disabled person." | |
| D. Negative alterations in cognitions and mood associated with the traumatic event(s), beginning, or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following: | | | This criteria has been met. |
| 12. In ability to remember an important aspect of the traumatic event(s) (typically | No | | He does not remember aspects of his illness and slept a great deal |

| | | | |
|---|---|---|---|
| due to dissociative amnesia and not other factors such as head injury, alcohol, or drugs). | | | |
| 13. Persistent and exaggerated negative beliefs or expectations about oneself, others, or the worked. (e.g., "I am bad." No one can be trusted." "The word is completely dangerous, "My whole nervous system is permanently ruined." | Yes | "No one can be trusted. Humans itself are dangerous to humans." | I witnessed this in my discussions with Mr. Kohlkar |
| 14. Persistent, distorted cognitions about the cause or consequences of the traumatic event(s) that led the individual to blame him/herself or others. | Yes | "Whatever extremely bad happened with me and the company (EPS & the Captain) are responsible and they should be punished." | |
| 15. Persistent negative emotional state (e.g., fear, horror, anger guilt, or shame). | Yes | "I lost my toes and became jobless." | |
| 16. Markedly diminished interest or participation in significant activities. | Yes | "Running, playing football, cricket, and my physical activities" | |
| 17. Feelings of detachment or estrangement from others. | Yes | "Only the Captain and EPS]" | |
| 18. Persistent in ability to experience positive emotions (e.g., inability to experience happiness, satisfaction, or loving feelings). | yes | Everyday I remember my lost toes which turns me unhappy." | |
| E. Marked alterations in arousal and reactivity associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred as evidenced by two (or more) of the following: | | | |
| 19. Irritable behavior and anger outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects. | Yes | "I get irritated but not that I will physically agressive or verbally [irritated] | This criteria has been met. |

16

| | | |
|---|---|---|
| 20. Reckless or self-destructive behavior | No | |
| 21. Hypervigilance | Yes | "I am very scared of misquitoes and fake people." |
| 22. Exaggerated startle response | Yes | "In dreams where I saw my amputated toes." |
| 23. Problems with concentration. | Yes | "Physical stress, financial stress." |
| 24. Sleep disturbance (e.g., difficulty falling or staying asleep or restless sleep) | Yes | "Thinking that I am a disabled person." |

17

| Curriculum Vitae |
| **CHARLES R. FIGLEY, Ph.D.** |
| (Revised 18Feb2022) |

## I. CONTACT INFORMATION[2]

The Paul Henry Kurzweg, MD Distinguished Chair and Professorship,
Tulane University School of Social Work and the Tulane Traumatology Institute Director
127 Elk Place, New Orleans, LA 70118
Phone: (504) 862-3473 E-mail: Figley@Tulane.Edu and Charlesfigley@Gmail.Com
Web: https://tulanetraumatologyinstitute.com/ and http://charlesfigley.edu.[3]

## II. EDUCATION (Degree, Field, University, Year)

Bachelor of Science, Human Development, the University of Hawaii, 1970
Master of Science, Human Development, the Pennsylvania State University, 1971[4]
Ph.D., Human Development, the Pennsylvania State University, 1974[5]

## III. ACADEMIC POSITIONS (Position, Program, Dates)

**[Google Scholar (3/17/22: 30,709 citations h = 68; I-110 = 182]**

- Associate Dean for Research, Tulane School of Social Work, 2011- 2017
- Founding Program Director (August 4, 2010 – August 3, 2011) and continuing member of the *Cities, Communities, and Culture PhD Program* Steering Committee, Tulane University, (August 3, 2011-21).
- Founding Program Director (2009-2015) and continuing member, Disaster Resilience Leadership Academy, Tulane University, July 2009-present.
- Director, Tulane University Traumatology Institute, July 2008-present.
- The Paul Henry Kurzweg, MD Distinguished Chair and Professorship, Tulane University, July 2008-present.
- Professor, the Florida State University College of Social Work, July 1989 - 2008.
- Director (founder), FSU Traumatology Institute, October 1998 - July 2008.
- Director, FSU Interdivisional Ph.D. Program in Marriage and Family, 1989 - 1996.
- Director, FSU Center for Marriage and Family Therapy, 1989 - 1996.
- Director (founder), Psychosocial Stress Research Program, Purdue University, 1976 - 1989.
- Professor, Department of Child Development & Family Studies (CDFS), Purdue University, 1983-1989.
- Director (founder), Purdue University Family Research Institute, 1978-1983.
- Associate Professor, Department of CDFS, Purdue University, 1977-1983.
- Assistant Professor, Department of CDFS, Purdue University, 1974-1977.
- Instructor (part-time), Division of Continuing Education, the Pennsylvania State University, 1972-1974.

---

[2] Bio by the American Psychological Association: http://supp.apa.org/psyccritiques/bios/rev3709/
Syracuse University: http://vets.syr.edu/ivmf_people/charles-figley-ph-d-2/; Wow.com: http://us.wow.com/wiki/Charles_Figley;
[3] Social Media: Twitter: @CharlesFigley  Facebook: https://www.facebook.com/figley
Linkedin: https://www.linkedin.com/in/charles-figley-9514093
Research Gate: https://www.researchgate.net/profile/CR_Figley  Academia.edu: https://tulane.academia.edu/CharlesFigley.
[4] Awarded Educational Professions Development Award Fellowship, 1970-1971, that included stipend and resources, plus a 1-year academic (placement arranged) appointment to Bowling Green State University 1971-1972
[5] Dissertation "Tactical self-presentation in a dating decision-making context" under the supervision of Ted Huston, Penn State, November 1974.

- Instructor, Department of HDFS, Bowling Green State University, 1971-1972
- Graduate Research Assistant, Human Development and Family Studies Program, the Pennsylvania State University, University Park, Pennsylvania, 1972-1974.
- Instructor, Division of Child and Family Development, the Bowling Green State University, 1971-1972.

A. Honorary Doctorate and Courtesy Appointments:
- Doctor of *Letters, Honoris Causa*, John Jay College of Criminal Justice, New York, Issued: May 28, 2014.
- Guest Professor, Japan College of Social Work, 2012-2015
- Fulbright Senior Scholar and Visiting Distinguished Professor, Kuwait University College of Social Sciences, 2004.
- Visiting Professor of Psychology, University of Utrecht, the Netherlands, 1997.
- Visiting Professor and Fellow, Princeton University's Woodrow Wilson School of Public and International Affairs, 1982.
- Visiting Professor, Cornell University College of Medical Sciences, Payne Whitney Clinic, New York City, 1982.

B. Named Lectureships: (Date, Name, Institution)
- Bowles Chapel Lecture, Memorial Hermann System Services, Houston, TX, Feb 6, 2014
- Frontiers of Science Lecturer, University of Ottawa, November 16, 2005
- Donna Cox Bridger Endowed Lectureship in Nursing and Health Care, University of Alabama, April 12, 2006.

**IV. PROFESSIONAL RESPONSIBILITIES** (Position, Publication, Dates, Publisher)
A. Editorships
    Current:
        Editor (Founder), *Psychosocial Stress Book Series*, 1978-present (Routledge Publishers)
        Past:
- Editor (Founder), *Traumatology*, 1995-2011 (Sage Publications 2005-2013; APA Journals 2014-present)
- Co-Editor (Founder) (with Therese Rando, Ph.D.) *Death and Trauma Book Series*, 1996-2001 (Taylor & Francis Publishers)
- Editor (Founder), *Innovations in Psychology Book Series*, 1995-2003 (CRC Press)
- Editor (Founder), *Journal of Traumatic Stress*, 1987-1992 (International Society for Traumatic Stress Studies)
- Editor (Founder), *Journal of Family Psychotherapy*, 1983-1990 (Haworth Press)
- Book Review Editor, *American Journal of Family Therapy*, 1981- 1996 (Haworth Press)

B. Editorial Boards
    Current:
- *Family, Systems, and Health,* 2008-present
- *Journal of Family Psychology,* 2008-present

    Past:
- *Traumatology, 2011-present*
- *Psychiatry Journal*, 2010-2018
- *Directions in Marriage and Family Therapy*, 1993-1998

- *Journal of Traumatic Stress*, 1993-1997
- *Topics in Family Psychology and Counseling*, 1990-1992
- *Violence Update*, 1987-1997
- *Family Relations*, 1986-1989
- *Emotional First Aid: A Journal of Crisis Intervention*, 1983-1989
- *Journal of Marital and Family Therapy*, 1982-1996

C. Frequent Ad hoc Reviewer:
- *Psychological Injury and Law,* 2007-present
- *Clinical Social Work Journal,* 2007-present
- *American Journal of Orthopsychiatry,* 2006-present
- *Revista de Psycotrauma para Iberoameric,* 2002-present
- *Journal of Trauma Psychology (previously Journal of Trauma Practice)*, 2000-present
- *International Journal of Emergency Mental Health*, 1998-present
- *Violence and Abuse Abstracts, 1997*-present
- *Medical Principles and Practice*, 1992-present
- *Journal of Family Psychology*, 1986-1995; 2006-Present
- *Contemporary Family Therapy*, 1985-present
- *Journal of Family Science*, 1984-present

D. Ad Hoc Reviewer: (for publications in addition to the above)
- *American Journal of Psychiatry*
- *American Journal of Orthopsychiatry*
- *American Journal of Family Psychology*
- *American Psychologist*
- *Anxiety, Stress, and Coping: An International Journal*
- *Biological Psychiatry*
- *Child Development*
- *Counseling Psychologist*
- *The Family Journal*
- *Family Process*
- *Family, Systems, and Health*
- *International Journal of Family Psychology*
- *Journal of the American Medical Association*
- *Journal of Anxiety Disorders*
- *Journal of Applied and Social Psychology*
- *Journal of Clinical Psychology*
- *Journal of Contemporary Psychology*
- *Journal of Consulting and Clinical Psychology*
- *Journal of Family Issues*
- *Journal of Family Social Work*
- *Journal of Hospital and Community Psychiatry*
- *Journal of Interpersonal Violence*
- *Journal of Marriage and the Family*
- *Journal of Medical Stress*
- *Journal of Nervous and Mental Disease*
- *Journal of Social Issues*
- *Journal of Social Work Research and Evaluation*

- *Journal of Stress*
- *Journal of Stress, Anxiety, and Coping*
- *New England Journal of Medicine*
- *Professional Psychology*
- *Psychiatry*
- *Psychiatry Journal*
- *Psychiatric Opinion*
- *Research on Social Work Practice*
- *Social Work*
- *Sociological Focus*
- *Stress Medicine*
- *Transcultural Psychiatry*
- *Violence Update*
- *Journal of Emergency Nursing*
- *Children and Youth Services Review*
- *International Journal of Disaster Risk Reduction*
- *Journal of Affective Behavior*
- *Behavioral Sciences*

D. Grant and Research Reviewer:
1. Swiss National Science Foundation Reviewer, 2020.
2. The MacArthur Fellows Program, John D. and Catherine T. MacArthur Foundation, 2004-present
3. Kuwait Foundation for the Advancement of Science, 2004-2017.
4. American Institute of Biological Sciences (subcontractor for review for the US Army), 2002-2016
5. The Israel Science Foundation (ISF), 2002 - present
6. Consensus Panel for the US Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration (SAMHSA) Treatment Improvement Protocols (TIP) on Substance Abuse Treatment and Trauma, 2001-2004
7. National Science Foundation, 1999-present
8. US National Academy of Sciences Institute of Medicine, 1998 - 2017
9. American Institute of Biological Sciences, for the US Army, 1993 - 2017
10. US Department of Veterans Affairs, 1984 - 2017
11. US National Institute of Mental Health, 1984 - present

E. Forensic Consultation: (public entities)
- Attorney General, State of Alaska, 2002 - 2012
- Attorney General, State of Florida, 2000 - 2011
- Attorney General, State of Colorado, 1999 - 2009
- Attorney General, State of Montana, 1999 - 2008
- Attorney General, State of Virginia, 1998 - 2008
- US Department of Justice, 1998 - 2005
- Attorney General, State of California, 1992 – 2002
- Department of Veterans Affairs, 1990 - 1999

F. Elected National Positions:
- American Psychological Association's Council of Representatives, 2008-2011; 2015-2018

- Executive Council, American Psychological Association's Division on Trauma Psychology (Division 56), 2007–2011; 2015-2018
- President, SAIL High School Parent-Teacher-Student Organization, 2002-2003
- Member, Board of Directors, Green Cross Academy of Traumatology, 1999-2004
- Member, Board of Directors, International Society for Traumatic Stress Studies (ISTSS), 1993-1996
- Member-at-Large, Board of Directors of American Psychological Association's Family Psychology (Division 43), 1987-1989
- Vice President for Publications, National Council on Family Relations, 1986-1988
- President, (Co-founder) (International) Society for Traumatic Stress Studies (ISTSS), 1985-1987
- President, the Groves Conference on Marriage and the Family, 1981-1984
- Chair (founder), Task Force on Families of Catastrophe, 1980-1985
- President, the Indiana Planned Parenthood Affiliates Association, 1976 - 1978
- Director (founder), National Consortium on Veteran Studies, 1975-1987
- President, the Planned Parenthood Association of Tippecanoe County, 1975 -1977
- Executive Committee/Board of Directors (Student and Young Professional Representative), National Council on Family Relations, 1972 - 1974

G. Appointed Positions:
1. Chair, Interdivisional Task Force on the Pandemic, Division 56 (Trauma Psychology) lead division of 14 others, American Psychological Association, March, 2020-present
2. Co-Chair Tulane University School of Social Work Search Committee for Director of the DSW Program, 2018-2019
3. Retention, Promotion and Tenure, Chair, 2008-2017, member 2008-present.
4. Co-Chair Tulane University Social Work Dean Search Committee, 2015
5. Chair, Awards Committee, American Psychological Association, Division 56 (Trauma Psychology), 2014-2015.
6. Chair, Research Committee, Tulane School of Social Work, 2012-2017
7. Associate Chair, 2010 Program Committee, International Society for Traumatic Stress Studies, 2009-2010
8. Associate Director for Graduate Programs, Tulane University Disaster Resilience Leadership Academy, 2009-2015
9. American Psychological Association. Fellows Committee (rotating Chair), Division 56 (Trauma Psychology), 2006-present
10. Chair, Association of Traumatic Stress Specialists Nominating Committee, 2005
11. Chair, Commission on Certification and Accreditation, Academy of Traumatology, October 2003 - 2009
12. Member, Tallahassee Regional Medical Center's Complementary-Alternative Medicine Committee, 1999- 2002
13. Member, National Academy of Sciences' Program on Trauma and Reconciliation in Bosnia Review Team, 1999- 2004.
14. President, Green Cross Academy of Traumatology, 1997-2006
15. Chair, Green Cross Academy of Traumatology Accreditation Board, 1997-2008
16. Member, ISTSS Standards of Practice Committee, 1997-2000
17. Director, Green Cross Projects (later the Green Cross Academy of Traumatology), 1995-1997
18. Member, ISTSS, 1996 (Israel) World Conference Program Committee, 1994-1996
19. Member, International Society for Traumatic Stress Studies Program Committee, 1994-1995

20. Chair, AAMFT Professional Development and Public Information Committee, January 1, 1993-December 31, 1993
21. Member, Scientific Review Committee, First International Conference on Peace, the Challenge of the Future, September in the Gaza Strip (Israel), 1992-1993
22. Member, Program Committee (Coordinating Group), World Conference of the International Society for Traumatic Stress Studies, "Trauma and Tragedy" (June
23. 21-26, 1992, Amsterdam, The Netherlands), 1990-1992
24. Member, Working Group on Post-Traumatic Stress Syndrome in Armenia, U. S. State Department, 1991-1999
25. Member, International Scientific Board, Centre for Psychosocial Stress Studies, Denmark, 1991- 2000
26. Member, Advisory Committee, "Trauma and Victimization: Understanding and Healing Survivors," University of Connecticut Conference (September 27-28, 1991)
27. Member, International Advisory Board, American Critical Incident Stress Foundation, 1990- present
28. Member, Governing Body, USA Give (Columbus, Ohio), 1990-1991
29. Member, Board of Directors, Institute for Victims of Terrorism (McLean, Virginia), 1988-1995
30. Member, Fellows Committee, Division 43 (Family Psychology), American Psychological Association, member, 1985-1987 (Chair, 1987-1989)
31. Member, Membership Committee, American Association for Marital and Family Therapy, 1985-1989
32. Member, Veterans Administration, Scientific Advisory Board, 1985-1989
33. Member, Scientific Advisory Committee on the National Vietnam Veterans Readjustment Study, Department of Veterans Affairs,1984-1995
34. Member, Publication Committee, National Council on Family Relations, 1983-1988
35. Member, US Department of Veterans Affairs (Veterans Administration) Advisory Committee on the Readjustment Problems of Vietnam Veterans, 1983-1985
36. Member, Presidential Task Force on Professional Recognition, Regulation, and Legitimization, American Association for Marriage and Family Therapy, 1983-1984
37. Program Chair/Board of Directors, the Groves Conference, 1980-1982
38. Member, US White House Special Working Group on Vietnam Veterans, President's Commission on Mental Health, 1978-1979
39. Member, review panels: National Institute of Mental Health, Veterans Administration, Department of Health and Human Services, 1978-1998
40. Chair, Legislation and Public Policy Committee, American Association for Marriage and Family Therapy, 1978-1980

H. International Work:
1. Guest Professor, Japan College of Social Work, Tokyo, February 2012-2018. Involves multiple visits with special significance of the 3-11 Tri-disaster and the impending war with North Korea. Responsibilities: lecture, advise, consult, trust-building, and mutually shared knowledge.
2. Visiting Scholar and Presenter at the Israeli Science Foundation Advanced Workshop, January 2014. Delivered a keynote and served as respondent, consultant, observer, reviewer, collaborator with special knowledge of family trauma and resilience research.
3. Training in Evidence-Based Trauma-Informed Care, January 2013. Five courses over 6 days focusing on PTSD assessment, PTSD treatment and demonstration, helping traumatized families, compassion fatigue assessment and treatment, and field traumatology. Sponsored by the Turkish Center, Inda, specializing in treating the

traumatized contracted with the Figley Institute (Directed by K. R. Figley), in collaboration with the Traumatology Institute Training took place at the Point Hotel in downtown Istanbul, Turkey.

4. Research Project: Trauma Resilience: Axioms and Actions. A Tel Aviv University and the Tulane University School of Social Work's Traumatology Institute collaboration. To acquire the top trauma resilience axioms an expert panel was formed with the help of Zahava Solomon. Research collaboration with an expert panel on the psychosocial consequences of traumatic events and the most important axioms for understanding the mechanism of trauma resilience. Work products: to write a journal special issue on trauma resilience with Professor Zahava Solomon and 15 colleagues in collaboration with Dean Ron Marks, Eric Corzine, and the Traumatology Lab members, 2013-present.

5. Traumatology Institute-Japan College of Social Work Research Institute collaboration on the monitoring of professionals working in the disaster zone in collaboration with Professor Takashi Fujioka, 2012-present. Traumatology Institute named Professional Fujioka as an Institute Scholar.

6. Masters of Science degree in Disaster Resilience Leadership in the School of Social Work. Founding Program Director.

7. Lecture tour of Australia, sponsored by the Critical Incident Stress Management Foundation of Australia, July 2010

8. Co-Founder of the Tulane University Disaster Resilience Leadership Academy. Coordinated the move to and acceptance by the Tulane School of Social Work

9. Consultant and course instructor on mental health assessment and treatment of the traumatized for the US Army, European Command in collaboration with the Traumatology Institute, 2008-2011 Germany

10. Kuwait University, review of the Masters of Psychology program, 2004

11. Consultant to a class action suit against the Ministry of Defense, 2003-2004

12. Northern Ireland, WAVE, Queens University, and the University of Ulster, 1999-2003

13. The Netherlands, Visiting Professor lecturing at the University of Utrecht, 1998

14. Australia lecture tour sponsored by The TFH Association and The Written Word, Inc., 1997-2003

15. South Africa, Truth and Reconciliation Commission and University of the Witwatersrand, collaboration on the exhaustion experienced by Commissioners (prompting the Chair to order medical examinations for the entire committee and staff, an excellent and wise decision) 1996-present

16. Finland, Lecturing at the Center for Post-Trauma Therapy and Education and Myötätuntouupumus, 1997-1999

17. Various lecture tours, 1996- present (South Africa, Germany, England, Scotland, Japan, New Zealand, Singapore, Mexico, Canada, Finland, Ireland, the Netherlands, US Army, US Navy).

18. France, Lecturing at the Institute for Psychosocial Stress, Paris, 1995.

19. Kuwait Social Development Office, training and research, 1992-1994.

20. Vietnam, serving as non-commissioned officer (E-4) US Marine Corps, 3rd Marine Amphibious Force, 3rd Shore Party Bat.,1965-1966.


## V. PROFESSIONAL CREDENTIALS (Affiliation, Distinction, Date)

- American Association for the Advancement of Psychology, Fellow since 1994
- American Association for Marriage and Family Therapy, Fellow since 1982
- American Association of University Professors, 1972-present
- American Family Therapy Association, 1979-1989; 2008-present

- American Orthopsychiatric Association, Fellow since 1979
- American Psychological Association, Fellow (Co-founder of Div 42 and 56) since 1982
- American Psychological Society, Fellow since 1989
- Association of Traumatic Stress Specialists, Certified Trauma Specialist since 1990
- Groves Conference on Marriage and the Family, elected since 1971
- International Society for Traumatic Stress Studies (founder) since 1985
- Psychologists of Social Responsibility, member since 1991
- Society for the Psychological Study of Social Issues, Fellow since 1982
- Sigma XI, the Scientific Research Society, elected since 1981

VI. HONORS (Award, Organization, Date)

1. Keynote address to the Health Care Administrators Association TPA Summit 2021.
2. Keynote address to the Florida Mental Health, 2018.
3. Keynote address to the Vietnam Veterans of America national convention, August 9, 2017.
4. The 2016 Health and Human Development College, Penn State University Alumni Recognition Award. State College, Pennsylvania, October.
5. The 2016 Vietnam Veterans of America Excellence in the Sciences Award, October.
6. The 2015 Penn State University Graduate School Alumni Society's *Lifetime Achievement Award,* State College, Pennsylvania, October. April.
7. Doctor of *Letters, Honoris Causa*, John Jay College of Criminal Justice, New York, May 28, 2014.
8. Choice (American Library Association Magazine) awarded *the Encyclopedia of Trauma: An Interdisciplinary Guide* their **Outstanding Academic Titles for the 2013-14** academic year.
9. Reference and User Services Association (RUSA, a division of the American Library Association) awarded *the Encyclopedia of Trauma: An Interdisciplinary Guide*, the **Outstanding Reference Sources of 2013.**
10. Distinguished Mentor Award, Student Section, International Society for Traumatic Stress Studies, Baltimore, November 2011.
11. American Family Therapy Award for Distinguished Contribution to Family Therapy Theory and Practice, the American Family Therapy Academy, August, 2009.
12. American Psychological Association's Division 56 (Trauma Psychology) *Award for Lifetime Achievement in the Field of Trauma Psychology*[6], 2009.
13. The Paul Henry Kurzweg, MD Distinguished Chair and Professorship, Tulane University, 2008.
14. Jericho Angel of Hope, The Jericho Project (New York City), 2008.
15. The 2006 Humanitarian Award, the University of Missouri International Center for Psychosocial Trauma.
16. The 2006 Apex Award of Publication Excellence, Compassion Fatigue in the Animal-Care Community by Communications Concepts (Springfield, Virginia)
17. Marriage and Family Therapy Institute Annual Lecture, University of Georgia, 2005
18. Frontiers of Science Lecturer, University of Ottawa, 2005
19. Lifetime Achievement Award by the International Critical Incident Stress Foundation, 2005.
20. Academic Keys, *Who's Who in Social Science Education*, 2005.
21. Alumni Fellow, Elected by the Pennsylvania State University, 2004.

---

[6] From the APA Division 56 website http://bit.ly/XbuIp7: This award recognizes a senior distinguished psychologist who has made outstanding contributions to science, practice, advocacy, and/or education/training over the course of his/her career. These contributions would be at such a level that they have advanced the field of trauma psychology

22. Fulbright Research Fellowship to Kuwait, 2003-2004.
23. Distinguished Service to Families Award, the National Council on Family Relations (co-recipient with Kathleen Regan Figley), November 2001.
24. Community Service Award by the Florida Association for Marriage and Family Therapy, the division of the American Association located in Washington, DC, 2000.
25. President's FSU Continuing Education Award, April 2000.
26. Outstanding Program Award by the University Professional Continuing Education Association (UPCEA) for the FSU Traumatology Institute Certificate Program, 2000.
27. Shaffer Award for Contributions to the Victim's Movement in the Field of Research by the National Organization for Victim Assistance (NOVA), August 2000.
28. Distinguished Contributions to the Field of Marriage and Family Therapy, Tallahassee Association for Marriage and Family Therapy, November 1998.
29. Psychologist of the Year, American Psychological Association, Division 43 (Family Psychology), 1997
30. Elected, Academy of Traumatology, 1997
31. Advancement of Science Award faculty of Georgetown University Medical Center's Trauma, Loss & Dissociation Conference, 1996
32. Professor of the Year, FSU School of Social Work Students Association, 1996-1997
33. Who's Who in Science and Engineering, 1994-1995
34. Pioneer Award (for distinguished life time achievement), International Society for Traumatic Stress Studies, 1994
35. Distinguished Service, American Psychological Association, Division 43 (Family Psychology), 1990
36. Listed, WHO'S ON TOP IN PSYCHOLOGY, 1988
37. Distinguished Contribution, Society for Traumatic Stress Studies, 1988
38. Distinguished Contributions Award, Groves Conference on Marriage and the Family, 1985
39. Listed in the Inaugural Edition of *Leaders on the Frontiers of Science*, 1984
40. Listed, Expert Scientist, Scientists' Institute for Public Information, New York, 1984 - present
41. Elected Member, Sigma Xi: The Scientific Research Society, Purdue University Chapter, 1982.
42. Awarded the Life Achievement Award, Veterans Administration, 1982
43. Awarded Certificate of Commendation, American Red Cross, 1981
44. Named Distinguished Scholar, Forgotten Warriors Project (Cleveland, Ohio), 1980
45. Awarded the Margaret Sanger Founder Award, 1979
46. Awarded Presidential Outstanding Community Achievement Certificate of Vietnam Era Veterans, 1979
47. Awarded Teacher of the Year, Purdue University by Sigma Delta Chi, 1979
48. Listed in the Inaugural Edition of *Distinguished Leaders in Health Care*, 1978
49. Listed in *Outstanding Young Men of America*, 1977
50. Listed in *Who's Who in the Midwest*, 1977
51. Awarded Student Award (Runner-up), National Council on Family Relations, 1974
52. Awarded the Purdue Parents Association's Instructional Innovation Award, 1974
53. Awarded Educational Professions Development Award Fellowship, 1970-1971

## VII. PROFESSIONAL CONTRIBUTIONS

### A. Publications and Presentations:
### Books[7]

---

[7] Reviews of books by Figley are available at https://sites.google.com/site/figleypubs/home/figleys-books

1. McKinley, C. E., Spencer, M. S., Walters, K. & Figley, C. R. (2022). *Indigenous Health Equity and Wellness.* London: Routledge, 2022 **ISBN:** 978-0-367-71483-3.
2. Russell, M. C. & **Figley, C. R.** (**2021**). *Psychiatric Casualties: Why and How the Military Ignores the Full Cost of War.* New York: Columbia University Press.
3. **Figley, C. R.,** Yarvis, J., & Thyer, B. (Eds.) (**2020**). *Combat Social Work: Applying the Lessons of War to the Realities of Human Services*. New York: Oxford University Press.
4. **Figley, C. R**, Huggard, P. & Charlotte Rees (Eds.) (**2013**). *First Do No Self-Harm: Understanding and Promoting Physician Stress Resilience*. New York: Oxford University Press. Review by PsycCRITIQUES. Others[8]
5. Russell, M. C. & **Figley, C. R.** (**2013**). *Practitioner's Guide to Treating Traumatic Stress Injuries in Military Personnel: An EMDR Practitioner's Guide.* NY: Routledge. Review by Hopeli.it La Grande Libreia Online.
6. **Figley, C. R**. & Kiser, L. (**2013**). *Helping Traumatized Families*, Second Edition. NY: Routledge. Early endorsements.
7. **Figley, C. R.** (Ed.). (**2012**). *Encyclopedia of Trauma: An Interdisciplinary Guide*. Thousand Oaks, CA: Sage Reference Publications. Winner of the top awards.
8. Everson, R. B & **Figley, C. R.** (Eds.) (**2010**). *Families under Fire: A Handbook for Systemic Therapy with Military Families.* NY: Routledge. Reviewed by PsycCRITIQUES in 2012.
9. **Figley, C. R.** & Nash, W. P. (Eds.) (**2007**). *Combat Stress Injury: Theory, Research, and Management*. New York: Routledge. Reviewed by PsycCRITIQUES
10. **Figley, C. R**. & Roop, R. (**2006**) *Compassion Fatigue in the Animal Care Community*. Washington, DC: Humane Society Press.
11. **Figley, C. R.** (Ed.) (**2006**). *Mapping the Wake of Trauma: Autobiographical Essays by the Pioneers of Trauma Research*. NY: Routledge.

---

[8] "*Charles Figley is one of the most respected names in the prevention of secondary stress. The scope of the book is wonderful so I think it will fill in many areas not covered by books in the field to-date.*" —Robert J. Wicks, PhD, Professor, Loyola University; OUP author of Overcoming Secondary Stress in Medical and Nursing Practice (2005) and The Resilient Clinician (2007).

"[This book] *is long overdue...I don't think any similar books are available...Physicians are notoriously reluctant to reach out for health-related information for themselves until there is already a serious problem. Physician health program directors might be interested, and I suppose it is conceivable they might more or less strongly recommend it to their physician clients. They might also recommend it to those physicians who provide services to their clients.*" —Louise B. Andrew, MD, JD
"*[T]he editors, Charles Figley, Peter Huggard, and Charlotte Rees, put forth a lifelong-learning goal of feeling compassion toward self, increasing self-awareness, and practicing self-care over the course of one's career. Although Figley et al.'s text is written through the lens of medicine, the educational goals for holistic training are universal to the helping professions. In the spirit of giving, the editors present readers with the human side of the enterprise—training beyond the textbook. The message goes beyond a call to action to revamp medical education. It reminds us of the humanity of the 'helping professions' and asks us to hold in hand simultaneously the constructs of personal and professional identity formation.*" --Donna LaPaglia, *PsycCRITIQUES*

12. **Figley, C. R.** (Ed.) (**2002**). *Brief Treatments for the Traumatized: Special Project of the Green Cross Foundation*. West Port, Connecticut: Greenwood Publishing. Review by PsycCRITIQUES, 40, Aug 2004.

13. **Figley, C. R.** (Ed.) (**2002**). *Treating Compassion Fatigue*. Philadelphia: Brunner/Rutledge.

14. **Figley, C. R.** (Ed.) (**1998**). *The Traumatology of Grieving*. Philadelphia: Brunner/Mazel.

15. **Figley, C. R.,** Bride, B., and Mazza, N. (Eds.) (**1997**). *Death and Trauma*. London: Taylor & Francis.

16. **Figley, C. R.** (Ed.) (**1997**). *Burnout in Families: The Systemic Costs of Caring*. Boca Raton: CRC Press.

17. **Figley, C.R.** (Ed.) (**1995**). *Compassion Fatigue: Secondary Traumatic Stress Disorders from Treating the Traumatized*. New York: Brunner/Mazel. See: https://www.karger.com/Article/Pdf/289080 for the review in *Psychotherapy and Psychosomatics*.

18. Kleber, R., **Figley, C. R.,** & Gersons, B. (Eds.) (1995). *Beyond Trauma: Cultural and Societal Dynamics*. New York: Plenum Press.

19. **Figley, C.R.** (1994). *Helping Traumatized Chinese Families* (Cantonese Edition). San Francisco: Jossey-Bass Publishers.

20. **Figley, C. R.** (Ed.) (1989). *Treating Stress in Families*.  New York: Brunner/Mazel

21. **Figley, C. R.** (Ed.) (1989). *Helping Traumatized Families*. San Francisco: Jossey-Bass.

22. **Figley, C. R.** (Ed.) (1986). *Trauma and its Wake, Volume II: Traumatic Stress Disorders: Theory, Research, and Treatment*. New York: Brunner/Mazel

23. **Figley, C. R.** (Ed.) (1985). *Trauma and its Wake: The Study and Treatment of Post-Traumatic Stress Disorders*. New York: Brunner/Mazel

24. **Figley, C. R.** (Ed.) (1985). *Computers and Family Therapy*. New York: Haworth Press.

25. McCubbin, H. I. & **Figley, C. R.** (Eds.) (1983). *Stress and the Family, Volume I: Coping with Normative Transitions.* New York: Brunner/Mazel.

26. **Figley, C. R.** & McCubbin, H. I. (Eds.) (1983). *Stress and the Family, Volume II: Coping with Catastrophe.* New York: Brunner/Mazel.

27. **Figley, C. R.** & Leventman, S. (Eds.) (1980). *Strangers at Home: Vietnam Veterans since the Wa*r[9]. New York: Praeger[10].

28. **Figley, C. R** (Ed.) (1978). *Stress Disorders among Vietnam Veterans: Theory, Research, and Treatmen*t. New York: Brunner/Mazel.

---

[9] APA PsycNET: Placing the Vietnam War and its veterans within a sociohistorical perspective, the 18 expert contributors examine the sociological significance of the war and contrast the experience of Vietnam veterans with that of veterans of previous wars.

[10] Contemporary Sociology noted that the book "…there emerges a quality of readability and style that is usually far beyond the reach of such collections of readings. It is this quality that bring to fruition all the underlying sympathy for Vietnam veterans that makes *Strangers at Home* an important contribution to social science and to public policy debate (*Contemporary Sociology*, January 1982, Volume 11, Number 1, pp 80-82)."

29. **Figley, C. R.** & Francis, B. (1974). *Student Perspectives: A Review of the Graduate programs in Family Studies in North America*. Minneapolis: National Council on Family Relations.

### Books in Preparation

1. Figley, C. R. and Boscarino, J. A. (2023). *The History of Trauma – medical and mental health in the wake of trauma*.
2. Figley, C. R., Walker, L., and Serlin, I. (Eds) (2022, in preparation). Special Project of the APA Interdivisional Task Force on the Pandemic.
3. Figley, C. R. (2022). Trauma, Compassion, and Resilience: Selected Works of Charles Figley.
4. Ferreira, R. Figley, C. R. (Ed.). (2021) *Mental health consequences of dramatic climate change: Theory, research, and actions.*
5. Figley, C. R. and Saltzman, L. (2021). *Collective Trauma: Theory, research, and actions*.

### Refereed Journal Articles[11]
### Special Issue Editorships

1. Xu, Q[1] & **Figley, C. R**.[12]. (2021) Introduction to Special Issue: COVID-19 Pandemic and Its Lasting Impact on Clinical Social Work Practice and Education. Clinical Social Work Journal, 25 Oct:1-2. DOI: 10.1007/s10615-021-00820-0 PMID: 34720246 PMCID: PMC8543406.
2. McCleary, J. & **Figley, C. R.** (**2017**). Special Issue on Resilience and Trauma: Expanding definitions, uses and contexts. *Traumatology*, 23:1, 1-3. See https://www.researchgate.net/publication/315322485.
3. Mattar, S., Drozdek, B., & **Figley, C. R.** (2010). Special Issue on Culture and Trauma. *Traumatology,* 16: 4, 1-4.
4. **Figley, C. R.** (2009). Special Issue on *Culture and International Contributions*, *Traumatology*, 15 (1), 1-2.
5. **Figley, C. R**. & Marks, R. (2008). Special Issue on *Identification and Applications of Lessons Learned by the Tulane University Community. Traumatology, 14:4, 3-6.*
6. Bride, B. E., & **Figley, C. R.** (2007). Special Issue on *Compassion Fatigue. Clinical Social Work Journal*, 35:151–153.
7. **Figley, C. R**. & Jones, R. (2008). Special Issue on the 2007 Virginia Tech Shootings: Identification and Application of Lessons Learned*. Traumatology,* 14: 1, 4-7.
8. **Figley, C. R**. (2007). Special Issue on *the MHAT-IV. Traumatology*, 13:4, 4-7.

### B. Articles

1. Urosevich, T.G., Dugan, R.J., Hoffman, S.N, Kirchner, L., Adams, R. E., Boscarino, J. J., Withey, C.A., **Figley, C. R.,** and Boscarino, J. A. (2021). Genetic and Psychosocial Risk Factors for Suicide among Community-based Veterans: Implications for

[11] Copies of most of these articles are available at Researchgate.net (https://www.researchgate.net/home).

Screening, Treatment and Precision Medicine. Submitted to Pharmacogenomics and Personalized Medicine

2. Thyer, B. A. & **Figley, C. R.** (**2020**, **in review**). Pathways to Promotion: Moving from Associate Professor to Professor Confidently.

3. Urosevich, T.G., Dugan, R.J., Hoffman, S.N, Kirchner, L., Adams, R. E., Boscarino, J. J., Withey, C.A., **Figley, C. R.,** Boscarino, J. A. (**2021, in review**). A Study of Burn Pit Concerns among Gulf War, Iraq, Afghanistan and Global War on Terrorism Veterans seen in a large non-VA Healthcare System: Preliminary Findings.

## Published

### 2022 (5 articles expected)

1. Boscarino, J. A., Adams, R. E., Urosevich, T. G., Hoffman, S.N., Kirchner, H.L., Chu, X. Shi, Weiing, Boscarino, J. J., Dugan, R. J., Boscarino, J. J., Withey, C. A., & Figley, C. R. (2022). Genetic and Psychosocial Risk Factors Associated with Suicide Among Community Veterans: Implications for Screening, Treatment and Precision Medicine. *Pharmacogenomics and Personalized Medicine*. 2022:15 17–27.

### 2021  (10 articles)

2. Xu, Q[1] & **Figley, C**. **R.**[13] **(2021)** Introduction to the Special Issue: COVID-19 Pandemic and Its Lasting Impact on Clinical Social Work Practice and Education. *Clinical Social Work Journal*, **49,** 417–418. DOI: 10.1007/s10615-021-00820-0 PMID: 34720246 PMCID: PMC8543406.

3. Russell, M. C. and **Figley, C. R. (2021a).** Commentary: Treatment of Military Populations. *Psychiatric Times*, September 17.

4. Adams, R.E., Boscarino. J.A., Hoffman, S. N., Urosevich, T. G., Kirchner, H. L., Boscarino, J. J., Dugan, R. J., Withey C.A. and **Figley C.R. (2021).** Psychological well-being and alcohol misuse and among community-based veterans: Results from the Veterans' Health Study.  Journal of Addictive Diseases. September 14; 1-10. https://doi.org/10.1080/10550887.2021.1972747.

5. Adams, R.E., Boscarino. J.A., Hoffman, S. N., Urosevich, T. G., Kirchner, H. L., Boscarino, J. J., Dugan, R. J., Withey C.A. and **Figley C.R. (2021).** Psychological well-being and alcohol misuse and among community-based veterans: Results from the Veterans' Health Study.  Journal of Addictive Diseases. September 14; 1-10. https://doi.org/10.1080/10550887.2021.1972747

6. McKinley, C. E., Spencer, M.S, Walters K., and **Figley, C. R. (2021).** Mental, Physical and Social Dimensions of Health Equity and Wellness among U.S. Indigenous Peoples: What is Known and Next Steps. Editor's introduction to the special issue in the *Journal of Ethnic & Cultural Diversity in Social Work*, 30 (1/2). (Advanced online publication on June 8, 2020), Doi: https://doi.org/10.1080/15313204.2020.1770658.

7. Russell, M. C. and **Figley, C. R. (2021).** Treating psychiatric combat casualties: A working model for eliminating stigma and transforming mental healthcare within the military. *Psychiatric Times, July 28.*

8. **Figley, C. R. (2021).** Commentary - COVID Pandemic: Answering the Trauma Questions. Traumatology, 27(1), 3–5.

9. Ali, D.A., **Figley, C.R.,** Tedeschi, R.G., Galarneau, D., Amara, S. **(2021).** Shared trauma, resilience, and growth: A roadmap toward transcultural conceptualization. *Psychological Trauma: Theory, research, practice, and policy*, June 17. PMID: 34138612 DOI: 10.1037/tra0001044 .

10. Adams, R.E., Hu, Y., **Figley C.R.,** Urosevich, T G., Hoffman, S N., Kirchner, H. L., Dugan, R. J., Boscarino, J. J., Withey C.A. and Boscarino. J.A. **(2021).** Risk and protective factors associated with mental health among female military veterans: results from the veterans' health study. *BMC Women's Health*, 21:55 https://doi.org/10.1186/s12905-021-01181-z.

11. McKinley, C. E., Boel-Studt, S. Renner, L. M. & **Figley, C. R. (2021).** Risk and Protective Factors for Symptoms of Depression and Anxiety among American Indians: Understanding the Roles of Resilience and Trauma. *Psychological Trauma: Theory, research, practice, and policy.* Vol, 13, No. 1, 16-25. http://dx..org/10.1037/tra0000950.

**2020 (7 articles)**

12. Boscarino, J. J., **Figley, C.R.**, Adams, R.E., Urosevich, T.G., Kirchner, H.L., and Boscarino, J.A. **(2020).** Mental health status in veterans residing in rural versus non-rural areas: results from the veterans' health study. *Military Medical Research*, **7**, Article number 44

13. Adams, R.E., Hu, Y., **Figley, C.R.,** Urosevich, T.G., Hoffman, S.N. Kirchner, H.L., Dugan, R.J., Boscarino J. J., Withey, C.A., Boscarino, J. A. **(2020).** Risk and protective factors associated with mental health among female military veterans: Results from the Veterans' Health Study. BMC Women's Health: DOI: 10.21203/rs.2.18132/v3

14. Boscarino, J.E., Adams, RE, Urosevich, T.G., Hoffman, S.N. Kirchner, H.L., Dugan, R.J., Boscarino, J.J., Withey, C.A., & **Figley, C.R. (2020).** Guard/Reserve service members and mental health outcomes following deployment: Results from the Veterans' Health Study. *General Hospital Psychiatry*, 62, 102-103.

15. McKinley, C. E., Boel-Studt, S., Renner, L. N., **Figley, C. R.**, Theall, K. P., Miller Scarnato, J. & Billiot, S. (**2020**). The Family Resilience Inventory: A Culturally Grounded Measure of Current and Family-of-Origin Protective Processes in Native American Families. *Family Process*, 59:2, 695-708, June. https://doi.org/10.1111/famp.12423.

16. Boscarino, J.J., Hu, Y., Dugan, R. J., Urosevich, T.G., Adams R. E., Hoffman, S. N., Kirchner, H. K., Withey, C. A., **Figley, C.R.,** & Boscarino, J. A. (**2020**). Post-deployment Mental Health Treatment-seeking among Iraq and Afghanistan Veterans Seen non-VA Facilities: Opportunities for Improving Care for Veterans.

17. McKinley, C.E., Boel-Studt, S, Renner, L.M., **Figley, C.R.**, Billiot, S., & Theall, K.P. (**2020**). The Historical Oppression Scale: Preliminary conceptualization and

measurement of historical oppression among Indigenous peoples of the United States. *Transcultural Psychiatry*, 51, 2, p. 288-303.

18. Hu, Y., Chu, X., Ursevich, T.G., Hoffman, S. N., Kirchner, H.L., Adams, R. E. , Dugan, R. J., Shi, W., Withey, C. A., **Figley, C. R.,** & Boscarino, J.A. (**2020**). Predictors of Current DSM-5 Diagnosis and Symptom Severity among Deployed Veterans: Significance of Predisposition, Stress Exposure, and Genetics. *Neuropsychiatric Disease and Treatment*, 16, 53-54. See: https://www.dovepress.com/predictors-of-current-dsm-5-ptsd-diagnosis-and-symptom-severity-among--peer-reviewed-fulltext-article-NDT.

## 2019 (6 articles)

19. Descilo, T., Fava, N.M., Burke, S.L., Acosta, I, Swanson, A & **Figley, CR** (**2019**). Effects of Traumatic Incident Reduction on Posttraumatic Symptoms in a Community-Based Agency. *Research on Social Work Practice*, 29 (4), 401-409.

20. McKinley, C.E., **Figley, C.R.**, Woodward, S., Liddell, J., Billiot, S., Comby, N., & Sanders, S. (**2019**). Community-Engaged and Culturally Relevant Research to Develop Mental and Behavioral Health Interventions with American Indian and Alaska Natives. *American Indian and Alaska Native Mental Health Research, 26*(3) [Retrieved from http://www.ucdenver.edu/academics/colleges/PublicHealth/research/centers/CAIANH/journal/Documents/Volume-26/26_3_2019_79_mckinley.pdf.]

21. McKinley, C. E., Renner, L. M., & **Figley, C. R.** (**2019**). The Framework of Historical Oppression, Resilience, and Transcendence to Understand Disparities in Depression among Indigenous Peoples. *British Journal of Social Work*, 49(4), 943-962. Doi: 10.1093/bjsw/bcz041. See: https://academic.oup.com/bjsw/article/49/4/943/5480431.

22. Boscarino, J.A., Adams, R.E., Urosevich, T.G., Hoffman, S. N., Kirchner, H.L., Dugan, R. J., Boscarino, J. J., Withey C.A., & **Figley, C.R.** (**2019**). Guard/Reserve service members and mental health outcomes following deployment: Results from the Veterans' Health Study. *General Hospital Psychiatry*, April. Letter to the Editor. Available from: https://www.researchgate.net/publication/331785335 [accessed Jul 09 2019].

23. Adams, R. E., Urosevich, T. G., Hoffman, S. N., Kirchner, H. L., **Figley, C. R**., Withey, C. A., Boscarino, J. J., Dugan, R. J. & Boscarino, J. A. (**2019**). Social and Psychological Risk and Protective Factors for Veteran Well-Being: The Role of Veteran Identity and Its Implications for Intervention. *Military Behavioral Health*, DOI: 10.1080/21635781.2019.1580642.

24. Hoffman, S.N., Urosevich, T. G., Kirchner, H. L., Boscarino, J. J., Dugan, R. J., Withey, C.A., Adams, R.E., **Figley, C. R.,** & Boscarino, J.A. (**2019**). Grapheme-color Synesthesia is Associated with PTSD among Deployed US Veterans: Confirmation of Previous Findings and Need for Additional Research. *International Journal of Emergency Mental Health*, 21:1. DOI: 1522-4821. See: https://bit.ly/2ZzYSXr.

## 2018 (5 articles)

25. Russell, M.C., Schaubel, S., & **Figley, C.R**. (**2018b**). The Darker Side of Military Mental Healthcare, Part Three: Five Deadly Strategies to Manage its Mental Health Dilemma. *Psychological Injury and Law*, 11:1, 69-104. See: https://bit.ly/2FAnQ3p.
26. Urosevich TG, Boscarino, JJ,  Hoffman SN, Kirchner HL, **Figley CR**, Adams, RE, Withey, CA, & Boscarino JA (**2018**). Visual Dysfunction and Associated Co-morbidities as Predictors of Mild Traumatic Brain Injury Seen Among Veterans in Non-VA Facilities: Implications for Clinical Practice. *Military Medicine*, 183(5), DOI: 10.1093/milmed/usy102.
27. Russell, M. C., Schaubel, S., & **Figley, C. R.**, (**2018a**). The Darker Side of Military Mental Healthcare, Part Two: Five Deadly Strategies to Manage its Mental Health Dilemma. *Psychological Injury and Law*, 11:1, 37-68. https://doi.org/10.1007/s12207-017-9311-9.
28. Russell, M. C., Schaubel, S., & **Figley, C. R**. (**2018**). The Darker Side of Military Mental Healthcare, Part One: Understanding the Military's Mental Health Dilemma. *Psychological Injury and Law*, 11:1, 22-36. See: https://bit.ly/2DxvNnj.
29. Boscarino J. A., Adams RE, Urosevich TG, Hoffman SN, Kirchner HL, Boscarino, JJ, Withey, CA, Dugan, RJ, & **Figley CR** (**2018**). Mental Health Impact of Homecoming Experience Among 1730 Formerly Deployed Veterans from the Vietnam War to current conflicts: Results from the Veterans' Health Study. *The Journal of Nervous and Mental Disease*, Volume 206, Number 10, October.  See: https://bit.ly/2FwaPrz.

## 2017 (15 articles)

30. **Figley, C. R.** (2017). It might not be burnout: Recognizing compassion fatigue and building resilience. *Journal of Oncology Navigation and Survivorship*, 8, 194.
31. Adams, R. E., Urosevich, T. H., Hoffman, S. N., Kirchner, H. L., Hyacinthe, J. C., **Figley, C. R**., & Boscarino, J. A. (**2017**). Social support, coping resources, mental health problems, and treatment seeking among veterans in non-VA facilities: Results from the Veterans' Health Study.  *Military Behavioral Health*, 5(4): 393–405. See https://www.researchgate.net/publication/317122913.
32. Boscarino JA, Hoffman S, Urosevich T, Kirchner HL, Hyacinthe J, Adams R, **Figley CR** (**2017**). Alcohol misuse among formerly deployed U.S. service members seen in non-VA facilities: results from the veterans' cohort study. *Journal of Patient-Centered Research Review*, 4:189. See: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5663244/.
33. Burnette, C. E. & **Figley, C. R**. (**2017**) Risk and protective factors related to the wellness of American Indian and Alaska Native youth: A systematic review. *International Journal of Child Health and Human Development 9(3).* See https://www.researchgate.net/publication/303785876.
33. Corzine, E., **Figley, C. R.,** Marks, R., Cannon, C., Lattone, V., and Weatherly, C. (**2017**). Identifying Trauma Resilience Truisms: Israeli experts on trauma resilience. *Traumatology*, 23:1, 4-9. See

https://www.researchgate.net/publication/309330963_Identifying_Resilience_Axioms_Israeli_Experts_on_Trauma_Resilience.

34. Descilo, T., Fava, N. M., Burke, S., Costa, I., Swanson, A., & **Figley C. R.** (**2017**). Effects of traumatic incident reduction on posttraumatic symptoms in a community-based agency. *Research in Social Work Practice* Vol. 4: 2. See https://digitalrepository.aurorahealthcare.org/jpcrr/vol4/iss3/101/.

35. Everson, R. B., Darling, C., Joseph Herzog, **Figley, C. R.** & King, D. (**2017**). Quality of life among U.S. Army spouses during the Iraq war, *Journal of Family Social Work*, DOI: 10.1080/10522158.2017.1279578. See https://www.researchgate.net/publication/313943698.

36. **Figley, C. R**. & Burnette, C. E. (**2017**). Building bridges: Connecting systemic trauma and family resilience in the study and treatment of diverse traumatized families. *Traumatology,* 23:1, 95-101. See https://www.researchgate.net/publication/309689584.

37. Hyacinthe J, Hoffman S, Urosevich T, Kirchner HL, Adams R, **Figley C.R,** Boscarino J. (**2017**). Postdeployment Mental Health Status and Obesity Among a Multigenerational Sample of U.S. Veterans. *Journal of Patient-Centered Research and Reviews (JPCRR)*, 4:3, 162. See http://digitalrepository.aurorahealthcare.org/jpcrr/vol4/iss3/45/.

38. Karaırmak, O. & **Figley, C. R.** (**2017**) Resiliency in the Face of Adversity: A Short Longitudinal Test of the Trait Hypothesis, *The Journal of General Psychology*, 144:2, 89-109, DOI: 10.1080/00221309.2016.1276043. See https://www.researchgate.net/publication/315372795.

39. Ludick, M. & **Figley, C. R.** (**2017**). Toward a Mechanism for Secondary Trauma Induction and Reduction: Reimagining a Theory of Secondary Traumatic Stress. *Traumatology*, 23:1, 112-123. See https://www.researchgate.net/publication/309754895.

40. McCleary, J. & **Figley, C. R.** (**2017**). Special Issue on Resilience and Trauma: Expanding definitions, uses and contexts. *Traumatology*, 23:1, 1-3. See https://www.researchgate.net/publication/315322485.

41. Russell, M. C. & **Figley, C. R.** (**2017**). Do the Military's Frontline Psychiatry/Combat and Operational Stress Control Doctrine Help or Harm Veterans? Part One: Framing the Issue. *Psychological Injury and Law*, 10:1–23 DOI 10.1007/s12207-016-9278-y. See https://www.researchgate.net/publication/313087231.

42. Russell, M. C. & **Figley, C. R.** (**2017a**). Do the Military's Frontline Psychiatry/Combat Operational Stress Control Programs Benefit Veterans? Part Two: Systematic Review of the Evidence. *Psychological Injury and Law*. 10: 24-71. See: https://www.researchgate.net/publication/313555132.

43. Russell, M. C. & **Figley, C. R.** (**2017b**). Is the Military's Century-old Frontline Psychiatry Policy Harmful to Veterans and their Families?  Part Three of a Systematic Review. *Psychological Injury and Law*. 10: 72-95. DOI 10.1007/s12207-016-9280-4. See https://www.researchgate.net/publication/313418200.

44. Zwanziger, T., Anderson, C., Lewis, J., Ferreira, R. & **Figley, CR** (**2017**). Resilience and Knowledge of PTSD Symptoms in Military Spouses. *Traumatology*, 23:1, 43-48. See https://reachmilitaryfamilies.umn.edu/research/document/13460.

**2016 (5 articles)**

45. Burnette, C. E. & **Figley, C. R.** (**2016**). Historical Oppression Resilience: Can a framework help explain violence and health disparities experienced by Indigenous peoples? *Social Wor*k. Advance Access published November 5. doi: 10.1093/sw/sww065.

46. Russell, M. C., Zinn, B. & **Figley, C. R**. (**2016**). Exploring Options Including Class Action to Transform Military Mental Healthcare and End the Generational Cycle of Preventable Wartime Behavioral Health Crises. *Psychological Injury and Law*, 9:2, 166-197.

47. Russell, M. C., Butkus, S., & **Figley, C. R.** (**2016a**). Is it time for a Behavioral Health Corps? Ending the Generational Cycle of Preventable Wartime Mental Health Crises-Part 2. *Psychological Injury and Law*, 9:1, 73-86.

48. Russell, M. C., Butkus, S., & **Figley, C. R.** (**2016**). Contribution of Military Organization and Leadership Factors in Perpetuating Generational Cycle of Preventable Wartime Mental Health Crises: Part One. *Psychological Injury and Law,* 8:4, 265-356

49. Burnette, C. E. & **Figley, C. R.** (**2016**). * Risk and protective factors related to the wellness of American Indian and Alaska Native youth: A systematic review. *International Public Health Journal,* 8(2): 137-154[14].

**2015 (4 articles)**

50. Russell, M.C. & **Figley, C.R.** (**2015a**). Investigating Recurrent Generational Wartime Behavioral Health Crises: Part Two of a Preliminary Analysis. *Psychological Injury and Law*, 8:2,132-152.

51. Russell, M.C. & **Figley, C.R.** (**2015b**). Generational Wartime Behavioral Health Crises: Part One of a Preliminary Analysis. *Psychological Injury and Law*, 8:2, 106-131.

52. Russell, M.C., **Figley, C. R.** & Robertson, K. R. (**2015**). Investigating the Psychiatric Lessons of War and Pattern of Preventable Wartime Behavioral Health Crises. *Journal of Psychology and Behavioral Science*, 3:1, 1-12.

53. Moylan, G., Burgess, A. W., **Figley, C. R.,** Bernstein, M. (**2015**). Motivating Game-Based Learning Efforts. *Higher Education Journal of Distance Education Technologies*, 13(2), 55-73, April-June.

**2014 (7 articles)**

54. Chapman, P. L., Elnitsky, C., Pitts, B. L, **Figley, C. R.,** Thurman, R. M., & Unwin, B. (**2014**). Mental health, help seeking, and stigma and barriers to care among 3-and 12-month post-deployed and never deployed US Army combat medics. *Military Medicine*, 179:8S, 55-62.

55. **Figley, C. R.** (**2014b**). Can Neuroscience Findings Improve Care for Traumatized Individuals? A Review of Trauma-Informed Care: How Neuroscience Influences Practice by Amanda Evans and Patricia Coccoma. New York, NY: Routledge/Taylor & Francis Group, PsychCRITIQUES, September 8, Vol. 59, No. 36, Article 8.

56. **Figley, CR** (**2014a**) Facing Family Violence: Some Help for Practitioners. A Review

---

[14] Also will be published in the *International Journal of Child Health and Human Development 9*(3).

of Family Violence: Explanations and evidence-based Practice by David M. Lawson. Alexandria: American Counseling Association, 2013. 344pp. *PsycCRITIQUES,* January 13, 2014, 59:2S.

57. Everson, R. B., Herzog, J. R., **Figley, C. R** & Whitworth, J. D. (**2014**). A Model for Assessing the Impact of Combat-Related Deployments on US Army Spouses. *Journal of Human Behavior in the Social Environment*. 24:4, 422-437.

58. Russell, M. C. & **Figley, C. R.** (**2014**). Overview of the Affordable Care Act's Impact on Military and Veteran Mental Health Services: Nine Implications for Significant Improvements in Care. *Journal of Social Work in Disability & Rehabilitation*. 13: 1-2, 162-196.

59. Boscarino, J. A., Hoffman, S. N., Kirchner, J. L., Erlich, P. M., Adams, R. E., **Figley, C. R.**, Solhkhah, R. (**2014**). Mental Health outcomes among vulnerable residents after Hurricane Sandy: Implications for disaster research and planning. *American Journal of Disaster Medicine*, 9:2, 107-120.

60. Chapman, P. L., Elnitsky, C., Thurman, R. M., Pitts, B. L, **Figley, C. R.**, & Unwin, B. (**2014**). Posttraumatic stress, depression, stigma, and barriers to care among US Army healthcare providers. *Traumatology*, 20, 19-23.

## 2013 (3 articles)

61. Boscarino, J. A., Hoffman, S. N., Kirchner, J. L., Erlich, P. M., Adams, R. E., **Figley, C. R.** & Solhkhah, R. (**2013**). Mental Health Outcomes at the Jersey Shore after hurricane Sandy. International *Journal of Emergency Mental Health and Human Resilience*, 15:3, 147-158..

62. Pitts, B. L.; Chapman, P. L.; Safer, M.A; Unwin, B.; **Figley, C. R.;** Russell, D. W. (**2013**). Killing versus witnessing trauma: Implications for the development of PTSD in combat medics. *Military Psychology*, 25:6, 537-544.

63. Elnitsky, C., Chapman, P. L., Thurman, R. M., Pitts, B. L., **Figley, C. R.,** & Unwin, B. K. (**2013**). Gender differences in combat medic mental health services barriers and stigma. *Military Medicine*, 179: 7, 775-784.

## 2012 (7 articles)

64. Boscarino, J. A., Kirchner, H. L., Hoffman, S. N., Sartorius, J., Adams, R. E., and **Figley, C. R.** (**2012**). The New York PTSD risk score for assessment of psychological trauma: Male and female versions. *Psychiatry Research*, 827-834.

65. **Figley, C. R.** & Boscarino, J. (**2012**). The Traumatology of life. *Journal of Nervous and Mental Disease*, 200: 1113-1120.

66. Boscarino, J. & **Figley, C. R** (**2012**). Understanding the Neurobiology of Fear Conditioning and Emergence of Posttraumatic Stress Disorder Psychobiology: Commentary on Blanchard. *Journal of Nervous and Mental Disease*, 200: 740-744.

67. **Figley, C. R.** (**2012**). The Philosophical Analysis of a Psychological Stance: A review of *In Defense of Shame: The Faces of an Emotion* by Julian A. Deonna, Raffaele Rodogno, and Fabrice Teroni. NY: Oxford University Press, 168 pp. ISBN: 987-0-19-979353-2. *PsycCRITIQUE* (Contemporary Psychology: APA Review of Books), Vol 57, Release 29, Article 6.

68. Chapman, P. L., Cabrera, D., Varela-Mayer, C. Bakr, M., Elnitsky, C., Pitts, B. L., **Figley, C. R.,** Thurman, R. M., Chli-Dean, L., Mayer, P. (**2012**). Training,

deployment preparation, and combat experiences of deployed health care personnel: key findings from deployed U.S. Army combat medics assigned to line units. *Military Medicine*, 177(3), 270-277.

69. Chapman, P. L., Baker, M. Cabrera, D., Varela-Mayer, C., Elnitsky, C., **Figley, C.R.,** Thurman, R. M. Mayer, P. (**2012**). Mental Health and Stigma and Barriers to Care: Key Findings from U.S. Army Combat Medics Deployed with Line Units. *Military Medicine*, 177:3, 270-277.

70. Boscarino, J. A., Kirchner, H. L., Hoffman, S. N., Sartorius, J., Adams, R. E., and **Figley, C. R**. (**2012**). Predicting Future PTSD using a Modified New York Risk Score: Implications for Patient Screening and Management. *Minerva Psichiatrica*, 31:1, 47-59.

**2011 (3 articles)**

71. Boscarino, J. A., Kirchner, H. L., Hoffman, S. N., Sartorius, J., Adams, R. E., and **Figley, C. R.** (**2011**). A Brief Screening Tool for Assessing Psychological Trauma in Clinical Practice: Development and Validation of the New York PTSD Risk Score. *Gen Hosp Psychiatry*. [on line edition July 20]

72. Boscarino, J. A., Adams, R. E. & **Figley, C. R. (2011).** Mental Health Service Use After the World Trade Center Disaster: Utilization Trends and Comparative Effectiveness Findings, *Journal of Nervous and Mental Disease*, 199:2, 91-99.

73. Borre, D., Tan, M., & Figley, C. R. (**2011**). Compassion Fatigue, Burnout, and Compassion Satisfaction among Emergency Room Nurses. *Journal of the Mississippi Academy of Sciences,* 56:1, 25-31.

**2010 (3 articles)**

74. Boscarino, J. A., Adams, R. E. & **Figley, C. R. (2010).** Secondary Trauma Issues for Psychiatrists. *Psychiatric Times*, 27:11:24-26.

75. Mattar, S., Drozdek, B., & **Figley, C. R**. (**2010**). Introduction to the Special Issue: Culture and Trauma. *Traumatology*, 16: 4, 1-4.

76. **Figley, C. R**., Chapman, P., Ashkanani, H., Al Naser, F., & Donnelly, E. (**2010**). Well-being in a Deeply Religious Society: The First Household Survey of Kuwaitis. *American Journal of Orthopsychiatry*, 80:4, 593-600.

**2011 (8 articles)**

77. **Figley, C. R**. (2009). Now We Know Much about the Neurobiology of PTSD: So What? A Review of *Post-Traumatic Stress Disorder: Basic Science and Clinical Practice*. Edited by Priyattam J. Shiromani, Terence M. Keane, and Joseph E. LeDoux. (Eds). Post-traumatic stress disorder: *Basic science and clinical*

*practice*.New York, NY: Humana Press (Springer Science + Business Media, LLC), 407 pp. (ISBN 978-1-60327-328-2; e-ISBN 978-1-60327-329-9). PsycCRITIQUES.

78. **Figley, C. R**. & Figley, K. R. (2009). Stemming the Tide of Trauma Systemically: The Role of Family Therapy. *Australian & New Zealand Journal of Family Therapy*, 173-183.

79. Bride, B. E. and **Figley, C. R.** (2009).  Secondary Trauma and Military Veteran Caregivers. *Smith College Studies in Social Work*.79: 3&4, 314-329.

80. Boscarino, J. A. & **Figley, C. R.** (2009). The Impact of Repression, Hostility, and PTSD on all-Cause Mortality: A Prospective 16-Year Follow-up Study. The *Journal of Nervous and Mental Disease*, 197(6): 461-466.

81. **Figley, C. R.** (2009b). Why Torture Doesn't Work and Other Trauma Psychology Lessons: A review of The Trauma of Psychological Torture, Edited by Almerindo E. Ojeda. Westport, CT:  Praeger, 2008. *PsycCRITIQUES*, 54:22.

82. Chapman, P., **Figley, C. R.**, Askanani, H R., Al Naser, F. (2009). Measuring Mental Health Following Traumatization: Psychometric Analysis of the Kuwait Raha Scale Using a Random National Household Data Set, the *American Journal of Orthopsychiatry*, 79(2), Apr **2009**, 221-227.

83. **Figley, C. R**., Hall, N., & Nash, W.P. **(2009).** Combat stress injuries: Toward a psychoneuroimmunological model for research, treatment, and prevention. *Brain, Behavior, and Immunity*, 23: S36, doi: 10.1016/j.bbi.2009.06.045.

84. **Figley, C. R. (2009a).** An introduction to the Special Issue on Culture and International Contributions, *Traumatology*, 15 (1), 1-2.

## 2008 (5 articles)

85. **Figley, C. R.** & Marks, R. (**2008**). An Introduction to the Special Issue, Identification and Applications of Lessons Learned by the Tulane University Community. *Traumatology*, 14:4, 3-6.

86. **Figley, C. R.** & Jones, R. (**2008**). The 2007 Virginia Tech Shootings: Identification and Application of Lessons Learned. *Traumatology,* 14: 1, 4-7.

87. Adams, R. E., **Figley, C. R**., & Boscarino, J. A. (**2008**). The Compassion Fatigue Scale: Its use with social Workers Following Urban Disaster. *Research on Social Work Practice*, 18:3, 238-250.

86. Ridha, H., Al Naser, F., & **Figley, C. R**. (2008). Developing a Measure of Contentment in an Arab Muslim Country: Implications for Cross Cultural Research in Social Work. *European Journal of Social Work*, 11:1, 1-11.

87. Rank, M. G., Chaffin, I., **Figley, C. R**., and Lawrence, T., (2008). The treatment of posttraumatic stress disorder in an extended care psychiatric rehabilitation program. *Work: A Journal of Prevention, Assessment, and Rehabilitation*, 30: 2, 113-121.

**2007(4 articles)**

88. Figley, C. R. (2007). An Introduction to the Special Issue on the MHAT-IV. *Traumatology*, 13:4, 4-7.

89. Bride, B. E., & Figley, C. R. (2007). The Fatigue of Compassionate Social Workers: An Introduction to the Special Issue on Compassion Fatigue. *Clinical Social Work Journal*, 35:151–153.

90. Bride, B. E., Radey, M., & Figley, C. R. (2007). Measuring compassion fatigue. *Clinical Social Work Journal*, 35:155-163.

91. Radey, M. & Figley, C. R. (2007). The social psychology of compassion. *Clinical Social Work Journal*, 35: 207-214.

**2006 (3 articles)**

92. Boscarino, J. A., Adams, R. E., and **Figley, C. R.** (**2006**). Worker productivity and outpatient service use after the September 11th Attacks: Results from the New York City terrorism outcome study. *American Journal of Industrial Medicine*, 49: 670-682.

93. Boscarino, J. A., Adams, R.E., **Figley, C. R.,** Galea, S. & Foa, E. B. (**2006**). Fear of terrorism and preparedness in New York City 2 years after the attacks: Implications for disaster planning and research. *Journal of Public Health Management and Practice*, *12(6), 505-513.*

94. Adams, R.E., Boscarino, J. A. and **Figley, C.R.** (**2006**). Compassion fatigue and Psychological Distress Among Social Workers: A Validation Study. *American Journal of Orthopsychiatry*, 76:1, 103-108.

**2005 (4 articles)**

95. Al Naser, F., Ridha, H., and **Figley, C. R.** (**2005**). Adopting a Strength-based, Indigenous-focused Approach to Studying Kuwaiti Post-traumatic Stress. *Digest of Middle East Studies (DOMES)*, 14:2, 1-10.

96. **Figley, C. R.** (**2005**). Strangers at Home: A commentary on the secondary traumatization in partners and parents of Dutch peacekeeping soldiers. *Journal of Family Psychology,* 19:2, 227-229.

97. Boscarino, J. A., Adams, R. E., and **Figley, C. R. (2005**). A Prospective Cohort Study of the Effectiveness of Employer-Sponsored Crisis Interventions after a Major Disaster. *International Journal of Emergency Mental Health*, Volume 7, 9-22.

98. **Figley, C. R.** (**2005**). Review of Beyond Trauma: Conversations on Traumatic Incident Reduction, edited by Victor R. Volkman, Ann Arbor, Michigan: Loving Healing Press, 2003 for the *Journal of Trauma and Dissociation*, 6:3, 145-147.

**2004 (9 articles)**

99. Boscarino, J., **Figley, CR.,** Adams, RE., Galea, S., Resnick, H., Fleischman, AR., Bucuvalas, M., and Gold, J. (**2004**). Adverse Reactions Associated with Studying Persons Recently Exposed to Mass Urban Disaster. *Journal of Nervous and Mental Disease*, 192:8, 515-524.

100.    Boscarino, J., **Figley, C. R.**, and Adams, R. E. **(2004).** Mental health services use 1-year after the World Trade Center Disaster: Implications for mental health care. *General Hospital Psychiatry*, 26, 346-358. DOI: 10.1016/j.genhospsych.2004.05.001

101.    Boscarino, J. A., **Figley, C. R.**, and Adams, R. E. (**2004**). Fear of terrorism in New York on the brink of war. *Annals of Epidemiology*, 13:8(1), 572.

102.    **Figley, C. R. (2004c).** Review of Treating Psychological Trauma and PTSD, edited by John P. Wilson, Matthew J. Friedman, and Jacob D. Lindy. NY: Guilford for the Journal of Trauma Practice, 3:3, 87-90.

103.    **Figley, C. R.** (**2004b**). El programa de certificion en psicotraumatologia como respuesta al abordaje del tratamiento del estres provocado por el terrorismo a nivel nacional e internacional. *Revista de Psicotraum*U, 3:2, 36-39.

104.    **Figley, C.R.** (**2004a**). From Necessity to Reality: The History, Philosophy, and Programs of the Green Cross Foundation. *Traumatology*, 10:1, 55-56.

105.    Boscarino, J. A., **Figley, C. R.** and Adams, R. E. (**2004**). Evidence of Compassion Fatigue following the September 11 Terrorist Attacks: A Study of Secondary Trauma among Social Workers in New York. *International Journal of Emergency Mental Health*, 6:2, 98-108.

106.    Bride, B. E., Robinson, M. M., Yegidis, B. and **Figley, C. R. (2004)**. Development and Validation of the Secondary Traumatic Stress Scale. *Research on Social Work Practice*, 14:1, 27-36.

### 2003 (10 articles)

107.    Weaver A.J., Flannelly, L.T., Garbarino, J., Figley, C. and Flannelly, K.J. (**2003**). A Review of the Research on Religion and Spirituality. The Journal of Traumatic Stress: 1990-1999. *Mental Health, Religion and Culture, 6:3, 215-228*.

108.    Figley, C. R. (**2003c**). Fishing Lessons for Treating the Traumatized: History of the Traumatology Certification Program. *Traumatology*, 9:4, 187-192.

109.    Roberts, S., Weaver, A.J., Flannelly, K. J. and Figley, C. R. (**2003**). Compassion Fatigue Among Chaplains and Other Clergy after September 11th. *Journal of Nervous and Mental Diseas*e, 191:11, 756-758.

110.    Boscarino, J. A., Figley, C. R. and Adams, R. E. (**2003e**). Fear of Terrorism One Year after the Terrorist Attacks in New York City: Implications for Public Mental Health. *International Journal of Emergency Mental Health*, 5:4, 199-209.

111.    Boscarino, J. A., Figley, C. R., Adams, R. E. (2003d). Iatrogenic effects of interviewing patient recently exposed to psychological trauma. American Journal of Epidemiology. 157: 111, S71.

112.    Boscarino, J. A., Figley, C. R., Adams, R. E. (2003c). Fear of terrorism in NY and its psychological impact 1-year after the September 11 attacks. American Journal of Epidemiology. 157: 111, S89.

113.    Figley, C. R. (2003b). El tratmieno del Stress post-traumatico, una perspectiva basada en la teoria. Revista de Psicotrauma para Iberoamerica. Vol II, No.1, Mayo 2003 www.psicotrauma.com.ar

114.    Figley, C. R. (2003a). Review of Scott O. Lilienfeld, Steven Jay Lynn, and Jeffrey M. Lohr (Eds.) Science and Pseudoscience in Clinical Psychology (New York: Guilford, 2002), Journal of Trauma Practice, 2:4, 234-237.

115.    Ospina-Kammerer, V. and Figley, C. R. (2003). An Evaluation of the Respiratory One Method (ROM) in Reducing Emotional Exhaustion Among Family Physician Residents. International Journal of Emergency Mental Health, 5: 1, 29-32.

116.    Salston, M.D. and Figley, C. R. (2003). Secondary traumatic stress effects of working with survivors of criminal victimization. Journal of Traumatic Stress, 16:1, 167-174.

117.    Giannantonio, M., van der Kolk, B., Figley, C. R. (**2003**). Psicotraumatologiae psicologia dell'emergenza. Ecomind, 2: 2, 193-199.

### 2002 (5 articles)

**118.**    Figley, C. R. (2002b). Compassion fatigue: psychotherapists' chronic lack of self care. *Journal of Clinical  Psychology*, 58(11): 1433-41. doi: 10.1002/jclp.10090.

119.    Figley, C. R. (**2002a**). Origins of Traumatology and Prospects for the Future, Part I. *Journal of Trauma Practice*, 1:1, pp. 17-32.

120.    Figley, C. R. and Figley, K. R. (2002). The Green Cross Project: A model for providing emergency mental health aid after September 11. *Phi Kappa Phi Forum*, 82:2, 42-48.

**121.**    Figley, C. R. (**2002**). Review of *Effective Treatments of PTSD*, E. Foa, T. Keane, & M. Friedman (Eds.), New York: Guilford, 2000. *Journal of Trauma Practice*, 1:2, 95-97.

122.    Figley, C. R., Figley, K. R. & Norman, J. (**2002**). Tuesday Morning September 11, 2001: The Green Cross Projects Role as a Case Study in Community-Based Traumatology Services. *Journal of Trauma Practice*, 1:4, 13-36.

123.    Torres, S., Figley, C.R., & Han, H-R. & Laude, M. (**2002**). Stressful Life Events and Coping Mechanisms in Anglo and Hispanic Battered Women. *Hispanic Health Care International: Journal of the National Association of Hispanic Nurses,* 1:2, 102-118.

### 2001 (2 articles)

124.    Figley, C. R. & Figley, K. R. (**2001**). September 11th Terrorist Attack: Application of Disaster Management Principles in Providing Emergency Mental-Health Services. *Traumatology,* 7:4, 143-151.

125.    Figley, C. R. (**2001**). Review of Post-Traumatic Stress Disorders: Concepts and Therapy by William Yule. *Traumatology*, 8:1, 32-34.

### 2000 (7 articles)

126.    Dietrich, A., Maxfield, L., Baranowsky, A. Navarro, M., Gentry, J. E., Harris, C. J. and Figley, C. R. (**2000**) New Approaches to the Treatment of Post-Traumatic Stress Disorders. *Traumatology*, 6:4, 251-272.

127.    Figley C.R., Leeds A.M., Tinker-Wilson S.A., van der Kolk B.A. (**2000**). Further discussion of EMDR for treatment of PTSD. *Journal of Clinical Psychiatry*, 10: 785-785.

128.    Figley, C. R. (**2000d**). Post-Traumatic Stress Disorder. *Clinical Update, 2:5 (September), 1-8.*

129.    Figley, C. R. (**2000c**). Traumatizacion sistemica: el transtorno por estres traumatico secundario en los terapeutas familiares. *Sistemas Familiares*, 16:2 (Julio), 128-142.

130.    Figley, C. R. and Peeples, K. A. (**2000**). An Interview with Charles Figley: Burnout in Families and Implications for the Profession. *The Family Journal*, April, 203-206.

131.    Figley, C. R. (**2000b**). Review of *Trauma: A Genealogy* by Ruth Leys, Chicago: University of Chicago Press. *Traumatology*, 6:2, 139-143.

132.    Figley, C. R. (**2000a**) Review of *Two Minds: The Revolutionary Science of Dual-Brain Psychology* by Frederic Schiffer, New York: Free Press, 1998. *Traumatology*, 6:1, 61-63.

**1999 (2 articles)**

133.    Carbonell, J. L. and Figley, C. R. **(1999).** A Systematic Clinical Demonstration of Promising PTSD Treatment Approaches. Prevention and Treatment. *Traumatology*, 5:2, 92-105.

134.    Figley, C. R., Carbonell, J. L., Boscarino, J. A., and Chang, J. A. **(1999).** Clinical Demonstration Model of Asserting the Effectiveness of Therapeutic Interventions: An Expanded Clinical Trials Method. *International Journal of Emergency Mental Health*, 2:1, 1-9.

**1998 (3 articles)**

135.    Figley, C. R. (**1998e**). Neurobiology, treatment innovations, and a cyclone in the Cook Islands: Implications for understanding and treating PTSD. *Traumatology*, 4:2, 84-98.

136.    Figley, C. R. (**1998d**). Psychological Debriefing, Troubled Children, and Homophobia: Toward a Multidisciplinary, Multidimensional Field of Traumatology. *Traumatology*, 4:1, 3-6.

137.    Figley, C. R. (**1998c**). Review of John P. Wilson and Terrence M. Keane (Eds.), Assessing psychological trauma and PTSD. New York: Guilford Press, 1997. *Contemporary Psychology* (April), 27:2, 128-130.

**1994-1997 (6 articles)**

138.    Figley, C. R. **(1997b).** The national defense flaw: Reservist family healthcare. *Families, Systems, & Health*, 15:1, 75-78. doi: 10.1037/h0089808

139.    Figley, C. R. **(1997a).** The health, mental health implications of the Gulf War on military reservist families. *Family Systems Medicine*, 7,1, 56-59.

140.    Carbonell, J. & Figley, C. R. **(1996b).** When trauma hits home: Personal trauma and the family therapist. *Journal of Marital and Family Therapy*, 22:1, 53-58.

141.    Carbonell, J. & Figley, C. R. **(1996a).** The systematic clinical demonstration: Methodology for the initial examination of clinical innovations. *Traumatology*, 2:1, 11-22.

142.    Figley, C. R. **(1995).** Celebrity family stress: Preliminary findings of a program of research. Progress: *Journal of Family Systems Research and Therapy*, 4:1, 9-28.

143.    Figley, C. R. **(1994).** Review of The Politics of Readjustment: Vietnam Veterans Since the War by Wilbur J. Scott. *Journal of Traumatic Stress*, 7:3, 194-195.

**1993 (3 articles)**

144.    Figley, C. R. **(1993b).** Coping with stressors on the home front. *Journal of Social Issues*, 49:4, 51-71.

145.    Figley, C. R. **(1993a).** Leaving the Home from the War: Review of Lifton's *Home From the War – Learning from Vietnam Veterans* (3rd ed.). *Contemporary Psychology*, 38:3, 289-290.

146.    Nelson, T.S., Heilbrun, G., and Figley, C.R. (**1993**). Basic family therapy skills, IV: Transgenerational theories of family therapy. *Journal of Marital and Family Therapy*, 19 (3), 253-266.

**1992 (6 articles)**

147.    Figley, C. R. (**1992d**). Post-traumatic stress disorders, part IV: Generic treatment and prevention approaches. *Violence Update*, 3:3 (November), 1-11.

148.    Figley, C. R. (**1992c**). Post-traumatic stress disorders, part II--Continued: Relationship with various traumatic events. *Violence Update*, 2:10 (June), 1-11.

149.    Figley, C. R. (**1992b**). Post-traumatic stress disorders, Part II: Relationship with Various Traumatic Events. *Violence Update*, 2:9 (May), 1-11.

150.    Figley, C. R. (**1992a**). Posttraumatic stress disorder, Part I: Empirically based conceptualization and symptom profile. *Violence Update*, 2:7 (March), 1; 8-11.

151.    Figley, C. R. (**1992**). Post-Traumatic Stress Disorder: A Clinician's Guide. By Kirtland C. Peterson, Maurice F. Prout, and Robert A. Schwartz. New York: Plenum, 1991, 260 pp. In *Journal of Traumatic Stress*. DOI: 10.1002/JTS.2490050123

152.    Figley, C. R., Scrignar, C. B., Smith, W. H. (**1992**). PTSD: The after-shocks of trauma. *Patient Care*, 22: (July) 111-127.

**1991 (2 articles)**

153.    Hobfoll, S., Spielberger, C., Breznitz, A., Figley, C., Folkman, S, Lepper-Green, B., van der Kolk, B. (**1991**). War-related stress: Addressing the stress of war and other traumatic events. *American Psychologist*, 46: 8, 848-855.

154.    Figley, C. R. (**1991**). The family window. *Employee Assistance*, 4:2, 39-40.

**1990 (4 articles)**

155.    Figley, C. R. and Nelson, T. (**1990**). Basic family therapy skills, II: Structural family therapy. *Journal of Marital and Family Therapy*. 16:3, 225-239.
        https://doi.org/10.1111/j.1752-0606.1990.tb00845.x

156.    Nelson, T. & Figley, C. R. (**1990**). Basic family therapy skills, III: Brief and Strategic family therapy. *Journal of Family Psychology*, 4:1, 49-58.

157.    Figley, C. R. (**1990b**). Family Therapy Research: Comment on Research as Family Therapy Intervention Technique. *Contemporary Family Therapy*, 12:6, 485-487.

158.    Figley, C. R. (**1990a**). Helping the earthquake victims: A family systems approach. *The California Psychologist*, 22:6, 215-219.

**1989 (3 articles)**

159.    Figley, C. R. & Gilman, R. (**1989**). The tracks of war. *In Context*, Vol. 20 (Winter), 30-37.

160.    Figley, C. R. (**1989**). PTSD and the Soviet Afgantsy: Some initial impressions, *Medical Corps International*, Vol. 4, No. 2.

161.    Figley, C. R. & Nelson, T. (**1989**). Basic family therapy skills, I: Conceptualization and initial findings. *Journal of Marriage and Family Therapy*. 15:4, 211-130.

**(1988) (5 articles)**

162.    Figley, C. R. (**1988d**). Post-traumatic stress disorder: Some guidelines. *Veteran Rehabilitation and Counseling Professional Review,* 21:3.

163.    Figley, C. R. (**1988c**). The "field" of traumatic stress. *Journal of Traumatic Stress*, 1:1, 1-14.

164.    Figley, C. R. (**1988b**). Victimization, trauma, and traumatic stress. *The Counseling Psychologist*, 16:4, 635-641.

165.    Figley, C. R. (**1988a**). A five-phase treatment of PTSD in families. *Journal of Traumatic Stress*, 1:1, 126-141.

166.    Segal, S. A. & Figley, C. R. (**1988**). Stressful events. *Hospital and Community Psychiatry*, 39:9, 998-999.

**(1987-1986) (4 articles)**

167.    Burge, S. K., & Figley, C. R. (**1987**). The social support scale: Development and initial estimates of reliability and validity. *Victimology: An International Journal*, 11:4, 231-243.

168.    Figley, C. R. (**1986c**). Post-traumatic stress: The role of the family. *Emotional First Aid*, 3 (3), 61-72.

169.    Figley, C. R. (**1986b**). Review of Wounds of War: The Psychological Aftermath of Combat in Vietnam; Psychotherapy of the Combat Veteran. *American Journal of Psychiatry*, 143(2), p. 251.

170.    Figley, C. R. (**1986a**). After the war. *Readings: A Journal of Reviews*, June, 16-18.

**(1985) (5 articles)**

171.    Figley, C. R. (**1985d**). Review of M. Binkin's America's Volunteer Military: Progress and Prospect. Washington, D.C.: The Brookings Institution (1984) in *Armed Forces and Society*, (Summer) 11:4, 631-632.

172.    Figley, C. R. (**1985c**). Computers and Family Therapy, Introduction to. *Journal of Psychotherapy and the Family*, (1-2), 1-8.

173.    Figley, C. R. (**1985b**). Review of Card, Josefina J. (**1983**) Lives after Vietnam: The Personal Impact of Military Service. D.C. Heath, Lexington, Mass. In American Journal of Psychiatry.

174.    Segal, S.A. and Figley, C. R. **(1985)**. Bulimia: Estimate of incidence and relationships to shyness. Journal of College Student Development. 26:4, pp 240-244, May.

175.    Figley, C. R. (**1985**). The family as victim: Mental health implications, *Psychiatry* 283-291. https://doi.org/10.1007/978-1-4613-2365-5_45

**(1984) (2 articles)**

176.    Figley, C. R. (**1984a**). Review of Card, Josefina J. (**1983**) Lives after Vietnam: The Personal Impact of Military Service. D.C. Heath, Lexington, Mass. In The Journal Nervous and Mental Disease.

177.    Stretch, R. H. & Figley, C. R. (**1984**). Combat and the Vietnam veteran: Assessment of psychosocial adjustment. *Armed Forces and Society*, 10 (2), Winter, 311-319.

**(1981) (2 articles)**

178.    Schumm, W. R., Figley, C. R. & Fuhs, N. N. (**1981**). Predicting self-disclosure anxiety in the marital relationship. *Journal of Psychology* (March), 107, 273-279.

179.    Figley, C.R. & Myers-Walls, JA (**1981**) A Review of RM Lerner & GB Spanier, Child influences on marriage and family interaction: A Life-Span Perspective. *Journal of Marriage and the Family*, 43 (1), 223-225.

**(1980) (4 articles)**

180.     Schumm, W. R., Figley, C. R. & Fuhs, N. N. (**1980**). Similarity in self-esteem as a function of duration of marriage among student couples. *Psychological Reports*, 1980, 47, 365-366.

181.     Stretch, R. & Figley, C. R. (**1980**). Beauty and the boast: Predictors of interpersonal attraction in a dating experiment. *Psychology*, 17: 35-44.

182.     Schumm, W. R., Southerly, W. T. & Figley, C. R. (**1980**). Stumbling block or stepping stone: Path analysis in family studies. *Journal of Marriage and the Family*, 42(2), 251-262.

183.     Figley, C. R. & Salason, S. (**1980**). Treating the veteran as a survivor. *Evaluation and Change*, 135-141.

**(1979) (3 articles)**

184.     Figley, C. R. (**1979**). Relationship-centered family planning services: Role of the family counselor. *American Journal of Family Therapy*, 7 (2), 64-68.

185.     Figley, C. R. & Scroggins, L. (**1979**). Putting the "family" back into family planning. *Advances in Planned Parenthood*, 8(3-4), 75-78.

186.     Schumm, W. R., Figley, C. R., & Jurich, A. P. (**1979**). Dimensionality of the marital communication inventory: A preliminary factor analytic study. *Psychological Reports*, 45, 123-128.

**(1978) (2 articles)**

187.     Figley, C. R. (**1978**). Symptoms of delayed combat stress among a college sample of Vietnam veterans. *Military Medicine*, 143, 107-110.

188.     Figley, C. R. & Sprenkle, D. H. (**1978**). Delayed stress response syndrome: Family therapy implications. *Journal of Marriage and Family Counseling*, 4, (1) 53-60.

**(1977) (5 articles)**

189.     Figley, C. R. (**1977c**). Facing and fighting the marital blahs. *The Journal of Growth in Marriage*, 4, 3-8.

190.     Figley, C. R. (**1977**b. Students as teachers: The Purdue LEAD program. Journal of *College Student Personnel*, 18, 526-527.

191.     Figley, C. R. (**1977a**). The discovery session: Integrating affective learning in the college classroom. *College Student Journal*, 11, 310-321.

192.     Figley, C. R., Groman, R. T. & Weis (**1977**). The Purdue LEAD program: Implications for other educational contexts. *College Student Journal*, 11, 355-356.

193.     Figley, C. R. (**1977**). Family life education: Teacher selection, education, and training issues, a selected bibliography. *The Family Coordinator*, 26, 160-165.

**(1976-1975) (5 articles)**

194.     Figley, C. R., Sprenkle, D. H., & Denton, W. (**1976**). Training marriage and family counselors in an industrial setting. *Journal of Marriage and Family Counseling*, 2, 167-175.

195.     Figley, C. R. (**1975d**). Review of Dating and Marriage, An Interactionist Perspective (by A. F. Kline & M. L. Medley, Eds.). *The Family Coordinator*, 1975, 24(1), 104.

196.     Figley, C. R. (**1975c**). Review of *The American Family in Social, Historical Perspective* (by M. Gordon, Ed.) for *The Family Coordinator*, 24, 371-372.

197.     Figley, C. R. (**1975b**). Review of *Willard W. Waller on the Family, Education, and War* (by W. J. Goode, F. Furstenburg, Jr., & L. R. Mitchell, Eds.) for the *Family Coordinator*, 24, 104-105.

198.    Figley, C. R. (**1975a**). Review of *Marriage and Families* (by J. Z. Lopata, Ed.) for the *Journal of Marriage and the Family*, 36 458-459.

**(1973-1974) (4 articles)**

199.    Figley, C. R. (**1974b**). Review of *the New Intimacy: Open-ended Marriage and Alternative Lifestyles* (by R. M. Mazur) for The *Family Therapy Coordinator*, 24(4), 427.

200.    Figley, C. R. (**1974a**). Modification of marital sexual dysfunction, the Hartman and Fithian approach. *Journal of Family Counseling*, 2(1), 68-79.

201.    Figley, C. R. (**1973b**). Review of *the Case for Compulsory Birth Contro*l (by E. R. Chasteen). *Family Coordinator*, 23(1), 301-303.

202.    Figley, C. R. (**1973a**). Child density and the marital relationship. *Journal of Marriage and the Family*, 35, (2), 272-282.

## B. Chapters in Books

1.  McKinley, C. E., Spencer, M. S., Walters, K. & **Figley**, C. R. (2022). *Indigenous Health Equity and Wellness.* London: Routledge, 2022 **ISBN:** 978-0-367-71483-3.

2.  Russell, M.C. & **Figley**, C. R. (2021). Introduction: The Genesis of the Military's Mental Health Dilemma, 1-18. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties.* NY: Columbia University Press.

3.  Russell, M.C. & F**igley**, C. R. (2021). A War to Die For: Casualty Trends of Modern Warfare, Chapter 1, pp 19-64. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

4.  Russell, M.C. & Figley, C. R. (2021). The Dark Side of Military Mental Health: A History of Self-inflicted Wounds, Chapter 2, 65-102. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

5.  Russell, M.C. & **Figley,** C. R. (2021). Cruel and inhumane handling: The First Dar-side Strategy, Chapter 3, 103-114. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

6.  Russell, M.C. & **Figley**, C. R. (2021). Legal prosecution, Incarceration, and Executions of mental illness: The Second Dark-Side Strategy, Chapter 4, 115-129. In Russell, M.C. & F**igley**, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

7.  Russell, M.C. & **Figley,** C. R. (2021). Humiliate, Ridicule, and Shame into Submission: The Third Dark-Side Strategy, Chapter 5, 130-146. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

8.  Russell, M.C. & **Figley,** C. R. (2021). Denying the Psychiatric Reality of War: The Fourth Dark-side Strategy, Chapter 6, 147-158. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

9.  Russell, M.C. & **Figley**, C. R. (2021). Purging Weakness: The Fifth Dark-side Strategy, Chapter 7, 159-184. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

10. Russell, M.C. & **Figley**, C. R. (2021). Delay, Deceive, and Delay Again: The Sixth Dark-Side Strategy, Chapter 8, 185-200. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

11. Russell, M.C. & **Figley**, C. R. (2021). Faulty Diagnosis and Backdoor Discharges: The Seventh Dark-Side Strategy, Chapter 9, 201-222. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

12. Russell, M.C. & Figley, C. R. (2021). Avoiding Responsibility and Accountability: The Seventh Dark-Side Strategy, Chapter 10, 223-240. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

13. Russell, M.C. & Figley, C. R. (2021). Inadequate, Experimental, or Harmful Treatment: The Ninth Dark-Side Strategy, Chapter 11, 241-270. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

14. Russell, M.C. & Figley, C. R. (2021). Perpetuating Neglect, Indifference, and Self-Inflicted Crises: The Tenth Dark-Side Strategy, Chapter 12, 171-179. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties*. NY: Columbia University Press.

15. Russell, M.C. & Figley, C. R. (2021). Toward a Resilient and Mentally Health Military, Chapter 13, 280-295. In Russell, M.C. & Figley, C. R. *Psychiatric Casualties.* NY: Columbia University Press.

16. Yarvis, J.S. & **Figley**, C.R. (2020). Life After Deployment: The Work of Combat Social Work in Garrison. In C.R .Figley, J.S. Yarvis and B.A. Thyer (Eds) *Combat Social Work: Applying the Lessons of War to the Realities of Human Services.* NY: Oxford University Press.

17. **Figley**, C.R., Yarvis, J.S. & Thyer, B.A. (2020). Combat Social Work: Preparing the Next Generation for Combating Injustice. In C.R. Figley, J.S. Yarvis and B.A. Thyer (Eds) *Combat Social Work: Applying the Lessons of War to the Realities of Human Services*. NY: Oxford University Press.

18. Russell, M.C., Lipke, H., & **Figley**, C. R. (2017). Chapter 5: Eye Movement Desensitization and Reprocessing. In BA Moore and WE Penk (Eds), *Treating PTSD in Military Personnel: A Clinical Handbook*. NY: Guilford

19. Ferreira, R.J. & **Figley**, C.R. (2017). The Resilience in the Shadows of Catastrophe: Addressing the Existence and Implications of Vulnerability in Louisiana. In M. Zakour & N. Mock (Eds). Creating Katrina, Rebuilding Resilience: A decade of lessons from New Orleans on Vulnerability and Resiliency. NY: Elsevier.

20. Figley, C. R., Ellis, A. E., Reuther, B. T., & Gold, S. N. (2017). The study of trauma: An historical overview, 1-11. In S. Gold (ed.) Handbook of Trauma Psychology, Volume 1. Washington, DC: APA books.

21. Figley, C. R. & Ludick, M. (2017). Secondary traumatization and Compassion Fatigue, 573-593. In S. Gold (ed.) Handbook of Trauma Psychology, Volume 1. Washington, DC: APA books.

22. Figley, C. R. & Figley, K. R. (2017). Compassion fatigue resilience. In Seppala, E. M., Simon-Thomas, E., Brown, S., Worline, M C., Camereon, C. D. & D. J. Doty, (Eds.). Oxford Compassion Handbook. NY: Oxford University Press.

23. Burnette, C. E. & Figley, C. R. (2017) Chapter 4: Wellness of American Indian and Alaska Native Youth. F. B. Merrick (ed.) Public Health, Social Work, and Health Inequalities, 55-78. Hauppage, New York: Nova Science Publishers. [*Note: this chapter is a version of:  Burnette, C. E. & Figley, C. R. (2017). Risk and protective factors related to the wellness of American Indian and Alaska Native youth.]

24. Figley, C. R. & Beder, J. (2016). The cost of caring. In J. Beder (Ed.), Advances in Social Work Practice with the Military. NY: Routledge.

25. Burnette, C. E. & Figley, C. R. (2016) Risk and protective factors related to the wellness of American Indian and Alaska Native youth. In Yearbook on Child Health and Human Development. Hauppage, NY: Nova Science Publishers.

26. Figley, C. R., Pitts, B. L., Chapman, P. & Elnitsky, C. (2015). Female Combat Medics, 134-146. In E.C. Ritchie and A. Naclerio (Eds) Women at War: Medical and Psychological Issues. NY: Oxford University Press.

27. Ferreira, R. & Figley C.R. (2015). Longer-term mental health needs of disaster survivors, 125-139. In R. R. Watson, JA Tabor, JE Ehiri & VR Pready (eds.) Handbook of Public Health in Natural Disasters, Wageningen Academic Publishers.

28. Abendroth, M.  & Figley, C. R. (2014). Vicarious Traumatization and Empathic Discernment: Maintaining Healthy Boundaries, 111-125. In D. Murphy, S. Joseph, and B. Harris (Eds.), Trauma, Recovery, and the Therapeutic Relationship: Putting the therapeutic relationship at the heart of trauma therapy. London: Taylor & Francis.

29. Cabrera, D., Figley, C. R. & Yarvis, J. S. (2012). Helping the combat medic and corpsman: Adapting to both primary and secondary traumatic stress down Range and Beyond, pp 106-118. In J. Beder (Ed.) Advances in Social Work Practice with the Military, NY: Routledge.

30. Figley, C. R. & Beder, J. (2012). The cost of caring requires self care. In J. Beder (Ed.) Advances in Social Work Practice with the Military, pp. 278-286. NY: Routledge.

31. Russell, MC & Figley, CR (2012) Combat Operational Stress and Behavioral Health. In Bret A. Moore & J. Barnett (Ed.) Military Psychologists' Desk Reference. NY: Oxford University Press.

32. Cabrera, D., Figley, C. R., Jarvis, J., & Cox, D. (2012). The Warrior's Family, 1-14. In N. D. Ainspan & W. Penk (Eds.), When the Warrior Returns: Making the Transition at Home. Washington, DC: Navy Institute Press.

33. Figley, C. R. (2012). Trauma Psychology, pp 1137-1139. In R. W. Rieber (Ed.) The Encyclopedia of the History of Psychological Theories. NY: Springer.

34. Cabrera, D., Figley, C. R. & Yarvis, J. S. (2012). Helping the combat medic and corpsman: Adapting to both primary and secondary traumatic stress down Range and Beyond, pp 106-118. In J. Beder (Ed.) Advances in Social Work Practice with the Military, NY: Routledge.

35. Figley, C. R. & Beder, J. (2012). The cost of caring requires self care. In J. Beder (Ed.) Advances in Social Work Practice with the Military, pp. 278-286. NY: Routledge.

36. Figley, C. R. (2011). The Empathic Response in Clinical Practice: Antecedents and Consequences, pp 263-274. In J. Decety, The social neuroscience of empathy:  From bench to bedside. Boston: MIT Press.

37. Figley, C. R., Lovre, C., & Figley, K. R. (2011). Compassion Fatigue, Vulnerability, and Resilience in Practitioners Working with Traumatized Children. In V. Ardino (Ed.) Posttraumatic Syndromes in Children and Adolescents. London: Wiley/Blackwell.

38. Russell, M., Lipke, H., & Figley, C. R. (2010). EMDR, 74-. In B. Moore & W. Penk (Eds.), PTSD in the Military. NY: Guilford.

39. Figley, C. R., Albright, D., & Figley, K. R. (2010). Combat, Combat Stress Injuries, and Shame. In J. Kauffman (Ed.), The Shame of Death. NY: Routledge.

40. Figley, C. R. & Abendroth, M. (2010). Compassion Fatigue in Nursing. In P. S. Cowen (Ed.), Current Issues in Nursing, 8th Edition. Chicago: Mosby.

41. Bride, B. & Figley, C. R. (2009). Secondary traumatic stress. In B. Fisher & S. Lab (Eds.). Encyclopedia of Victimology and Crime Prevention. Sage Publications.

42. Figley, C. R. (2008). Traumatology. In L. Kurtz (Ed.), The Encyclopedia of Violence, Peace, and Conflict, 2nd edition, pp. 2192-2202. Amsterdam: Elsevier.

43. Figley, C. R and Nash, W. P. (2007). Introduction: For Those Who Bore the Battle. In C. R. Figley & W. P. Nash (Eds.) Combat Stress Injury: Theory, Research, and Management, pp 1-10. NY: Routledge Psychosocial Stress Book Series.

44. Figley, C. R. (2006). From Veterans of War to Veterans of Terrorism: My Maps of Trauma, pp 47-60. In C. R. Figley (Ed.). In Mapping Trauma and its Wake: Autobiographic Essays by Pioneer Trauma Scholars. NY: Routledge.

45. Figley, C. R. (2005). Post-Traumatic Stress Disorder. In the American Association for Marriage and Family Therapy (Ed.) Clinical Update for Family Therapists: Research and Treatment Approaches for Issues Affecting Today's Families, Volume 1, pp. 121-132, Washington, DC: Author.

46. Figley, C. R. and Barnes, M. (2005). External Trauma and Families. In P. C. McKenry, P. C. and S. J. Price, S. J. (Eds.). *Families and Change*, 3rd Edition, pp. 379-401. Los Angeles: Sage Publishers.

47. Barnes, M. and Figley, C. R. (2005). Family Therapy:  Working with Traumatized Families. In J. Lebow (ed.). *Handbook of Clinical Family Therapy*. NY: John Wiley & Sons.

48. Figley, C. R. (2002). Introduction, xiii-xxiv. In C. R. Figley (Ed.), *Brief Treatments for the Traumatized: A Project of the Green Cross Foundation*. Westport, Connecticut.

49. Figley, C. R. (2002a). Theory-Driven and Research-Informed Brief Treatments, 3-15. In C. R. Figley (Ed.), *Brief Treatments for the Traumatized: A Project of the Green Cross Foundation*. Westport, Connecticut.

50. Figley, C. R. (2002b). Introduction. In C. R. Figley (Ed.), *Treating Compassion Fatigue*. New York: Brunner/Rutledge.

51. Figley, C. R., Figley, K. R., & Norman, J. (2002). Tuesday Morning September 11, 2001: The Green Cross Projects' Role as a Case Study in Community-Based Traumatology Services. In S. N. Gold & J. Faust (Eds), Trauma Practice in the Wake of September 11, 2001, pp13-36, NY: Haworth Maltreatment & Trauma Press.

52. Figley, C. R. (1999). Compassion fatigue. In B. H. Stamm (Ed.), Secondary traumatic stress: Self-care issues for clinicians, researchers, and educators (2nd ed.). Lutherville, MD: Sidran Press.

53. Figley, C. R. (1999). Police Compassion Fatigue (PCF): Theory, Research, Assessment, Treatment, and Prevention. In J Violanti (Ed.), Police Trauma: Psychological Aftermath of Civilian Combat. Charles C. Thomas Publishing, Springfield, Illinois.

54. Figley, C. R. (1997). Burnout as Systemic Traumatic Stress: A Model for Helping Traumatized Families. In C. R. Figley, Burnout in Families: The Costs of Caring. Delray Beach: CRC Press.

55. Figley, C.R. (1996). The Traumagram Questionnaire. In B. H. Stamm and E. M. Varra (Eds.). Instrumentation in stress, trauma, and adaptation. Baltimore: Sidran Press.

56. Figley, C.R. & Stamm, B. H. (1996). Psychometric review of the Compassion Fatigue Self-Test. In B. H. Stamm (Ed.). Measurement of stress, trauma, and adaptation, 127-130. Baltimore: Sidran Press.

57. Figley, C. R. (1995). Systemic PTSD: Family treatment experiences and implications, 341-358. In G. Everly and J. Lating (Eds.). Psychotraumatology: Key Papers and Core Concepts, 341-358. New York: Plenum.

58. Figley, C. R. (1995). Compassion Fatigue as Secondary Traumatic Stress Disorder: An Overview. In C. R. Figley, (Ed.) Compassion Fatigue: Secondary Traumatic Stress Disorders from Treating the Traumatized, 1-20. New York: Brunner/Mazel.

59. Figley, C. R. (1995). Introduction. In Figley, C. R. (Ed.). Compassion Fatigue: Secondary Traumatic Stress Disorders from Treating the Traumatized, xii-xiii. New York: Brunner Mazel.

60. Figley, C. R. (1995). Epilogue. In Figley, C. R. (Ed.). Compassion Fatigue: Secondary Traumatic Stress Disorders from Treating the Traumatized, 249-254. New York: Brunner/Mazel.

61. Figley, C.R. (1995). The compassion stress of law enforcement officers, their family, and counselors. In J. Reese (Ed.). Stress and Police Families. Washington, DC: Federal Bureau of Investigation, Department of Justice.

62. Kleber, R., Figley, C. R. &. Gersons, B. (1995). Introduction. In R. Kleber, C. R. Figley, & B. Gersons (Eds.) Beyond Trauma: Cultural and Societal Dynamics, 1-16. New York: Plenum Press.

63. Figley, C. R. & Kleber, R. (1995). Beyond the "victim": Secondary traumatic stress. In R. Kleber, C. R. Figley, & B. Gersons (Eds.) Beyond Trauma: Cultural and Societal Dynamics, 75-98. New York: Plenum Press.

64. Figley, C. R. (1995). Challenges of the Millennium in the Management of Traumatic Stress. In S. E. Hobfoll & De Vries, M. W. (Eds.), Extreme Stress and Communities: Impact and Intervention, 127-145, ASI Series D, Behavioral and Social Sciences, Vol 80. The Hague: NATO Press.

65. Figley, C. R., Giel, R., Borgo, S., Briggs, S, & Haritos-Fatouros, M. (1995). Prevention and Treatment of Community Stress: How to be a Mental Health Expert at the Time of Disaster. In S. E. Hobfoll & De Vries, M. W. (Eds.), Extreme Stress and Communities: Impact and Intervention, 489-498, ASI Series D, Behavioral and Social Sciences, Vol 80. The Hague: NATO Press.

66. Figley, C. R. (1995). Compassion Fatigue: Toward a New Understanding of the Costs of Caring. In B. H. Stamm (Ed.) *Secondary Traumatic Stress: Self-Care Issues for Clinicians, Researchers, and Educators.* Lutherville, MD: Sidran Press.

67. Figley, C. R. (1995). Systemic Traumatization: Secondary Traumatic Stress Disorder in Family Therapists. In R. H. Mikesell, D. Lusterman, and S. H. McDaniel (Eds) *Integrating Family Therapy: Handbook of Family Psychology and Systems Theory* (pp.571-584). Washington, D.C.: American Psychological Association.

68. Figley, C. R. (1993). Intervention with Families and Children of the Troops: War-Related Secondary Traumatic Stress. In L. A. Leavitt and N. A. Fox (Eds)

*Psychological Effects of War and Violence on Children*. New York: Lawrence Erlbaum Associates.

69. Figley, C. R. (1993). Weathering the storm at home: Gulf war-related family stress and coping. In F. W. Kaslow (ed.) *The Military Family in Peace and War*. New York: Springer.

70. Figley, C. R. (1993). War-related stress and family-centered intervention: American children and the Gulf war. In L. A. Leavitt and N.A. Fox (Eds). *Psychological Effects of War and Violence on Children*. New York: Erlbaum.

71. Figley, C. R. & Erickson, C. (1990). *The Psychology of traumatized families*. In F. W. Kaslow (Ed.), Voices in Family Psychology. Newbury Park, CA: Sage Press, 33-48.

72. Figley, C. R. (1990). Traumatic stress therapy. In J.K. Zeig and W. M. Munnon (Eds.). *What is Psychotherapy? Contemporary Perspectives*.  San Francisco: Jossey-Bass.

73. McCubbin, H. I. & Figley, C. R. (1988). Entwicklung des Scheidungsrechts. In R. Wisniewski (Ed.), *Handbuch fur Frauenfragen: Zur Stellung der Frau in der Gegenwart : Informationen, Analysen, Anregungen* (German Edition).

74. Figley, C. R. (1988). Post-traumatic family therapy. In F. Ochberg (Ed.), *Post-Traumatic Therapy and the Crime Victim*. New York: Brunner/Mazel. 47-61.

75. Figley, C. R. (1986). Traumatic stress: The role of family, pp 39-54. In C.R. Figley (Ed.) *Trauma and its Wake Vol II: Traumatic Stress Theory, Research, and Intervention*. New York: Brunner/Mazel.

76. Figley, C. R. (1985). Role of the family: Both haven and headache. In M. Lystad (Ed.), *Role of Stressors and Supports for Emergency Workers*. DHHS Publication, NO (ADM) 85-1408, pp. 84-94.

77. Figley, C. R. (1985). The family as victim: Mental health implications. In P. Pichot, P. Berner, R. Wolf, K. (Eds.) *Psychiatry*. Boston: Springer. https://doi.org/10.1007/978-1-413-2365_45.

78. Figley, C. R. (1985). From victim to survivor: Social responsibility in the wake of catastrophe. In C. R. Figley (Ed.) *Trauma and Its Wake: The Study and Treatment of Post-Traumatic Stress Disorder*. New York: Brunner/Mazel, 398-416.

79. Figley, C. R. (1983). Final Report of the Task Force on families of catastrophe. In C. R. Figley & H. I. McCubbin (Eds.), *Stress and the Family, Volume II: Coping with Catastrophe*, Appendix. New York: Brunner/Mazel, 197-226.

80. Figley, C. R. (1983). Catastrophes: An overview of family reactions. In C. R. Figley & H. I McCubbin (Eds.), *Stress and the Family, Volume II: Coping with Catastrophe*. New York: Brunner/Mazel, 3-20.

81. Figley, C. R. & McCubbin, H. I. (1983). Introduction. In C. R. Figley & H. I. McCubbin (Eds.), *Stress and the Family, Volume II: Coping with Catastrophe*. New York: Brunner/Mazel, xix-xxvi.

82. Figley, C. R. & McCubbin, H. I. (1983). Looking to the future: Research, education, treatment, and policy. In C. R. Figley & H. I. McCubbin (Eds.), *Stress and the Family, Volume I: Coping with Catastrophe*. New York: Brunner/Mazel, 185-196.

83. Hogancamp, V. & Figley, C. R. (1983). War: Bringing the battle home. In C. R. Figley & H. I. McCubbin (Eds.), *Stress and the Family, Volume II: Coping with Catastrophe.* New York: Brunner/Mazel.

84. McCubbin, H. I. & Figley, C. R. (1983). Bridging normative and catastrophic stress. In H. I. McCubbin & C.R. Figley (Eds.) *Stress and the Family, Volume I: Coping with Normative Transitions.* NY: Brunner/Mazel, 218-228.

85. Figley, C. R. & Leventman, S. (1980). Introduction: Estrangement and Victimization, xxi-xxxi. In C. R. Figley & S. Leventman (Eds.) *Strangers at Home: Vietnam Veterans Since the War*, 167-180. NY: Praeger.

86. Figley, C. R. (1980). The glory and the gore: An introduction to Section I, 3-8. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War, 167-180. NY: Praeger.

87. Figley, C. R. (1980). The returning veteran, 109-113. In C. R. Figley & S. Leventman (Eds.) *Strangers at Home: Vietnam Veterans Since the War*, 167-180. NY: Praeger.

88. Figley, C. R. & Southerly, W. T. (1980). Psychosocial adjustment of recently returned veterans. In C. R. Figley & S. Leventman (Eds.) *Strangers at Home: Vietnam Veterans Since the War*, 167-180. NY: Praeger.

89. Figley, C. R. (1980). Unpaid debts to unsung heroes: An introduction to Section III. In C. R. Figley & S. Leventman (Eds.) *Strangers at Home: Vietnam Veterans Since the War*, 167-180. NY: Praeger.

90. Figley, C. R. (1979). Tactical self-presentation and interpersonal attraction. In M. Cook & G. Wilson (Eds.), *Love and Attraction: An International Conference*. Oxford, England: Pergamon, 1978, 91-99. [https://www.elsevier.com/books/love-and-attraction/cook/978-0-08-022234-9].

91. Figley, C. R. (1978). Introduction. In C. R. Figley (Ed.), *Stress Disorders among Vietnam Veterans: Theory, Research and Treatment.* N.Y.: Brunner/Mazel, xii-xxvi.

92. Figley, C. R. (1978). Psychological adjustment among Vietnam veterans: An overview of the research. In C. R. Figley (Ed.), *Stress Disorders among Vietnam Veterans: Theory, Research and Treatment,* pp 57-70. N.Y.: Brunner/Mazel.

93. Stanton, M. D. & Figley, C. R. (1978). Treating the Vietnam veteran within the family system. In C. R. Figley (Ed.), *Stress Disorders Among Vietnam Veterans: Theory, Research, and Treatment*. N.Y.: Brunner/Mazel, 281-290.

94. Figley, C. R. (1972). Values in higher education: a précis. In T. J. Jensen (Ed.) *On Teaching About Values*. Bowling Green, Ohio: Anderson Center for Personal Development, 34-36.

## C. Published Refereed Abstracts

Boscarino, J. & Figley, C. R. (1981). Alcohol abuse and post-traumatic stress disorder (PTSD) among Vietnam veterans: A possible link. *Sociological Abstracts*.

## D. Monographs

- Abueg, F., Charney, D., Chemtob, C., Figley, C., Fontana, A., Friedman, M., Furey, J., Gusman, F., Hamada, R., Keane, T., Knight, J., Litz, B., Marsella, A., Morgan, M., Riney, S., Rosenheck, R., Scurfield, R., Southwick, S., Tice, S., Wolfe, J. (1991). *Operation Desert Storm Clinician Packet ODS-CP*. Boston, MA: National Center for PTSD, Boston VA Medical Center.

- Figley, C. R., Spanier, G., McCubbin, H. I. (Eds) (1980). *Coming Home: Final Report of the Task Force on Families of Catastrophe*. Task Force on Families of

Catastrophe and the Purdue University Family Research Institute, Department of Child Development and Family Studies Library. (Also available at ResearchGate.Net)

## E. Published Foreword, Preface, and Editorial Notes

1. Figley, C. R. (2021) Foreword. In Reis, S. *Moral development in couple therapy: A new approach to Kohlberg's stages*. NY: Routledge.
2. Figley, C. R. (2021) Foreword. In Tosone, C. (Ed.). Shared trauma, shared resilience during a pandemic: Social work in the time of Covid-19. NY: Springer.
3. Figley, C. R. (2019). Foreword. In Serlin, I., Krippner, and Rockefeller (Eds.). Integrated Care for the Traumatized: A Whole Person Approach.
4. Figley, C. R. (2018). Preface. In Mollica, R. F. (ed) A MANIFESTO: For a Healing a Violent World.
5. Figley, C. R. (2018). Foreword. In Uri Wernikn (Ed). Nietzsche Trauma and Overcoming: The Psychology of the Psychologists. Wilmington, DE: Vernon Press.
6. Figley, C. R. (2017) Foreword in J. M. Webber & J. B. Mascari (Eds.). *Disaster Mental Health Counseling: A Guide to Preparing and Responding*, Fourth Edition Revised, NY: Wiley.
7. Figley, C. R. (2016). Foreword. In U. Kumar (Ed.), *The Routledge International Handbook of Psychosocial Resilience*. NY: Routledge.
8. Figley, C. R. (2014). Foreword. In G. Quitangon & M. Evecs (Ed.) *Vicarious Trauma and Disaster Mental Health* edited by NY: Routledge.
9. Figley, C. R. (2014). Foreword. In M. J. Barrett & L. Stone Fish, *Treating Complex Trauma: A Relational Blueprint for Collaboration and Change*, NY: Routledge.
10. Figley, C. R. (2013). Foreword. In R. M. Scurfield & K. T. Pltoni (Eds.). War Trauma and Its Wake: Expanding the Circle of Healing. NY: Routledge.
11. Figley, C. R. (2012). Foreword. In R. Scurfield and K. Platoni (Eds.), *Healing War Trauma*. NY: Routledge.
12. Figley, C. R. (2012). Foreword. In R. Scurfield & K. Platoni (Eds) *War Trauma and Its Wake: Expanding the Circle of Healing.* NY: Routledge.
13. Figley, C. R. (2012). Series Editor's Foreword. In K. Nader, *School Rampage Shootings and Other Youth Disturbances: Early Preventive Interventions.* NY: Routledge.
14. Figley, C. R. (2012). Series Editor's Foreword, pp ix-x. In F. Mathieu, *The Compassion Fatigue Workbook: Creative Tools for Transforming Compassion Fatigue and Vicarious Traumatization.* NY: Routledge.
15. Figley, C. R. (2011). Editorial. Traumatology, 17:3, 1-4.
16. Figley, C. R. (2011). Series Editor's Foreword, pp xv-xi. In R. Ruden, *When the Past is Always Present:  Emotional Traumatization, Causes, and Cures: Emotional Traumatization, and Cures.* NY: Routledge.
17. Figley, C. R. (2011). Series Editor's Foreword, pp x-xii. In B. Hollander-Goldfein, N. Isserman, and J. Goldenberg. *Survival, Resilience, and Clinical Implications in Survivor Families*. NY: Routledge.
18. Figley, C. R. (2011). Editorial. Traumatology, 17:2, 1-3.

19. Figley, C. R. (2011). Series Editor's Foreword, pp ix-x. In Wieland, S. (Ed.) *Dissociation in Traumatized and Adolescents: Theory and Clinical Interventions*. NY: Routledge.
20. Figley, C. R. (2011). Series Editor's Foreword, pp xiii-xiv. In Everson, R. B. & Figley, C. R. (Ed.) *Families under Fire: Systemic Therapy with Military Families. N*. NY: Routledge.
21. Figley, C. R. (2010). Foreword. In T. Weiss & R. Berger (Eds.), Posttraumatic Growth and Culturally Competent Practice: Lessons Learned from Around the Globe. NY: Wiley.
22. Figley, C. R. (2010). Editorial. Traumatology, 16:3, 1-4.
23. Figley, C. R. (2009). Foreword. In P. Valent, *In Two Minds*. Sydney: University of New South Wales Press.
24. Figley, C. R. (2008). Editorial. *Traumatology*, 14:4, 1-3.
25. Figley, C. R. (2008). Editorial. *Traumatology*, 14:1, 1-3.
26. Figley, C. R. (2007). Editorial. *Traumatology*, 13:4, 1-4.
27. Figley, C. R. (2007). Editorial. *Traumatology*, 13:3, 1-3.
28. Figley, C. R. (2007). Editorial. *Traumatology*, 13:2, 1-3.
29. Figley, C. R. (2007). Series Foreword for K. Nader's *Understanding and Assessing trauma in Children and Adolescents*, NY: Routledge Psychosocial Stress Book Series.
30. Figley, C. R. (2007). Editorial. *Traumatology*, 13:1, 1-3.
31. Figley, C. R. (2007). Series Foreword to Charles Figley and William Nash's *Combat Stress Injury: Theory, Research, and Management*, pp xv-xvi, NY: Routledge Psychosocial Stress Book Series.
32. Figley, C. R. (2006). Series Foreword to L. W. Rotan & V. Ospina-Kammerer's *MindBody Medicine: Foundations and Practical Applications*. NY: Routledge.
33. Figley, C. R. (2006). Series Editor's Foreword. In E. K. Rynearson (Ed.) *Violent Death: Resilience and Intervention Beyond the Crisis*, pp. xxi- xxii. NY: Routledge.
34. Figley, C. R. (2006). Editorial. *Traumatology*, 12:4.
35. Figley, C. R. (2006). Editorial. *Traumatology*, 12:1, 1-7.
36. Figley, C. R. (2006). Foreword to John Wilson's *The Posttraumatic Self: Restoring Meaning and Wholeness to Personality* pp xiii-ix, for the Routledge Psychosocial Stress Book Series. NY: Routledge.
37. Figley, C. R. (2006). Series Editorial for C. Figley's *Mapping Trama and its Wake: Autobigraphic Essays by Pioneer Trauma Scholars,* pp xi, Routledge Psychosocial Stress book Series. NY: Routledge.
38. Figley, C. R. (2005). Editorial. *Traumatology*, 11:2, 69-70.
39. Figley, C. R (2005). Foreword to Diane Myers and David F. Wee, *Disaster Mental Health Services,* pp ix-xi, for the Routledge Psychosocial Stress Book Series. NY: Routledge.
40. Figley, C. R. (2005). Editorial. *Traumatology*, 11:1, 1-4.
41. Figley, C. R. (2005). Editorial. *Traumatology*, 11, 1-3.
42. Figley, C. R. (2004). Editorial. *Traumatology*, 10:4, 207-210.
43. Beyond Trauma: Conversations on Traumatic Incident Reduction, edited by Victor R. Volkman. Ann Arbor, Michigan: *Loving Healing Press*.

44. Figley, C. R. (2004). HUEditorial Note. *Traumatology, 10:2*UH, 71-72
45. Figley, C. R. (2005). Foreword for Baranowsky, A. B., Gentry, J.E. and Shultz, D. F.'s *Trauma Practices: Tools for Stabilization and Recovery* by Cambridge, MA: Hogrefe & Huber.
46. HUFigley, C. R. (2004). Editorial, *Traumatology*, 10:1, 3-5.U
47. Figley, C. R. (2003). Foreword for *Psicotraumatologia e Psicologia dell'emergenza* by Michele Giannantonio. Roma: Accademia Editoriale.
48. HUFigley, C. R. (2003). EditorialUH, HU*Traumatology, 9:1, 1-3*UH.
49. Figley, C. R. (2003). Editorial, *Traumatology*, 9:2, 65-68.
50. HUFigley, C. R. (2003). EditorialUH, HU*Traumatology*, 9:3, 124-126UH.
51. Figley, C. R. (2003). Editorial, Traumatology, 9:4, 247-251.
52. Figley, C. R. (2002). Foreword to Holly Smith's *Fire of the Five Heart*U. Philadelphia: Taylor & Francis.
53. Figley, C. R. (2002). Editorial, HU*Traumatology, 8:1, 2-3*UH.
54. Figley, C. R. (2002). Editorial, *Traumatology*, 8:2, 65-68.
55. Figley, C. R. (2002). Series in Trauma and Loss Editorial Note for *Loss of the Assumptive World: A Theory of Traumatic Loss* Edited by Jeffrey Kauffman. Philadelphia: Brunner/Rutledge.
56. Figley, C. R. (2002). Editorial, *Traumatology*, 8:3, 132-134.
57. Figley, C. R. (2002). Editorial, *Traumatology*, 8:4, 247-251.
58. Figley, C. R. (2002). Series in Trauma and Loss Editorial Note for *Loss of the Assumptive World: A Theory of Traumatic Loss* Edited by Jeffrey Kauffman. Philadelphia: Brunner/Rutledge.
59. Figley, C. R. (2001). Editorial, *Traumatology*, 7:1, 1-8.
60. Figley, C. R. (2001). Editorial, *Traumatology*, 7:2, 65-68.
61. Figley, C. R. (2001). Editorial, *Traumatology*, 7:3, 145-148.
62. Figley, C. R. (2001). Forward for Kay Talbot's *What Forever Means: Transformed by the Death of A Child*. Philadelphia: Brunner/Rutledge.
63. Figley, C. R. (2001). Editorial, *Traumatology*, 7:4, 247-251.
64. Figley, C. R. (2000). Forward for *Not Trauma Alone: Therapy for Child Abuse Survivors in Family and Social Context* by Steven N. Gold. Boca Raton: CRC Press
65. Figley, C. R. (2000). Editorial, *Traumatology*, 6:1, 1-8.
66. Figley, C. R. (2000). Forward for Not Trauma Alone: Therapy for Child Abuse Survivors in Family and Social Context by Steven N. Gold. Boca Raton: CRC Press
67. Figley, C. R. (2000). Editorial, *Traumatology*, 6:2, 65-68.
68. Figley, C. R. (2000). Editorial, *Traumatology*, 6:3, 145-148.
69. Figley, C. R. (2000). Editorial, *Traumatology*, 6:4, 247-251.
70. Figley, C. R. (1999). Editorial, *Traumatology, 5:1, 1-3.*
71. Figley, C. R. (1999). Innovations in Psychology Book Series Editorial Note in Lipke, H. EMDR, Accelerated Information Processing and the Integration of Psychotherapy. Delray Beach, FL: St. Lucie Press.
*72.* Figley, C. R. (1999). Editorial, *Traumatology, 5:2, 71-73.*
73. Figley, C. R. (1999). Editorial, *Traumatology, 5:3, 140-142*
74. Figley, C. R. (1999). Editorial, *Traumatology, 5:4, 201-203.*

75. Figley, C. R. (1998). Innovations in Psychology Book Series Editorial Note in Gallo, F., *Energy Psychology: Explorations at the Interface of Energy, Cognition, Behavior, and Health*. Delray Beach, FL: St. Lucie Press.

76. Figley, C. R. (1998). Forward to *Trauma in the Lives of Children* (2nd ed.) by Kendall Johnson NY: Hunter House, 1998.

77. Figley, C. R. (1998). Editorial, *Traumatology,* 4:1, 1-2.

78. Figley, C. R. (1998). Innovations in Psychology Book Series Editorial Note in French, G. and Harris, C., *Traumatic Incident Reduction: A Guide*. Delray Beach, FL: St. Lucie Press.

79. Figley, C. R. (1998). Editorial, *Traumatology,* 4:2, 77-79.

80. Figley, C. R. (1998). Innovations in Psychology Book Series Editorial Note  in Mazza, N. Poetry Therapy. Delray Beach, FL: St. Lucie Press.

81. Figley, C. R. (1998). Editorial, *Traumatology,* 4:3, 144-147.

82. Figley, C. R. (1998). Editorial, *Traumatology,* 4:4, 201-203.

83. Figley, C. R. (1997). Editorial, *Traumatology,* 3:1, 1 -3.

84. Figley, C. R. (1997). Book Series in Trauma and Loss Editorial Note in Figley, C. R., Bride, B., and Mazza, N. (Eds.) (1997). *Death and Trauma*. London: Taylor & Francis.

85. Figley, C. R. (1997). Editorial, *Traumatology,* 3:2, 67-70.

86. Figley, C. R. (1997). Innovations in Psychology Book Series Editorial Note in

87. Figley, C. R. *Burnout in Families: The Systemic Costs of Caring*. Delray Beach, FL: St. Lucie Press.

*88.* Figley, C. R. (1996). Editorial, *Traumatology, 2:1, 1-3.*

*89.* Figley, C. R. (1995). Editorial, *Traumatology, 1:2, 67-69.*

90. Figley, C. R. (1991-1992). Editorial in Volume 4-5, Issues 1-*4, Journal of Trauma Stress*s. New York: Plenum Press.

*91.* Figley, C. R. (1994). Forward to John P. Wilson and Beverley Raphael (Eds). International Handbook of Traumatic Stress Syndromes. New York: Plenum.

92. Figley, C. R. (1994) Forward to Inger Agger's *Det Bla Vaerelse: KvindeligtVidnesbyrd Fra Exile*t. Copenhagen: Zed Books.

93. Figley, C. R. (1990). A Series Editorial Note in Stress Management: An

94. Integrated Approach to Therapy (Cotton), NY: Brunner/Mazel.

95. Figley, C. R. (1990). A Series Editorial Note in *Trauma and the Vietnam War Generation: Report of Findings from the National Vietnam Veterans* Readjustment Study. (Kulka, Schlenger, Fairbank, Hough, Jordan, Marmar, Weiss, Grady), NY: Brunner/Mazel.

96. Figley, C. R. (1990). A Series Editorial Note in Strangers at Home: Vietnam Veterans Since the War. (Figley and Leventman), NY: Brunner/Mazel.

97. Figley, C.R. (1990). Forward in J. Wilson and B. Raphael, The International Handbook of Traumatic Stress Syndromes. NY: Plenum.

98. Figley, C. R. (1990). Brunner/Mazel Psychosocial Stress Book Series Editorial Note in the National Vietnam Veterans Readjustment Study: Tables of Findings and Technical Appendices. (Kulka, Schlenger, Fairbank, Hough, Jordan, Marmar, and Weiss), NY: Brunner/Mazel.

99. Figley, C. R. (1990). Editorial Note in Volume 3, Issue 2, Journal *of Traumatic Stress*. New York: Plenum Press.

100.    Figley, C. R. (1990). Forward in *The International Handbook of Traumatic Stress. Volume I and II*. by J. P. Wilson and B. Raphael. New York: Plenum.

101.    Figley, C. R. (1990). Editorial Note in Volume 3, Issue 3, *Journal of Traumatic Stress*. New York: Plenum Press.

102.    Figley, C. R. (1990). Brunner/Mazel Psychosocial Stress Book Series Editorial Note in *Through the Looking Glass Darkly: A Contextual-Developmental Approach to the Treatment of Traumatic Stress*, by L. McCann and A. Pearlman. New York: Brunner/Mazel.

103.    Figley, C. R. (1990). Brunner/Mazel Psychosocial Stress Book Series Editorial Note in *Losing a baby: The Psychosocial Impact of Pregnancy Loss on the Marital Relationship*. New York: Brunner/Mazel.

104.    Figley C. R. (1989). Editorial Note in *Journal of Psychotherapy and the Family*, Special Issue on "Minorities and Family Therapy" (Saba, Barrer and Hardy), 6:1- 2 (Spring-Summer).

105.    Figley, C. R. (1989). A Series Editorial Note in *Treating Stress in Families*, (Figley), NY: Brunner/Mazel.

106.    Figley, C. R. (1989). A Series Editorial Note in *Trauma, Transformation, and Healing*, (Wilson), NY: Brunner /Mazel.

107.    Figley, C. R. (1989). *A Series Editorial Note in Systemic Treatment of Incest: A Therapeutic Handbook*, (Trepper and Barrett), NY: Brunner/Mazel.

108.    Figley, C. R. (1989). *A Series Editorial Note in The Crisis of Competence: Transitional Stress and the Displaced Worker*. (Maida, Gordon and Farberow), NY: Brunner/Mazel.

109.    Figley, C. R. (1989). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Multi-systemic structural-strategic interventions for child and adolescent behavior problems" (Tolan) 6:3/4.

110.    Figley, C. R. (1988). Editorial Note in *Journal of Psychotherapy and the Family*, Special Double Issue on "The Circumplex Model: Assessment and Treatment of  Families," (Olson, Russell, & Sprenkle), 4:1-2 (spring & summer).

111.    Figley, C. R. (1988). A Series Editorial Note in *Post-Traumatic Therapy and the Victims of Crime*, (Ochberg), NY: Brunner/Mazel.

112.    Figley, C. R. (1988). A Series Editorial Note in *Mental Health Response to Mass Emergencies*, (Lystad), NY: Brunner/Mazel.

113.    Figley, C. R. (1988). Editorial Note in *Journal of Psychotherapy and the Family*, Special Double Issue on "Aging and Family Therapy: Practitioner Perspectives on Golden Pond" (Hughston, Christopherson and Bojean), 5:1-2 (Spring-Summer).

114.    Figley, C. R. (1988). Editorial Note in *Journal of Psychotherapy and the Family*, Special Issue on "Children and Family Therapy," J. Zilbach (Ed.), 5:3-4 (Fall-Winter).

115.    Figley, C. R. (1987). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "The Self in Therapy," 3:1 (spring), 1-3.

116.    Figley, C. R. (1987). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "The Family Life of Therapists" (Kaslow), 3:2 (summer), 1-4.

117.    Figley, C. R. (1987). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Chronic Disorders and the Family" (Walsh and Anderson), 3:3 (fall), 1-4.

118.    Figley, C. R. (1987). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Women, Feminism, and Family Therapy," (Braverman), 3:4 (winter),

119.    Figley, C. R. (1987). Series Editorial Note in *Vietnam: A Casebook*, by J. Lindy, Brunner/Mazel, New York, v-viii.

120.    Figley, C. R. (1986). Series Editorial Note in *Stress and Coping in Time of War: Generalizations from the Israeli Experience*. NY: Brunner/Mazel, vii- 57.

121.    Figley, C. R. (1986). Series Editorial Note in *Trauma and its Wake, Volume II: Traumatic Stress Theory, Research, and Treatment*. NY: Brunner/Mazel.

122.    Figley, C. R. (1986). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Marriage and Family Enrichment," (Denton), 2:1 (spring), 1-2.

123.    Figley, C. R. (1986). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Depression in the Family," (Freeman, Epstein & Simon), 2:3-4 (Fall/Winter), 1-3.

124.    Figley, C. R. (1986). Series Editorial Note in *Stress and Addiction*. By Gottheil, Druley, Pasko & Weinstein). NY: Brunner/Mazel.

125.    Figley, C. R. (1985). Editorial Note in the *Journal of Psychotherapy and the Family*. Special Issue on "Computers and the Family," 1:1-2 (Spring/ Summer), xi-xii.

126.    Figley, C. R. (1985). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Divorce Therapy," 1:3 (fall), 1-2.

127.    Figley, C. R. (1985). Editorial Note. In W. E. Kelley (Ed.), *Posttraumatic Stress Disorder and the War Veteran Patient*. N.Y.: Brunner/Mazel, v-vi.

128.    Figley, C. R. (1985). Editorial Note in the *Journal of Psychotherapy and the Family*, Special Issue on "Family Therapy Education and Supervision," 1:4 (winter), xi-xii.

129.    Figley, C. R. (1985). Editorial Note in M. Bard and D. Sangrey, *the Crime Victim's Book*, Second Edition, New York: Brunner/Mazel, vii-ix.

130.    Figley, C. R. (1980). Introduction. In J. E. Veevers, *Childless by Choice*. Toronto: Butterworths, 1-4.

## I. Non-Refereed Publications

1.    Speckhard, A., Figley, C. R. & Shajkovci, A. (2017). Psychosocial drivers, prevention and sequelae of engaging in torture. International Center for the Study of Violent Extremism, April. See website.[15]

---

[15] http://www.icsve.org/research-reports/psychosocial-drivers-prevention-and-sequelae-of-engaging-in-torture/

2.  Figley, C. R. (2015). John P. Wilson Pioneer Trauma Psychologist.[16] *Trauma Psychology: American Psychological Association Division 56 Newsletter,* October.

3.  Figley, C. R. (2015). Life's Work of John P. Wilson, the Second ISTSS President: An Overview. Traumatic Stress Notes, official newsletter of the International Society for Traumatic Stress Studies, November.

4.  Figley, C. R. (2015). Life's Work of John P. Wilson: An Overview. Stress Points and Newsletter of the International Society for Traumatic Stress Studies, October 27.

5.  Figley, C. R. (2015). Torture Trauma Enablers Were We. Therapeutic Speakeasy, Special Feature, 1:4 (October).

6.  Figley, C. R. (2015). The Torture-Produces-Actionable-Results Myth. Linkedin, December 1, 2015

7.  Figley, C. R. (2015). Our Hearts Are One November 20, 2015

8.  Figley, C. R. (2015). Fifty years ago my Springboro High School in Ohio... October 12, 2015

9.  Figley, C. R. (2015). Study found five significant factors associated...Linked, September 23, 2015

10. Figley, C. R. (2015). Unit-centered Help for Military Veterans – Stop the Suicides!..September 19, 2015

11. Figley, C. R. (2015). Psychology Steps Up August 11, 2015

12. Figley, C. R. (2015). Am I Cut Out For This? August 8, 2015

13. Figley, C. R. (2015). New Documentary on Caregivers' Wellness August 8, 2015

14. Figley, C. R. (2015). First Responder Resilience. Posted at *Professor Figley Polemics*. Posted 2/24/15.

15. Figley, C. R. (2015). Message to students enrolled in SOWK1000. Posted at Tulane Trauma MOOC Blog. Posted 2/7/15

16. Figley, C. R. (2015). The Stress in America. Posted at *Professor Figley Polemics*. Posted 2/5/15.

17. Figley, C. R. (2015). Week One Completed. Posted at *Tulane Trauma MOOC Blog* Posted at Professor Figley Polemics, 1/19/15.

18. Figley, C. R. (2015). Chapter 17: DaNang 1965. Posted at *Professor Figley Polemics*. Posted 1/19/15.

19. Figley, C. R. (2014). Generic Model of Compassion Fatigue Resilience (c) Posted at *Professor Figley Polemics,*, 4/22/14

20. Figley, C. R. (2014). The Twilight Zone of Grief: The Case of MH Flight 370. Posted at *Professor Figley Polemics,* 3/30/14.

21. Figley, C. R. (2013). The Cost of Academic Freedom:  The Case of Professor Ivan van Heerden of Louisiana State University. Posted to *Professor Figley Polemics*, 4/1/13.

22. Figley, C. R. (2012). D2I: From Disorder to Injury. Posted to *Professor Figley Polemics*, 5/1/12.

---

[16] Note: John P. Wilson, PhD, Professor Emeritus of Psychology at Cleveland State University, and an internationally known trauma psychologist died midday July 6, 2015 in his home in Cleveland, Ohio. The Cleveland Plain Dealer obituary appeared a few days later. This brief article is not an obituary but, rather, a note of introduction to those who may not be familiar with his work.

23. Figley, C. R. (2012). The Times-Picayune Crescent City Classic 10K Posted to Professor Figley Polemics,

24. Figley, C. R. (2011). 13 NATO Troops Killed in Afghanistan Suicide Attack. Posted to Professor Figley Polemics, 10/30/11

25. Figley, C. R. (2011). The Triple Disaster in Japan. Posted at Professor Figley Polemics, March 23rd. Accessed March 25, 2012: http://figley.blogspot.com/2011/03/triple-disaster-in-japan.html.

26. Figley, C. R. (2011).  Spectrum of Resilience: Highly resilient people should be studied. Posted at Professor Figley Polemics, March 1st. Accessed March 25, 2012: http://figley.blogspot.com/2011/03/spectrum-of-resilience-highly-resilient.html.

27. Figley, C. R. (2010). "Criticizing the Eating Habits of Your Spouse Doesn't' Work.," Duh. Posted at Professor Figley Polemics, October 24th. Accessed March 25, 2012: http://figley.blogspot.com/2010/10/criticizing-eating-habits-of-your.html.

28. Figley, C. R. (2010). Planes, Buildings, and America. ITHP. Accessed March 27, 2012: http://www.ithp.org/articles/planesbuildingsandamerica.html.

29. Figley, C. R. (2009). Mission in New Orleans Post-Katrina. Trauma Psychology Newsletter.

30. Figley, C. R. (2007). HUCaring for others without neglecting self-careUH. The National Psychologist, 16:5 (September/October), 17.

31. Figley, C. R. (2007). Shifting the Paradigm: Trauma Psychologists' Role in Viewing Combat Stress Injuries as Opportunities for Mental Illness Prevention. Trauma Psychology Newsletter, Winter.

32. Figley, C. R. (2007). Viewing Combat Stress Injuries as Opportunities for Preventing PTSD: Invitation to the HU2nd National Symposium at Florida State UniversityUH, HUhttp://vetspeak.com/UH, January 17.

33. Figley, C. R. & Figley, K. R. (2007). UPut the oxygen mask on yourself firstU UFamily Therapy MagazineU (lead article), March-April, pp 8-11.

34. Figley, C. R. (2004). My Turn: Compassion Fatigue? Invited essay in UOutpatient Surgery MagazineUH, 5:11 (November).

35. HUFigley, C. R. (2004). MY VIEW: U Support or oppose the war, here's how you can help, Tallahassee Democrat, April 19.U

36. HUFigley, C. R. (2004). Love It? Then Live It, Tampa Tribune, April 18.UH

37. Figley, C. R. (2004). The MASTERS Process of Transforming Your Career and Life. Gift From Within Home Page. May.

38. HUFigley, C. R. (2004). Report from Kuwait. In FSU Everything, March 12.UH

39. Weaver, A.J. and Figley, C.R.  (2003). "Refugees, Torture and Spirituality." Research News and Opportunities in Science and Theology (May Issue).

40. Figley, C. R. and Figley, K. R. (2002). The Green Cross Project: A Model for Providing Emergency Mental-Health Aid after September 11. Phi Kappa Phi National Forum.

41. Figley, C. R. (2002). Terrorism and Traumatic Stress. Family Therapy Magazine, 1:1, 10-12.

42. Figley, C. R. (2001). The Society's Journal: Establishing ISTSS. Stresspoints, 16:2.

43. Figley, C. R. (2001). September 11th Mobilization of the Green Cross Projects. Stresspoints, 16:4.
44. Figley, C. R. (1999). Systemic Traumatology: Applications of Family Therapy Principals to Survivors of the Littleton Shootings and Beyond, Part I, Newsletter of the Colorado Association for Marriage and Family Therapy, June.
45. Figley, C. R. (1999). Systemic Traumatology: Continuation of Applications of Family Therapy Principles to the Littleton Shootings and Beyond, Part II. Newsletter of the Colorado Association for Marriage and Family Therapy, September.
46. Figley, C. R. (1997). Crisis Intervention, Compassion Fatigue, and the Green Cross Projects. Family Therapy News (July).
47. Figley, C. R. (1997). Helping our Supervisors in Training Write Their Supervision Philosophy Statement. The Supervision Bulletin, Vol. 10, No.2 (Fall), 3-4.
48. Figley, C. R. (1996). For those who bore the battle: The requirements of quality veteran family services. In D. Rhoades, M. Weinstein, and M. Levec (Eds.) The National Class Assistance Program: The Legacy of Vietnam for Veteran Families. Washington, DC: Georgetown University Press.
49. Figley, C.R. (1993). Compassion Stress: Toward Its Measurement and Management. Family Therapy News, February, 1-2.
50. Figley, C.R. (1993). Compassion Fatigue and Social Work Practice: Distinguishing Burnout from Secondary Traumatic Stress. Newsletter of the NASW Florida Chapter, June, 1-2.
51. Figley, C. R. (1990). Family therapy with the PTSD client. In J. Zeig and J. Munion (eds). What is Psychotherapy? A Contemporary Perspective. San Francisco: Jossey-Bass.
52. Figley, C. R. (1990). Helping the earthquake victims: A Family Systems Approach. The California Psychologist, Vol. 22, No.6.
53. Figley, C. R. (Ed.) (1990). Helping Military and Hostage Families. Proceedings of an Emergency Conference, Tallahassee, Florida, September, 1990 (Report and video available through the Florida State University Marriage and Family Therapy Center).
54. Figley, C. R. (Ed.) (1990). Strengthening Military Families: Mobilizing National Resources in Times of Need. Conference Proceedings of an Emergency Conference, Washington, D.C., October 4, 1990 (Report and audio tape available through the Florida State University Marriage and Family Therapy Center).
55. Figley, C. R. (1989). The October 17th Earthquake: We are here for them. In K.A. Tilley (ed.) Building Bridges, Creating Balance, Monograph of the AAMFT 1989 San Francisco Annual Conference Plenary Presentations. Washington, DC: AAMFT.
56. Figley, C. R. (1988). Afgantsy, the Soviet's Nam Vets: Some Initial Impressions. Medals, Vol. 1, No.1 (Fall), 1 ff.
57. Figley, C. R. (1987). Review of Mardi Jon Horowitz (1986) Stress Response Syndrome, Journal of nervous and Mental Disease, 175, 7, 444-445.

58. Figley, C. R. (1984). Treating Post-traumatic stress disorder: the algorithmic approach. The American Academy of Psychiatry and the Law Newsletter, 9:3 (December).

59. Figley, C. R. (1981). Working on a theory of what it takes to survive, American Psychological Association Monitor, (March), 12(3), 9.

60. Figley, C. R. (1980). From hostages to heroes: The trauma of coming home (invited essay). U.S. News and World Report, November 10, 35-36.

61. Figley, C. R. & Leventman, S. (1980). Introduction: Estrangement and victimization. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger, xiii-xxiv.

62. Figley, C. R. (1980). The glory and the gore, an introduction to Section I. op cit., 1-6. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger, xiii-xxiv.

63. Figley, C. R. (1980). Confused, hated, ignored and dishonored, an introduction to Section II. op cit., 79-85. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger, xiii-xxiv.

64. Figley, C. R. (1980). Unpaid debts to unsung heroes, an introduction to Section III, 196-200. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger, xiii-xxiv.

65. Figley, C. R. (1980). A postscript: Welcoming home the strangers, 334-351. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger.

66. Figley, C. R. (1980). The Iranian crisis: Caring for families of catastrophe. American Association for Family Therapy Newsletter, September, Vol. 11, No. 5.

67. Figley, C. R. (1980). Psychosocial adjustment of recently returned veterans, 214-254. In C. R. Figley & S. Leventman (Eds.) Strangers at Home: Vietnam Veterans Since the War. N.Y.: Praeger, xiii-xxiv.

68. Figley, C. R. (Ed.) (1980). Mobilization I: The Iranian Crisis. Report of the Task Force on Families of Catastrophe to the US State Department. West Lafayette, Indiana: Purdue University (Abridged version in the Appendix of Figley & McCubbin, 1983).

69. Figley, C. R. (1979). The Vietnam veteran--a thoughtful look. The Purdue Alumnus, March.

70. Figley, C. R. (1979). Confusing the warrior with the war. Guest editorial, American Psychological Association Monitor, March, p.2.

71. Figley, C. R. (1978). Delayed Combat Stress Disorders: Contrasts Among Vietnam Veterans, Korean Veterans, and World War Veterans Recently Inducted into the American Legion. A Final Report. Indianapolis, Indiana: The American Legion.

72. Figley, C. R. (1978). Frustrations remain, Vietnam vets: Still not forgiven (invited essay). Indianapolis Star, July 2.

73. Figley, C. R. (1978). The residue of Vietnam (invited essay). The American Legion Magazine, September, 1978.

74. Figley, C. R. (1975). Interpersonal adjustment and family life among Vietnam veterans, a general bibliography. Congressional Record (Entered by Senator Vance Hartke), February 19.

75. Figley, C. R. (1974). <u>Tactical Self-Presentation in a Dating Decision-Making Context. Doctoral Dissertation,</u> The Pennsylvania State University and in Dissertation Abstracts International, 1975, 36, (3). See also, Figley, 1974.
76. Figley, C. R. (1973). <u>Child density and the marital relationship.</u> Master's Thesis, in partial fulfillment of the Master of Science, Graduate School of the Pennsylvania State University, August. See Figley 1973 (journal article).

**J. Lectures, Speeches, Workshops, and Conference Presentations**

**2022  (4 presentations expected)**

1. Hansel, T., Saltzman, L., Robinson, T. and Figley, C. R. (2022).  First responders in COVID-19: The Impact of Compassion Fatigue. Presented at the Society for Social Work Research Annual Meeting, January 14.

**2021 (5 presentations)**

2. Figley, C. R. (2021). Pandemic-Related Compassion Fatigue Resilience in Post-pandemic practice. *Turkiye Travmatik Stres Kongressi*, Istanbul, Turkey, September 25.
3. Boscarino, J. A., Figley, C.R., Adams, R.E., Urosevich, T. G., et al  (2021). Genetic Risk Factors for Suicide among Veterans: Results from Veterans' Health Study. AHCA Annual Meeting, July 11.
4. Figley, C. R. (2021). COVID-19 Plenary Session: The Psychosocial and Emotional Attributes of Trauma Resilience in the Pandemic's Shadows. Invited (virtual) presentation National Kidney Foundation, April 7.
5. Figley, C. R. (2021). Looking ahead: The enormous task of healing. Invited (virtual) presentation Israel Trauma Coalition, June 2.
6. Figley, C. R. (2021). Treating the invisible scars – COVID and the impact on mental health: Promoting Post-pandemic Resilience. Invited (virtual) presentation to the Health Care Administrators Association, July 19.

**2020 (7 presentations)**
7. Figley, C. R. (2020). Discussant, Session on Advancing Research Discourse on Social Work Disaster Research as a Tool for Social Change: Theory, Practice, Research" Society for Social Work Research, January.
8. Figley, C. R. (2020). Panelist on Managing Worker Distress. Organized by the
9. Figley, C. R. (2020). Trauma Practice: Supervision, Assessment & the X Factor. Invited address at the American Psychological Association (Trauma Psychology Division), August 7.
10. Figley, C. R. (2020). Collective Trauma – Collective Fatigue: A Pathway to Psychosocial Resilience in the Shadows of the World Pandemic. Presented at the Virtual Keynote Address VOICES 2020 Annual Remembrance Symposium: Pathways to Resilience During Unpredictable Times, Zoom-assisted presentation, September 9.
11.  Figley, C. R. (2020). Participation in the Mental Health Town Hall. Sponsored by the New Orleans Newspapers (Times-Piquene and New Orleans Advocate)

12. Figley, C. R. (2020). Trauma and the Human Costs of Humane Caring. A Webinar by the Tulane University School of Medicine: COVID-19 and Healthcare Professionals – Recognizing and Responding to Stress in Adults and Children, September 24.

13. Figley, C.R. (2020). Vicarious Trauma's Effect on the  Attorney-Client Relationship. Invited continuing education for family practice lawyers, Ilumni Institute Professional Legal Education, October 28.

2019 (6 presentations)

14. Figley, C. R. (2019). Managing the emotional pain of the work: Can we increase compassion fatigue resilience among pain patient service providers? Invited keynote for the Annual Conference of the Southern Pain Society, September 15.

15. Figley, C. R. (2019). Improving Marine Mental Health and Fitness in the Future. United States Marine Corps Leadership Conference, Joint Base Camp, WA, September 6.

16. Figley, C. R. (2019). Compassion fatigue resilience. Invited presentation by and for the Massachusetts State Peer Support Network. Fire Academy of Massachusetts, Stowe, MASS, June 27.

17. Boscarino, J. J., Hu, Y., Urosevich, T., Hoffman, SN., Kirchner, H.L., Adams, R. E., Dugan, R. J., Figley, C. R., & Boscarino J. A. (2019). Predictors of post-deployment dysfunction among previously deployed service members. Health Care Systems Research Network, Portland, April 15.

18. Boscarino, J.J., Hu, U., Urosevich, T.G., Hoffman, S. N., Kirchner, H.L.,  Adams, R.E., Dugan, R. J., Withey C.A., & Figley, C.R., Boscarino, J. A (2019). Predictors of Post-deployment Mental Health Treatment among Iraq and Afghanistan Veterans Seen in non-VA Facilities. Presentation at the Health Care Systems Research Network, Portland, April 9.

19. Figley, C. R. (2019). Discussant for the Symposium: Advancing Social Work Research Discourse on Disaster Resilience: Theory, Evidence and Practice at the Society for Social Work Research, San Francisco, January 16.

2018 (7 presentations)

20. Figley, C. R. (2018). The science of secondary trauma and the traumatized. Lecture 2, Harvard Program in Refugee Trauma's Global Mental Health Certification in Trauma and Recovery, Orvieto, Italy, November 5.

21. Figley, C. R. (2018). The science of trauma and the traumatized. Lecture 1, Harvard Program in Refugee Trauma's Global Mental Health Certification in Trauma and Recovery, Orvieto, Italy, November 5.

22. Figley, C. R. (2018). My List of useful trauma axioms applied to clinical practice. Invited keynote address at the EMDRIA annual conference, Atlanta, GA, October 6.

23. Figley, C. R. (2018). The Ethics of Self-Care for Professionals. Chat with the Global Scholars Program members at Tulane School of Public Health and Tropical Medicine, October 4.

24. Saltzman, L. Y., Ferreira, R. J., Figley, C., & Elmhurst, K. (July 2018). "Confronting the Social Work Curricular Divide: Reconsidering How Trauma, Violence, and Disaster are Taught and Studied." Oral Presentation Social Work, Education, and Social Development, Annual Conference, Dublin, Ireland.

25. Figley, C. R. (2018). The Traumatology of Life: Counseling Lessons Learned and Applied over my 46-Year Study and Treatment of Trauma. Invited keynote at the Annual Meeting of the Florida Mental Health Association, Orlando, Florida, February 2.

26. Burnette, C. E., Renner, L., M. & Figley, C. R. (2018). Culturally Relevant Risk and Protective Factors Related to Depression Among U.S. Indigenous Peoples: Why Historical Oppression and Family Resilience Matter. Presentation at the 20th Annual Society for Social Work Research Conference, Washington, DC, January 14.

27. Figley, C. R. (2018). Advancing Critical Dialogue on Disaster Research: Theory, Evidence and Practice. Discussant at the 20th Annual Society for Social Work Research Conference, Washington, DC., January 15.

**2017 (13 presentations)**

28. Stein, J. Y., Figley, C. R., & Solomon, Z. (**2017**). Towards a meaning-based conceptualization of trauma and PTSD: A Review and Reframing of Contemporary Theories. Paper at the International Society for Traumatic Stress Studies, Chicago, November 9. (under development as a journal article).

29. Burnette, C. E. & Figley, C. R. (**2017**). The Identification of Culturally Grounded Protective Factors Related to Indigenous Family Resilience. Presentation at the 63rd Annual Program Meeting for the Council on Social Work Education, Dallas, TX, October 18.

30. Saltzman, L. Y., Ferreira, R. J., Figley, C. R., Elmhurst, K (**2017**). Confronting the Social Work Curricular Divide: Understanding and Reconsidering How Trauma, Violence, and Disaster is Taught and Studied. Presentation at the 63rd Annual Program Meeting for the Council on Social Work Education, Dallas, TX, October 17.

31. Adams, R. E., Urosevich, T. T., Hoffman, S. N., Kirchner, H. L., Hyacinthe, J. C., Figley, C. R., Boscarino, J. A. (**2017**). *Veteran Identity as a Protective Factor against Suicide Ideation: Implications for Theory and Intervention*. Presentation at the American Public Health Association 115th Annual Meeting, Atlanta, August 5.

*32.* Burnette, C. E., & Figley, C. R. (**2017**). Predicting and Explaining Violence Against Indigenous Women: A Holistic Framework. Presentation at the 2017 American Psychological Association Conference, Washington, DC, August 4.

*33.* Figley, C. R. (2017). The Homecoming and Becoming Reconnected. Invited keynote speech, the Vietnam Veterans of America Convention, New Orleans August 9.

34. Figley, C. R., Adams, R. E., Urosevich, T. G., Hoffman, S. N., Kirchner, H. L., Hyacinthe J. C., Boscarino J. J., Boscarino, J. A. (**2017**). Female Military Veterans' Risk and Protective Factors in Predicting Overall Functioning: A Biomedical Sample of Outpatients from Geisinger Clinic. Paper presented at the International Society for Traumatic Stress Studies, Chicago, November 8.

35. Figley, C. R., Boscarino, J. A., Hoffman, S. N., Urosevich, T. G., Kirchner, H. L., Hyacinethe M. S. (**2017**). Is living in Rural Areas a Risk Factor for Veterans' Mental Health Status? Presentation at the 2017 American Psychological Association Conference, Washington, DC, August 4.

*36.* Burnette, C. E., Renner, L. M., & Figley, C. R. (**2017**). *Historical Oppression, Family Resilience and Depression: Martialing Indigenous-Based Knowledge and Research to Predict and Explain Health Disparities.* Presentation at the 4th International Indigenous Voices in Social Work Conference, Alta, Norway

*37.* Burnette, C. E., Figley, C. R., Comby, N., Billiot, S., Liddell, J. & Woodward, S. (**2017**). *Indigenous Based Research to Develop Evidence-Based and Culturally Relevant Programs to Address Substance Abuse and Family Violence: Cultivating Indigenous Resilience and Transcendence.* Presentation at the 4th International Indigenous Voices in Social Work Conference, Alta, Norway.

38. Burnette, C. E., Figley, C. R., Comby, N., Billiot, S., Liddell, J. & Woodward, S. (**2017**). *Culturally Grounded Research to Develop Evidence-Based and Culturally Relevant Intervention and Prevention Programs for Substance Abuse and Family Violence.* Presentation at the 12th Annual Tribal Leader/Scholars Program through the National Congress of American Indians, Uncasville, CT, July.

39. Figley, C. R. (**2017**). *History of Trauma and Lessons Learned: Part II. Traumatology Institute Series, Lecture 1*. Tulane University Traumatology Institute, at the School of Social Work, Room 343, January 13.

40. Figley, C. R. (**2017**). Compassion Fatigue: Recognizing and Managing Secondary Traumatic Stress.  Invited webinar for the American Psychosocial Oncology Society Webinar, from New Orleans, January 10.

**2016 (9 presentations)**

41. Figley, C. R. (**2016**). Assessment and Treatment of Torture Survivors: Resilience-Centered Healing: Discussant Remarks. American Psychological Association Webinar of Division 56, Trauma Psychology, December 9.

42. Figley, C. R. (**2016**). Hysteria, Soldier's Heart, and Railway Spine: The Origin and Emergence of PTSD and Trauma Sciences, Part I. Tulane Traumatology Institute Lecture Series, Lecture 1, Tulane School of Social Work Room 343, November 7

43. Figley, C. R. (**2016**). *Managing Chaos Starting with Yourself: Resilience to Secondary Trauma*. A Lecture in Tulane University School of Public Health course: GCHB 6320, Program Skills in Crisis and Transition. November 3.

44. Burnette, C. E., Figley, C. R., J. Liddell, N. Comby, & Woodward, S. (**2016**). *Quantitative research within a relational context: Culturally relevant research considerations with Indigenous peoples.* Paper presented at the 20th Annual American Indian Alaska Native Social Work Educators' Association Meeting, Atlanta, GA

45. Figley, C. R. (**2016**). *Compassion Fatigue and its relationship to health and resilience.* The Military Health Institute Distinguished Lecture Series (inaugural) of The UT Health Science Center at San Antonio, October 14.

46. Figley, K. R. & Figley, C. R. (**2016**). *Building Compassion Fatigue Resilience*, Keynote Address at the Symposium, VOICES 15th Annual Information Forum. New York Marriott Downtown Hotel, September 10.

47. Figley, C. R. (**2016**). *Listening to the Pain of Others  - While Building Resilience to Compassion Fatigue*. Keynote Address, VOICES of September 11th *Resiliency Symposium: Knowledge to Practice: Pathways to long-term healing*, September 9, New York

48. Burnette, C. E., Figley, C. R., Comby, N. & Billiot, S. (**2016**). Community-engaged Research methods to inform culturally relevant prevention and intervention efforts to promote health equity and safe environments for indigenous peoples. For presentation at the 26th Annual Native Health Research Conference, Cherokee, USA, June 10.

49. Figley, C. R. (**2016**). Hysteria, Soldier's Heart and Railway Spine: The Origin and Emergence. Invited lecture by the College of Social Work, Florida State University, April 28.

**2015 (9 presentations)**

50. Figley, C. R. & Gold, S. (**2015**). American Psychological Association Board of Directors' Recommended Actions and Council of Representatives Actions. Presentation at the Webinar of APA Division 56, Trauma Psychology, September 25.

51. Figley, C. R.. (**2015**). Commentary on K. Porterfield's Presentation:  Human Rights Abuses Facilitated and Enacted by Psychologists: The View from Guantanamo Presentation at the Webinar of APA Division 56, Trauma Psychology, September 25.

52. Figley, C. R. & Figley, K. R. (**2015**) Building Teamwork and Productivity on the Anniversary of the May 2014 Isla Vista Tragedy, Part II. Invited workshop to the University of California – Santa Barbara Counseling and Psychological Services. Santa Barbara, California, September 8-9.

53. Figley, C. R. (**2015**). First Do No Self Harm Understanding and Promoting Physician Stress Resilience. Grand Rounds for the Tulane University Medical School Adult Psychiatry, Bio-Environment Center, New Orleans, August 21.

54. Figley, C. R. (**2015**). Hope and faith in Post-Katrina New Orleans, Invited talk to the New Orleans Unitarian Universalist Church, August 23.

55. Figley, C. R. (**2015**). Understanding and Promoting Stress Resilience in Chaplains. Spiritual Care Grand Rounds for the United States Department of Veterans Affairs Veterans Health Administration, VA Central Office (VACO) Chaplain Service, July 14.

56. Figley, C. R. & Figley, K. R. (**2015**) Building Teamwork and Productivity on the Anniversary of the May 2014 Isla Vista Tragedy. Invited workshop to the University of California – Santa Barbara Counseling and Psychological Services. Santa Barbara, California, June 14-15.

57. Figley, C. R. (**2015**). Co-coordinator, NOLA Youth Summit, Tulane University School of Social Work and the Department of Psychology, May 21-22.

58. Figley, C. R. (**2015**). Discussant for the session, "I have your back!" Meaningful action to address vicarious trauma in the workplace. American Psychiatry Association, Toronto, May 19.

2014 (9 presentations)

59. Figley, C. R. (2014). Building Resilience in Supporters – Public, Private, and Personal. Presented at the International Seminar on Social Welfare, Tokyo, December 13, 2014

60. Figley, C. R. (2014). Compassion, Compassion Stress, Compassion Satisfaction, Compassion Fatigue, Self Care, and Vulnerability to Burnout, Tokyo, December 14.

61. Burnette, C. E. & Figley, C. R. (2014). Bolstering resiliency: An ecological review of risk and protective factors related to mental health and substance use among Native American and Alaska Native youth and adolescents. Paper to be presented at the 25th Native Research Network Conference, Phoenix, AZ, June.

62. Figley, C. R (2014). Disaster Relief For Mental Health Care: Developing Disaster. Keynote address, 22nd Annual Seminar on Social Welfare in Asia

and the Pacific Rim 2014, Japan College of Social Work, Tokyo, Japan, February 16.

63.  Figley, C. R (2014). Building Trauma Resilience in Social Workers to Prevent High Compassion Fatigue. Invited lecture, Japan College of Social Work, Tokyo, Japan, February 18.

64. Figley, C. R. (2014). Skills Development is Self Care. Invited Workshop, Japan College of Social Work, Tokyo, Japan, February 18.

65. Figley, C. R. (2014). Advancing Healing After Community Violence: Victims, Families and Health Professions. Bowles Chapel Lecture for 2014 - Session I: Recognizing the Effects of Community Violence on Victims and Families; Session II: Promoting Resilience in Traumatized Victims and Their Families; Session III: Promoting Resilience in the Compassionate Practitioner, Memorial Herman Health Systems, Houston, February 6.

66. Figley, C. R. (2014). The Resilient Caregiver: Practical Steps in Working with the Traumatized. Invited presentation at the Israel Science Foundation Research Workshop for Practitioners, Tel Aviv, Israel, Tuesday, January 14.

67. Figley, C. R. (2014). Systemic Trauma: Historical overview and current and future directions in the study and treatment of traumatized families. Invited presentation at the Israel Science Foundation Research Workshop for Practitioners, Tel Aviv, Israel, Tuesday, January 13.


**2013 (17 presentations)**

68. Figley, C. R. (2013). Traumatic Psychological Stress Injuries, Reactions, and Management. Presentation at the Israeli - New Orleans Collaboration on Emergency Medicine, Session on Traumatic Stress Injury and Resilience, New Orleans, USA, December 5.

69. Figley, C. R. (2013). The first MOOC (Massive, Open, Online Course) on trauma. Presentation at the International Society for Traumatic Stress Studies Internet & Technology Special Interest Group, Philadelphia, November 7.

70. Figley, C. R., Courtois, C. Kudler, H. (2013) Building Resilience Among Young Clinicians And Researchers Working with Trauma-Exposed Populations. A Panel sponsored by the ISTSS Student Members, Annual Conference of the International Society for Traumatic Stress Studies, Philadelphia, November.

71. Figley, C. R., Kiser, L. J., & Connors, K.M. (2013). Helping Traumatized Families: The Family Adaptation to Trauma Model for Clinical Practice At the annual conference of the International Society for Traumatic Stress Studies, Philadelphia, November 6.

72. Figley, C. R. (2013). Trauma! Resilience Building: Stress of the Patients, their Families, and their Practitioners Teleconference presentation (video link), The Bouverie Centre Melbourne, October 7.

73. Figley, C. R. & Figley, K. R. (2013). Compassion Fatigue and Regeneration. Presentation at the American Psychological Association, Honolulu, Hawaii, August 4.

74. Figley, C. R. & Figley, K. R. (2013). Developing Resilience in Trauma Workers. Invited webinar presentation sponsored by the APA Division 56 Early Career Psychologists Committee, July 8.

75. Figley, C. R. (2013). Developing Disaster Resilience among the Traumatized including Caregivers. Invited presentation at the Conference Disaster Behavioral Health, Rutgers University, New Brunswick, NJ, June 19.

76. Figley, C. R. (2013). Trauma Opportunities: What does it mean to survive a trauma? Invited talk, Tulane University Solon Luncheon, New Orleans May 7.

77. Russell, M. C. & Figley, C. R. (2013). Treating Traumatic Stress Injuries: An Overview. Traumatology Institute workshop, New Orleans, April 5.

78. Figley, C. R. (2013). The Trauma Paradox:  Lessons of Adversity, Trauma Resilience, and Transformation. Invited talk at the Penn State University Forum, University Park, PA, March 19.

79. Figley, C. R. (2013). Lessons Learned from Veterans about Trauma, Grief, and Loss: The Case of the Combat Medic. Invited presentation at the First Annual General Assembly of the Social Work Hospice & Palliative Care Network, March 11.

80. Figley, C. R., Morris, J., Corzine, E., Sujan, A., Weatherly, C., & Lattone, V. (2013). Parish Perspectives: Learning from Terrebonne Parish Post-Disasters through Ethnovideography. Presentation of at the 12th World Congress on Trauma, Stress, & Coping, Baltimore, February 22.

81. Figley, C. R. (2013).  Living in the Wake of the March 11, 2011 Triple Japanese Disaster: Some Observations. Invited lecture, Sponsored by the Global Social Work Program, New Orleans, January 28.

82. Figley, C. R. (2013). Introduction to the Assessment and Treatment of Trauma: A workshop offered by the Figley Institute and the Inda Institute, Istanbul, Turkey, January 18, 2013

83. Figley, C. R. & Figley, K. R. (2013). Helping Traumatized Families. A workshop offered by the Figley Institute and the Inda Institute, Istanbul, Turkey, January 19.

84. Figley, C. R. (2013). Treating Compassion Fatigue Introduction to the Assessment and Treatment of Trauma: A workshop offered by the Figley Institute and the Inda Institute, Istanbul, Turkey, January 20.

**2012 (7 presentations)**

85. Cabrera, D., Figley, C. R., Yarvis, J., & Cox, D. (2012). The Warrior's Family. In N. D. Ainspan & W. Penk (Eds.), When the Warrior Returns: Making the Transition at Home. Washington, DC: Navy Institute Press.

86. Figley, C. R. (2012). Compassion Fatigue and the treatment in Disaster Zone. Invited keynote speech, Japan College of Social Work Conference on Disaster Responding, Tokyo, November 1.

87. Figley, C. R. (2012). Supporting Helpers and Training Leaders in the Disaster Area. Invited keynote speech, Japan College of Social Work Conference on Disaster Responding, Tokyo, November 2.

88. Figley, C. R. (2012). Adapting to Violent Death:  The Case of the Combat Medic. Keynote address to the Office of Victim Assistance, US Department of Justice, New Orleans, May 4.

89. Figley, C. R. (2012). When Helping Hurts: The Impact of Helping Traumatized Girls. Invited Webinar for The Office of Women's Health, U.S. Department of Health and Human Services, April 24.

Figley Curriculum Vitae                    Page 53

90. Figley, C. R. (2012). Building Leadership Capacity in Emergency Management: Pillars, Definitions, and Theoretical Architectures. Invited address to the 9th Annual Institute for Disaster Mental Health, State University of New York, New Paltz, April 20.
91. Figley, C. R. (2012). Mitigating Occupational Psychosocial Hazards of Disaster Response. Invited address to the 9th Annual Institute for Disaster Mental Health, State University of New York, New Paltz, April 20.
92. Figley, C. R. (2012). Trauma-informed Interventions with Vulnerable Children and Families: A Process Model Guide for Practitioners. Invited lecture at Barry University, Miami, Florida March 16.

**2011 (9 presentations)**
93. Figley, C. R. (2011). Pioneers of Trauma. Invited keynote address and panel, International Society for Traumatic Stress Studies, Baltimore, November 3.
94. Figley, C. R., Cabrera, D., Chapman, P., Pitts, B. (2011). Saving Not Taking Lives: Measuring Combat Medic Mettle. Refereed paper presented at the International Society for Traumatic Stress Studies, Baltimore, November 4.
95. Figley, C. R. (2011). Compassion Fatigue in the Service of Children Exposed to Violence:  Making Sure Your Mask is Secure Before Helping Others**.** Invited keynote at the Defending Childhood Conference, Cleveland, Ohio, September 2.
96. Figley, C. R., Strieder, F., Saltzman, W. & Kiser, L. (2011). Innovations in Family-Centered Approaches to Trauma and Loss: Webinar by the NCTSN Learning Center for Child and Adolescent Trauma, for the National Child Traumatic Stress Network September 16, 2011. Accessed December 22, 2011: http://www.nctsn.org/content/innovations-family-centered-approaches-trauma-and-loss
97. Figley, C. R. (2011). Combat Stress Injuries: From Vietnam to Afghanistan. Invited address to the American Psychological Association's Division 43 Masters in Family Psychology Session, August 4.
98. Figley, C. R. (2011). Provider Burnout/Compassion Fatigue and the Role of Trait Resilience, Empathic Discernment, and Self-Care: Lessons from Combat Medics, invited presentation at the Complexities and Challenges of PTSD and TBI, Boston, July 16.
99. Figley, C. R. (2011). Put the Mask on Yourself First, then Help Your Clients. Invited presentation by the Kansas University School of Social Work, April.
100. Figley, C. R. (2011). New Orleans and Disaster Resilience Leadership: Some Final Observations. Invited presentation at the Special Session**,** When Disaster Strikes:  Trauma Research, Intervention and Treatment, Anxiety Disorders Association of America, March 12.
101. Figley, C. R. (2011). Parish Perspectives: Initial Findings of the Oxfam-Tulane University Disaster Resilience Study. Groves Conference on Marriage and the Family, New Orleans, March 14.

**2010 (10 presentations)**
102. Figley, C. R., Cabrera, D. & Chapman, P. (2010). Combat medic mettle study. Refereed presentation at the International Society for Traumatic Stress Studies, Montreal, Canada, November.

103.    Stamm, B.H, Figley, K. R. & Figley, C. R. (2010). Theory of Compassion Fatigue, Burnout, Satisfaction and its Measurement with the ProQOL 5. Paper presented at the International Society for Traumatic Stress Studies, Montreal, November 10.

104.    Cabrera, D. Pitts, B., Figley, C. R., & Chapman, P. (2010). The Soldier Medic Mettle Study: Initial findings. Refereed Poster Presentation at the Uniformed Services Health University, Bethesda, MD, August.

105.    Figley, C. R. (2010). *The Stress Injuries Paradigm: Advantages of an Evidence-based Spectrum of Care and Resilience*. Invited lecture to the New Jersey Psychological Association, Princeton, NJ, April, 17.

106.    Figley, C. R. (2010). *Application of the Stress Injuries Paradigm to Caregivers and Their Spectrum of Care and Resilience.* Invited lecture to the New Jersey Psychological Association, Princeton, NJ, April, 17.

107.    Cabrera, D., Pitt, B., Figley, C R. Chapman, P. (2010). The Soldier Medic Mettle Study: Initial findings. Refereed poster presented to the Force Protection Conference, Washington, DC, June 3.

108.    Figley, C. R. (2010) Combat stress injury and combat medic mettle. Invited lecture, Tulane University Psychology Symposium, April 9.

109.    Figley, C. R. (2010). Building Self Care in the Trauma-informed Healer: Making Sure Your Mask is Secure Before Helping Others. Invited keynote to the National Child Traumatic Stress Network, New Orleans Annual Conference, March 4.

110.    Figley, C. R. (2010). Research on Secondary Trauma: Discussant. I National Child Traumatic Stress Network Annual Conference, New Orleans, March 3.

111.    Figley, C. R. (2010). Assessing PTSD, a paper presented at the Trauma and Psychological Injuries: Law, Practice, and Ethical Issuers Workshop at the American Psychological Association Annual Convention, August 10.

**2009 (13 presentations)**

112.    Figley, C. R. (2009). Nursing stress and resilience. Grand Rounds Lecture, LSU School of Nursing Visiting Scholar Program, New Orleans, November 13.

113.    Stamm, B.H. & Figley, C. R. (2009). Advances in the Theory of Compassion Satisfaction and Fatigue and its Measurement with the ProQOL 5. Paper presented at the International Society for Traumatic Stress Studies, Atlanta, November 6.

114.    Figley, C. R. (2009). Symposium on Surviving Katrina. American Family Therapy Academy Annual Conference, New Orleans, June.

115.    Figley, C. R. (2009). Family Health, Medical Issues, Stress & Coping. A panel discussion with Pauline Boss and Hamilton McCubbin at the 75th Anniversary Groves Conference on Marriage and the Family, Chapel Hill, NC, June.

116.    Figley, C. R. (2009). The Groves Family Tree: What does it mean to be a Groves member? at the 75th Anniversary Groves Conference on Marriage and the Family, Chapel Hill, NC, June.

117.    Figley, C. R. (2009). Compassion Fatigue is When Helping Hurts: Assessment, Education and Prevention of Secondary Trauma. Lecture series, University of Helsinki, Helsinki, 21-22 April.

118.    Figley, C. R. (2009). The Resilient field instructor. Invited workshop at the Annual Tulane School of Social Work Field Instructors' Conference, New Orleans, April 17.

119.    Figley, C. R. (2009). What do YOU Want? The Hidden Problem of Compassion Fatigue. Invited lecture at the meeting of the Louisiana Law Librarians Association, New Orleans, March 24.

120.    Figley, C. R. (2009). Empathic discernment: The key to preventing compassion fatigue. Invited keynote address, Tulane University Institute for Psychosocial Health Annual Conference on Best Practices in Disaster Mental Health, New Orleans, March 19.

121.    Figley, C. R. (2009). Shared trauma in the wake of Katrina. Invited lecture to the Round Table Club, New Orleans, March 12.

122.    Figley, C. R. Schoenfeldt, M. & Casey, D. (2009). Green Cross – Disaster Mental Health in Partnership with Emergency Management. Invited keynote presentation at the World Congress of the International Society for Critical Incident Stress, Baltimore, February 28.

123.    Figley, C. R. (2009). Compassion Fatigue History, Research, and Theory. Invited lecture at the Caregiver Occupational Stress Control Team Training, US Navy Bureau of Medicine, San Diego, January 6.
Figley, C. R. (2009). Compassion Fatigue and its relationship to Resilience. Invited lecture at the Caregiver Occupational Stress Control Team Training, US Navy Bureau of Medicine, San Diego, January 6.

**2013 (25 presentations)**

124.    Figley, C. R. (2008). Acceptance of the Paul Henry Kurzweg, MD Distinguished Chair in Disaster Mental Health at Tulane University, The Kurzweg Chair Investiture, New Orleans, October 17.

125.    Figley, C. R. (2008). The Compassion Fatigue Blues: Promoting Resilience in Counselors of the Traumatized. Invited keynote address to the *Association Mexicana para Ayuda Mental en Crisis* annual meeting, Mexico City, Mexico, October 23.

126.    Figley, C. R. (2008). Stemming the Tide of Trauma Systemically: A Toolkit for Family Therapists, Australian Family Therapy Association, 1-day workshop, Riverglen Conference Centre, Kate Street, Indooroopilly, Brisbane, October 7. See: Photo of the class.

127.    Figley, C. R. (2008). Compassion Requirement: Overcoming the Costs of Caring. Public lecture, Queensland University of Technology School of Psychology and Counseling, Faculty of Health and the Queensland Association for Family Therapy, Brisbane, Australia , October 6.

128.    Figley, C. R. (2008). Stemming the Tide of Trauma Systemically: A Toolkit for Family Therapists,James Cook University, Halls of Residence, Townsville, Australia, October 4. See http://www.eventsolutions.com.au/?D=26. Photo of the class.

129.    Figley, C. R. (2008). TLC for the Family Therapist: Promoting Resilience to Compassion Fatigue. A two-hour workshop at the annual conference of the Australian Family Therapy Association, Brisbane , October 2. See Photos: QUniversityPhotos

130.    Figley, C. R. (2008). Stemming the Tide of Trauma Systemically: The Role of Family Therapy, keynote address to the Australian Family Therapy Association, Brisbane, October 2.

131.    Figley, C. R. (2008). Complex PTSD and war veterans: the state of the art, and how to proceed? Den Bosch, Netherlands, Donderdag 18 September.

132.    Figley, C. R. (2008). Warfighter Caregiver Resilience Training. A two-day workshop at the Europe Regional Medical Command, Heidelberg , Germany, 11-12 September.

133.    Figley, C. R. & Albright, D. (2008). Dissociation: Implications of a New Paradigm of Combat Stress Injuries. Paper presented at the American Psychological Association Conference, Boston , August

134.    Figley, C. R. (2008). PTSD Treatment Today: The Figley Review of What is the State of the Art. Invited presentation at the Trauma Symposium 2008, Traumatology: Civilian and Combat Concepts, Cambria-Somerset Council for Education of Health Professionals, Inc., Seven Springs Mountain Resort, Campion, Pennsylvania, July.

135.    Figley, C. R. (2008). Combat Stress Injuries: New Paradigm Implications for Practitioners. Invited presentation at the Trauma Symposium 2008, Traumatology: Civilian and Combat Concepts, Cambria-Somerset Council for Education of Health Professionals, Inc., Seven Springs Mountain Resort, Campion, Pennsylvania, July.

136.    Figley, C. R. & Bride, B. (2008). Secondary Trauma and Caregivers. Invited presentation at the Smith College Conference, Combat Stress: Understanding the Challenges, Preparing for the Return, Northampton, MA, June 28.

137.    Figley, C. R. (2008). Scope of Problem: Returning Veterans and the Rural Setting. Invited keynote address, Background to this 3rd National Conference on Combat Stress Injuries at Geisinger Center for Health Research, Danville, PA, May 13.

138.    Figley, C. R. (2008). Helping the Home Front: Understanding and Helping Families Coping with Deployment and Disaster, Oklahoma City, April 25.

139.    Figley, C. R. (2008). Combat Stress Injuries: Implications of the New Paradigm, Invited Workshop, Brooke Army Medical Center's Warrior Resilience Program, April 18.

140.    Figley, C. R. (2008). Caregiver Resilience: Focusing on those who help "those who bore the battle." Invited Workshop, Brooke Army Medical Center's Warrior Resilience Program, April 18.

141.    Figley, C. R. (2008). TLC for the Therapist: Promoting Resilience to Compassion Fatigue. Invited workshop for the Tallahassee Association for Marriage and Family Therapy, April 4.

142.    Figley, C. R. & Figley, K. R. (2008). Trauma Treatment Today: The State of the Art. Invited presentation at the Psychotherapy Networker Symposium East, March 22.

143.    Figley, C. R. (2008). Shands Six-Month Individual Prosperity Plan Tool. Teleconference presentation for the Shands Medical Center, March 10.

144.    Figley, C. R. (2008). Oral Statement: The Importance of the Family as the Unit of Intervention, on behalf of the American Association for Marriage and Family Therapy. Before the Committee on Veterans' Affairs, Subcommittee on Health United States House of Representatives, February 28, 2008.

145.    Figley, C. R. (2008). Warrior families: The role of family systems therapists in helping military families. Invited workshop at the Louisiana Association for Marriage and Family Therapy, Baton Rouge, Louisiana, February 7.

146.    Figley, C. R. (2008). The Costs of Caring: Secondary Traumatic Stress Reactions. Invited lecture, Tulane University School of Social Work, New Orleans, February.

147.    Figley, C. R. (2008). In the shadow of Saddam: Results of a national survey of mental health in Kuwait. Invited lecture at the University of Illinois, February.

**2007 (13 presentations)**

148.    Figley, C. R. (2007). Trauma-informed Counseling: Lessons from the Field and Applications to Licensing Boards. Invited keynote address to the Annual Conference of the American Association of State Counseling Boards (AASCB), January 11.

149.    Figley, C.R., Bloom, S., Danieli, Y., & Marmar, C. (2007). Prevention and ISTSS: The Role of the Society in the area of Traumatic Stress Prevention: A Past President's Panel Discussion. The 23rd Annual Conference of the International Society for Traumatic Stress Studies, Baltimore, November.

150.    Figley, C. R. (2007). Today's warfighters: Their behavioral health and help and those who love and help them. Panel presentation at the Aspen Institute's Aspen Health Forum, Aspen, Colorado, October 4.

151.    Figley, C R., Donnelly, E., Ridha, H., and Al Nasser, F. (2007). Post-Saddam Kuwait: A National Household Survey of Post-Traumatic Stress. Refereed paper delivered a poster session at the American Psychological Association Conference, San Francisco, August.

152.    Figley, C. R. (2007). Today's Warfighters: Current Combat Stress and Future Care. Invited talk to the Tallahassee Chapter of the Military Officers Association of America, Tallahassee, June 27.

153.    Figley, C. R. (2007). HU_From Post-Vietnam Syndrome to Combat Stress Injuries: An Historical Overview of the Medicalization of Combat Stress Reactions_UH. Featured presentation at the HU_First Marine Corps Combat/Operational Stress Control Conference_UH, Arlington, Virginia, June 18.

154.    Figley, C. R. (2007). Healing of Professionals: Conference Plenary Panel, Secondary Trauma of First Responders to Violence against Children. Moderator, One Child, Many Hands: A Multidisciplinary Conference on Child Welfare, The Field Center for Children's Policy, Practice and Research, Philadelphia, May 30.

155.    Ridha, H., Al Nasser, F., Figley, C R., and Donnelly, E. (2007). Age, Gender, and Mental Health: Results of a National Survey in Kuwait. Refereed paper delivered by the third author at 3rd Gulf Symposium on the Social and Political Challenges Facing Women in the Arabian Gulf, Kuwait University, Kuwait, May 2.

156.    Donnelly, E., Ridha, H., Al Nasser, F., and Figley, C R. (2007). The Raha of Kuwaiti Women: Results of a National Survey in Kuwait. Refereed paper delivered by the first author at 3rd Gulf Symposium on the Social and Political Challenges Facing Women in the Arabian Gulf, Kuwait University, Kuwait, May 2.

157.    Figley, C. R. (2007). Compassion Fatigue Educator Workshop. Salina Regional Health Center, Salina, Kansas, March 30.

158.    Figley, C. R. (2007). Home from the War: The Caring Barriers and Bridges. Invited keynote address at the University of Missouri Conference, Mental Health Needs of Returning soldiers and their Families, Columbia, Missouri, March 8.

159.    Figley, K. R. and Figley, C. R. (2007). Disaster trauma: A Workshop for Mental Health Professionals and Paraprofessionals. George Fox University, Portland Center, Portland, Oregon, March 3.

160.    Figley, C. R. and Nash, W. (2007). A Model for Predicting and Managing Combat Stress Injuries. Keynote address at the 2nd National Symposium on Combat Stress Injuries, Florida State University Traumatology Institute, February 16.

**2006 (13 presentations)**

161.    Figley, C. R. (2006). *The Brain is Important but What About the Heart?* Invited plenary address, International, Los Angeles, November 5.

162.    Figley, C. R. (2006).HU *Disaster Mental Health*UH (Certified Field Traumatology Course). Invited workshop at George Fox University, Newberg, Oregon,  October 27 & 28.

163.    Figley, C. R. (2006). The Concept and the Reality of Helping Through the Green Cross   U. Green Cross Annual Conference and Training, Tallahassee, October 5-8.

164.    Figley, C. R. & Campbell, L. (2006). *EMDR Training for Practitioners work with the Military, Veteran, and Their Families* (A Certified Traumatologist Course), Invited workshop, Phoebe Putney Memorial Hospital, Albany, Georgia, September 29-30.

165.    Figley, C. R. (2006). *EMDR Training for Post-Katrina Practitioners* (A Certified Traumatologist Course), Invited workshop for Kids In Crisis Project, Inc., Covington, Louisiana, September 15-17.

166.    Figley, C. R. (2006). *Relational Applications and Systemic Traumatology: Helping the Traumatized Military Family* (A Certified Traumatologist Course), Invited workshop, Phoebe Putney Memorial Hospital, July 29.

167.    Figley, C. R. (2006). *Assessment and Treatment of Traumatized Military Personnel: A Certified Traumatologist Course*, Invited workshop, Phoebe Putney Memorial Hospital, July 28.

168.    Figley, C. R. & Figley, K. R. (2006). *The Compassion Fatigue Educator and Therapist Course Accredited by the Green Cross Academy of Traumatology*. Bloomington Fire Department Training Center, Bloomington, MN, July 15-16.

169.    Figley, C. R. (2006). *What do YOU Want? The Hidden Problem of Compassion Fatigue*. Invited Presentation at the Centennial Meeting of the American Association of Law Libraries, St. Louis, July 11.

170.    Figley, C. R. (2006). *Understanding, Assessing, and Treating Disaster Survivors*. Invited lecture at the University of North Texas and the Texas Women's University, Denton, Texas, July 7.

171.    Figley, C. R. (2006). *Compassion Fatigue among Practitioners: Assessment, Education, Prevention, and Treatment.* Invited lecture, University of Missouri and the International Center for Psychological Trauma, Columbia, MO, June 30.

172.    Figley, C. R. (2006) *Home from the War: The Barriers and Bridges to Caring for the Warfighters and Their Families.* Invited lecture as part of the Smith College Annual Speakers' Series, Leo Weinstein Auditorium, 7:30 p.m. to 9:00 p.m., Northampton, MA, June 25.

173.    Figley, C. R. (2006). *When Helping Hurts, Keynote Presentation for the mini-conference, Compassion Fatigue - The Other Side of Healthcare*, 8:45-10AM, Toronto, Canada, June

174.    Figley, C. R. (2006). *Compassion Fatigue: When Helping Hurts. A keynote address,* at the Florida Department of Health's Children's Medical Services Spring Conference, Lake Mary (Orlando), Florida, June 7.

175.    Figley, C. R. (2006). *Home from the War: Now What?* A one-day workshop sponsored by The Community Counseling Center, Portland, Maine, May 12.

176.    Figley, C. R. (2006). *Home from the War: The Barriers and Bridges to Caring for the Warfighters and Their Families*, The Donna Cox Bridger Endowed Lectureship In Nursing and Health Care, Capstone School of Nursing, University of Alabama, Tuscaloosa, Alabama, March 10.

177.    Figley, C. R. (2006). *Helping the Traumatized in Post-Katrina Louisiana*: Invited presentation at the Louisiana Association for Marriage and Family Therapy Conference, Baton Rouge, Louisiana, March 4.

178.    Figley, C. R. (2006). *Trauma and Its Wake: A Systems Approach* . Invited presentation, University of Illinois, Springfield , the Memorial Medical Center 's Wedeberg Conference Center, Springfield, Illinois, February 3.

179.    Figley, C. R. (2006). *Healing the hurts of helping: How Working with People in Distress Rubs Off on Us*. Invited workshop and Official Academy of Traumatology Certified Course), University of Georgia, 26th Marriage and Family Therapy Institute Annual Lecture, January 27.

**2005 (18 presentations)**

180.    Figley, C. R. (2005). *My Heart Goes Out: The Social Psychology of Compassion*. Invited lecture at the Annual Frontiers of Science Lecture Series, University of Ottawa, Ottawa, Canada, November 16, 2005.

181.    Figley, C. R. (2005). Efforts of mapping trauma and its wake: Overview of the emergency of the field of traumatology. Invited presentation at the Annual meeting of the International Society for Traumatic Stress Studies, Toronto, November 4.

182.    Figley, C. R. (2005). Treating Combat/Operational Stress-Related PTSD, Phoebe Behavioral Health Center at Phoebe Putney Memorial Hospital , Albany, Georgia, October 21, 2005.

183.    Figley, C. R. (2005). Compassion Fatigue. An invited lecture at the HUAultman Institute Medical Education Seminar on Compassion Fatigue, Canton, Ohio, October 6.

184.    Figley, C. R. (2005). Self care and caring as a sexual assault survivor. Invited lecture at the first SOAR Spa Conference, Orlando, September 16.

185.    Figley, C. R. (2005). Certified Traumatologist Course, Singapore Social Service Training Institute, Academy of National Council of Social Service, Singapore, July 20-29

186.    Figley, C. R. (2005). Anticipating, Preventing, and Treating Trauma in Singapore. Invited lectures at the National Symposium on Trauma, for the Academy of National Council of Social Service, Singapore, July 30.

187.    Figley, C. R. (2005). Intervention with Traumatized Families, At The National Institute for Trauma and Loss in Children Summer Institute, Detroit, July 16.

188.    Figley, C. R. (2005). Home from the War: Helping to Reintegrate Soldiers and their Families Exposed to Trauma. An invited presentation at the Boston University Conference on Psychological Trauma, Boston, June 2.

189.    Figley, C. R. (2005). Hurricane Fatigue: Mental health orientation for disaster managers. Invited address to the LI/NYC Emergency Management Conference, Long Island, June 1.

190.    Figley, C. R. (2005). Phobia Treatment Training. Figley Institute workshop, Tallahassee, May 21-22.

191.    Figley, C. R. (2005). "Who Gets the Oxygen Mask First?" Invited keynote address to the Louisiana Chapter of the National Association of Social Workers, Baton Rouge, Louisiana, April 13.

192.    Figley, C. R. (2005). Staying balanced 101: Living with Resiliency and Creating Resilience. Invited keynote at the Annual Conference of the Association for Traumatic Stress Specialists, Dallas, April 7.

193.    Figley, C. R. (2005). Compassion Fatigue: When Helping Hurts .Invited lecture UHat the Federal Office for Victims of Crime and the Virginia Mason Medical Center training, Responding beyond the Crisis: Spiritual and Emotional Support After Violent Death. St. Thomas University, Miami, March 18.

194.    Boscarino, J., Adams, R., & Figley, C. R. (2005). The Effectiveness of Employer-sponsored Crisis Interventions after a Major Disaster. Invited keynote address at the HU World Congress of the International Critical Incident Stress FoundationUH, Baltimore, February 19.

195.    Figley, C. R. (2005). Theory and Practice of Brief Treatments and implications for self care. Invited workshop at the AAMFT Winter Institute, March 7, 2005.

196.    Figley, C. R. (2005). Disaster Trauma: Implications for family intervention strategies. Invited workshop at the AAMFT Winter Institute, March 6, 2005.

197.    Figley, C. R. (2005). EMDR Level 1 Training. Figley Institute, Tallahassee, January 8 & 16.

**2004 (13 presentations)**

198.    Figley, C. R. (2004). Transforming the Hurt of Helping: Treating the Compassion Fatigue of Practitioners, Invited lecture, University of Illinois-Springfield, Springfield, Illinois, November 19.

199.    Figley, C. R. (2004). Life after Penn State: From Experimental Social Psychology to 9/11 Survivors. Invited lecture at the Penn State Prevention Research Center, University Center, Pennsylvania, October 13.

200.    Figley, C. R. (2004). Compassion Fatigue Therapist: A workshop at the Seasons of Change and Transformation: A Training Retreat for Caregivers, Produced by the Green Cross Foundation in Collaboration with the Mountain, Black Mountain, North Carolina, October 2-3.

201.    Figley, C. R. (2004). Compassion Fatigue Educator: A workshop at the Seasons of Change and Transformation: A Training Retreat for Caregivers, Produced by the Green Cross Foundation in Collaboration with the Mountain, October 1, Black Mountain, North Carolina, October 3.

202.    Figley, C. R. (2004). Direct and Indirect Exposure to Work-Related Trauma: Theory, Research, Assessment, Prevention, Mitigation, Iatrogenic Treatment Effects,

and the Promotion of Resiliency. Invited keynote address at the Vicarious Exposure to Trauma in the Workplace, An Exploratory Workshop, at the Peter Wall Institute for Advanced Studies, *University of British Columbia, Canada, June 21, 2004.*

203.    Figley, C. R. (2004). Compassion Fatigue: Transforming the Hurt of Helping: An All-Day Training Workshop. Sponsored by the Mountain Area Health Education Council, Ashville, North Carolina , June 11, 2004.

204.    Figley, C. R. (2004). Self-Care in the Wake of 9/11: The Triple Crippler. Invited lecture, Conference on Post-9/11 Treatment Approaches, New York, 15May.

205.    Figley, C. R. (2004). The MASTERS Process: Transforming Your Career and Life. Invited presentation at the Groves Conference on Marriage & Family' 67th annual conference, Oklahoma City, May 29, 2004.

206.    Figley, C. R. (2004). Innovative PTSD Therapies for Refugees & Victims of Torture. Invited lecture at the Third Annual Symposium on Refugees & Victims of Torture, *Organized By* ACCESS Center for Psychosocial Rehabilitation of Torture Victims, May 7, 2004

207.    Figley, C. R. (2004). Compassion Fatigue from Helping Refugees and Victims of Torture. Invited keynote address at the Third Annual Symposium on Refugees & Victims of Torture, *Organized By* ACCESS Center for Psychosocial Rehabilitation of Torture Victims, May 7.

208.    Figley, C. R. (2004). A Model of Terror Management: Research and Treatment Implications. Invited lecture, Kuwait University, Kuwait City, Kuwait, February 24.

209.    Figley, C. R. (2004). The Stress of War and War of Stress: Overview of the Impact of Combat on Soldiers and Their Caregivers. Invited lecture at the Landstuhl Regional Medical Center (LRMC), Landstuhl, Germany, February 11.

210.    Figley, C. R. (2004). Traumatic and sudden loss with implications for compassion fatigue. Invited lecture, Prescott College, Prescott, Arizona, November 6.

**2003 (13 presentations)**

211.    Figley, C. R. (2003) When Helping Hurts at UNICEF: Stress Reactions from Working with the Traumatized. The UNICEF Headquarters, New York, NY, December 19.

212.    Figley, C. R. & Figley, K. R. (2003). Transforming the Hurt of Helping: Treating the Compassion Fatigue of Practitioners. Invited workshop for the International Trauma Center. Albuquerque, New Mexico, November 13.

213.    Figley, C. R. (2003). Traumatic Loss-Related Reconstruction of the Assumptive World. Paper presented at the International Society for Traumatic Stress Studies, Chicago, October 30.

214.    Figley, C. R. (2003) When Helping Hurts at UNICEF: Stress Reactions from Working with the Traumatized. The UNICEF Headquarters, New York, NY, December 19.

215.    Boscarino, J.A., Figley, C.R., & Adams, R.E. (2003).   Fear of terrorism in New York on the brink of war. Annual Meeting of the American College of Epidemiology, Chicago, IL, September 7.

216.    Boscarino, J. A., Figley, C. R., & Adams, R. E. (2003). Iatrogenic Effects of Studying Persons recently Exposed to Psychological Trauma, A paper presented at

the American Psychological Association (Clinical Psychology Division), Toronto, August 7.

217.    Figley, C. R. (2003). Assessment and treatment of dual diagnosis (PTSD and substance abuse) in US Marines. United States Marine Corps Base, Albany, Georgia, July 26.

218.    Figley, C. R. (2003). Clinical Traumatology Update: EMDR for Returning Combatants and their Families, Fraser Center (Heinsville, Georgia), July 17.

219.    Figley, C. R. & Figley, K. R. (2003). Compassion fatigue specialist training. Green Cross Foundation, St. Simons, Florida, June 26.

220.    Figley, C. R. & Figley, K. R. (2003). YOU TOO! An educational retreat for professionals. Green Cross Foundation, St. Simons, Florida, June 27-29.

221.    Boscarino, J. A., Figley, C. R., & Adams, R. E. (2003). Iatrogenic effects of interviewing patients recently exposed to psychological trauma. The 36th Annual Meeting of the Society for Epidemiologic Research, June 12. Published in *American Journal of Epidemiology* (abstract supplement), 157:11, June 1, p. 284 (SER Abstracts S71).

222.    Boscarino, J. A., Figley, C. R., & Adams, R. E. (2003). Fear of terrorism in NY and its psychological impact 1-year after the September 11 attacks. Presented at the Society for Epidemiological Research, Atlanta, Georgia, June 11.

223.    Figley, C. R. (2003). Compassion fatigue, burnout, and self care for the working social worker. Invited workshop, the Louisiana State University School of Social Work, Baton Rouge, June 6.

224.    Figley, C. R. (2003). "Systemic Treatment of the Traumatized Child:  Assessment, Prevention and Mitigation." Invited two-day workshop, University of Louisville Founder's Union Building, Shelby Campus, Louisville, KY (Shelbyville Road at Hurstbourne Lane), sponsored by the Families and Children Counseling Center, April 10-11.

225.    Figley, C. R. (2003). "The Role of the Therapist in an Age of Terrorism." Invited presentation at the Psychotherapy Networker, Washington, DC, March 21.

226.    Figley, C. R. & Figley, K. R. (2003). "Advances in Trauma Treatment: The Figley Analysis." Invited presentation at the Psychotherapy Networker, Washington, DC, March 20.

**2002 (16 presentations)**

227.    Figley, C. R. (2002). The role of research in a humanitarian assistance mission: Lessons from 9/11. Invited presentation to the 60th Annual Conference of the American Association for Marriage and Family Therapy, Cincinnati, October 25.

228.    Figley, C. R. & Figley, K. R. (2002). The Trauma Track: Family Therapy's Role in Helping the Traumatized. Invited presentation to the 60th Annual Conference of the American Association for Marriage and Family Therapy, Cincinnati, October 24.

229.    Figley, C. R. & Figley, K. R. (2002). The Psychosocial Consequences of Ministering to the Traumatized in the Wake of 9/11. Academy of Chaplains Annual Training Conference, New York, New York, October 10, 2002.

230.    Figley, C. R. (2002). Research agenda in the wake of 9-11 terrorism. Keynote address at the First Annual 9-11 Anniversary Conference, New York Academy of Medicine and the Green Cross Foundation, New York, September 11.

Figley Curriculum Vitae                          Page 63

231.    Figley, C. R. (2002). PTSD and Trauma Lecture Tour of Australia. Sponsored by
        The Written Word.  (Two-day workshops in Sidney, Canberra, Brisbane, Hobart, and
        Melbourne), 2-17 August. Sydney 2-3rd August 2002,

232.    Figley, C. R. (2002). PTSD and Trauma Lecture. Garvan Institute of Medical
        Research, 384 Victoria St, Darlinghurst NSW 2010 Canberra, 6-7th August 2002,

233.    Figley, C. R. PTSD and Trauma Lecture Tour, National Convention Centre, 31
        Constitution Avenue, Canberra ACT 2601 Brisbane, 9-10th August 2002,

234.    Figley, C. R. (2002) PTSD and Trauma Lecture Tour, Wesley Hospital, Evan and
        Mary Thomson Auditorium, 451 Coronation Drive, Auchenflower QLD 4066.
        Melbourne, 16-17th August 2002, University of Melbourne, Theatre A, Elisabeth
        Murdoch Building, Parkville Campus, Melbourne.

235.    Figley, C. R. (2002). Terrorism and Traumatic Stress. The Eighteenth Annual
        Ruth Hutton Fred Lecture, Baylor College of Medicine, Department of Psychiatry,
        Room M 112 DeBakey Building, Houston, Texas, 29May (10:30a.m.), sponsored by
        a grant from the Adele & Albert bath Fund of Jewish Family Service.

236.    Figley, C. R. (2002). How to Work with Traumatized Families.  Jewish Family
        Service, Jewish Community Center, 5601 South Braeswood, Houston, Texas, 29
        May.

237.    Figley, C. R. (2002). Helping Traumatized Hoosier Families in the Shadows of
        September 11th. A one-day workshop for the Indiana Association for Marriage and
        Family Therapy, Carmel, Indiana, 3 May.

238.    Figley, C. R. (2002). Secondary traumatic stress reactions: The systemic
        implications of helping the traumatized. Invited lecture at the Conference,
        "Compassion Fatigue in Professional Listeners," All Hallows College, Dublin, 30
        April.

239.    Figley, C. R. (2002). Secondary traumatic stress reactions and the Troubles: The
        systemic implications of helping the traumatized. Invited lecture at the Conference,
        "Compassion Fatigue in Professional Listeners," Glenavna House Hotel Whiteabby,
        Northern Ireland, 29 April.

240.    Figley, C. R. (2002). The Green Cross Response to 9-11: Victim Advocacy in
        Action. Invited speaker, Annual Florida Victim Advocacy Conference, Tallahassee,
        26 April .

241.    Figley, C. R. (2002). The Green Cross and 9-11: FSU' Role in a Humanitarian
        Response. Invited speaker, Phi Kappa Phi Honor Society Annual Initiation, the
        Florida State University, Tallahassee, 2 April.

242.    Figley, C. R. and Figley, K. R. (2002). When Helping Hurts: Compassion Fatigue
        Prevention Workshop for Practitioners. Invited Workshop at the 14th Annual
        Southwest Regional Behavioral Health Conference. Sponsored by the New Mexico
        Department of Health Behavioral Health Services Division, at the Sheraton Old Town
        Hotel, Albuquerque, New Mexico March 14 (Thursday).

243.    Figley, C. R. (2002). Helping Children and Families Through Trauma. Invited
        keynote address to the Southern Early Childhood Association Conference, Oklahoma
        City, Oklahoma, March 23.

244.    Figley, C. R. (2002). Working with the Traumatized: Law Enforcement
        Implications. Invited workshop for the Tallahassee Police Academy, Tallahassee,
        March 18.

245.    Figley, C. R. (2002). Compassion Fatigue Prevention 101:  Finding Satisfaction in and Separation From Helping Others. Invited Keynote Address to the 14th Annual Southwest Regional Behavioral Health Conference. Sponsored by the New Mexico Department of Health Behavioral Health Services Division, at the Sheraton Old Town Hotel, Albuquerque, New Mexico, March 14 (Thursday).

246.    Figley, C. R. (2002). Helping Traumatized Children and Families: Implications for Social Work Education and Practice. Invited to deliver the annual Edith Harris Memorial Lecture, School of Social Work, Wayne State University, Detroit, Michigan, Thursday morning, February 7.

**2001 (11 presentations)**

247.    Figley, C. R. (2001). When Helping Hurts: Preventing Compassion Fatigue When Working with the Suffering. Invited keynote address at the Greater Tallahassee United Way Conference, Tallahassee, January.

248.    Figley, C. R. (2001). Delayed Troubles-Related Distress: Assessment and Treatment for the Victim and the Caregiver. WAVE National Workshop, Belfast, Northern Ireland, March 13-14.

249.    Figley, C. R. (2001). Acquiring the health benefits of Forgiveness. Invited presentation at the (Tallahassee, Florida) Mayor's Race Relations Conference's Session, The Role of Forgiveness in Intergroup Conflict Resolution, Monday, May 21, Tallahassee, Florida.

250.    Figley, C. R. (2001).  Compassion Fatigue: Coping with Secondary Traumatic Stress Disorder in Those Who Treat the Traumatized, Grandfather Home for Children, Inc. 15th Annual Professional Seminar, Banner Elk, North Carolina, Wednesday, May 23.

251.    Figley, C. R. (2001). Fundamentals of Traumatology and Treatment Approaches. Invited Workshop, Alliance of Community Hospice and Palliative Care Services, Louisville KY, June 28.

252.    Figley, C. R. (2001). Compassionate Heart and Compassion Fatigue. Invited workshop, Phoebe Putney Memorial Hospital Behavioral Health Center, Albany, Georgia, July 20.

253.    Figley, C. R. (2001). Renewing Spirits: Lessons From Thirty Years of Trauma Work, Invited keynote address to the William Wendt Center for Loss and Health Conference on Illness, Grief & Trauma, Washington, DC, October 6.

254.    Figley, C. R. (2001). PTSD and Major Non-disaster Life Events: Implications for the Family Sciences. Invited keynote address, 63rd Annual Conference of the National Council on Family Relations, Rochester, NY, November 8.

255.    Figley, C. R., Figley, K. R., Wieling, E. A., & Mendenhall, T. J. (2001) How Can Family Professionals Reach Out to Assist Others in Times of National Trauma? Invited Panel Discussion at the 63rd Annual Conference of the National Council on Family, November 8.

256.    Figley, C. R. (2001). Weapons of Mass Destruction: The Role of the Traumatologist. Paper for a Panel Discussion at the 17th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, December 10,

257.    Figley, C. R. & Panos, A. (2001). Introduction to the Première of the film, "Recovering from Traumatic Events: The Healing Process." at the 17th Annual

Meeting of the International Society for Traumatic Stress Studies, New Orleans, December 10, 2001.

**2000 (6 presentations)**

258.    Figley, C. R. (2000). Compassion Fatigue Among Medical Personnel. Series of lectures to the University of Florida Medical School and Shands Medical System, Gainesville, FL (USA), May.

259.    Figley, C. R. & Regan, K. (2000). Military Traumatology: A Three-Day Course. Ft. Sam Houston Army Medical Center, San Antonio, TX, August.

260.    Figley, C. R. (2000). Work-Related Distress: The Compassion Fatigue of Child Protection Workers. Lecture and Demonstration, Family Source of Florida Statewide Conference, Orlando, September.

261.    Figley, C. R. (2000). Stress in and Out of the Workplace. Annual Conference of the Indiana Cooperative Extension Service. Purdue University, W. Lafayette, Indiana, November 15.

262.    Figley, C. R. (2000). Systemic Traumatology Theory, Research, and Practice Potentials: Invited Lecture, Department of Child Development and Family Relations, Purdue University, W. Lafayette, Indiana, November 15.

263.    Figley, C. R. (2000). The Psychology of Trauma, a two-day course for Psychologists, Newfoundland Psychological Society, St. Johns, June.

**1999 (17 presentations)**

264.    Figley, C. R. (1999). The Costs of Caring: Compassion-Fatigue Theory, Research and Treatment, at the Center for Psychological Sciences, Nova Southeastern University, 17 September.

265.    Figley, C. R. (1999). When helping hurts the helper. Big Bend Area Council on Aging, Tallahassee, Florida (USA), 21 October.

266.    Figley, C. R. (1999). The Traumatology of Sexual Violence, an invited Three-Hour Workshop, at the annual conference of the Florida Council Against Sexual Violence, St. Petersburg, Florida (USA).

267.    Figley, C. R. (1999). Systemic Traumatology: Overview and Applications. Invited seminar at the International University Center for Mental Health Resources and New York University, New York, April 9.

268.    Figley, C. R. (1999). "Compassion Fatigue: Biomedical Correlates with Having a Great Time." At the annual training conference of the Medical Educational Council of Pensacola, 18 November, Destin, Florida (USA).

269.    Figley C. R. (1999). Compassion fatigue: International issues in self care. Invited seminar at the International University Center for Mental Health Resources and New York University, New York, April 8-9.

270.    Figley, C. R. (1999). Trauma, Transition and Transformation.  Invited Lecture at the Queens University of Belfast, Northern Ireland, April.

271.    Figley, C. R. (1999). Compassion Fatigue: When Helping Hurts Too Much. A Three-Hour Workshop to Enhance Satisfaction and Decreasing Burnout. University of Florida School and the Gainesville VA Medical Center, Gainesville, Florida, May 6.

272.    Figley, C. R. (1999). Nursing Challenges Inside: Assessing and Treating Compassion Fatigue. University of Florida School of Nursing and Shands Medical Center, May 6.

273.    Figley, C. R. (1999). When Helping Hurts Too Much. A workshop for the University of Florida Medical School and the Gainesville VA Medical Center, Gainesville, Florida, May 6.

274.    Figley, C. R. (1999). Compassion Fatigue: Coping with Secondary Traumatic Stress Disorder in Those who Treat the Traumatized. An invited workshop, UCLA, June 26.

275.    Figley, C. R. (1999). Compassion Fatigue: Coping with Secondary Traumatic Stress Disorder. An invited workshop, University of California at San Francisco, June 27.

276.    Figley, C. R. (1999). Empathic Distress: Stress Reactions among Mental Health Practitioners Working with PTSD. Paper presented at the International Society for Traumatic Stress Studies, Miami, November.

277.    Figley, C. R. (1999). Compassion Fatigue: Overview of History, Conceptual Clarity, and Framework for Training the Next Generation of Traumatologists. Paper presented at the International Society for Traumatic Stress Studies, Miami, November.

278.    Dietrich, A.; Haverkamp, B.; Figley, C. R.; van der Kolk, B. (1999) PTSD, Complex PTSD, and Revictimization of Adults abused as Children. Paper presented at    the International Society for Traumatic Stress Studies, Miami, November.

279.    Figley, C. R.; Deitrich, A.; Maxwell, L.; Gentry, E. (1999).  Review of Neoteric Trauma Treatments and Suggested Practice Guidelines. Paper presented at the International Society for Traumatic Stress Studies, Miami, November.

280.    Figley, C. R. (1999). Overview of Clinical Traumatology, a two day course for the Operational Behavioral Sciences Centre of the Canadian Formation Health Services Maritime Forces Atlantic, Canadian Forces Base, Halifax, Nova Scotia (Canada) 23-24 November.

**1998 (8 presentations)**

281.    Carbonell, J. L., Mappa, N. and Figley, C. R. (1998). Experimental study of a self-heal technique for acrophobia. American Psychological Association Annual Conference, San Francisco, August 14.

282.    Figley, C. R. (1998). Challenges in Traumatology and the Role of the Green Cross. Keynote address, Second Annual Green Cross Training Conference, Tampa, May 29.

283.    Figley, C. R. (1998). The art of trauma treatment. Keynote address at a Symposia, Trauma, Violence, and Helping, Ithaca, NY, June 12.

284.    Figley, C. R. (1998). Standards of Care in Traumatology. Workshop at a Symposia, Trauma, Violence, and Helping, Ithaca, NY, June 12.

285.    Figley, C. R., Myers, D. and Wee, D. (1998). Disaster and violence: Picking up the family pieces and keeping them together. Keynote address, American Association for Marriage and Family Therapy, Dallas, October.

286.    Figley, C. R. and Gentry, E. (1998). Employee Assistance-Oriented Compassion Fatigue Training and Treatment. Federal Bureau of Investigation, Washington, DC, November.

287.    Figley, C. R. (1998). Reciprocal inhibitory response and desensitization of anxiety disorders: Four new and promising treatments of traumatic stress symptoms. Invited lecture, Harvard University Medical School, Boston, December 5.

288.    Figley, C. R. (1998). Stress and the celebrity family. American Psychological Association Annual Conference, San Francisco, August 16.

**1997 (18 presentations)**

289.    Figley, C. R. (1997). Crisis Intervention: Research Applications. Invited master course, Annual Conference of the American Association for Marriage and Family Therapy, Atlanta (September).

290.    Figley, C. R. (1997). Compassion fatigue in Oklahoma professionals: Surviving the trial of the bombing. Invited workshop, Oklahoma Department of Mental Health and Drug Abuse Services, Oklahoma City, January 24.

291.    Figley, C. R. (1997). Mental and Physical health Consequences of Traumatic, Acute, and Chronic Stress Associated with Global Warming Catastrophes: Models for Prevention, Mitigation, and Research. Invited paper at the "Global Climate Change," Annual Conference of the Society for Occupational and Environmental Health, National Institutes of Health, March 6.

292.    Figley, C. R. (1997). Compassion fatigue - response to stressors. Keynote address at the FSU School of Nursing State Conference ("Maximizing Life, Minimizing Stress"), Tallahassee (Civic Center), April 4.

293.    Figley, C. R. (1997). The Green Cross: Your Role in Our Future Disaster Recovery. Keynote address, 4th World Congress on Stress, Trauma, and Coping in the Emergency Services professionals, Baltimore, Maryland, April 6.

294.    Figley, C. R. (1997). Certification, training, and research of the Green Cross. Keynote address, Annual Green Cross Training Conference, Miami, April 8.

295.    Figley, C. R. (1997). Differentiating adjustments to death and trauma. An invited keynote address at the Research Institute for Psychology and Health an International Research Seminar, University of Utrecht, Utrecht, The Netherlands, 16 April.

296.    Figley, C. R. (1997). Research challenges in the study of burnout, countertransference, and compassion fatigue. An invited paper at the Research Institute for Psychology and Health an International Research Seminar, University of Utrecht, Utrecht, The Netherlands, 16 April.

297.    Figley, C. R. (1997). Scared to death: the traumatic shadows of grief. Invited keynote address, National Conference on Loss and Transition, Springfield, Mass., (May).

298.    Figley, C. R. (1997). Our Community Disaster: Implications for Survivors and the Professionals Who Serve Them. Invited lecture at the Ouachita Baptist University's Center for Family and Community, June.

299.    Callahan, R. J., Figley, C. R. & Bray, R. L. (1997). Integrating TFT into a Program of Trauma Treatment. Symposium presented at the International Society for Traumatic Stress Studies, Montreal, November.

300.    Gentry, E., Baranowsky, A., Dunning, K., and Figley, C. R. (1997). Treating Compassion Fatigue: Accelerated Recovery Program (ARP) for Helping Professionals. International Society for Traumatic Stress Studies, Montreal, November.

301.    Figley, C. R. (1997). Compassion Fatigue: A Seminar for Professionals. University of Helsinki, Finland (September).

302.    Figley, C. R. (1997). Remission Versus Cure: Review of Treatment Outcome Studies of Anxiety Disorders, Invited keynote address at the European Congress of Traumatic Stress Responders, London, September.

303.    Figley, C. R. (1997). Assessment and treatment of compassion fatigue. An invited workshop at the European Congress of Traumatic Stress Responders, London, September.

304.    Figley, C. R. and Esprey, E. (1997). Healing for the wounded scribe. Paper presented at the International Society for Traumatic Stress Studies, Montreal, November.

305.    Figley, C. R. (1997). Family, Trauma, and Grief: A Workshop for Professionals, University of Oulu, Oulu, Finland (September).

306.    Figley, C. R. (1997). Countertransference as compassion fatigue burnout. Invited presentation at the International Society for Traumatic Stress Studies, Montreal, November.

**1996 (19 presentations)**

307.    Figley, C. R. (1996). Compassion fatigue. Invited master lecture. At the New Traumatology Conference, Clearwater Beach, Florida, January.

308.    Figley, C. R. (1996). Brief treatments for anxiety disorders. Invited presentation at the Georgetown University Medical Center Trauma, Loss & Dissociation Conference, Alexandria, Virginia, February.

309.    Figley, C. R. (1996). Implications of the Dunblane Shootings for the Survivors and Ourselves. Edinburgh University, March.

310.    Figley, C. R. (1996). The Fatigue from being compassionate: Implications for humanitarian work. Invited keynote address, the First European Conference on Traumatic Stress in Emergency Services, Peacekeeping Operations and Humanitarian Aid Organizations, Sheffield, England, March.

311.    Figley, C. R. (1996). Reflections on the active ingredient. Paper presented at the Second Annual Active Ingredient Project Conference. Florida State University Conference Center, March.

312.    Figley, C. R. (1996). Panel discussion at a live video teleconference on "Living With Grief After Sudden Loss." Washington, DC, April.

313.    Figley, C. R. (1996). The Florida Green Cross Project and State of Florida emergency reactions plans. Emergency Workshop, Tallahassee.

314.    Figley, C. R. (1996). The Florida Green Cross Project and State of Florida emergency reactions plans. Emergency Workshop, Tallahassee, July.

315.    Figley, C. R. (1996). The Florida Green Cross Project and State of Florida emergency reactions plans. Emergency Workshop, Miami, July.

316.    Figley, C. R. (1996). The Florida Green Cross Project and State of Florida emergency reactions plans. Emergency Workshop, St. Petersburg, August.

317.    Figley, C. R. (1996). The implications of post-apartheid South Africa for trauma recovery. Invited keynote address to the South African Psychological Society, Johannesburg, September.

318.    Figley, C. R. (1996). The Florida Green Cross Project and State of Florida emergency reactions plans. Emergency Workshop, Florida Department of Community Affairs, Division of Emergency Management. Orlando, September.

319.    Figley, C. R. (1996). When helping hurts: Implications for school social workers. Invited workshop, Annual Meeting of the Florida School Social Workers Association Annual Meeting, Tampa, October.

320.    Figley, C. R. (1996). Clinical research update: Traumatology. Invited lecture, Annual Meeting of the American Association for Marriage and Family Therapy, Toronto, October.

321.    Figley, C. R. (1996). Clinical traumatology. Workshop by the Miami Victims Center, Miami, November.

322.    Figley, C. R. (1996). Effective treatments of trauma and loss. Invited paper presentation, International Society for Traumatic Stress Studies Annual Conference, San Francisco, November.

323.    Figley, C. R. and Rando, T. (1996). Trauma and Loss, an invited workshop, Paul Hindel and Associates, Toronto, December.

324.    Figley, C. R. (1996). Reflections on the Port Arthur shootings and the challenge of compassion fatigue. Invited symposium, Tasmanian Psychological Association, Hobart, August.

325.    Figley, C. R. (1996). Compassion fatigue in medical and mental health services settings. Grand rounds presentation, the University of Connecticut Medical Center, June 14.

**1995 (11 presentations)**

326.    Figley, C. R. (1995). Family therapy with trauma victims. Invited symposium, Conference on Trauma, Dissociation, and Loss, Alexandria, February

327.    Figley, C. R. (1995). When helping hurts too much: Compassion fatigue in the line of duty. Invited teleconference presentation Workplace Stress and Trauma: Sources, Symptoms, and Solutions. The Justice Institute of British Columbia, Vancouver, BC. March 5.

328.    Figley, C. R. (1995). EMDR and other efficient treatments of PTSD: A response to Shapiro. Invited presentation. American Psychological Association Mid-Winter Conference. New Orleans, March 15.

329.    Figley, C. R. and Carbonell, J. L. (1995). Psychotherapy: What works and why. Invited symposium, Family Therapy Networker Symposia, Washington, DC., March 20.

330.    Figley, C. R. (1995). Helping traumatized and grieving families. Invited keynote address, American Death Education Association Conference, Miami, April.

331.    Carbonell, J. & Figley, C. R. (1995). The active ingredient project: Preliminary findings. Paper presented at the Annual Conference of the American Psychological Association, New York, August.

332.    Figley, C. R. (1995). Family therapy with trauma victims. Invited symposium, Conference on Trauma, Dissociation, and Loss, Alexandria, February.

333.    Figley, C. R. and Carbonell, J. (1995). The active ingredients project methodology and initial findings. Invited symposia, European Society for Traumatic Stress Studies, Paris, May 1.

334.    Figley, C. R. and Carbonell, J. (1995). The active ingredient project: Preliminary findings. At the 2nd Annual Conference of the FSU Psychosocial Stress Research Program's Active Ingredient Project, FSU Conference Center, Tallahassee, FL, May 5-8.

335.    Figley, C. R. (1995). Traumatology 101: Overview of the field and methods of traumatology. Oklahoma Green Cross Projects and the Oklahoma Association of Youth Services, Oklahoma City, August 4.

336.    Figley, C. R. (1995). Traumatology 104: Community applications of traumatology. Oklahoma Green Cross Projects and the Oklahoma Association of Youth Services, Oklahoma City, October 23.

**1994 (13 presentations)**

337.    Figley, C. R. (1994). Compassion Stress: The struggle for our peace of mind. Keynote presentation, Annual Conference of the International Trauma Counselors Association, Charleston, South Carolina, January 18.

338.    Figley, C. R. (1994). The Compassion Fatigue: Assessing and Treating Secondary Traumatic Stress. Invited half-day workshop, Annual Conference of the International Trauma Counselors Association, Charleston, South Carolina, January 18.

339.    Figley, C. R. (1994). The Compassion trap: Traumatic Stress Can be Contagious. Invited Workshop for the school of Social Work, Tallahassee, FL February 4.

340.    Figley, C.R. (1994). Secondary traumatic stress: Accounting for the isomorphic relationship between the reactions of victims and those who care for them. Invited paper at the Montreux Conference on Stress, Montreux, Switzerland, February.

341.    Figley, C. R. (1994). Testimony before the House of Representative's Veterans Committee's Select Sub-Committee on Oversight, US Congress, May.

342.    Figley, C. R. (1994). For those who bore the battle, his widow, and orphans: Veteran family services in the 21st century. Keynote address, AOCAP Symposium, Washington, DC, May.

343.    Figley, C. R. (1994). Challenges of the Millennium in the Management of Traumatic Stress. NATO Advanced Research Workshop, Chatau Bonas, France (June).

344.    Figley, C. R. (1994). Compassion fatigue: A Videoteleconference. Public Broadcasting Service. (Originating in Tallahassee, FL and serving 37 downlink sites), June 23.

345.    Figley, C. R. (1994). Compassion fatigue: Theoretical and treatment implications. Invited paper, American Psychological Association, Anaheim, California, August.

346.    Figley, C. R. (1994). Burnout, countertransference, and compassion fatigue: Conceptual similarities and differences. Paper presented at the Annual Conference of the International Society for Traumatic Stress Studies, November, Chicago.

347.    Figley, C. R. (1994). Secondary traumatic stress: A model of the isomorphic reactions between trauma victims and their caregivers. Invited paper, 6th International Montreux Congress on Stress. Montreux, Switzerland, February 22.

348.    Figley, C. R. (1994) The Compassion Trap: Traumatic Stress Can be Contagious. Invited All-Day Workshop, Tampa Bay Independent Practice Association, March 11.

349.    Figley, C. R. (1994). Helping traumatized families. Invited workshop, University of Milwaukee, Victim Services Project, April 14.

**1993 ( 9 presentations)**

350.    Figley, C. R. (1993). Tracks of Trauma: PTSD Diagnosed and Dissected. Workshop presented at the Southern Institute of NLP's, "Research, Theory, Brief Therapy on Trauma, Phobia, Abuse, and Violence," Orlando, November 9.

351.    Figley, C.R. (1993). Families on the Edge of the Limelight: Progress Report of the Celebrity Family Stress Research Project. Paper presented at the Annual Conference of the American Association for Marriage and Family Therapy, Anaheim, California, October 9.

352.    Figley, C. R. (1993). War-related stress: Assessment and treatment of individuals and families affected by the war with Iraq. Invited presentation, Seminar III: Psychological Assistance to Families of Martyrs and POWs, sponsored by the Social Development Office, State of Kuwait, Kuwait City, Kuwait.

353.    Figley, C. R. (1993). Helping traumatized Kuwaiti families. A workshop for mental health professionals, Social Development Office, Kuwait City, Kuwait, May.

354.    Figley, C. R. (1993). Discussant, "Helping Military Families Cope with Deployments," American Psychological Association, Toronto, Canada, August.

355.    Figley, C. R. (1993). Discussant, "Psychosocial effects of the Holocaust: Recent Research and Reconceptualizations," American Psychological Association, Toronto, Canada, August.

356.    Figley, C.R. (1993). Celebrity family stress and coping: A progress report of a national study. A paper presented at the Annual Meeting of the American Association for Marriage and Family Therapy, Anaheim, October.

357.    Figley, C.R. (1993). Compassion fatigue: Assessment, treatment, and prevention. Workshop at the Annual Meeting of the American Association for Marriage and Family Therapy, Anaheim, October.

358.    Figley, C. R. (1993) Death and Trauma: Integration of Thanatology and Traumatology. Paper presented at the Ninth Annual Conference of the International Society for Traumatic Stress Studies, San Antonio, Texas, October 27.

**1992 (8 presentations)**

359.    Figley, C. R. (1992). The traumatized therapists. Invited symposium at the Networker Conference, Washington, D. C., March 15.

360.    Figley, C. R. (1992). The traumatized helper. Invited workshop, Family Therapy Network Symposium, Washington, D.C., March 14

361.    Figley, C.R. (1992). Helping Families of Traumatized Children: Assessment, Treatment, and Endurance. Invited workshop, SW Miami Children's Hospital, Miami, March 25.

362.    Figley, C. R. (1992). Secondary Traumatic Stress and Disorder: Theory, Research, and Treatment. Paper presented at the First World Meeting of the International Society for Traumatic Stress Studies, Amsterdam, June.

363.    Kerr, L. and Figley, C. R. (1992). USA GIVE: Grassroots Mental Health Services Response to Help the Families of the Hostages. Paper presented at the First World Meeting of the International Society for Traumatic Stress Studies, Amsterdam, June.

364.    Figley, C. R. (1992). Making it up as we go: Founding the Society and the Journal. Paper presented at the First World Meeting of the International Society for Traumatic Stress Studies, Amsterdam, June.

365.    Figley, C. R. (1992). Helping traumatized children and families: Assessment, treatment, and endurance. Invited Workshop by Department of Veterans Affairs' Regional Medical Education Center and the Texas Tech University, Lubbock, Texas, July 31.

366.    Figley, C. R. (1992). Helping the Helper: Facing Burnout and Secondary traumatic Stress. Invited Keynote Address, Agent Orange Class Assistance Program Regional Training Conference, Salt Lake City, Utah, August 26.

**1991 (7 presentations)**

367.    Figley, C. R. (1992). The celebrity family stress. Paper presented at the American Association for Marriage and Family Therapy, Miami, October 1992.

368.    Figley, C. R. (1992) The traumatized helper. Invited workshop, American Association for Marriage and Family Therapy, Miami, October

369.    Figley, C. R. (1992). Veteran Families Addiction Treatment Project. A grant proposal to the National Veterans Foundation, November 1, 1992

370.    Figley, C. R. (1992). Helping the Helper: Facing Burnout and Secondary traumatic Stress. Invited Keynote Address, Agent Orange Class Assistance Program Regional Training Conference, Washington, DC, November 16.

371.    Figley, C. R. (1992). Parental consent and parental responsibility: Sending the right signals. Presented at a workshop on "Parental Consent Requirements for Abortion: Pro-Family, Pro-Life, or Pro-Choice," at the 56th Annual Groves Conference on Marriage and Family, Washington, D.C., March 1993.

372.    Figley, C. R. (1992). Celebrity Family Stress Research Project: Plan and Initial Findings. Paper presented at the American Psychological Association, Washington, DC, August 17.

373.    Figley, C. R. (1992). Compassion fatigue and other hazards of family assistance work. Invited keynote address, Second National Training Workshop, Agent Orange Class Assistance Program, Washington, DC, November.

**1991 (20 presentations)**

374.    Figley, C. R. (1991). Critical Needs of Gulf War Families. Invited testimony to the Florida Senate Committee on Community Affairs, February 19.

375.    Figley, C. R. (1991). Supporting Gulf war families: Homecoming and beyond. Military Family Service Professionals Conference, FSU Center for Professional Development, Tallahassee, FL March 1.

376.    Figley, C. R. (1991). War, stress, and families' response. Invited public lecture, Apalachee Center Workshop, January 31.

377.    Figley, C. R. (1991). Coping with war stress. Presentation to the Florida State University student body, sponsored by the FSU Student Government, Tallahassee, February 19.

378.    Figley, C. R. (1991). Emergency Service Needs of Gulf War Families. Invited testimony to the Florida House of Representatives Committee on Military, Veteran, and Emergency Services, February 19.

379.    Figley, C. R. (1991). Prisoners in Paradise: Recognizing and strengthening Gulf War families. Second Annual Conference on Post-Traumatic Stress Disorder, The Bradley Center Hospitals and Outpatient Clinics, Columbus, Georgia, February 22.

380.    Figley, C. R. (1991). Weathering the Desert Storm: Survival Tips for the Homecoming and Recovery Period. Public lecture, US Army Reserve Center, Tallahassee, Florida, March 3.

381.    Figley, C. R. (1991). Observations on the challenges facing families of Gulf War veterans. Panel presentation, 58th Annual Groves Conference on Marriage and Family, Panama City, Florida, March 7.

382.    Figley, C. R. (1991). Chair of "Helping the Helper: Theoretical Model and Program of Intervention and Prevention." Symposium at the International Society for Traumatic Stress Studies. Washington, D.C., October.

383.    Figley, C. R. (1991). Secondary traumatic stress disorder: Reconsideration of PTSD. Paper presented at a symposium, "Helping the Helper: Theoretical Model and Program of Intervention and Prevention." International Society for Traumatic Stress Studies. Washington, D.C., October.

384.    Figley, C. R. (1991). Traumatized Vietnam veteran families and children: Today and tomorrow. Keynote address to the First National Training Workshop, Agent Orange Class Assistance Program, November 15.

385.    Figley, C. R. (1991). War and separation of the family. Keynote presentation at a training workshop, "Helping Desert Storm Families," A training workshop for volunteer coordinators and other family support personnel, sponsored by the 81st Army Command and the Florida State University Marriage and Family Therapy Center, T. Whidden US Army Reserve Center, Tallahassee, Florida, March 2.

386.    Figley, C. R. (1991). Weathering the Desert Storm: Helping families manage the war and reunion. Presentation to the Mental Health Association of Leon County, March 13.

387.    Figley, C. R. and Grodney, D. (1991). Gulf war and its aftermath: Implications for Social Work education. A special open session at the Annual Meeting of the Council on Social Work Education, New Orleans, March 16.

388.    Figley, C. R. (1991). Secondary effects of critical incident stress: The emergency worker's family. Keynote address, World Congress on Stress, Trauma, and Coping in the Emergency Services Professions, Baltimore, April 13.

389.    Figley, C. R. (1991). Crisis intervention techniques with groups and individuals. Invited presentation for Tallahassee Community Crisis Team Training, June 5.

390.    Figley, C. R. (1991). Helping traumatized veteran families. Invited presentations, American Red Cross National Symposium, Military Veterans and Their Families, Cleveland, June 15.

391.    Figley, C. R. (1991). Family stress, coping, and empowerment in times of war and separation. Invited lecture, Family Support Center Directors Course, Air University, Maxwell Air Force Base, AL, August 29.

392.    Figley, C. R. (1991). Trauma and family medicine. Invited lecture, Family Residency Program, Tallahassee Memorial Regional Medical Center, Tallahassee, FL, September 16.

393.    Figley, C. R. (1991). PTSD: Implications for vocational rehabilitation and job goal selection. Keynote address, DVA Regional Training Program, Orlando, September 25.

**1990 (15 presentations)**

394.    Figley, C. R. (1990). Post-traumatic Stress Disorder: Individual and Family Consequences in Treatment. Workshop for LifeSpring Mental Health Services, Jeffersonville, Indiana, May 16.

395.    Figley, C. R. (1990). Post-Trauma Intervention with Families and Communities. Invited Workshop, at the Second Annual Mental Health Institute, The Kentucky Department of Mental Health and Mental Health Retardation Services, Richmond, Kentucky, May 30.

396.    Figley, C. R. (1990). PTSD: Individual and Family consequences in Treatment. An invited half-day workshop for the Children's Crisis Center, Jacksonville, Florida, June 15.

397.    Figley, C. R. (1990). Family Psychology and Traumatology. Invited presentation at the Division 43, Family Psychology, Series, "Shaping Family Psychology: Leaders Reflect on Critical Cases." American Psychological Association, Boston, August 11.

398.    Figley, C. R. (1990). Post-Traumatic Stress Disorder: Individuals and the Systems They Live In. Invited Pre-conference Workshop at the 30th Annual Conference Meeting of the Psychologists Association of Edmonton, Alberta, May 23.

399.    Figley, C. R., Cheatham-Krantz, S., DeBack-Wright, D., Harris, D., Lee, C. (1990). Treating Traumatized Systems: A Team Model. A workshop at the 48th Annual Meeting of the American Association for Marriage and Family Therapy, Washington, D.C., October 5.

400.    Figley, C. R. (1990). An International response to the Gulf crisis: Role of Traumatology. Emergency panel presentation, Annual meeting of the International Society for Traumatic Stress Studies, New Orleans, October 30.

401.    Figley, C. R. (1990). Helping traumatized families: The empowerment approach, Invited workshop, Annual Conference of the North Central Florida Association for Marriage and Family Therapy, Gainesville, FL, December 7.

402.    Figley, C. R. (1990). Helping the families of Operation Desert Shield: Overview of the emergency conference. Florida State University Conference Center, Tallahassee, Florida, September 9.

403.    Figley, C. R. (1990). Orientation and welcome to the Emergency Conference for Families and Professionals. Special Emergency Conference on "Strengthening Military Families: Mobilizing National Resources in Times of Crisis at the 48th Annual Meeting of American Association of Marriage and Family Therapists, Washington, D. C., October 4.

404.    Figley, C. R. (1990). Post-Traumatic Stress Disorder: Individuals and the Systems They Live In. Invited Pre-conference Workshop at the 30th Annual Conference Meeting of the Psychologists Association of Edmonton, Alberta, May 23.

405.    Figley, C. R. (1990). Post Traumatic Stress Disorder: Arresting the Unwanted Consequences. Keynote address at the Second Annual Mental Health Institute, The Kentucky Department of Mental Health and Mental Health Retardation Services, Richmond, Kentucky, May 30

406.    Figley, C. R. (1990). Post Traumatic Stress Disorder: Arresting the Unwanted Consequences. Keynote address at the Second Annual Mental Health Institute, The Kentucky Department of Mental Health and Mental Health Retardation Services, Richmond, Kentucky, May 30.

407.    Figley, C. R. (1990). Orientation and welcome to the Emergency Conference for Families and Professional. Special Emergency Conference on "Strengthening Military Families: Mobilizing National Resources in Times of Crisis at the 48th Annual Meeting of American Association of Marriage and Family Therapists, Washington, D. C., October 4.

408.    Figley, C. R. (1990). Orientation and welcome to the Emergency Conference for Families and Professionals. Special Conference on "Strengthening Hostage Families: Mobilizing the National Resources in Times of Crisis at the 48th Annual Meeting of the American Association of Marriage and Family Therapists, Washington, D.C., October 4.

## 1989 (9 presentations)

409.    Figley, C. R. & Nelson T. (1989). Basic skills of family psychology practice: A study of trainers. Paper presented at the American Psychological Association Mid-Winter Convention of Divisions 29, 42, and 43. Orlando, March.

410.    Figley, C. R. & Nelson T. (1989). Basic family therapy skills project: A roundtable. Paper presented at the Groves Conference on Marriage and the Family, Savannah, April.

411.    Figley, C. R. (1989). PTSD of clients and therapists. Invited keynote, 1989 Symposium, Clinic and Administrative Issues in PTSD. VA Regional (Birmingham, AL) Medical Education Symposium, Cocoa Beach, FL, June 14.

412.    Figley, C. R. (1989). Why we are here in San Francisco now. Invited plenary address to the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

413.    Figley, C. R. (1989). Earthquake disaster, learning from the experts: A panel discussion by mental health workers who survived the quake. Invited chair/organizer at a session at the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

414.    Figley, C. R. (1989). "The Wall Within," a psychosocial perspective. Invited presentation at the Annual Meeting of the American Psychological Association, August, New Orleans.

415.    Figley, C. R. (1989). Helping traumatized families, part I: Theoretical background and assessment issues. Invited address at a session at the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

416.    Figley, C. R. (1989). Helping traumatized families, part II: Assessment and treatment. Invited address at a session at the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

417.    Figley, C. R. (1989). Helping traumatized families. A workshop, Florida State University Center for Professional Development, November.

**1988 (5 presentations)**

418.    Figley, C. R. & Nelson, T. (1988). Basic family therapy skills: Preliminary research findings. Invited paper presented at the Annual Meeting of the American Association for Marital and Family Therapy, October, New Orleans.

419.    Figley, C. R. (1988). Helping traumatized families. Invited keynote address at the Annual Meeting of the Society for Traumatic Stress Studies, Dallas, October.

420.    Figley, C. R. (1988). Partners in politics: Initial research findings and Celebrity Family Syndrome. Invited papers presented at the Annual Meeting of the American Association for Marriage and Family Therapy, New Orleans, October.

421.    Figley, C. R. (1988). The traumatic stress: an overview of contributions by psychologists and others. Invited lecture at the Distinguished Lecture Series, Duke University, Department of Psychology, January 8, 1988.

422.    Figley, C. R. (1988). The field of traumatic stress, an overview. Keynote address to the First European Conference on Traumatic Stress, Lincoln, England, August.

**1987 (9 presentations)**

423.    Figley, C. R. (1987). Challenges in helping children and families exposed to highly stressful events. Invited address, University of Maryland, Department of Family and Community Development, College, Park, Maryland, March.

424.    Figley, C. R. (1987). Treating traumatic stress through family therapy. Invited address, Mid-winter convention, American Psychological Association (Divisions 29, 42 & 43), New Orleans, March.

425.    Figley, C. R. (1987). Trauma and its wake: Current and future issues. Invited keynote address for the Center for Stress Recovery, Case Western Reserve University School of Medicine, April 9.

426.    Figley, C. R. (1987). Treating post-traumatic stress disorder in children through family therapy. Invited paper, 95th Annual Convention, New York City, September.

427.    Figley, C. R. & Scott Fraser (1987). "Helping systems in crisis: Post-traumatic family therapy," an all-day institute, at the 45th Annual Conference of the American Association for Marriage and Family Therapy, Chicago, October.

428.    Figley, C. R. (1987). Invited discussant to the film, THE FIGHTING SPIRIT at the 95th Annual Convention, New York City, September.

429.    Figley, C. R. (1987). Invited discussant to the film, PLATOON, at the 95th Annual Convention, New York City, September.

430.    Figley, C. R. (1987). Invited Presidential Address at the Annual Convention of the Society for Traumatic Stress Studies, Baltimore, Maryland, October.

431.    Figley, C. R. (1987). Invited Keynote Address "Trauma and It's Wake: Current and Future Issues." at the Society for Traumatic Stress Studies, Baltimore, Maryland, October.

**1986 (2 presentations)**

432.    Figley, C. R. (1986). Family traumatic stress. Paper presented at the Annual Meeting of the American Family Therapy Association, Washington, DC, June.

433.    Figley, C. R. (1986). Trauma and its wake: An overview of PTSD research. Keynote presentation, sponsored by Alternatives Center, Inc., South Bend, IN, July 30.

434.

**1985 (3 presentations)**

435.    Figley, C. R. (1985). Families of catastrophe: Overview of coping with crisis. Presented at the Future of Parenting Symposium, Chicago, March.

436.    Figley, C. R. (1985). Traumatic stress: The purpose and promise of the Society for Traumatic Stress Studies. Invited presentation at the founding meeting of the Society for Traumatic Stress Studies, Atlanta, September.

437.    Figley, C. R. and Kishur, R. (1985). Treatment of traumatic stress in individuals and families. Invited presentation at workshop sponsored by the comprehensive Mental Health Services, Inc., Kansas City, MO, Feb. 8.

**1984 (18 presentations)**

438.    Figley, C. R. (1984). Assessment and treatment of psychic heart: An overview. Invited presentation at the annual meeting of the American Academy of Psychiatry and the Law (Midwest), March, Chicago.

439.    Figley, C. R. (1984). Conceptualization, assessment and treatment of traumatic stress. Invited lecture, Isaac Ray Center, Department of Psychiatry, Rush Medical College, Chicago, April.

440.    Figley, C. R. (1984). Traumatic stress in victims and their families. Keynote address at a conference, "Surviving Traumas and Catastrophes: Victims, Families and Caregivers," South Bend, Indiana, May.

441.    Figley, C. R. (1984). Treating the traumatic stress of caregivers. Invited paper presented at the University of Indiana, South Bend, May.

442.    Figley, C. R. (1984). The assessment and treatment of chronic PTSD: the algorithmic approach. Keynote address at a conference, "Effective Treatment for the Combat Veteran," Cattaraugus Community Action, Salamanca, New York, June.

443.    Figley, C. R. (1984). Conceptual and theoretical overview of traumatic stress. Invited presentation, University of Kentucky and VAMC-Lexington, Kentucky, September 11.

444.    Figley, C. R. (1984). The assessment and treatment of PTSD: The algorithmic approach. Invited workshop, University of Kentucky and VAMC-Lexington, Kentucky, September 11.

445.    Figley, C. R. (1984). Trauma and its wake: Overview of traumatic stress. Keynote address at the Third National Conference on the Treatment of Post-traumatic Stress Disorder. Baltimore, September 24, 1984.

446.    Figley, C. R. (1984). An algorithmic approach to the assessment and treatment of PTSD. Invited workshop at the Third National Conference on the Treatment of Post-traumatic Stress Disorder. Baltimore, September 24, 1984.

447.    Figley, C. R. (1984). The significance of minority family therapists and minority family therapy. Panel presentation at the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

448.    Figley, C. R., Constantine, J., Constantine, L., Mead, D. E., Gerson, R., & Olson, D. (1984). Computers and family therapy. Instructional Institute at the Annual Meeting of the American Association for Marriage and Family Therapy, San Francisco, October.

449.    Figley, C. R. (1984). Crisis intervention and the treatment of PTSD. Invited keynote address at the annual meeting of the Indiana Crisis Resource Federation, Indianapolis, October.

450.    Figley, C. R. (1984). Inpatient treatment of PTSD: a comprehensive approach. Invited address at the VAMC, Tomah, Wisconsin, November.

451.    Figley, C. R. (1984). Treating traumatic stress in individuals and families. Workshop sponsored by Human Resources Initiatives, Dayton, December.

452.    Figley, C. R. (1984). Post-traumatic Stress Disorder: Theory, Assessment and Treatment. Workshop at the VAMC, North Chicago, December.

453.    Figley, C. R. (1984). Bringing the crises home: The role of the emergency worker's family. Invited address at a Workshop on Role Conflict and Support for Emergency Workers, Co-sponsored by the American Psychological Association and the Federal Emergency Management Administration, Washington, D.C., December.

454.    Figley, C. R. & Burge, S. K. (1984). Family traumatic stress: The hidden victim. Presented at the annual meeting of the American Association for Marriage and Family Therapy, San Francisco, October.
455.    Figley, C. R. (1984). Family traumatic stress: The hidden problem. Invited lecture, Northern Illinois University, DeKalb, Illinois, February.

**1983 (5 presentations)**
456.    Figley, C. R. (1983). The family as victim: Mental health implications. Invited presentation, Camelback Hospital Counseling Center Workshop, "Working with Victims: Psychosocial Considerations," Scottsdale, Arizona, April.
457.    Figley, C. R. & Burge, S. K. (1983). Social support: Theory and measurement. Paper presented at the annual Groves Conference on Marriage and the Family, Freeport, Grand Bahamas, June.
458.    Figley, C. R. (1983). Treating post-traumatic stress disorder. Invited presentation, annual meeting of the Indiana Council of Mental Health Centers, Indianapolis, October.
459.    Figley, C. R. (1983). The family as victim: Implications for family intervention. Paper presented at the annual meeting of the National Council on Family Relations, St. Paul, Minnesota, October.
460.    Figley, C. R. (1983). Traumatic stress reactions: Toward a generic model. Keynote address, Second National Conference on Post-traumatic Stress Disorder. Chicago, October.

**1982 (12 Presentations)**
461.    Figley, C. R. (1982). Clinical intervention with post-traumatic stress disorders. Invited presentation, University of Michigan and the VA Medical Center, Battle Creek, Michigan, May.
462.    Figley, C. R. (1982). Diagnosis and Treatment of PTSD. VA Regional Medical Education Center and Vanderbilt University, Nashville, Tennessee, August.
463.    Figley, C. R. (1982). Post-traumatic Stress Disorders: Implications for Emergency Medicine. Invited lecture, Boston University, Boston City Hospital, September.
464.    Figley, C. R. (1982). Traumatic stress and the role of the family and social support system. Paper presented at the National Conference on the Treatment of Post-Vietnam Stress Syndrome, Kings Mill, Ohio, October.
465.    Figley, C. R. (1982). Stress and the family: An overview. Keynote presentation at the annual Purdue Farm Science Days, Purdue University, West Lafayette, Indiana, January.
466.    Figley, C. R. (1982). Post-traumatic stress disorders: Models and applications for individuals and families. Invited address, Princeton University, Woodrow Wilson School of Public and International Affairs, January.
467.    Figley, C. R. (1982). Stress management: Balancing home, self, and work. Invited address at the Krannert School of Management, Purdue University, January.
468.    Figley, C. R. (1982). Traumatization and comfort: Close relationships may be hazardous to your health. Keynote presentation at a conference, "Families and close relationships: Individuals in social interaction," Texas Tech University, Lubbock, Texas, February.
469.    Figley, C. R. (1982). Balancing the seesaw of family stress. Presentation to the Indiana Cooperative Extension Service Conference, Indianapolis, March.
470.    Figley, C. R. (1982). Men and aggression. Presentation at the 7th Annual Purdue Child and Family Symposium, " The Family Man," Purdue University, West Lafayette, April.
471.    Figley, C. R. (1982). Stress management for women: Balancing home, self, and work. Keynote presentation at the annual meeting of the Indiana Home Economics Association, Ball State University, Muncie, Indiana, April.
472.    Figley, C. R. & Hogancamp, V. B. (1982). Balancing the seesaw of stress. Invited presentation to the Purdue clerical staff, Purdue University, April.

473.     Figley, C. R. (1982). Stress and the family: Implications for early childhood educators. Featured presentation at the Midwestern Association for the Education of Young Children, Indianapolis, May.

**1981 (8 presentations)**

474.     Figley, C. R. (1981). The unhealed wounds of war: Applications for crisis interventionists. Keynote presentation at the annual meeting of the Indiana Crisis     Resource Foundation, Indianapolis, April.

475.     Figley, C. R. (1981). Innovations in mental health treatment of veterans. Invited presentation at the annual meeting of the National Organization of Concerned Veterans, Baltimore, May.

476.     Figley, C. R. (1981). Conceptualization and treatment of the veterans' family. Featured presentation at a clinical symposium by the University of Minnesota School of Medicine and VA Regional Medical Center, Minneapolis, Minnesota, September.

477.     Figley, C. R. (1981). Stress management: Coping with transitions in careers and families. Invited lectures, Krannert School of Management, Purdue University, January.

478.     Figley, C. R. (1981). Family absorption of catastrophic stress: the case of the Iran hostage families. Invited lecture, St. Joseph's College, Indiana, March.

479.     Figley, C. R. (1981). The Vietnam veteran in the context of the family. Invited lectures, Washburn University, Topeka, Kansas, March.

480.     Figley, C. R. (1981). Historical overview of society's treatment of American veterans since the revolutionary war, Invited address, Indiana State University, Evansville, Indiana, May.

481.     Figley, C. R. & Smith, S. (1981). Disasters and traumatic stress reactions of families. Invited presentation at the annual training conference of the American Red Cross, Indiana Chapter, Vincennes, Indiana, October.

**1980 (15 presentations)**

482.     Figley, C. R., McCubbin, H. I., and Spanier, G. and the Task Force on Families of Catastrophe (1980). *Report of the Task Force on Families of Catastrophe to the US State Department Regarding the Treatment of the Americans Held Hostage in Iran and their Families.* Presented to the Department of State, Washington, DC, February.

483.     Figley, C. R. (1980). Assessment of combat-related PTSD. Telelecture for the VAMC, Togus, ME, January.

484.     Figley, C. R. (1980). Emergency treatment of post-traumatic stress disorder: An algorithmic approach. Invited workshop, VA Regional Medical Education Center, St. Louis, February and March.

485.     Figley, C. R. (1980). Welcoming home the Vietnam veteran: Assessment of post-traumatic stress disorders. Invited presentation, annual meeting of the American Psychiatric Association, San Francisco, May.

486.     Figley, C. R. (1980). Application of extent research and theory to the families of the hostages: A precis. A paper presented at an emergency meeting of the Task Force on Families of Catastrophe, Purdue University, W. Lafayette, Indiana, February 13.

487.     Figley, C. R. (1980). Catastrophic stress reactions and Post-traumatic Distress Disorders (PTSD) of survivors and families. Invited address, California Polytechnic University, San Louis Obispo, California, February.

488.     Figley, C. R. (1980). Lessons from the Iran Crisis. Address to the 50th Annual Banquet of the Indiana Lions Club, Lafayette, Indiana, April.

489.     Figley, C. R. (1980). Welcoming back the Vietnam veteran survivor: Review and application of PTSD. Presented at the 133rd Annual Meeting of the American  Psychiatric Association, San Francisco, May.

490.    Figley, C. R. (1980). Natural disasters and the family. Paper presented at the annual Groves Conference on Marriage and the Family, Gatlinburg, Tennessee, May.

491.    Figley, C. R. (1980). Stress and the family: Overview and welcome to the 1980 Conference. Program chair's address at the annual Groves Conference on Marriage and the Family, Gatlinburg, Tennessee, May.

492.    Figley, C. R. (1980). Working with families in crisis. Presented at a special conference by the Veterans Administration Regional Medical Center, Chicago, August.

493.    Figley, C. R. (1980). Overview of the trauma of hostage families. Invited presentation at the annual meeting of the National Organization for Victim Assistance, Portland, Oregon, October.

494.    Figley, C. R. (1980). the Vietnam veteran experience. Invited presentation, VA Medical Center, Minneapolis, November.

495.    Figley, C. R. (1980). Application of the relationship enhancement model to families in crisis. Invited presentation to a special workshop by the Veterans Administration Regional Medical Education Center, Anaheim, California, August.

496.    Figley, C. R. (1980). Conceptualization and diagnosis of traumatic and post-traumatic stress disorders. Presented at the Workshop titled "Vietnam: Yesterday and Today," by the VAMC, Coon Rapids, Minnesota, November.

**1979 (13 presentations)**

497.    Figley, C. R. (1979). Combat as disaster: Treating Vietnam veterans as survivors. Invited presentation to the American Psychiatric Association, Chicago, May.

498.    Figley, C. R. (1979). Combat-related stress disorders: Implications for survivors of other catastrophes. Invited address to the Psychiatric Institute Foundation, Washington, D. C., July.

499.    Figley, C. R. (1979). Treatment implications of a model of post traumatic stress disorders. Invited lecture, Training I: VA Operation Outreach, VA Regional Medical Education Center, St. Louis, September.

500.    Figley, C. R. (1979). Delayed combat stress disorder. Invited address, Sonoma State University, Santa Rosa, California, October.

501.    Figley, C. R. (1979). The Spartans and the Spartacans: The Vietnam veteran experience in social-historical perspective. Invited presentation, Wabash College, Crawfordsville, Indiana, April.

502.    Figley, C. R. (1979). The nature of disasters: Implications for the Vietnam veteran and the nation. Invited speech, Annual Indiana Optimist Club Meeting, Indianapolis, May.

503.    Figley, C. R. (1979). Catastrophic stress reactions in Vietnam veterans. Paper presented at George Washington University Medical School and VAMC, Washington D.C., May.

504.    Figley, C. R. (1979). Stress and the family: Implications for new conceptualizations. Paper presented at the annual meeting of the National Council on Family Relations. Boston, August.

505.    Figley, C. R. (1979). Progress: Awards for outstanding achievement in veteran studies. Annual meeting of the Consortium on Veteran Studies, American Psychological Association, New York, September.

506.    Figley, C. R. (1979). Delayed combat stress disorder (PTSD): Some political implications. Invited address, annual meeting of the American Association of Minority Program Administrators, Miami Beach, Florida, October.

507.    Figley, C. R. (1979). The secondary explosions of the Vietnam war: Vietnam veterans in mainstream America. Invited address, Calumet College, December.

508.    Figley, C. R. (1979) The structure and initiatives of the Purdue University Family Research Institute. Paper presented at the American Home Economics Association, St. Louis, June.

509.     Figley, C. R. (1979). A schema of family studies area of inquiry. Paper presented at the Annual Meeting of the National Council on Family Relations, Boston, August.

**1978 (6 presentations)**

510.     Figley, C. R. (1978). Strangers at home: The war, the nation, and the Vietnam veteran. Invited address, North Dakota University, Grand Forks, North Dakota, November.

511.     Figley, C. R. (1978). Separating fact from fiction: The emotional toll of service in Vietnam. Invited presentation, American Psychological Association, Toronto, September.

512.     Figley, C. R. & Scroggins, L. (1978). Putting the "family" in family planning services. Paper presented at the Association of Planned Parenthood Physicians, Atlanta, October.

513.     Figley, C. R. (1978). Stepping stone or stumbling block? The role of research in enriching the family. Invited address to the annual meeting of the National Association of Extension Home Economists, Omaha, October.

514.     Veevers, J. E. & Figley, C. R. (1978). Predicting parental aptitude: Some research prerequisites for effective fertility policies. Paper presented at the annual meeting of the National Council on Family Relations, Philadelphia, October.

515.     Schumm, W. R., Southerly, W. & Figley, C. R. (1978). Stumbling block or stepping stone: Uses and abuses of path analysis in family studies. Paper presented at the Theory Development and Methods Workshop of the annual meeting of the National Council on Family Relations, Philadelphia.

**1977 (7 presentations)**

516.     Figley, C. R. (1977). Transition into parenthood: A framework for viewing programs for young families. Paper presented at the annual meeting of the American Orthopsychiatric Association, New York City, April.

517.     Figley, C. R. (1977). Pronatalism and contemporary marital roles. Paper presented at the Groves Conference on Marriage and the Family, Grossingers, New York, May.

518.     Figley, C. R. (1977). Tactical self-presentation and interpersonal attraction. Paper presented at the International Conference on Love and Attraction, University College of Swansea, Swansea, Wales, United Kingdom, September.

519.     Figley, C. R. (1977). Help for the new families: An overview of intervention programs. Paper presented at the 54th Annual Meeting of the American Orthopsychiatric Association, New York City.

520.     Figley, C. R. (1977). Sexual dysfunction: Office diagnosis and management. Senior lecture presented at the postgraduate course, "Ambulatory Obstetrics and Gynecology" by the American College of Obstetricians and Gynecologists, Tarpon Springs, Florida, February.

521.     Figley, C. R. & Southerly, W. T. (1977). Residue of war: The Vietnam veteran in mainstream America. Paper presented at a symposium chaired by the first author at the annual meeting of the American Psychological Association, San Francisco, California, August.

522.     Figley, C. R. (1977). Relationship-centered family planning service: Role of the marriage and family counselor. Paper presented at the annual meeting of the American Association of Marriage and Family Counselors, San Francisco, October.

**1976 (8 presentations)**

523.     Figley, C. R. & Francis, B. (1976). Graduate programs in family studies in the United States. Paper presented at the Annual Meeting of the National Council on Family Relations, Salt Lake City, August.

524.     Figley, C. R. (1976). The immediate and long-term emotional consequences of war-related trauma. Invited presentation at the Center for POW Studies, June.

525.    Figley, C. R. (1976). Symptoms of delayed combat stress among a college sample of Vietnam veterans. Invited paper presented at the annual meeting of the American Personnel and Guidance Association, Chicago, March.

526.    Figley, C. R. (1976). An overview of the research related to delayed combat stress among Vietnam veterans. Paper presented at a symposium chaired by the author, at the annual meeting of the American Psychological Association, Washington, D.C., September.

527.    Figley, C. R., Robertson, M., Lester, G. & Ross, K. (1976). The relationship between life changes and family-related anxiety among returned POWs. Paper presented at the 4th Department of Defense Meeting on the POW, San Diego, November.

528.    Figley, C. R. (1976). The Family Research Act of 1975: An overview. Paper presented at the annual meeting of the National Council on Family Relations, New York, October.

529.    Figley, C. R. (1976). The Vietnam veteran in family therapy: Implications from the research. Paper presented at the annual meeting of the American Personnel and Guidance Association, Chicago, March.

530.    Figley, C. R. (1976). Combat-related stress disorders: Family therapy implications. Paper presented at the annual meeting of the American Association of Marriage and Family Counselors, Philadelphia, October.

**1975 (4 presentations)**

531.    Figley, C. R., Sprenkle, D. H. & Denton, W. (1975). Training marriage and family counselors for an industrial setting. Paper presented at the annual meeting of the American Association of Marriage and Family Counselors, Toronto, November.

532.    Figley, C. R. (1975). The returning veteran and interpersonal adjustment: A review of the research. Paper presented at the annual meeting of the National Council on Family Relations, Salt Lake City, August.

533.    Figley, C. R. (1975). Contrasts between combat and non-combat Vietnam veterans regarding selected indices of interpersonal adjustment. Paper presented at the annual meeting of the American Sociological Association, San Francisco, August.

534.    Figley, C. R., Groman, R. T. & Weis, D. L. (1975). The Purdue LEAD program: Implications for other educational contexts. Paper presented at the annual meeting of the Indiana Council on Family Relations, Muncie, Indiana, February.

**1974 (4 presentations)**

535.    Figley, C. R. (1974). Pregnancy and postpartum intervention: The efficacy of a parent-centered approach. Paper presented at the Sixth Banff International Conference on Behavioral Modification, Banff, Alberta, Canada, March-April.

536.    Figley, C. R. (1974). Tactics and interpersonal attraction in initial dating decision-making. Paper presented at the annual meeting of the National Council on Family Relations, St. Louis, October.

537.    Figley, C. R. (1974). AAMFC-NCFR: Effectiveness through unity, toward the year 2000. Invited address, Mid-Eastern Regional Meeting, American Association of Marriage and Family Counselors, Louisville, September.

538.    Figley, C. R., Guerney, B. G., & Gruber, G. R. (1974). Intervention into family life. Presentation at the annual meeting of the American Association of Marriage and Family Counselors, St. Louis, October.

**1972-1973 (3 presentations)**

539.    Figley, C. R. (1973). Implications of the conjugal transition into parenthood. Paper presented at the annual meeting of the National Council on Family Relations, Toronto, Canada, October.

540.    Figley, C. R. (1973). The discovery session: A structured program in affective learning in higher education. Paper presented at the annual meeting of the National Council on Family Relations, Toronto, October.

541.    Figley, C. R. (1972). Certification of family life educators. Invited address at University of Akron, Akron, Ohio.

542.    Figley, C. R. (1971). The student and family planning. Paper presented at the annual meeting of the National Council on Family, Estes Park, Colorado, August.

## L. Audio-Visual Productions (Since 1993)

1.  Figley, C. R., McGraw, K. & Corzine, E. (2015). Online Course on Trauma from the School of Social Work.

2.  Figley, C. R. & Moylan, G. (2013). Trauma Quest. Tulane University School of Social Work Game in Course-Game.

3.  Figley, C. R. (2011). Featured in Tulane Empowers: Faculty. New Orleans: Tulane University Productions. Accessed December 3, 2011: http://www.youtube.com/watch?v=AfFLKUpdPVU

4.  Figley, C. R. (2009). Supervision of Hurricane Survivor Case. From C. Tosone (ed.). *Look Back to Move Ahead: Social Work With Survivors of Trauma*, Feature Training Video. New York: NYU Film School Production (Adopted for distribution by the CSWE). Accessed December 3, 2011: http://www.youtube.com/watch?v=zKA3AaXTItM

5.  Figley, C. R. (2010). Saints Good for NOLA's Psyche. New Orleans: Tulane University Productions. Accessed December 3, 2011: http://youtu.be/SD3izB2IkU8

6.  Figley, C. R. (2010). Combat Stress Injury. A Free Webinar, Figley Institute, July 8.

7.  Figley, C. R. (1997). When Helping Hurts. A documentary by Gift from Within.

8.  Figley, C. R. (1995). Traumatology. Established the international, refereed, scholarly journal of both practice and science through the Green Cross Foundation.

9.  Figley, C. R. (1994). Articles of incorporation and guidelines for the Academic Advisory Board, as co-owner and Chair of the Board for Internet Psychiatry Forum. Server: University of Newcastle's Mailbase, United Kingdom.

10. Figley, C. R. (1994). Articles of incorporation and guidelines, as co-owner and moderator for the Traumatic-Stress SIG of the Internet Psychiatry Forum. Server:     University of Newcastle's Mailbase, United Kingdom.

11. Figley, C. R. (1994). Formation of the *Traumatic-Stress Forum*, Special Interest Group within Interpsych. Server: University of Newcastle (via Mailbase), United Kingdom.

12. Figley, C. R. and Visionary Productions (1994). Compassion Fatigue: The Stress of Caring Too Much. A Video teleconference and Video tape Production. PBS Adult Learning Satellite Service (June).

13. Figley, C. R. (1993). Compassion Fatigue, Trauma and its Wake. Video Tape Production, by Southern NLP, Tampa, Florida.

14. Figley, C. R. (1975). Dating relationships. West Lafayette, IN: Purdue University's Production Center.

15. Figley, C. R. (1973). Relationship Enhancement: Introduction. University Park: Penn State University Productions.

## VIII. RECENT (since 2008) FUNDED GRANT PROPOSALS

| Dates | Title and Role | Funding Source | Requested Amount |
|-------|----------------|----------------|------------------|
|       |                |                |                  |
| 3/26/09 – 3/25/12 | Disaster Resilience/Management Leadership Academy, DFD-A-00-09-00111-00 Figley (Co-PI) | Office of Foreign Disaster Assistance | 2127000.0* |

| | | (Department of State) - Funded | |
|---|---|---|---|
| 5/26/09 – 5/25/12 | Army Combat Medic Mettle (resilience) Study, USAMRAA PI | DoD - Funded | 660793.00* |
| 9/28/09 – 9/27/12 | Trauma, Ecosystem, and Social Capacity, National Science Foundation Co-PI | NSF - Funded | 789203.00* |
| 8/12/10- 8/11/20 | City, Culture, and Community PhD Program (with Buttell, Devine, & Gotham) Co-PI | Office of the President of Tulane University Funded | 659469.00* |
| 8/10/10 – 5/9/11 | Parish Perspectives on Recovery from the BP Oil Disaster PI | Oxfam - Funded | 30000.00* |
| 11/1/11 – 10/31/14 | Disaster Resilience Leadership Capacity Building and Assessments | Bill and Melinda Gates Foundation Funded | $5000000* |
| 10/15- 9/30/20 | Vanlandingham (PI) Katrina+10 Project, Rev | NIH – Funded | $6,800,000 |
| 7/1/15- 6/30-19 | Boscarino (PI) DoD: Mental Health Disorders, Suicide Risk, and Treatment seeking among Formerly Deployed National Guard and Reserve Service Member seen in Non-VA Facilities, Joseph Boscarino (Geisinger Health Research Institute) is PI | DoD - Funded | $873,700 |
| 5/15/2020 - 4/31/2025 | Catherine McKinley (PI), Chukka Auchaffi' Natana: The Weaving Healthy Families Program to Promote Wellness and Resilience and Prevent Alcohol and Other Drug Abuse and Violence (1R01AA028201-01) | National Institutes of Health, PAR-17-496, Interventions for Health Promotion and Disease Prevention in Native American Populations | Requested Amount: $3,049,012 Amount funded: $2,658,129 |
| | | | |

## IX. CURRENT BRIEF DESCRIPTION OF TEACHING AND RESEARCH INTERESTS

A. **Teaching Interests**:
Disaster mental health, brief treatments for traumatic stress and crisis, psychosocial traumatology (understanding and controlling the psychological/emotional and social/interpersonal consequences of exposure to extraordinary life events), interviewing skills and training, and family therapy theory, research, and supervision methodologies.

B. **Research Questions of Interest**:
1. What are the long-term markers of resilience among torture survivors and what are the standards of care for building resilience and thriving among this population?
2. What are the immediate and long-term resilience markers among two Native Americans tribes and what are the standards of care for building sustainable programs to bolster resilience and thriving and toward eliminating the causes of trauma and effectively managing the unwanted consequences?
3. What are the disaster mental health consequences and the most effective prevention/treatment methods?
4. What is the mechanism explaining the iatrogenic effects of research with the traumatized?
5. What are the mechanisms explaining traumatic stress reactions in various groups and communities?
6. What are the war/operational stressors and resilience among veterans and families and the role of the health care system?

C. **Teaching Assignments:**

Prior to Tulane (1989-2008):
1. SOW 6980 Dissertation (continuous)
2. SOW 6939/PSY 6882 Efficient Treatments of Traumatic Stress (Spring, 1995)
3. SOW 6945r Family Therapy Practica (Summer, Fall, 1993; Spring, 1994)
4. SOW 6938r Systemic Traumatic Stress (Fall, 1994)
5. SOW 6938r Brief Treatment in Psychotherapy (Spring 2002)
6. SOW 6938r Brief Treatment Theories in FT (summer, 1993-2000)
7. SOW 6938r Family Therapy Supervision (continuous since Spring, 1992)
8. SOW 6904r Directed Individual Study (continuous)
9. SOW 5367 Crisis Intervention and Brief Treatments for Traumatic Stress (academic years 1996-1998)
10. SOW 5938r Traumatology Practicum (continuous Spring 1997-2001)
11. SOW 5612 Helping Traumatized Families (Fall, 1992)
12. SOW 4935r Coaching Interviewing Skills Development (Spring, 1997-2000)
13. SOW 4104 Human Behavior in a Social Environment I (Spring 2002)
14. SOW 3350 Interviewing in Social Work (continuous since Spring, 1996)

**Currently (Since 2008):**
1. SOWK 2100 Family Trauma (Summer, 2016)
2. SOWK 1000 Trauma! (Summer 2013)
3. DRLS 6010 Psychosocial and Behavioral Leadership Analysis (Summer 2010, Spring 2011, Fall 2011-13)
4. CCCC 7950 Pro Seminar II: Dissertation Prospectus and Career Planning (Spring 2014; 2015; 2016)
5. CCCC 7010 Pro Seminar in City, Culture, & Community Scholarship (Fall 2011-13)
6. SOWK 9800 Directed Research (Spring 2012, Fall 2012, Spring 2013)
7. CCCC 7700 Teaching Seminar (Spring 2013)
8. CCCC 7950 Pro Seminar II in City, Culture & Community Scholarship (Spring 2014-2019)
9. SOWK 1000 Trauma! A Survey Course, Tulane University, 2014-2017.
10. The Discussion Group Leadership Certificate Program, 2015-present.
11. SOWK 2100 Family Trauma: A Survey Course, Tulane University, 2016-present.
12. SOWK 7010 Family Trauma: Graduate Elective, Spring, 2019
13. SOWK 7015 Collective Trauma: Graduate Elective, Fall, 2019

**D. Major Professor (Dissertation Chair) Activities (Since 1992)**
1. Robert Stretch,  Ph.D., 1977
2. Richard J. Venjohn, Ph.D., 1978
3. Walter Schumm, Ph.D., 1978
4. William Southerly, Ph.D., 1980
5. Sandra Burge, Ph.D., 1983
6. Sandra Burge, M.S., 1981
7. Kathleen Gilbert, Ph.D., 1983
8. Barbara Riggs, Ph.D., 1987
9. Becky Adams, Ph.D., 1988
10. Rey Martinez, Ph.D., 1995
11. Janet Nambi, M.S., Ph.D., 1999
12. Kenneth Fowler, M.S., Ph.D., 2000
13. Myung Um (Role Stressors, Job Strain, Coping and Burnout Among Clinical Social Workers: A Theoretical Model and an Empirical Test, May 1990
14. Rey Martinez (The Study of Three Conditions in the Treatment of Cigarette Smoking), December, 1992.

15. Cindy Lee (Secondary Traumatic Stress Reactions Among Florida Marriage and Family Therapists), May, 1993
16. John Ducibella (Disclosure to Children of the Decision to Divorce)
17. Michael Barnes (Internet-assisted Study of Childhood Trauma Effects on Families in Hospital Settings), May, 1994.
18. Michael McGee (Relationship Between Trauma, Aging, and Social Structural Support), May, 1997
19. Janet Nambi (Contiguous Effects of Parental Loss among Ugandan Children), August, 1998.
20. MaryDale Salston (Secondary Traumatic Stress: A Study Exploring Empathy and the Exposure to the Traumatic Material of Survivors of Community Violence), December 2000.
21. Sanford Dale White (Secondary Traumatic Stress as Perceived by Hospice Practitioners: A Phenomenological-Microethnographical Inquiry), May 2001.
22. Tina Staik (Predictors of Couple Violence among Parents of School Age Children: A Gender Perspective), December 2002
23. Kevin Brown (The Relationship Between Step-father Parental Style and Other Predictors of the Quality of Relationships with Step-children), December 2002
24. Kenneth Fowler (Grief, Loss, and Traumatic Stress Reactions Among a Sample of African American Families), May 2007
25. Eric Gentry (The Relationship Between Ethical Violations and Secondary Traumatic Stress Factors), December 2007
26. Jared J Sparks (Relationship between belief in the recovery model and client and provider support of dual relationships in the treatment of serious and persistent mental illness), August 2009
27. James Morris (An Exploration of Musician Resilience in New Orleans Following Hurricane Katrina), May 2013
28. Eric Corzine (The Israeli Trauma Resilience Panel Study), May 2016
29. Kate Lufkin (An Exploratory Study of Marital and Quality of Life Ratings Among Male Spouses of Military Members), May 2017
30. Curtis Davis (Lifting the Veil: Considering the social worker's approach to racism-based trauma in work with the incarcerated person), May 2019.
31. Jessica Ports Robbins, PhD  (Red Cross First Aid & Hazard Smartphone Apps: Understanding the process and contexts impacting ICTs for disaster preparedness, May 2019

## E. Student's Awards

1. Robert Stretch, 1977 Student Award (First Runner-up) National Council on Family Relations (NCFR)
2. Richard J. Venjohn, Ph.D., 1977 Student Award (Second Runner-up) NCFR
3. Walter Schumm, Ph.D., 1978 Student Award, NCFR
4. William Southerly, Ph.D., 1980 Student Award, NCFR
5. Sandra Burge, Ph.D., 1983 Student Award, NCFR
6. Sandra Burge, M.S., 1981 Student Award, Indiana Council on Family Relations (ICFR)
7. Kathleen Gilbert, Ph.D., 1983 Student Award, ICFR
8. Barbara Riggs, Ph.D., 1987 Student Award, ICFR
9. Becky Adams, Ph.D., 1988 Student Award, ICFR
10. Janet Nambi, M.S., Ph.D., 1994-1999, Fulbright Fellowship
11. Rey Martinez, Ph.D., 1995 Dissertation Award, Ohio State University

12. Kenneth Fowler, M.S., Ph.D., 2000 Duboise Student Award

**F. Dissertation Committees Membership (Since 1996)**
1. Robin Perkins (Psychology)
2. Karen DeMeester (English).
3. Anna Baranowski (Psychology, University of Ottowa) -External Member
4. Selwyn Black (Psychology, University of Ulster) - External Member
5. Carol E. Draper (Humanities, University of Cape Town) - External Member
6. Catherine Mary Odonovan (LaTrobe University--Australia) - External Member
7. Ann Dietrich (Counseling Psychology, University of British Columbia) - External Member
8. Tracy Howard (Interdivisional Program)
9. Tina Staik (Interdivisional Program)
10. Amy Handy (Interdivisional Program)
11. Earl Lance (Interdivisional Program)
12. Sandra Jensen (Psychology)
13. Javonda D. Williams (Human Sciences)
14. Ronald Blaine Everson (Human Sciences)
15. Janet Pushkal (Social Work)
16. Tara Lehan (Marriage and Family Therapy)
17. Debra Gresham (Social Work)
18. Marne Ludick (Psychology, University of Witwatersran), 2015-2017
19. Katie Moon (CCC PhD Program), 2015-2017
20. Megha Patel (CCC PhD Program), 2018-present
21. Eric Corzine (International Development, PhD Program at the Tulane Payson Center), 2014-2018
22. Jenn Miller Scarnato (CCC PhD Program), 2016-present
23. Estilla Lightfoot (CCC PhD Program), 2018-present
24. Jessica Ports Robins (International Development, PhD Program at the Tulane Payson Center), 2016-2019
25. Curtis Davis (CCC PhD Program), 2018-2019
26. Michal Toporek (CCC PhD Program), 2018-present

## X. RECENT COMMUNITY SERVICE (since 1991)
**A. University**:
1. Member, Graduate Policy Committee, 1991
2. Ph.D. supervising committee chair (Lee, Um, Martinez, Mackey, Ducibella, White, Barnes, Nambi, Salston, Gentry, Kammerer, White, West, Mills, Cox)
3. Member of other Ph.D. supervising committees Jenkins, Phillips, Donner, Turney, Horan, Whitsitt, Smith, Simpson, Conner, Davids, Backman, Goldberg, Smith, Purvis, Connel, Jones, Stivik
4. Member, Doctoral Program Committee, School of Social Work, 1989-1994; 1996-2008.
5. Member, Ad hoc By-laws Committee, School of Social Work, 1992.
6. Chair, Program Policy Committee, 1990-2008
7. Chair, Interdivisional Program Policy Committee, 1990-1995.
8. School Marshal, 1996-present
9. Member, School of Social Work Faculty Affairs Committee, 1996-2008
10. Member, School of Social Work Doctoral Program Committee, 1994-2008
11. Member, School of Social Work Tenure Committee, 1992-1994; 1996-2008.
12. Chair, School of Social Work Convocations Committee, 1997-2001

13. Tulane University Senate, 2012 - 2015
14. Chair, Retention, Promotion, and Tenure, 2008-present
15. Chair, Research Committee, 2012-present
16. Member, AAUP Chapter Downtown co-coordinator (with Mark Vanlandingham from the School of Public Health and Tropical Medicine
17. Volunteer journal article, conference abstract, and grants reviewer
18. Chair, Search Committee, 2014-2016

## B. Community:

1. Mobilization of the Green Cross to provide crisis counselors for survivors of disasters in New Orleans (Andrew, Katrina, Isaac and Sandy 1992-2012);
2. Mobilization of the Green Cross to provide crisis counselors for survivors of disasters in New Orleans (Gustov in 2012);
3. Coordination of services to Gulf war families through the FSU Marriage and Family Therapy Center and the Leon County chapter of the American Red Cross, US Army Reserves, Florida National Guard, Congressman Pet Peterson, and the Appalachia Center for Human Services Chair, AAMFT Presidential Task Force on the Persian Gulf Crisis and the Family, February 1,1991-1993.
4. Member, Tallahassee Crisis Response Team, 1991-present
5. Northshire Homeowners Association Board of Directors, 1990-1995.
6. SAIL High School Parent Teacher Student Organization, President Elect 2001-present
7. Mobilization of the Green Cross to provide crisis counselors for survivors of hurricanes in Florida, August – November, 2004.
8. Assisting with recovery organizations involved in emergency operations (e.g., Hurricane Sandy, shooting incidence), 2008-present.

## C. International (in addition to activities noted above):

1. Consultation to the Japan College of Social Work Research Center in designing and implementing a mobile mental health assistance program for disaster mental health workers (2011-2016)
2. Mobilization of the Green Cross to provide crisis counselors for survivors of disasters in Sri Lanka (2005-2006); Japan (2011-); Hurricane Isaac and Sandy (2012);
3. Pro bono consultation and training for the US Military, Germany, 2003-present.
4. Formation of the Traumatic-Stress Forum, Special Interest Group within Interpsych Server: University of Newcastle Mailbase, United Kingdom in March, 9, 1994; migrated to Netcom in 1995; and migrated to the American Psychological Association in 1995: traumatic-stress@listp.apa.org.
5. Formation of the Bosnia Green Cross Projects to provide humanitarian assistance to families of loved ones working in Bosnia, 1995-present.
6. Formation of the South Africa Green Cross Projects to provide consultation and training to increase the number of trained traumatologists, especially those assisting the Truth and Reconciliation Commission's work, 1996-2000.
7. Reviewed the Kuwait University Psychology Graduate Program, 2004.
8. Mobilization of the Green Cross to provide crisis counselor trainers for survivors of the 26December04 tsunami in Sri Lanka, January-March, 2005.
9. Consultation to the College of Social Sciences on graduate education, 2007.
10. Israel Science Foundation Conference keynote, January 2014.
11. Visiting Scholar to advice on disaster mental health in the aftermath of the 2011 Triple Disaster, Japan College of Social Work – 2012-present.

## XI. REFERENCES

Figley Curriculum Vitae                              Page 88

1. Joyce Carbonell, Ph.D., Professor, Florida State University Department of Psychology and former Director of the Women's Studies Program.
2. Don Catherall, Ph.D., Director, Phoenix Institute and Clinical Professor of Psychology, Chicago, IL
3. Raymond T. Coward, Ph.D., Former Provost, Utah State University
4. Nicholas Mazza, Ph.D., Professor and Dean Emeriti, College of Social Work, Florida State University.
5. Frank Ochberg, M.D., Retired, Former Associate Director of the NIMH
6. Bruce Thyer, Ph.D., Editor of *Research in Social Work Practice* and Distinguished Research Professor of Social Work, Florida State University
7. Froma Walsh, Ph.D., University of Chicago Mose and Sylvia Firestone Professor Emerita, Chicago, IL
8. Jeremy Travis, President of John Jay College of Criminal Justice, New York City, NY
9. Michael Bernstein, PhD, former university provost at both Tulane University and Stony Brook University and now interim President.

Charles R. Figley, Ph.D.

2022 Consultation and Retention Fee Schedule

| Activity | Rate | Comments |
|---|---|---|
| Retainer | $2500.00 | Non-refundable |
| Review Files/Preparation | $475/hour | Actual time, no minimum |
| Depositions/Testimony | $600/hour | Actual time, no minimum |
| Travel time | $300/hour | Door to door from Tallahassee FL to trial location |
| Travel Reimbursement | Actual costs with Receipts | Door to door from Tallahassee FL to case-related location |

Check should be payable to Charles R. Figley, and mailed to home address:

1514 Seminole Drive
Tallahassee, Florida 32301

Payment due upon submission of invoice.

Additional Contact information

Tulane Office Phone (504) 862-3473
Cell: (850) 566-0922
Email: charlesfigley@gmail.com
Website: http://www.charlesfigley.com