

# Transcript of Captain Jeffrey A. Perlstein

**Date:** September 8, 2022
**Case:** Ganpat -v- Eastern Pacific Shipping PTE

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

## Page 1

```
1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    ----------------------------x
5    KHOLKAR VISHVESHWAR GANPAT,    :
6            Plaintiff,    :    Civil Action No.
7        v.              :    18-13556 "E" (4)
8    EASTERN PACIFIC SHIPPING    :
9    PTE, LTD., d/b/a "EPS",    :
10           Department.    :
11   ----------------------------x
12
13
14   DEPOSITION OF CAPTAIN JEFFREY A. PERLSTEIN
15           Conducted Virtually
16       Thursday, September 8, 2022
17           9:40 a.m. EDT
18
19
20
21
22   Job No.: 461651
23   Pages: 1 - 163
24   Reported by:  Monique Vouthouris, CCR, RPR, CRR
25
```

## Page 2

```
1
2
3
4
5      DEPOSITION OF CAPTAIN JEFFREY A. PERLSTEIN
6    pursuant to notice, conducted virtually via Zoom
7    Videoconference, before Monique Vouthouris, CCR,
8    RPR, CRR, Notary Public in and for the States of
9    New Jersey and New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1            A P P E A R A N C E S
2
3    ON BEHALF OF PLAINTIFF KHOLKAR VISHVESHWAR GANPAT
4    AND THE WITNESS, CAPTAIN JEFFREY A. PERLSTEIN:
5        PETER P. SOTOLONGO, ESQ.
6        SOTOLONGO LAW
7        1000 5th Street, Suite 402
8        Miami Beach, Florida  33139
9        305.415.0073
10
11   ON BEHALF OF DEFENDANT
12   EASTERN PACIFIC SHIPPING PTE:
13       THOMAS M. BROWN, ESQ.
14       SIMMS SHOWERS LLP
15       201 International Circle, Suite 230
16       Hunt Valley, Maryland  21030
17       410.783.5795
18
19
20   ALSO PRESENT:
21       DYLAN KEISLER, Planet Depos Technician
22
23
24
25
```

## Page 4

```
1            C O N T E N T S
2    EXAMINATION OF CAPTAIN JEFFREY A. PERLSTEIN    PAGE
3    By Mr. Brown                                     7
4    By Mr. Sotolongo                               105
5    By Mr. Brown                                   146
6    By Mr. Sotolongo                               155
7    By Mr. Brown                                   161
8
9
10
11
12            E X H I B I T S
13         (Attached to transcript.)
14   DEFENDANT DEPOSITION EXHIBITS                  PAGE
15   Exhibit 1   Exhibit M, Curriculum Vitae and     12
16               related disclosures of Jeffrey A.
17               Perlstein.
18   Exhibit 2   LinkedIn profile of Jeff            35
19               Perlstein, MNI.
20   Exhibit 3   Exhibit N, Expert Report of         41
21               Captain Jeffrey A. Perlstein.
22   Exhibit 4   Interview notes of Plaintiff by     67
23               Captain Perlstein.
24   Exhibit 5   Port State Control inspection       73
25               record.
```

Page 5

```
1      E X H I B I T S   C O N T I N U E D
2            (Attached to transcript.)
3  DEFENDANT DEPOSITION EXHIBITS           PAGE
4   Exhibit 6  Delivery receipt of stores in   78
5              Abidjan Côte d'Ivoire.
6   Exhibit 7  Las Palmas receipt.            79
7   Exhibit 8  Second Officer German Kudieiarov  82
8              medical certificate.
9   Exhibit 9  Medical Care Certificate for    85
10             Captain Nicolae Teodor Ivanoschi.
11  Exhibit 10 Email March 20, 2017 and        88
12             Princeton quotation.
13  Exhibit 11 List of last ports.             97
14
15 PLAINTIFF DEPOSITION EXHIBITS            PAGE
16  Exhibit 1  Email chain May 12, 2017,       132
17             Subject: Stargate medical chest.
18  Exhibit 2  Email chain May 11-12, 2017,    135
19             Subject: Ready spares.
20  Exhibit 3  Email chain February 1, 2017 and 140
21             March 17, 2017, Subject:
22             Stargate - Reminder - Medical
23             Chest Certificate.
24
25
```

Page 6

```
1      E X H I B I T S   C O N T I N U E D
2            (Attached to transcript.)
3  PLAINTIFF DEPOSITION EXHIBITS            PAGE
4   Exhibit 4  Email March 20, 2017, Subject:   143
5              Quote for Stargate, and
6              Quotation No. 441548.
7   Exhibit 5  Email chain March 21, 2017,      145
8              Subject: Stargate - Reminder -
9              Medical Chest Certificate.
10
11                    *****
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1      P R O C E E D I N G S
2
3        CAPTAIN JEFFREY A. PERLSTEIN,
4  being first duly sworn or affirmed under the
5  penalties of perjury by the Notary, testifies as
6  follows:
7                  EXAMINATION
8  BY MR. BROWN:
9     Q    Good morning, Captain Perlstein.  My name
10 is Thomas Brown.  I represent Eastern Pacific
11 Shipping in this matter.  They're the defendants.
12        MR. BROWN:  Mr. Sotolongo, do you mind
13 announcing your attendance for the record?
14        MR. SOTOLONGO:  Yeah.  I was going to say
15 we didn't get -- Peter Sotolongo, on behalf of the
16 plaintiff, Mr. Kholkar.
17        MR. BROWN:  Thank you.
18 BY MR. BROWN:
19    Q    Thank you, Captain Perlstein, for your
20 time today.
21        Do you have any questions before we
22 proceed?
23    A    No.
24    Q    Do you have any reason why you cannot
25 provide accurate and reliable testimony today?
```

Page 8

```
1     A    No.
2     Q    Thank you.  Captain, do you currently hold
3  an active master's license?
4     A    I do.
5     Q    When was your last renewal?
6     A    2020, I believe.
7     Q    So you're not in continuity.  That's a
8  license --
9          (Simultaneous speaking.)
10    A    -- my license, counselor.
11         (Court Stenographer clarification.)
12    Q    Sir, let me go ahead and finish my
13 questions so that the stenographer can get a good
14 record today.
15        My question is that's not in continuity;
16 that's an active license you can sail on?
17    A    That is correct.
18    Q    Captain, what shipboard medical
19 certification do you currently hold?
20    A    I have shipboard medical care provider and
21 medical person in charge, medical person in charge.
22    Q    Okay.  So that's -- if I use the term
23 "MEDPIC" you'll know what I'm referring to?
24    A    Understood.
25    Q    When is the last time that you took a
```

9

1 medical course for shipboard medicine?
2    A  10, 12 years ago.
3    Q  Where was that?
4    A  The union school in Dania, Florida.
5    Q  Is that the STAR Center?
6    A  That is correct.
7    Q  And that was a MEDPIC class?
8    A  Yes.
9    Q  What medical course did you take prior to
10 that for shipboard medicine?
11    A  Basic shipboard medical care.
12    Q  Would that be back when you were at SUNY
13 Maritime?
14    A  I don't think it was required at that
15 time. I believe I got it when I got my second
16 mate's license at STAR Center.
17    Q  Okay. At STAR Center. Have you ever
18 served as a medical person in charge aboard a ship?
19    A  Yes, I have.
20    Q  When is the most recent time you have been
21 a MEDPIC?
22    A  As master -- no. Medical PIC I would say
23 13 years ago, chief mate of the Global Patriot.
24    Q  13 years ago. So approximately 2009?
25    A  Thereabouts, yeah.

10

1    Q  What STCW Convention was in effect in
2 2009?
3    A  Standards of Training Certification of
4 Watchkeepers.
5    Q  Sure. So you agree STCW-95 was in effect
6 in 2009; correct?
7    A  Yes.
8    Q  And the Manila amendments were not yet in
9 effect at that time; correct?
10    A  Correct.
11    Q  You have not sailed on a ship since the
12 Manila amendments came into effect. Is that true?
13    A  That is not true.
14    Q  Okay. What sailing have you done -- do
15 you know when the Manila amendments came into
16 effect?
17    A  Not off the top of my head, no.
18    Q  What sailing have you done since 2017?
19    A  I do commissioning and sea trials of
20 new-build vessels, and I've done some relief work on
21 a casino ship out of Port Canaveral.
22    Q  Does the casino ship engage in
23 international voyages?
24    A  No, it does not.
25    Q  So you'll agree the casino ship is not an

11

1 STCW vessel; correct?
2    A  Correct.
3    Q  Okay. So since 2017 what vessels have you
4 sailed on that have been bound by the STCW
5 Convention?
6    A  The Matsonia, the John Lewis, a United
7 States -- a United States Navy military SEALs
8 command forward deployed -- forward deployed ship
9 for sea trials, and several -- several tankers out
10 of the Aker Philadelphia shipyard.
11    Q  Have all of those been as sea trial trips?
12    A  That is correct.
13    Q  Have you sailed as master since 2017?
14    A  Yes.
15    Q  Have you sailed as master since 2017 in
16 any vessel other than on a sea trial?
17    A  No.
18    Q  Have you ever sailed as the master of an
19 ocean-going ship other than on a sea trial?
20    A  Coming vessels.
21    Q  Okay. Have you ever sailed as the master
22 of an unlimited tonnage ocean-going vessel other
23 than on sea trials?
24    A  No.
25    Q  Captain, I'm going to be putting up

12

1 exhibits today on the Zoom screen, so it may just
2 take a few minutes as I switch between documents.
3 I'll thank you in advance for your patience.
4       Sir, do you see the exhibit on your
5 screen?
6    A  I can.
7    Q  Great. And so there's no confusion, this
8 is just a cover sheet where it says "Exhibit M" that
9 came with your counsel's expert disclosures. I will
10 mark this for today's deposition as Exhibit 1.
11       (Defendant Exhibit 1 marked for
12 identification.)
13    Q  And this is your CV and related
14 disclosures; correct?
15    A  Correct.
16    Q  I'm going to scroll through the pages just
17 so you have an opportunity to see each page, sir.
18       You recognize this document, sir?
19    A  I do.
20    Q  Very good. Thank you. You say in your
21 Exhibit 1, your CV, that you are a contractor
22 instructor for the largest privately owned maritime
23 school in the U.S. That's the MPT?
24    A  I was, yes.
25    Q  So are you currently a contractor

**13**

1    instructor for MPT?
2      A   Not at this time, no.
3      Q   Okay.  I should have asked you before I
4    began, are there any changes that you need to make
5    to your CV?
6      A   Looks good.
7      Q   Okay.  Other than the fact that you're not
8    currently a contractor instructor for MPT; correct?
9      A   Correct.
10     Q   Is MPT actually larger than Dania or
11   MITAGS?
12     A   The word here is privately.
13     Q   Okay.  Are -- is your former union school
14   publicly owned?
15     A   No.
16     Q   So it's privately owned; correct?
17     A   It's -- it's a union school.  It's owned
18   by the membership.  It's not owned by individuals or
19   a family as MPT is.
20     Q   Okay.  So it's privately owned by the
21   membership of the union; true?
22     A   I don't agree with that answer.
23     Q   Okay.  In any event, you agree that the
24   STAR Center at Dania is larger than MPT?
25     A   Yes.

**14**

1      Q   All right.  And towards the bottom of this
2    long paragraph on the page showing on your screen,
3    you state that you support maritime attorneys in
4    providing subject matter expertise in the areas of,
5    and then you go on to list a number of topics.
6          Do you see where I'm reading, sir?
7      A   I do.
8      Q   I'll zoom in a little.
9          Do you agree that you have not done any
10   expert work other than for plaintiffs in the last
11   decade?
12     A   Correct.
13     Q   Okay.  So the areas listed here are --
14   I'll go through these -- piloting.  Mr. Kholkar's
15   case is not a piloting case; correct?
16     A   Correct.
17     Q   Then you say COLREGS, vessel navigation
18   and ship handling.  Those areas also don't pertain
19   to Mr. Kholkar's case; correct?
20     A   Correct.
21     Q   The next sentence is the use of mooring
22   equipment and ground tackle.  Mr. Kholkar's case
23   doesn't involve anchors or ground tackle; correct?
24     A   Correct.
25     Q   Then you say vessel stability, cargo

**15**

1    handling and stowage.  That's also not this case;
2    correct?
3      A   Correct.
4      Q   You go on to say the opening and closing
5    of hatches and holds, ramps and side ports and
6    watertight doors.  That's not this case; correct?
7      A   Correct.
8      Q   And I could go through the list, but in
9    the interest of time, you'll agree that none of
10   these topics you have listed in this paragraph are
11   pertinent to the issues in plaintiff's case here;
12   correct?
13     A   Correct.
14     Q   Now --
15     A   With the exception of STCW, which --
16     Q   Okay.  Go ahead.
17     A   No, which would involve the medical -- the
18   medical PIC of the master and second mate.
19     Q   Understood.  So none of the other topics
20   here, pilot boarding arrangements, ocean towing,
21   ship and facility security, et cetera, pertain to
22   Mr. Kholkar's case; correct?
23     A   Correct.
24     Q   When you were a contractor instructor for
25   MPT, you taught classes like stability and vessel

**16**

1    ship handling; correct?
2      A   Those were some of the classes.
3      Q   You taught no maritime medical courses at
4    MPT; correct?
5      A   Correct.
6      Q   You've never taught a maritime medical
7    course at a maritime training institution; true?
8      A   True.
9      Q   Okay.  And you note here you've served as
10   mate and captain of ocean towing and salvage
11   vessels.  I think we've already covered this.  But
12   to be clear, in your earlier part of your career
13   where you did towing and salvage work, that was on
14   only limited tonnage vessels; correct?
15     A   Describe limited tonnage.
16     Q   Captain, why don't you describe for the
17   court or the jury what is an unlimited tonnage ship?
18     A   Less than 500 gross tons.
19     Q   You may have --
20     A   Greater than 500 gross tons.
21     Q   Okay.  So your testimony is that an
22   unlimited tonnage vessel is greater than 500 gross
23   tons?
24     A   For SOLAS, yes.
25     Q   Okay.  And in your earlier part of your

17

1 career where you served as mate and captain of ocean
2 towing and salvage vessels, was all of that time on
3 limited tonnage vessels?
4      A   Yes.
5      Q   Did you ever complete any ocean transits
6 when you were a mate or captain of ocean towing and
7 salvage vessels?
8      A   Yes.
9      Q   Which oceans did you transit?
10     A   Atlantic.
11     Q   And then further down you say you have
12 served as a master of a 16,000 gross ton passenger
13 ship.  You go on to say a series of 26,000 gross ton
14 and 350,000 barrel new build tankers, and an 824,000
15 barrel VLCC.  Did I read that correctly?
16     A   Yes, you did.
17     Q   And all of that time as master is on
18 vessels doing sea trials only; correct?
19     A   No.  The passenger vessel was in Port
20 Everglades.
21     Q   The passenger -- you were a captain of the
22 passenger vessel?
23     A   Yes.
24     Q   How long were you master of the passenger
25 vessel?

18

1      A   Four months.
2      Q   Did the vessel -- where did the vessel
3 transit to when you were captain?
4      A   We were custodians for the United States
5 Marshals.
6      Q   I see.  So you were captain of a passenger
7 ship as a custodian for the U.S. Marshals in Port
8 Everglades; true?
9      A   Correct.
10     Q   And is that the company that went out of
11 business?
12     A   Yes.
13     Q   Who was your employer when you were
14 custodian of the vessel for the U.S. Marshals?
15     A   National Marine Services.
16     Q   Did you get underway as captain of that
17 vessel?
18     A   Negative.
19     Q   Okay.  So you did not complete any
20 ocean-going transits since you did not get underway
21 on that vessel; fair?
22     A   Correct.
23     Q   So just focusing, Captain Perlstein, on
24 vessels that actually got underway and are of
25 unlimited tonnage, have you ever completed an

19

1 ocean-going transit as captain?
2      A   No.
3      Q   You list collateral duties in the
4 following sentence.  None of those mention shipboard
5 medicine.  Can you tell me how many times you have
6 been responsible for -- let me strike that and redo
7 that.
8          As captain of any ship have you served as
9 a med PIC?
10     A   Several of the sea trials.
11     Q   Okay.  Under the current STCW Convention
12 how many MEDPIC officers is a ship required to
13 carry?
14     A   Two.
15     Q   You note your military service in several
16 places.  I wanted to ask a little about this
17 briefly.
18         How many good years towards retirement did
19 you earn during your service in the U.S. Navy?
20     A   14.
21     Q   Okay.  So you did not retire with 20 good
22 years of service; correct?
23     A   Correct.
24     Q   So you're not actually retired from the
25 U.S. Navy, are you?

20

1      A   No, I have a letter of retirement.
2      Q   You have a letter of retirement that's
3 still in your custody?
4      A   I do.
5      Q   Okay.  Are you drawing a pension?
6      A   No.
7      Q   Are you eligible to ever draw a pension?
8      A   I don't know.
9      Q   You've never looked into whether or not
10 you might draw a pension from the U.S. Navy for your
11 service?
12     A   No.
13     Q   Okay.  Why did you not obtain 20 years of
14 credible good years of service in the Navy?
15     A   Because I was busy sailing, and my wife
16 has some significant medical conditions, so when I'm
17 home, I'm home.
18     Q   Okay.  The letter you got from the Navy
19 says that you're retired.  Is that your testimony?
20     A   That is correct.
21     Q   Is there any relevant work experience
22 missing from this document that we've been
23 reviewing, your CV?
24     A   No.
25     Q   Okay.  Your CV doesn't indicate that you

**21**

1  have been sailing on the recent ships you mentioned.
2  Did I miss that somewhere? For instance, the John
3  Lewis.
4      **A   No. My sea trials have been post my**
5  **retirement from the union.**
6      Q   When did you retire from the union?
7      **A   2013.**
8      Q   You mentioned working on a USNS ship
9  abroad. Is that one of the Expeditionary Sea Bases?
10     **A   Where do you see that, counselor?**
11     Q   You testified at the beginning of today's
12 deposition that since 2017 you have done sea trial
13 work on Matsonia, John Lewis and on another USNS
14 ship. Do you recall telling me that?
15     **A   An oiler, yes.**
16     Q   Okay. An oiler, is that what you said?
17     **A   Yes.**
18     Q   Okay. Thank you.
19         You included or counsel included your fee
20 schedule and retainer agreement with this document.
21 Do you see that on your screen?
22     **A   I do.**
23     Q   The date is 13 May 2019. Do you recall
24 signing this document?
25     **A   I do.**

**22**

1      Q   Is this when you were retained to work on
2  this matter?
3      **A   Correct.**
4      Q   Do you recall when you were first
5  contacted about this matter?
6      **A   No, I do not.**
7      Q   Who first contacted you?
8      **A   Mr. Sotolongo.**
9      Q   Did you review any documents with
10 Mr. Sotolongo or received from him prior to signing
11 this document?
12     **A   No.**
13     Q   I want to talk to you a little bit about
14 your case history. You see your expert history
15 showing on the screen?
16     **A   I do.**
17     Q   First case is from 2018; correct?
18     **A   Yes.**
19     Q   Have you done any work since then?
20     **A   Yes.**
21     Q   What work have you done since then? Let
22 me back up. I said "work" and that's too broad a
23 term.
24         Captain Perlstein, have you done any work
25 as an expert witness since 2018 other than the

**23**

1  current case?
2      **A   Yes.**
3      Q   What cases have you testified in since
4  2018?
5      **A   Testified as in gave a deposition or**
6  **testified in court?**
7      Q   I can break that down for you, sir, no
8  problem.
9          Captain, have you ever testified in court
10 for a trial?
11     **A   Yes, by Zoom.**
12     Q   When was that?
13     **A   No more than two years ago.**
14     Q   Since COVID?
15     **A   Maybe before.**
16     Q   What was the case?
17     **A   It was an officer's ability to maintain**
18 **work within the industry.**
19     Q   Did you testify as an expert?
20     **A   Yes.**
21     Q   You say an officer's ability to maintain
22 work within the industry?
23     **A   Correct.**
24     Q   Who was the defendant in this case?
25     **A   I don't remember his name.**

**24**

1      Q   Who was the plaintiff?
2      **A   The officer's wife.**
3      Q   What was her name?
4      **A   Katherine something. I don't remember.**
5      Q   I asked you about the defendant; you said
6  you don't remember his name. Was the defendant an
7  individual person or an organization?
8      **A   An individual.**
9      Q   What was the nature of your testimony in
10 that case?
11     **A   I provided research of jobs in the**
12 **industry based on his credentials that he would be**
13 **able to perform.**
14     Q   So you were testifying for the plaintiff
15 in that case; true?
16     **A   Correct.**
17     Q   What court was hearing that case?
18     **A   It was in west -- western Florida. I**
19 **don't know the court.**
20     Q   Do you remember if it was state or federal
21 court?
22     **A   I will say state.**
23     Q   Okay. Other than that Zoom appearance
24 before this court in Florida, have you testified at
25 any other trial?

### 25

1  A  No, not at a trial.
2  Q  Have you testified in any depositions
3  between 2018 and today?
4  A  Yes.
5  Q  What case was that for?
6  A  It's still ongoing, so I'll be
7  circumspect, but it was key tankerman on a barge
8  which exploded.
9  Q  What barge was that?
10  A  Well, do I have to discuss current cases?
11  Client confidentiality.
12  Q  I'm asking about cases in which you've
13  given a deposition, which is a required disclosure
14  under the rules, sir.  Did you already --
15  MR. SOTOLONGO:  Captain Perlstein, just
16  answer the questions as briefly and as accurately as
17  you can.  Let's get through this.  It doesn't mean
18  anything --
19  MR. BROWN:  Peter, I'm going to object to
20  the colloquy "it doesn't mean anything."  I think
21  that was an improper add --
22  MR. SOTOLONGO:  It doesn't, it really
23  doesn't.  Just get through it.  It's sort of
24  background information on you, Captain.  He's
25  entitled to ask you these questions.  Let's just get

### 26

1  through it, please.
2  THE WITNESS:  Very well.
3  A  B255.
4  Q  When were you deposed in that case?
5  A  April of this year.
6  Q  Do you know what court is hearing that
7  case?
8  A  It's in Texas.
9  Q  Do you know if it's state or federal
10  court?
11  A  I'll go federal on that.
12  Q  Okay.  You were an expert for the
13  plaintiff?
14  A  Correct.
15  Q  What was the nature of your testimony in
16  that case?  Just the area, please.
17  A  Certification of the barge for
18  seaworthiness, maintenance requirements, ISM Code,
19  International Safety Management Code as it applies
20  to companies for the maintenance of their assets and
21  their -- the operation of their companies.
22  Q  Okay.  Have you testified in any other
23  depositions since 2018?
24  A  Not that I'm aware of.
25  Q  Do you recall any other depositions since

### 27

1  2018?
2  A  No.
3  Q  Captain, is there any reason why you did
4  not disclose these more recent cases in your expert
5  disclosures in this case?
6  A  Nobody asked.
7  Q  Okay.
8  A  Or you have an old CV.
9  Q  Okay.  I'm going to show you your case
10  history again on the screen, and I'm going to ask
11  you to disclose any time that you have testified in
12  a trial or deposition that is not listed here other
13  than the two cases we just discussed.
14  A  That's it, those two cases where I
15  testified.
16  Q  Okay.  So talk to me about the Christine
17  Lord case that's listed from 2018.  You testified
18  for the plaintiff in that case; correct?
19  A  Correct.
20  Q  Did you give a deposition in that case?
21  A  No.  It was settled.
22  Q  It was settled prior to deposition or
23  testimony?
24  A  Correct.
25  Q  Did you --

### 28

1  (Audio disruption; court stenographer
2  clarification.)
3  Q  Captain, just for the clarity of the
4  record, I'm going to do it again.  Did you author
5  an expert report in the case of Christine Lord?
6  A  I believe I did.
7  Q  Okay.  In 2017 -- well, let me go back to
8  your more recent cases, actually.  I'll take this
9  down.
10  In your trial by Zoom and in the
11  deposition about the tankerman barge case, do you
12  know if you were ever subject to a Daubert motion or
13  other motion that would limit your ability to
14  testify?
15  A  None, no.
16  Q  Have you ever been the subject of a motion
17  in limine or Daubert motion?
18  A  No.
19  Q  Do you know what a Daubert motion is, sir?
20  A  I do.
21  Q  Okay.  So your understanding is that no
22  one has ever filed a motion to exclude or limit your
23  testimony; fair?
24  A  Correct.
25  Q  Do you recall testifying in the Krug,

---

**29**

1 K-r-u-g, versus Celebrity Cruises case?
2   **A   No, there was no deposition on that.**
3   Q   Okay. That was a case about passengers
4 running during a game aboard a cruise ship; correct?
5   **A   Correct.**
6   Q   You don't recall having a deposition in
7 that case?
8   **A   No. No. Just a preliminary expert**
9 **report.**
10   Q   And you know what, Captain, I'm going to
11 share the screen. I'm not trying to trip you up. I
12 think your memory may be off.
13   **A   Fair enough.**
14   Q   Do you see --
15   **A   I was deposed. Yup, yup, you got it. I**
16 **was deposed here in Miami.**
17   Q   And I've just highlighted that so you can
18 see it.
19   **A   Okay.**
20   Q   Does that help your memory, sir?
21   **A   Certainly does.**
22   Q   So thinking a little harder back to the
23 Krug case -- let me go back to my other question.
24   Do you recall ever having been the subject
25 of a Daubert motion as an expert witness?

**30**

1   **A   No.**
2   Q   So you don't believe that you were -- that
3 any party filed a motion in Krug to limit your
4 ability to testify as an expert?
5   **A   Not that I'm aware of.**
6   Q   Okay. Do you recall preparing for a
7 Daubert hearing in that case before Magistrate Judge
8 Otazo-Reyes?
9   **A   No. No.**
10   Q   Okay. Captain, you were the subject of a
11 Daubert motion, a motion in limine in that case.
12 That doesn't ring any bells to you?
13   **A   No, not that I'm aware of. No one said**
14 **anything to me.**
15   Q   Do you remember another expert who
16 testified in that case about entertainment aboard
17 ship?
18   **A   No.**
19   Q   That case settled; correct?
20   **A   Say again, counselor?**
21   Q   That case settled; correct?
22   **A   Yes -- no, did not settle. That was the**
23 **subject of a motion.**
24   Q   Thank you. That's right. That case had a
25 summary motion granted against the plaintiff shortly

**31**

1 before your Daubert hearing would have occurred;
2 correct?
3   **A   I don't know anything about a Daubert**
4 **hearing, counselor, so apparently it didn't take**
5 **place.**
6   Q   Talk to me about the Crouch case. You
7 testified for the plaintiff in that case as well;
8 correct?
9   **A   Yes, sir.**
10   Q   And that involved a fatal fall aboard a
11 Liberty ro-ro, roll-on/roll-off ship; correct?
12   **A   Correct.**
13   Q   Did you testify in that case?
14   **A   No, I did not.**
15   Q   Did you author a report in that case?
16   **A   No, I did not.**
17   Q   Prior to that, the next case listed is
18 Morgan versus MV Trans Shanghai; correct?
19   **A   Correct.**
20   Q   There you testified for the plaintiff?
21   **A   There was no testimony on my part.**
22   Q   All right. Did you write a report?
23   **A   I did.**
24   Q   And in the same year it looks like you
25 testified in a case Boquin versus MB4?

**32**

1   **A   Correct.**
2   Q   That was also for the plaintiff; correct?
3   **A   Correct.**
4   Q   Did you testify in that case?
5   **A   No. That was settled.**
6   Q   Before that was Craddock. There you
7 testified for the plaintiff?
8   **A   Again, that -- that just -- no, I did not**
9 **testify. I don't know where that went.**
10   Q   Before that was Nace, again with the Brais
11 firm, you were retained by the plaintiff's side;
12 correct?
13   **A   Yes.**
14   Q   And there you had a sworn deposition;
15 correct?
16   **A   Yes, I was deposed in that case.**
17   Q   Were there any motions made against you in
18 that case?
19   **A   No.**
20   Q   And before that was a 2013 case Jimmy J.
21 Sciurba. You were retained by the plaintiff there
22 as well; correct?
23   **A   I was retained by Captain Greg Daley,**
24 **Richard Fernandez, yes.**
25   Q   Yeah, I recall Greg Daley. Can you tell

33

1 me about that? Why were you retained by a captain?
2 **A    Because the use of -- of lead paint was**
3 **not within his area of expertise as far as surface**
4 **preparation and application of coatings.**
5    Q    Okay.  He was an AMO union guy; right?
6 **A    No, no, no, counselor.**
7    Q    Okay.  How did you know him?
8 **A    He was one of my students at Maritime**
9 **Professional Training.**
10    Q    Very good.  Did you write a report in that
11 case?
12 **A    It says I did, yes.**
13    Q    So I think we already covered this, but
14 going back through to 2013, in the past decade the
15 only work you've done as an expert witness has been
16 for plaintiffs' sides in cases; correct?
17 **A    Correct.**
18    Q    I saw in your LinkedIn profile, sir, that
19 you do work with National Marine.  Can you tell me
20 about that company, please?
21 **A    Had -- well, they call me up and pick my**
22 **brain a lot.  But for several years, maybe year and**
23 **a half I was a boat repo man.**
24    Q    Is that what National Marine does?
25 **A    Yes.**

34

1    Q    Okay.  Tell me about your boat repo man
2 work.  I don't understand what that is.
3 **A    If you don't pay your loan, the bank files**
4 **a motion with the court to take your asset back.**
5    Q    Fair enough.  Tell me about your role in
6 that process.  That's what I meant.
7 **A    We go recover the asset.**
8    Q    Okay.  As a mariner?
9 **A    At times.  But also just finding the asset**
10 **and recovering it.**
11    Q    Okay.  How do you do that?
12 **A    Sometimes the owner of the vessel would**
13 **relinquish it.  Other times we would find it in a**
14 **boatyard and it would be quite a bill associated**
15 **with it for repairs or dockage, and I had the**
16 **authority to negotiate with them to pay, you know, a**
17 **percentage of what was owed and then we would be**
18 **able to recover the asset.  And other times we would**
19 **steal it out of your backyard or your dock.**
20    Q    Okay.  Would that happen in the U.S. or
21 abroad?
22 **A    In the United States.**
23    Q    What was the largest vessel that you
24 repossessed?
25 **A    Maybe upwards of 50 foot.**

35

1    Q    Okay.  So no unlimited tonnage vessels
2 there?
3 **A    No.**
4    (Defendant Exhibit 2 marked for
5 identification.)
6    Q    Sir, I'm going to share to the screen a
7 PDF of your LinkedIn profile.  Do you see that?
8 **A    Yes.**
9    Q    Do you recognize this as your LinkedIn
10 profile?
11 **A    Okay.**
12    Q    Yes, that's your LinkedIn profile?
13 **A    Yes.**
14    Q    The work we were just discussing where you
15 did repossession work, is that where you have
16 Captain National Marine in your LinkedIn profile?
17 **A    Yes.**
18    Q    So master of passenger ship, that was you
19 going to repossess and stealing out of the backyard,
20 if necessary, people's boats up to 50 feet; fair?
21 **A    That's the size of the boats, yes.**
22    Q    All right.  Below that you have master of
23 Interocean marine.  Do you see that?
24 **A    Master whom?**
25    Q    Of Interocean.

36

1 **A    Yes.**
2    Q    Was that your employer when you have been
3 doing your sea trial work as a captain?
4 **A    Interocean now is Patacion (phonetic).**
5    Q    Okay.  Was that non-union work?
6 **A    No.  It's all union.  I can't work outside**
7 **the union.**
8    Q    And you say here master of new build
9 tankers for acceptance sea trials and an SL-7 sea
10 trial team; correct?
11 **A    Correct.**
12    Q    The other work you've done where you've
13 engaged in actual ocean transits you've sailed as
14 a chief mate, second mate or third mate; correct?
15 **A    Can you drag that screen over so I can**
16 **read it, please?**
17    Q    Sure.  Tell me how I need to move it.
18 **A    Well, it's being blocked by everyone's**
19 **screen.  I don't know if you can move that over.**
20    Q    Can you see it now?
21 **A    No.**
22    THE TECHNICIAN:  This is Dylan, the tech.
23 Captain, just as a quick, if you wanted to, you can
24 move everybody's little window, if you hover over
25 the faces with your mouse and click on the top bar

37

1  there, you can drag people's faces around and
2  maneuver them, that way that way they're out of the
3  way so you can see the document.
4        THE WITNESS: Okay.
5  BY MR. BROWN:
6     Q   I mean, my question, actually, we don't
7  even need the document. Sorry for that disruption.
8        Your work outside of sea trial work on
9  ocean-going ships has all been as chief mate, second
10 mate or third mate; correct?
11    A   That's correct.
12    Q   Captain, you've never testified in the
13 area of shipboard medicine as an expert witness;
14 correct?
15    A   Correct.
16    Q   Now I want to think back to your days as a
17 captain of ocean-going ships that have actually
18 gotten underway. Can you estimate for me how many
19 times you have taken the role of captain on a ship
20 going through sea trials?
21    A   Ten.
22    Q   How long is an average sea trial?
23    A   Four to seven days underway.
24    Q   Okay. So would it be a fair estimate that
25 you spent approximately 40 to 70 days aboard an

38

1  ocean-going ship as captain?
2     A   Correct.
3     Q   Do you know how long Captain Ivanoschi had
4  sailed as the vessel's master?
5     A   No.
6     Q   Have you read the report of the defense's
7  expert, Captain Tim Nelick?
8     A   I did.
9     Q   Do you know Tim?
10    A   No.
11    Q   You don't recall sailing with him?
12    A   No.
13    Q   Do you know how long Captain Nelick has
14 sailed underway as a captain?
15    A   Extensive. But, no, I do not know how
16 long.
17    Q   When you were working aboard -- sorry.
18 Let me back up.
19       We talked about your time as captain of a
20 passenger ship, and the only time that happened was
21 for the vessel under an arrest by the U.S. Marshals;
22 correct?
23    A   Correct.
24    Q   You have other experience on passenger
25 ships, though; correct?

39

1     A   Correct.
2     Q   So when you've sailed on passenger ships
3  as a mate, first of all, how long did you do that in
4  your career?
5     A   First ship was seven months. The second
6  ship was four months.
7     Q   Okay. So in those approximately 11 months
8  of sailing on passenger ships as a mate, did you
9  serve as the MEDPIC?
10    A   No.
11    Q   You sailed on those ships prior to the
12 STCW-95 amendments; correct?
13    A   Yes.
14    Q   And did you have a doctor or nurse on
15 those ships?
16    A   They did.
17    Q   That's because you had so many people
18 aboard you needed to have medical professionals;
19 correct?
20    A   Correct.
21    Q   Okay. So other than the vessel
22 repossession work and other than the sea trial work,
23 have you done any sailing since you retired from AMO
24 in 2013?
25    A   Just the sea trial work.

40

1     Q   AMO is American Maritime Officers, your
2  former union; correct?
3     A   Correct.
4     Q   Did you complete any training to satisfy
5  the requirements of the 2010 Manila amendments to
6  the STCW Convention?
7     A   I would have to check my certificates to
8  see what their requirements are or exactly when I
9  took it.
10    Q   Well, let me put it this way. Are you
11 current on your STCW certifications?
12    A   Yes, or the Coast Guard would not allow me
13 to renew my license.
14    Q   So your renewal is on the STCW side as
15 well as the domestic side?
16    A   Yes. They concur.
17    Q   Okay. Name any other client other than
18 this case who has asked you to consult on medical
19 care aboard ship?
20    A   None.
21    Q   You mentioned being a qualified assessor
22 in your CV?
23    A   Correct.
24    Q   You're not a U.S. Coast Guard approved
25 qualified assessor for any medical course, though;

41

1  true?
2  **A  True.**
3     Q  Okay.  Captain, I appreciate your patience
4  as I work through my notes.  We're actually making
5  really good progress today.
6        I'm going to show your report on the
7  screen if you give me one minute to change
8  documents.
9        Can you see that, Captain?
10  **A  I can.**
11     Q  Okay.  So I'm going to mark -- let me
12  scroll down.  Do you recognize this as your expert
13  witness report, sir?
14  **A  I do.**
15     Q  Okay.  And, again, the first page is --
16  has a cover sheet that's Exhibit N.  I'm going to
17  mark this Exhibit 3 for today's deposition, and this
18  is Captain Perlstein's expert report.
19        (Defendant Exhibit 3 marked for
20  identification.)
21     Q  Do you remember preparing this report?
22  **A  I do.**
23     Q  How much time did you spend preparing it?
24  **A  About 14, 15 hours actually writing the**
25  **report.**

42

1     Q  Okay.  How much time have you spent
2  working on this case in total?
3  **A  Through August, 70 hours, if that.  Yeah,**
4  **70 hours.**
5     Q  Okay.  I understand you're approximating
6  it.  If I were to multiply your hourly rate, which
7  is shown in your CV document, by 70 hours, would
8  that give me a good approximate of how much you have
9  been paid to work on this case?
10  **A  I was anticipating this.  I think it came**
11  **out to be about 9800 is what I've earned through**
12  **August.  So divide that by 220 and you have the**
13  **hours.**
14     Q  Okay.  $9800 through August?
15  **A  Yeah, I believe so.**
16     Q  That includes your time for reviewing any
17  exhibits or evidence provided to you; correct?
18  **A  Through August 31st.**
19     Q  Correct?
20  **A  Correct.**
21     Q  That includes time drafting your report;
22  correct?
23  **A  Correct.**
24     Q  And you say through August 31st.  When is
25  the last time that you reviewed new evidence or

43

1  exhibits in this case?
2  **A  Starting September 1st.**
3     Q  Of this month?
4  **A  Correct.**
5     Q  Okay.  What exhibits have you reviewed in
6  preparation for today's deposition?
7  **A  I have the deposition of Dr. Easmon.  I**
8  **have the expert report of Captain Niles.  I have the**
9  **video depositions of Captain Singh and one other EPS**
10  **corporate officer, and I received a printed copy of**
11  **Mr. Kholkar's deposition.**
12     Q  Okay.  All depositions then; right?
13  **A  Yeah.  Some video, some printed.**
14     Q  Very good.  I'm going to scroll to the
15  bottom of Exhibit 3, your report.  That's your
16  signature at the bottom; correct, sir?
17  **A  Yes.**
18     Q  You signed this on the 6th of July of
19  2022; right?
20  **A  Yes.**
21     Q  Who wrote this report?
22  **A  Say again?**
23     Q  Who wrote this report?
24  **A  I wrote that report.**
25     Q  Are all of the words in this report your

44

1  words?
2  **A  They're all my words.**
3     Q  Were they typed by your hands, sir?
4  **A  Yes.**
5     Q  Did you review any language that you
6  pasted into your report?
7  **A  No.  Only from the information that I**
8  **received.**
9     Q  Okay.  Have you disclosed all of your
10  opinions in this case in your report, Exhibit 3?
11  **A  I have been asked -- I have not been asked**
12  **to write a supplemental.  I have some other thoughts**
13  **on it, but I'm satisfied with my -- my report as it**
14  **stands.**
15     Q  You're satisfied that the report expresses
16  your opinions in this case?
17  **A  Yes.**
18     Q  Did you disclose all of the bases for your
19  opinions in your report?
20  **A  My video conversation, my Zoom with**
21  **Mr. Kholkar, the emails between the ship and ESP**
22  **offices, my medical logs that I received, the vessel**
23  **timelines, compiling rules, regulations,**
24  **publications as are relevant to the case, reviewing**
25  **the deck log, the medical logs.  That's a good start**

45

1  right there.
2      Let's see.  I have the declarations, the
3  complaint for damages, medical requisitions, medical
4  inventory, medical care certificates, subpoenas,
5  rogs, RFPs, and the affidavits of Captain Singh, et
6  cetera.
7      Q   Captain, you're looking to your left and
8  your right.  May I ask what you're looking at?
9      A   I was -- I was informed that I'm allowed
10 to bring my notes in here.  I've got rather copious
11 notes.  And to be -- properly address the emails
12 that we will discuss, I need to have them in front
13 of me.
14     Q   Okay.  You just listed a whole bunch of
15 things that maybe you considered were the bases for
16 your opinions.  That's a little different than my
17 question.
18         My question is have you disclosed all the
19 bases for your opinions in your report, Exhibit 3?
20     A   No.  I would have one more thought that I
21 would address now that I've seen the video
22 deposition of Captain Singh and -- and some other
23 information that I've received or witnessed.
24     Q   Okay.  So your testimony today is that
25 based on other information you've received since

46

1  writing this report, you have further bases for your
2  opinions?
3      A   Yes.
4      Q   Did you ever discuss with counsel
5  disclosing these new bases for your opinions?
6          MR. SOTOLONGO:  I'm going to put a form
7  objection to your question.
8      A   It might have been the last day or two as
9  we discussed coming to -- to the deposition.
10     Q   Captain, did you ever consider writing a
11 supplemental report to address additional records
12 you had considered or seen since July 6th, 2022?
13     A   No, I have not addressed that --
14         MR. SOTOLONGO:  Form, form to the
15 question.
16     Q   And your answer again, sir?
17     A   Not as of yet.
18     Q   No, not as of yet you have not considered
19 supplementing your report; correct?
20     A   I have -- I have considered it.
21     Q   Why did you not supplement your report?
22     A   I would wait for additional information as
23 it -- as it comes in.
24     Q   Okay.  You understand that this report,
25 Exhibit 3, which I'll show again on the screen, this

47

1  is the report with the totality of your opinions and
2  the bases for them that I had to prepare for today's
3  deposition; right?
4      A   Up to July 6th, 2022.
5      Q   Correct.
6          MR. SOTOLONGO:  I'm going to object.  I'm
7  going to object to the form of your question.
8      Q   Correct.  And then since July 6th, 2022,
9  you provided no supplementation or update to
10 disclose to the defense in this case any further
11 opinions or further bases for your opinions;
12 correct?
13         MR. SOTOLONGO:  Object to the form of the
14 question; misstates his testimony, and it misstates
15 the question that you asked him originally, so form.
16     Q   Isn't that correct, sir?
17     A   Repeat the question.
18         MR. SOTOLONGO:  Form.
19     Q   Sure.  Captain Perlstein, have you made
20 any disclosures since July 6th, 2022?
21         MR. SOTOLONGO:  Form.
22     A   No.
23         MR. BROWN:  Really, Peter, a form
24 objection to the question have you made any
25 disclosure --

48

1          MR. SOTOLONGO:  Yes.  It's a vague,
2  ambiguous question and it misstates the
3  requirements, and your question, which was your
4  original question, which you're turning into
5  something else.  So that's the form objection that I
6  have.
7          MR. BROWN:  Okay.  Can you not object to
8  something you didn't like three or four questions
9  ago?  Let's stick with the question pending.  Okay?
10         MR. SOTOLONGO:  Well, I'm not going to sit
11 here and allow you to make statements and create
12 situations and facts and circumstances that are not
13 accurate.  So if you want to ask proper questions, I
14 won't object.  But I'm not going to allow you to
15 mislead the record or, you know, the captain, I'm
16 not, so --
17         MR. BROWN:  Okay.  Great.
18         MR. SOTOLONGO:  You know, there is no
19 requirement -- well, go ahead, do your -- do your --
20 go ahead.
21         MR. BROWN:  Yeah, we can take up our legal
22 argument later, and I'm sure we will.  Thank you.
23         MR. SOTOLONGO:  But I'm preserving the
24 objections to your question, obviously, so I've got
25 to make my objections.

**49**

1          MR. BROWN:  Good enough.
2    BY MR. BROWN:
3      Q   Captain Perlstein, have you written any
4    supplemental report to this July 6th, 2022 report?
5      A   No.
6      Q   Have you written anything to be disclosed
7    to the defense in this case after your July 6th,
8    2022 report?
9      A   No.
10     Q   So you agree that the only record I have
11   reflecting your opinions leading up to today's
12   deposition is Exhibit 3 on the screen?
13     A   Correct.
14     Q   What is your area of expertise for this
15   case, sir?
16     A   Medical care as required to be provided on
17   board a ship, and the contents of the medical chest,
18   the requirement to carry a medical chest, and the
19   requirement to carry prompt, proper and adequate
20   medical care to a seaman, in this case Mr. Kholkar.
21     Q   Do you intend to offer opinions outside
22   that area of shipboard medical care that you just
23   discussed?
24     A   That's what I have been asked to opine on.
25         MR. SOTOLONGO:  Form.

**50**

1      Q   Do you intend to offer opinions outside
2    the area of shipboard medicine?
3          MR. SOTOLONGO:  Form.
4      A   Yes, I do.
5      Q   Okay.  What -- well, if you intend to
6    offer opinions outside the area of shipboard
7    medicine, have you disclosed those in your July 6th,
8    2022 report?
9          MR. SOTOLONGO:  Form.
10     A   It's all part of the medical care that
11   Mr. Kholkar received, but it's addressed between the
12   ship and the managing company.
13     Q   Who's the managing company?
14     A   ESP, the owner.
15     Q   EPS; correct, sir?
16     A   Um-hmm, EPS.
17     Q   And EPS is the managing company for the
18   owner of the ship Ventnor Navigation; correct?
19         MR. SOTOLONGO:  Objection; form.
20     A   No.  They're pretty much one and the same.
21     Q   Do you state that opinion in your report?
22     A   No.  That's one of -- that's one of the --
23   the new items that I've discovered.
24     Q   Okay.  Well, I'll move to strike that
25   answer, the previous answer, as not disclosed in

**51**

1    your report.
2          Do you intend to offer any opinions
3    outside the area of vessel management and shipboard
4    medicine?
5      A   That's pretty broad.  But no.
6      Q   Okay.  Captain Perlstein, did you see
7    Captain Nelick's supplemental report?
8      A   I did.
9      Q   Did you see Captain Nelick's original
10   report?
11     A   I did.
12     Q   In his original report Captain Nelick
13   mentions the relationship between a shipboard
14   manager and a vessel owner.  Do you recall that?
15     A   I would have to review it, but --
16     Q   Do you have it available to you?
17     A   I do, yes.
18         LARCHEP, L-A-R-C-H-E-P, Shipping.
19     Q   Okay.  And I may have misspoke earlier.
20   But you do see in Captain Nelick's August expert
21   report where he discusses matters of vessel
22   management and ownership; correct?
23     A   He addresses it in the first paragraph 20
24   January.
25     Q   When did you first see that report?

**52**

1      A   A couple days after he was deposed.  I
2    don't have the date on that.
3      Q   A couple days after he was deposed you
4    said?
5      A   Right, when it was provided.  So I watched
6    his Zoom deposition and then I received the report.
7      Q   Have you ever been an expert in a standard
8    of care for providing medical care aboard ship
9    before?
10     A   No.
11     Q   You agree that you're not testifying in
12   this case to give legal conclusions to the court;
13   correct?
14     A   No, I can provide legal conclusions.
15     Q   And you know the role of a judge or a jury
16   in a case is to determine questions of fact;
17   correct?
18         MR. SOTOLONGO:  Form.
19     A   Yes, as I have.
20     Q   Okay.  And you understand it's not your
21   role to decide questions of fact that are reserved
22   for the judge or the jury; correct?
23         MR. SOTOLONGO:  Form.
24     A   Yes.
25     Q   Do you recall when you testified in the

Page 53

1  Krug case there were questions about why your report
2  had identical formatting as another expert's report?
3        MR. SOTOLONGO:  Form.
4     **A  No, I do not recall, counselor.  Five, six**
5  **years ago.**
6     Q  Do you agree that you cannot make an
7  opinion from what hasn't been provided to you?
8        MR. SOTOLONGO:  Form.
9     **A  Correct.**
10    Q  Okay.  And in fact, you've testified
11 before to that effect.  Do you recall saying in the
12 Krug case:  I can't make an opinion on what hasn't
13 been provided?
14    **A  That's correct.**
15    Q  When you worked on your report in this
16 case and formed your opinions, did you want to have
17 all available information about the matters in
18 Mr. Kholkar's service aboard Stargate?
19    **A  I had a -- I had a date which I was to**
20 **provide my opinion, and I based my opinion on all**
21 **information I had received up to that date.**
22    Q  You agree that you would want to receive
23 all available information about shipboard medical
24 issues on Stargate before forming your opinions;
25 correct?

Page 54

1        MR. SOTOLONGO:  Form.
2     **A  That would be a best case scenario, yes.**
3     Q  Okay.  Would you want to see receipts of
4  malaria medications or purchase orders of malaria
5  medications related to Stargate?
6     **A  I would.**
7     Q  Looking back with you, sir, at Exhibit 3,
8  your expert report, you've included a photograph of
9  the Stargate; correct?
10    **A  I did.**
11    Q  And this is a scanned copy, it's a little
12 grainy, but you recognize that; right?
13    **A  That's her.**
14    Q  Okay.  And that ship is flagged where?
15    **A  Monrovia, Liberia.**
16    Q  Right.  That's the Liberian flagship;
17 correct?
18    **A  Correct.**
19    Q  In fact, in your report you make
20 references in several places to Liberian maritime
21 regulations or Liberian law; correct?
22    **A  Correct.**
23    Q  Why did you look to Liberian regulations
24 and Liberian law when assessing this case?
25    **A  Because that is the flag of the country,**

Page 55

1  **and the country will have their own requirements or**
2  **they will defer to international regulations or**
3  **standards, but they are also held to those**
4  **international regulations and standards.**
5     Q  Okay.  So I understand correctly, you were
6  looking to Liberian law and regulations because
7  that's the law that applied on board Stargate;
8  correct?
9        MR. SOTOLONGO:  Form.
10    **A  That's one of the requirements.**
11    Q  Okay.  On board Stargate what's the --
12 strike that.
13       What's the flag of Stargate?
14    **A  I answered that.  Liberia.**
15    Q  What's the nationality of Stargate?
16    **A  Liberia.**
17    Q  What country's laws govern the conduct of
18 the captain aboard Stargate?
19    **A  Liberia.**
20    Q  Are you an expert in Liberian criminal
21 law?
22    **A  Criminal law, no.**
23    Q  Are you an expert in criminal law of any
24 country?
25    **A  No.**

Page 56

1     Q  Can you agree not to offer opinions about
2  whether or not anyone's conduct was criminal?
3        MR. SOTOLONGO:  Form.
4     **A  No.  I would say that what happened**
5  **through the neglect of the master and second mate of**
6  **the Stargate was criminal.**
7     Q  I want to --
8     **A  They almost killed a man.**
9     Q  I want to really focus on that word
10 "criminal."  What's the basis for your having
11 expertise to opine on what conduct is or is not
12 criminal?
13    **A  Neglect, neglect that almost lets a man**
14 **die.**
15    Q  Okay.  So by "criminal" you mean neglect.
16 Is that fair?
17    **A  To the extent that Mr. Kholkar suffered,**
18 **yes.**
19    Q  Are you an expert in Liberian criminal
20 law?
21    **A  No.**
22    Q  Are you an expert in American criminal
23 law?
24    **A  No.**
25    Q  Do you plan to offer an opinion in this

---

**57**

1  case that anyone's conduct was criminal?
2    **A   I do.**
3    Q   Okay. The basis for your having expertise
4  to say that somebody's conduct was criminal is what?
5    **A   That they provide -- they failed to**
6  **provide prompt and adequate medical care which**
7  **allowed a fever in its incipient stage to turn into**
8  **full-blown malaria, which nearly cost the gentleman**
9  **his life. It cost him nine toes. It cost him his**
10 **health. It was one day away from killing him and**
11 **that was through negligence. If it happened in the**
12 **United States, he'd be on trial -- for that matter.**
13   Q   Okay. I think we're talking past each
14 other a little, and I'm sure it's my fault for that,
15 so I apologize. But the comment you just made is a
16 little helpful.
17      Have you ever worked for a federal law
18 enforcement agency in the U.S.?
19   **A   No.**
20   Q   Have you ever conducted a criminal
21 investigation?
22   **A   No.**
23   Q   Have you ever referred charges against
24 anyone?
25   **A   No.**

---

**58**

1    Q   Are you a lawyer?
2    **A   No.**
3    Q   Have you ever made a decision whether or
4  not to prosecute somebody?
5    **A   No.**
6    Q   Okay. So let me ask it this way. What
7  qualification do you have to opine that somebody's
8  conduct was or was not criminal?
9    **A   They failed in every way imaginable to**
10 **follow any best practice or the requirements of the**
11 **flag and the Maritime Labour Convention to provide**
12 **medical care.**
13   Q   Respectfully, I move to strike --
14     (Simultaneous speaking.)
15   **A   -- on board, they would have been charged**
16 **with seaman manslaughter.**
17   Q   I respectfully move to strike.
18     Captain Perlstein --
19     MR. SOTOLONGO: Tom.
20     MR. BROWN: Go ahead.
21     MR. SOTOLONGO: We'll have a stipulation,
22 okay. I understand where you're going and what your
23 questions are. We'll have a stipulation that the
24 captain will not be giving legal opinion as to
25 whether someone can be charged criminally for their

---

**59**

1  behavior. We'll stay within the standard of care in
2  the maritime industry based on his training,
3  education and experience. Okay?
4      MR. BROWN: I think that's helpful, Peter.
5  Let me do a quick clarification with you, sir, with
6  Mr. Sotolongo. So I understand that the stipulation
7  is that the testimony would be limited to negligence
8  and the word "criminal" won't be used at trial.
9      MR. SOTOLONGO: His testimony is going to
10 be based on all the opinions he has in his report.
11 We're going to limit him so he's not giving opinions
12 as to criminal behavior. I know you have a concern
13 about that because it's in his report, so we'll
14 limit that.
15     In any event, you will be filing a motion
16 in limine because he's not a -- he's not a lawyer,
17 and I think what you've established that whatever
18 criminal language he's using is used in -- in
19 correlation with the acts and conduct of the captain
20 and the second mate, so I'm just talking about
21 criminal. Everything else he's free to opine on.
22     MR. BROWN: Yeah, I understand you're not
23 stipulating away anything else. But do we have an
24 agreement we're not going to use the word "criminal"
25 on trial and that --

---

**60**

1      MR. SOTOLONGO: I think if you filed a
2  motion in limine to that effect, it will be granted.
3  So for purposes of moving on, we'll have a
4  stipulation as to that.
5      MR. BROWN: So I don't need to file a
6  motion because of the stipulation.
7      MR. SOTOLONGO: Absolutely.
8      MR. BROWN: Okay. Thank you, sir.
9  BY MR. BROWN:
10   Q   And thank you, Captain Perlstein, for
11 bearing with us.
12   **A   Understood.**
13   Q   I'm going to move down to the documents
14 you've considered that's disclosed in your report.
15 This begins at page 12 of your report. Do you see
16 that?
17   **A   Yes.**
18   Q   Okay. You state at the top "Documents
19 Reviewed and Relied Upon." Correct?
20   **A   Yes.**
21   Q   Were there other documents that you
22 reviewed prior to July 6th, 2022 that you did not
23 list here?
24   **A   I believe that's everything I used in --**
25 **if it's there, I used it to formulate my report.**

---

61

1    Q   You added the words in your header there
2  "and relied upon." I just wanted to understand from
3  you whether there were other documents that you
4  reviewed but did not rely upon?
5        MR. SOTOLONGO:  Form; asked and answered.
6    A   No, no other documents that I can -- I'm
7  aware of that was used to formulate my report.
8        MR. BROWN:  Okay. We have been going for
9  almost an hour and a half. Why don't we take a
10 quick break.
11       MR. SOTOLONGO:  What was that, Tom?
12       MR. BROWN:  I said we have been going for
13 close to an hour and a half. Let's take a quick
14 break.
15       MR. SOTOLONGO:  What do you want? Five
16 minutes? Ten minutes?
17       MR. BROWN:  Let's do ten, please.
18       MR. SOTOLONGO:  Okay.
19       (Recess 10:52 a.m. - 11:01 a.m.)
20 BY MR. BROWN:
21   Q   Captain Perlstein, I have a couple of
22 follow-up questions about your MEDPIC training.
23 Have you ever had to do a MEDPIC refresher course?
24   A   It was part of my STCW, I want to say it
25 was part of my STCW required refresher when I

62

1  renewed my license.
2    Q   That was required for your Coast Guard
3  license renewal; fair?
4    A   Yes.
5    Q   Have you ever had a company check any of
6  your maritime certificates before hiring you to go
7  work on a ship?
8    A   The union does that.
9    Q   Have you ever had a company ask you to
10 send them your certificates?
11   A   No, because I had pretty much long-time
12 employers. No.
13   Q   Okay. So you said the union does that.
14 You provide proof of your maritime training and
15 competency to the union, which would then provide
16 records to the companies; fair?
17   A   Yes.
18   Q   All right. Have you ever had a company
19 fly you into their office before you joined a ship
20 so that they can test your knowledge on medical care
21 aboard ship?
22   A   No.
23   Q   They would rely on the records that you
24 had proving you had been certificated; correct?
25   A   Correct.

63

1    Q   Okay. And that's normal in the industry;
2  correct?
3    A   Normal for my union, yes, it's normal.
4    Q   Okay. Looking back at Exhibit 3, records
5  you considered before signing your July 6th, 2022
6  report, do you see that list on your screen again?
7    A   I do.
8    Q   If you need me to scroll at any point
9  here, just let me know. Okay, Captain? Okay?
10   A   Um-hmm. Yes.
11   Q   When you wrote your July 6th, 2022 report,
12 you did not rely on or consider any safety
13 management system provisions from EPS; correct?
14   A   I didn't have them at that time.
15   Q   Okay. So you were able to form an opinion
16 without those; right?
17   A   Yes, sir.
18   Q   When you formed the opinions in your July
19 report, were you satisfied that you had been able to
20 see the records you needed to reach those opinions?
21   A   Yes.
22   Q   You wouldn't reach an opinion if you
23 hadn't had the records you need to get there; fair?
24   A   Correct.
25   Q   You did not consider the STCW crew rest

64

1  log of the plaintiff before signing this report;
2  correct?
3    A   Correct.
4    Q   You did not consider the entire month of
5  May 2017 deck log from Stargate before signing this
6  report; correct?
7    A   Correct.
8    Q   You had seen --
9    A   I have --
10   Q   Go ahead, sir.
11   A   Correct.
12   Q   You had seen a few days before the logbook
13 from May, but not the entire month; correct?
14   A   Correct.
15   Q   Going back to Exhibit 3, I've moved up to
16 your page 8 at the very top. Can you see that okay?
17   A   Yes.
18   Q   You say, "There are omissions in
19 Mr. Kholkar's medical care and discharge from the
20 ship as required by Liberian Maritime Regulations
21 RML-108." Do you see that?
22   A   Yes.
23   Q   And it goes on in paragraph (e), "Official
24 Logbook and Entries." And then as you note, the
25 Liberian regulation requires logging in the official

65

1  logbook the discharge of a seaman; correct?
2  **A  Yes.**
3  Q  Okay.  And then you're suspect of the
4  ship's deck log because the entry you say as
5  required by RML-108, that Liberian regulation, does
6  not appear; right?
7  **A  Correct.**
8  Q  But you know, Captain, because you've
9  sailed as a captain, that an official logbook and a
10  deck logbook are entirely different documents;
11  right?
12  **A  They are.**
13  Q  Okay.  And RML-108, that Liberian
14  regulation, requires that the ship's official
15  logbook reflect the discharge of a member of the
16  crew; right?
17  **A  That would be something you would also**
18  **carry over in your deck log because that goes back**
19  **to the company.  That goes back to the company.**
20  Q  Right.  But in your report you say there
21  are omissions, and then you go on to quote the
22  Liberian Maritime regulation for the official
23  logbook; correct?
24  **A  Correct.**
25  Q  Did you consider the ship's official

66

1  logbook in the course of preparing your July 6th,
2  2022 report?
3  **A  I did not have a copy.**
4  Q  So, no, you did not consider it; fair?
5  **A  Fair.**
6  Q  So you don't know either way whether that
7  Liberian regulation was or was not complied with;
8  correct?
9  **A  Correct.**
10  Q  So then that's not a fair criticism, is
11  it, in your report?
12  MR. SOTOLONGO:  Are you waiting for an
13  answer, Tom?
14  MR. BROWN:  Yes.
15  MR. SOTOLONGO:  Form objection before he
16  answers.
17  **A  I'm sorry.  What was your question?**
18  Q  Sure.  I said -- well, strike that.
19  Captain, when you wrote this report, you
20  knew the difference between an official logbook and
21  a deck logbook; correct?
22  **A  Correct.**
23  Q  Okay.  I'm going to go back down to the
24  list of documents you considered.  When you wrote
25  this report, had you considered a -- well, strike

67

1  that.
2  Captain Perlstein, have you ever seen a
3  photograph of Mr. Kholkar on shore leave in Owendo?
4  **A  I did.  Prior to my expert report, no.**
5  Q  Okay.  Since your expert report have you
6  seen that photo?
7  **A  Yes.**
8  Q  Mr. Kholkar and you had an interview
9  together; correct?
10  **A  Correct.**
11  Q  And you've supplied the notes from that
12  interview through counsel in this case; correct?
13  **A  Correct.**
14  Q  I'll pull up a copy real quick.
15  Are those your notes shown on the screen,
16  sir?
17  **A  Yes.**
18  Q  These are your handwritten interview notes
19  of your interview with Mr. Kholkar; correct?
20  **A  Correct.**
21  MR. BROWN:  I'll mark this as Exhibit 4,
22  interview notes of plaintiff.
23  (Defendant Exhibit 4 marked for
24  identification.)
25  Q  Okay.  When you -- is this your

68

1  handwriting?
2  **A  It was me.**
3  Q  When you did this interview, who
4  participated?
5  **A  Just myself and Mr. Kholkar.**
6  Q  Did you invite anyone from the defense
7  side to sit in on this interview?
8  **A  I answered that.**
9  Q  Did you invite anyone from the defense
10  side to sit in?
11  **A  No.  No.**
12  MR. SOTOLONGO:  Form.
13  Q  And did you record this interview?
14  **A  No.**
15  Q  Did you -- was it video recorded through
16  Zoom in any way?
17  **A  No.**
18  Q  Do you have any other recording or means
19  to reconstruct that interview besides these
20  handwritten notes and your memory?
21  **A  No.**
22  Q  Why did you take handwritten notes?
23  **A  Because I don't know shorthand and I don't**
24  **type that fast.**
25  Q  Why take notes at all?  It's to help your

69

1  memory down the road; correct, sir?
2  **A   Correct, yes.**
3  Q   Okay.  And these notes were taken while
4  you were actually speaking to the plaintiff; right?
5  **A   Yes.**
6  Q   Would you rely on these notes as being
7  more accurate than your memory today?
8  **A   Yes.**
9  Q   Okay.  Now I'll stop sharing.
10  In that Exhibit 4, as well as in your
11  expert report, you discuss that Mr. Kholkar was
12  standing the midnight to 6 a.m. watch while in
13  Owendo.  Do you recall that?
14  **A   Yes.**
15  Q   He was doing six on and six off, as we
16  say; right?
17  **A   As he stated, yes.**
18  Q   And his six on and six off went from
19  midnight to 6 a.m. and noon to 6 p.m. in Owendo;
20  correct?
21  **A   As he stated, yes.**
22  Q   Right.  Well, do you have any reason to
23  doubt that he was being truthful with you?
24  **A   No, none whatsoever.**
25  Q   So did you ever -- well, let me back up.

70

1  You're aware that Mr. Kholkar went on
2  shore leave in Owendo; correct?
3  **A   Yes.**
4  Q   And he told you that he went ashore for
5  two hours; correct?
6  **A   Yes, he stated two hours.**
7  Q   Okay.  And that's two hours on shore leave
8  after he finished his watch at 6 p.m.; correct?
9  **A   Yes.**
10  Q   Did you calculate what time sunset was
11  that day?
12  **A   No, I did not.**
13  Q   Looking back to Exhibit 4, we have shown
14  on the screen it's your page 4, you're discussing or
15  you're documenting Mr. Kholkar's discussion of the
16  watch in Gabon; correct?
17  **A   Yes.**
18  Q   Is this an accurate recording of what
19  Mr. Kholkar told you?
20  **A   Yes.**
21  Q   So he told you that after 6 p.m., as it
22  got dark, the mosquitoes increased in number;
23  correct?
24  **A   Yes.**
25  Q   And he told you then that he found himself

71

1  being bitten by those mosquitoes; right?
2  **A   While on watch, yes.**
3  Q   Okay.  Well, his watch ended at 6 p.m.;
4  correct?
5  **A   Yes.**
6  Q   And as you've documented, he told you that
7  while on watch he was wearing a full long jumpsuit;
8  right?
9  **A   Yes.**
10  Q   And we call those coveralls on ship;
11  right?
12  **A   Um-hmm.**
13  Q   Yes?  I just need a verbal answer, sir.
14  **A   Yes.**
15  Q   And he's got a helmet on and gloves and a
16  towel around his neck; correct?
17  **A   Yes.**
18  Q   When you saw the photograph of Mr. Kholkar
19  on shore leave in Owendo, what was he wearing?
20  **A   Shorts and a button-down short sleeve**
21  **shirt.**
22  Q   Looking back to Exhibit 3, the documents
23  you considered in reaching your July 6th, 2022
24  report, you do not have listed here a declaration
25  about the second officer.  Did you consider the

72

1  declaration that EPS made about its efforts to reach
2  or get a hold of the second officer?
3  **A   Post report.**
4  Q   You've seen it since this report?
5  **A   Yes.**
6  Q   Okay.  So you're aware that the second
7  officer is Ukrainian; correct?
8  **A   Yes.**
9  Q   You're aware that Ukraine is in a war,
10  obviously?
11  **A   I've heard about it.**
12  Q   Right.  Okay.  So do you understand that
13  he has not been able to testify in this case?
14  MR. SOTOLONGO:  Form.
15  **A   I understand that, yes.**
16  Q   You did not consider the January 2017
17  medical inventory prior to writing this report;
18  correct?
19  **A   No.**
20  Q   Did you consider the January medical
21  inventory before you wrote this report?
22  **A   No.**
23  Q   Did you consider the Owendo -- strike
24  that.
25  At any time have you seen a Port State

73

1  Control inspection record from Owendo, Gabon?
2  **A   I did, but I don't recall when I saw it.**
3  **If it's not one of the documents I relied on, then I**
4  **hadn't received it prior to my report.**
5  Q   Okay.  I've shown the document to the
6  screen.  Do you recognize this, sir?
7  **A   Port State Control report.**
8      MR. BROWN:  Okay.  I'll mark this as
9  Exhibit 5, the Owendo Port State Control report.
10      (Defendant Exhibit 5 marked for
11  identification.)
12  Q   You have seen this since your report was
13  authored, sir?
14  **A   Yes.**
15  Q   And you agree this is a Port State Control
16  form for Gabon; correct?
17  **A   Yes.**
18  Q   And it pertains to the Stargate's visit in
19  May of 2017; correct?
20  **A   Correct.**
21  Q   Are you familiar with Port State Control
22  forms from your own maritime career?
23  **A   I am.**
24  Q   You understand that Port State Control
25  inspectors can come aboard ship and inspect records

74

1  for the vessel to satisfy themselves as to the
2  ship's condition; correct?
3      MR. SOTOLONGO:  Form.
4  Q   Did you answer, sir?  I didn't hear it.
5  **A   Correct.  Yes.**
6  Q   Okay.  And since there was an objection,
7  why don't I just let you put it in your own words,
8  what's -- in your experience, Captain, what's the
9  purpose of a Port State Control inspection?
10  **A   So initially at a face to ensure that the**
11  **vessel is in compliance with international and**
12  **national regulations, and to do a visual inspection**
13  **to help ensure that the vessel has been maintained**
14  **between -- between inspections or surveys.**
15  Q   Okay.  And we see here on this Port State
16  Control report, Exhibit 5, a list of certificates in
17  the left-hand column.  Do you see that?
18  **A   I do.**
19  Q   Then there's a column that says "Issued
20  by."  Do you see that?
21  **A   I do.**
22  Q   And do you know what "Flag" means?
23  **A   "Flag" refers to the nation, the country.**
24  Q   ABS is American Bureau of Shipping;
25  correct?

75

1  **A   Yes.**
2  Q   And NKK, what country is that?
3  **A   Nipon Kyokai, that's a Japanese**
4  **classification societies, it's one of the IACs.**
5  Q   Very good.  Can you do the IAC acronym for
6  the reporter, please?
7  **A   International Association of**
8  **Classification Societies.**
9  Q   Thank you.  And you see the row here for
10  medical chest certificate?
11  **A   Yes, I do.**
12  Q   And according to the Port State Control
13  report, that was issued by who?
14  **A   Singapore.**
15  Q   And that was issued, according to this
16  document, on what date?
17  **A   21st of March.**
18  Q   2017; correct?
19  **A   Correct.**
20  Q   You've had Port State Control inspectors
21  come on your ships and conduct a ship certificate
22  check such as this, I assume?
23  **A   Yes.**
24  Q   When they fill in these issue dates,
25  they're actually looking at these various

76

1  certificates; correct?
2  **A   Correct.**
3  Q   Going down to the bottom of this form, the
4  very bottom it says "Licenses."  Do you see that?
5  **A   Yes.**
6  Q   What does this mean where it's got a check
7  off okay for "Officer's license (STCW)"?
8  **A   They will provide the proper documentation**
9  **or certificates to show that they are on face with**
10  **things and compliant.**
11  Q   So this says that the Owendo Port State
12  Control saw officers' licenses and STCW certificates
13  from the Stargate to show they were in compliance;
14  correct?
15  **A   Yes.**
16  Q   Okay.  I'm going to move on from that.
17      Captain, looking back to your report from
18  July and the documents you considered, which is in
19  your Exhibit 3, I don't see on here any purchase
20  orders for ship medicines.
21  Had you considered any ship orders for
22  shipboard medicines before writing your report?
23  **A   I had not received them at that time.**
24  Q   So you did not consider them in forming
25  your opinions?

---

**Page 77**

1    A   I didn't have them.
2    Q   Okay.  So you did not consider them in
3  forming your opinions; correct?
4    A   Correct.
5    Q   You did not list, similarly, receipts
6  stamped by the ship showing that they had actually
7  received medicines aboard the ship, you didn't
8  consider those before forming your opinions?
9        MR. SOTOLONGO:  Form.
10   A   For Savannah?  No.
11   Q   For any port.
12       MR. SOTOLONGO:  Form.
13   A   Abidjan.
14   Q   Okay.  Had you seen -- well, let me call
15  it up so we're on the same page.
16       Do you see that on your screen, sir?
17   A   Yes.
18   Q   Do you recognize this as a delivery note
19  showing the receipt of certain stores in Abidjan
20  Côte d'Ivoire?
21   A   Yes.
22   Q   Have you seen this document before signing
23  your report?
24   A   No.  No.  I believe I received that after
25  I wrote my report.

---

**Page 78**

1        MR. BROWN:  Okay.  I'll mark this as
2  Exhibit 6 to the deposition.
3        (Defendant Exhibit 6 marked for
4  identification.)
5    Q   You understand that this note shows that
6  on February 22nd, 2017 the listed supplies were
7  delivered aboard Stargate in Abidjan; correct?
8        MR. SOTOLONGO:  Form.
9    A   Yes.
10   Q   Okay.  I've circled and highlighted the
11  ship's stamp.  Do you see that?
12   A   Yes.
13   Q   Have you as chief mate or in any other
14  role in your seafaring career ever signed for the
15  receipt of stores aboard a ship?
16   A   Yes.
17   Q   It's common to put the ship's stamp and to
18  sign it; correct?
19   A   Correct.
20   Q   That's customary in the industry to show
21  that the ship actually received those things; right?
22   A   Correct.
23   Q   This shows that 100 count of Mefloquine
24  was received in Abidjan; correct?
25   A   Correct.

---

**Page 79**

1    Q   And in fact, what does line 7 here show,
2  say to you as an expert ship captain?
3    A   Sweet melons.
4    Q   Yeah.  What does the handwriting along
5  that line indicate to you?
6    A   Not received.
7    Q   Right.  And that would be important for
8  the office receiving these stores to indicate that
9  so they don't get billed for something they didn't
10  receive; right?
11       MR. SOTOLONGO:  Form.
12   Q   Did you answer, sir?  Captain, I didn't
13  hear your answer if you answered.
14   A   Yes, they were not received.
15   Q   Okay.  Would you sign for stores that you
16  did not actually receive on your ship?
17   A   No.
18   Q   Have you seen the receipt or delivery note
19  for stores received aboard Stargate in Las Palmas?
20   A   No.
21   Q   I'm going to show a document to your
22  screen which I'll mark as Exhibit 7, Las Palmas
23  receipt.
24       (Defendant Exhibit 7 marked for
25  identification.)

---

**Page 80**

1    Q   Have you ever seen this before?
2    A   Not prior to my opinion.
3    Q   Have you ever seen it prior to today?
4    A   Yes.
5    Q   Okay.  When did you see this?
6    A   About a month or two ago.
7    Q   Okay.  When did you see the Abidjan
8  receipt or delivery note, Exhibit 6?
9    A   I want to say it showed up together.
10   Q   Approximately a month ago?
11   A   A month or so ago, yes.
12   Q   Okay.  So looking back at Exhibit 7, this
13  is a delivery note for Las Palmas to the Stargate;
14  correct?
15   A   Correct.
16   Q   Okay.  And do you recognize the
17  medications that are listed on this delivery note?
18   A   Yes.
19   Q   Do you know whether or not these pertain
20  to malaria treatment or prevention?
21   A   Yes.
22   Q   They're all malaria treatments or
23  preventions; correct?
24   A   Correct.
25   Q   And on the second page of Exhibit 7 we see

81

1  the ship stamp again; correct?
2  **A   Correct.**
3  Q   And we see the signature indicating that
4  these medications were received aboard in Las
5  Palmas; correct?
6  **A   Correct.**
7  MR. SOTOLONGO:  Form.
8  Q   Okay.  Captain, because there's an
9  objection, let me ask you what does the ship stamp
10 and signature on this piece of paper indicate to you
11 as an expert?
12 **A   They were received.**
13 Q   Going back to your exhibit -- your report,
14 excuse me, Exhibit 3, and the list of things that
15 you considered, did you consider the second
16 officer's medical certificate before signing your
17 report?
18 **A   I didn't have it at that time.**
19 Q   So you did not consider it; correct?
20 **A   No, I did not.**
21 Q   Have you seen it since?
22 **A   I have.**
23 Q   What does the -- well, let me call it up
24 on the screen.  Let's take a moment to do that.  I
25 appreciate your patience as I move through the

82

1  documents on this Zoom call.
2  Do you see the second officer's STCW
3  medical certificate showing on your screen?
4  **A   I do.**
5  Q   This is for German Kudieiarov; correct,
6  sir?
7  **A   Correct.**
8  MR. BROWN:  I'll mark this as Exhibit 8,
9  the second officer's medical certificate.
10 (Defendant Exhibit 8 marked for
11 identification.)
12 Q   It says here that the second officer --
13 sorry, let me back up.
14 You've seen this since you wrote your
15 report; correct?
16 **A   Correct.**
17 Q   You did not consider this when you wrote
18 your report; correct?
19 **A   I worked on the assumption that he had to
20 have had it.  But, no, I had not seen it.**
21 Q   That's an assumption you made.  Did
22 you indicate that assumption in your report?
23 **A   No.**
24 Q   Here it says that Mr. Kudieiarov holds
25 medical care on board ship; correct?

83

1  **A   Yes.**
2  Q   What does "medical care on board ship"
3  mean under the STCW Convention?
4  **A   That he can provide medical care for
5  persons on board.**
6  Q   Okay.  And does everybody aboard ship have
7  this level of STCW competency in shipboard medicine?
8  **A   No.**
9  Q   Right.  What's the other level of
10 competency or competencies that a crew member might
11 hold on a ship?
12 **A   I'm going to say basic medical care.**
13 Q   Right.  So the crew could have their basic
14 safety training which includes basic medical;
15 correct?
16 **A   Um-hmm.**
17 Q   Yes?
18 **A   Yes.**
19 Q   And then officers who don't hold medical
20 care on board ship, what's that called?
21 **A   Medical care person in charge.**
22 Q   Okay.  So do you know whether your MEDPIC
23 is the equivalent of medical care aboard ship?
24 **A   I would have to reference a copy of the
25 STCW now.  I don't have it with me.**

84

1  Q   So you don't know whether or not
2  Mr. Kudieiarov and you have the same level or a
3  different level of shipboard medical competency?
4  **A   When I referenced the regulations, it
5  referenced the person in charge.**
6  Q   Okay.
7  **A   The regulation.**
8  Q   Do you know if Mr. Kudieiarov holds the
9  Ukrainian equivalent of MEDPIC?
10 **A   Yes.**
11 Q   Yes, he does; correct?
12 **A   Um-hmm.**
13 Q   Yes?
14 **A   Yes.**
15 Q   Thank you.  And you formed opinions about
16 his medical competency without having seen this
17 piece of paper before writing your July report;
18 correct?
19 MR. SOTOLONGO:  Form.
20 **A   Yes.**
21 Q   I'm going to show you -- well, let me ask
22 you this.  Have you seen -- have you seen Captain
23 Ivanoschi's medical care certificate?
24 **A   Yes.**
25 Q   Had you seen that before you wrote your

85

1  report?
2      A   No.
3      Q   You have seen it since then, though;
4  correct?
5          You have seen it since then; correct, sir?
6      A   Yes.
7      Q   Do you recognize it on your screen as
8  Captain Ivanoschi's medical care certificate?
9      A   I do.
10         MR. BROWN:  I'll mark this as Exhibit 9,
11  the captain's medical certificate.
12         (Defendant Exhibit 9 marked for
13  identification.)
14     Q   This shows that he and the second officer,
15  Mr. Kudieiarov, hold the same level of STCW
16  competency and medical care aboard ship; correct?
17     A   Correct.
18     Q   And this was in effect, the certificate
19  was in effect or effective on the date of the voyage
20  in question; correct?
21     A   Correct.
22     Q   It says, "The training program has been
23  approved by the Romanian Naval Authority."  Correct?
24     A   Correct.
25     Q   Did you ever contact the captain or the

86

1  second officer's training institutions to inquire
2  about the training program they provide in medical
3  care aboard ship?
4      A   No.
5      Q   Do you have any reason to doubt that the
6  training institutions that provided these two
7  certificates were fulfilling the STCW requirements
8  for training?
9      A   No.
10     Q   Captain, have you seen -- well, strike
11  that.
12         Before you wrote your report, had you seen
13  any email records pertaining to -- you know, I'm
14  going to strike that as well.  I want to be fair
15  here.
16         Captain, since your report was written,
17  the parties have exchanged records, one of which was
18  an email between EPS and a company called Princeton.
19  Are you familiar at all with records exchanged with
20  Princeton?
21     A   Yes.
22     Q   Are you aware that Princeton was a medical
23  supplier to EPS?
24     A   Yes.
25     Q   Okay.  So I know this wasn't available to

87

1  you before you wrote your report.  That's why I
2  didn't want to ask an unfair question there.  But
3  since you wrote your report, have you had an
4  opportunity to see an email from Princeton showing
5  medications the ship would need to order in order to
6  renew its medical certificate?
7      A   Yes.
8      Q   Okay.  Have you looked at that spreadsheet
9  of medications and items the ship would need to
10  order?
11     A   Yes.
12     Q   Did you see any items in there pertaining
13  to malaria prevention or treatment?
14     A   Yes.
15     Q   What items, if you recall, did you see on
16  that list that pertain to malaria prevention or
17  treatment?
18     A   Highlighted them.  I'm looking through
19  here.
20         MR. SOTOLONGO:  Captain, just look for it
21  and then answer the question.  Try not to speak
22  while you're looking for it.
23     A   Artemether injections and there's another
24  artemether in there, and I came across three items
25  on the list that were on this list that had to be

88

1  ordered to replenish the medicine chest.
2      Q   Okay.  You recall three items, and the one
3  you're seeing now is artemether injection --
4      A   Yeah, right off the top here, right.
5          MR. SOTOLONGO:  Captain, wait for the
6  question.  This is a process, question and answer.
7  He's asking you a question.  Listen to the question.
8      Q   Okay.  Captain, I've shown to the screen
9  an email, and then with it I've included the
10  attachment, an XLS printed out.  Do you see that on
11  your screen?
12     A   I do.
13     Q   Is this the document you were just looking
14  at in your physical hands?
15     A   Yes.
16         MR. BROWN:  Okay.  I'll mark this as
17  Exhibit 10, a Princeton -- I'll call it Princeton
18  quotation.
19         (Defendant Exhibit 10 marked for
20  identification.)
21     Q   And you understand this was a list of
22  items that EPS would need to order in order to
23  receive their medical chest certificate; correct?
24     A   Yes.  But that's false and misleading.
25     Q   Well, I'm not trying to be false or

89

1 misleading, sir. This was -- let's just read the
2 remark then. "Medical chest certificate will be
3 issued upon order confirmation." It says that;
4 correct?
5    A   Correct.
6    Q   The date of this quotation is 20 March
7 2017; right, sir?
8    A   Correct.
9    Q   And then this spreadsheet came appended to
10 an email from someone named Yu Fhay to a person
11 named Wayne Lai Wei Yuan; correct?
12    A   Correct.
13    Q   Do you understand that Yu Fhay is from
14 Princeton, a Singapore medical supplier?
15    A   I do.
16    Q   And that's Princeton Pharmacies; correct?
17    A   Yes.
18    Q   Do you understand that Wayne is from EPS?
19    A   I did not.
20    Q   Okay. And here Yu Fhay says, "Hi, Wayne,
21 We are pleased to forward our quotation for your
22 kind consideration. Items quoted are those required
23 to replenish on board vessel." Correct?
24    A   Correct.
25    Q   If I understand you correctly, you've

90

1 taken the opportunity to review this list to look
2 for any malaria-related medications. Is that fair?
3    A   Yes.
4    Q   A lot of these have nothing to do with
5 malaria, like oxygen mask or CPR pocket mask;
6 correct?
7    A   Correct.
8    Q   Okay. You mentioned artemether injection.
9 I apologize for my pronunciation. Is that on line 4
10 here?
11    A   It is.
12    Q   And I've just highlighted it. So they
13 needed artemether injection 80 milligram per
14 milliliter in 12's; correct?
15    A   Correct.
16    Q   One box; correct?
17    A   Yes.
18    Q   Okay. Did you see any other medications
19 or items on this list related to malaria prevention
20 or treatment?
21    A   I would have to check my medical list
22 inventory.
23    Q   Go ahead, sir.
24    A   That's the only one identified. But no --
25    Q   Okay. So you've had your chance to look

91

1 at this list which is part of Exhibit 10 and the
2 only identified item related to malaria prevention
3 or treatment is the artemether injections; correct?
4    A   Correct.
5    Q   Did you review the ship's medical
6 inventory to learn anything about the artemether
7 injections?
8    A   That they're requisitioning the number
9 that they need to replace.
10    Q   Do you know why the artemether injections
11 needed replacement?
12    A   Coming up for expiry.
13    Q   When was that expiry going to occur?
14    A   August.
15    Q   August 2017; correct?
16    A   Correct.
17    Q   That was after Mr. Kholkar's illness;
18 correct?
19    A   Correct.
20    Q   And that was after Mr. Kholkar had been
21 discharged from the ship and sent to a hospital in
22 Brazil; correct?
23    A   Correct.
24    Q   So at the time that Mr. Kholkar was ill
25 aboard Stargate, the artemether injections aboard

92

1 were not yet expired; correct?
2        MR. SOTOLONGO:  Form.
3    A   If they were there, correct.
4    Q   Okay. And that's a good point. In your
5 report you state that if the March 2017 inventory is
6 credited, then the ship had a sufficient supply of
7 antimalaria medications aboard; correct?
8    A   Correct.
9    Q   Tell me about the voyage that got the ship
10 to Savannah, Georgia. Do you know what voyage
11 number that was?
12    A   Certainly have it, if you feel it's
13 necessary.
14    Q   Are you looking for the list of last
15 ports, by any chance?
16    A   Yeah, that was provided by the company,
17 yes.
18    Q   All right. Why don't I call that up on
19 the screen.
20        Is this the document you were looking for,
21 sir?
22    A   Yes.
23    Q   Okay. Now, if we look at the port call
24 for Savannah, we see that in April of 2017 the ship
25 was discharging; correct?

93

```
1     A    Yes.
2     Q    What was the voyage number associated with
3  that trip to Savannah to discharge cargo?
4     A    32.
5     Q    And then the ship sailed empty, no cargo,
6  for what port?
7     A    Barranquilla.
8     Q    What did the ship do cargo-wise in
9  Barranquilla?
10    A    She loaded.
11    Q    What voyage was that loading for?
12    A    33.
13    Q    And then the ship did what in Santa Marta?
14    A    Inspection.
15    Q    That was from April 14th to April 15th;
16 correct?
17    A    Correct.
18    Q    Do you know anything about that
19 inspection, who conducted it?
20    A    No.  Not that I recall.
21    Q    That's fair, sir.  What did the ship do
22 next?
23    A    Went to Owendo, Gabon.
24    Q    Now, in your report you had made mention
25 of the crew needing to take malaria medications
```

94

```
1  before leaving the prior port, and I want to know if
2  that's still your understanding, that the crew would
3  have to start taking medicines before they leave the
4  prior port?
5     A    That would be leaving Colombia.
6     Q    Okay.  So your understanding is that the
7  crew needed to start taking their medications when
8  they left Colombia?
9     A    As soon as -- there's a 14-day window that
10 it's recommended that people start the prophylactic
11 antimalarial medications.
12    Q    Okay.  Good.  I wanted to make sure I
13 didn't have a misunderstanding there.  So you're
14 actually saying -- well, strike that.
15        So I understand you to be saying that if a
16 ship leaves port within a 14-day window of arriving
17 in a malaria country, the crew would need to take
18 their medicines before leaving that port.  Is that
19 fair?
20        MR. SOTOLONGO:  Objection.
21    A    Yes.
22    Q    And if they are at sea for longer than 14
23 days before arriving in a port where there's risk of
24 malaria, your testimony is that they need to start
25 taking the medicines 14 days before arrival;
```

95

```
1  correct?
2     A    Yes.
3     Q    Okay.  So when did -- when did Stargate
4  arrive in Owendo?
5     A    The 2nd.
6     Q    The 2nd of May 2017; correct?
7     A    Correct.
8     Q    If you were to back that up by 14 days,
9  that would put you at what day?
10    A    31 minus 12, 19th.
11    Q    Okay.  So the ship had already left
12 Barranquilla and then left Santa Marta before the
13 time that you say the crew would need to start
14 taking malaria medications; correct?
15    A    That's correct.
16    Q    Okay.  You also note in your report that
17 Stargate was engaged in tramp trading.  What is
18 tramp trading?
19    A    Tramp trading is basically you go from --
20 you have no set schedule.  You go from port to port
21 to port usually for different clients.
22    Q    And you've also noted in your report that
23 the cargo can be sold en route and that your
24 destination ports can change during a voyage.  Is
25 that fair?
```

96

```
1     A    That is correct.
2     Q    And have you had that happen where your
3  itinerary, the ports you plan to go to, change on
4  you?
5     A    Yes.
6     Q    Okay.  So when the ship left Savannah, it
7  was not a certainty that they were going to Owendo,
8  Gabon; correct?
9         MR. SOTOLONGO:  Form.
10    A    As I read, the captain had been informed
11 that the charter had been fixed two days prior to
12 departure Savannah.
13    Q    Okay.  And as you say in your report,
14 "Frequently, as with any commodity, the cargo is
15 sold en route, and a new discharge destination is
16 determined."
17        That's a true statement you made there;
18 correct?
19    A    That's correct.
20    Q    Okay.  So the voyage that took the ship
21 from Colombia to Owendo, Gabon, we said is voyage
22 33; correct?
23    A    Correct, I believe.
24        MR. BROWN:  And I've called exhibit -- I'm
25 not sure if I didn't mark this, let me do that now.
```

---

**97**

1  I'll mark this as Exhibit 11, the list of last
2  ports.
3      (Defendant Exhibit 11 marked for
4  identification.)
5      Q   We were looking at this earlier; right,
6  Captain Perlstein?
7      A   Yes.
8      Q   This shows that the voyage that took the
9  ship's cargo from Barranquilla to Owendo was voyage
10 33; correct?
11     A   Correct.
12     Q   And then the ship went from Owendo to Rio
13 de Janeiro empty, no cargo; correct?
14     A   Correct.
15     Q   You say in your report that the -- that
16 ships are required to carry a ship's medicine chest.
17 I want to ask you very briefly about the medicine
18 chest.
19         In ships you've served on you had
20 medications that need to be kept in a refrigerator;
21 correct?
22     A   Correct.
23     Q   And your ships have had a sick bay or
24 what's called a hospital aboard; right?
25     A   Some did, some didn't.

---

**98**

1      Q   Okay.  And if they did, it's a small room
2  where there are cabinets where medicines can be
3  kept; correct?
4      A   Correct.
5      Q   So the chest is not a physical box;
6  correct?
7      A   Correct.
8      Q   Okay.  So going back to one of my earlier
9  questions, you state in your report that according
10 to the medical inventory, there was sufficient
11 inventory -- you know what, let me start over.  I'm
12 going to show this on the screen so the court
13 reporter can actually see what I'm reading from.
14 Give me one second, sir.
15         Okay.  We're looking back at your report,
16 Exhibit 3.  Do you see that?
17     A   Yes.
18     Q   You say here, "According to the medical
19 inventory, there was sufficient inventory of
20 Atovaquone-proguanil to be administered for the
21 voyage to Gabon." Did I read that correctly?
22     A   Yes.
23     Q   So we all agree, I think, that if the
24 March 11th, 2017 inventory is credited, there were
25 adequate medicines aboard the ship; correct?

---

**99**

1      MR. SOTOLONGO:  Form.
2      A   Yes.
3      Q   Do you know who took the March 2017
4  medical inventory?
5      A   I'll say the medical officer would be the
6  second mate.
7      Q   Do you know where the ship was when he
8  took that inventory?
9      A   I would have to look.  March.  March.
10 Okay.
11     Q   I put Exhibit 11 back on the screen.
12     A   She was in Abidjan.
13     Q   The ship left Abidjan on March 10th;
14 correct?
15     A   Um-hmm.
16     Q   Yes?
17     A   Yes.
18     Q   So the inventory was taken at sea between
19 Abidjan and New Amsterdam; correct?
20     A   Correct.
21     Q   Captain, have you ever been trained as a
22 medical diagnostician?
23     A   Not beyond using the Captain's Medical
24 Guide at sea to help determine what might be wrong
25 with someone.

---

**100**

1      Q   So when you're on ship, do you make a
2  diagnosis or do you let a doctor you're speaking to
3  ashore make a diagnosis?
4      A   No.  We have contracts with -- with
5  medical care providers at sea.  So if there's any
6  question as to what might be wrong with a crew
7  member, we pick up a phone and within a minute or so
8  we're talking to a physician.
9      Q   And that's the person who can make a
10 proper diagnosis; correct?
11     A   Correct, based on the information we give
12 him and the protocol card that we fill out so we're
13 all talking about the same thing.
14     Q   Very good.  You say in your report that it
15 does not appear that the second mate took
16 Mr. Kholkar's temperature and vital signs throughout
17 the days he was sick on the ship.  Do you recall
18 saying that in your report?
19     A   I do.
20     Q   Okay.  Since you wrote -- well, when you
21 wrote your report, had you seen any emails exchanged
22 between the captain of Stargate and EPS from May of
23 2017?
24     A   I saw a picture of one thermometer, one
25 photo of a thermometer.

**101**

1   Q   You saw that before you wrote your report?
2   A   No. I saw it afterwards.
3   Q   After, okay. When did you see that
4   picture of a thermometer?
5   A   Three weeks ago.
6   Q   Okay. All right. You have written in
7   your handwritten notes of your interview with
8   Mr. Kholkar about an incident where he says to the
9   captain and second officer that he felt sick right
10  after the ship anchored. Do you recall that?
11  A   I do.
12  Q   And you wrote that in your report as well;
13  correct?
14  A   I did.
15  Q   Okay. Did you go back and look in the
16  ship's deck log to see what time the ship actually
17  anchored?
18  A   0530.
19  Q   Okay. Are you sure about that?
20  A   I could look.
21  Q   Why don't you do that, sir?
22  A   Surely. 22nd May. They don't address
23  being anchored, right. They address finished with
24  engines. Anchor in water 0740.
25  Q   Okay. So at 0740, according to the deck

**102**

1   log, the ship is anchored; correct?
2   A   Yes.
3   Q   All right. Do you recall Mr. Kholkar
4   telling you that this happened at approximately
5   0200, or 2 a.m.?
6   A   Yeah. Could be an omission of memory,
7   yes, but he did state that.
8   Q   Okay. Perhaps he had some memory --
9   perhaps he had some memory difficulties, but he told
10  you that it happened at 2 in the morning; correct?
11  A   Or I misunderstood him. But, yes, I
12  believe he told me 2 in the morning.
13  Q   Okay. And then he told you that the
14  captain had him lay below for some rest; correct?
15  A   Correct.
16  Q   And then he told you that he got back up
17  at 8 in the morning to go work on deck; correct?
18  A   Yes.
19  Q   And in fact, just so we're on the same
20  page again, I'm going to publish back to the screen
21  your handwritten notes, which was Exhibit 4.
22      So here you documented Mr. Kholkar telling
23  you that he was sent below to rest by the captain at
24  plus or minus 2 in the morning; correct?
25  A   Yes.

**103**

1   Q   Okay. Now, if the ship anchored at 0740,
2   he would have gone straight from the bridge to turn
3   two on deck at 0800; correct?
4   A   Yes.
5   Q   Captain, you made note in your interview
6   notes with Mr. Kholkar that he and Captain Ivanoschi
7   discussed emails sent ashore trying to get a
8   doctor's appointment for the plaintiff. Do you
9   recall that?
10  A   I do.
11  Q   And you state, you also note that the
12  medical statement of fact from the ship asserts that
13  Captain Ivanoschi first heard of Mr. Kholkar's
14  sickness on May 25th, 2017; correct?
15  A   Yes. Counselor, I think this is going to
16  take us a while where we're going. May I have a
17  head call, please.
18  Q   Yes, absolutely. And I'll tell you just
19  so you know, I am really close to being done. But
20  let's go ahead and take a five-minute comfort break.
21  A   Yes, sir. Thank you.
22      (Recess 11:58 a.m. - 12:04 p.m.)
23  BY MR. BROWN:
24  Q   Captain Perlstein, you've done work in
25  your career in the area of ISM code compliance;

**104**

1   correct?
2   A   Correct.
3   Q   You've done work with companies in SMS
4   drafting?
5   A   I've written safety management systems and
6   taught the ISM code.
7   Q   Thank you. The ISM code requires that
8   every vessel have designated an entity that is to be
9   referred to as "the company." Are you familiar with
10  that?
11  A   Yes.
12  Q   And you're experienced in your career, I'm
13  sure, that sometimes the company is a ship
14  management company?
15  A   Yes.
16  Q   So there will be a company that is not the
17  owner of the ship that is called "the company" for
18  purposes of ISM compliance; correct?
19  A   They accept all the responsibilities of
20  the owner, yes.
21  Q   Okay. And that's common that an entity
22  could be called or a ship manager could be called
23  "the company" for purposes of ISM compliance;
24  correct?
25  A   Yes.

105

1      MR. BROWN:  I have no other questions at
2  this time.  Thank you.
3      MR. SOTOLONGO:  I have a few questions.
4            EXAMINATION
5  BY MR. SOTOLONGO:
6    Q   Captain, do you have your -- let's go
7  ahead and turn to your report.  I want to talk about
8  information on page 5 of your report.  I want you to
9  go to "Opinions and Conclusions."
10     Do you see where I'm at on page 5?
11   A   Yes, sir.
12   Q   According to what you've indicated here,
13 you've served as a marine -- Merchant Marine officer
14 for over 40 years.
15   A   Correct, sir.
16   Q   And according to your information here,
17 you've sailed in the capacity of a medical officer,
18 chief officer and master?
19   A   Yes, sir.
20   Q   Is that right?  Tell us what a medical
21 officer's responsible for aboard a ship.
22   A   Medical officer --
23   Q   Briefly.
24   A   Medical officer is a point of contact for
25 the crew for any issues of their well-being.  He's

106

1  responsible for maintaining the inventory of the
2  ship's medicine chest and for providing medical care
3  to the mariners on board should they require it, and
4  doing everything that's in his ability to ensure
5  that those needs are met.
6    Q   Who was the medical officer, as far as you
7  know, in the Stargate between March of 2017 and May
8  of 2017?
9    A   That would be the second mate.
10   Q   Is that the second mate that we -- that
11 was discussed as far as the medical certificate?
12   A   Yes, the Ukrainian.
13   Q   Okay.  And that was a medical certificate
14 that was Exhibit 8 in this particular case.
15     All right.  How about the -- is the
16 medical officer also responsible for monitoring and
17 documenting the crew member's medical condition on
18 board ship?
19   A   Absolutely.  From the first complaint he
20 needs to make an entry in the medical log, because
21 everything we do, not only can somebody report an
22 illness or an injury, but then we need a way of
23 tracking the progress of that illness or injury, how
24 it trends, his temperature, his blood pressure, his
25 vision, how he feels, so we can make an accurate

107

1  assessment on board, and, if necessary, deliver that
2  information to a shoreside medical care provider.
3    Q   Did you see any evidence that
4  Mr. Kholkar's medical condition was monitored by the
5  medical officer aboard ship between May 20th and May
6  27th?
7    A   Other than a picture of a thermometer, I
8  saw nothing that would indicate that anyone provided
9  Mr. Kholkar with any medical care, nothing that was
10 audible or verifiable, no, sir.
11   Q   Do you know when that picture of the
12 thermometer was taken, the date?
13   A   No, sir, no idea.
14   Q   Is the fact that that picture was taken,
15 is that documented in any medical log, in any deck
16 log or any other log that you've seen?
17   A   No, sir.
18   Q   Okay.  How about the chief officer, what
19 is the duties and responsibilities of a chief
20 officer?
21   A   Chief officer is -- well, everything falls
22 on the master.  But the chief officer traditionally
23 is responsible for loading and discharging the cargo
24 stow, to ensure that the ship has the required GM to
25 sail, the reserve GM; that he implements the safety

108

1  management system and maintains it on board.  And
2  he's also, you know, he's like a father figure.
3  He's responsible for all the men and women in his
4  departments and their well-being.
5    Q   Okay.  And how about the master?
6    A   The master, he is in charge of everything
7  even though -- and I mentioned stability, you know,
8  as the chief mate's responsibility.  The master,
9  because he has so many jobs and so much
10 responsibility, he delegates these jobs.  I mean,
11 the chief engineer -- the second engineer is in
12 charge of fuel.  The chief engineer is in charge of
13 the second engineer.  But if the ship runs out of
14 fuel on the way to the next destination, they're
15 going to fire the captain because he's responsible
16 to ensure that the ship has enough fuel as part of a
17 voyage plan.
18     So the master has overall responsibility
19 for everything that goes on on that ship.  Now,
20 because of the number of jobs, he will delegate some
21 of those to subordinates.
22   Q   Okay.  As part of -- as part of your -- in
23 this particular case, did the Stargate have a chief
24 officer and a master aboard ship between March of
25 2017 and May of 2017?

109

1    A   Yes, sir.
2    Q   Okay.  Going on, you say, "I understand
3  the responsibility of these positions."  And that's
4  what we just discussed; right?
5    A   Yes, sir.
6    Q   And you indicate as to medical officer, "I
7  was responsible for maintaining the ship's medicine
8  chest, providing for the health and well-being of
9  the crew."
10      So let's talk about that.  The medical
11 officer is responsible for maintaining the ship's
12 medicine chest?
13   A   Yes, sir.
14   Q   And tell us what the medicine chest is
15 aboard a ship.
16   A   Well, the term "medicine chest," you know,
17 goes back to the days when you actually had a wooden
18 chest that you carried on board.  Now it's much,
19 much more expansive, and they'll use recommendations
20 as provided by the International Labor Organization,
21 and the ILO and basically everybody, and then the
22 flag states will follow those.  Pretty much
23 everybody has a minimum medicine chest on board and
24 then you can obviously expand on it based on, you
25 know, where you operate, et cetera.

110

1    Q   Okay.  So you're -- okay.  And you're
2  saying that the medical officer is responsible for
3  maintaining the ship's medicine chest and providing
4  for the health and well-being of the crew; right?
5    A   Yes, sir.
6    Q   And you say, Be it taking signs, vital
7  signs, diagnosing an illness and dispensing
8  medications, sending a seaman ashore for medical
9  care or evaluating a sick seaman by United States
10 Coast Guard helicopter.  Evacuating, excuse me.
11 Right?
12   A   Yes, sir.
13   Q   You in your 40 years as a Merchant Marine
14 officer, were you in a position did you have to ever
15 take vital signs of crew members?
16   A   Yes, sir.
17   Q   And diagnosing an illness and dispensing
18 medications?
19   A   Yes, sir, either by myself or with the
20 assistance of shoreside medical providers.
21   Q   Sending -- you had to send seamen ashore
22 for medical care?
23   A   Yes, sir.
24   Q   You've had to evacuate sick seamen from
25 your ships?

111

1    A   Yes, sir.
2    Q   Okay.  You say, "I was also responsible
3  for the health and welfare of the men and women in
4  my department, both physical and mental."
5       So would it be fair to say that the
6  medical officer, the chief officer and the master
7  all have a responsibility for the health and welfare
8  of the men and women and their work aboard ships?
9    A   Yes, sir.
10   Q   And that when you say it's both physical
11 and mental, what do you mean by that?
12   A   Well, the physical well-being, that if any
13 ailments or injuries, or whatever it is, it gets
14 addressed.  Some guys just, you know, they get
15 tired, they get fatigued, so you knock them off or
16 you give them easier jobs.
17      You know, these guys are spending --
18 Mr. Kholkar's contract was for seven months.  Thank
19 God my contract was for four months.  You know, they
20 develop problems at home, problems with the wives,
21 problems with the girlfriends.  I've given -- and
22 I'm the worst guy to do it.  I've given financial
23 advice, okay.  You know, you have to look out for
24 all of their needs.
25      I've told guys go home.  You have problems

112

1  with the wife, you don't have to be here.  Go home.
2  We'll get you relief.  That's looking after your
3  men.
4       And if someone is not feeling well, you
5  know, then you look after them.  I've had guys come
6  to the bridge every day to have their blood pressure
7  taken and every day I make an entry in the medical
8  log because I want to make sure it doesn't change.
9    Q   Okay.  We talked about the medical
10 certificate a little while ago, and I think they
11 showed you as one of the exhibits the -- I think it
12 was Exhibit 5, the Owendo state control -- Port
13 State Control certificate.  Remember we looked at
14 that, you looked at that with counsel for EPS?
15   A   Yes, sir.
16   Q   All right.  I guess the ships are supposed
17 to have a medical chest certificate; correct?
18   A   Yes, sir.
19   Q   And you indicate -- you indicate on page 3
20 of your report, if you can turn to it on the bottom
21 of paragraph 2, and I think you sort of talked a
22 little bit with Tom about this, but it says the ship
23 "can be called to any port anywhere in the world at
24 any time, and must be provisioned with the
25 appropriate fuel, stores, charts, publications, crew

113

1  and medical supplies. Lacking any of these can
2  render the ship unfit for its intended purpose, in
3  other words, unseaworthy." Did I read that correct?
4    A   Yes, sir.
5    Q   Explain to us what you're trying to say
6  there.
7    A   **If the ship doesn't have the medical**
8  **supplies -- you know, you can't leave port without**
9  **enough fuel; you'll run out of fuel. You can't**
10 **leave port without the proper medical supplies. You**
11 **know, you can't leave port with an AED that has dead**
12 **batteries. You can't leave port without the**
13 **medication that you require if you have somebody**
14 **diabetic on board, because you never know. You**
15 **can't leave port not knowing where you're going**
16 **without antimalarials on board. So that vessel is**
17 **not fit for purpose. She doesn't have the required**
18 equipment, poturrence (phonetic) is what you call
19 it, to have a successful voyage.
20   Q   So is the language that is used by masters
21 and people in your arena, in the maritime arena, is
22 whether a ship is seaworthy or unseaworthy?
23       MR. BROWN:  Form; vague; leading.
24   Q   Excuse me, sir? Captain Perlstein?
25   A   **There are many things, many things can**

114

1  **render a vessel unseaworthy.**
2    Q   Okay. You are familiar with that term as
3  it's used in the maritime world?
4    A   Yes, sir.
5    Q   If this ship, if the Stargate left the
6  port of Savannah, Savannah, Georgia, without the
7  proper malaria medication, was that ship seaworthy
8  or unseaworthy?
9        MR. BROWN:  Form.
10   A   **That vessel was -- that vessel was**
11 **unseaworthy.**
12   Q   If the ship left the Savannah port,
13 Savannah, Georgia port without its medicine chest,
14 would that ship be seaworthy or unseaworthy?
15       MR. BROWN:  Form.
16   A   **The ship would be unseaworthy.**
17   Q   Do you have any evidence or have you seen
18 any evidence on paper that Mr. Kholkar was provided
19 with malaria medication any time between March 19th
20 and May 27, yes or no?
21   A   **No, sir.**
22   Q   Can you explain based on the record
23 evidence that you have reviewed in this case if the
24 ship had adequate malaria medication for its crew,
25 including Mr. Kholkar, why Mr. Kholkar would not be

115

1  provided with malaria medication?
2        MR. BROWN:  Object to the form.
3    A   **They failed in their duty of care, or I**
4  **believe they failed to have the medication on board,**
5  **so as such, they could not offer it to the crew.**
6    Q   Have you seen the emails from -- from the
7  Stargate to the Princeton Pharmacy where they're
8  indicating as of May 12, 2017 that they did not
9  receive the medicine chest before leaving Savannah,
10 Georgia?
11       MR. BROWN:  Object to form; calls for
12 undisclosed opinion testimony, and I will move to
13 strike.
14   Q   Yes or no, sir?
15   A   **Yes, sir.**
16   Q   Sitting here today, based on what you know
17 and the subsequent emails that we received from EPS
18 Singapore's lawyers, did it appear that the ship,
19 the Stargate, had a medicine chest when it left
20 Savannah, Georgia in April of 2017?
21       MR. BROWN:  Object to the form; calls
22 for -- Captain, please let me state my objections
23 before you answer.
24       Object to the form; calls for undisclosed
25 matters. I will move to strike.

116

1    Q   Go ahead, Captain. Go ahead.
2    A   **Repeat the question, counselor. I'm**
3  **sorry.**
4        MR. SOTOLONGO:  Madam Court Reporter, read
5  the question back, please.
6        (The following is read by the Court
7  Stenographer:
8        "QUESTION:  Sitting here today, based on
9  what you know and the subsequent emails that we
10 received from EPS Singapore's lawyers, did it appear
11 that the ship, the Stargate, had a medicine chest
12 when it left Savannah, Georgia in April of 2017?")
13   A   **Not adequate, no, sir.**
14   Q   Did it -- based on the information that we
15 have in the emails, does it appear that the ship
16 left Savannah, Georgia without a medicine chest; yes
17 or no?
18       MR. BROWN:  Object to form; improper
19 disclosure. Move to strike.
20   A   **Yes, sir.**
21   Q   In your report -- give me one sec.
22       Captain, if we turn to page 4 of your
23 report, halfway down the page you indicate -- or
24 your report indicates that ships are required to
25 carry a ship's medicine chest in accordance with the

117

1  requirements of, and then you list International
2  Labour Organization, the Maritime Labour Convention,
3  the requirements of the flag state, and the Republic
4  of Liberia; right?
5  **A  Correct, sir.**
6      Q   And that's based on your 40 years of
7  experience as a merchant maritime officer, that's
8  your understanding.  Is that correct?
9  **A   Yes, sir.  And my relationship with the**
10 **Republic of Liberia as a surveyor.**
11     Q   Okay.  You also indicate on page -- on
12 page 7 of your report, if we go to paragraph 3, the
13 last sentence, "The medical inventory dated 22nd of
14 May 2017 reflects the same medications and
15 quantities as the medical inventory dated 11th March
16 2017."  Did I read that correct?
17 **A   Yes.**
18     Q   Why are you making a -- why do you mention
19 that in your report?
20 **A   Because if they had the medicine on board,**
21 **they would have issued it.  They issued it for the**
22 **voyage to Ivory Coast and documentation to support**
23 **that.  But they have no documentation to support**
24 **that Mr. Kholkar or anyone received any medication**
25 **to an equatorial country such as Gabon.**

118

1      Q   All right.  Excuse me?  All right.
2          You also indicate on -- you also indicate
3  towards the bottom of that -- of that page "In the
4  first email dated May 26, 2017 from Captain to
5  Maggie Yuan Fang at EPS Shipping."  Do you see that?
6  **A   Yes, sir.**
7      Q   And what is -- according to that email,
8  what was the captain advising?
9  **A   That he had been, Mr. Kholkar, had been**
10 **claiming already of four to five days headache,**
11 **diffused pain over his entire body.  For the said**
12 **period he took different flu medications from his**
13 **personal stock and paracetamol and antibiotics from**
14 **ship stock.**
15     Q   Okay.  Did it appear from your review of
16 the evidence that we have in this case, that between
17 those four to five days up to May 26th of 2017,
18 Mr. Kholkar was sick and declining?
19 **A   Yes, sir.**
20     Q   And when I say "declining," I mean
21 worsening in his medical condition?
22 **A   Yes, sir.**
23     Q   In fact, you indicate on the bottom -- on
24 the bottom, last sentence, "Furthermore, the ship
25 was at the pier in Rio de Janeiro with no effort

119

1  made to send Mr. Kholkar to a doctor or a hospital
2  in spite of his declining condition."  Did I read
3  that correct?
4  **A   Yes, sir.**
5      Q   Do you know, as you sit here today, that
6  when Mr. Kholkar was taken off the ship on May 27th,
7  he required the assistance of two people because he
8  could not walk?
9  **A   Yes, sir.**
10         MR. BROWN:  Form; leading.
11     Q   Excuse me, Captain?
12 **A   Yes, I'm aware of that.**
13     Q   Okay.  Is that stated in one of the emails
14 that you received when that was subsequently
15 provided to you?
16 **A   That's from the master to Eastern Pacific,**
17 **might have been the SOF, but, yeah, it was one of**
18 **his follow-up emails when he was answering the**
19 **questions.**
20     Q   Okay.  You were also asked -- let's turn
21 to page 8 of your report.  You were asked questions
22 about your -- that you were suspect of the omissions
23 that were missing from the official logbook and
24 entries according to the Liberian Maritime
25 regulation.  Do you remember that line of questions?

120

1  **A   Yes, sir.**
2      Q   But in that -- on page 8 -- I need you to
3  follow me, Captain, on your report, please.
4  **A   Yes, I'm on 8.**
5      Q   On page 8 of your report on paragraph 2
6  you also talk about the omissions of the deck log;
7  right?
8  **A   Yes, sir.**
9      Q   So you were not just talking about the
10 official log.  You also had suspicions and
11 criticisms of the actual deck log on the actual
12 ship.  And you did have a copy of a deck log; right?
13 **A   Yes, sir.**
14     Q   And what is it that you're indicating
15 about the deck log?  What was it?  That it was
16 incomplete?  What was your criticism?
17 **A   It was sloppy; you couldn't read half of**
18 **it.  There is no entry for arrival.  Arrival is an**
19 **end of a voyage, so that's very significant.**
20 **There's no entry between 0400 when the ship is at**
21 **anchor and 1200 when the ship is pier side.  There's**
22 **no first line.  There's no off last, also a very**
23 **significant part of your voyage.  That's the harbor**
24 **part of your voyage.  There's no finish with**
25 **engines.  There's no free pratique.  There's no**

121

1  notice of readiness tendered; that is, the ship is
2  ready in all respects to work cargo. And as I
3  stated, deck log entries are incomplete and
4  illegible. You can't read them.
5     Q   Okay.
6     A   Also, there is no --
7     Q   And that was in reference to the deck log
8  -- I'm sorry. What were you saying?
9     A   And there's no remark of Mr. Kholkar at
10 any time.
11    Q   Okay. And those things are -- is standard
12 practice to have that information included in a deck
13 log? Yes or no?
14    A   It's required.
15    Q   Okay. Do you believe, based on the
16 information that you've been provided and based on
17 your report, what you reported in your report, do
18 you believe that Mr. Kholkar was provided with
19 prompt, proper and adequate medical care after he
20 became sick aboard the Stargate?
21       MR. BROWN:  Form.
22    A   No, sir.
23    Q   Okay. And explain to us why not.
24       MR. BROWN:  Form; calls for undisclosed
25 matters. Will move to strike.

122

1     Q   Go ahead, sir. It's in your report. You
2  can refer -- you can reference your report if you
3  would like, or you can tell me based on your memory.
4     A   Well, start off with the medical log.
5  There's nothing that's audible and verifiable from
6  the medical log, there's nothing that addresses
7  Mr. Kholkar having received any medication. But
8  while they're inadequate and profoundly wrong, there
9  is medical log entries for going to Abidjan. There
10 is no record of him being issued any medication and
11 that's wrong. There's no record of him being tended
12 to at any time whatsoever.
13       If you look at the last couple of days of
14 the deck log, he's not on the log as a watchkeeper.
15 So I read that as he was too sick to even walk
16 around the deck.
17    Q   Let's do this. I want you to turn to page
18 9 of your report.
19    A   Yes, sir.
20    Q   I want to make sure there's no issues
21 later on that you addressed these opinions in your
22 report.
23       I want you to go to page 9, middle of the
24 page it starts with "The captain and second mate had
25 failed to respond to Mr. Kholkar's repeated requests

123

1  for medical care." Did I -- do you see that?
2     A   Yes, sir.
3     Q   "It became apparent that Mr. Kholkar's
4  condition was rapidly deteriorating." Right?
5     A   Yes, sir.
6     Q   And then you have three bullet points
7  under that. Read those for us, please.
8     A   Yes, sir. Address them?
9     Q   Read them into the record what you
10 reported there.
11    A   "The captain failed to seek medical advice
12 or to send Mr. Kholkar ashore to a hospital
13 promptly." The ship was at anchor, right.
14    Q   Okay. The next one.
15    A   You have a man who needs medical care.
16 It's inexcusable not to contact an agent and have
17 him picked up at the pier and taken to a doctor, or,
18 unfortunately, as it turned out, to be a hospital.
19 Again, he could have picked up the phone and called
20 the telemedical care provider, as is required by the
21 Maritime Labour Convention, and done a diagnosis
22 with a doctor. He could have referred to the ship's
23 master's medical guide, which addresses the fact if
24 you're coming from a malarial country and an
25 individual has a high temperature, I believe it was

124

1  above 1 -- well, 37 something Celsius and he had a
2  degree higher than that, you must suspect malaria.
3  Nobody did that. Nobody was aware of it. So
4  Mr. Kholkar continued to languish and get worse.
5     Q   Second bullet point.
6     A   Emails that state that the captain --
7  well, in his conversation with Mr. Kholkar on the
8  26th he told him that he had contacted EPS the day
9  before and that he was awaiting word on sending him
10 to a doctor. That email didn't happen until the
11 26th.
12       But going back to the master having the
13 ultimate authority, it's unconscionable. That's an
14 easy decision that should have been made. You don't
15 have to wait for your company to tell you to take
16 care of a sick individual. You get them to medical
17 care that's required. If it costs you a launch
18 right, it costs you a launch right. But the man
19 should have sent to the doctor as soon as the
20 gangway was down.
21    Q   All right. Read the next of those points.
22 I just want to get those points into the record.
23    A   Number 3, "The notation to Eastern Pacific
24 Shipping and the request to send Mr. Kholkar to a
25 doctor came two days after he was aware of the

125

1  seriousness of Mr. Kholkar's condition and his
2  request for shoreside medical care." And --
3      Q   There's also an email on May 26th that I
4  think you referenced earlier where the captain is
5  saying that Kholkar had reported to him four or five
6  days already of feeling sick; right?
7      A   Yes, sir.
8      Q   All right. Let's turn to page 10 of your
9  report, paragraph -- that first paragraph there,
10  "The second mate," can you read that into the
11  record?
12     A   Yes, sir. "The second mate who served as
13  medical officer, Captain Ivanoschi of the Motor
14  Vessel Stargate, and the management of Eastern
15  Pacific Shipping failed to promptly give Mr. Kholkar
16  the medical care he so desperately needed. Their
17  failure to promptly respond to the medical distress
18  of an ill seaman is negligent" --
19     Q   All right. You can skip the next word.
20     A   All right. "And in violation of the
21  Republic of Liberia Maritime regulations and
22  international codes and conventions."
23     Q   All right. And then the last paragraph
24  towards the bottom -- actually, above the last
25  paragraph, it starts "Under maritime law"?

126

1      A   "Under maritime law, the vessel's owner
2  must provide a sick or injured seaman with prompt
3  and adequate medical care, since delays in getting
4  the proper treatment could make the seaman's
5  condition worse."
6      Q   All right. Stop right there. Did it
7  appear to you based on the evidence that we have
8  here and your review, that Mr. Kholkar's medical
9  condition was getting worse while he was on the
10  ship?
11         MR. BROWN:  Form.
12     Q   Excuse me?
13     A   Yes, sir, it did.
14     Q   Okay. And I think the last sentence there
15  says, "Ship owners and management companies are
16  negligent in this duty, either by providing
17  substandard medical treatment or unreasonably
18  delaying access to effective treatment."
19         Did I read that correct?
20     A   That is correct, counselor.
21     Q   All right. And then you say on the last
22  sentence, "The ship master failed to exercise
23  reasonable care to ensure that prophylactic
24  antimalarial drugs were made available for the
25  ship's crew, including Mr. Kholkar." Is that your

127

1  opinion?
2      A   Yes, sir.
3      Q   All right. And is it also your opinion
4  that that ship -- do you have an opinion as to
5  whether this ship was seaworthy or unseaworthy?
6      A   The ship was unseaworthy.
7      Q   And your opinion is based on what?
8      A   The fact that she didn't have the required
9  antimalarial medications on board supported by the
10  requisition and emails back and forth between the
11  ship's masters.
12     Q   Okay. And do you have any --
13         MR. BROWN:  I'll move to strike.
14     Q   Do you have an opinion as to whether the
15  master and the second officer failed to exercise
16  reasonable care to ensure that prophylactic
17  antimalarial drugs were made available for the ship,
18  including Mr. Kholkar; yes or no?
19         MR. BROWN:  Form; leading, undisclosed
20  basis. Will move to strike.
21     Q   Go ahead, sir.
22     A   Yes, sir. Yes.
23     Q   Okay. You indicate on page -- just so we
24  have it on the record, you indicate on page 10 the
25  ship's master failed to exercise reasonable care to

128

1  ensure the prophylactic antimalarial drugs were made
2  available for this ship's crew, including
3  Mr. Kholkar. That's your opinion in your report;
4  right?
5      A   Yes, sir.
6      Q   And then you also have on page 11, can you
7  read into the record the first paragraph on top?
8      A   Page, sir?
9      Q   Page 11.
10     A   "Eastern Pacific Shipping, through the
11  negligence and malfeasance of the master of the M/V
12  Stargate and the assigned second mate/medical
13  officer breached the general maritime duty to
14  provide seaworthy vessel and a safe place to work
15  for Mr. Kholkar."
16     Q   All right. Give me one second.
17         I'm going to pull up an email. Go ahead
18  and take your time, look at this email, and then I'm
19  going to ask you some questions about it. Okay?
20     A   Yes, sir.
21     Q   Captain, just for the record, we received
22  this -- this information and these emails from EPS
23  Singapore on or about August 12th of this year.
24  Okay?
25     A   Okay.

129

1    Q    So just to put this in context.
2        Now, according to this email that we have
3  on there, can you -- can you read the date on the
4  top and who is it from?
5        MR. BROWN:  I'm going to object to this
6  exhibit.
7    A    It's from the ship Stargate.
8    Q    All right.  You've seen this email before
9  today; right?
10   A    Yes, sir, I have.
11   Q    Okay.  May 12th, Friday, May 12th, 2017
12 Mr. Kholkar was on the Stargate.  Is that an
13 accurate statement?
14   A    Yes, sir.
15   Q    And we know he was on the Stargate up
16 until May 27th; right?
17   A    Yes, sir.
18   Q    And we know he was on the Stargate when
19 the Stargate left Savannah, Georgia in April?
20   A    Yes, sir.
21   Q    All right.  Who is this email from?
22   A    This is from the ship Stargate.
23   Q    And who is it to?
24   A    It's to Daisy Ji at EP Shipping.
25   Q    And also to who else?

130

1    A    And also copied sales at Princeton SG,
2  Singapore.
3    Q    Who is Princeton according to what was
4  discussed earlier with the EPS lawyer?
5    A    Princeton provides the equipment to renew
6  the medical chest.
7    Q    Okay.  And what is the subject?
8    A    They're discussing the --
9    Q    No.  No.  What's the subject?  Next to the
10 subject.  It says "From," "To," "CC" and then
11 "Subject."  What's the subject?
12   A    "Stargate medical chest."
13   Q    Okay.  And the date?
14   A    May 12th, 2017.
15   Q    All right.  The ship left Gabon May 11th,
16 2017; correct?
17   A    Yes, sir.
18   Q    So this would be one day after the ship
19 left Gabon; right?
20   A    Yes, sir.
21   Q    Can you tell -- can you read for us what
22 it says, the narrative?
23   A    "Please be advised we are talking about
24 the medicines which have to be delivered on board
25 for the year of 2017 which were supposed to be

131

1  received on board in Savannah."
2    Q    Okay.  So it says the medicines, "we are
3  talking about the medicines which have to be
4  delivered on board for the year 2017."  Right?
5    A    Yes, sir.
6    Q    What does that indicate to you when it
7  says for the year 2017?
8        MR. BROWN:  Form; not disclosed.
9    Q    Go ahead, sir.
10   A    We're talking about medications that have
11 to be renewed based on their expiration.
12   Q    Okay.  And for the year of 2017 what would
13 that indicate?  How long are the certificates issued
14 for?
15   A    One year.
16   Q    Okay.  What would this indicate if it's
17 talking about the medicines which have to be
18 delivered on board for the year of 2017?
19   A    Medicines that are coming to their expiry.
20   Q    How about -- all right.  How about the
21 medicines, how about the fact they were supposed to
22 be received on board in Savannah USA?
23       MR. BROWN:  Form.
24   A    No, it doesn't address that.
25   Q    It says right there, sir, "which were

132

1  supposed to be received on board in Savannah,
2  Georgia."  Doesn't it say that?
3    A    Yes, sir, it does.
4    Q    Okay.  So according to this email, it
5  appears that they were supposed to receive, medicine
6  was supposed to be delivered on board for the year
7  2017, and they were not received in Savannah,
8  Georgia; right?
9    A    Yes, sir.
10       MR. SOTOLONGO:  All right.  I'm going to
11 mark this as Plaintiff's -- as Plaintiff's 1.
12       (Plaintiff Exhibit 1 marked for
13 identification.)
14   Q    All right.  Let's look at another set of
15 emails.
16   A    Yes, sir.
17   Q    All right.  Have you seen this email?
18   A    Yes, sir.  PPE from Durasafe, same as
19 medicines, yes, sir, I have received that -- have
20 seen that.
21   Q    All right.  Who is it from?
22   A    It is from the ship Stargate.
23   Q    Okay.  And it's to?
24   A    Daisy Ji.
25   Q    EPS Shipping?

133

1    A   Yes, sir.
2    Q   All right. And what does it say there in
3 the narrative?
4    **A   That personal protective equipment from**
5 **Durasafe, which was supposed to be delivered at**
6 **Savannah USA, have not been received on board same**
7 **as medicines.**
8    Q   Okay. Who is this email coming from?
9 Who's at the bottom of it?
10   **A   Regards, Captain Nicolae, it's from the**
11 **master of the Stargate.**
12   Q   Okay. So according to this, the master,
13 the master, the captain, knew as of May 12th that
14 they had not received the medicines, right, that
15 were supposed to be delivered in Savannah USA;
16 correct?
17       MR. BROWN: Form; vague and leading.
18   **A   Yes, sir.**
19   Q   That's what this email indicates; right?
20   **A   Yes, sir.**
21       MR. BROWN: Same objection.
22   Q   All right. Let's go to the bottom. Yeah,
23 right there. Another email. Sir, who is this email
24 from? What's the date of this email?
25   **A   May 12th, 2017.**

134

1    Q   Who is it from?
2    **A   It's from Daisy Ji.**
3    Q   With?
4    **A   Sir?**
5    Q   She's with EPS Shipping, according to
6 what's in parentheses; right?
7    **A   Yes, EP Shipping, yes, sir.**
8    Q   All right. And then if we look towards
9 the bottom, it says, "Reference below items, please
10 find office remarks." Do you see that?
11   **A   Yes, sir.**
12   Q   Okay. Towards the bottom this says --
13 towards the bottom, what does it say there?
14 Medicine chest, checking with supplier; correct?
15   **A   Yes.**
16   Q   What does that indicate to you?
17   **A   Hasn't been sent.**
18   Q   All right. Let's go to the next email of
19 May 12th at 1:35 p.m. Who is this email from?
20   **A   From the ship Stargate.**
21   Q   And to who?
22   **A   Wayne Lai Wei Yuan.**
23   Q   You remember EPS counsel telling us
24 earlier that Wayne is from EPS; correct?
25   **A   Yes, sir.**

135

1    Q   All right. And what does it say as far as
2 spares not stated below but needed? Can you take
3 him to spares not stated below but needed? Do you
4 see that, spares not stated below but needed, what
5 does that indicate to you?
6    **A   That they need these spare parts and also**
7 **address that they need the medicine chest.**
8    Q   Okay. So it appears that they were
9 missing a cooling pump, a life boat battery charger,
10 boiler suits and safety shoes and the medicine
11 chest; right?
12       MR. BROWN: Form; leading.
13   **A   Correct.**
14   Q   And then it says, "All above would be
15 appreciated if are delivered to Rio de Janeiro ETA
16 5/22/2017." Did I read that correct?
17   **A   Yes, sir.**
18       MR. SOTOLONGO: All right. I'm going to
19 mark this email as Plaintiff's number 2.
20       (Plaintiff Exhibit 2 marked for
21 identification.)
22   Q   Based on this email, sir, Captain, does it
23 appear that the Stargate had a medicine chest on
24 board as of May 12th, 2017?
25       MR. BROWN: Form; improper disclosure.

136

1 Move to strike.
2    **A   No.**
3    Q   The answer was no, sir?
4       If the Stargate did not have a medicine
5 chest on board as of May 12th, was that ship
6 seaworthy or unseaworthy?
7       MR. BROWN: Form.
8    **A   Unseaworthy.**
9    Q   Okay. Does a ship become unseaworthy also
10 if the medical certificate expires?
11       MR. BROWN: Form.
12   **A   Yes. Yes.**
13   Q   Is a ship supposed to be sailing without a
14 valid medical certificate?
15   **A   No, sir.**
16   Q   Okay. Why not?
17   **A   Because the medical certificate, at least**
18 **at the time it's issued, attests to the fact that**
19 **the ship meets the requirements of having a fully**
20 **stocked medicine chest.**
21   Q   Okay. Let's go ahead and look at some
22 other emails that we also received, okay, from EPS
23 Singapore. Let's start with -- I just need you to
24 follow me, Captain Perlstein. I know you have these
25 emails. Just follow me.

137

1    A   Yes, sir.
2    Q   All right.  This is another email dated --
3  can you make it a little bigger -- dated January --
4  actually dated February 1st.  Do you see that?
5  Dated February 1st, 2017?
6    A   Yes, sir.
7    Q   All right.  And who is it from?
8    A   It is from the Seagate -- sorry, Stargate.
9    Q   To?
10   A   To Mr. Wayne Lai Wei Yuan.
11   Q   All right.  What is -- what is the
12 subject?
13   A   "Stargate - Reminder - Medical Chest
14 Certificate."
15   Q   All right.  So now we're talking about the
16 actual certificate, right, not the medicine chest,
17 the actual certificate; right?
18   A   Yes.
19   Q   And it's to EPS from Stargate, "Dear
20 Wayne," that is the EPS person that you guys talked
21 about before, and what is it saying?
22   A   Reminder that the medical chest
23 certificate will be expired on March 10th, 2017.
24   Q   Okay.  And then it says, Please find
25 attached medical inventory as of 1/31/2017; right?

138

1    A   Correct.
2    Q   Okay.  How often are these medical
3  certificates supposed to be renewed?
4    A   Renewed annually.
5    Q   Annually, okay.
6        So let's go to another email, March 17th.
7  All right.  Go down to the bottom.  So we just
8  looked at the email from February 1st, 2017
9  reminding that the medical chest would be expired on
10 March 10th, 2017; correct?
11   A   Yes, sir.  Correct.
12   Q   And then we go to the top and this is
13 another email from Stargate to Wayne; right?
14   A   Yes, sir.
15   Q   And the subject is "Stargate - Reminder -
16 Medical Chest Certificate"?
17   A   Yes, sir, correct.
18   Q   From EPS to Stargate, "Dear Wayne, Kindly
19 be reminded that medical chest certificate expired
20 on March 10, 2017.  Please find attached medical
21 inventory as of March 11, 2017."  Another medical
22 inventory, right, now dated in March; right?
23   A   Yes, sir.
24   Q   "Kindly advise that VSL need to raise
25 requisition for Savannah or it will be arranged by

139

1  you."  Did I read that correct?
2    A   Yes, sir, correct.
3    Q   The ship had not gone to Savannah, Georgia
4  yet; right?
5    A   Correct.
6    Q   Do you know where the ship was, more or
7  less, between March 10th and March 17th when they're
8  indicating that this is this medical chest
9  certificate has expired?
10   A   I can find it if you wish.  I mean, I have
11 my timeline.
12   Q   While you're looking for that, according
13 to this email, as of March 17th, the ship had an
14 expired medical chest certificate; correct?
15   A   Yes, sir.
16   Q   And according to this email, the medical
17 chest certificate had expired on March 10th, 2017.
18 We're on March 17th, so it had expired seven days
19 prior; right?
20   A   Yes, sir, that's correct.
21   Q   And according to this email, as of March
22 17th, this ship was sailing or it was docked
23 somewhere with an expired medical chest certificate;
24 correct?
25       MR. BROWN:  Form; leading.

140

1    A   That's correct.  This is March 11th --
2    Q   Based -- sir, based on this email of March
3  17, 2017, was the Stargate operating with an expired
4  medical chest certificate?
5    A   Yes, sir, it was.
6    Q   Does having an expired medical chest
7  certificate render a ship unseaworthy?
8        MR. BROWN:  Form.
9    A   Yes, sir, it does.
10   Q   All right.  Let's go to the next one.
11   A   All right.  I had it (indiscernible).
12       MR. BROWN:  Can we get that on the record?
13       MR. SOTOLONGO:  Get what on the record?
14       MR. BROWN:  The witness just spoke.  I
15 only heard half of it.
16   Q   Captain, do not speak while you're looking
17 for something because the court reporter has to take
18 down everything you say.  If you don't find that
19 timeline --
20   A   I have to worry about it later, yes, sir.
21   Q   Yes, sir.
22       MR. SOTOLONGO:  Madam Court Reporter, I
23 forgot to mark that last exhibit, that last email as
24 an exhibit, so I'll mark it as number 3.
25       (Plaintiff Exhibit 3 marked for

141

1 identification.)
2      MR. SOTOLONGO: That's I believe we're up
3 to number 3.
4    Q   All right. Let's go to -- I think you
5 looked at this email with Tom earlier, the lawyer
6 for EPS. This is from Yu Fhay to Wayne from EPS,
7 Subject: Quote for Stargate. Did I read that
8 correct?
9    A   Yes, sir.
10    Q   And the date is Monday, March 20th, 2017
11 at 4:17 a.m.; right?
12    A   Yes, sir.
13    Q   And it says, "Hi, Wayne, We are pleased to
14 forward our quotation for your kind consideration.
15 Thank you. Items quoted are those required to
16 replenish on board vessel." Did I read that
17 correct?
18    A   Yes, sir, you did.
19    Q   All right. And then if we go down, this
20 is the email that has the list that was discussed
21 with you earlier today that it said medical chest
22 certificate would be issued upon this order
23 confirmation. Do you remember that?
24    A   Yes, sir, I do.
25    Q   Okay. Remember we looked at an email

142

1 earlier that said that the supplies for the year
2 2017 had not been delivered, do you remember?
3    A   Yes, sir, I do.
4    Q   To Savannah, Georgia. This -- according
5 to this list, it's a quotation, it's a quotation for
6 approximately 62 items; correct?
7    A   Yes, sir.
8    Q   All right. And it includes everything
9 from aspirin, to adrenaline injections, to malaria
10 medication, to medical alcohol, to Glucagen
11 injection, hydrocortisone, lignocaine, miconazole, I
12 mean, benzyl benzoate application, it includes all
13 types of different medications, oxygen mask and
14 reservoir air bags; right?
15      MR. BROWN: Form; leading.
16    A   Um-hmm. Yes, sir, I see those.
17    Q   Safety pins, suture strips. I mean,
18 sterile wooden tongue depressors. I mean, it
19 appears that what they're doing is restocking the
20 medicine chest for 2017 according to this inventory.
21 Is that what it appears like to you?
22    A   That's my opinion, yes, sir.
23    Q   Okay. And the quote is $896.64. Do you
24 see that, $896.64?
25    A   Yes, sir.

143

1    Q   And it indicates at the very top the
2 "Medical chest certificate will be issued upon this
3 order confirmation." What does that indicate to
4 you?
5    A   It means that they will issue the
6 certificate when payment is made, but I see nowhere
7 that it indicates that the drugs will be shipped or
8 that the drugs have been received.
9    Q   I understand. But basically from what
10 that says, "Medical chest certificate will be issued
11 upon this order confirmation," what does that
12 indicate to you? That's all I'm asking you.
13    A   That they will issue a certificate upon
14 confirmation of the order.
15    Q   Right.
16      MR. SOTOLONGO: I'm going to mark this
17 March 20th email as plaintiff's 4.
18      (Plaintiff Exhibit 4 marked for
19 identification.)
20    Q   And then let's look at an email dated
21 March 21st --
22      MR. BROWN: Hey, Richard, I don't mean to
23 interrupt you. This is a housekeeping point. I
24 think you had the email and then the spreadsheet
25 that went with it which I looked at earlier, but

144

1 those were two separate documents as you called them
2 up. Is that your composite Plaintiff 4?
3      MR. SOTOLONGO: 4, yes.
4      MR. BROWN: Perfect. Thank you. I said
5 "Richard" I think. I apologize. I meant to refer
6 to you, Peter.
7      MR. SOTOLONGO: That's okay. I know who
8 you mean.
9 BY MR. SOTOLONGO:
10    Q   March 21st is the last email I'm going to
11 look at in this.
12    A   Okay.
13    Q   From Wayne to Stargate; right?
14    A   Yes, sir.
15    Q   And it says the subject is "Stargate -
16 Reminder - Medical Chest Certificate." Right?
17    A   Yes, sir.
18    Q   All right. And it says, "Please find
19 attached renewed medical certificate," and that's
20 March 21st, 2017; right?
21    A   Yes, sir.
22    Q   If the prior medical certificate was
23 issued March 10th, 2016, it would have expired March
24 10th, 2017; correct?
25    A   Yes, sir.

145

1    Q    And if it expired on March 10th, 2017 and
2  this one was issued on March 21, that means that the
3  Stargate was operating without a valid medical chest
4  certificate for approximately 11 days.  Isn't that
5  accurate?
6    A    Yes, sir, that's correct.
7    Q    Between March 10th and March 21st of 2017;
8  right?
9    A    Yes.
10    Q    My timeline indicate --
11        MR. SOTOLONGO:  You can take that down.
12  We're going to mark this as Plaintiff's 5, that last
13  email as Plaintiff's 5.  What was the date on it?
14  March 21.
15        (Plaintiff Exhibit 5 marked for
16  identification.)
17    Q    My timeline indicates that this ship was
18  between New Amsterdam and Savannah, Georgia in March
19  of 2017.  Does that sound correct to you?
20    A    Yes, sir.
21    Q    Okay.  So if the ship was sailing at that
22  time with an expired medical chest certificate, that
23  ship was sailing unseaworthy?
24        MR. BROWN:  Form.
25    A    Yes, sir.

146

1    Q    If that ship was sailing with an expired
2  medical certificate, was that ship seaworthy or
3  unseaworthy, Captain?
4        MR. BROWN:  Form.
5    A    Unseaworthy.
6    Q    All right.
7        MR. SOTOLONGO:  Those are all the
8  questions I have for you today.  Thank you, Captain.
9        MR. BROWN:  Captain, I have a few
10  follow-up questions.
11        FURTHER EXAMINATION
12  BY MR. BROWN:
13    Q    When did you receive the emails that
14  you've looked at, plaintiff's Exhibits 1, 2, 3, 4
15  and 5?
16    A    I can't put my finger on it.  I don't know
17  off the top of my head, counselor.
18    Q    Would it be fair to say you've had them
19  for several weeks?
20    A    You want to show me those exhibits so I
21  can speak intelligently, sure.
22    Q    I don't have them.  Mr. Sotolongo's
23  firm --
24    A    The emails, those emails --
25        MR. SOTOLONGO:  Captain, Captain, Captain,

147

1  Captain, this is not a conversation.  This is a
2  process.  You've got to let him finish his question,
3  see what he's asking you, and then you answer.
4        THE WITNESS:  Yes, sir.
5  BY MR. BROWN:
6    Q    Yes.  So, Captain, let me try again.  Just
7  thinking about the emails that Mr. Sotolongo showed
8  you on the screen, approximate for me when you saw
9  those for the first time.
10    A    Again, perhaps a couple months ago.
11    Q    You had discussed a paragraph --
12        MR. SOTOLONGO:  I move -- objection.  I
13  move to strike as incorrect.
14    A    Okay.  I don't know off the top of my
15  head, counselor.
16        MR. BROWN:  You know what, Richard --
17        MR. SOTOLONGO:  Captain, don't be
18  guessing, sir.  If you don't know the answer to
19  something, there is some way to find out, don't
20  guess.
21    Q    Captain, I'm going to be very particular
22  in my words.  In your best estimate, have you had
23  those emails for at least a few weeks?
24    A    I don't know.
25    Q    Okay.  And how would you find out the

148

1  answer to that?
2    A    I would have to go home and search my
3  email log.
4        MR. BROWN:  Okay.  Richard -- sorry, Peter
5  -- shame on me -- I don't want to keep this open for
6  that.  Can we agree he's had them for more than a
7  week?
8        MR. SOTOLONGO:  I don't know.  But I can
9  give you the date.  I don't mind giving you the
10  date.
11        MR. BROWN:  That would be great.  We'll
12  just flag that for later.  Thank you.
13  BY MR. BROWN:
14    Q    Captain Perlstein, you discussed with
15  Mr. Sotolongo a portion of your report, a paragraph
16  that started with "Under maritime law."  Do you
17  recall that?
18    A    Yes, sir.
19    Q    Are you a maritime lawyer?
20    A    No.
21    Q    I'm going to show you the -- what I had
22  marked as defense Exhibit 11, the last ports of call
23  for this ship.  Do you see that on the screen?
24    A    I do.
25    Q    Mr. Sotolongo was asking you about where

149

1  the ship was located during this period of expiry or
2  possible expiry of the medical chest between March
3  10th and March 21st, 2017.
4      Looking at Exhibit 11, can you tell me
5  where the ship was in that period of time?
6      A  So Abidjan, or underway Abidjan to New
7  Amsterdam.
8      Q  And then the ship left New Amsterdam after
9  loading cargo on March 26th, 2017; correct, sir?
10     A  Yeah, correct.
11     Q  So the new certificate dated March 21st,
12  2017 had been received prior to the ship's sailing
13  from New Amsterdam to Savannah; correct?
14     A  Or an electronic version, yes.
15     Q  Okay.  Now, you had been discussing
16  these -- the emails plaintiff's Exhibits 1 through 5
17  with Mr. Sotolongo.  I want to make sure I
18  understand correctly your testimony.
19      You've testified that the medicines coming
20  to the ship were those that were said to expire in
21  2017.  Is that correct?
22      MR. SOTOLONGO:  Form.
23     A  Yes.
24     Q  And those are the medicines you see on the
25  Princeton quotation list; correct?

150

1      MR. SOTOLONGO:  Form.
2      A  Those I take it to be the medicines
3  required to replenish the kit for the year.
4      Q  Okay.  And that's -- that's the list we
5  looked at earlier from Princeton, the long quotation
6  of 62 items; correct?
7      A  Correct.
8      Q  And one of those was an artemether
9  injection; correct?
10     A  Correct.
11     Q  And that was a medication said to expire
12  in 2017, as we already discussed; correct?
13     A  Correct.
14     Q  And that's the medical items that the ship
15  was waiting to have replenish their medical chest in
16  Savannah; correct?
17     A  I can't state that because -- I can't
18  state that.
19     Q  Why not?
20     A  Because there's an email that addresses
21  needing to update the requisition having left
22  Abidjan.
23     Q  Okay.  That's fine.  So I want to look
24  with you, sir, at your report.
25      Let me back up just one step.  You recall

151

1  speaking to Mr. Kholkar, the plaintiff, about his
2  statements of when he reported sickness to the
3  second officer and the captain; correct?
4      A  Yes, sir, I do.
5      Q  And that appears in your handwritten notes
6  of interview and that appears in your report as
7  well; correct?
8      A  Yes, sir.
9      Q  Okay.  And I'm going to show you from page
10  7 of your report, which is defense Exhibit 3, do you
11  see that on your screen?
12     A  Yes.
13     Q  So you begin page 7 by saying this
14  timeline contradicts the email of the afternoon of
15  26 May from the captain to Eastern Pacific Shipping
16  informing them of Mr. Kholkar's condition and
17  requesting their authorization to send him to a
18  doctor; correct?
19     A  Correct.
20     Q  Where do you say "this timeline," you're
21  referring to the timeline that Mr. Kholkar recalled
22  and relayed to you; correct?
23     A  No.  I'm referencing the timeline that the
24  captain said to EPS where the 26th.
25     Q  Right.  And you're saying this timeline

152

1  contradicts the email of 26 May.  Do you see that?
2      A  Yes, sir.
3      Q  This timeline that you're referring to
4  there is what Mr. Kholkar explained to you; right?
5      A  No.  It's also from the email.
6      Q  Yeah, we may be just not -- maybe aren't
7  communicating well, and I apologize for that.
8      In this sentence you're saying that the
9  timeline contradicts the email.  I'm asking you
10  what's the timeline you're referring to here?
11     A  Well, the email of the 26th, the captain
12  states again to Mr. Kholkar that he had notified EPS
13  the prior day, which would be the 25th, that of his
14  condition, and he was waiting for a response from
15  the company.  But that is the first email addressing
16  Mr. Kholkar's condition to EPS.
17     Q  Okay.  Very good.  And I think then we
18  agree that that email, being the first one ashore on
19  26th May, contradicts, to use your words, what
20  Mr. Kholkar explained to you about the captain
21  having sent emails ashore.  Is that fair?
22     A  There's a contradiction somewhere.
23     Q  And I'm just trying to put my thumb on it,
24  sir, where there are contradictions in factual
25  understandings.  Because you agree your opinion is

153

1 based on your factual understanding that Mr. Kholkar
2 had reported his illness to the officers prior to
3 May 25th; correct?
4    **A**  Yes, sir.
5    Q  And I think we agree then that that
6 understanding is in contradiction to the email from
7 May 26th where the captain says to Eastern Pacific
8 Shipping that he would like to have a doctor's
9 appointment for Mr. Kholkar; correct?
10      MR. SOTOLONGO: Form.
11    **A**  **Also somewhere in there addressing that he**
12 **had been sick for five or six days. But yes.**
13    Q  Okay. So there's a factual contradiction
14 here, and your opinions are based on accepting what
15 Mr. Kholkar told you in your interview of him;
16 correct?
17      MR. SOTOLONGO: Form.
18    **A**  **Correct.**
19    Q  Okay. Looking back at the last ports
20 list -- actually, give me one second.
21      Let me go to your interview notes, defense
22 Exhibit 4, and I'm showing your page 2 here.
23 According to your notes, this Exhibit 4 says that
24 Mr. Kholkar told you after sailing Colombia, he had
25 one dose of antimalarial; correct?

154

1    **A**  **Yes.**
2    Q  That's what he told you; correct?
3    **A**  **Correct.**
4    Q  Now, looking at Exhibit 11, the list of
5 last ports, on what date did the ship leave
6 Colombia?
7    **A**  **The 15th.**
8    Q  The 15th of April; correct, sir?
9    **A**  **April, correct, yes.**
10    Q  Mr. Kholkar told you he took one dose of
11 malarials after April 15th; correct?
12    **A**  **Yes.**
13    Q  And the March 11th, 2017 inventory
14 occurred before Mr. Kholkar and the ship left
15 Colombia; correct?
16    **A**  **May -- the May one, May 22nd.**
17    Q  Right. So we have two inventories that
18 you've looked at, the March 11th inventory; correct,
19 sir?
20    **A**  **Yes.**
21    Q  And then the May inventory; correct?
22    **A**  **Yes.**
23    Q  The ship left Colombia between those two
24 inventories, those two files; correct?
25    **A**  **Correct.**

155

1      MR. BROWN: All right. I have no other
2 questions. Thank you for your time.
3      MR. SOTOLONGO: I just have a follow-up
4 question. Keep that chart there, if you don't mind.
5      MR. BROWN: Sure.
6      FURTHER EXAMINATION
7 BY MR. SOTOLONGO:
8    Q  So we were talking about when the ship was
9 sailing with an expired medical certificate. And if
10 I'm looking at this correctly, I see the ship was in
11 Abidjan on March 10th, 2017 for redelivery. Am I
12 looking at that correct?
13    **A**  **Yes, sir.**
14    Q  And then the next port after that is New
15 Amsterdam and the date that I have there is March
16 20th, 2017. Did I get -- am I reading that correct?
17    **A**  **March -- March 20th New Amsterdam arrival.**
18    Q  March 20th; right?
19    **A**  **Yes, sir.**
20    Q  So we know that the ship had an expired
21 medical -- expired medical chest certificate between
22 March 10th and March 21; right?
23    **A**  **Yes, sir.**
24    Q  So we can assume, based on this, that this
25 ship, the Stargate, was sailing with an expired

156

1 medical certificate chest when it was on its way
2 from Abidjan to Amsterdam; right?
3    **A**  **Yes, sir.**
4    Q  According to that; correct?
5    **A**  **Yes, sir.**
6    Q  Now, the last area that I covered with you
7 is the contradiction that was being discussed.
8      Let's go to page 8 of your report to the
9 first -- to the very bottom, because I want to make
10 sure we clarify this is a -- if you were talking
11 about a contradiction between the captain's own
12 emails or a contradiction between what Mr. Kholkar
13 told you and what -- and what was reported.
14      Can you read the last paragraph, the last
15 paragraph in that page on page -- on page 7 that
16 starts "In the first email dated May 26th"? Do you
17 see that?
18    **A**  **Yes, sir.**
19    Q  Read that all the way to the -- to the
20 end.
21    **A**  **"In the first email dated 26 May 2017 from**
22 **Captain Ivanoschi to Maggie Yuan Fang EPS Shipping**
23 **states: 'Please be advised that AB Kholkar**
24 **Vishveshwar claimed four to five days already**
25 **headache and diffused pain all over his entire body.**

157

1 For the said period, he took different flu medicines
2 from his personal stock and paracetamol and
3 antibiotics from ship stock.'"
4     So "Medical SOF question number 6: 'When
5 had A/B first reported his illness.'" The captain
6 answers, "On 25 May he reported to myself a claim of
7 having a headache and diffused pain all over his
8 body.' These two statements contradict each other
9 in the timeline of Mr. Kholkar reporting his illness
10 and the medications issued. There was no remark of
11 the medical officer performing an exam on
12 Mr. Kholkar, nor concern that the ship had just come
13 from a malarial region. Furthermore, the ship was
14 at the pier in Rio de Janeiro with no effort made to
15 send Mr. Kholkar to a doctor or hospital in spite of
16 his declining condition."
17     Q   So let me ask you this. When you're --
18 when you're making a reference here, right, to the
19 contradiction, the contradiction that you're
20 actually making a reference to here is a
21 contradiction by the captain. Isn't that correct?
22     A   Yes, sir.
23     Q   And that contradiction is that in one
24 email, which is a medical SOF, which is a medical
25 sign-off questionnaire, he said he reported on the

158

1 25th. But in the other email of May 26, 2017 he
2 says that Mr. Kholkar claimed four to five days
3 already, is that were you're referencing?
4     MR. BROWN: Form; leading.
5     A   There's your contradiction, sir --
6     Q   All right. Excuse me, sir. Since there's
7 an objection to the way I asked you that question as
8 leading, tell us what you meant as far as what you
9 reported there and what contradiction you were
10 talking about.
11     A   The contradiction between the email to EPS
12 and the ship being at the pier in Rio de Janeiro and
13 his reporting his illness, captain, on the 25th of
14 May for the SOF, all right, his report to the
15 company, "He reported to myself and claimed to have
16 a headache and diffused pain all over his body,"
17 that's a statement to the company. But then their
18 only actual notification or first notification to
19 the company is his email on May 26th.
20     Q   And he says what in that email?
21     A   I have to dig it out. Excuse me.
22     Q   No. You have it in your report. Read it
23 from your report.
24     A   Well, "He reports to myself and claims of
25 having a headache and diffused pain all over his

159

1 body," that is on the 25th of May. Okay. Excuse
2 me. On the first email of the 26th of May, Captain
3 Ivanoschi to Maggie Yuan Fang EPS Shipping, states:
4 "Please be advised that A/B Kholkar claimed four to
5 five days already headache and diffused pain all
6 over his body." For the said period he took
7 different flu medications --
8     Q   That's it -- that's what I want. Is that
9 the contradiction you're referring to?
10     A   That is -- that is it, sir, yes, the
11 communications with the company.
12     Q   All right. Let me go into the last area
13 that was covered by Tom for Eastern Pacific.
14 There's some indication based on what the notes that
15 you took from Kholkar that he told you he received
16 one pill, one pill after the ship left Barranquilla,
17 I guess that's what I understood; right? Is that
18 correct?
19     A   Yes, sir.
20     Q   All right. And the ship left Barranquilla
21 in what time frame? March? April? When?
22     A   May -- again, April, end of April.
23     Q   All right. If Mr. Kholkar received
24 malaria medication even if it was one pill should
25 that have been -- should that be documented

160

1 somewhere on the ship, either in medical log, deck
2 log, anywhere?
3     A   It should be in the medical log.
4     Q   Have you seen any evidence, any evidence
5 in writing, in paper, in any medical log or any
6 documents from the ship that Mr. Kholkar was
7 provided any medication, any malaria medication
8 after March 18th, 2017?
9     A   No, sir, no documentation at all.
10     Q   Are you familiar with this document?
11     A   Yes, saw it, I've seen that.
12     Q   Okay. And let me bring up another one.
13 Are you familiar with this document?
14     A   Yes, sir.
15     Q   All right. According to this, this is an
16 antimalaria prophylaxis medicines was given to crew
17 in the following order, right, and the last date
18 here that it appears that he received any
19 medication, any malaria medication, is March 18th,
20 2017. Is that correct?
21     A   Yes, sir.
22     Q   Have you seen another form like this, an
23 antimalaria medicine log like this, or sheet,
24 indicating that Mr. Kholkar received any medication
25 whatsoever after March 18, 2017? Yes or no?

161

1    A    No.
2         MR. SOTOLONGO:  Those are all the
3    questions I have.  Thank you, Captain.
4         FURTHER EXAMINATION
5    BY MR. BROWN:
6    Q    Captain, Mr. Kholkar told you he took one
7    antimalaria pill after leaving Colombia, though;
8    correct?
9    A    That's what he said.
10   Q    Okay.  And then looking back to your
11   report, Exhibit 3, you had been discussing with
12   Mr. Sotolongo an email from Captain Ivanoschi that
13   used the words "claimed four to five days already."
14   Do you see that?
15   A    Yes.
16   Q    Okay.  You're aware that Captain Ivanoschi
17   has not testified in this case yet; correct?
18   A    Correct.
19   Q    Okay.  And the discussion you were having
20   about a contradiction, you referred to in the bottom
21   paragraph where you say "These two statements
22   contradict each other."  Correct?
23   A    These were all -- all from EPS
24   documentation.
25   Q    So the discussion you were just having

162

1    with Mr. Sotolongo was about the contradiction in
2    these two statements as set out on page 7 of your
3    report; correct?
4    A    Yes, sir.
5    Q    You and I earlier discussed the top of
6    that page you referred to a timeline contradicting
7    the email of the afternoon of 26 May.  Do you see
8    that?
9    A    Yes.
10   Q    Preceding that paragraph, we have to look
11   back a page and two pages, you had set out a
12   timeline of events as you understand them from 19
13   May through to 27 May; correct?
14   A    Yes.
15   Q    Okay.  And at the top of page 7 you were
16   referring to a contradiction you see in that
17   timeline with an email from the afternoon of May
18   26th that Captain Ivanoschi sent; correct?
19   A    Yes.
20        MR. BROWN:  I don't have any other
21   questions.
22        MR. SOTOLONGO:  I'll leave it alone for now.
23   that's all.  Thank you, Captain.  Appreciate it.
24        (Time noted: 1:27 p.m.)
25        *****

163

1         CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3         I, MONIQUE VOUTHOURIS, New Jersey License No.
4    30XI00083400, the officer before whom the foregoing
5    remote deposition was taken, do hereby certify that
6    the foregoing transcript is a true and correct
7    record of the testimony of CAPTAIN JEFFREY A.
8    PERLSTEIN; that said testimony was taken by me
9    stenographically and thereafter reduced to
10   typewriting under my direction; that reading and
11   signing was requested; and that I am neither counsel
12   for, related to, nor employed by any of the parties
13   to this case and have no interest, financial or
14   otherwise, in its outcome.
15        IN WITNESS WHEREOF, I have hereunto set my hand
16   this 20th day of September 2022.
17
18
19
20        Monique Vouthouris
21        Monique Vouthouris, CCR, RPR, CRR
22        Notary Public of the State of New Jersey
23        My commission expires: April 8, 2024
24
25

| A |
|---|

**ab**
156:23
**abidjan**
5:5, 77:13,
77:19, 78:7,
78:24, 80:7,
99:12, 99:13,
99:19, 122:9,
149:6, 150:22,
155:11, 156:2
**ability**
23:17, 23:21,
28:13, 30:4,
106:4
**able**
24:13, 34:18,
63:15, 63:19,
72:13
**aboard**
9:18, 29:4,
30:16, 31:10,
37:25, 38:17,
39:18, 40:19,
52:8, 53:18,
55:18, 62:21,
73:25, 77:7,
78:7, 78:15,
79:19, 81:4,
83:6, 83:23,
85:16, 86:3,
91:25, 92:7,
97:24, 98:25,
105:21, 107:5,
108:24, 109:15,
111:8, 121:20
**about**
19:16, 22:5,
22:13, 24:5,
25:12, 27:16,
28:11, 29:3,
30:16, 31:3,
31:6, 33:1,
33:20, 34:1,
34:5, 38:19,
41:24, 42:11,
53:1, 53:17,

53:23, 56:1,
59:13, 59:20,
61:22, 71:25,
72:1, 72:11,
80:6, 84:15,
86:2, 91:6,
92:9, 93:18,
97:17, 100:13,
101:8, 101:19,
105:7, 106:15,
107:18, 108:5,
109:10, 112:9,
112:22, 119:22,
120:6, 120:9,
120:15, 128:19,
128:23, 130:23,
131:3, 131:10,
131:17, 131:20,
131:21, 137:15,
137:21, 140:20,
147:7, 148:25,
151:1, 152:20,
155:8, 156:11,
158:10, 161:20,
162:1
**above**
124:1, 125:24,
135:14
**abroad**
21:9, 34:21
**abs**
74:24
**absolutely**
60:7, 103:18,
106:19
**accept**
104:19
**acceptance**
36:9
**accepting**
153:14
**access**
126:18
**accordance**
116:25
**according**
75:12, 75:15,
98:9, 98:18,

101:25, 105:12,
105:16, 118:7,
119:24, 129:2,
130:3, 132:4,
133:12, 134:5,
139:12, 139:16,
139:21, 142:4,
142:20, 153:23,
156:4, 160:15
**accurate**
7:25, 48:13,
69:7, 70:18,
106:25, 129:13,
145:5
**accurately**
25:16
**acronym**
75:5
**across**
87:24
**action**
1:6
**active**
8:3, 8:16
**acts**
59:19
**actual**
36:13, 120:11,
137:16, 137:17,
158:18
**actually**
13:10, 18:24,
19:24, 28:8,
37:6, 37:17,
41:4, 41:24,
69:4, 75:25,
77:6, 78:21,
79:16, 94:14,
98:13, 101:16,
109:17, 125:24,
137:4, 153:20,
157:20
**add**
25:21
**added**
61:1
**additional**
46:11, 46:22

**address**
45:11, 45:21,
46:11, 101:22,
101:23, 123:8,
131:24, 135:7
**addressed**
46:13, 50:11,
111:14, 122:21
**addresses**
51:23, 122:6,
123:23, 150:20
**addressing**
152:15, 153:11
**adequate**
49:19, 57:6,
98:25, 114:24,
116:13, 121:19,
126:3
**administered**
98:20
**adrenaline**
142:9
**advance**
12:3
**advice**
111:23, 123:11
**advise**
138:24
**advised**
130:23, 156:23,
159:4
**advising**
118:8
**aed**
113:11
**affidavits**
45:5
**affirmed**
7:4
**after**
49:7, 52:1,
52:3, 70:8,
70:21, 77:24,
91:17, 91:20,
101:3, 101:10,
112:2, 112:5,
121:19, 124:25,
130:18, 149:8,

153:24, 154:11,
155:14, 159:16,
160:8, 160:25,
161:7
**afternoon**
151:14, 162:7,
162:17
**afterwards**
101:2
**again**
27:10, 28:4,
30:20, 32:8,
32:10, 41:15,
43:22, 46:16,
46:25, 63:6,
81:1, 102:20,
123:19, 147:6,
147:10, 152:12,
159:22
**against**
30:25, 32:17,
57:23
**agency**
57:18
**agent**
123:16
**ago**
9:2, 9:23,
9:24, 23:13,
48:9, 53:5,
80:6, 80:10,
80:11, 101:5,
112:10, 147:10
**agree**
10:5, 10:25,
13:22, 13:23,
14:9, 15:9,
49:10, 52:11,
53:6, 53:22,
56:1, 73:15,
98:23, 148:6,
152:18, 152:25,
153:5
**agreement**
21:20, 59:24
**ahead**
8:12, 15:16,
48:19, 48:20,

58:20, 64:10,
90:23, 103:20,
105:7, 116:1,
122:1, 127:21,
128:17, 131:9,
136:21
**ailments**
111:13
**air**
142:14
**aker**
11:10
**alcohol**
142:10
**all**
11:11, 14:1,
17:2, 17:17,
31:22, 35:22,
36:6, 37:9,
39:3, 43:12,
43:25, 44:2,
44:9, 44:18,
45:18, 50:10,
53:17, 53:20,
53:23, 59:10,
62:18, 68:25,
80:22, 86:19,
92:18, 98:23,
100:13, 101:6,
102:3, 104:19,
106:15, 108:3,
111:7, 111:24,
112:16, 118:1,
121:2, 124:21,
125:8, 125:19,
125:20, 125:23,
126:6, 126:21,
127:3, 128:16,
129:8, 129:21,
130:15, 131:20,
132:10, 132:14,
132:17, 132:21,
133:2, 133:22,
134:8, 134:18,
135:1, 135:14,
135:18, 137:2,
137:7, 137:11,
137:15, 138:7,

140:10, 140:11,
141:4, 141:19,
142:8, 142:12,
143:12, 144:18,
146:6, 146:7,
155:1, 156:19,
156:25, 157:7,
158:6, 158:14,
158:16, 158:25,
159:5, 159:12,
159:20, 159:23,
160:9, 160:15,
161:2, 161:23,
162:23
**allow**
40:12, 48:11,
48:14
**allowed**
45:9, 57:7
**almost**
56:8, 56:13,
61:9
**alone**
162:22
**along**
79:4
**already**
16:11, 25:14,
33:13, 95:11,
118:10, 125:6,
150:12, 156:24,
158:3, 159:5,
161:13
**also**
3:20, 14:18,
15:1, 32:2,
34:9, 55:3,
65:17, 95:16,
95:22, 103:11,
106:16, 108:2,
111:2, 117:11,
118:2, 119:20,
120:6, 120:10,
120:22, 121:6,
125:3, 127:3,
128:6, 129:25,
130:1, 135:6,
136:9, 136:22,

152:5, 153:11
**ambiguous**
48:2
**amendments**
10:8, 10:12,
10:15, 39:12,
40:5
**american**
40:1, 56:22,
74:24
**amo**
33:5, 39:23,
40:1
**amsterdam**
99:19, 145:18,
149:7, 149:8,
149:13, 155:15,
155:17, 156:2
**anchor**
101:24, 120:21,
123:13
**anchored**
101:10, 101:17,
101:23, 102:1,
103:1
**anchors**
14:23
**announcing**
7:13
**annually**
138:4, 138:5
**another**
21:13, 30:15,
53:2, 87:23,
132:14, 133:23,
137:2, 138:6,
138:13, 138:21,
160:12, 160:22
**answer**
13:22, 25:16,
46:16, 50:25,
66:13, 71:13,
74:4, 79:12,
79:13, 87:21,
88:6, 115:23,
136:3, 147:3,
147:18, 148:1
**answered**
55:14, 61:5,

68:8, 79:13
**answering**
119:18
**answers**
66:16, 157:6
**antibiotics**
118:13, 157:3
**anticipating**
42:10
**antimalaria**
92:7, 160:16,
160:23, 161:7
**antimalarial**
94:11, 126:24,
127:9, 127:17,
128:1, 153:25
**antimalarials**
113:16
**any**
7:21, 7:24,
11:16, 13:4,
13:23, 14:9,
17:5, 18:19,
19:8, 20:21,
22:9, 22:19,
22:24, 24:25,
25:2, 26:22,
26:25, 27:3,
27:11, 30:3,
30:12, 32:17,
39:23, 40:4,
40:17, 40:25,
42:16, 44:5,
47:10, 47:20,
47:24, 49:3,
51:2, 55:23,
58:10, 59:15,
62:5, 63:8,
63:12, 68:16,
68:18, 69:22,
72:25, 76:19,
76:21, 77:11,
78:13, 86:5,
86:13, 87:12,
90:2, 90:18,
92:15, 96:14,
100:5, 100:21,
105:25, 107:3,

107:9, 107:15,
107:16, 111:12,
112:23, 112:24,
113:1, 114:17,
114:18, 114:19,
117:24, 121:10,
122:7, 122:10,
122:12, 127:12,
160:4, 160:5,
160:7, 160:18,
160:19, 160:24,
162:20, 163:12
**anyone**
57:24, 68:6,
68:9, 107:8,
117:24
**anyone's**
56:2, 57:1
**anything**
25:18, 25:20,
30:14, 31:3,
49:6, 59:23,
91:6, 93:18
**anywhere**
112:23, 160:2
**apologize**
57:15, 90:9,
144:5, 152:7
**apparent**
123:3
**apparently**
31:4
**appear**
65:6, 100:15,
115:18, 116:10,
116:15, 118:15,
126:7, 135:23
**appearance**
24:23
**appears**
132:5, 135:8,
142:19, 142:21,
151:5, 151:6,
160:18
**appended**
89:9
**application**
33:4, 142:12

**applied**
55:7
**applies**
26:19
**appointment**
103:8, 153:9
**appreciate**
41:3, 81:25,
162:23
**appreciated**
135:15
**appropriate**
112:25
**approved**
40:24, 85:23
**approximate**
42:8, 147:8
**approximately**
9:24, 37:25,
39:7, 80:10,
102:4, 142:6,
145:4
**approximating**
42:5
**april**
26:5, 92:24,
93:15, 115:20,
116:12, 129:19,
154:8, 154:9,
154:11, 159:21,
159:22, 163:23
**area**
26:16, 33:3,
37:13, 49:14,
49:22, 50:2,
50:6, 51:3,
103:25, 156:6,
159:12
**areas**
14:4, 14:13,
14:18
**aren't**
152:6
**arena**
113:21
**argument**
48:22
**around**
37:1, 71:16,

122:16
**arranged**
138:25
**arrangements**
15:20
**arrest**
38:21
**arrival**
94:25, 120:18,
155:17
**arrive**
95:4
**arriving**
94:16, 94:23
**artemether**
87:23, 87:24,
88:3, 90:8,
90:13, 91:3,
91:6, 91:10,
91:25, 150:8
**ashore**
70:4, 100:3,
103:7, 110:8,
110:21, 123:12,
152:18, 152:21
**asked**
13:3, 24:5,
27:6, 40:18,
44:11, 47:15,
49:24, 61:5,
119:20, 119:21,
158:7
**asking**
25:12, 88:7,
143:12, 147:3,
148:25, 152:9
**aspirin**
142:9
**asserts**
103:12
**assessing**
54:24
**assessment**
107:1
**assessor**
40:21, 40:25
**asset**
34:4, 34:7,

34:9, 34:18
**assets**
26:20
**assigned**
128:12
**assistance**
110:20, 119:7
**associated**
34:14, 93:2
**association**
75:7
**assume**
75:22, 155:24
**assumption**
82:19, 82:21,
82:22
**atlantic**
17:10
**atovaquone-progu-**
**anil**
98:20
**attached**
4:13, 5:2, 6:2,
137:25, 138:20,
144:19
**attachment**
88:10
**attendance**
7:13
**attests**
136:18
**attorneys**
14:3
**audible**
107:10, 122:5
**audio**
28:1
**august**
42:3, 42:12,
42:14, 42:18,
42:24, 51:20,
91:14, 91:15,
128:23
**author**
28:4, 31:15
**authored**
73:13
**authority**
34:16, 85:23,

124:13
**authorization**
151:17
**available**
51:16, 53:17,
53:23, 86:25,
126:24, 127:17,
128:2
**average**
37:22
**awaiting**
124:9
**aware**
26:24, 30:5,
30:13, 61:7,
70:1, 72:6,
72:9, 86:22,
119:12, 124:3,
124:25, 161:16
**away**
57:10, 59:23

**B**

**back**
9:12, 22:22,
28:7, 29:22,
29:23, 33:14,
34:4, 37:16,
38:18, 54:7,
63:4, 64:15,
65:18, 65:19,
66:23, 69:25,
70:13, 71:22,
76:17, 80:12,
81:13, 82:13,
95:8, 98:8,
98:15, 99:11,
101:15, 102:16,
102:20, 109:17,
116:5, 124:12,
127:10, 150:25,
153:19, 161:10,
162:11
**background**
25:24
**backyard**
34:19, 35:19
**bags**
142:14

**bank**
34:3
**bar**
36:25
**barge**
25:7, 25:9,
26:17, 28:11
**barranquilla**
93:7, 93:9,
95:12, 97:9,
159:16, 159:20
**barrel**
17:14, 17:15
**based**
24:12, 45:25,
53:20, 59:2,
59:10, 100:11,
109:24, 114:22,
115:16, 116:8,
116:14, 117:6,
121:15, 121:16,
122:3, 126:7,
127:7, 131:11,
135:22, 140:2,
153:1, 153:14,
155:24, 159:14
**bases**
21:9, 44:18,
45:15, 45:19,
46:1, 46:5,
47:2, 47:11
**basic**
9:11, 83:12,
83:13, 83:14
**basically**
95:19, 109:21,
143:9
**basis**
56:10, 57:3,
127:20
**batteries**
113:12
**battery**
135:9
**bay**
97:23
**beach**
3:8

**bearing**
60:11
**became**
121:20, 123:3
**because**
20:15, 33:2,
39:17, 54:25,
55:6, 59:13,
59:16, 60:6,
62:11, 65:4,
65:8, 65:18,
68:23, 81:8,
106:20, 108:9,
108:15, 108:20,
112:8, 113:14,
117:20, 119:7,
136:17, 140:17,
150:17, 150:20,
152:25, 156:9
**become**
136:9
**been**
9:20, 11:4,
11:11, 19:6,
20:22, 21:1,
21:4, 28:16,
29:24, 33:15,
36:2, 37:9,
42:9, 44:11,
46:8, 49:24,
52:7, 53:7,
53:13, 58:15,
61:8, 61:12,
62:24, 63:19,
72:13, 74:13,
85:22, 91:20,
96:10, 96:11,
99:21, 118:9,
119:17, 121:16,
124:14, 133:6,
134:17, 142:2,
143:8, 149:12,
149:15, 153:12,
159:25, 161:11
**before**
2:7, 7:21,
13:3, 23:15,
24:24, 30:7,

31:1, 32:6,
32:10, 32:20,
52:9, 53:11,
53:24, 62:6,
62:19, 63:5,
64:1, 64:5,
64:12, 66:15,
72:21, 76:22,
77:8, 77:22,
80:1, 81:16,
84:17, 84:25,
86:12, 87:1,
94:1, 94:3,
94:18, 94:23,
94:25, 95:12,
101:1, 115:9,
115:23, 124:9,
129:8, 137:21,
154:14, 163:4
**began**
13:4
**begin**
151:13
**beginning**
21:11
**begins**
60:15
**behalf**
3:3, 3:11, 7:15
**behavior**
59:1, 59:12
**being**
7:4, 36:18,
40:21, 69:6,
69:23, 71:1,
101:23, 103:19,
122:10, 122:11,
152:18, 156:7,
158:12
**believe**
8:6, 9:15,
28:6, 30:2,
42:15, 60:24,
77:24, 96:23,
102:12, 115:4,
121:15, 121:18,
123:25, 141:2
**bells**
30:12

**below**
35:22, 102:14,
102:23, 134:9,
135:2, 135:3,
135:4
**benzoate**
142:12
**benzyl**
142:12
**besides**
68:19
**best**
54:2, 58:10,
147:22
**between**
12:2, 25:3,
44:21, 50:11,
51:13, 66:20,
74:14, 86:18,
99:18, 100:22,
106:7, 107:5,
108:24, 114:19,
118:16, 120:20,
127:10, 139:7,
145:7, 145:18,
149:2, 154:23,
155:21, 156:11,
156:12, 158:11
**beyond**
99:23
**bigger**
137:3
**bill**
34:14
**billed**
79:9
**bit**
22:13, 112:22
**bitten**
71:1
**blocked**
36:18
**blood**
106:24, 112:6
**board**
49:17, 55:7,
55:11, 58:15,
82:25, 83:2,

83:5, 83:20,
89:23, 106:3,
106:18, 107:1,
108:1, 109:18,
109:23, 113:14,
113:16, 115:4,
117:20, 127:9,
130:24, 131:1,
131:4, 131:18,
131:22, 132:1,
132:6, 133:6,
135:24, 136:5,
141:16
**boarding**
15:20
**boat**
33:23, 34:1,
135:9
**boats**
35:20, 35:21
**boatyard**
34:14
**body**
118:11, 156:25,
157:8, 158:16,
159:1, 159:6
**boiler**
135:10
**boquin**
31:25
**both**
111:4, 111:10
**bottom**
14:1, 43:15,
43:16, 76:3,
76:4, 112:20,
118:3, 118:23,
118:24, 125:24,
133:9, 133:22,
134:9, 134:12,
134:13, 138:7,
156:9, 161:20
**bound**
11:4
**box**
90:16, 98:5
**brain**
33:22

**brais**
32:10
**brazil**
91:22
**breached**
128:13
**break**
23:7, 61:10,
61:14, 103:20
**bridge**
103:2, 112:6
**briefly**
19:17, 25:16,
97:17, 105:23
**bring**
45:10, 160:12
**broad**
22:22, 51:5
**brown**
3:13, 4:3, 4:5,
4:7, 7:8, 7:10,
7:12, 7:17,
7:18, 25:19,
37:5, 47:23,
48:7, 48:17,
48:21, 49:1,
49:2, 58:20,
59:4, 59:22,
60:5, 60:8,
60:9, 61:8,
61:12, 61:17,
61:20, 66:14,
67:21, 73:8,
78:1, 82:8,
85:10, 88:16,
96:24, 103:23,
105:1, 113:23,
114:9, 114:15,
115:2, 115:11,
115:21, 116:18,
119:10, 121:21,
121:24, 126:11,
127:13, 127:19,
129:5, 131:8,
131:23, 133:17,
133:21, 135:12,
135:25, 136:7,
136:11, 139:25,

140:8, 140:12,
140:14, 142:15,
143:22, 144:4,
145:24, 146:4,
146:9, 146:12,
147:5, 147:16,
148:4, 148:11,
148:13, 155:1,
155:5, 158:4,
161:5, 162:20
**build**
17:14, 36:8
**bullet**
123:6, 124:5
**bunch**
45:14
**bureau**
74:24
**business**
18:11
**busy**
20:15
**button-down**
71:20

**C**

**cabinets**
98:2
**calculate**
70:10
**call**
33:21, 71:10,
77:14, 81:23,
82:1, 88:17,
92:18, 92:23,
103:17, 113:18,
148:22
**called**
83:20, 86:18,
96:24, 97:24,
104:17, 104:22,
112:23, 123:19,
144:1
**calls**
115:11, 115:21,
115:24, 121:24
**came**
10:12, 10:15,

12:9, 42:10,
87:24, 89:9,
124:25
**can't**
36:6, 53:12,
113:8, 113:9,
113:11, 113:12,
113:15, 121:4,
146:16, 150:17
**canaveral**
10:21
**cannot**
7:24, 53:6
**capacity**
105:17
**captain's**
85:11, 99:23,
156:11
**card**
100:12
**care**
5:9, 8:20,
9:11, 40:19,
45:4, 49:16,
49:20, 49:22,
50:10, 52:8,
57:6, 58:12,
59:1, 62:20,
64:19, 82:25,
83:2, 83:4,
83:12, 83:20,
83:21, 83:23,
84:23, 85:8,
85:16, 86:3,
100:5, 106:2,
107:2, 107:9,
110:9, 110:22,
115:3, 121:19,
123:1, 123:15,
123:20, 124:16,
124:17, 125:2,
125:16, 126:3,
126:23, 127:16,
127:25
**career**
16:12, 17:1,
39:4, 73:22,
78:14, 103:25,

104:12
**cargo**
14:25, 93:3,
93:5, 95:23,
96:14, 97:9,
97:13, 107:23,
121:2, 149:9
**cargo-wise**
93:8
**carried**
109:18
**carry**
19:13, 49:18,
49:19, 65:18,
97:16, 116:25
**case**
14:15, 14:19,
14:22, 15:1,
15:6, 15:11,
15:22, 22:14,
22:17, 23:1,
23:16, 23:24,
24:10, 24:15,
24:17, 25:5,
26:4, 26:7,
26:16, 27:5,
27:9, 27:17,
27:18, 27:20,
28:5, 28:11,
29:1, 29:3,
29:7, 29:23,
30:7, 30:11,
30:16, 30:19,
30:21, 30:24,
31:6, 31:7,
31:13, 31:15,
31:17, 31:25,
32:4, 32:16,
32:18, 32:20,
33:11, 40:18,
42:2, 42:9,
43:1, 44:10,
44:16, 44:24,
47:10, 49:7,
49:15, 49:20,
52:12, 52:16,
53:1, 53:12,
53:16, 54:2,

54:24, 57:1,
67:12, 72:13,
106:14, 108:23,
114:23, 118:16,
161:17, 163:13
**cases**
23:3, 25:10,
25:12, 27:4,
27:13, 27:14,
28:8, 33:16
**casino**
10:21, 10:22,
10:25
**cc**
130:10
**ccr**
1:24, 2:7,
163:21
**celebrity**
29:1
**celsius**
124:1
**center**
9:5, 9:16,
9:17, 13:24
**certain**
77:19
**certainly**
29:21, 92:12
**certainty**
96:7
**certificate**
5:8, 5:9, 5:23,
6:9, 75:10,
75:21, 81:16,
82:3, 82:9,
84:23, 85:8,
85:11, 85:18,
87:6, 88:23,
89:2, 106:11,
106:13, 112:10,
112:13, 112:17,
136:10, 136:14,
136:17, 137:14,
137:16, 137:17,
137:23, 138:16,
138:19, 139:9,
139:14, 139:17,

139:23, 140:4,
140:7, 141:22,
143:2, 143:6,
143:10, 143:13,
144:16, 144:19,
144:22, 145:4,
145:22, 146:2,
149:11, 155:9,
155:21, 156:1,
163:1
**certificated**
62:24
**certificates**
40:7, 45:4,
62:6, 62:10,
74:16, 76:1,
76:9, 76:12,
86:7, 131:13,
138:3
**certification**
8:19, 10:3,
26:17
**certifications**
40:11
**certified**
163:1
**certify**
163:5
**cetera**
15:21, 45:6,
109:25
**chain**
5:16, 5:18,
5:20, 6:7
**chance**
90:25, 92:15
**change**
41:7, 95:24,
96:3, 112:8
**changes**
13:4
**charge**
8:21, 9:18,
83:21, 84:5,
108:6, 108:12
**charged**
58:15, 58:25
**charger**
135:9

**charges**
57:23
**chart**
155:4
**charter**
96:11
**charts**
112:25
**check**
40:7, 62:5,
75:22, 76:6,
90:21
**checking**
134:14
**chest**
5:17, 5:23,
6:9, 49:17,
49:18, 75:10,
88:1, 88:23,
89:2, 97:16,
97:18, 98:5,
106:2, 109:8,
109:12, 109:14,
109:16, 109:18,
109:23, 110:3,
112:17, 114:13,
115:9, 115:19,
116:11, 116:16,
116:25, 130:6,
130:12, 134:14,
135:7, 135:11,
135:23, 136:5,
136:20, 137:13,
137:16, 137:22,
138:9, 138:16,
138:19, 139:8,
139:14, 139:17,
139:23, 140:4,
140:6, 141:21,
142:20, 143:2,
143:10, 144:16,
145:3, 145:22,
149:2, 150:15,
155:21, 156:1
**chief**
9:23, 36:14,
37:9, 78:13,
105:18, 107:18,

107:19, 107:21,
107:22, 108:8,
108:11, 108:12,
108:23, 111:6
**christine**
27:16, 28:5
**circle**
3:15
**circled**
78:10
**circumspect**
25:7
**circumstances**
48:12
**civil**
1:6
**claim**
157:6
**claimed**
156:24, 158:2,
158:15, 159:4,
161:13
**claiming**
118:10
**claims**
158:24
**clarification**
8:11, 28:2,
59:5
**clarify**
156:10
**clarity**
28:3
**class**
9:7
**classes**
15:25, 16:2
**classification**
75:4, 75:8
**clear**
16:12
**click**
36:25
**client**
25:11, 40:17
**clients**
95:21
**close**
61:13, 103:19

**closing**
15:4
**coast**
40:12, 40:24,
62:2, 110:10,
117:22
**coatings**
33:4
**code**
26:18, 26:19,
103:25, 104:6,
104:7
**codes**
125:22
**collateral**
19:3
**colloquy**
25:20
**colombia**
94:5, 94:8,
96:21, 153:24,
154:6, 154:15,
154:23, 161:7
**colregs**
14:17
**column**
74:17, 74:19
**come**
73:25, 75:21,
112:5, 157:12
**comes**
46:23
**comfort**
103:20
**coming**
11:20, 46:9,
91:12, 123:24,
131:19, 133:8,
149:19
**command**
11:8
**comment**
57:15
**commission**
163:23
**commissioning**
10:19
**commodity**
96:14

**common**
78:17, 104:21
**communicating**
152:7
**communications**
159:11
**companies**
26:20, 26:21,
62:16, 104:3,
126:15
**company**
18:10, 33:20,
50:12, 50:13,
50:17, 62:5,
62:9, 62:18,
65:19, 86:18,
92:16, 104:9,
104:13, 104:14,
104:16, 104:17,
104:23, 124:15,
152:15, 158:15,
158:17, 158:19,
159:11
**competencies**
83:10
**competency**
62:15, 83:7,
83:10, 84:3,
84:16, 85:16
**compiling**
44:23
**complaint**
45:3, 106:19
**complete**
17:5, 18:19,
40:4
**completed**
18:25
**compliance**
74:11, 76:13,
103:25, 104:18,
104:23
**compliant**
76:10
**complied**
66:7
**composite**
144:2

**concern**
59:12, 157:12
**conclusions**
52:12, 52:14,
105:9
**concur**
40:16
**condition**
74:2, 106:17,
107:4, 118:21,
119:2, 123:4,
125:1, 126:5,
126:9, 151:16,
152:14, 152:16,
157:16
**conditions**
20:16
**conduct**
55:17, 56:2,
56:11, 57:1,
57:4, 58:8,
59:19, 75:21
**conducted**
1:15, 2:6,
57:20, 93:19
**confidentiality**
25:11
**confirmation**
89:3, 141:23,
143:3, 143:11,
143:14
**confusion**
12:7
**consider**
46:10, 63:12,
63:25, 64:4,
65:25, 66:4,
71:25, 72:16,
72:20, 72:23,
76:24, 77:2,
77:8, 81:15,
81:19, 82:17
**consideration**
89:22, 141:14
**considered**
45:15, 46:12,
46:18, 46:20,
60:14, 63:5,

66:24, 66:25,
71:23, 76:18,
76:21, 81:15
**consult**
40:18
**contact**
85:25, 105:24,
123:16
**contacted**
22:5, 22:7,
124:8
**contents**
49:17
**context**
129:1
**continued**
124:4
**continuity**
8:7, 8:15
**contract**
111:18, 111:19
**contractor**
12:21, 12:25,
13:8, 15:24
**contracts**
100:4
**contradict**
157:8, 161:22
**contradicting**
162:6
**contradiction**
152:22, 153:6,
153:13, 156:7,
156:11, 156:12,
157:19, 157:21,
157:23, 158:5,
158:9, 158:11,
159:9, 161:20,
162:1, 162:16
**contradictions**
152:24
**contradicts**
151:14, 152:1,
152:9, 152:19
**control**
4:24, 73:1,
73:7, 73:9,
73:15, 73:21,

73:24, 74:9,
74:16, 75:12,
75:20, 76:12,
112:12, 112:13
**convention**
10:1, 11:5,
19:11, 40:6,
58:11, 83:3,
117:2, 123:21
**conventions**
125:22
**conversation**
44:20, 124:7,
147:1
**cooling**
135:9
**copied**
130:1
**copious**
45:10
**copy**
43:10, 54:11,
66:3, 67:14,
83:24, 120:12
**corporate**
43:10
**correctly**
17:15, 55:5,
89:25, 98:21,
149:18, 155:10
**correlation**
59:19
**cost**
57:8, 57:9
**costs**
124:17, 124:18
**could**
15:8, 83:13,
101:20, 102:6,
104:22, 115:5,
119:8, 123:19,
123:22, 126:4
**couldn't**
120:17
**counsel**
21:19, 46:4,
67:12, 112:14,
134:23, 163:11

counsel's
12:9
counselor
8:10, 21:10,
30:20, 31:4,
33:6, 53:4,
103:15, 116:2,
126:20, 146:17,
147:15
count
78:23
country
54:25, 55:1,
55:24, 74:23,
75:2, 94:17,
117:25, 123:24
country's
55:17
couple
52:1, 52:3,
61:21, 122:13,
147:10
course
9:1, 9:9, 16:7,
40:25, 61:23,
66:1
courses
16:3
court
1:1, 8:11,
16:17, 23:6,
23:9, 24:17,
24:19, 24:21,
24:24, 26:6,
26:10, 28:1,
34:4, 52:12,
98:12, 116:4,
116:6, 140:17,
140:22
cover
12:8, 41:16
coveralls
71:10
covered
16:11, 33:13,
156:6, 159:13
covid
23:14

cpr
90:5
craddock
32:6
create
48:11
credentials
24:12
credible
20:14
credited
92:6, 98:24
crew
63:25, 65:16,
83:10, 83:13,
93:25, 94:2,
94:7, 94:17,
95:13, 100:6,
105:25, 106:17,
109:9, 110:4,
110:15, 112:25,
114:24, 115:5,
126:25, 128:2,
160:16
criminal
55:20, 55:22,
55:23, 56:2,
56:6, 56:10,
56:12, 56:15,
56:19, 56:22,
57:1, 57:4,
57:20, 58:8,
59:8, 59:12,
59:18, 59:21,
59:24
criminally
58:25
criticism
66:10, 120:16
criticisms
120:11
crouch
31:6
crr
1:24, 2:8,
163:21
cruise
29:4

cruises
29:1
current
19:11, 23:1,
25:10, 40:11
currently
8:2, 8:19,
12:25, 13:8
curriculum
4:15
custodian
18:7, 18:14
custodians
18:4
custody
20:3
customary
78:20
cv
12:13, 12:21,
13:5, 20:23,
20:25, 27:8,
40:22, 42:7
côte
5:5, 77:20

D

d'ivoire
5:5, 77:20
daisy
129:24, 132:24,
134:2
daley
32:23, 32:25
damages
45:3
dania
9:4, 13:10,
13:24
dark
70:22
date
21:23, 52:2,
53:19, 53:21,
75:16, 85:19,
89:6, 107:12,
129:3, 130:13,
133:24, 141:10,

145:13, 148:9,
148:10, 154:5,
155:15, 160:17
dated
117:13, 117:15,
118:4, 137:2,
137:3, 137:4,
137:5, 138:22,
143:20, 149:11,
156:16, 156:21
dates
75:24
daubert
28:12, 28:17,
28:19, 29:25,
30:7, 30:11,
31:1, 31:3
day
46:8, 57:10,
70:11, 94:9,
94:16, 95:9,
112:6, 112:7,
124:8, 130:18,
152:13, 163:16
days
37:16, 37:23,
37:25, 52:1,
52:3, 64:12,
94:23, 94:25,
95:8, 96:11,
100:17, 109:17,
118:10, 118:17,
122:13, 124:25,
125:6, 139:18,
145:4, 153:12,
156:24, 158:2,
159:5, 161:13
de
97:13, 118:25,
135:15, 157:14,
158:12
dead
113:11
dear
137:19, 138:18
decade
14:11, 33:14
decide
52:21

decision
58:3, 124:14
deck
44:25, 64:5,
65:4, 65:10,
65:18, 66:21,
101:16, 101:25,
102:17, 103:3,
107:15, 120:6,
120:11, 120:12,
120:15, 121:3,
121:7, 121:12,
122:14, 122:16,
160:1
declaration
71:24, 72:1
declarations
45:2
declining
118:18, 118:20,
119:2, 157:16
defendant
3:11, 4:14,
5:3, 12:11,
23:24, 24:5,
24:6, 35:4,
41:19, 67:23,
73:10, 78:3,
79:24, 82:10,
85:12, 88:19,
97:3
defendants
7:11
defense
47:10, 49:7,
68:6, 68:9,
148:22, 151:10,
153:21
defense's
38:6
defer
55:2
degree
124:2
delaying
126:18
delays
126:3

delegate
108:20
delegates
108:10
deliver
107:1
delivered
78:7, 130:24,
131:4, 131:18,
132:6, 133:5,
133:15, 135:15,
142:2
delivery
5:4, 77:18,
79:18, 80:8,
80:13, 80:17
department
1:10, 111:4
departments
108:4
departure
96:12
deployed
11:8
depos
3:21
deposed
26:4, 29:15,
29:16, 32:16,
52:1, 52:3
deposition
1:14, 2:5,
4:14, 5:3, 5:15,
6:3, 12:10,
21:12, 23:5,
25:13, 27:12,
27:20, 27:22,
28:11, 29:2,
29:6, 32:14,
41:17, 43:6,
43:7, 43:11,
45:22, 46:9,
47:3, 49:12,
52:6, 78:2,
163:5
depositions
25:2, 26:23,
26:25, 43:9,

43:12
depressors
142:18
describe
16:15, 16:16
designated
104:8
desperately
125:16
destination
95:24, 96:15,
108:14
deteriorating
123:4
determine
52:16, 99:24
determined
96:16
develop
111:20
diabetic
113:14
diagnosing
110:7, 110:17
diagnosis
100:2, 100:3,
100:10, 123:21
diagnostician
99:22
die
56:14
difference
66:20
different
45:16, 65:10,
84:3, 95:21,
118:12, 142:13,
157:1, 159:7
difficulties
102:9
diffused
118:11, 156:25,
157:7, 158:16,
158:25, 159:5
dig
158:21
direction
163:10

discharge
64:19, 65:1,
65:15, 93:3,
96:15
discharged
91:21
discharging
92:25, 107:23
disclose
27:4, 27:11,
44:18, 47:10
disclosed
44:9, 45:18,
49:6, 50:7,
50:25, 60:14,
131:8
disclosing
46:5
disclosure
25:13, 47:25,
116:19, 135:25
disclosures
4:16, 12:9,
12:14, 27:5,
47:20
discovered
50:23
discuss
25:10, 45:12,
46:4, 69:11
discussed
27:13, 46:9,
49:23, 103:7,
106:11, 109:4,
130:4, 141:20,
147:11, 148:14,
150:12, 156:7,
162:5
discusses
51:21
discussing
35:14, 70:14,
130:8, 149:15,
161:11
discussion
70:15, 161:19,
161:25
dispensing
110:7, 110:17

**disruption**
28:1, 37:7
**distress**
125:17
**district**
1:1, 1:2
**divide**
42:12
**dock**
34:19
**dockage**
34:15
**docked**
139:22
**doctor**
39:14, 100:2,
119:1, 123:17,
123:22, 124:10,
124:19, 124:25,
151:18, 157:15
**doctor's**
103:8, 153:8
**document**
12:18, 20:22,
21:20, 21:24,
22:11, 37:3,
37:7, 42:7,
73:5, 75:16,
77:22, 79:21,
88:13, 92:20,
160:10, 160:13
**documentation**
76:8, 117:22,
117:23, 160:9,
161:24
**documented**
71:6, 102:22,
107:15, 159:25
**documenting**
70:15, 106:17
**documents**
12:2, 22:9,
41:8, 60:13,
60:18, 60:21,
61:3, 61:6,
65:10, 66:24,
71:22, 73:3,
76:18, 82:1,

144:1, 160:6
**doing**
17:18, 36:3,
69:15, 106:4,
142:19
**domestic**
40:15
**done**
10:14, 10:18,
10:20, 14:9,
21:12, 22:19,
22:21, 22:24,
33:15, 36:12,
39:23, 103:19,
103:24, 104:3,
123:21
**doors**
15:6
**dose**
153:25, 154:10
**doubt**
69:23, 86:5
**down**
17:11, 23:7,
28:9, 41:12,
60:13, 66:23,
69:1, 76:3,
116:23, 124:20,
138:7, 140:18,
141:19, 145:11
**dr**
43:7
**drafting**
42:21, 104:4
**drag**
36:15, 37:1
**draw**
20:7, 20:10
**drawing**
20:5
**drugs**
126:24, 127:17,
128:1, 143:7,
143:8
**duly**
7:4
**durasafe**
132:18, 133:5

**during**
19:19, 29:4,
95:24, 149:1
**duties**
19:3, 107:19
**duty**
115:3, 126:16,
128:13
**dylan**
3:21, 36:22

**E**

**e**
1:7, 64:23
**each**
12:17, 57:13,
157:8, 161:22
**earlier**
16:12, 16:25,
51:19, 97:5,
98:8, 125:4,
130:4, 134:24,
141:5, 141:21,
142:1, 143:25,
150:5, 162:5
**earn**
19:19
**earned**
42:11
**easier**
111:16
**easmon**
43:7
**eastern**
1:2, 1:8, 3:12,
7:10, 119:16,
124:23, 125:14,
128:10, 151:15,
153:7, 159:13
**easy**
124:14
**edt**
1:17
**education**
59:3
**effect**
10:1, 10:5,
10:9, 10:12,

10:16, 53:11,
60:2, 85:18,
85:19
**effective**
85:19, 126:18
**effort**
118:25, 157:14
**efforts**
72:1
**either**
66:6, 110:19,
126:16, 160:1
**electronic**
149:14
**eligible**
20:7
**else**
48:5, 59:21,
59:23, 129:25
**email**
5:11, 5:16,
5:18, 5:20, 6:4,
6:7, 86:13,
86:18, 87:4,
88:9, 89:10,
118:4, 118:7,
124:10, 125:3,
128:17, 128:18,
129:2, 129:8,
129:21, 132:4,
132:17, 133:8,
133:19, 133:23,
133:24, 134:18,
134:19, 135:19,
135:22, 137:2,
138:6, 138:8,
138:13, 139:13,
139:16, 139:21,
140:2, 140:23,
141:5, 141:20,
141:25, 143:17,
143:20, 143:24,
144:10, 145:13,
148:3, 150:20,
151:14, 152:1,
152:5, 152:9,
152:11, 152:15,
152:18, 153:6,

156:16, 156:21,
157:24, 158:1,
158:11, 158:19,
158:20, 159:2,
161:12, 162:7,
162:17
**emails**
44:21, 45:11,
100:21, 103:7,
115:6, 115:17,
116:9, 116:15,
119:13, 119:18,
124:6, 127:10,
128:22, 132:15,
136:22, 136:25,
146:13, 146:24,
147:7, 147:23,
149:16, 152:21,
156:12
**employed**
163:12
**employer**
18:13, 36:2
**employers**
62:12
**empty**
93:5, 97:13
**en**
95:23, 96:15
**end**
120:19, 156:20,
159:22
**ended**
71:3
**enforcement**
57:18
**engage**
10:22
**engaged**
36:13, 95:17
**engineer**
108:11, 108:12,
108:13
**engines**
101:24, 120:25
**enough**
29:13, 34:5,
49:1, 108:16,

113:9
**ensure**
74:10, 74:13,
106:4, 107:24,
108:16, 126:23,
127:16, 128:1
**entertainment**
30:16
**entire**
64:4, 64:13,
118:11, 156:25
**entirely**
65:10
**entitled**
25:25
**entity**
104:8, 104:21
**entries**
64:24, 119:24,
121:3, 122:9
**entry**
65:4, 106:20,
112:7, 120:18,
120:20
**ep**
129:24, 134:7
**eps**
1:9, 43:9,
50:15, 50:16,
50:17, 63:13,
72:1, 86:18,
86:23, 88:22,
89:18, 100:22,
112:14, 115:17,
116:10, 118:5,
124:8, 128:22,
130:4, 132:25,
134:5, 134:23,
134:24, 136:22,
137:19, 137:20,
138:18, 141:6,
151:24, 152:12,
152:16, 156:22,
158:11, 159:3,
161:23
**equatorial**
117:25
**equipment**
14:22, 113:18,

130:5, 133:4
**equivalent**
83:23, 84:9
**esp**
44:21, 50:14
**esq**
3:5, 3:13
**established**
59:17
**estimate**
37:18, 37:24,
147:22
**et**
15:21, 45:5,
109:25
**eta**
135:15
**evacuate**
110:24
**evacuating**
110:10
**evaluating**
110:9
**even**
37:7, 108:7,
122:15, 159:24
**event**
13:23, 59:15
**events**
162:12
**ever**
9:17, 11:18,
11:21, 17:5,
18:25, 20:7,
23:9, 28:12,
28:16, 28:22,
29:24, 46:4,
46:10, 52:7,
57:17, 57:20,
57:23, 58:3,
61:23, 62:5,
62:9, 62:18,
67:2, 69:25,
78:14, 80:1,
80:3, 85:25,
99:21, 110:14
**everglades**
17:20, 18:8

**every**
58:9, 104:8,
112:6, 112:7
**everybody**
83:6, 109:21,
109:23
**everybody's**
36:24
**everyone's**
36:18
**everything**
59:21, 60:24,
106:4, 106:21,
107:21, 108:6,
108:19, 140:18,
142:8
**evidence**
42:17, 42:25,
107:3, 114:17,
114:18, 114:23,
118:16, 126:7,
160:4
**exactly**
40:8
**exam**
157:11
**examination**
4:2, 7:7,
105:4, 146:11,
155:6, 161:4
**exception**
15:15
**exchanged**
86:17, 86:19,
100:21
**exclude**
28:22
**excuse**
81:14, 110:10,
113:24, 118:1,
119:11, 126:12,
158:6, 158:21,
159:1
**exercise**
126:22, 127:15,
127:25
**exhibit**
4:15, 4:18,

4:20, 4:22,
4:24, 5:4, 5:6,
5:7, 5:9, 5:11,
5:13, 5:16,
5:18, 5:20, 6:4,
6:7, 12:4, 12:8,
12:10, 12:11,
12:21, 35:4,
41:16, 41:17,
41:19, 43:15,
44:10, 45:19,
46:25, 49:12,
54:7, 63:4,
64:15, 67:21,
67:23, 69:10,
70:13, 71:22,
73:9, 73:10,
74:16, 76:19,
78:2, 78:3,
79:22, 79:24,
80:8, 80:12,
80:25, 81:13,
81:14, 82:8,
82:10, 85:10,
85:12, 88:17,
88:19, 91:1,
96:24, 97:1,
97:3, 98:16,
99:11, 102:21,
106:14, 112:12,
129:6, 132:12,
135:20, 140:23,
140:24, 140:25,
143:18, 145:15,
148:22, 149:4,
151:10, 153:22,
153:23, 154:4,
161:11

**exhibits**
4:14, 5:3,
5:15, 6:3, 12:1,
42:17, 43:1,
43:5, 112:11,
146:14, 146:20,
149:16

**expand**
109:24

**expansive**
109:19

**expeditionary**
21:9

**experience**
20:21, 38:24,
59:3, 74:8,
117:7

**experienced**
104:12

**expert**
4:20, 12:9,
14:10, 22:14,
22:25, 23:19,
26:12, 27:4,
28:5, 29:8,
29:25, 30:4,
30:15, 33:15,
37:13, 38:7,
41:12, 41:18,
43:8, 51:20,
52:7, 54:8,
55:20, 55:23,
56:19, 56:22,
67:4, 67:5,
69:11, 79:2,
81:11

**expert's**
53:2

**expertise**
14:4, 33:3,
49:14, 56:11,
57:3

**expiration**
131:11

**expire**
149:20, 150:11

**expired**
92:1, 137:23,
138:9, 138:19,
139:9, 139:14,
139:17, 139:18,
139:23, 140:3,
140:6, 144:23,
145:1, 145:22,
146:1, 155:9,
155:20, 155:21,
155:25

**expires**
136:10, 163:23

**expiry**
91:12, 91:13,
131:19, 149:1,
149:2

**explain**
113:5, 114:22,
121:23

**explained**
152:4, 152:20

**exploded**
25:8

**expresses**
44:15

**extensive**
38:15

**extent**
56:17

## F

**face**
74:10, 76:9

**faces**
36:25, 37:1

**facility**
15:21

**fact**
13:7, 52:16,
52:21, 53:10,
54:19, 79:1,
102:19, 103:12,
107:14, 118:23,
123:23, 127:8,
131:21, 136:18

**facts**
48:12

**factual**
152:24, 153:1,
153:13

**failed**
57:5, 58:9,
115:3, 115:4,
122:25, 123:11,
125:15, 126:22,
127:15, 127:25

**failure**
125:17

**fair**
18:21, 28:23,

29:13, 34:5,
35:20, 37:24,
56:16, 62:3,
62:16, 63:23,
66:4, 66:5,
66:10, 86:14,
90:2, 93:21,
94:19, 95:25,
111:5, 146:18,
152:21

**fall**
31:10

**falls**
107:21

**false**
88:24, 88:25

**familiar**
73:21, 86:19,
104:9, 114:2,
160:10, 160:13

**family**
13:19

**fang**
118:5, 156:22,
159:3

**far**
33:3, 106:6,
106:11, 135:1,
158:8

**fast**
68:24

**fatal**
31:10

**father**
108:2

**fatigued**
111:15

**fault**
57:14

**february**
5:20, 78:6,
137:4, 137:5,
138:8

**federal**
24:20, 26:9,
26:11, 57:17

**fee**
21:19

feel
92:12
feeling
112:4, 125:6
feels
106:25
feet
35:20
felt
101:9
fernandez
32:24
fever
57:7
few
12:2, 64:12,
105:3, 146:9,
147:23
fhay
89:10, 89:13,
89:20, 141:6
figure
108:2
file
60:5
filed
28:22, 30:3,
60:1
files
34:3, 154:24
filing
59:15
fill
75:24, 100:12
financial
111:22, 163:13
find
34:13, 134:10,
137:24, 138:20,
139:10, 140:18,
144:18, 147:19,
147:25
finding
34:9
fine
150:23
finger
146:16

finish
8:12, 120:24,
147:2
finished
70:8, 101:23
fire
108:15
firm
32:11, 146:23
first
7:4, 22:4,
22:7, 22:17,
39:3, 39:5,
41:15, 51:23,
51:25, 103:13,
106:19, 118:4,
120:22, 125:9,
128:7, 147:9,
152:15, 152:18,
156:9, 156:16,
156:21, 157:5,
158:18, 159:2
fit
113:17
five
53:4, 61:15,
118:10, 118:17,
125:5, 153:12,
156:24, 158:2,
159:5, 161:13
five-minute
103:20
fixed
96:11
flag
54:25, 55:13,
58:11, 74:22,
74:23, 109:22,
117:3, 148:12
flagged
54:14
flagship
54:16
florida
3:8, 9:4,
24:18, 24:24
flu
118:12, 157:1,

159:7
fly
62:19
focus
56:9
focusing
18:23
follow
58:10, 109:22,
120:3, 136:24,
136:25
follow-up
61:22, 119:18,
146:10, 155:3
following
19:4, 116:6,
160:17
follows
7:6
foot
34:25
foregoing
163:4, 163:6
forgot
140:23
form
46:6, 46:14,
47:7, 47:13,
47:15, 47:18,
47:21, 47:23,
48:5, 49:25,
50:3, 50:9,
50:19, 52:18,
52:23, 53:3,
53:8, 54:1,
55:9, 56:3,
61:5, 63:15,
66:15, 68:12,
72:14, 73:16,
74:3, 76:3,
77:9, 77:12,
78:8, 79:11,
81:7, 84:19,
92:2, 96:9,
99:1, 113:23,
114:9, 114:15,
115:2, 115:11,
115:21, 115:24,

116:18, 119:10,
121:21, 121:24,
126:11, 127:19,
131:8, 131:23,
133:17, 135:12,
135:25, 136:7,
136:11, 139:25,
140:8, 142:15,
145:24, 146:4,
149:22, 150:1,
153:10, 153:17,
158:4, 160:22
formatting
53:2
formed
53:16, 63:18,
84:15
former
13:13, 40:2
forming
53:24, 76:24,
77:3, 77:8
forms
73:22
formulate
60:25, 61:7
forth
127:10
forward
11:8, 89:21,
141:14
found
70:25
four
18:1, 37:23,
39:6, 48:8,
111:19, 118:10,
118:17, 125:5,
156:24, 158:2,
159:4, 161:13
frame
159:21
free
59:21, 120:25
frequently
96:14
friday
129:11

**front**
45:12
**fuel**
108:12, 108:14,
108:16, 112:25,
113:9
**fulfilling**
86:7
**full**
71:7
**full-blown**
57:8
**fully**
136:19
**further**
17:11, 46:1,
47:10, 47:11,
146:11, 155:6,
161:4
**furthermore**
118:24, 157:13

**G**

**gabon**
70:16, 73:1,
73:16, 93:23,
96:8, 96:21,
98:21, 117:25,
130:15, 130:19
**game**
29:4
**gangway**
124:20
**ganpat**
1:5, 3:3
**gave**
23:5
**general**
128:13
**gentleman**
57:8
**georgia**
92:10, 114:6,
114:13, 115:10,
115:20, 116:12,
116:16, 129:19,
132:2, 132:8,
139:3, 142:4,

145:18
**german**
5:7, 82:5
**getting**
126:3, 126:9
**girlfriends**
111:21
**give**
27:20, 41:7,
42:8, 52:12,
98:14, 100:11,
111:16, 116:21,
125:15, 128:16,
148:9, 153:20
**given**
25:13, 111:21,
111:22, 160:16
**giving**
58:24, 59:11,
148:9
**global**
9:23
**gloves**
71:15
**glucagen**
142:10
**gm**
107:24, 107:25
**go**
8:12, 14:5,
14:14, 15:4,
15:8, 15:16,
17:13, 26:11,
28:7, 29:23,
34:7, 48:19,
48:20, 58:20,
62:6, 64:10,
65:21, 66:23,
90:23, 95:19,
95:20, 96:3,
101:15, 102:17,
103:20, 105:6,
105:9, 111:25,
112:1, 116:1,
117:12, 122:1,
122:23, 127:21,
128:17, 131:9,
133:22, 134:18,

136:21, 138:6,
138:7, 138:12,
140:10, 141:4,
141:19, 148:2,
153:21, 156:8,
159:12
**god**
111:19
**goes**
64:23, 65:18,
65:19, 108:19,
109:17
**going**
7:14, 11:25,
12:16, 25:19,
27:9, 27:10,
28:4, 29:10,
33:14, 35:6,
35:19, 37:20,
41:6, 41:11,
41:16, 43:14,
46:6, 47:6,
47:7, 48:10,
48:14, 58:22,
59:9, 59:11,
59:24, 60:13,
61:8, 61:12,
64:15, 66:23,
76:3, 76:16,
79:21, 81:13,
83:12, 84:21,
86:14, 91:13,
96:7, 98:8,
98:12, 102:20,
103:15, 103:16,
108:15, 109:2,
113:15, 122:9,
124:12, 128:17,
128:19, 129:5,
132:10, 135:18,
143:16, 144:10,
145:12, 147:21,
148:21, 151:9
**gone**
103:2, 139:3
**good**
7:9, 8:13,
12:20, 13:6,

19:18, 19:21,
20:14, 33:10,
41:5, 42:8,
43:14, 44:25,
49:1, 75:5,
92:4, 94:12,
100:14, 152:17
**gotten**
37:18
**govern**
55:17
**grainy**
54:12
**granted**
30:25, 60:2
**great**
12:7, 48:17,
148:11
**greater**
16:20, 16:22
**greg**
32:23, 32:25
**gross**
16:18, 16:20,
16:22, 17:12,
17:13
**ground**
14:22, 14:23
**guard**
40:12, 40:24,
62:2, 110:10
**guess**
112:16, 147:20,
159:17
**guessing**
147:18
**guide**
99:24, 123:23
**guy**
33:5, 111:22
**guys**
111:14, 111:17,
111:25, 112:5,
137:20

**H**

**half**
33:23, 61:9,

61:13, 120:17, 140:15
**halfway**
116:23
**hand**
163:15
**handling**
14:18, 15:1, 16:1
**hands**
44:3, 88:14
**handwriting**
68:1, 79:4
**handwritten**
67:18, 68:20, 68:22, 101:7, 102:21, 151:5
**happen**
34:20, 96:2, 124:10
**happened**
38:20, 56:4, 57:11, 102:4, 102:10
**harbor**
120:23
**harder**
29:22
**hatches**
15:5
**head**
10:17, 103:17, 146:17, 147:15
**headache**
118:10, 156:25, 157:7, 158:16, 158:25, 159:5
**header**
61:1
**health**
57:10, 109:8, 110:4, 111:3, 111:7
**hear**
74:4, 79:13
**heard**
72:11, 103:13, 140:15

**hearing**
24:17, 26:6, 30:7, 31:1, 31:4
**held**
55:3
**helicopter**
110:10
**helmet**
71:15
**help**
29:20, 68:25, 74:13, 99:24
**helpful**
57:16, 59:4
**here**
13:12, 14:13, 15:11, 15:20, 16:9, 27:12, 29:16, 36:8, 45:10, 48:11, 60:23, 63:9, 71:24, 74:15, 75:9, 76:19, 79:1, 82:12, 82:24, 86:15, 87:19, 89:20, 90:10, 98:18, 102:22, 105:12, 105:16, 112:1, 115:16, 116:8, 119:5, 126:8, 152:10, 153:14, 153:22, 157:18, 157:20, 160:18
**hereby**
163:5
**hereunto**
163:15
**hey**
143:22
**hi**
89:20, 141:13
**high**
123:25
**higher**
124:2
**highlighted**
29:17, 78:10,

87:18, 90:12
**himself**
70:25
**hiring**
62:6
**history**
22:14, 27:10
**hold**
8:2, 8:19, 72:2, 83:11, 83:19, 85:15
**holds**
15:5, 82:24, 84:8
**home**
20:17, 111:20, 111:25, 112:1, 148:2
**hospital**
91:21, 97:24, 119:1, 123:12, 123:18, 157:15
**hour**
61:9, 61:13
**hourly**
42:6
**hours**
41:24, 42:3, 42:4, 42:7, 42:13, 70:5, 70:6, 70:7
**housekeeping**
143:23
**hover**
36:24
**hunt**
3:16
**hydrocortisone**
142:11

**I**

**iac**
75:5
**iacs**
75:4
**idea**
107:13
**identical**
53:2

**identification**
12:12, 35:5, 41:20, 67:24, 73:11, 78:4, 79:25, 82:11, 85:13, 88:20, 97:4, 132:13, 135:21, 141:1, 143:19, 145:16
**identified**
90:24, 91:2
**ill**
91:24, 125:18
**illegible**
121:4
**illness**
91:17, 106:22, 106:23, 110:7, 110:17, 153:2, 157:5, 157:9, 158:13
**ilo**
109:21
**imaginable**
58:9
**implements**
107:25
**important**
79:7
**improper**
25:21, 116:18, 135:25
**inadequate**
122:8
**incident**
101:8
**incipient**
57:7
**included**
21:19, 54:8, 88:9, 121:12
**includes**
42:16, 42:21, 83:14, 142:8, 142:12
**including**
114:25, 126:25, 127:18, 128:2

incomplete
120:16, 121:3
incorrect
147:13
increased
70:22
indicate
20:25, 79:5,
79:8, 81:10,
82:22, 107:8,
109:6, 112:19,
116:23, 117:11,
118:2, 118:23,
127:23, 127:24,
131:6, 131:13,
131:16, 134:16,
135:5, 143:3,
143:12, 145:10
indicated
105:12
indicates
116:24, 133:19,
143:1, 143:7,
145:17
indicating
81:3, 115:8,
120:14, 139:8,
160:24
indication
159:14
individual
24:7, 24:8,
123:25, 124:16
individuals
13:18
industry
23:18, 23:22,
24:12, 59:2,
63:1, 78:20
inexcusable
123:16
information
25:24, 44:7,
45:23, 45:25,
46:22, 53:17,
53:21, 53:23,
100:11, 105:8,
105:16, 107:2,

116:14, 121:12,
121:16, 128:22
informed
45:9, 96:10
informing
151:16
initially
74:10
injection
88:3, 90:8,
90:13, 142:11,
150:9
injections
87:23, 91:3,
91:7, 91:10,
91:25, 142:9
injured
126:2
injuries
111:13
injury
106:22, 106:23
inquire
86:1
inspect
73:25
inspection
4:24, 73:1,
74:9, 74:12,
93:14, 93:19
inspections
74:14
inspectors
73:25, 75:20
instance
21:2
institution
16:7
institutions
86:1, 86:6
instructor
12:22, 13:1,
13:8, 15:24
intelligently
146:21
intend
49:21, 50:1,
50:5, 51:2

intended
113:2
interest
15:9, 163:13
international
3:15, 10:23,
26:19, 55:2,
55:4, 74:11,
75:7, 109:20,
117:1, 125:22
interocean
35:23, 35:25,
36:4
interrupt
143:23
interview
4:22, 67:8,
67:12, 67:18,
67:19, 67:22,
68:3, 68:7,
68:13, 68:19,
101:7, 103:5,
151:6, 153:15,
153:21
inventories
154:17, 154:24
inventory
45:4, 72:17,
72:21, 90:22,
91:6, 92:5,
98:10, 98:11,
98:19, 98:24,
99:4, 99:8,
99:18, 106:1,
117:13, 117:15,
137:25, 138:21,
138:22, 142:20,
154:13, 154:18,
154:21
investigation
57:21
invite
68:6, 68:9
involve
14:23, 15:17
involved
31:10
ism
26:18, 103:25,

104:6, 104:7,
104:18, 104:23
issue
75:24, 143:5,
143:13
issued
74:19, 75:13,
75:15, 89:3,
117:21, 122:10,
131:13, 136:18,
141:22, 143:2,
143:10, 144:23,
145:2, 157:10
issues
15:11, 53:24,
105:25, 122:20
item
91:2
items
50:23, 87:9,
87:12, 87:15,
87:24, 88:2,
88:22, 89:22,
90:19, 134:9,
141:15, 142:6,
150:6, 150:14
itinerary
96:3
ivanoschi
5:10, 38:3,
103:6, 103:13,
125:13, 156:22,
159:3, 161:12,
161:16, 162:18
ivanoschi's
84:23, 85:8
ivory
117:22

---
**J**

janeiro
97:13, 118:25,
135:15, 157:14,
158:12
january
51:24, 72:16,
72:20, 137:3
japanese
75:3

**jeff**
4:18
**jeffrey**
1:14, 2:5, 3:4,
4:2, 4:16, 4:21,
7:3, 163:7
**jersey**
2:9, 163:3,
163:22
**ji**
129:24, 132:24,
134:2
**jimmy**
32:20
**job**
1:22
**jobs**
24:11, 108:9,
108:10, 108:20,
111:16
**john**
11:6, 21:2,
21:13
**joined**
62:19
**judge**
30:7, 52:15,
52:22
**july**
43:18, 46:12,
47:4, 47:8,
47:20, 49:4,
49:7, 50:7,
60:22, 63:5,
63:11, 63:18,
66:1, 71:23,
76:18, 84:17
**jumpsuit**
71:7
**jury**
16:17, 52:15,
52:22

**K**

**k-r-u-g**
29:1
**katherine**
24:4

**keep**
148:5, 155:4
**keisler**
3:21
**kept**
97:20, 98:3
**key**
25:7
**kholkar**
1:5, 3:3, 7:16,
44:21, 49:20,
50:11, 56:17,
67:3, 67:8,
67:19, 68:5,
69:11, 70:1,
70:19, 71:18,
91:20, 91:24,
101:8, 102:3,
102:22, 103:6,
107:9, 114:18,
114:25, 117:24,
118:9, 118:18,
119:1, 119:6,
121:9, 121:18,
122:7, 123:12,
124:4, 124:7,
124:24, 125:5,
125:15, 126:25,
127:18, 128:3,
128:15, 129:12,
151:1, 151:21,
152:4, 152:12,
152:20, 153:1,
153:9, 153:15,
153:24, 154:10,
154:14, 156:12,
156:23, 157:9,
157:12, 157:15,
158:2, 159:4,
159:15, 159:23,
160:6, 160:24,
161:6
**kholkar's**
14:14, 14:19,
14:22, 15:22,
43:11, 53:18,
64:19, 70:15,
91:17, 100:16,

103:13, 107:4,
111:18, 122:25,
123:3, 125:1,
126:8, 151:16,
152:16
**killed**
56:8
**killing**
57:10
**kind**
89:22, 141:14
**kindly**
138:18, 138:24
**kit**
150:3
**knew**
66:20, 133:13
**knock**
111:15
**know**
8:23, 10:15,
20:8, 24:19,
26:6, 26:9,
28:12, 28:19,
29:10, 31:3,
32:9, 33:7,
34:16, 36:19,
38:3, 38:9,
38:13, 38:15,
48:15, 48:18,
52:15, 59:12,
63:9, 65:8,
66:6, 68:23,
74:22, 80:19,
83:22, 84:1,
84:8, 86:13,
86:25, 91:10,
92:10, 93:18,
94:1, 98:11,
99:3, 99:7,
103:19, 106:7,
107:11, 108:2,
108:7, 109:16,
109:25, 111:14,
111:17, 111:19,
111:23, 112:5,
113:8, 113:11,
113:14, 115:16,

116:9, 119:5,
129:15, 129:18,
136:24, 139:6,
144:7, 146:16,
147:14, 147:16,
147:18, 147:24,
148:8, 155:20
**knowing**
113:15
**knowledge**
62:20
**krug**
28:25, 29:23,
30:3, 53:1,
53:12
**kudieiarov**
5:7, 82:5,
82:24, 84:2,
84:8, 85:15
**kyokai**
75:3

**L**

**l-a-r-c-h-e-p**
51:18
**labor**
109:20
**labour**
58:11, 117:2,
123:21
**lacking**
113:1
**lai**
89:11, 134:22,
137:10
**language**
44:5, 59:18,
113:20
**languish**
124:4
**larchep**
51:18
**larger**
13:10, 13:24
**largest**
12:22, 34:23
**las**
5:6, 79:19,

79:22, 80:13,
81:4
**last**
5:13, 8:5,
8:25, 14:10,
42:25, 46:8,
92:14, 97:1,
117:13, 118:24,
120:22, 122:13,
125:23, 125:24,
126:14, 126:21,
140:23, 144:10,
145:12, 148:22,
153:19, 154:5,
156:6, 156:14,
159:12, 160:17
**later**
48:22, 122:21,
140:20, 148:12
**launch**
124:17, 124:18
**law**
3:6, 54:21,
54:24, 55:6,
55:7, 55:21,
55:22, 55:23,
56:20, 56:23,
57:17, 125:25,
126:1, 148:16
**laws**
55:17
**lawyer**
58:1, 59:16,
130:4, 141:5,
148:19
**lawyers**
115:18, 116:10
**lay**
102:14
**lead**
33:2
**leading**
49:11, 113:23,
119:10, 127:19,
133:17, 135:12,
139:25, 142:15,
158:4, 158:8
**learn**
91:6

**least**
136:17, 147:23
**leave**
67:3, 70:2,
70:7, 71:19,
94:3, 113:8,
113:10, 113:11,
113:12, 113:15,
154:5, 162:22
**leaves**
94:16
**leaving**
94:1, 94:5,
94:18, 115:9,
161:7
**left**
45:7, 94:8,
95:11, 95:12,
96:6, 99:13,
114:5, 114:12,
115:19, 116:12,
116:16, 129:19,
130:15, 130:19,
149:8, 150:21,
154:14, 154:23,
159:16, 159:20
**left-hand**
74:17
**legal**
48:21, 52:12,
52:14, 58:24
**less**
16:18, 139:7
**let's**
25:17, 25:25,
45:2, 48:9,
61:13, 61:17,
81:24, 89:1,
103:20, 105:6,
109:10, 119:20,
122:17, 125:8,
132:14, 133:22,
134:18, 136:21,
136:23, 138:6,
140:10, 141:4,
143:20, 156:8
**letter**
20:1, 20:2,

20:18
**level**
83:7, 83:9,
84:2, 84:3,
85:15
**lewis**
11:6, 21:3,
21:13
**liberia**
54:15, 55:14,
55:16, 55:19,
117:4, 117:10,
125:21
**liberian**
54:16, 54:20,
54:21, 54:23,
54:24, 55:6,
55:20, 56:19,
64:20, 64:25,
65:5, 65:13,
65:22, 66:7,
119:24
**liberty**
31:11
**license**
8:3, 8:8, 8:10,
8:16, 9:16,
40:13, 62:1,
62:3, 76:7,
163:3
**licenses**
76:4, 76:12
**life**
57:9, 135:9
**lignocaine**
142:11
**limine**
28:17, 30:11,
59:16, 60:2
**limit**
28:13, 28:22,
30:3, 59:11,
59:14
**limited**
16:14, 16:15,
17:3, 59:7
**line**
79:1, 79:5,

90:9, 119:25,
120:22
**linkedin**
4:18, 33:18,
35:7, 35:9,
35:12, 35:16
**list**
5:13, 14:5,
15:8, 19:3,
60:23, 63:6,
66:24, 74:16,
77:5, 81:14,
87:16, 87:25,
88:21, 90:1,
90:19, 90:21,
91:1, 92:14,
97:1, 117:1,
141:20, 142:5,
149:25, 150:4,
153:20, 154:4
**listed**
14:13, 15:10,
27:12, 27:17,
31:17, 45:14,
71:24, 78:6,
80:17
**listen**
88:7
**little**
14:8, 19:16,
22:13, 29:22,
36:24, 45:16,
54:11, 57:14,
57:16, 112:10,
112:22, 137:3
**llp**
3:14
**loaded**
93:10
**loading**
93:11, 107:23,
149:9
**loan**
34:3
**located**
149:1
**log**
44:25, 64:1,

64:5, 65:4,
65:18, 101:16,
102:1, 106:20,
107:15, 107:16,
112:8, 120:6,
120:10, 120:11,
120:12, 120:15,
121:3, 121:7,
121:13, 122:4,
122:6, 122:9,
122:14, 148:3,
160:1, 160:2,
160:3, 160:5,
160:23
**logbook**
64:12, 64:24,
65:1, 65:9,
65:10, 65:15,
65:23, 66:1,
66:20, 66:21,
119:23
**logging**
64:25
**logs**
44:22, 44:25
**long**
14:2, 17:24,
37:22, 38:3,
38:13, 38:16,
39:3, 71:7,
131:13, 150:5
**long-time**
62:11
**longer**
94:22
**look**
54:23, 87:20,
90:1, 90:25,
92:23, 99:9,
101:15, 101:20,
111:23, 112:5,
122:13, 128:18,
132:14, 134:8,
136:21, 143:20,
144:11, 150:23,
162:10
**looked**
20:9, 87:8,

112:13, 112:14,
138:8, 141:5,
141:25, 143:25,
146:14, 150:5,
154:18
**looking**
45:7, 45:8,
54:7, 55:6,
63:4, 70:13,
71:22, 75:25,
76:17, 80:12,
87:18, 87:22,
88:13, 92:14,
92:20, 97:5,
98:15, 112:2,
139:12, 140:16,
149:4, 153:19,
154:4, 155:10,
155:12, 161:10
**looks**
13:6, 31:24
**lord**
27:17, 28:5
**lot**
33:22, 90:4
**louisiana**
1:2

---
**M**
---

**m**
12:8
**madam**
116:4, 140:22
**made**
32:17, 47:19,
47:24, 57:15,
58:3, 72:1,
82:21, 93:24,
96:17, 103:5,
119:1, 124:14,
126:24, 127:17,
128:1, 143:6,
157:14
**maggie**
118:5, 156:22,
159:3
**magistrate**
30:7

**maintain**
23:17, 23:21
**maintained**
74:13
**maintaining**
106:1, 109:7,
109:11, 110:3
**maintains**
108:1
**maintenance**
26:18, 26:20
**make**
13:4, 48:11,
48:25, 53:6,
53:12, 54:19,
94:12, 100:1,
100:3, 100:9,
106:20, 106:25,
112:7, 112:8,
122:20, 126:4,
137:3, 149:17,
156:9
**making**
41:4, 117:18,
157:18, 157:20
**malaria**
54:4, 57:8,
80:20, 80:22,
87:13, 87:16,
90:5, 90:19,
91:2, 93:25,
94:17, 94:24,
95:14, 114:7,
114:19, 114:24,
115:1, 124:2,
142:9, 159:24,
160:7, 160:19
**malaria-related**
90:2
**malarial**
123:24, 157:13
**malarials**
154:11
**malfeasance**
128:11
**man**
33:23, 34:1,
56:8, 56:13,

123:15, 124:18
**management**
26:19, 51:3,
51:22, 63:13,
104:5, 104:14,
108:1, 125:14,
126:15
**manager**
51:14, 104:22
**managing**
50:12, 50:13,
50:17
**maneuver**
37:2
**manila**
10:8, 10:12,
10:15, 40:5
**manslaughter**
58:16
**many**
19:5, 19:12,
19:18, 37:18,
39:17, 108:9,
113:25
**march**
5:11, 5:21,
6:4, 6:7, 75:17,
89:6, 92:5,
98:24, 99:3,
99:9, 99:13,
106:7, 108:24,
114:19, 117:15,
137:23, 138:6,
138:10, 138:20,
138:21, 138:22,
139:7, 139:13,
139:17, 139:18,
139:21, 140:1,
140:2, 141:10,
143:17, 143:21,
144:10, 144:20,
144:23, 145:1,
145:2, 145:7,
145:14, 145:18,
149:2, 149:3,
149:9, 149:11,
154:13, 154:18,
155:11, 155:15,

155:17, 155:18, 155:22, 159:21, 160:8, 160:19, 160:25
**marine**
18:15, 33:19, 33:24, 35:16, 35:23, 105:13, 110:13
**mariner**
34:8
**mariners**
106:3
**maritime**
9:13, 12:22, 14:3, 16:3, 16:6, 16:7, 33:8, 40:1, 54:20, 58:11, 59:2, 62:6, 62:14, 64:20, 65:22, 73:22, 113:21, 114:3, 117:2, 117:7, 119:24, 123:21, 125:21, 125:25, 126:1, 128:13, 148:16, 148:19
**mark**
12:10, 41:11, 41:17, 67:21, 73:8, 78:1, 79:22, 82:8, 85:10, 88:16, 96:25, 97:1, 132:11, 135:19, 140:23, 140:24, 143:16, 145:12
**marked**
12:11, 35:4, 41:19, 67:23, 73:10, 78:3, 79:24, 82:10, 85:12, 88:19, 97:3, 132:12, 135:20, 140:25, 143:18, 145:15, 148:22

**marshals**
18:5, 18:7, 18:14, 38:21
**marta**
93:13, 95:12
**maryland**
3:16
**mask**
90:5, 142:13
**master**
9:22, 11:13, 11:15, 11:18, 11:21, 15:18, 17:12, 17:17, 17:24, 35:18, 35:22, 35:24, 36:8, 38:4, 56:5, 105:18, 107:22, 108:5, 108:6, 108:8, 108:18, 108:24, 111:6, 119:16, 124:12, 126:22, 127:15, 127:25, 128:11, 133:11, 133:12, 133:13
**master's**
8:3, 123:23
**masters**
113:20, 127:11
**mate**
9:23, 15:18, 16:10, 17:1, 17:6, 36:14, 37:9, 37:10, 39:3, 39:8, 56:5, 59:20, 78:13, 99:6, 100:15, 106:9, 106:10, 122:24, 125:10, 125:12, 128:12
**mate's**
9:16, 108:8
**matsonia**
11:6, 21:13
**matter**
7:11, 14:4,

22:2, 22:5, 57:12
**matters**
51:21, 53:17, 115:25, 121:25
**maybe**
23:15, 33:22, 34:25, 45:15, 152:6
**mb4**
31:25
**mean**
25:17, 25:20, 37:6, 56:15, 76:6, 83:3, 108:10, 111:11, 118:20, 139:10, 142:12, 142:17, 142:18, 143:22, 144:8
**means**
68:18, 74:22, 143:5, 145:2
**meant**
34:6, 144:5, 158:8
**med**
19:9
**medication**
113:13, 114:7, 114:19, 114:24, 115:1, 115:4, 117:24, 122:7, 122:10, 142:10, 150:11, 159:24, 160:7, 160:19, 160:24
**medications**
54:4, 54:5, 80:17, 81:4, 87:5, 87:9, 90:2, 90:18, 92:7, 93:25, 94:7, 94:11, 95:14, 97:20, 110:8, 110:18, 117:14, 118:12, 127:9, 131:10,

142:13, 157:10, 159:7
**medicine**
9:1, 9:10, 19:5, 37:13, 50:2, 50:7, 51:4, 83:7, 88:1, 97:16, 97:17, 106:2, 109:7, 109:12, 109:14, 109:16, 109:23, 110:3, 114:13, 115:9, 115:19, 116:11, 116:16, 116:25, 117:20, 132:5, 134:14, 135:7, 135:10, 135:23, 136:4, 136:20, 137:16, 142:20, 160:23
**medicines**
76:20, 76:22, 77:7, 94:3, 94:18, 94:25, 98:2, 98:25, 130:24, 131:2, 131:3, 131:17, 131:19, 131:21, 132:19, 133:7, 133:14, 149:19, 149:24, 150:2, 157:1, 160:16
**medpic**
8:23, 9:7, 9:21, 19:12, 39:9, 61:22, 61:23, 83:22, 84:9
**meets**
136:19
**mefloquine**
78:23
**melons**
79:3
**member**
65:15, 83:10, 100:7

**member's**
106:17
**members**
110:15
**membership**
13:18, 13:21
**memory**
29:12, 29:20,
68:20, 69:1,
69:7, 102:6,
102:8, 102:9,
122:3
**men**
108:3, 111:3,
111:8, 112:3
**mental**
111:4, 111:11
**mention**
19:4, 93:24,
117:18
**mentioned**
21:1, 21:8,
40:21, 90:8,
108:7
**mentions**
51:13
**merchant**
105:13, 110:13,
117:7
**met**
106:5
**miami**
3:8, 29:16
**miconazole**
142:11
**middle**
122:23
**midnight**
69:12, 69:19
**might**
20:10, 46:8,
83:10, 99:24,
100:6, 119:17
**military**
11:7, 19:15
**milligram**
90:13
**milliliter**
90:14

**mind**
7:12, 148:9,
155:4
**minimum**
109:23
**minus**
95:10, 102:24
**minute**
41:7, 100:7
**minutes**
12:2, 61:16
**mislead**
48:15
**misleading**
88:24, 89:1
**miss**
21:2
**missing**
20:22, 119:23,
135:9
**misspoke**
51:19
**misstates**
47:14, 48:2
**misunderstanding**
94:13
**misunderstood**
102:11
**mitags**
13:11
**mni**
4:19
**moment**
81:24
**monday**
141:10
**monique**
1:24, 2:7,
163:3, 163:21
**monitored**
107:4
**monitoring**
106:16
**monrovia**
54:15
**month**
43:3, 64:4,
64:13, 80:6,

80:10, 80:11
**months**
18:1, 39:5,
39:6, 39:7,
111:18, 111:19,
147:10
**mooring**
14:21
**more**
23:13, 27:4,
28:8, 45:20,
69:7, 109:19,
139:6, 148:6
**morgan**
31:18
**morning**
7:9, 102:10,
102:12, 102:17,
102:24
**mosquitoes**
70:22, 71:1
**most**
9:20
**motion**
28:12, 28:13,
28:16, 28:17,
28:19, 28:22,
29:25, 30:3,
30:11, 30:23,
30:25, 34:4,
59:15, 60:2,
60:6
**motions**
32:17
**motor**
125:13
**mouse**
36:25
**move**
36:17, 36:19,
36:24, 50:24,
58:13, 58:17,
60:13, 76:16,
81:25, 115:12,
115:25, 116:19,
121:25, 127:13,
127:20, 136:1,
147:12, 147:13

**moved**
64:15
**moving**
60:3
**mpt**
12:23, 13:1,
13:8, 13:10,
13:19, 13:24,
15:25, 16:4
**much**
41:23, 42:1,
42:8, 50:20,
62:11, 108:9,
109:18, 109:19,
109:22
**multiply**
42:6
**must**
112:24, 124:2,
126:2
**mv**
31:18
**myself**
68:5, 110:19,
157:6, 158:15,
158:24

**N**

**nace**
32:10
**name**
7:9, 23:25,
24:3, 24:6,
40:17
**named**
89:10, 89:11
**narrative**
130:22, 133:3
**nation**
74:23
**national**
18:15, 33:19,
33:24, 35:16,
74:12
**nationality**
55:15
**nature**
24:9, 26:15

naval
85:23
navigation
14:17, 50:18
navy
11:7, 19:19,
19:25, 20:10,
20:14, 20:18
nd
78:6, 101:22,
117:13, 154:16
nearly
57:8
necessary
35:20, 92:13,
107:1
neck
71:16
need
13:4, 36:17,
37:7, 45:12,
60:5, 63:8,
63:23, 71:13,
87:5, 87:9,
88:22, 91:9,
94:17, 94:24,
95:13, 97:20,
106:22, 120:2,
135:6, 135:7,
136:23, 138:24
needed
39:18, 63:20,
90:13, 91:11,
94:7, 125:16,
135:2, 135:3,
135:4
needing
93:25, 150:21
needs
106:5, 106:20,
111:24, 123:15
negative
18:18
neglect
56:5, 56:13,
56:15
negligence
57:11, 59:7,

128:11
negligent
125:18, 126:16
negotiate
34:16
neither
163:11
nelick
38:7, 38:13,
51:12
nelick's
51:7, 51:9,
51:20
never
16:6, 20:9,
37:12, 113:14
new
2:9, 17:14,
36:8, 42:25,
46:5, 50:23,
96:15, 99:19,
145:18, 149:6,
149:8, 149:11,
149:13, 155:14,
155:17, 163:3,
163:22
new-build
10:20
next
14:21, 31:17,
93:22, 108:14,
123:14, 124:21,
125:19, 130:9,
134:18, 140:10,
155:14
nicolae
5:10, 133:10
niles
43:8
nine
57:9
nipon
75:3
nkk
75:2
nobody
27:6, 124:3
non-union
36:5

none
15:9, 15:19,
19:4, 28:15,
40:20, 69:24
noon
69:19
normal
63:1, 63:3
notary
2:8, 7:5,
163:22
notation
124:23
note
16:9, 19:15,
64:24, 77:18,
78:5, 79:18,
80:8, 80:13,
80:17, 95:16,
103:5, 103:11
noted
95:22, 162:24
notes
4:22, 41:4,
45:10, 45:11,
67:11, 67:15,
67:18, 67:22,
68:20, 68:22,
68:25, 69:3,
69:6, 101:7,
102:21, 103:6,
151:5, 153:21,
153:23, 159:14
nothing
90:4, 107:8,
107:9, 122:5,
122:6
notice
2:6, 121:1
notification
158:18
notified
152:12
nowhere
143:6
number
14:5, 70:22,
91:8, 92:11,

93:2, 108:20,
124:23, 135:19,
140:24, 141:3,
157:4
nurse
39:14

**O**

object
25:19, 47:6,
47:7, 47:13,
48:7, 48:14,
115:2, 115:11,
115:21, 115:24,
116:18, 129:5
objection
46:7, 47:24,
48:5, 50:19,
66:15, 74:6,
81:9, 94:20,
133:21, 147:12,
158:7
objections
48:24, 48:25,
115:22
obtain
20:13
obviously
48:24, 72:10,
109:24
occur
91:13
occurred
31:1, 154:14
ocean
15:20, 16:10,
17:1, 17:5,
17:6, 36:13
ocean-going
11:19, 11:22,
18:20, 19:1,
37:9, 37:17,
38:1
oceans
17:9
offer
49:21, 50:1,
50:6, 51:2,

56:1, 56:25,
115:5
**office**
62:19, 79:8,
134:10
**officer**
5:7, 43:10,
71:25, 72:2,
72:7, 82:12,
85:14, 99:5,
101:9, 105:13,
105:17, 105:18,
105:22, 105:24,
106:6, 106:16,
107:5, 107:18,
107:20, 107:21,
107:22, 108:24,
109:6, 109:11,
110:2, 110:14,
111:6, 117:7,
125:13, 127:15,
128:13, 151:3,
157:11, 163:4
**officer's**
23:17, 23:21,
24:2, 76:7,
81:16, 82:2,
82:9, 86:1,
105:21
**officers**
19:12, 40:1,
76:12, 83:19,
153:2
**offices**
44:22
**official**
64:23, 64:25,
65:9, 65:14,
65:22, 65:25,
66:20, 119:23,
120:10
**often**
138:2
**oiler**
21:15, 21:16
**old**
27:8
**omission**
102:6

**omissions**
64:18, 65:21,
119:22, 120:6
**one**
21:9, 28:22,
30:13, 33:8,
41:7, 43:9,
45:20, 50:20,
50:22, 55:10,
57:10, 73:3,
75:4, 86:17,
88:2, 90:16,
90:24, 98:8,
98:14, 100:24,
112:11, 116:21,
119:13, 119:17,
123:14, 128:16,
130:18, 131:15,
140:10, 145:2,
150:8, 150:25,
152:18, 153:20,
153:25, 154:10,
154:16, 157:23,
159:16, 159:24,
160:12, 161:6
**ongoing**
25:6
**only**
16:14, 17:18,
33:15, 38:20,
44:7, 49:10,
90:24, 91:2,
106:21, 140:15,
158:18
**open**
148:5
**opening**
15:4
**operate**
109:25
**operating**
140:3, 145:3
**operation**
26:21
**opine**
49:24, 56:11,
58:7, 59:21
**opinion**
50:21, 53:7,

53:12, 53:20,
56:25, 58:24,
63:15, 63:22,
80:2, 115:12,
127:1, 127:3,
127:4, 127:7,
127:14, 128:3,
142:22, 152:25
**opinions**
44:10, 44:16,
44:19, 45:16,
45:19, 46:2,
46:5, 47:1,
47:11, 49:11,
49:21, 50:1,
50:6, 51:2,
53:16, 53:24,
56:1, 59:10,
59:11, 63:18,
63:20, 76:25,
77:3, 77:8,
84:15, 105:9,
122:21, 153:14
**opportunity**
12:17, 87:4,
90:1
**order**
87:5, 87:10,
88:22, 89:3,
141:22, 143:3,
143:11, 143:14,
160:17
**ordered**
88:1
**orders**
54:4, 76:20,
76:21
**organization**
24:7, 109:20,
117:2
**original**
48:4, 51:9,
51:12
**originally**
47:15
**otazo-reyes**
30:8
**other**
11:16, 11:19,

11:22, 13:7,
14:10, 15:19,
22:25, 24:23,
24:25, 26:22,
26:25, 27:12,
28:13, 29:23,
34:13, 34:18,
36:12, 38:24,
39:21, 39:22,
40:17, 43:9,
44:12, 45:22,
45:25, 57:14,
60:21, 61:3,
61:6, 68:18,
78:13, 83:9,
90:18, 105:1,
107:7, 107:16,
113:3, 136:22,
155:1, 157:8,
158:1, 161:22,
162:20
**otherwise**
163:14
**out**
10:21, 11:9,
18:10, 34:19,
35:19, 37:2,
42:11, 88:10,
100:12, 108:13,
111:23, 113:9,
123:18, 147:19,
147:25, 158:21,
162:2, 162:11
**outcome**
163:14
**outside**
36:6, 37:8,
49:21, 50:1,
50:6, 51:3
**over**
36:15, 36:19,
36:24, 65:18,
98:11, 105:14,
118:11, 156:25,
157:7, 158:16,
158:25, 159:6
**overall**
108:18

owed
34:17
owendo
67:3, 69:13,
69:19, 70:2,
71:19, 72:23,
73:1, 73:9,
76:11, 93:23,
95:4, 96:7,
96:21, 97:9,
97:12, 112:12
own
55:1, 73:22,
74:7, 156:11
owned
12:22, 13:14,
13:16, 13:17,
13:18, 13:20
owner
34:12, 50:14,
50:18, 51:14,
104:17, 104:20,
126:1
owners
126:15
ownership
51:22
oxygen
90:5, 142:13

**P**

pacific
1:8, 3:12,
7:10, 119:16,
124:23, 125:15,
128:10, 151:15,
153:7, 159:13
page
4:2, 4:14, 5:3,
5:15, 6:3,
12:17, 14:2,
41:15, 60:15,
64:16, 70:14,
77:15, 80:25,
102:20, 105:8,
105:10, 112:19,
116:22, 116:23,
117:11, 117:12,

118:3, 119:21,
120:2, 120:5,
122:17, 122:23,
122:24, 125:8,
127:23, 127:24,
128:6, 128:8,
128:9, 151:9,
151:13, 153:22,
156:8, 156:15,
162:2, 162:6,
162:11, 162:15
pages
1:23, 12:16,
162:11
paid
42:9
pain
118:11, 156:25,
157:7, 158:16,
158:25, 159:5
paint
33:2
palmas
5:6, 79:19,
79:22, 80:13,
81:5
paper
81:10, 84:17,
114:18, 160:5
paracetamol
118:13, 157:2
paragraph
14:2, 15:10,
51:23, 64:23,
112:21, 117:12,
120:5, 125:9,
125:23, 125:25,
128:7, 147:11,
148:15, 156:14,
156:15, 161:21,
162:10
parentheses
134:6
part
16:12, 16:25,
31:21, 50:10,
61:24, 61:25,
91:1, 108:16,

108:22, 120:23,
120:24
participated
68:4
particular
106:14, 108:23,
147:21
parties
86:17, 163:12
parts
135:6
party
30:3
passenger
17:12, 17:19,
17:21, 17:22,
17:24, 18:6,
35:18, 38:20,
38:24, 39:2,
39:8
passengers
29:3
past
33:14, 57:13
pasted
44:6
patacion
36:4
patience
12:3, 41:3,
81:25
patriot
9:23
pay
34:3, 34:16
payment
143:6
pdf
35:7
penalties
7:5
pending
48:9
pension
20:5, 20:7,
20:10
people
39:17, 94:10,

113:21, 119:7
people's
35:20, 37:1
percentage
34:17
perfect
144:4
perform
24:13
performing
157:11
perhaps
102:8, 102:9,
147:10
period
118:12, 149:1,
149:5, 157:1,
159:6
perjury
7:5
perlstein
1:14, 2:5, 3:4,
4:2, 4:17, 4:19,
4:21, 4:23, 7:3,
7:9, 7:19,
18:23, 22:24,
25:15, 47:19,
49:3, 51:6,
58:18, 60:10,
61:21, 67:2,
97:6, 103:24,
113:24, 136:24,
148:14, 163:8
perlstein's
41:18
person
8:21, 9:18,
24:7, 83:21,
84:5, 89:10,
100:9, 137:20
personal
118:13, 133:4,
157:2
persons
83:5
pertain
14:18, 15:21,
80:19, 87:16

pertaining
86:13, 87:12
pertains
73:18
pertinent
15:11
peter
3:5, 7:15,
25:19, 47:23,
59:4, 144:6,
148:4
pharmacies
89:16
pharmacy
115:7
philadelphia
11:10
phone
100:7, 123:19
phonetic
36:4, 113:18
photo
67:6, 100:25
photograph
54:8, 67:3,
71:18
physical
88:14, 98:5,
111:4, 111:10,
111:12
physician
100:8
pic
9:22, 15:18,
19:9
pick
33:21, 100:7
picked
123:17, 123:19
picture
100:24, 101:4,
107:7, 107:11,
107:14
piece
81:10, 84:17
pier
118:25, 120:21,
123:17, 157:14,

158:12
pill
159:16, 159:24,
161:7
pilot
15:20
piloting
14:14, 14:15
pins
142:17
place
31:5, 128:14
places
19:16, 54:20
plaintiff
1:6, 3:3, 4:22,
5:15, 6:3, 7:16,
24:1, 24:14,
26:13, 27:18,
30:25, 31:7,
31:20, 32:2,
32:7, 32:21,
64:1, 67:22,
69:4, 103:8,
132:12, 135:20,
140:25, 143:18,
144:2, 145:15,
151:1
plaintiff's
15:11, 32:11,
132:11, 135:19,
143:17, 145:12,
145:13, 146:14,
149:16
plaintiffs
14:10, 33:16
plan
56:25, 96:3,
108:17
planet
3:21
please
26:1, 26:16,
33:20, 36:16,
61:17, 75:6,
103:17, 115:22,
116:5, 120:3,
123:7, 130:23,

134:9, 137:24,
138:20, 144:18,
156:23, 159:4
pleased
89:21, 141:13
plus
102:24
pocket
90:5
point
63:8, 92:4,
105:24, 124:5,
143:23
points
123:6, 124:21,
124:22
port
4:24, 10:21,
17:19, 18:7,
72:25, 73:7,
73:9, 73:15,
73:21, 73:24,
74:9, 74:15,
75:12, 75:20,
76:11, 77:11,
92:23, 93:6,
94:1, 94:4,
94:16, 94:18,
94:23, 95:20,
95:21, 112:12,
112:23, 113:8,
113:10, 113:11,
113:12, 113:15,
114:6, 114:12,
114:13, 155:14
portion
148:15
ports
5:13, 15:5,
92:15, 95:24,
96:3, 97:2,
148:22, 153:19,
154:5
position
110:14
positions
109:3
possible
149:2

post
21:4, 72:3
poturrence
113:18
ppe
132:18
practice
58:10, 121:12
pratique
120:25
preceding
162:10
preliminary
29:8
preparation
33:4, 43:6
prepare
47:2
preparing
30:6, 41:21,
41:23, 66:1
present
3:20
preserving
48:23
pressure
106:24, 112:6
pretty
50:20, 51:5,
62:11, 109:22
prevention
80:20, 87:13,
87:16, 90:19,
91:2
preventions
80:23
previous
50:25
princeton
5:12, 86:18,
86:20, 86:22,
87:4, 88:17,
89:14, 89:16,
115:7, 130:1,
130:3, 130:5,
149:25, 150:5
printed
43:10, 43:13,

88:10
**prior**
9:9, 22:10,
27:22, 31:17,
39:11, 60:22,
67:4, 72:17,
73:4, 80:2,
80:3, 94:1,
94:4, 96:11,
139:19, 144:22,
149:12, 152:13,
153:2
**privately**
12:22, 13:12,
13:16, 13:20
**problem**
23:8
**problems**
111:20, 111:21,
111:25
**proceed**
7:22
**process**
34:6, 88:6,
147:2
**professional**
33:9
**professionals**
39:18
**profile**
4:18, 33:18,
35:7, 35:10,
35:12, 35:16
**profoundly**
122:8
**program**
85:22, 86:2
**progress**
41:5, 106:23
**prompt**
49:19, 57:6,
121:19, 126:2
**promptly**
123:13, 125:15,
125:17
**pronunciation**
90:9
**proof**
62:14

**proper**
48:13, 49:19,
76:8, 100:10,
113:10, 114:7,
121:19, 126:4
**properly**
45:11
**prophylactic**
94:10, 126:23,
127:16, 128:1
**prophylaxis**
160:16
**prosecute**
58:4
**protective**
133:4
**protocol**
100:12
**provide**
7:25, 52:14,
53:20, 57:5,
57:6, 58:11,
62:14, 62:15,
76:8, 83:4,
86:2, 126:2,
128:14
**provided**
24:11, 42:17,
47:9, 49:16,
52:5, 53:7,
53:13, 86:6,
92:16, 107:8,
109:20, 114:18,
115:1, 119:15,
121:16, 121:18,
160:7
**provider**
8:20, 107:2,
123:20
**providers**
100:5, 110:20
**provides**
130:5
**providing**
14:4, 52:8,
106:2, 109:8,
110:3, 126:16
**proving**
62:24

**provisioned**
112:24
**provisions**
63:13
**pte**
1:9, 3:12
**public**
2:8, 163:22
**publications**
44:24, 112:25
**publicly**
13:14
**publish**
102:20
**pull**
67:14, 128:17
**pump**
135:9
**purchase**
54:4, 76:19
**purpose**
74:9, 113:2,
113:17
**purposes**
60:3, 104:18,
104:23
**pursuant**
2:6
**put**
40:10, 46:6,
74:7, 78:17,
95:9, 99:11,
129:1, 146:16,
152:23
**putting**
11:25

___Q___

**qualification**
58:7
**qualified**
40:21, 40:25
**quantities**
117:15
**question**
8:15, 29:23,
37:6, 45:17,
45:18, 46:7,

46:15, 47:7,
47:14, 47:15,
47:17, 47:24,
48:2, 48:3,
48:4, 48:9,
48:24, 66:17,
85:20, 87:2,
87:21, 88:6,
88:7, 100:6,
116:2, 116:5,
116:8, 147:2,
155:4, 157:4,
158:7
**questionnaire**
157:25
**questions**
7:21, 8:13,
25:16, 25:25,
48:8, 48:13,
52:16, 52:21,
53:1, 58:23,
61:22, 98:9,
105:1, 105:3,
119:19, 119:21,
119:25, 128:19,
146:8, 146:10,
155:2, 161:3,
162:21
**quick**
36:23, 59:5,
61:10, 61:13,
67:14
**quite**
34:14
**quotation**
5:12, 6:6,
88:18, 89:6,
89:21, 141:14,
142:5, 149:25,
150:5
**quote**
6:5, 65:21,
141:7, 142:23
**quoted**
89:22, 141:15

___R___

**raise**
138:24

**ramps**
15:5
**rapidly**
123:4
**rate**
42:6
**rather**
45:10
**reach**
63:20, 63:22,
72:1
**reaching**
71:23
**read**
17:15, 36:16,
38:6, 89:1,
96:10, 98:21,
113:3, 116:4,
116:6, 117:16,
119:2, 120:17,
121:4, 122:15,
123:7, 123:9,
124:21, 125:10,
126:19, 128:7,
129:3, 130:21,
135:16, 139:1,
141:7, 141:16,
156:14, 156:19,
158:22
**readiness**
121:1
**reading**
14:6, 98:13,
155:16, 163:10
**ready**
5:19, 121:2
**real**
67:14
**really**
25:22, 41:5,
47:23, 56:9,
103:19
**reason**
7:24, 27:3,
69:22, 86:5
**reasonable**
126:23, 127:16,
127:25

**recall**
21:14, 21:23,
22:4, 26:25,
28:25, 29:6,
29:24, 30:6,
32:25, 38:11,
51:14, 52:25,
53:4, 53:11,
69:13, 73:2,
87:15, 88:2,
93:20, 100:17,
101:10, 102:3,
103:9, 148:17,
150:25
**recalled**
151:21
**receipt**
5:4, 5:6,
77:19, 78:15,
79:18, 79:23,
80:8
**receipts**
54:3, 77:5
**receive**
53:22, 79:10,
79:16, 88:23,
115:9, 132:5,
146:13
**received**
22:10, 43:10,
44:8, 44:22,
45:23, 45:25,
50:11, 52:6,
53:21, 73:4,
76:23, 77:7,
77:24, 78:21,
78:24, 79:6,
79:14, 79:19,
81:4, 81:12,
115:17, 116:10,
117:24, 119:14,
122:7, 128:21,
131:1, 131:22,
132:1, 132:7,
132:19, 133:6,
133:14, 136:22,
143:8, 149:12,
159:15, 159:23,

160:18, 160:24
**receiving**
79:8
**recent**
9:20, 21:1,
27:4, 28:8
**recess**
61:19, 103:22
**recognize**
12:18, 35:9,
41:12, 54:12,
73:6, 77:18,
80:16, 85:7
**recommendations**
109:19
**recommended**
94:10
**reconstruct**
68:19
**record**
4:25, 7:13,
8:14, 28:4,
48:15, 49:10,
68:13, 73:1,
114:22, 122:10,
122:11, 123:9,
124:22, 125:11,
127:24, 128:7,
128:21, 140:12,
140:13, 163:7
**recorded**
68:15
**recording**
68:18, 70:18
**records**
46:11, 62:16,
62:23, 63:4,
63:20, 63:23,
73:25, 86:13,
86:17, 86:19
**recover**
34:7, 34:18
**recovering**
34:10
**redelivery**
155:11
**redo**
19:6

**reduced**
163:9
**refer**
122:2, 144:5
**reference**
83:24, 121:7,
122:2, 134:9,
157:18, 157:20
**referenced**
84:4, 84:5,
125:4
**references**
54:20
**referencing**
151:23, 158:3
**referred**
57:23, 104:9,
123:22, 161:20,
162:6
**referring**
8:23, 151:21,
152:3, 152:10,
159:9, 162:16
**refers**
74:23
**reflect**
65:15
**reflecting**
49:11
**reflects**
117:14
**refresher**
61:23, 61:25
**refrigerator**
97:20
**regards**
133:10
**region**
157:13
**regulation**
64:25, 65:5,
65:14, 65:22,
66:7, 84:7,
119:25
**regulations**
44:23, 54:21,
54:23, 55:2,
55:4, 55:6,

64:20, 74:12,
84:4, 125:21
**related**
4:16, 12:13,
54:5, 90:19,
91:2, 163:12
**relationship**
51:13, 117:9
**relayed**
151:22
**relevant**
20:21, 44:24
**reliable**
7:25
**relied**
60:19, 61:2,
73:3
**relief**
10:20, 112:2
**relinquish**
34:13
**rely**
61:4, 62:23,
63:12, 69:6
**remark**
89:2, 121:9,
157:10
**remarks**
134:10
**remember**
23:25, 24:4,
24:6, 24:20,
30:15, 41:21,
112:13, 119:25,
134:23, 141:23,
141:25, 142:2
**reminded**
138:19
**reminder**
5:22, 6:8,
137:13, 137:22,
138:15, 144:16
**reminding**
138:9
**remote**
163:5
**render**
113:2, 114:1,

140:7
**renew**
40:13, 87:6,
130:5
**renewal**
8:5, 40:14,
62:3
**renewed**
62:1, 131:11,
138:3, 138:4,
144:19
**repairs**
34:15
**repeat**
47:17, 116:2
**repeated**
122:25
**replace**
91:9
**replacement**
91:11
**replenish**
88:1, 89:23,
141:16, 150:3,
150:15
**repo**
33:23, 34:1
**reported**
1:24, 121:17,
123:10, 125:5,
151:2, 153:2,
156:13, 157:5,
157:6, 157:25,
158:9, 158:15
**reporter**
75:6, 98:13,
116:4, 140:17,
140:22, 163:1
**reporting**
157:9, 158:13
**reports**
158:24
**repossess**
35:19
**repossessed**
34:24
**repossession**
35:15, 39:22

**represent**
7:10
**republic**
117:3, 117:10,
125:21
**request**
124:24, 125:2
**requested**
163:11
**requesting**
151:17
**requests**
122:25
**require**
106:3, 113:13
**required**
9:14, 19:12,
25:13, 49:16,
61:25, 62:2,
64:20, 65:5,
89:22, 97:16,
107:24, 113:17,
116:24, 119:7,
121:14, 123:20,
124:17, 127:8,
141:15, 150:3
**requirement**
48:19, 49:18,
49:19
**requirements**
26:18, 40:5,
40:8, 48:3,
55:1, 55:10,
58:10, 86:7,
117:1, 117:3,
136:19
**requires**
64:25, 65:14,
104:7
**requisition**
127:10, 138:25,
150:21
**requisitioning**
91:8
**requisitions**
45:3
**research**
24:11

**reserve**
107:25
**reserved**
52:21
**reservoir**
142:14
**respectfully**
58:13, 58:17
**respects**
121:2
**respond**
122:25, 125:17
**response**
152:14
**responsibilities**
104:19, 107:19
**responsibility**
108:8, 108:10,
108:18, 109:3,
111:7
**responsible**
19:6, 105:21,
106:1, 106:16,
107:23, 108:3,
108:15, 109:7,
109:11, 110:2,
111:2
**rest**
63:25, 102:14,
102:23
**restocking**
142:19
**retained**
22:1, 32:11,
32:21, 32:23,
33:1
**retainer**
21:20
**retire**
19:21, 21:6
**retired**
19:24, 20:19,
39:23
**retirement**
19:18, 20:1,
20:2, 21:5
**review**
22:9, 44:5,

51:15, 90:1,
91:5, 118:15,
126:8
**reviewed**
42:25, 43:5,
60:19, 60:22,
61:4, 114:23
**reviewing**
20:23, 42:16,
44:24
**rfps**
45:5
**richard**
32:24, 143:22,
144:5, 147:16,
148:4
**ring**
30:12
**rio**
97:12, 118:25,
135:15, 157:14,
158:12
**risk**
94:23
**rml**
64:21, 65:5,
65:13
**ro-ro**
31:11
**road**
69:1
**rogs**
45:5
**role**
34:5, 37:19,
52:15, 52:21,
78:14
**roll-off**
31:11
**roll-on**
31:11
**romanian**
85:23
**room**
98:1
**route**
95:23, 96:15
**row**
75:9

**rpr**
1:24, 2:8,
163:21
**rules**
25:14, 44:23
**run**
113:9
**running**
29:4
**runs**
108:13

---
### S
---

**s**
90:14
**safe**
128:14
**safety**
26:19, 63:12,
83:14, 104:5,
107:25, 135:10,
142:17
**said**
21:16, 22:22,
24:5, 30:13,
52:4, 61:12,
62:13, 66:18,
96:21, 118:11,
141:21, 142:1,
144:4, 149:20,
150:11, 151:24,
157:1, 157:25,
159:6, 161:9,
163:8
**sail**
8:16, 107:25
**sailed**
10:11, 11:4,
11:13, 11:15,
11:18, 11:21,
36:13, 38:4,
38:14, 39:2,
39:11, 65:9,
93:5, 105:17
**sailing**
10:14, 10:18,
20:15, 21:1,
38:11, 39:8,

39:23, 136:13,
139:22, 145:21,
145:23, 146:1,
149:12, 153:24,
155:9, 155:25
**sales**
130:1
**salvage**
16:10, 16:13,
17:2, 17:7
**same**
31:24, 50:20,
77:15, 84:2,
85:15, 100:13,
102:19, 117:14,
132:18, 133:6,
133:21
**santa**
93:13, 95:12
**satisfied**
44:13, 44:15,
63:19
**satisfy**
40:4, 74:1
**savannah**
77:10, 92:10,
92:24, 93:3,
96:6, 96:12,
114:6, 114:12,
114:13, 115:9,
115:20, 116:12,
116:16, 129:19,
131:1, 131:22,
132:1, 132:7,
133:6, 133:15,
138:25, 139:3,
142:4, 145:18,
149:13, 150:16
**saw**
33:18, 71:18,
73:2, 76:12,
100:24, 101:1,
101:2, 107:8,
147:8, 160:11
**say**
7:14, 9:22,
12:20, 14:17,
14:25, 15:4,

17:11, 17:13,
23:21, 24:22,
30:20, 36:8,
42:24, 43:22,
56:4, 57:4,
61:24, 64:18,
65:4, 65:20,
69:16, 79:2,
80:9, 83:12,
95:13, 96:13,
97:15, 98:18,
99:5, 100:14,
109:2, 110:6,
111:2, 111:5,
111:10, 113:5,
118:20, 126:21,
132:2, 133:2,
134:13, 135:1,
140:18, 146:18,
151:20, 161:21
**saying**
53:11, 94:14,
94:15, 100:18,
110:2, 121:8,
125:5, 137:21,
151:13, 151:25,
152:8
**says**
12:8, 20:19,
33:12, 74:19,
76:4, 76:11,
82:12, 82:24,
85:22, 89:3,
89:20, 101:8,
112:22, 126:15,
130:10, 130:22,
131:2, 131:7,
131:25, 134:9,
134:12, 135:14,
137:24, 141:13,
143:10, 144:15,
144:18, 153:7,
153:23, 158:2,
158:20
**scanned**
54:11
**scenario**
54:2

**schedule**
21:20, 95:20
**school**
9:4, 12:23,
13:13, 13:17
**sciurba**
32:21
**screen**
12:1, 12:5,
14:2, 21:21,
22:15, 27:10,
29:11, 35:6,
36:15, 36:19,
41:7, 46:25,
49:12, 63:6,
67:15, 70:14,
73:6, 77:16,
79:22, 81:24,
82:3, 85:7,
88:8, 88:11,
92:19, 98:12,
99:11, 102:20,
147:8, 148:23,
151:11
**scroll**
12:16, 41:12,
43:14, 63:8
**sea**
10:19, 11:9,
11:11, 11:16,
11:19, 11:23,
17:18, 19:10,
21:4, 21:9,
21:12, 36:3,
36:9, 37:8,
37:20, 37:22,
39:22, 39:25,
94:22, 99:18,
99:24, 100:5
**seafaring**
78:14
**seagate**
137:8
**seals**
11:7
**seaman**
49:20, 58:16,
65:1, 110:8,

110:9, 125:18,
126:2
**seaman's**
126:4
**seamen**
110:21, 110:24
**search**
148:2
**seaworthiness**
26:18
**seaworthy**
113:22, 114:7,
114:14, 127:5,
128:14, 136:6,
146:2
**sec**
116:21
**second**
5:7, 9:15,
15:18, 36:14,
37:9, 39:5,
56:5, 59:20,
71:25, 72:2,
72:6, 80:25,
81:15, 82:2,
82:9, 82:12,
85:14, 86:1,
98:14, 99:6,
100:15, 101:9,
106:9, 106:10,
108:11, 108:13,
122:24, 124:5,
125:10, 125:12,
127:15, 128:12,
128:16, 151:3,
153:20
**security**
15:21
**see**
12:4, 12:17,
14:6, 18:6,
21:10, 21:21,
22:14, 29:14,
29:18, 35:7,
35:23, 36:20,
37:3, 40:8,
41:9, 45:2,
51:6, 51:9,

51:20, 51:25,
54:3, 60:15,
63:6, 63:20,
64:16, 64:21,
74:15, 74:17,
74:20, 75:9,
76:4, 76:19,
77:16, 78:11,
80:5, 80:7,
80:25, 81:3,
82:2, 87:4,
87:12, 87:15,
88:10, 90:18,
92:24, 98:13,
98:16, 101:3,
101:16, 105:10,
107:3, 118:5,
123:1, 134:10,
135:4, 137:4,
142:16, 142:24,
143:6, 147:3,
148:23, 149:24,
151:11, 152:1,
155:10, 156:17,
161:14, 162:7,
162:16
**seeing**
88:3
**seek**
123:11
**seen**
45:21, 46:12,
64:8, 64:12,
67:2, 67:6,
72:4, 72:25,
73:12, 77:14,
77:22, 79:18,
80:1, 80:3,
81:21, 82:14,
82:20, 84:16,
84:22, 84:25,
85:3, 85:5,
86:10, 86:12,
100:21, 107:16,
114:17, 115:6,
129:8, 132:17,
132:20, 160:4,
160:11, 160:22

**send**
62:10, 110:21,
119:1, 123:12,
124:24, 151:17,
157:15
**sending**
110:8, 110:21,
124:9
**sent**
91:21, 102:23,
103:7, 124:19,
134:17, 152:21,
162:18
**sentence**
14:21, 19:4,
117:13, 118:24,
126:14, 126:22,
152:8
**separate**
144:1
**september**
1:16, 43:2,
163:16
**series**
17:13
**seriousness**
125:1
**serve**
39:9
**served**
9:18, 16:9,
17:1, 17:12,
19:8, 97:19,
105:13, 125:12
**service**
19:15, 19:19,
19:22, 20:11,
20:14, 53:18
**services**
18:15
**set**
95:20, 132:14,
162:2, 162:11,
163:15
**settle**
30:22
**settled**
27:21, 27:22,

30:19, 30:21,
32:5
**seven**
37:23, 39:5,
111:18, 139:18
**several**
11:9, 19:10,
19:15, 33:22,
54:20, 146:19
**sg**
130:1
**shame**
148:5
**shanghai**
31:18
**share**
29:11, 35:6
**sharing**
69:9
**sheet**
12:8, 41:16,
160:23
**ship's**
65:4, 65:14,
65:25, 74:2,
78:11, 78:17,
91:5, 97:9,
97:16, 101:16,
106:2, 109:7,
109:11, 110:3,
116:25, 123:22,
126:25, 127:11,
127:25, 128:2,
149:12
**shipboard**
8:18, 8:20,
9:1, 9:10, 9:11,
19:4, 37:13,
49:22, 50:2,
50:6, 51:3,
51:13, 53:23,
76:22, 83:7,
84:3
**shipped**
143:7
**shipping**
1:8, 3:12,
7:11, 51:18,

74:24, 118:5,
124:24, 125:15,
128:10, 129:24,
132:25, 134:5,
134:7, 151:15,
153:8, 156:22,
159:3
**ships**
21:1, 37:9,
37:17, 38:25,
39:2, 39:8,
39:11, 39:15,
75:21, 97:16,
97:19, 97:23,
110:25, 111:8,
112:16, 116:24
**shipyard**
11:10
**shirt**
71:21
**shoes**
135:10
**shore**
67:3, 70:2,
70:7, 71:19
**shoreside**
107:2, 110:20,
125:2
**short**
71:20
**shorthand**
68:23, 163:1
**shortly**
30:25
**shorts**
71:20
**should**
13:3, 106:3,
124:14, 124:19,
159:24, 159:25,
160:3
**show**
27:9, 41:6,
46:25, 76:9,
76:13, 78:20,
79:1, 79:21,
84:21, 98:12,
146:20, 148:21,

151:9
**showed**
80:9, 112:11,
147:7
**showers**
3:14
**showing**
14:2, 22:15,
77:6, 77:19,
82:3, 87:4,
153:22
**shown**
42:7, 67:15,
70:13, 73:5,
88:8
**shows**
78:5, 78:23,
85:14, 97:8
**sick**
97:23, 100:17,
101:9, 110:9,
110:24, 118:18,
121:20, 122:15,
124:16, 125:6,
126:2, 153:12
**sickness**
103:14, 151:2
**side**
15:5, 32:11,
40:14, 40:15,
68:7, 68:10,
120:21
**sides**
33:16
**sign**
78:18, 79:15
**sign-off**
157:25
**signature**
43:16, 81:3,
81:10
**signature-5tm1q**
163:19
**signed**
43:18, 78:14
**significant**
20:16, 120:19,
120:23

**signing**
21:24, 22:10,
63:5, 64:1,
64:5, 77:22,
81:16, 163:11
**signs**
100:16, 110:6,
110:7, 110:15
**similarly**
77:5
**simms**
3:14
**simultaneous**
8:9, 58:14
**since**
10:11, 10:18,
11:3, 11:13,
11:15, 18:20,
21:12, 22:19,
22:21, 22:25,
23:3, 23:14,
26:23, 26:25,
39:23, 45:25,
46:12, 47:8,
47:20, 67:5,
72:4, 73:12,
74:6, 81:21,
82:14, 85:3,
85:5, 86:16,
87:3, 100:20,
126:3, 158:6
**singapore**
75:14, 89:14,
128:23, 130:2,
136:23
**singapore's**
115:18, 116:10
**singh**
43:9, 45:5,
45:22
**sit**
48:10, 68:7,
68:10, 119:5
**sitting**
115:16, 116:8
**situations**
48:12
**six**
53:4, 69:15,

69:18, 153:12

**size**
35:21

**skip**
125:19

**sl-7**
36:9

**sleeve**
71:20

**sloppy**
120:17

**small**
98:1

**sms**
104:3

**societies**
75:4, 75:8

**sof**
119:17, 157:4,
157:24, 158:14

**solas**
16:24

**sold**
95:23, 96:15

**some**
10:20, 16:2,
20:16, 43:13,
44:12, 45:22,
97:25, 102:8,
102:9, 102:14,
108:20, 111:14,
128:19, 136:21,
147:19, 159:14

**somebody**
58:4, 106:21,
113:13

**somebody's**
57:4, 58:7

**someone**
58:25, 89:10,
99:25, 112:4

**something**
24:4, 48:5,
48:8, 65:17,
79:9, 124:1,
140:17, 147:19

**sometimes**
34:12, 104:13

**somewhere**
21:2, 139:23,
152:22, 153:11,
160:1

**soon**
94:9, 124:19

**sorry**
37:7, 38:17,
66:17, 82:13,
96:25, 116:3,
121:8, 137:8,
148:4

**sort**
25:23, 112:21

**sotolongo**
3:5, 3:6, 4:4,
4:6, 7:12, 7:14,
7:15, 22:8,
22:10, 25:15,
25:22, 46:6,
46:14, 47:6,
47:13, 47:18,
47:21, 48:1,
48:10, 48:18,
48:23, 49:25,
50:3, 50:9,
50:19, 52:18,
52:23, 53:3,
53:8, 54:1,
55:9, 56:3,
58:19, 58:21,
59:6, 59:9,
60:1, 60:7,
61:5, 61:11,
61:15, 61:18,
66:12, 66:15,
68:12, 72:14,
74:3, 77:9,
77:12, 78:8,
79:11, 81:7,
84:19, 87:20,
88:5, 92:2,
94:20, 96:9,
99:1, 105:3,
105:5, 116:4,
132:10, 135:18,
140:13, 140:22,
141:2, 143:16,

144:3, 144:7,
144:9, 145:11,
146:7, 146:25,
147:7, 147:12,
147:17, 148:8,
148:15, 148:25,
149:17, 149:22,
150:1, 153:10,
153:17, 155:3,
155:7, 161:2,
161:12, 162:1,
162:22

**sotolongo's**
146:22

**sound**
145:19

**spare**
135:6

**spares**
5:19, 135:2,
135:3, 135:4

**speak**
87:21, 140:16,
146:21

**speaking**
8:9, 58:14,
69:4, 100:2,
151:1

**spend**
41:23

**spending**
111:17

**spent**
37:25, 42:1

**spite**
119:2, 157:15

**spoke**
140:14

**spreadsheet**
87:8, 89:9,
143:24

**st**
42:18, 42:24,
75:17, 143:21,
144:10, 144:20,
145:7, 149:3,
149:11

**stability**
14:25, 15:25,

108:7

**stage**
57:7

**stamp**
78:11, 78:17,
81:1, 81:9

**stamped**
77:6

**standard**
52:7, 59:1,
121:11

**standards**
10:3, 55:3,
55:4

**standing**
69:12

**stands**
44:14

**star**
9:5, 9:16,
9:17, 13:24

**stargate**
5:17, 5:22,
6:5, 6:8, 53:18,
53:24, 54:5,
54:9, 55:7,
55:11, 55:13,
55:15, 55:18,
56:6, 64:5,
76:13, 78:7,
79:19, 80:13,
91:25, 95:3,
95:17, 100:22,
106:7, 108:23,
114:5, 115:7,
115:19, 116:11,
121:20, 125:14,
128:12, 129:7,
129:12, 129:15,
129:18, 129:19,
129:22, 130:12,
132:22, 133:11,
134:20, 135:23,
136:4, 137:8,
137:13, 137:19,
138:13, 138:15,
138:18, 140:3,
141:7, 144:13,

144:15, 145:3,
155:25
**stargate's**
73:18
**start**
44:25, 94:3,
94:7, 94:10,
94:24, 95:13,
98:11, 122:4,
136:23
**started**
148:16
**starting**
43:2
**starts**
122:24, 125:25,
156:16
**state**
4:24, 14:3,
24:20, 24:22,
26:9, 50:21,
60:18, 72:25,
73:7, 73:9,
73:15, 73:21,
73:24, 74:9,
74:15, 75:12,
75:20, 76:11,
92:5, 98:9,
102:7, 103:11,
112:12, 112:13,
115:22, 117:3,
124:6, 150:17,
150:18, 163:22
**stated**
69:17, 69:21,
70:6, 119:13,
121:3, 135:2,
135:3, 135:4
**statement**
96:17, 103:12,
129:13, 158:17
**statements**
48:11, 151:2,
157:8, 161:21,
162:2
**states**
1:1, 2:8, 11:7,
18:4, 34:22,

57:12, 109:22,
110:9, 152:12,
156:23, 159:3
**stay**
59:1
**stcw**
10:1, 10:5,
11:1, 11:4,
15:15, 19:11,
39:12, 40:6,
40:11, 40:14,
61:24, 61:25,
63:25, 76:7,
76:12, 82:2,
83:3, 83:7,
83:25, 85:15,
86:7
**steal**
34:19
**stealing**
35:19
**stenographer**
8:11, 8:13,
28:1, 116:7
**stenographically**
163:9
**step**
150:25
**sterile**
142:18
**stick**
48:9
**still**
20:3, 25:6,
94:2
**stipulating**
59:23
**stipulation**
58:21, 58:23,
59:6, 60:4, 60:6
**stock**
118:13, 118:14,
157:2, 157:3
**stocked**
136:20
**stop**
69:9, 126:6
**stores**
5:4, 77:19,

78:15, 79:8,
79:15, 79:19,
112:25
**stow**
107:24
**stowage**
15:1
**straight**
103:2
**street**
3:7
**strike**
19:6, 50:24,
55:12, 58:13,
58:17, 66:18,
66:25, 72:23,
86:10, 86:14,
94:14, 115:13,
115:25, 116:19,
121:25, 127:13,
127:20, 136:1,
147:13
**strips**
142:17
**students**
33:8
**subject**
5:17, 5:19,
5:21, 6:4, 6:8,
14:4, 28:12,
28:16, 29:24,
30:10, 30:23,
130:7, 130:9,
130:10, 130:11,
137:12, 138:15,
141:7, 144:15
**subordinates**
108:21
**subpoenas**
45:4
**subsequent**
115:17, 116:9
**subsequently**
119:14
**substandard**
126:17
**successful**
113:19

**suffered**
56:17
**sufficient**
92:6, 98:10,
98:19
**suite**
3:7, 3:15
**suits**
135:10
**summary**
30:25
**sunset**
70:10
**suny**
9:12
**supplement**
46:21
**supplemental**
44:12, 46:11,
49:4, 51:7
**supplementation**
47:9
**supplementing**
46:19
**supplied**
67:11
**supplier**
86:23, 89:14,
134:14
**supplies**
78:6, 113:1,
113:8, 113:10,
142:1
**supply**
92:6
**support**
14:3, 117:22,
117:23
**supported**
127:9
**supposed**
112:16, 130:25,
131:21, 132:1,
132:5, 132:6,
133:5, 133:15,
136:13, 138:3
**sure**
10:5, 36:17,

47:19, 48:22,
57:14, 66:18,
94:12, 101:19,
104:13, 112:8,
122:20, 146:21,
149:17, 155:5,
156:10
**surely**
101:22
**surface**
33:3
**surveyor**
117:10
**surveys**
74:14
**suspect**
65:3, 119:22,
124:2
**suspicions**
120:10
**suture**
142:17
**sweet**
79:3
**switch**
12:2
**sworn**
7:4, 32:14
**system**
63:13, 108:1
**systems**
104:5

**T**

**tackle**
14:22, 14:23
**take**
9:9, 12:2,
28:8, 31:4,
34:4, 48:21,
61:9, 61:13,
68:22, 68:25,
81:24, 93:25,
94:17, 103:16,
103:20, 110:15,
124:15, 128:18,
135:2, 140:17,
145:11, 150:2

**taken**
37:19, 69:3,
90:1, 99:18,
107:12, 107:14,
112:7, 119:6,
123:17, 163:5,
163:8
**taking**
94:3, 94:7,
94:25, 95:14,
110:6
**talk**
22:13, 27:16,
31:6, 105:7,
109:10, 120:6
**talked**
38:19, 112:9,
112:21, 137:20
**talking**
57:13, 59:20,
100:8, 100:13,
120:9, 130:23,
131:3, 131:10,
131:17, 137:15,
155:8, 156:10,
158:10
**tankerman**
25:7, 28:11
**tankers**
11:9, 17:14,
36:9
**taught**
15:25, 16:3,
16:6, 104:6
**team**
36:10
**tech**
36:22
**technician**
3:21, 36:22
**telemedical**
123:20
**tell**
19:5, 32:25,
33:19, 34:1,
34:5, 36:17,
92:9, 103:18,
105:20, 109:14,

122:3, 124:15,
130:21, 149:4,
158:8
**telling**
21:14, 102:4,
102:22, 134:23
**temperature**
100:16, 106:24,
123:25
**ten**
37:21, 61:16,
61:17
**tended**
122:11
**tendered**
121:1
**teodor**
5:10
**term**
8:22, 22:23,
109:16, 114:2
**test**
62:20
**testified**
21:11, 23:3,
23:5, 23:6,
23:9, 24:24,
25:2, 26:22,
27:11, 27:15,
27:17, 30:16,
31:7, 31:20,
31:25, 32:7,
37:12, 52:25,
53:10, 149:19,
161:17
**testifies**
7:5
**testify**
23:19, 28:14,
30:4, 31:13,
32:4, 32:9,
72:13
**testifying**
24:14, 28:25,
52:11
**testimony**
7:25, 16:21,
20:19, 24:9,

26:15, 27:23,
28:23, 31:21,
45:24, 47:14,
59:7, 59:9,
94:24, 115:12,
149:18, 163:7,
163:8
**texas**
26:8
**th**
93:15, 95:10,
98:24, 99:13,
103:14, 107:5,
107:6, 114:19,
117:15, 118:17,
119:6, 124:8,
124:11, 125:3,
128:23, 129:11,
129:16, 130:14,
130:15, 133:13,
133:25, 134:19,
135:24, 136:5,
137:23, 138:6,
138:10, 139:7,
139:13, 139:17,
139:18, 139:22,
140:1, 141:10,
143:17, 144:23,
144:24, 145:1,
145:7, 149:3,
149:9, 151:24,
152:11, 152:13,
152:19, 153:3,
153:7, 154:7,
154:8, 154:11,
154:13, 154:18,
155:11, 155:16,
155:17, 155:18,
155:22, 156:16,
158:1, 158:13,
158:19, 159:1,
159:2, 160:8,
160:19, 162:18,
163:16
**thank**
7:17, 7:19,
8:2, 12:3,
12:20, 21:18,

30:24, 48:22,
60:8, 60:10,
75:9, 84:15,
103:21, 104:7,
105:2, 111:18,
141:15, 144:4,
146:8, 148:12,
155:2, 161:3,
162:23
**themselves**
74:1
**thereabouts**
9:25
**thereafter**
163:9
**thermometer**
100:24, 100:25,
101:4, 107:7,
107:12
**thing**
100:13
**things**
45:15, 76:10,
78:21, 81:14,
113:25, 121:11
**think**
9:14, 16:11,
25:20, 29:12,
33:13, 37:16,
42:10, 57:13,
59:4, 59:17,
60:1, 98:23,
103:15, 112:10,
112:11, 112:21,
125:4, 126:14,
141:4, 143:24,
144:5, 152:17,
153:5
**thinking**
29:22, 147:7
**third**
36:14, 37:10
**thomas**
3:13, 7:10
**thought**
45:20
**thoughts**
44:12

**three**
48:8, 87:24,
88:2, 101:5,
123:6
**through**
12:16, 14:14,
15:8, 25:17,
25:23, 26:1,
33:14, 37:20,
41:4, 42:3,
42:11, 42:14,
42:18, 42:24,
56:5, 57:11,
67:12, 68:15,
81:25, 87:18,
128:10, 149:16,
162:13
**throughout**
100:16
**thumb**
152:23
**thursday**
1:16
**tim**
38:7, 38:9
**time**
7:20, 8:25,
9:15, 9:20,
10:9, 13:2,
15:9, 17:2,
17:17, 27:11,
38:19, 38:20,
41:23, 42:1,
42:16, 42:21,
42:25, 63:14,
70:10, 72:25,
76:23, 81:18,
91:24, 95:13,
101:16, 105:2,
112:24, 114:19,
121:10, 122:12,
128:18, 136:18,
145:22, 147:9,
149:5, 155:2,
159:21, 162:24
**timeline**
139:11, 140:19,
145:10, 145:17,

151:14, 151:20,
151:21, 151:23,
151:25, 152:3,
152:9, 152:10,
157:9, 162:6,
162:12, 162:17
**timelines**
44:23
**times**
19:5, 34:9,
34:13, 34:18,
37:19
**tired**
111:15
**today**
7:20, 7:25,
8:14, 12:1,
25:3, 41:5,
45:24, 69:7,
80:3, 115:16,
116:8, 119:5,
129:9, 141:21,
146:8
**today's**
12:10, 21:11,
41:17, 43:6,
47:2, 49:11
**toes**
57:9
**together**
67:9, 80:9
**told**
70:4, 70:19,
70:21, 70:25,
71:6, 102:9,
102:12, 102:13,
102:16, 111:25,
124:8, 153:15,
153:24, 154:2,
154:10, 156:13,
159:15, 161:6
**tom**
58:19, 61:11,
66:13, 112:22,
141:5, 159:13
**ton**
17:12, 17:13
**tongue**
142:18

**tonnage**
11:22, 16:14,
16:15, 16:17,
16:22, 17:3,
18:25, 35:1
**tons**
16:18, 16:20,
16:23
**took**
8:25, 40:9,
96:20, 97:8,
99:3, 99:8,
100:15, 118:12,
154:10, 157:1,
159:6, 159:15,
161:6
**top**
10:17, 36:25,
60:18, 64:16,
88:4, 128:7,
129:4, 138:12,
143:1, 146:17,
147:14, 162:5,
162:15
**topics**
14:5, 15:10,
15:19
**total**
42:2
**totality**
47:1
**towards**
14:1, 19:18,
118:3, 125:24,
134:8, 134:12,
134:13
**towel**
71:16
**towing**
15:20, 16:10,
16:13, 17:2,
17:6
**tracking**
106:23
**trading**
95:17, 95:18,
95:19
**traditionally**
107:22

trained
99:21
training
10:3, 16:7,
33:9, 40:4,
59:2, 61:22,
62:14, 83:14,
85:22, 86:1,
86:2, 86:6, 86:8
tramp
95:17, 95:18,
95:19
trans
31:18
transcript
4:13, 5:2, 6:2,
163:6
transit
17:9, 18:3,
19:1
transits
17:5, 18:20,
36:13
treatment
80:20, 87:13,
87:17, 90:20,
91:3, 126:4,
126:17, 126:18
treatments
80:22
trends
106:24
trial
11:11, 11:16,
11:19, 21:12,
23:10, 24:25,
25:1, 27:12,
28:10, 36:3,
36:10, 37:8,
37:22, 39:22,
39:25, 57:12,
59:8, 59:25
trials
10:19, 11:9,
11:23, 17:18,
19:10, 21:4,
36:9, 37:20
trip
29:11, 93:3

trips
11:11
true
10:12, 10:13,
13:21, 16:7,
16:8, 18:8,
24:15, 41:1,
41:2, 96:17,
163:6
truthful
69:23
try
87:21, 147:6
trying
29:11, 88:25,
103:7, 113:5,
152:23
turn
57:7, 103:2,
105:7, 112:20,
116:22, 119:20,
122:17, 125:8
turned
123:18
turning
48:4
two
19:14, 23:13,
27:13, 27:14,
46:8, 70:5,
70:6, 70:7,
80:6, 86:6,
96:11, 103:3,
119:7, 124:25,
144:1, 154:17,
154:23, 154:24,
157:8, 161:21,
162:2, 162:11
type
68:24
typed
44:3
types
142:13
typewriting
163:10

U

ukraine
72:9

ukrainian
72:7, 84:9,
106:12
ultimate
124:13
um-hmm
50:16, 63:10,
71:12, 83:16,
84:12, 99:15,
142:16
unconscionable
124:13
under
7:4, 19:11,
25:14, 38:21,
83:3, 123:7,
125:25, 126:1,
148:16, 163:10
understand
34:2, 42:5,
46:24, 52:20,
55:5, 58:22,
59:6, 59:22,
61:2, 72:12,
72:15, 73:24,
78:5, 88:21,
89:13, 89:18,
89:25, 94:15,
109:2, 143:9,
149:18, 162:12
understanding
28:21, 94:2,
94:6, 117:8,
153:1, 153:6
understandings
152:25
understood
8:24, 15:19,
60:12, 159:17
underway
18:16, 18:20,
18:24, 37:18,
37:23, 38:14,
149:6
undisclosed
115:12, 115:24,
121:24, 127:19
unfair
87:2

unfit
113:2
unfortunately
123:18
union
9:4, 13:13,
13:17, 13:21,
21:5, 21:6,
33:5, 36:6,
36:7, 40:2,
62:8, 62:13,
62:15, 63:3
united
1:1, 11:6,
11:7, 18:4,
34:22, 57:12,
110:9
unlimited
11:22, 16:17,
16:22, 18:25,
35:1
unreasonably
126:17
unseaworthy
113:3, 113:22,
114:1, 114:8,
114:11, 114:14,
114:16, 127:5,
127:6, 136:6,
136:8, 136:9,
140:7, 145:23,
146:3, 146:5
until
124:10, 129:16
update
47:9, 150:21
upwards
34:25
usa
131:22, 133:6,
133:15
use
8:22, 14:21,
33:2, 59:24,
109:19, 152:19
using
59:18, 99:23
usns
21:8, 21:13

usually
95:21

## V

vague
48:1, 113:23,
133:17
valid
136:14, 145:3
valley
3:16
various
75:25
ventnor
50:18
verbal
71:13
verifiable
107:10, 122:5
version
149:14
versus
29:1, 31:18,
31:25
vessel
11:1, 11:16,
11:22, 14:17,
14:25, 15:25,
16:22, 17:19,
17:22, 17:25,
18:2, 18:14,
18:17, 18:21,
34:12, 34:23,
38:21, 39:21,
44:22, 51:3,
51:14, 51:21,
74:1, 74:11,
74:13, 89:23,
104:8, 113:16,
114:1, 114:10,
125:14, 128:14,
141:16
vessel's
38:4, 126:1
vessels
10:20, 11:3,
11:20, 16:11,
16:14, 17:2,

17:3, 17:7,
17:18, 18:24,
35:1
via
2:6
video
43:9, 43:13,
44:20, 45:21,
68:15
videoconference
2:7
violation
125:20
virtually
1:15, 2:6
vishveshwar
1:5, 3:3,
156:24
vision
106:25
visit
73:18
visual
74:12
vitae
4:15
vital
100:16, 110:6,
110:15
vlcc
17:15
vouthouris
1:24, 2:7,
163:3, 163:21
voyage
85:19, 92:9,
92:10, 93:2,
93:11, 95:24,
96:20, 96:21,
97:8, 97:9,
98:21, 108:17,
113:19, 117:22,
120:19, 120:23,
120:24
voyages
10:23
vsl
138:24

## W

wait
46:22, 88:5,
124:15
waiting
66:12, 150:15,
152:14
walk
119:8, 122:15
want
22:13, 37:16,
48:13, 53:16,
53:22, 54:3,
56:7, 56:9,
61:15, 61:24,
80:9, 86:14,
87:2, 94:1,
97:17, 105:7,
105:8, 112:8,
122:17, 122:20,
122:23, 124:22,
146:20, 148:5,
149:17, 150:23,
156:9, 159:8
wanted
19:16, 36:23,
61:2, 94:12
war
72:9
watch
69:12, 70:8,
70:16, 71:2,
71:3, 71:7
watched
52:5
watchkeeper
122:14
watchkeepers
10:4
water
101:24
watertight
15:6
way
37:2, 37:3,
40:10, 58:6,
58:9, 66:6,

68:16, 106:22,
108:14, 147:19,
156:1, 156:19,
158:7
wayne
89:11, 89:18,
89:20, 134:22,
134:24, 137:10,
137:20, 138:13,
138:18, 141:6,
141:13, 144:13
we'll
58:21, 58:23,
59:1, 59:13,
60:3, 112:2,
148:11
we're
41:4, 57:13,
59:11, 59:24,
77:15, 98:15,
100:8, 100:12,
102:19, 103:16,
131:10, 137:15,
139:18, 141:2,
145:12
we've
16:11, 20:22
wearing
71:7, 71:19
week
148:7
weeks
101:5, 146:19,
147:23
wei
89:11, 134:22,
137:10
welfare
111:3, 111:7
well-being
105:25, 108:4,
109:8, 110:4,
111:12
went
18:10, 32:9,
69:18, 70:1,
70:4, 93:23,
97:12, 143:25

**west**
24:18
**western**
24:18
**whatever**
59:17, 111:13
**whatsoever**
69:24, 122:12,
160:25
**whereof**
163:15
**whether**
20:9, 56:2,
58:3, 58:25,
61:3, 66:6,
80:19, 83:22,
84:1, 113:22,
127:5, 127:14
**whole**
45:14
**wife**
20:15, 24:2,
112:1
**window**
36:24, 94:9,
94:16
**wish**
139:10
**within**
23:18, 23:22,
33:3, 59:1,
94:16, 100:7
**without**
63:16, 84:16,
113:8, 113:10,
113:12, 113:16,
114:6, 114:13,
116:16, 136:13,
145:3
**witness**
3:4, 22:25,
26:2, 29:25,
33:15, 37:4,
37:13, 41:13,
140:14, 147:4,
163:15
**witnessed**
45:23

**wives**
111:20
**women**
108:3, 111:3,
111:8
**wooden**
109:17, 142:18
**word**
13:12, 56:9,
59:8, 59:24,
124:9, 125:19
**words**
43:25, 44:1,
44:2, 61:1,
74:7, 113:3,
147:22, 152:19,
161:13
**work**
10:20, 14:10,
16:13, 20:21,
21:13, 22:1,
22:19, 22:21,
22:22, 22:24,
23:18, 23:22,
33:15, 33:19,
34:2, 35:14,
35:15, 36:3,
36:5, 36:6,
36:12, 37:8,
39:22, 39:25,
41:4, 42:9,
62:7, 102:17,
103:24, 104:3,
111:8, 121:2,
128:14
**worked**
53:15, 57:17,
82:19
**working**
21:8, 38:17,
42:2
**world**
112:23, 114:3
**worry**
140:20
**worse**
124:4, 126:5,
126:9

**worsening**
118:21
**worst**
111:22
**wouldn't**
63:22
**write**
31:22, 33:10,
44:12
**writing**
41:24, 46:1,
46:10, 72:17,
76:22, 84:17,
160:5
**written**
49:3, 49:6,
86:16, 101:6,
104:5
**wrong**
99:24, 100:6,
122:8, 122:11
**wrote**
43:21, 43:23,
43:24, 63:11,
66:19, 66:24,
72:21, 77:25,
82:14, 82:17,
84:25, 86:12,
87:1, 87:3,
100:20, 100:21,
101:1, 101:12

**X**

**xi**
163:4
**xls**
88:10

**Y**

**yeah**
7:14, 9:25,
32:25, 42:3,
42:15, 43:13,
48:21, 59:22,
79:4, 88:4,
92:16, 102:6,
119:17, 133:22,
149:10, 152:6

**year**
26:5, 31:24,
33:22, 128:23,
130:25, 131:4,
131:7, 131:12,
131:15, 131:18,
132:6, 142:1,
150:3
**years**
9:2, 9:23,
9:24, 19:18,
19:22, 20:13,
20:14, 23:13,
33:22, 53:5,
105:14, 110:13,
117:6
**york**
2:9
**yu**
89:10, 89:13,
89:20, 141:6
**yuan**
89:11, 118:5,
134:22, 137:10,
156:22, 159:3
**yup**
29:15

**Z**

**zoom**
2:6, 12:1,
14:8, 23:11,
24:23, 28:10,
44:20, 52:6,
68:16, 82:1

**$**

**$896.64**
142:23, 142:24
**$9800**
42:14

**.**

**.0073**
3:9
**.5795**
3:17

**0**

**00083400**
163:4

**01**
61:19
**0200**
102:5
**04**
103:22
**0400**
120:20
**0530**
101:18
**0740**
101:24, 101:25,
103:1
**0800**
103:3

---
**1**
---

**1**
134:19, 162:24
**10**
5:11, 9:2,
61:19, 88:17,
88:19, 91:1,
99:13, 125:8,
127:24, 137:23,
138:10, 138:20,
139:7, 139:17,
144:23, 144:24,
145:1, 145:7,
149:3, 155:11,
155:22
**100**
78:23
**1000**
3:7
**105**
4:4
**108**
64:21, 65:5,
65:13
**11**
5:13, 5:18,
39:7, 61:19,
97:1, 97:3,
98:24, 99:11,
103:22, 117:15,
128:6, 128:9,
130:15, 138:21,

140:1, 145:4,
148:22, 149:4,
154:4, 154:13,
154:18
**12**
4:15, 5:16,
5:18, 9:2,
60:15, 90:14,
95:10, 103:22,
115:8, 128:23,
129:11, 130:14,
133:13, 133:25,
134:19, 135:24,
136:5
**1200**
120:21
**13**
9:23, 9:24,
21:23
**132**
5:16
**135**
5:18
**13556**
1:7
**14**
19:20, 41:24,
93:15, 94:9,
94:16, 94:22,
94:25, 95:8
**140**
5:20
**143**
6:4
**145**
6:7
**146**
4:5
**15**
41:24, 93:15,
154:7, 154:8,
154:11
**155**
4:6
**16,000**
17:12
**161**
4:7

**163**
1:23
**17**
5:11, 5:21,
6:4, 138:6,
139:7, 139:13,
139:18, 139:22,
140:3, 141:10,
141:11, 155:16
**18**
1:7, 160:8,
160:19, 160:25
**19**
95:10, 114:19,
162:12
**1st**
43:2, 137:4,
137:5, 138:8

---
**2**
---

**20**
5:11, 5:21,
6:4, 19:21,
20:13, 51:23,
89:6, 107:5,
140:3, 141:10,
143:17, 155:16,
155:17, 155:18,
163:16
**2009**
9:24, 10:2,
10:6
**201**
3:15
**2010**
40:5
**2013**
21:7, 32:20,
33:14, 39:24
**2016**
144:23
**2017**
5:11, 5:16,
5:18, 5:20,
5:21, 6:4, 6:7,
10:18, 11:3,
11:13, 11:15,
21:12, 28:7,

64:5, 72:16,
73:19, 75:18,
78:6, 89:7,
91:15, 92:5,
92:24, 95:6,
98:24, 99:3,
100:23, 103:14,
106:7, 106:8,
108:25, 115:8,
115:20, 116:12,
117:14, 117:16,
118:4, 118:17,
129:11, 130:14,
130:16, 130:25,
131:4, 131:7,
131:12, 131:18,
132:7, 133:25,
135:16, 135:24,
137:5, 137:23,
137:25, 138:8,
138:10, 138:20,
138:21, 139:17,
140:3, 141:10,
142:2, 142:20,
144:20, 144:24,
145:1, 145:7,
145:19, 149:3,
149:9, 149:12,
149:21, 150:12,
154:13, 155:11,
155:16, 156:21,
158:1, 160:8,
160:20, 160:25
**2018**
22:17, 22:25,
23:4, 25:3,
26:23, 27:1,
27:17
**2019**
21:23
**2020**
8:6
**2022**
1:16, 43:19,
46:12, 47:4,
47:8, 47:20,
49:4, 49:8,
50:8, 60:22,

63:5, 63:11,
66:2, 71:23,
163:16
**2024**
163:23
**21**
6:7, 75:17,
143:21, 144:10,
144:20, 145:2,
145:7, 145:14,
149:3, 149:11,
155:22
**21030**
3:16
**22**
78:6, 101:22,
117:13, 135:16,
154:16, 163:16
**220**
42:12
**230**
3:15
**25**
103:14, 152:13,
153:3, 157:6,
158:1, 158:13,
159:1
**255**
26:3
**26**
118:4, 118:17,
124:8, 124:11,
125:3, 149:9,
151:15, 151:24,
152:1, 152:11,
152:19, 153:7,
156:16, 156:21,
158:1, 158:19,
159:2, 162:7,
162:18
**26,000**
17:13
**27**
107:6, 114:20,
119:6, 129:16,
162:13, 162:24
**2nd**
95:5, 95:6

---
### 3
**30**
163:4
**305.415**
3:9
**31**
42:18, 42:24,
95:10, 137:25
**32**
93:4
**33**
93:12, 96:22,
97:10
**33139**
3:8
**35**
4:18, 134:19
**350,000**
17:14
**37**
124:1

---
### 4
**4**
1:7, 141:11
**40**
1:17, 37:25,
105:14, 110:13,
117:6
**402**
3:7
**41**
4:20
**410.783**
3:17
**441548**
6:6
**461651**
1:22

---
### 5
**50**
34:25, 35:20
**500**
16:18, 16:20,
16:22
**52**
61:19

---
**58**
103:22
**5th**
3:7

### 6
**6**
157:4
**62**
142:6, 150:6
**67**
4:22
**6th**
43:18, 46:12,
47:4, 47:8,
47:20, 49:4,
49:7, 50:7,
60:22, 63:5,
63:11, 66:1,
71:23

### 7
**70**
37:25, 42:3,
42:4, 42:7
**73**
4:24
**78**
5:4
**79**
5:6

### 8
**80**
90:13
**82**
5:7
**824,000**
17:14
**85**
5:9
**88**
5:11

### 9
**9**
1:17
**95**
10:5, 39:12

---
**97**
5:13
**9800**
42:11