UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG.JUDGE KAREN WELLS ROBY |

## ORDER

Upon considering the Eastern Pacific Shipping Pte Ltd. Motion *in Limine* – to Exclude or Limit Expert Testimony of Mr. Stewart, Captain Perlstein, and Drs. Fournier, Wiser, and Figley, and any further briefing and argument thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED that:**

(1) Testimony of Mr. John W. Stewart, Jr. is excluded as irrelevant and unreliable.

(2) Dr. Figley's testimony is limited to his opinions regarding Plaintiff's psychological condition. He is prohibited him from giving opinions regarding Plaintiff's physical condition and purported need for hip surgery;

(3) Plaintiff's medical experts must limit their testimony to their specified disciplines, and prohibit them from giving opinions regarding the standard of care, duties, applicable laws, or that any actions or omissions of any crewmember or EPS fell below any standard of care, was a breach of any duty, or was in any way negligent.

(4) Plaintiff's experts are prohibited from giving legal conclusions including opinions on credibility, and opinions on a party's state of mind or any cumulative testimony;

(5) Testimony of Captain Perlstein based on undisclosed records he considered, or any opinion not set forth in his report is excluded.

**New Orleans, Louisiana, this ___ day of _____ , 2024.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE