UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>    Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG.JUDGE KAREN WELLS ROBY<br><br>**NOTICE OF SUBMISSION OF EASTERN PACIFIC'S MOTION IN LIMINE TO EXCLUDE OR LIMIT EXPERT TESTIMONY OF MR. STEWART, CAPTAIN PERLSTEIN, AND DRS. FOURNIER, WISER, AND FIGLEY** |

**PLEASE TAKE NOTICE** that Eastern Pacific Shipping Pte, Ltd.'s Motion *in Limine* to Exclude or Limit Expert Testimony of Mr. Stewart, Captain Perlstein, and Drs. Fournier, Wiser, and Figley is hereby set for submission before the Honorable Susie Morgan, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, at 10:00 am on December 18, 2024.

Dated: December 3, 2024.

| | |
|---|---|
| /s/ J. Stephen Simms<br>J. Stephen Simms<br>Catherine M. Benson<br>Gary C. Murphy<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com | MICHAEL H. BAGOT, JR., T.A. (#2665)<br>THOMAS A. RAYER, Jr. (#20581)<br>WAGNER, BAGOT & RAYER, LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com |

Eastern Pacific Shipping Pte. Ltd. Counsel