UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>    Defendant. | Civil Action No. 18-13556 SM-KWR<br><br> IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG.JUDGE KAREN WELLS ROBY |

**EASTERN PACIFIC'S MOTION FOR FINDING OF SPOLIATION UNDER FED. R. CIV. P 37(e) AND DISMISSAL WITH PREJUDICE**

Eastern Pacific Shipping Pte, Ltd. ("Eastern Pacific") respectfully moves this Honorable Court to find spoliation and dismiss this case with prejudice under Fed. R. Civ. P. 37(e)(2)(C) as is more fully set forth in the attached and incorporated memorandum. If the Court does not dismiss this matter under Fed. R. Civ. P. 37(2)(C), EPS requests that this Court presume that the lost information was unfavorable to Plaintiff in accordance with under Fed. R. Civ. P. 37(2)(A).

In the alternative if this Court does not find an "intent to deprive" under Fed. R. Civ. P. 37(e)(2)- which it should -, EPS respectfully requests that this Court find prejudice to EPS from the loss of electronic stored information on Plaintiff's phone and grant relief necessary to cure to prejudice under Fed. R. Civ. P. 37(e)(1)

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665)<br>Thomas A. Rayer, Jr. (#20581)<br>WAGNER, BAGOT & RAYER LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras St.<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com | /s/ J. Stephen Simms<br>J. Stephen Simms (*pro hac vice*)<br>Catherine M. Benson (*pro hac vice*)<br>Gary C. Murphy (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789 |

trayer@wb-lalaw.com                    Email: jssimms@simmsshowers.com
                                              cmbenson@simmsshowers.com
                                              gcmurphy@simmsshowers.com

Counsel for Eastern Pacific Shipping Pte, Ltd.