**Page 1**

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   ------------------------------x
 6   KHOLKAR VISHVESHWAR GANPAT,    :
 7        Plaintiff,               :
 8   v                    : Civil Action No.:
 9   EASTERN PACIFIC SHIPPING PTE,  : 18-13556 "E" (4)
10   LTD., d/b/a "EPS"              : IN ADMIRALTY
11        Defendants.              :
12   ------------------------------x
13
14
15
16      Deposition of KHOLKAR VISHVESHWAR GANPAT
17           Conducted Virtually
18         Thursday, August 18, 2022
19            8:04 a.m. EST
20
21
22
23   Job No: 460119
24   Pages: 1 - 251
25   Reported by: Lynne Livingston
```

**Page 2**

```
 1      Deposition of KHOLKAR VISHVESHWAR GANPAT,
 2   conducted virtually.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23      Pursuant to Notice, before Lynne Livingston,
24   a Court Reporter and Notary Public in and for
25   the State of Maryland.
```

**Page 3**

```
 1              A P P E A R A N C E S
 2
 3
 4
 5   ON BEHALF OF THE DEFENDANTS:
 6        THOMAS BROWN, ESQUIRE
 7        J. STEPHEN SIMMS, ESQUIRE
 8        SIMMS SHOWERS LLP
 9        201 International Circle
10        Suite 230
11        Baltimore, Maryland 21030
12        410-783-5795
13
14
15
16   ON BEHALF OF THE PLAINTIFF:
17        PEDRO P. SOTOLONGO, ESQUIRE
18        SOTOLONGO, P.A.
19        1000 5th Street
20        Suite 402
21        Miami Beach, Florida 33139
22        305-415-0073
23
24
25
```

**Page 4**

```
 1      A P P E A R A N C E S   C O N T I N U E D
 2
 3
 4
 5   ON BEHALF OF THE PLAINTIFF:
 6        RICHARD M. MARTIN, JR., ESQUIRE
 7        LAMOTHE LAW FIRM, LLC
 8        400 Poydras Street
 9        Suite 1760
10        New Orleans, Louisiana 70130
11        504-704-1414
12
13
14
15
16
17
18
19
20
21
22
23   Also Present: Clinton Carmichael, Technician
24              Ashby Everhart, Technician
25              Carolina Alvarez
```

Transcript of Kholkar Vishveshwar Ganpat

August 18, 2022

12 (45 to 48)

45

1    Q.    And your completion of contract date was
2    to be July 28th, 2017, correct?
3    A.    Yes.
4    Q.    I noticed a large number of different
5    nationalities on the crew.  You have Indian,
6    Turkish, Bulgarian, Filipino, Ukranian and other
7    crew.  Do you see that?
8    A.    Yes, I can see that.
9    Q.    So you agree this is a multinational crew
10   on this Liberian ship, right?
11   A.    Yes.
12   Q.    Have you talked to anyone from the
13   Stargate crew since you were in the hospital?
14   A.    Besides -- yes, sir.
15   Q.    Who have you spoken with since you fell
16   ill in Brazil?
17   A.    So I spoke with the Indian AB, also
18   (inaudible) the electrician.
19   Q.    All right.  Let's work this through.  The
20   Indian AB, is that Mr. Arul?
21   A.    Yes.
22   Q.    And then the Indian electrician, is that
23   Kumaraguru?
24   A.    Yes.
25   Q.    Okay.  Have you spoken to anyone else

46

1    besides those two gentlemen?
2    A.    I spoke to a -- I spoke to a second
3    Indian, second engineer in those days when I was in
4    the hospital (inaudible).  As I recall, I spoke to
5    him on mobile, on the cell.  He was a second
6    engineer in Brazil.
7    Q.    Okay.
8    A.    And (inaudible).
9    Q.    Was that the second engineer of your ship
10   or a different ship?
11   A.    No, sir, there was one Indian, a second
12   engineer joined, and I spoke with him.
13   Q.    I see.  I want to make sure I understand
14   you, sir.  There was an Indian second engineer who
15   flew to Brazil to join the ship and you spoke with
16   him, is that right?
17   A.    Yes.
18   Q.    Okay.  He was not on the ship when you
19   became sick, correct?
20   A.    He was on ship.  I spoke with him in -- in
21   cabin.
22   Q.    Okay.  What's his name?
23   A.    So I remember his name Soni, Soni,
24   something Soni.
25   Q.    Soni?

47

1    A.    S-O-N-I.
2    Q.    Sorry, please that again.  That's helpful.
3    A.    S-O-N-I, Soni.
4    Q.    Thank you.  So besides --
5    A.    Soni.
6    Q.    Okay.  Besides AB Arul, the electrician
7    Kumaraguru, and the second engineer Mr. Soni, have
8    you spoken with any other Stargate crew members
9    since you became sick?
10   A.    So like, so what exactly since in Brazil
11   in the hospital or?
12   Q.    I'm asking if at any time have you picked
13   up the phone and talked to any of these people
14   besides the ones we just discussed?
15   A.    Yes, there is an oiler, Chauhan.
16   Q.    What's his rating?
17   A.    Number 17.
18   Q.    Okay.  The oiler Chauhan?
19   A.    And -- and yeah, there is number 20 that
20   is Ron, number 20, we'll message sometimes.
21   Q.    Mr. Villar, you messaged with him?
22   A.    Yes, one time he spoke with me, as I
23   remember, in Brazil.
24   Q.    Okay.
25         MR. SOTOLONGO:  Move to -- just you're

48

1    saying he messaged, he's saying he spoke with him,
2    so make sure we have this clear.
3    Q.    Mr. Kholkar, Mr. Kholkar, I want to know
4    about any contact or communication you had, whether
5    it's by phone, speaking, or a text message, or
6    WhatsApp or anything like that, okay?
7    A.    Yes.  So that number 20, and the third
8    engineer, that is number 8.
9    Q.    Mr. Butov?
10   A.    Yes, Vladyslav.
11   Q.    Okay.
12   A.    And number 10 the boson, number 10 and
13   number 9.
14   Q.    The boson Kolev?
15   A.    Yes.
16   Q.    And then we already discussed number 9.
17   Okay.
18   A.    And -- and number 14, Paclibar.
19   Q.    The ordinary seaman Paclibar?
20   A.    Yes, that's number 14, yes.
21   Q.    Okay.  These are people you spoke with
22   when you were in the hospital in Brazil?
23   A.    Some of them.  Some of them I spoke in
24   Brazil and some are in my contacts.
25   Q.    Okay.  When is the last time you were in

Transcript of Kholkar Vishveshwar Ganpat

August 18, 2022

13 (49 to 52)

49

1 contact with anybody from Stargate?
2 **A. Sir, I don't remember.**
3 Q. Okay. have you spoken with anybody or
4 communicated with anybody from your old ship this
5 month here in August?
6 **A. So I think maybe number 9, sometime I**
7 **message him.**
8 Q. What did you message him about?
9 **A. Sir, he got married so we thank him for**
10 **the marriage and all.**
11 Q. Okay. So when's the last time you spoke
12 to anybody from this crew about your lawsuit?
13 **A. Sir, I have not discussed anything about**
14 **my lawsuit to anybody.**
15 Q. Okay. That's helpful. When is the last
16 time you spoke with anyone from this crew about
17 your becoming sick?
18 **A. Sir, (inaudible) and then some of them**
19 **even visited me in the Brazil hospital.**
20 Q. Who visited you in the Brazil hospital
21 from the crew?
22 **A. So number 9 and number 8.**
23 Q. Do you remember them visiting you?
24 **A. Yes. When I was in hospital, they have**
25 **showed -- they have shown me the photo. I don't**

50

1 **remember exactly, but they did tell me the third**
2 **engineer Kumaraguru when I was in coma.**
3 Q. Okay. you know they visited because you
4 saw a photo, is that right?
5 **A. Yes.**
6 Q. And Mr. Arul, am I correct that he went to
7 the hospital with you?
8 **A. Yes, he is the one that escorted me to the**
9 **hospital, helped me.**
10 Q. Right. So the captain sent Mr. Arul with
11 you so he could help you get to the hospital,
12 right?
13 **A. The chief of staff tell me that he will**
14 **send Arul. He will send Arul to help me.**
15 Q. Okay. I'm done with this document.
16 Mr. Kholkar, do you want a break or do you want to
17 keep going for a little bit?
18 **A. Yes, so you can continue, please.**
19 Q. If you need a break at any time you just
20 let me know, okay?
21 **A. Yes, sir.**
22 Q. For the record, that last exhibit, Defense
23 6 is EPS-051, the crew list.
24     I'm going to share the next exhibit, which
25 is a sheet listing last port calls of the Stargate.

51

1 It's EPS-047 to 049. That's Defense 7.
2     (Exhibit 7 was marked for identification and is
3 attached to the transcript.)
4 Q. Okay. Mr. Kholkar, you joined the ship in
5 Casablanca, correct?
6 **A. Yes.**
7 Q. That was in December of 2016 that you
8 joined?
9 **A. Yes, sir.**
10 Q. The ship, do you remember where the ship
11 sailed next?
12 **A. It's Las Palmas.**
13 Q. Do you remember going to, I'm going to
14 pronounce this incorrectly, Jorf Lasfar in Morocco?
15 **A. Sir, I don't remember the -- the word.**
16 **But I do remember Las Palmas.**
17 Q. Okay. Do you remember loading cargo in
18 Morocco?
19 **A. Yes, sir. Yes, sir.**
20 Q. Okay. And Morocco is in Africa, correct?
21 **A. Yes, I believe north Africa.**
22 Q. It's in north Africa, right?
23 **A. Yes, I think.**
24 Q. Okay. So that's another African port that
25 you've been to, right?

52

1 **A. Yes, sir, Morocco.**
2 Q. And you loaded cargo on your ship there,
3 right?
4 **A. Yes.**
5 Q. And you stopped in Las Palmas to take on
6 bunkers or fuel, right?
7 **A. Yes, some fresh provisions I recall.**
8 Q. Fresh provisions and fuel in Las Palmas,
9 right?
10 **A. Yes, sir.**
11 Q. The voyage that began with loading cargo
12 in Morocco, where did that voyage end?
13 **A. Sir, please repeat again.**
14 Q. Yes, you took cargo from Morocco to
15 Abidjan, correct?
16 **A. Yes.**
17 Q. That was a voyage. The voyage was to
18 carry cargo from Morocco to Abidjan, right?
19 **A. Yes.**
20 Q. And then in Abidjan you discharged or took
21 off all of your cargo, correct?
22 **A. Yes.**
23 Q. So that was one voyage, Morocco to
24 Abidjan, correct?
25 **A. Yes.**

Transcript of Kholkar Vishveshwar Ganpat

17 (65 to 68)

August 18, 2022

**65**

1  from being bitten?
2  **A. Sir, I know mosquitos, so yes, I scared of**
3  **mosquitos.**
4  Q. Were you worried that you could be sick by
5  being bitten by a mosquito in Gabon?
6  **A. Sir, there were a lot of mosquitos. I was**
7  **a little scared that it may cause something.**
8  Q. Okay. You knew you could get sick from a
9  mosquito bite in Gabon, right?
10  **A. Sir, I knew there are a lot of mosquitos**
11  **so I was protecting myself from -- I was protecting**
12  **myself from mosquitos.**
13  Q. Were you worried that you would get sick
14  with malaria from a mosquito bite in Gabon?
15  **A. Not regarding malaria, but I was -- I was**
16  **scared of mosquitos, that I could get sick.**
17  Q. You could get sick from malaria or
18  something else from the mosquitos in Gabon,
19  correct?
20  MR. SOTOLONGO: Form.
21  **A. I could get sick. I don't know exactly**
22  **what I -- what I will be infected with.**
23  Q. Okay. But you knew it was important to
24  protect your skin from mosquito bites when you
25  worked on the deck of the ship in Gabon?

**66**

1  MR. SOTOLONGO: Form.
2  **A. Yes, sir, lots of mosquitos out there.**
3  Q. Okay. We've been going for about an hour
4  and a half. I was going to take a break.
5  Mr. Kholkar, we're going to do a break now. Take
6  the time you need. I'd just ask you please don't
7  speak with your attorneys during the break, okay?
8  MR. SOTOLONGO: Let's only do ten minutes
9  so we can keep this going so Mr. Kholkar can get a
10  little stretch but let's be back in ten minutes.
11  MR. BROWN: Sounds good.
12  (Off the record.)
13  BY MR. BROWN: Okay. Back on the record.
14  Q. Mr. Kholkar, when the ship was in
15  Barranquilla before you left for Gabon did you have
16  internet access on your phone?
17  **A. Sir, we have ship internet.**
18  Q. Oh, you have ship internet, okay. So when
19  the ship is at sea you can do internet searching?
20  **A. So (inaudible) you need to pay the money**
21  so if you start browsing the (inaudible) are going
22  very fast.
23  Q. Okay. Were you -- were you -- sorry.
24  Were able to search without cost when you were in
25  Barranquilla?

**67**

1  **A. No, sir, I did not search anything.**
2  Q. Could you search on your phone?
3  **A. (Inaudible).**
4  Q. When the ship was in Barranquilla could
5  you search the internet on your phone?
6  **A. So we have ship internet only when we pay**
7  to the (inaudible). So we are (inaudible) we never
8  do searching or browsing because (inaudible).
9  Q. When you were in Barranquilla could you
10  search the internet on your phone?
11  **A. Yes, sir.**
12  Q. When you were in Savanna, Georgia could
13  you search the internet on your phone?
14  **A. Yes.**
15  Q. You say this was your first trip to Gabon,
16  correct?
17  **A. Yes.**
18  Q. I'm sure you were curious to learn what
19  Gabon was like on your first trip. Did you do any
20  searching to learn about Gabon?
21  MR. SOTOLONGO: Form.
22  **A. No, sir.**
23  Q. No, you did not do any internet searching
24  when you are in Barranquilla to learn about Gabon?
25  **A. No, sir.**

**68**

1  MR. SOTOLONGO: Form.
2  Q. And you did note -- and you did not do any
3  searching on your phone when you were in Savannah
4  to learn about Gabon?
5  **A. No, sir.**
6  Q. When you got to Gabon, did you do any
7  internet searching to learn where the good places
8  were to visit in town like the bars?
9  **A. Sir, I have been to on shore in Gabon.**
10  Q. Right. And when you were ashore in Gabon
11  you went to a bar, correct?
12  **A. Sir, it's not a bar it's like a resort**
13  **type, so yeah.**
14  Q. Sure. How did you know to find that
15  resort?
16  **A. So we don't know that. We was waiting for**
17  **(inaudible) and one electrician was waiting outside**
18  **the pier in Gabon. We was waiting for something to**
19  **come. So one car came and we showed the man who**
20  **came and we asked him that we need to go somewhere.**
21  So he told me that if (inaudible) so he gave us a
22  lift and he was there and after he left from there.
23  Q. Did you do --
24  **A. So we, when he told me that he can take us**
25  **to some place, take us to some very good place**

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

30 (117 to 120)

117

1  and that you were under the control of the
2  following specialists. Do you see where I'm
3  looking?
4      A.  Yes, I can see.
5      Q.  Okay. You were under the care of a
6  emergencist and intensivist and a general
7  practitioner, correct?
8      A.  Yes.
9      Q.  That's three. I'm going to go to the next
10  page. You were also under care of a infectologist,
11  a gastroenterologist, a nephrologist, a
12  pneumologist, a nutritionist, a physiotherapist, a
13  hematologist, a vascular surgeon, a psychiatrist
14  and a radiologist, correct?
15      A.  Yes, sir.
16      Q.  Okay. So that's 13 specialists you saw
17  according to Dr. Campos's report, correct?
18      A.  Yes.
19      Q.  And you went to the hospital, you checked
20  in on May 17th, correct? Sorry, I misread that,
21  May 27th, correct?
22      A.  Yes, sir, May 27th.
23      Q.  Okay. And on May 27th you started to see
24  these specialists, correct?
25      A.  Yes, sir.

118

1      Q.  The hospital diagnosed you with malaria on
2  May 29th, 2017, correct?
3      A.  Yes.
4      Q.  Okay. So from May 27th to May 29th, they
5  took that time to reach the diagnosis of malaria by
6  plasmodium falciparum, correct?
7      MR. SOTOLONGO:  Form.
8      A.  Yes, that's from May 27th to 29.
9      Q.  The hospital goes on to say, as a result
10  of rigorous observation and specialized medical
11  attendance and coordination, at this time the
12  patient left the hospital fit for aero medical
13  repatriation in a commercial aircraft in a first
14  class seat escorted by a medical doctor. Do you
15  see that?
16      A.  Yes.
17      Q.  That's on the last page of this record.
18  You were escorted on your first class flight home
19  with or by a medical doctor, correct?
20      A.  Yes.
21      Q.  You agree that you received rigorous
22  observation and specialized attention in Brazil?
23      A.  Yes.
24      Q.  Okay. So you have no complaints about the
25  medical care you received at the hospital in

119

1  Brazil, correct?
2      A.  Yes, sir, I don't have any complaints.
3  They saved my life.
4      Q.  Do you know how much the medical care in
5  Brazil cost?
6      A.  No, sir, I don't know.
7      Q.  Did you have to pay any of the costs for
8  your medical care in Brazil directly?
9      A.  I did not pay anything.
10      Q.  Published to the screen EPS-1788, which is
11  an Excel spreadsheet. Do you see the document on
12  your screen, sir?
13      A.  Yes, I can see.
14      Q.  Okay. I'll mark this Defense 17, a
15  spreadsheet of Brazil costs.
16      (Exhibit 17 was marked for identification and is
17  attached to the transcript.)
18      Q.  Okay. So are you aware that your hospital
19  stay in Brazil costs 304,000 dollars?
20      A.  I can see it now.
21      Q.  Okay. No one's asked you to pay this
22  money, right?
23      A.  Yes, nobody asked.
24      Q.  Did your brother-in-law come and visit you
25  in Brazil?

120

1      A.  No, sir.
2      Q.  Okay. Did your brother-in-law speak to
3  the company about making a trip?
4      A.  Sir, I don't have any idea on that.
5      Q.  Okay. Do you know if anyone in your
6  family asked to come fly to Brazil to visit you?
7      A.  So one of my brother-in-law, he was -- he
8  was talking with me on the phone. He asked me that
9  I knew somebody to come at home. So I talked to
10  doctor directly sent one of my family members here.
11  That is -- that's it.
12      Q.  Did he come visit you in Brazil?
13      A.  Sir, nobody visited me.
14      Q.  Why not?
15      A.  Sir, I don't know.
16      Q.  Okay. Were you aware that the company had
17  approved and the insurance company had approved
18  having your brother-in-law fly to visit you in
19  Brazil?
20      A.  Sir, I don't know. I don't know.
21      Q.  You had no knowledge that there was a
22  discussion of paying to fly your brother-in-law to
23  visit you, is that true?
24      A.  Sir, I asked my father -- my brother-in-
25  law if it's possible. He was telling me that if

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

121

1  you talk about -- talk with your doctor and all, he
2  can be ready to come with me, come in Brazil. So I
3  said to the doctor directly please, doctor, please
4  send somebody else from my family to visit. But I
5  said to doctor, but after that I don't -- I don't
6  know anything about. There is no idea (inaudible).
7     Q.  Okay. Do you know if your mother tried to
8  visit you in Brazil?
9     A.  No, sir. She -- no, sir, nobody else,
10 only that brother-in-law had said to me one time.
11 One time.
12    Q.  Did you know that the company approved
13 spending money so that your mother could have a
14 funded trip to see you in Brazil?
15    A.  I don't know that.
16    Q.  When you first became conscious who was
17 the first member of your family you talked to?
18    A.  So when I came from coma, I saw only the
19 doctor.
20    Q.  When you were awake, who was the first
21 member of your family, your mother, your father,
22 your brother, sister who you spoke to?
23    A.  Nobody called me. Nobody called me. Only
24 the doctor is to visit me because I was not having
25 my phone with me and all my baggage. And nobody

122

1  called me. And I was not in the condition to talk
2  with anybody.
3     Q.  Okay. But you don't know why your mother
4  didn't wind up coming to visit you?
5     A.  Sir, sometimes -- sir, my mother, is
6  not is well so I don't (inaudible) sir, I don't --
7  sir, I don't know but my brother-in-law wanted to
8  come to visit me. So I -- I asked to the doctor
9  for the same. After that, I never asked anybody to
10 visit me because I came to know that if they are
11 not coming now, then they not coming because it's
12 all depend on the company.
13    Q.  It's all dependent on money, you said?
14    A.  Sir, it all depend upon the company, EPS
15 company.
16    Q.  Company, okay. So if EPS said they would
17 pay for the trip then do you know why your brother-
18 in-law did not come visit you?
19    A.  So as I know my brother-in-law, nobody
20 approached to him for this.
21    Q.  Okay. I've shared to the screen an
22 admission record from SMRC. The Bates is EPS-1626
23 to 1631. SMRC is a hospital in India, correct?
24    A.  Yes, in Goa.
25    Q.  In Goa, India, right? In Goa, India,

123

1  correct?
2     A.  Yes.
3     Q.  And you were admitted to hospital on
4  August 12th, 2017, right?
5     A.  Yes.
6     Q.  And you were discharged August 23rd, 2017,
7  correct, sir?
8     A.  Yes, sir.
9     Q.  Okay. This was shortly after you had
10 returned to India from Brazil on the first class
11 flight that you visited this hospital, right?
12    A.  Yes.
13    Q.  When you checked into this hospital you
14 reported having no pain, correct?
15    A.  So can you please repeat your question? I
16 didn't understood.
17    Q.  Yes, sir. When you checked into this
18 hospital in India, you told them that you had no
19 pain, correct?
20    A.  So I was having pain in my toes.
21    Q.  Okay. But you told the hospital staff
22 that you were at 0 on the pain scale. You're the
23 smiley face, no hurt, correct?
24    A.  Sir, but I was having three of my fingers
25 (inaudible) they operated for. There is no way

124

1  that I can say I don't have any pain. Maybe they
2  are asking some other thing. I don't know.
3     Q.  Okay. I'm only asking about when you
4  first got there, not about the procedure they
5  performed, sir. Do you remember when you got there
6  telling them you had no pain?
7     A.  Sir, I don't remember.
8     Q.  Okay. When you finished at the SMRC
9  hospital you were able to go home after that?
10    A.  Yes, sir.
11    Q.  You must have been happy to go home after
12 a long time away, right?
13    A.  Yes.
14    Q.  Did the doctor discharge you from the SMRC
15 hospital?
16    A.  Yes, sir.
17    Q.  Did you feel ready to go home on August
18 23rd, 2017?
19    A.  Yes, sir.
20    Q.  Okay. And then after that you've seen
21 some doctors who have provided a disability rating.
22 You agree that you've never received a disability
23 rating that's more than 30 percent, right?
24    A.  Yes, sir.
25    Q.  Okay. You went back to the SMRC hospital

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

45 (177 to 180)

177

1    Q.   In answer to interrogatory number 3, you
2  stated that you wore the company provided boiler
3  suit and safety shoes, you covered your hands with
4  gloves and tried to cover your neck as well to
5  avoid mosquito bites, correct?
6    **A.   Yes.**
7    Q.   And this was in response to the question,
8  what steps did you take to protect yourself from
9  bites and/or malaria in Gabon.  Do you see that?
10   **A.   I tried to cover any neck.  It is my --**
11 **this is what I did on-board.  This is what I did, I**
12 **covered my neck.**
13   Q.   Okay.
14   **A.   It is not --**
15   Q.   Okay.  Did you make any complaints to the
16 second officer that you were concerned you might
17 get malaria in Gabon?
18   **A.   So I complained to second officer that**
19 **mosquitos are biting and -- and you need to spray.**
20   Q.   When you started to feel ill in Brazil,
21 did you ever tell the second officer you were
22 concerned you had malaria?
23   **A.   I was having very high fever so I was not**
24 **thinking about malaria.**
25   Q.   Okay.  So you didn't express any concerns

178

1  of malaria to the medical officer when the ship was
2  in Brazil, correct?
3    **A.   But I told him that it is not a normal**
4  **fever and this is something different, which I**
5  **(inaudible) so this is not a normal fever.**
6    Q.   Okay.  Did you ever express concerns of
7  malaria to the second officer when you were in
8  Brazil?
9        MR. SOTOLONGO:  Asked and answered.
10   **A.   Sir, I complained to him about this is not**
11 **a normal fever, this is something different.**
12   Q.   Okay.  But he did not ignore you saying
13 I'm concerned I have malaria, is that fair?
14   **A.   I am not saying that I have concern of**
15 **malaria, but I said it is not a normal fever, it is**
16 **something different because I was urinating a dark**
17 **yellow and much worse -- and a much worse symptoms**
18 **I was having, the different symptoms I was having.**
19   Q.   Talk to me about your electronic equipment
20 that you with you on the ship.  What phone did you
21 have on-board the Stargate?
22   **A.   Oh, it was Lenovo Vibe, Lenovo phone**
23 **mobile.**
24   Q.   A Lenovo Vibe K5 phone, correct?
25   **A.   Yes.**

179

1    Q.   Did you have any other phones with you
2  when you served on the Stargate?
3    **A.   No, sir, that is the only phone I have --**
4    Q.   I didn't mean to interrupt you, sir.
5  Were you finished?
6    **A.   Yes, sir, please continue.**
7    Q.   What happened to the Lenovo phone that you
8  had when you were on the ship?
9    **A.   Sir, please repeat your question.  I**
10 **didn't understood.**
11   Q.   What happened to that phone?  Where is it?
12   **A.   I don't have that phone.  It was**
13 **(inaudible) water.**
14   Q.   I didn't understand --
15   **A.   Yeah, and somehow I tried to make some**
16 **(inaudible) to dry them out and after that I just**
17 **exchanged that phone.  (Inaudible.)**
18   Q.   Okay.  I had a little difficulty
19 understanding you, sir, I'll be honest.  Did you
20 say the phone had some water on it?
21   **A.   Yes.**
22   Q.   Okay.  And then I heard you say you
23 exchanged that for another phone, right?
24   **A.   Yeah, I try to just dry it.  I tried put**
25 **in dryer, also in the rice.  That was something I**

180

1  **have done.  And -- and I went to start that phone,**
2  **and after that I exchanged that phone on some**
3  **e-commerce company and I bought a new phone.**
4    Q.   When did your Lenovo phone that you had on
5  Stargate get wet?
6    **A.   Sir, please repeat.**
7    Q.   When did you get water on that phone?
8    **A.   So when I -- sir, I don't recall the exact**
9  **year, but it was when I came from Brazil when I --**
10 **when I was at home.  This happened -- this happened**
11 **after 2018 something.**
12   Q.   Okay.  In 2018 or later you got water on
13 your phone and then it stopped working for you, is
14 that correct?
15   **A.   It didn't stop working.  It was working,**
16 **so I exchanged that phone.**
17   Q.   When did you exchange it?
18   **A.   Sir, exactly I do not recall but it was**
19 **after 2018 or something like that.**
20   Q.   Okay.  Were there pictures on that phone?
21   **A.   No, sir.**
22   Q.   Did the phone have a camera?
23   **A.   Yes.**
24   Q.   Did you use the phone for WhatsApp?
25   **A.   Yes.**

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

46 (181 to 184)

181

1    Q.   Did you use the phone for WhatsApp when
2  you were on-board Stargate?
3    A.   Yes.
4    Q.   Did you use the phone for WhatsApp when
5  you were in the hospital in Brazil after you became
6  conscious again?
7    A.   Yes, after in the hospital after, maybe
8  after some time, after maybe one month, something
9  like that I received the phone.
10   Q.   Did you -- well, I take it you were never
11 able to search that phone for this lawsuit to see
12 if it had any WhatsApp or text messages that may be
13 part of this case, is that fair?
14   A.   Sir, I exchanged that phone so I did not
15 (inaudible) I don't know where that phone is right
16 now.
17   Q.   Okay.  Tell me about your Motorola G5
18 Plus, when did you get that phone?
19   A.   I exchange with that Lenovo 5 and I bought
20 that Motorola phone.
21   Q.   Okay.  How about the Motorola G60, what's
22 that?
23   A.   Sir, this is a new phone I got.  I have
24 right now, it's with me.
25   Q.   When did you get that phone?

182

1    A.   Sir, it was somewhere last year, somewhere
2  in October, October or November something.
3    Q.   Okay.  And the Dell laptop you've listed,
4  is that a laptop you had with you on Stargate?
5    A.   Yes.
6    Q.   Do you still have that laptop?
7    A.   Yes, I'm using it right now.
8    Q.   Did you ever search that laptop for any
9  emails, text messages or other electronic evidence
10 about this case?
11   A.   So means for whatever evidence is, I
12 didn't -- I didn't understood your question, so.
13   Q.   I'll rephrase it.  Do you use any email on
14 your laptop?
15   A.   I have email on my laptop.
16   Q.   Okay.  Did you ever search your email for
17 any emails about your sickness or your getting sick
18 on Stargate?
19   A.   Sir, I'm sorry, still I do not understood
20 your question.
21   Q.   That's okay.  What email do you use, is it
22 Gmail?
23   A.   Yes.
24   Q.   You know how in Gmail you can do a search?
25   A.   Sir --

183

1    Q.   Just to look for something.  Have you ever
2  looked for emails inside your Gmail account?
3    A.   Sir, I don't know.  I'm not familiar about
4  this.
5    Q.   Okay.  You don't know how to look for old
6  emails inside of Gmail?
7    A.   Sir, I have one Gmail, that's it and so I
8  don't -- still I have not understood your question.
9    Q.   Has anyone asked you to look for old email
10 messages inside your Gmail account?
11   A.   No.
12   Q.   Okay.  The photograph we saw with you
13 holding the beer at the resort in Gabon, who took
14 that photograph?
15   A.   So I understood your question now.  So I
16 was (inaudible) that photograph (inaudible).
17   Q.   Mr. Kholkar, you seem to be -- I thought
18 we were doing good at communication and now we're
19 having a little bit of difficulty.  Let me try
20 again.  Give me one second.
21      I want to help you out.  You see the
22 photograph on your screen?
23   A.   Yes, sir.
24   Q.   This was Defense 12.  Okay.  What camera,
25 what camera was used to take this picture of you?

184

1    A.   Sir, I don't know.
2    Q.   Okay.  It says in the top left Vishu
3  Kholkar.  Do you see that?
4    A.   Sir, can you show me where.
5    Q.   Mr. Kholkar, in the top left corner, you
6  see your name?
7    A.   Yes, sir, I can see, sir.
8    Q.   Okay.  And this was from a Google review
9  that you made, right?
10   A.   Yes.
11   Q.   You actually gave the resort 1 out of 5
12 stars.  Apparently you didn't care for it much.
13   A.   Sir, I don't recall how many, how many
14 stars I give, but we was happy at that time.
15   Q.   Okay.  You posted this photograph, you
16 Vishu Kholkar posted this photograph on Google
17 reviews, right?
18   A.   Yes.
19   Q.   Tell me what device you used to post a
20 photograph to Google reviews.
21   A.   Sir, at that time I was having that Lenovo
22 Vibe phone with me.
23   Q.   Okay.  You used your mobile phone, the
24 Lenovo that you no longer have, to load this
25 photograph onto Google reviews, correct?

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

185

1  A.  Yes.
2  Q.  Okay.  But you told me a few minutes ago
3  that that phone didn't have any photographs on it.
4  Do you remember that?
5  A.  From which photo -- from which phone this
6  photo was taken, I don't know.  So but this I
7  posted.  As I recall I posted this photo, but from
8  which camera, which phone this photo has been
9  taken, I don't know.  I'm a (inaudible).
10  Q.  Okay.  Did somebody send this photograph
11  to you through an app?
12  A.  Sir, I don't remember.  I don't remember.
13  The electrical engineer was with me, so I don't
14  remember from which phone the photo was taken.
15  Q.  Okay.  And since we don't have the Lenovo
16  phone anymore, you'd agree we can't learn about
17  that, how that photograph got to you, right?
18      MR. SOTOLONGO:  Form.
19  A.  Sir, I don't -- I don't recall.  I don't
20  know how.  But it was sent but I don't know from
21  which camera or which phone it was sent.
22      MR. BROWN:  Okay.  Peter, why don't we
23  take a quick break.  I'm just going to review my
24  notes.  I'm very close.
25      MR. SOTOLONGO:  All right.  Let's do five

186

1  minutes.
2      (Off the record.)
3  BY MR. BROWN:
4  Q.  Mr. Kholkar, tell me about your daily
5  activities now at home.  What does a normal day
6  involve for you?
7  A.  Sir, well, I wake up morning, I take my
8  daughter to the kindergarten.  After I come and I
9  don't do anything.
10  Q.  Okay.  So you're able to take your
11  daughter to kindergarten?
12  A.  Yes, to the school.
13  Q.  And you're able to run errands and go to
14  the pharmacy if your family needs it, right, sir?
15  A.  Yes, sir.
16  Q.  Okay.  Do you do anything else in a normal
17  day besides take your daughter to school?
18  A.  Sir, sometime I go with my friend, just
19  talk with my friend.
20  Q.  Tell me about that.
21  A.  Sir, just sometimes I go with my friend to
22  talk, that's all.
23  Q.  Where do you guys go?
24  A.  Sir, he comes here to (inaudible) but he
25  comes (inaudible) and we talk.

187

1  Q.  Okay.  Do you ever go to the stores to buy
2  things for your family?
3  A.  Yes, sir, I go to the store to buy.
4  Q.  Okay.  Mr. Kholkar, you talked to me about
5  your hip doctor that you saw in May of this year.
6  Do you remember that discussion we had?
7  A.  Yes.
8  Q.  Besides seeing your hip doctor, are there
9  any other doctors you're currently seeing?
10  A.  No.
11  Q.  Okay.  Is there anything else you feel you
12  still need to do to get better?
13  A.  The doctor had advised me for my surgery
14  or the grafting.  So he said that is the only way
15  it can be to reverse so (inaudible) I think.
16  Q.  Okay.  So the only thing you still have
17  going on for medical care is concerning your hip,
18  correct?
19  A.  Yes, sir, (inaudible) and my back.  I have
20  some pain in my back.
21  Q.  Okay.  And are you seeing any doctor about
22  your back right now?
23  A.  Sir, he's the same doctor I'm (inaudible).
24  Q.  All right.  So you're not seeing anybody
25  else and you don't have any other concerns right

188

1  now other than your hip and your back, is that
2  fair?
3  A.  Yes, sir, whatever happened to me in
4  Brazil, I have seen my toes amputated and all those
5  pain and sufferings, I cannot forget those things.
6  Q.  I understand.  But you're not seeing any
7  other medical doctors besides the one doctor we've
8  been discussing for your hip and your back,
9  correct?
10  A.  I'm only going to Dr. Araujo.
11  Q.  Mr. Kholkar, have you spoken with anybody
12  from Eastern Pacific Shipping since you got sick?
13  A.  Sir, I was talking with the (inaudible)
14  which I was having chat with.
15  Q.  I didn't understand you, sir.  I'm sorry,
16  can you please repeat that for me?
17  A.  Sir, I was showing you the names which I
18  spoke with in Brazil and in the (inaudible).  I
19  went sometimes presently I message to the
20  electrical engineer, and that he was from Stargate.
21  He's a steward.
22  Q.  Okay.  Fair point.  So I don't want to
23  talk anymore about the crew from Stargate that you
24  talked with.  Have you spoken with anybody who
25  works ashore from Eastern Pacific Shipping since

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

48 (189 to 192)

189

1 you got sick?
2    A.   Sir, I have not understood your question.
3 Can you repeat, please.
4    Q.   Sure.  Have you been in touch with anybody
5 from Singapore who works for Eastern Pacific
6 Shipping in the office?
7    A.   No, sir.
8    Q.   Have you spoken with anybody from EPS
9 India who works in an office since you've been
10 sick?
11    A.   Sir, one time from the office one -- one
12 guy called me from office.
13    Q.   Who's that?
14    A.   Sir, his name was Kashiv, Kashiv
15 (phonetic).
16    Q.   When did you have a discussion or
17 communication with Kashiv?
18    A.   Sir, I think 2019 or 2020.
19    Q.   What did you two communicate about?
20    A.   One day he called me and he asked me,
21 okay, Mr. Kholkar, we are going to assign a ship.
22 And I was surprised because they never called me.
23 So I asked him how come you calling me after three
24 years, you're calling me suddenly and telling me to
25 go on ship.  I was having such a problem that I was

190

1 (inaudible) and my toes were amputated.  Now you
2 are calling me after three years to join the
3 vessel.
4         So he said that he (inaudible) anything
5 but I was still in the company's profile.  So he --
6 he saw that name and he called me.  And after that
7 he (inaudible) the call.
8    Q.   Okay.  So Mr. Kashiv called you because
9 you were still active in the computer system as
10 somebody able to go work?
11    A.   Yes, he -- he told me that I'm still
12 showing active so in company's file, so he called
13 me.
14    Q.   Have you spoken with anything else from
15 EPS India who works in an office since you got
16 home?
17    A.   No, sir.
18    Q.   Mr. Kholkar, with your complaint your
19 lawyers filed as an exhibit a screen grab from text
20 messages or WhatsApp.  Are you familiar with that?
21 They were messages you sent back and forth with
22 Captain Bhasin, B-H-A-S-I-N?
23    A.   Yes, in 2017 Dr. Bhasin -- Captain Bhasin
24 messaged me --
25    Q.   What --

191

1    A.   -- he (inaudible).
2    Q.   Okay.  What phone did you use to message
3 with Captain Bhasin?
4    A.   I think Lenovo Vibe.
5    Q.   Okay.  So your used messaging, a messaging
6 app on the Lenovo phone to communicate with Captain
7 Bhasin, correct?
8    A.   Yes, sir, as I recall, yes.
9    Q.   And then you provided your lawyers with a
10 screenshot from the text messages with Captain
11 Bhasin off the Lenovo phone, correct?
12    A.   Sir, maybe I have that backed up in my
13 phone so it got transferred to my new cell.
14    Q.   Okay.  So your new phone has backed up
15 what was in your old phone?
16    A.   Sir, I think those messages were backed
17 up -- backed up.  So I'm not sure from which phone
18 I have sent but I think it was from the Lenovo K5
19 he was checking with me.
20    Q.   Okay.  And you no longer have that phone
21 as we've discussed, correct?
22    A.   Yes, sir.
23    Q.   Has anyone ever asked you to search your
24 current phone to see if it has any information
25 about your case backed up from your old phone?

192

1    A.   Sir, from Mr. Sotolongo's office they
2 asked me where is that phone, and I informed them
3 that that phone is not -- is no longer available to
4 me right now and I don't know where it is.
5    Q.   Okay.  And did anyone ask you to search
6 your new phone to see if it had backed up data from
7 your old phone?
8    A.   Sir, from -- from his office they told me
9 if you can save the old messages.
10    Q.   Have you ever searched your new phone to
11 see if it has backed up messages from your old
12 phone?
13    A.   Sir, that 2016 messages, I no longer have
14 in my new cell.
15    Q.   Okay.  They're gone, right?
16    A.   Yes, I cannot find my messages.
17    Q.   And the messages that came from the Lenovo
18 phone are gone because you don't have that phone
19 anymore if I understand correctly, right?
20    A.   Yes, sir, because at that time I was not
21 very much familiar with the back up system and all.
22 I was -- I was not (inaudible) about the back up
23 system.
24    Q.   Okay.  Those are all my questions for now.
25 Thank you, sir.

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

237

1    Q.   Have you been texting with anybody during
2  any breaks today?
3    **A.   No, sir.**
4    Q.   Thank you. Mr. Sotolongo, your lawyer,
5  asked about repellent aboard the ship. Did you
6  have any of your own bug spray or bug repellent
7  with you when you were on Stargate?
8    **A.   No, sir, I don't have my -- my own bug**
9  **spray, I don't have.**
10    Q.   When you were getting bitten by bugs
11  according to you on the ship, did you ask any of
12  the other crew members if they had bug spray you
13  could use?
14    **A.   Sir, I asked the second officer.**
15    Q.   Sure, I understand that. Did you ask
16  anybody else, any of your friends, the other ABs or
17  the boson, can I use your bug spray?
18    **A.   No.**
19    Q.   Did you have any of your own personal
20  medications aboard that ship?
21    **A.   Yes, sir. Yes, sir.**
22    Q.   What medications did you have with you?
23    **A.   I took some Vicks, that is some ointment**
24  and some (inaudible.)
25    Q.   I heard Vicks. Could you please repeat

238

1  the other thing you said.
2    **A.   Sir, Vicks is an ointment so it's**
3  **sometimes you get a headache and all, then you have**
4  to put around (inaudible). It's an ointment.
5    Q.   And you said ointment for a headache?
6    **A.   Just -- yeah.**
7    Q.   Okay. Did you bring that with you from
8  India or did you buy it somewhere?
9    **A.   No, I brought that from my place, from**
10 **India.**
11    Q.   Did you buy any medication in any port
12  while you were serving on Stargate?
13    **A.   No, sir.**
14    Q.   Did you ever take any medications given to
15  you by other members of the crew?
16    **A.   Yes, sir.**
17    Q.   What did you take?
18    **A.   Sir, when I went to second officer for the**
19  **medicine, he told me that he already spoken to the**
20  third engineer and the one (inaudible) and they
21  will give you some medicine.
22       So I went to the third engineer and I ask
23  for the medicine and he gave me some powder and I
24  as remember, maybe a tablet. And he told me that
25  the powder should be mixed in hot water and me to

239

1  drink. And also, same time I went to AB cabin
2  (inaudible) and he give me some tablets and I took
3  it.
4    Q.   What tablet did the third engineer give
5  you?
6    **A.   Sir, I don't have any idea what tablet.**
7    Q.   What tablet did the AB give you?
8    **A.   Sir, I don't have any idea.**
9    Q.   Your lawyer was asking about whether
10  anyone emailed you while you were in the hospital
11  in Brazil. Did you have an email account that you
12  could check from the hospital in Brazil?
13    **A.   I was (inaudible) so I having access to my**
14  **Gmail.**
15    Q.   Okay. So through the phone that you no
16  longer have you had access to Gmail while you were
17  in the hospital, correct?
18    **A.   Yes, the Gmail, yes, sir.**
19    Q.   Do you have a Google Drive account?
20    **A.   I have.**
21    Q.   Okay. Have you ever searched your Google
22  Drive for any evidence that might be related to
23  this case?
24    **A.   No, sir.**
25    Q.   When you sent -- when you sent messages

240

1  from the phone you no longer have to your lawyers,
2  did anyone tell you that you need to preserve that
3  phone?
4       MR. SOTOLONGO: Objection, misstates any
5  testimony that he's been sending any messages to
6  his lawyers on that phone.
7    Q.   I'll rephrase for clarity, thank you.
8       Mr. Kholkar, do you remember earlier we
9  discussed the set of text messages you had with
10  with Captain (inaudible)?
11    **A.   Yes, sir.**
12    Q.   And you sent those messages to your
13  lawyers so they -- you sent those messages to your
14  lawyers, correct?
15    **A.   Yes, as I recall, yes.**
16    Q.   Okay. Did anyone tell you that you need
17  to preserve or save the phone that had those
18  messages?
19    **A.   Sir, those were messages so they're in my**
20  **(inaudible). They were there but I don't have 2016**
21  **messages.**
22    Q.   Did anyone ever tell you that you need to
23  save the phone that you used on-board the ship?
24    **A.   No, sir.**
25       MR. SOTOLONGO: I'm going to object to the

Transcript of Kholkar Vishveshwar Ganpat
August 18, 2022

61 (241 to 244)

241

1  form of that question because he doesn't have a
2  timeline.
3      MR. BROWN: He answered.
4      MR. SOTOLONGO: Well, so I'm still
5  objecting on a time frame.
6  BY MR. BROWN:
7      Q.  Mr. Kholkar, did you testify that the AB
8  gave you antimalarial tablets?
9      MR. SOTOLONGO: Form. Mr. (inaudible)
10  what period of time are we talking about?
11      Q.  Yeah, and I may misunderstand.  Did the AB
12  ever give you any tablets between Gabon and Brazil?
13      **A.  Sir, in Brazil when I was -- when I was**
14  **trying to get medicines from second officer, that**
15  **time second officer told me speak with AB and AB**
16  **give me some tablets.**
17      Q.  And you don't know what those tablets are,
18  correct?
19      **A.  No, sir, I don't know what I was --**
20      Q.  Okay.  At the time you traded in the phone
21  you had on Stargate, had anyone told you that you
22  needed to save that phone?
23      **A.  No, sir, not (inaudible).**
24      Q.  Okay.  I don't have any other questions.
25  Thank you.

242

1  BY MR. SOTOLONGO: I have some.  I have some
2  follow-up questions.
3      Q.  Mr. Kholkar, the medications that you got
4  aboard ship when the ship was in Brazil, those
5  medications, some of them came from you and then
6  the other medications came from the other crew
7  members?
8      **A.  Yes, sir, from third engineer and one from**
9  **AB.**
10      Q.  Okay.  At any time -- let me ask you
11  something.  I thought at one point you had
12  indicated that when you did ask the officer
13  on-board for medication from the ship, that the
14  officer had told you something that he had already
15  sent the list to the agent and then he would throw
16  the list off.  Did I understand you to say
17  something like that?
18      MR. BROWN: Form.
19      **A.  Yes, sir, when I asked second officer to**
20  **give me some medicines from the hospital, so he**
21  **told me that, Vishu, I have sent -- I have prepared**
22  **the list.  I have already sent to the boat, so if I**
23  **use some -- some medicine from it and if it go to**
24  **the shore, if it get brought to the shore, if**
25  **somebody comes to check and what if they do not**

243

1  find the exact (inaudible).  So -- and so just try
2  to take medicine from -- he did speak with the
3  third engineer already and they will give you.
4      Q.  And is that what happened?
5      **A.  Yes, sir, they give -- the second officer**
6  **gave me medicine from the hospital or from ship.**
7      Q.  You were also asked -- you were also asked
8  about your temperature being taken on the ship
9  before you were sent to the hospital.  Remember
10  that question?
11      **A.  Yes, I remember.**
12      Q.  And I think you answered you did not
13  remember your temperature being taken before you
14  went to the hospital.  Was that your answer?
15      **A.  Yes, sir, nobody was in my cabin since I**
16  **was in my cabin.**
17      Q.  Let me do it this way.  How many days
18  would you say you were on the ship with fever?  How
19  many days more or less would you say you were on
20  the ship telling them you have fever?  Give me a
21  number.
22      **A.  Sir, from -- from 20, 2-0 May, I started**
23  **complaining that I'm having a fever until 27th, I**
24  **was telling I have a fever.**
25      Q.  On the first time you reported having a

244

1  fever, whether it was the 20th or whether it was
2  the 22nd, okay, it doesn't matter to me, when you
3  first reported did they take your temperature that
4  day?
5      **A.  No, sir, nobody took my temperature.**
6      Q.  Let's say that was on the 22nd.  If you
7  reported to them on the 23rd again, did they take
8  your temperature on the 23rd or on the 24th?
9      **A.  No, sir, nobody took my temperature.**
10      Q.  Did they take your temperature on the 25th
11  or on the 26th?  When did they -- when did they --
12  did they take your temperature as far as you
13  remember between May 20th and May 25th, yes or no?
14      **A.  Sir, nobody visited cabin for to take my**
15  **temperature.**
16      Q.  Okay.  So you remember that some of the
17  crew members gave you some of their medicine but
18  you don't remember having your temperature taken,
19  is that correct?
20      **A.  Yes, sir.**
21      Q.  Mr. Kholkar, were you a good employee for
22  EPS Singapore, were you a good able man, able-
23  bodied man?
24      **A.  Yes, sir.**
25      Q.  Did you always follow all the rules or