**Vishveshwar**   Home

Address: Libreville, Gabon

May 05, 2017 11:26:26am

**Vishveshwar Kholkar was at Paris Aéroport - Charles de Gaulle (CDG).**

Place: Paris Aéroport - Charles de Gaulle (CDG) (49.004833172785, 2.5699396857318)
Address: BP 81007, 95711 Roissy-en-France, France
Place: Paris Aéroport - Charles de Gaulle (CDG) (49.004833172785, 2.5699396857318)
Address: BP 81007, 95711 Roissy-en-France, France

Aug 11, 2017 3:20:27am

Generated by Vishveshwar Kholkar on Monday, June 6, 2022 at 5:54 PM UTC-04:00
Contains data from December 23, 2016 at 12:00 AM to June 6, 2022 at 11:59 PM

 Vish     Home

**Your posts**

**Vish Kholkar was in Abidjan, Cote d'Ivoire.**

Place: Abidjan, Cote d'Ivoire (5.3413, -4.0281)
Address: Abidjan, Côte d'Ivoire
Place: Abidjan, Cote d'Ivoire (5.3413, -4.0281)
Address: Abidjan, Côte d'Ivoire

Feb 15, 2017 7:37:13pm

**Vish Kholkar was at Port of Savannah.**

Place: Port of Savannah (32.080865643585, -81.091286125593)
Address: 5 Blackoak Court, Garden City, GA 31401
Place: Port of Savannah (32.080865643585, -81.091286125593)
Address: 5 Blackoak Court, Garden City, GA 31401

Apr 02, 2017 3:51:22pm

**Vish Kholkar was at Barranquilla City.**

Place: Barranquilla City. (11.022875, -74.803805)
Address: Barranquilla, Atlantico, Colombia
Place: Barranquilla City. (11.022875, -74.803805)
Address: Barranquilla, Atlantico, Colombia

Apr 12, 2017 1:17:50pm

**Vish Kholkar was in Colombia.**

Place: Colombia (3.816667, -73.916667)
Place: Colombia (3.816667, -73.916667)

Apr 12, 2017 1:18:28pm

**Vish Kholkar updated his status.**

Apr 13, 2017 5:16:20pm

**Vish Kholkar was at Port Owendo.**

 Vish      Home

Place: Port Owendo (0.36332845, 9.47186398)
Address: Libreville, Gabon

May 05, 2017 11:23:23am

**Vish Kholkar was at Foyer du Marin "Hotel Restaurant" - Owendo - Gabon.**

Place: Foyer du Marin "Hotel Restaurant" - Owendo - Gabon (0.29714451148954, 9.4986248016357)
Address: En face de Prix Import, apres Sobraga., BP 4320 Owendo, Gabon
Place: Foyer du Marin "Hotel Restaurant" - Owendo - Gabon (0.29714451148954, 9.4986248016357)
Address: En face de Prix Import, apres Sobraga., BP 4320 Owendo, Gabon

May 07, 2017 11:17:51pm

**Vish Kholkar was traveling to Mumbai International Airport from Paris Aéroport - Charles de Gaulle (CDG).**

Place: CSMIA (19.076118816457, 72.879095077515)
Address: Mumbai International Airport Pvt Ltd Chhatrapati Shivaji International Airport 1st Floor, Terminal 1B, Santacru
Mumbai, Maharashtra, India 400099
Place: Paris Aéroport - Charles de Gaulle (CDG) (49.004833172785, 2.5699396857318)
Address: BP 81007, 95711 Roissy-en-France, France

Aug 11, 2017 3:22:42am



 Vish     Home



Mobile uploads

 Vish     Home

**Vish Kholkar updated his status.**

Sep 14, 2017 6:26:10am

**Vish Kholkar updated his status.**

Nov 23, 2017 9:30:25am



 Vish    Home



Mobile uploads

Mar 29, 2018 2:09:37pm



 Vish    Home



Mobile uploads

Mar 29, 2018 2:12:31pm

**Vish Kholkar added a new photo.**

  Vish    Home



Instagram Photos

May 08, 2018 5:31:59am

**Vish Kholkar added a new photo.**

**Vish Kholkar added a new photo.**



Instagram Photos

Oct 05, 2018 3:07:46pm

**Vish Kholkar updated his status.**

Dec 24, 2018 12:10:38pm

**Vish Kholkar updated his status.**

Dec 30, 2018 3:01:58am

**Vish Kholkar wrote on Suchitra Kholkar's timeline.**

happy birthday didi

Jan 01, 2019 12:46:49am

Updated Jan 05, 2019 1:38:32pm

Jan 05, 2019 1:38:32pm

**Vish Kholkar wrote on Jailesh Naik's timeline.**

happy birthday 🎂 🎈  baba jailu

Jan 12, 2019 10:17:48pm

**Vish Kholkar updated his status.**

Jan 13, 2019 6:23:02am

Updated Jan 13, 2019 8:53:32am

Jan 13, 2019 8:53:32am

**Vish Kholkar wrote on Abhinav Patil's timeline.**

happy birthday 🎂 🎈  brother

Jan 15, 2019 3:33:34am

**Vish Kholkar wrote on Sneha Pagi's timeline.**

 Vish    Home

Jan 15, 2019 3:33:58am

**Vish Kholkar wrote on DX Subhankar Giri's timeline.**

Happy birthday

Jan 15, 2019 3:34:12am

**Vish Kholkar wrote on Pritesh Kudalkar's timeline.**

happy birthday 🎂 🎂

Jan 15, 2019 3:34:23am

**Vish Kholkar added a new photo.**

Jan 17, 2019 12:37:20pm

**Vish Kholkar updated his status.**

Jan 23, 2019 5:18:14am

Updated Jan 24, 2019 4:44:08am

Jan 24, 2019 4:44:08am

Updated Jan 25, 2019 12:13:15pm

Jan 25, 2019 12:13:15pm

Updated Jan 27, 2019 7:03:43am

Jan 27, 2019 7:03:43am

**Vish Kholkar updated his status.**

Jan 30, 2019 8:15:03am

Updated Feb 04, 2019 9:27:48am

Feb 04, 2019 9:27:48am

**Vish Kholkar updated his status.**

Feb 08, 2019 1:51:06am

**Vish Kholkar updated his status.**

Feb 09, 2019 1:27:46pm

**Vish Kholkar updated his status.**

 Vish    Home

Dec 10, 2021 11:06:29am

Generated by Vish Kholkar on Monday, June 6, 2022 at 6:00 PM UTC-04:00
Contains data from December 23, 2016 at 12:00 AM to June 6, 2022 at 11:59 PM