**Help Center**

# About security code change notifications

Android     iOS     Web

End-to-end encrypted chats between you and one other person have their own security code. This code is used to verify that the calls and the messages you send to that chat are end-to-end encrypted.

The security code can be found in the contact info screen, both as a QR code and a 60-digit number. These codes are unique to each individual chat. They can be compared between people in each chat to verify that the messages you send to the chat are end-to-end encrypted. Security codes are just visible versions of the special keys shared between you. Don't worry, it's not the actual keys themselves, which are always kept secret.

At times, the security codes used in end-to-end encrypted chats between you and one other person might change. This is likely because you or your contact reinstalled WhatsApp, changed phones, or added or removed a paired device. You can always verify that a contact's security code is legitimate. Learn how in this article on end-to-end encryption.

## Receive notifications when security codes change

You can receive notifications when your security code changes for a contact's phone in an end-to-end encrypted chat. To do so, you'll need to enable the setting on each device where you want to get notifications.

### Enable security code notifications

1. Click **Settings** > **Account** > **Security notifications**.
2. Turn on **Show security notifications on this computer**.

### Disable security code notifications

1. Click **Settings** > **Account** > **Security notifications**.
2. Turn off **Show security notifications on this computer**.

Does this answer your question?

 Help Center

English (US)

### Use WhatsApp

Features

WhatsApp Web

Download

### About Us

Business

Security

Privacy & Terms

### Get In Touch

Contact Us

Facebook

X (Twitter)

from Meta

© 2024 WhatsApp