UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KHOLKAR VISHVESHWAR GANPAT,

     Plaintiff,

v.

EASTERN PACIFIC SHIPPING PTE, LTD.,

     Defendant.

Civil Action No. 18-13556 SM-KWR

 IN ADMIRALTY

JUDGE SUSIE MORGAN

MAG.JUDGE KAREN WELLS ROBY

## ORDER

Upon considering the Eastern Pacific Shipping Pte Ltd. ("EPS") Motion for Finding of Spoilation under Fed. R. Civ. P. 37(e) and dismissal with prejudice, and any further briefing and argument thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  The Court finds that spoilation occurred because Plaintiff failed to take reasonable steps to preserve his cellular phone and the electronic stored information ("ESI") therein in the conduct of litigation, it cannot be restored or replaced with additional discovery, that EPS is prejudiced by the lost ESI, and that Plaintiff acted with the intent to deprive EPS of the information's use in litigation.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED, WITH PREJUDICE pursuant to Fed. R. Civ. P. 37(e)(2)(C).**

**New Orleans, Louisiana, this \_\_\_ day of _____ , 2024.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE