UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>    Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG. JUDGE KAREN WELLS ROBY<br><br>**NOTICE OF SUBMISSION OF EASTERN PACIFIC'S MOTION FOR FINDING OF SPOLIATION UNDER FED. R. CIV. P. 37(e) AND DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Eastern Pacific Shipping Pte, Ltd. brings the accompanying Motion for Finding of Spoliation under Fed. R. Civ. P. 37(e) and Dismissal with Prejudice to be brought before the Honorable Susie Morgan, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, at 10:00 am on December 18, 2024, or as soon as the Court's docket permits.

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665)<br>Thomas A. Rayer, Jr. (#20581)<br>WAGNER, BAGOT & RAYER LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras St.<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com<br>        trayer@wb-lalaw.com | /s/ J. Stephen Simms<br>J. Stephen Simms (*pro hac vice*)<br>Catherine M. Benson (*pro hac vice*)<br>Gary C. Murphy (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com<br>       cmbenson@simmsshowers.com<br>       gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.