UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>    Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG.JUDGE KAREN WELLS ROBY |

**EASTERN PACIFIC'S MOTION *IN LIMINE* TO PROHIBIT TESTIMONY BY VIDEO CONFERNCE**

Eastern Pacific Shipping Pte, Ltd. ("Eastern Pacific") respectfully moves this Honorable Court to prohibit testimony by video conference under Fed R. Civ. P. 43 as is more fully set forth in the attached and incorporated memorandum.

Dated: December 3, 2024.

| | |
|---|---|
| Michael H. Bagot, Jr., T.A. (#2665)<br>Thomas A. Rayer, Jr. (#20581)<br>WAGNER, BAGOT & RAYER LLP<br>Pan American Life Center – Suite 1660<br>601 Poydras St.<br>New Orleans, Louisiana 70130<br>Telephone: 504-525-2141<br>Facsimile: 504-523-1587<br>E-mail: mbagot@wb-lalaw.com<br>         trayer@wb-lalaw.com | /s/ J. Stephen Simms<br>J. Stephen Simms (*pro hac vice*)<br>Catherine M. Benson (*pro hac vice*)<br>Gary C. Murphy (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel: 410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com<br>         cmbenson@simmsshowers.com<br>         gcmurphy@simmsshowers.com |

Counsel for Eastern Pacific Shipping Pte, Ltd.