

# Transcript of Kholkar Vishveshwar Ganpat

**Date:** August 18, 2022
**Case:** Ganpat -v- Eastern Pacific Shipping PTE

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

### Page 1

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    -------------------------------x
 6    KHOLKAR VISHVESHWAR GANPAT,      :
 7         Plaintiff,                  :
 8    v                    : Civil Action No.:
 9    EASTERN PACIFIC SHIPPING PTE,    : 18-13556 "E" (4)
10    LTD., d/b/a "EPS"        : IN ADMIRALTY
11         Defendants.                 :
12    -------------------------------x
13
14
15
16      Deposition of KHOLKAR VISHVESHWAR GANPAT
17              Conducted Virtually
18            Thursday, August 18, 2022
19                8:04 a.m. EST
20
21
22
23    Job No: 460119
24    Pages: 1 - 251
25    Reported by: Lynne Livingston
```

### Page 2

```
 1        Deposition of KHOLKAR VISHVESHWAR GANPAT,
 2    conducted virtually.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Pursuant to Notice, before Lynne Livingston,
24    a Court Reporter and Notary Public in and for
25    the State of Maryland.
```

### Page 3

```
 1            A P P E A R A N C E S
 2
 3
 4
 5    ON BEHALF OF THE DEFENDANTS:
 6        THOMAS BROWN, ESQUIRE
 7        J. STEPHEN SIMMS, ESQUIRE
 8        SIMMS SHOWERS LLP
 9        201 International Circle
10        Suite 230
11        Baltimore, Maryland 21030
12        410-783-5795
13
14
15
16    ON BEHALF OF THE PLAINTIFF:
17        PEDRO P. SOTOLONGO, ESQUIRE
18        SOTOLONGO, P.A.
19        1000 5th Street
20        Suite 402
21        Miami Beach, Florida 33139
22        305-415-0073
23
24
25
```

### Page 4

```
 1       A P P E A R A N C E S   C O N T I N U E D
 2
 3
 4
 5      ON BEHALF OF THE PLAINTIFF:
 6          RICHARD M. MARTIN, JR., ESQUIRE
 7          LAMOTHE LAW FIRM, LLC
 8          400 Poydras Street
 9          Suite 1760
10          New Orleans, Louisiana 70130
11          504-704-1414
12
13
14
15
16
17
18
19
20
21
22
23    Also Present: Clinton Carmichael, Technician
24            Ashby Everhart, Technician
25            Carolina Alvarez
```

**Page 5**

C O N T E N T S

EXAMINATION OF KHOLKAR VISHVESHWAR GANPAT      PAGE

By Mr. Brown                          7, 236, 247
By Mr. Sotolongo                      193, 242

E X H I B I T S

(Attached to Transcript.)

Exhibit 1 Notice of Deposition                      9
Exhibit 2 Seafarer Employment Agreement            11
Exhibit 3 TCC Collective Agreement                 28
Exhibit 4 Personal Details Worksheet               37
Exhibit 5 Photograph                               44
Exhibit 6 Stargate Crew List                       44
Exhibit 7 Stargate Port Calls                      51
Exhibit 8 Crew Medication Sign-Off Sheet           55
Exhibit 9 Deck Log, May 6th to May 7th, 2017       71
Exhibit 10 Work Rest Log                           73
Exhibit 11 Crew Shore Leave Log                    73
Exhibit 12 Photograph                              75
Exhibit 13 Shore Leave Presentation                77

**Page 6**

C O N T E N T S   C O N T I N U E D

E X H I B I T S

Exhibit 14 Medical Statement of Facts              109
Exhibit 15 Medical Report                          114
Exhibit 16 Report of Dr. Campos                    116
Exhibit 17 Excel Spreadsheet                       119
Exhibit 18 Admissions Record, EPS-166              125
Exhibit 19 Admissions Record, EPS-1737 to 1742     125
Exhibit 20 Letter, Reimbursement of Medical and    127
           Conveyance Expenses
Exhibit 21 Photographs                             128
Exhibit 22 Letter of May 12th, 2022                130
Exhibit 23 Plaintiff's Initial Disclosures         171
Exhibit 24 Plaintiff's Interrogatory Responses     176

**Page 7**

P R O C E E D I N G S

Whereupon,

KHOLKAR VISHVESHWAR GANPAT,

was called for examination by counsel and, after having been duly sworn, was examined and testified as follows:

COURT REPORTER: I believe the attorneys were going to introduce themselves.

MR. BROWN: Thomas Brown, joining me is Stephen Simms from Simms Showers, LLP on behalf of the defendant, Eastern Pacific Shipping.

MR. SOTOLONGO: And on behalf of the plaintiff, Peter Sotolongo and Richard Martin on behalf of Mr. Kholkar.

COURT REPORTER: Thank you. We can proceed.

EXAMINATION

BY MR. BROWN:

Q. Good morning, Mr. Kholkar. As you just heard, my name's Thomas Brown. I'm an attorney with the defendant, Eastern Pacific Shipping. I'll be asking you questions today.

Do you have any questions for me before we proceed or are you ready?

A. I'm ready, sir.

**Page 8**

Q. Okay. Is there any reason you are unable to provide accurate and truthful testimony today?

A. Sir, can you repeat?

Q. Yes, sir. Is there any reason you are not able to give truthful testimony today?

A. No reason, sir.

Q. Okay. You're not taking any medication that might affect your ability to give good testimony today?

A. No medication, sir.

Q. Okay. Mr. Kholkar, can I assume that you're a man who tells the truth?

A. Yes.

Q. And you just took an oath, correct, sir?

A. A what?

Q. A moment ago you raised your hand --

A. Yes, yes.

Q. -- and you took an oath, correct?

A. Yes.

Q. When you took your oath, you're a man who was committed to that promise to tell the truth, is that fair?

A. Yes.

Q. You're a man who always tells the truth, is that fair?

9

1    A.   Yes, sir.
2    Q.   Whether you raise your hand and take an
3  oath or sign your name on something that you say is
4  true, that's your personal commitment to telling
5  the truth, is that fair?
6    A.   Yes, sir, I agree.
7    Q.   I'm going to share onto the screen a
8  notice of deposition for today.  Do you see that
9  document, sir?
10   A.   Yes, sir.
11   Q.   This is your notice of deposition today.
12  I'll mark this as Defense Exhibit 1.
13   (Exhibit 1 was marked for identification and is
14  attached to the transcript.)
15   Q.   You see at the top of this document, sir,
16  at the very top says that this is a notice of
17  deposition for the United States District Court
18  Eastern District of Louisiana.  Do you see that?
19   A.   Yes, sir.
20   Q.   And you understand today that you are
21  testifying for the United States Federal Court in
22  Louisiana, true?
23   A.   Yes, sir, true.
24   Q.   And you would agree when took your oath,
25  you agree that you will be telling the truth to the

10

1  judge in Louisiana, correct?
2    MR. MARTIN:  I'll just object to that
3  question about eight different times whether he's
4  going to tell the truth.  You've got the same
5  answer.  I'm not going to interrupt anymore, but
6  you know, you're beating a dead horse here, please.
7  You know, last time you were in a deposition you
8  were screaming every time you thought something was
9  repetitive, so please offer us the same courtesy to
10  our witness, okay?
11   Q.   Mr. Kholkar, Mr. Kholkar -- Mr. Kholkar,
12  you understood when you raised your hand to take
13  that oath that it was for the United States
14  District Court in Louisiana, correct?
15   A.   Yes, sir, correct.
16   Q.   I'm going to call up another document,
17  sir.  Give me one moment.
18   Mr. Kholkar, do you see the next document
19  on your screen?
20   A.   Yes, sir.
21   Q.   Do you recognize this as your Seafarer
22  Employment Agreement, correct?
23   A.   Yes, sir.
24   Q.   I'll mark this as Exhibit, Defense Exhibit
25  2, Seafarer Employment Agreement.

11

1    (Exhibit 2 was marked for identification and is
2  attached to the transcript.)
3    Q.   And, sir, this agreement, it's between
4  Ventnor Navigation, Incorporated, that's the name
5  at the top, correct?
6    A.   Yes, sir.
7    Q.   And who is the other party to this
8  agreement?
9    A.   It's from Eastern Pacific Shipping
10  Singapore.
11   Q.   Eastern Pacific Shipping in Singapore and
12  you, Mr. Kholkar Vishveshwar Ganpat, correct?
13   A.   Yes, sir.
14   Q.   Okay.  So you understand that this is your
15  promise, your contract with Eastern Pacific
16  Shipping, correct?
17   A.   Yes, sir.
18   Q.   Okay.  And in this document, the Seafarer
19  Employment Agreement, it says right in paragraph 1,
20  let me zoom in for you, okay, sir?
21   Can you read that okay on your screen?
22   A.   Yes, I can read.
23   Q.   Very good.  So in paragraph 1 it says that
24  the employer agrees to employ the Seafarer and the
25  employed agrees to be employed by the employer on

12

1  the terms and subject to the conditions specified
2  herein and in the attached Annex and Employer's
3  Standard Terms, both of which form an integral part
4  of this agreement and constitute part hereof, and
5  together they're called this agreement.  Do you see
6  that?
7    A.   Yes, sir.
8    Q.   Okay.  So you understood or I should say
9  you understand that you entered into an agreement
10  and a promise with Eastern Pacific Shipping to
11  follow the terms of this Seafarer's Employment
12  Agreement, including the Employer's Standard Terms
13  and the Annex at the back of it, correct?
14   MR. MARTIN:  Objection.  His contract is
15  between Ventnor and Mr. Ganpat, not between
16  Mr. Ganpat and Eastern Pacific.  I think you
17  misspoke, counsel.
18   MR. BROWN:  I object to the speaking
19  objection.
20   MR. MARTIN:  Well, counsel, read the
21  heading to the contract.  You just asked him who
22  the parties were and then you turn around and start
23  naming Eastern Pacific, you know.  Please don't
24  present incorrect facts in your questions.
25  BY MR. BROWN:  I'll repeat my objection to the

13

```
1   speaking objection.
2       Q.   Mr. Kholkar, we had an agreement just a
3   few minutes ago that you understood that you were
4   in this contract, you personally were in this
5   contract with Eastern Pacific Shipping. That's
6   what you said, correct, sir?
7       Did we lose our plaintiff?
8       MR. SOTOLONGO: So I forgot to cover this
9   at the beginning, Tom. Apparently last time when
10  Mr. Kholkar had his deposition taken for the
11  injunction proceeding this happened. So let's give
12  him a few minutes to get back on and he understands
13  that if he does lose the connection, he's supposed
14  to get right back on, okay?
15      MR. BROWN: It's certainly understandable.
16  Thank you.
17      MR. SOTOLONGO: And I'm going to reach to
18  my office and make sure that whatever's happening,
19  he gets back on as soon as possible.
20      (Pause.)
21      MR. SOTOLONGO: Hey, Tom, Mr. Kholkar's
22  not on. We're still on, right, we're still on the
23  record?
24      COURT REPORTER: Yes, sir.
25      MR. SOTOLONGO: All right. Hey, Tom, so
```

14

```
1   you know, what Richard, the issue that Richard
2   brought up, and Mr. Kholkar's not on so I'm not,
3   this is not a speaking objection, this is between
4   us.
5       MR. SIMMS: I'd like this to be off the
6   record, please.
7       MR. BROWN: Yeah, I'm not going to pay for
8   it.
9       MR. SIMMS: Off the record. We're not
10  going to have a discussion on the record about
11  this.
12      MR. SOTOLONGO: No, no, it --
13      MR. BROWN: We're off the record. We'll
14  go --
15      MR. SOTOLONGO: No, no.
16      MR. BROWN: Madame reporter, we'll go back
17  on the record when the witness --
18      MR. SOTOLONGO: No, no, it has to be on.
19  It has to be on the record. You cannot
20  misrepresent a contract.
21      MR. SIMMS: Peter, we're not engaging in
22  this.
23      MR. SOTOLONGO: Yes, we are. We're off
24  the record.
25      MR. SIMMS: Sorry, we're not responding.
```

15

```
1       (Off the record.)
2   BY MR. BROWN:
3       Q.   Mr. Kholkar, I understand we just had a
4   technical issue. You lost your connection for a
5   moment. That's no problem. If that happens again,
6   I appreciate your efforts to get back on quickly
7   like you just did.
8       Do you recall, sir, we were looking at
9   your Seafarer's Employment Agreement, Defense
10  Exhibit 2. Do you see that on your screen?
11      A.   Yes, I can see.
12      Q.   Very good. And this was your contract and
13  your promise between you and your employer when you
14  worked aboard the motor vessel Stargate in 2017,
15  true?
16      A.   Yes, sir.
17      Q.   And if you had not signed this contract
18  you would not have had the opportunity to work
19  aboard that ship, correct?
20      A.   Yes, sir.
21      Q.   You signed this contractor in India before
22  you flew out to the ship, is that right?
23      A.   Yes, sir.
24      Q.   And we looked at paragraph 1. You agree
25  that this Seafarer Employment Agreement, the SEA,
```

16

```
1   includes the attached Annex and the Employer's
2   Standard Terms, correct?
3       A.   Yes, sir.
4       Q.   Okay. And those things, as this document
5   says, those work together as integral parts of this
6   agreement. Do you see that?
7       A.   Yes, sir.
8       Q.   And when you signed these, you signed
9   together in one sitting the Seafarer's Employment
10  Agreement, the Annex and the Employer's Standard
11  Terms, correct?
12      A.   Yes, sir.
13      Q.   Why don't we go ahead and look at those
14  pages. I'll zoom out. So this is the first page
15  and at the top it says Seafarer's Employment
16  Agreement, correct?
17      A.   Yes, sir.
18      Q.   Okay. I'm going down to the fifth page of
19  this document. We have the Employer's Standard
20  Terms. Do you see that?
21      A.   Yes, sir.
22      Q.   And then I'll scroll further down to the
23  last page. It says Annex 1 to the Seafarer
24  Employment Agreement. Do you see that?
25      A.   Yes, sir.
```

17

```
 1      Q.   Okay.  And for the record, these are Bates
 2  stamped, this document is Bates stamped ranging
 3  from EPS-001 to EPS-007.
 4          Now looking at this document, you see your
 5  signature is at the very bottom of page 7, correct?
 6      A.   Yes, sir.
 7      Q.   In fact, your signature appears, we'll go
 8  through page by page.  You see your signature on
 9  the left-hand side of page 6 here?
10      A.   Yes, sir.
11      Q.   Page 5, that has your signature, correct?
12      A.   Yes, sir.
13      Q.   Page 4, that has your signature, right?
14      A.   Yes, sir.
15      Q.   Page 3 and page 2, those are your
16  signatures, correct?
17      A.   Yes, sir.
18      Q.   And we're back to the first page.  Your
19  signature is in the left-hand side near paragraph
20  7, correct?
21      A.   Yes, sir.
22      Q.   So if I understand correctly, Mr. Kholkar,
23  you sat down in India before you went out to the
24  ship and you signed this document and each page of
25  it together, correct?
```

18

```
 1      A.   Yes, sir.
 2      Q.   Okay.  This document contains certain
 3  terms about your rights to have medical
 4  compensation and to receive sick pay.  Do you know
 5  that?
 6      A.   Yes, sir.
 7      Q.   Okay.  And I'll ask you now because
 8  obviously we're here to discuss the malaria and the
 9  effects that had on your life.  Do you
10  consider that the malaria you contracted while
11  working aboard Stargate was an accident or an
12  illness, if you know?
13      A.   So please repeat the question.
14      Q.   Yes, sir.  Let's take a look at paragraph
15  11 and then I'll get back to that question.
16  Paragraph 11, I'll zoom in, okay.  Do you see
17  paragraph 11, sir?
18      A.   Yes, sir.
19      Q.   It starts with, in case of accident or
20  illness during the period of the Seafarer's
21  employment hereunder.  Do you see that?
22      A.   Yes, sir.
23      Q.   If you know, do you consider that your
24  malaria was an accident or an illness?
25          MR. SOTOLONGO:  Form.
```

19

```
 1      A.   It's illness.
 2      Q.   Okay.  So this paragraph goes on to say
 3  that for an illness all medical expenses including
 4  hospitalization will be borne by the employer or
 5  the owner of the vessel, and it continues to
 6  discuss improvement.  Do you see that?
 7      A.   Yes, sir.
 8      Q.   The last sentence of this paragraph says,
 9  in no case will the employers' liability under this
10  paragraph 11 exceed 16 weeks in case of illness or
11  six months in case of injury.  Do you see where I
12  just read?
13      A.   Yes, sir.
14      Q.   And again, you signed this page, correct?
15      A.   Yes, sir.
16      Q.   The following paragraph, paragraph 12
17  since you mentioned illness, 12(a) says, if the
18  seafarer is unable to work as a result of illness
19  occurring during his employment hereunder, he will
20  be entitled to be paid sick leave at his basic rate
21  of pay until he is certified medically fit to
22  resume work.  Entitlement to sick pay shall be
23  strictly subject to receipt of regular medical
24  reports from an employer approved doctor.  In no
25  case will the employers' liability under this
```

20

```
 1  subparagraph 12(a) exceed 16 weeks.  Do you see
 2  that?
 3      A.   Yes, sir.
 4      Q.   Okay.  So these were part of your promise
 5  and contract with your employer that your sick pay
 6  would be limited to 16 weeks, correct?
 7          MR. SOTOLONGO:  Form.
 8      A.   Yes, sir.
 9      Q.   I'm going to go down a couple of pages,
10  sir.  I'm on page 4 of the document, EPS-004, and
11  your signature appears in the area of paragraphs
12  24, 25 and 26.  Do you see that?
13      A.   Yes, sir.
14      Q.   Paragraph 26 says, this agreement shall be
15  governed by and interpreted in accordance with the
16  laws of the state of ship's flag aboard which the
17  seaman is employed.  Do you see that?
18      A.   Yes, sir, I can see.
19      Q.   The motor vessel Stargate was Liberian
20  flagged ship, correct?
21      A.   Yes.
22      Q.   So according to this agreement, your
23  promise with your employer, this agreement would be
24  controlled by the laws of Liberia, correct?
25      A.   Yes.
```

21

1    Q.    Looking up two paragraphs, sir, in
2  paragraph 24 it says, it is agreed and understood
3  that save for the payments and benefits expressly
4  provided for in this agreement, the Seafarer will
5  not be entitled to any payment, benefit or
6  compensation whatsoever, including inter alia,
7  severance pay in connection with his employment
8  hereunder or the termination thereof for any reason
9  whatsoever.  Do you see that paragraph?
10   **A.  Yes.**
11   Q.    And again, this is, your signature is very
12  close to this paragraph.  You've signed this page
13  correct, sir?
14   **A.  Yes, sir.**
15   Q.    And you understood when you signed this
16  page that you were entering an agreement to have
17  certain benefits from your employer but no others,
18  correct?
19   **A.  So can you repeat, please?**
20   Q.    Yes.  When you signed this contract it
21  included paragraph 24, correct?
22   **A.  Yes.**
23   Q.    And paragraph 24, you agree says that
24  except for the benefits that are expressly provided
25  if for in this agreement, you would not be entitled

22

1  to any other benefit for any reason, correct?
2        MR. SOTOLONGO:  Form.
3    **A.  I see it, sir, yes.**
4    Q.    Right.  So you knew you were going to get
5  certain benefits like sick pay if you got sick on
6  the ship, correct?
7    **A.  Yes.**
8    Q.    And in fact, that's part of your complaint
9  in this lawsuit is you think you should have
10  received different sick pay, correct?
11       MR. SOTOLONGO:  Form.
12   **A.  Please repeat.  I didn't --**
13       MR. SOTOLONGO:  Form.  It's asking for a
14  legal conclusion.  He didn't do the complaint.
15       MR. BROWN:  Okay.  We'll get to your
16  complaint, Mr. Kholkar, later today and that's
17  fine.
18       MR. SIMMS:  And I'm sorry, could we make
19  it clear who's defending the deposition?  Richard
20  has spoken, Peter has spoken.  One defense counsel
21  gets to defend.  Who's it going to be?
22       MR. SOTOLONGO:  Whoever I guess.
23       MR. BROWN:  Well, Mr. Kholkar, we're going
24  to have a quick discussion here amongst the
25  lawyers.  Could I please have clarity who's --

23

1        MR. MARTIN:  Is this on the record or off
2  the record like last time?
3        MR. SIMMS:  Off the record's good.
4        (Off the record.)
5  BY MR. BROWN:
6    Q.    Mr. Kholkar, do you feel that you have
7  received all of the sick pay that you are entitled
8  to as a result of your illness aboard the Stargate?
9        MR. SOTOLONGO:  Form.
10   **A.  So I believe they paid wages.**
11   Q.    Okay.  You've gotten all the sick pay you
12  think you should get, correct?
13       MR. SOTOLONGO:  Form.
14   **A.  Yes.**
15   Q.    Okay.  And do you feel that you've gotten
16  all of the medical bills paid that you should have
17  paid as a result of your sickness on the Stargate?
18   **A.  Please repeat again.  I didn't understood.**
19   Q.    Yes, sir.  Do you think that you have
20  gotten all of your medical bills, expenses paid
21  that you should have paid for your illness aboard
22  the Stargate?
23   **A.  Yes, sir.**
24   Q.    Okay.  And you got your sick pay and your
25  medical expenses paid because you were in an

24

1  agreement with your employer, correct?
2    **A.  Yes.**
3    Q.    This was part of the promise between you
4  and the employer, that the employer would give you
5  certain benefits and that you would do your job as
6  a seaman, correct?
7    **A.  Yes.**
8    Q.    And you agreed in paragraph 24 that you
9  would have no, you would not -- sorry, let me start
10  that again.  I'll just read from the middle of this
11  paragraph 24.
12       Starting again.  Mr. Kholkar, you agreed
13  that in return for getting the benefits you
14  received, you would not be entitled to any payment,
15  benefit or compensation whatsoever, including inter
16  alia, severance pay in connection with your
17  employment under this contract for any reason
18  whatsoever, true?
19       MR. SOTOLONGO:  Form.
20   **A.  Yes, sir.**
21   Q.    Going down to the next page, page 5, this
22  includes the Employer's Standard Terms.  We talked
23  about this, this is a part of the Seafarer's
24  Employment Agreement, correct?
25   **A.  Yes, sir.**

25

1    Q.    And on the next page these Employer's
2    Standard Terms -- well, let me go back up.  We'll
3    just put something on record here.
4          Paragraph 1 of the Employer's Standard
5    Terms says that for the purpose of this agreement
6    and as required pursuant to the provisions of the
7    ILO Maritime Labor Convention 2006, the ship owner
8    is Eastern Pacific Shipping.  Do you see that?
9    A.    Yes.
10   Q.    And it's for purposes of this agreement
11   EPS is called the, quote, ship owner, end quote,
12   correct?
13   A.    Yes.
14   Q.    And again, this is part of the overall
15   Seafarer's Employment Agreement, correct?
16   A.    Yes, sir.
17   Q.    On the next page this document, your
18   contract, gives a disability table.  Do you see
19   that on the top of page 6?
20   A.    Yes.
21   Q.    Mr. Kholkar, you were on-board the
22   Stargate as an able seaman, correct?
23   A.    Yes.
24   Q.    So you were a rating and not a junior
25   officer or senior officer, correct?

26

1    A.    Yes.
2    Q.    Okay.  So if, for example, you had been
3    found disabled to 100 percent, according to just
4    this table, I know we're going to look at another
5    table in a minute, but according to this table a
6    rating would be compensated 82,500 U.S. dollars for
7    a 100 percent disability, correct?
8    A.    Yes.
9    Q.    Okay.  So we have sick pay, we have
10   medical expenses and we have a table giving
11   disability compensation.  Those benefits are
12   provided in this contract to you, correct, sir?
13   A.    Please repeat again the question.
14   Q.    Yes, sir.  Under this contract, you were
15   entitled to sick pay, you were entitled to medical
16   expenses and to compensation according to your
17   degree of disability on this table, correct?
18   A.    Sir, I have not got the compensation.
19   That is a big concern.
20   Q.    Okay.  Let me get back to that then.
21   That's a good point.  I'm going to the last page of
22   this document, and again, we discussed you've
23   signed this page, correct?
24   A.    Yes.
25   Q.    At the top of the page, this Annex 1 to

27

1    the Seafarer Employment Agreement is dated December
2    27th, 2016, correct?
3    A.    Yes.
4    Q.    The commencement date for your employment
5    was to be December 28th, 2016.  Do you see that?
6    A.    Yes.
7    Q.    How long was your period of employment to
8    be?
9    A.    Approximately seven months.
10   Q.    Seven months, thank you.  So if you had
11   not become ill, you would have stayed on the ship
12   until about July of 2017, correct?
13   A.    Yes.
14   Q.    And your basic monthly salary, according
15   to this Annex 1, is 750 dollars, correct?
16   A.    Yes.
17   Q.    Give me one second, sir while I change
18   documents.
19          Mr. Kholkar, I'm sharing to the screen our
20   next exhibit.  Do you recognize this ITF and
21   Eastern Pacific Shipping TCC Collective Agreement?
22   A.    Yes, sir.
23   Q.    This will be Defense Exhibit 3, the ITF
24   and Eastern Pacific Shipping TCC Collective
25   Agreement.

28

1          (Exhibit 3 was marked for identification and is
2    attached to the transcript.)
3    Q.    Do you recognize and are you familiar with
4    this document, sir?
5    A.    Yes, sir.
6    Q.    Okay.  I'll zoom in on any part you need
7    to see.  Let's take a look at -- well, let me back
8    up.
9          This is not a document you personally
10   signed, correct?  You did not sign this?
11   A.    Yes.
12   Q.    Okay.  That's correct, that you did not
13   sign it?
14   A.    No, I did not sign it.
15   Q.    Okay, thank you.  And let's take a look at
16   Paragraph 1.2.  It says, this agreement is deemed
17   to be incorporated into and to contain the terms
18   and conditions of the contract of employment of any
19   seafarer to whom this agreement applies.  Do you
20   see that?
21   A.    Yes.
22   Q.    Okay.  So this is, by its own terms, to be
23   read as part of your contract of employment, right?
24   A.    Sorry, I do not understood, please repeat.
25   Q.    Yes, sir.  This ITF and Eastern Pacific

29

1  Shipping agreement, according to its own paragraph
2  1.2, it's deemed to be incorporated into your
3  contract of employment, right?
4      A.  Yes.
5      Q.  And your contract of employment is the
6  document that we just looked at, Defense Exhibit 2,
7  correct?
8      A.  Yes.
9      Q.  Okay.  This provides other terms and
10 benefits that I'd like to discuss with you.  I'm
11 going to scroll down.  For the record, this is
12 stamped EPS-015 to 034.
13     Mr. Kholkar, let's look at paragraph 19.1.
14 This requires that, excuse me, repatriation shall
15 take place in such a manner that it takes into
16 account the needs and reasonable requirements for
17 comfort of the seafarer.  Do you see that?
18     A.  Yes, I can see.
19     Q.  When you flew home after your illness and
20 your stay at the hospital in Brazil, you were flown
21 home on international first class, correct?
22     A.  Yes.
23     Q.  Okay.  So you were repatriated to your
24 country, to India, in a first class seat on an
25 airplane, right?

30

1      A.  Yes.
2      Q.  Okay.  Paragraph 21.2 says that a seafarer
3  who is hospitalized abroad owing to sickness or
4  injury shall be entitled to medical attention at
5  the company's expense for as long as such attention
6  is required or until the seafarer is repatriated.
7  Do you see that?
8      A.  Yes.
9      Q.  In this case you were put in a hospital in
10 Rio de Janeiro, Brazil for your sickness, correct?
11     A.  Yes.
12     Q.  When you were at that hospital you were
13 given intensive care and you were able to travel
14 home at the end of your stay, correct?
15     A.  Yes.
16     Q.  The company, Eastern Pacific Shipping,
17 paid for that hospital stay, correct?
18     A.  I believe, yes.
19     Q.  You didn't, you personally, you did not
20 have to pay for the bills for the hospital in
21 Brazil, correct?
22     A.  Yes, I did not pay the bills.
23     Q.  Thank you.  And the company, as we just
24 discussed, got you flown home on first class at the
25 end of your time in the hospital, right?

31

1      A.  Yes.
2      Q.  Can we agree that you were not abandoned
3  in Brazil?
4          MR. SOTOLONGO:  Form.
5      A.  Sir, can you repeat that question, please?
6      Q.  Yes, sir.  Do you know what the word
7  abandoned means?
8      A.  Yes.
9      Q.  Were you abandoned in Brazil?
10         MR. SOTOLONGO:  Form.
11     A.  So I was kept on-board for seven days
12 after complaining then my situation was getting
13 worse, but still they didn't -- they didn't
14 (inaudible).  And when I -- when I was more sick, I
15 told the chief officer about my things and I went
16 and complained to chief officer that I was not able
17 to see my daughter or my -- my newborn child.
18         So after he tell me that he was going to
19 speak to the captain and he will let me know.  And
20 (inaudible) came on-board and same chief officer
21 told me that he will give me one AB to help me to
22 get down to the embarkation ladder and I just
23 embarked the ladder.  He helped me, and that's how
24 I was transferred to the hospital in Rio.
25     Q.  Sure.  Mr. Kholkar, we may have

32

1  misunderstood each other.  I appreciate all of that
2  and we will discuss that part of your voyage more.
3          My question right now is about your stay
4  in Brazil after you left the Stargate.  Were you
5  abandoned in Brazil after you got off the Stargate?
6          MR. SOTOLONGO:  Form.
7      A.  No, I was transferred to the hospital.
8      Q.  Okay.  Now you just mentioned something a
9  moment ago about telling the chief mate you wanted
10 to see your newborn daughter, is that right?
11     A.  Yes.
12     Q.  Okay.  So your testimony now is you
13 remember telling the chief mate, I want to go see
14 my daughter, she has been born?
15     A.  No, sir.  I -- I was complaining from when
16 -- when he (inaudible) and they kept me on-board
17 and kept me knowing my conditions.  Even the second
18 officer didn't -- didn't (inaudible) my condition.
19 So I was -- I start complaining then.  I was
20 sleeping in my cabin.  The chief officer on
21 (inaudible) my cabin and I told him that I'm not
22 going -- I'm not going to alive.  So I -- I scared
23 for my life.
24         So he told me -- I asked him, I need to go
25 to doctor.  So he told me he will speak to the

33

1 captain and he will let me know.
2    Q.   Sure.  And again, we can discuss that
3 more.  My question's very specific.  Did I hear you
4 correctly that you told one of the officers of the
5 Stargate while you were sick that you wanted to see
6 your newborn daughter?
7    **A.   Yes.**
8    Q.   Okay.  We'll come back to that.  Let me
9 keep looking at this ITF Agreement, Defense Exhibit
10 3.  You'll recall, Mr. Kholkar, in your Seafarer's
11 Employment Agreement we looked at a disability
12 table.  I'm sure you're familiar that this ITF
13 agreement has its own disability table.  It's on
14 page 10 of the document.  Do you see that on your
15 screen?
16    **A.   Yes.**
17    Q.   And the table for 2017 lists for ratings a
18 disability rating of up to 102,308 dollars.  Do you
19 see that?
20    **A.   Yes.**
21    Q.   And that's for a rating that's 100 percent
22 disabled, correct?
23    **A.   Yes.**
24    Q.   Okay.  Your disability was no more than 30
25 percent, correct?

34

1    **A.   Yes.**
2    Q.   So the maximum compensation according to
3 this table to which you're entitled for disability
4 is how much?
5    **A.   Sir, according to (inaudible) it was**
6    **30,000.**
7    Q.   30,693 dollars, according to your
8 disability, correct?
9    **A.   Yes.**
10    Q.   Okay.  Now, Mr. Kholkar, will you agree
11 today to follow the contract that you signed, the
12 Seafarer's Employment Agreement?
13    MR. SOTOLONGO:  Form.
14    **A.   Yes, I signed that contract, yes.**
15    Q.   Will you agree today to follow that
16 contract?
17    MR. SOTOLONGO:  Form.
18    **A.   Yes.**
19    Q.   Okay.  Will you settle this case for 30
20 percent disability, in addition to the medical
21 bills and the six months of sick leave that you've
22 already been paid?
23    MR. SOTOLONGO:  Form, move to strike.
24 Mr. Kholkar, you do not have to answer that
25 question.  You do not have to answer.  Your lawyers

35

1 will decide for you how much this case will settle
2 for.
3    Q.   Well, it's interesting, I actually
4 disagree.  Mr. Kholkar, it's your decision as the
5 plaintiff to decide what your case would take to
6 settle.  Do you understand that?
7    MR. SOTOLONGO:  Well, that's why he's got
8 counsel and he's going to follow the advice of his
9 counsel.  It's not proper for you to ask him that
10 question in his deposition.  We object to it and
11 I'm instructing my client not to tell you whether
12 he would settle his case for 30,000 dollars.
13 That's for him to discuss with his lawyers.
14 BY MR. BROWN:  Okay.  So since you've instructed
15 him not to answer, that's noted on the record.
16 I'll proceed.
17    Q.   Mr. Kholkar, do you believe that you are
18 entitled to receive more than the disability
19 rating, plus the sick pay, plus your medical
20 expenses that we've discussed from these contracts?
21    **A.   Yes.**
22    Q.   Okay.  Do you see anything in the
23 contracts that makes think you're entitled to more?
24    MR. SOTOLONGO:  Form, calls for a legal
25 conclusion.  He's not a lawyer.

36

1    Q.   Okay.  Mr. Kholkar, I asked the question
2 and then your lawyer objected.  You're still able
3 to answer.  If I could ask the court reporter to
4 please repeat my question.
5    COURT REPORTER:  Certainly.
6    (The record was reviewed.)
7    MR. SOTOLONGO:  Same objection.
8    **A.   I should speak now?**
9    Q.   Yes, please.
10    **A.   So please repeat the question.**
11    Q.   Madam reporter, please.
12    COURT REPORTER:  Sure.
13    (The record was reviewed.)
14    MR. SOTOLONGO:  Same objection.
15    **A.   I don't know.**
16    Q.   Okay.  Mr. Kholkar, is there anybody in
17 the room with you today?
18    **A.   Nobody, sir.**
19    Q.   Okay.  Do you have any papers or your
20 phone in front of you?
21    **A.   No, sir.**
22    Q.   All right.  Does your laptop have -- go
23 ahead.
24    **A.   Yeah, so I'm showing my phone because for**
25    **a little moment I was off-line, so I switched off**

37

1    -- so I switched on my mobile to message.
2    Q.   Okay.
3    A.   **(Inaudible).**
4    Q.   That's fine.  If you could please agree to
5   keep it just in your pocket so you're not receiving
6   text messages during the deposition, I'd appreciate
7   that.
8    **A.   Yes, sir, I switched it off.**
9    Q.   Okay.  The next exhibit is coming to your
10  screen in just one moment.  Do you see your
11  personal details worksheet on the screen?
12   **A.   Yes, sir.**
13   Q.   I'll mark this Defense Exhibit 4, personal
14  details for Mr. Kholkar.
15   (Exhibit 4 was marked for identification and is
16  attached to the transcript.)
17   Q.   That's a photo of you, correct?
18   **A.   Yes.**
19   Q.   You were born in Goa, India, right, sir?
20   **A.   Yes, sir.**
21   Q.   Your nationality is Indian, correct?
22   **A.   Yes.**
23   Q.   This document lists the vessels on which
24  you have served.  Do you see that?
25   **A.   Yes.**

38

1    Q.   Is this an accurate list as far as you can
2   tell looking at it now?
3    **A.   Yes.**
4    Q.   Now you have -- you have a lot of sea
5   time.  You have 66.5 months of sea time according
6   to this document, correct?
7    **A.   Yes.**
8    Q.   And you're an AB, an able-bodied seaman.
9   That's an experienced rating.  That's more
10  experienced than an ordinary seaman, true?
11   **A.   Yes, sir.**
12   Q.   Okay.  And I looked up some of these ships
13  that you've served on.  It looks like you have a
14  lot of experience on bulk vessels that are Liberian
15  flagged, is that fair to say?
16   **A.   Yes, sir.**
17   Q.   Stargate was a Liberian flagged bulk ship,
18  correct?
19   **A.   Yes.**
20   Q.   Mount Hermon was a Liberian flagged bulk
21  ship, correct?
22   **A.   I don't remember.**
23   Q.   Okay.  Devongate, that was a Liberian
24  flagged bulk ship.  Do you remember that?
25   **A.   So I remember Devongate but I -- I don't**

39

1   remember which flag.
2    Q.   Indian Solidarity was also a Liberian bulk
3   ship, correct?
4    **A.   Sir, I worked on all these ships but I**
5   **don't remember right now what were their flags.**
6    Q.   Okay.  The table here shows the dates that
7   you joined the ship and the dates that you signed
8   off the ship, correct?
9    **A.   Yes.**
10   Q.   So we have for instance on Stargate, you
11  joined December 28th, 2016 and you signed off May
12  28th, 2017, correct?
13   **A.   According to the list, yes.**
14   Q.   Well, do you have any disagreement with
15  the list?
16   **A.   I don't think so.**
17   Q.   When you were not on a ship did you work
18  any jobs at home in India?
19   **A.   No, sir.**
20   Q.   Okay.  So between ships you were -- you
21  were on vacation or leave time, right?
22   **A.   So can you repeat that again.**
23   Q.   Sure.  Let me make it easier for you.
24  I'll give an example.  Let's look at your time
25  aboard Devongate, the third line here.  You joined

40

1   that ship in February of 2015, correct?
2    **A.   Yes.**
3    Q.   And then you signed off the ship on August
4   20th, 2015, correct?
5    **A.   Yes.**
6    Q.   So from February to August that's
7   approximately six months of work, right?
8    **A.   Yes.**
9    Q.   That was the only work you did on ships in
10  2015, correct?
11   **A.   Yes.**
12   Q.   Did you do any work ashore between when
13  you got off Devongate in August of 2015 and when
14  you joined your next ship, Mount Hermon, in January
15  of 2016?
16   **A.   No, sir, I did not work outside.**
17   Q.   Okay.  And then you worked on Mount Hermon
18  for a little less than six months, correct?
19   **A.   Yes.**
20   Q.   The company pays you per month while
21  you're working on the ship, correct?
22   **A.   Yes.**
23   Q.   They don't pay you to stay at home and not
24  work on a ship, correct?
25   **A.   Yes, they do not pay off ship.**

**41**

1    Q.   Okay.  Can you estimate for me how many
2    times in your seafaring career you have been to
3    Africa?
4    **A.   So I've been to South Africa for sign off**
5    my first vessel and (inaudible) and Gabon.
6    Q.   Okay, very good.
7         COURT REPORTER:  I'm sorry, I didn't catch
8    the -- I didn't catch the last end of the answer.
9    Q.   I'll ask.  Mr. Kholkar, did you just say
10   you've been to Abidjan and Gabon?
11   **A.   Yes, from Stargate I went to Abidjan and**
12   **Gabon.  And from Wugang Orient, I sign off in South**
13   **Africa.**
14   Q.   Okay.  And you're looking at the bottom of
15   the list, Wugang Orient you signed off the ship in
16   South Africa, correct?
17   **A.   Yes.**
18   Q.   Okay.  You have a rating as an able-bodied
19   seafarer and that's issued by India, correct?
20   **A.   Can you repeat the question, please?**
21   Q.   Yes, sir.  Your government, the Indian
22   government, has issued you a certificate to be an
23   able-bodied seaman, correct?
24   **A.   Yes.**
25   Q.   But to work on a Liberian flagged ship,

**42**

1    you had to obtain a special qualification
2    certification as an AB from the Liberian
3    government, correct?
4    **A.   I don't know.**
5    Q.   Do you have a piece of paper from the
6    Liberian government that says you are able to work
7    on a Liberian ship as an AB?
8    **A.   Sir, I don't remember.  I don't know.**
9    Q.   You're not sure?
10   **A.   So there are a lot of papers that I signed**
11   **but I don't know, I don't exactly recall that exact**
12   **paper.**
13   Q.   Okay.  Sir, do you see the photograph on
14   your screen?
15   **A.   Yes.**
16   Q.   That is the transom or the back end of
17   Stargate, correct?
18   **A.   Yes.**
19   Q.   What is the nationality of Stargate?
20   **A.   It's Liberia.**
21   Q.   It's a Liberian ship, correct?
22   **A.   Yes.**
23   Q.   And as you can see in this photograph, you
24   have the Liberian flag sailing on the back of your
25   ship, correct?

**43**

1    **A.   The flag, like I said I don't recall if**
2    **it's Liberian, or.**
3    Q.   That's fine.  You don't recognize that
4    flag?
5    **A.   Sir, I don't recall that flag.**
6    Q.   The registry according to the ship right
7    here it's Monrovia, Liberia, correct?
8    **A.   Yes, I see.**
9    Q.   And when you're on that ship you
10   understand you're on a piece of Liberian ship,
11   right?
12   **A.   What?  Can you repeat?**
13   Q.   Yes.  When you are on Stargate you know
14   that you are on a Liberian ship, right?
15   **A.   Yes, so because it's Stargate, so we know**
16   **it's a Liberian ship, Monrovia.**
17   Q.   You know you're not in India, you're not
18   in the United States, you're on a Liberian ship
19   when you're on Stargate, right?
20   **A.   Sir, we work on ship as a -- we know that**
21   **it's a Liberian ship, a Liberian flag, I know.**
22   Q.   And you know that Liberia's laws are in
23   control when you're on that ship?
24        MR. SOTOLONGO:  Form --
25   **A.   (Inaudible).**

**44**

1    Q.   Did you answer?  I didn't hear it.
2    **A.   I don't know.**
3    Q.   Okay.  But that is the Stargate, you
4    recognize that, correct?
5         MR. SOTOLONGO:  Form, asked and answered.
6    **A.   Yes.**
7    Q.   That'll be Defense Exhibit 5, a photo of
8    the ship.
9    (Exhibit 5 was marked for identification and is
10   attached to the transcript.)
11   Q.   Mr. Kholkar, our next document is a crew
12   list from Stargate dated May 2nd, 2017.  Do you see
13   that date at the top, sir?
14   **A.   Yes.**
15   Q.   This will be Defense Exhibit 6.
16   (Exhibit 6 was marked for identification and is
17   attached to the transcript.)
18   Q.   And your billet number was number 12,
19   correct?
20   **A.   Yes, sir.**
21   Q.   That's your name, AB Kholkar, right?
22   **A.   Yes, sir.**
23   Q.   You joined the ship in Casablanca, is that
24   right?
25   **A.   That's correct.**

45

1    Q.    And your completion of contract date was
2 to be July 28th, 2017, correct?
3    A.    Yes.
4    Q.    I noticed a large number of different
5 nationalities on the crew.  You have Indian,
6 Turkish, Bulgarian, Filipino, Ukranian and other
7 crew.  Do you see that?
8    A.    Yes, I can see that.
9    Q.    So you agree this is a multinational crew
10 on this Liberian ship, right?
11    A.    Yes.
12    Q.    Have you talked to anyone from the
13 Stargate crew since you were in the hospital?
14    A.    Besides -- yes, sir.
15    Q.    Who have you spoken with since you fell
16 ill in Brazil?
17    A.    So I spoke with the Indian AB, also
18 (inaudible) the electrician.
19    Q.    All right.  Let's work this through.  The
20 Indian AB, is that Mr. Arul?
21    A.    Yes.
22    Q.    And then the Indian electrician, is that
23 Kumaraguru?
24    A.    Yes.
25    Q.    Okay.  Have you spoken to anyone else

46

1 besides those two gentlemen?
2    A.    I spoke to a -- I spoke to a second
3 Indian, second engineer in those days when I was in
4 the hospital (inaudible).  As I recall, I spoke to
5 him on mobile, on the cell.  He was a second
6 engineer in Brazil.
7    Q.    Okay.
8    A.    And (inaudible).
9    Q.    Was that the second engineer of your ship
10 or a different ship?
11    A.    No, sir, there was one Indian, a second
12 engineer joined, and I spoke with him.
13    Q.    I see.  I want to make sure I understand
14 you, sir.  There was an Indian second engineer who
15 flew to Brazil to join the ship and you spoke with
16 him, is that right?
17    A.    Yes.
18    Q.    Okay.  He was not on the ship when you
19 became sick, correct?
20    A.    He was on ship.  I spoke with him in -- in
21 cabin.
22    Q.    Okay.  What's his name?
23    A.    So I remember his name Soni, Soni,
24 something Soni.
25    Q.    Soni?

47

1    A.    S-O-N-I.
2    Q.    Sorry, please that again.  That's helpful.
3    A.    S-O-N-I, Soni.
4    Q.    Thank you.  So besides --
5    A.    Soni.
6    Q.    Okay.  Besides AB Arul, the electrician
7 Kumaraguru, and the second engineer Mr. Soni, have
8 you spoken with any other Stargate crew members
9 since you became sick?
10    A.    So like, so what exactly since in Brazil
11 in the hospital or?
12    Q.    I'm asking if at any time have you picked
13 up the phone and talked to any of these people
14 besides the ones we just discussed?
15    A.    Yes, there is an oiler, Chauhan.
16    Q.    What's his rating?
17    A.    Number 17.
18    Q.    Okay.  The oiler Chauhan?
19    A.    And -- and yeah, there is number 20 that
20 is Ron, number 20, we'll message sometimes.
21    Q.    Mr. Villar, you messaged with him?
22    A.    Yes, one time he spoke with me, as I
23 remember, in Brazil.
24    Q.    Okay.
25        MR. SOTOLONGO:  Move to -- just you're

48

1 saying he messaged, he's saying he spoke with him,
2 so make sure we have this clear.
3    Q.    Mr. Kholkar, Mr. Kholkar, I want to know
4 about any contact or communication you had, whether
5 it's by phone, speaking, or a text message, or
6 WhatsApp or anything like that, okay?
7    A.    Yes.  So that number 20, and the third
8 engineer, that is number 8.
9    Q.    Mr. Butov?
10    A.    Yes, Vladyslav.
11    Q.    Okay.
12    A.    And number 10 the boson, number 10 and
13 number 9.
14    Q.    The boson Kolev?
15    A.    Yes.
16    Q.    And then we already discussed number 9.
17 Okay.
18    A.    And -- and number 14, Paclibar.
19    Q.    The ordinary seaman Paclibar?
20    A.    Yes, that's number 14, yes.
21    Q.    Okay.  These are people you spoke with
22 when you were in the hospital in Brazil?
23    A.    Some of them.  Some of them I spoke in
24 Brazil and some are in my contacts.
25    Q.    Okay.  When is the last time you were in

**49**

1  contact with anybody from Stargate?
2  **A.  Sir, I don't remember.**
3  Q.  Okay.  have you spoken with anybody or
4  communicated with anybody from your old ship this
5  month here in August?
6  **A.  So I think maybe number 9, sometime I**
7  **message him.**
8  Q.  What did you message him about?
9  **A.  Sir, he got married so we thank him for**
10  **the marriage and all.**
11  Q.  Okay.  So when's the last time you spoke
12  to anybody from this crew about your lawsuit?
13  **A.  Sir, I have not discussed anything about**
14  **my lawsuit to anybody.**
15  Q.  Okay.  That's helpful.  When is the last
16  time you spoke with anyone from this crew about
17  your becoming sick?
18  **A.  Sir, (inaudible) and then some of them**
19  **even visited me in the Brazil hospital.**
20  Q.  Who visited you in the Brazil hospital
21  from the crew?
22  **A.  So number 9 and number 8.**
23  Q.  Do you remember them visiting you?
24  **A.  Yes.  When I was in hospital, they have**
25  **showed -- they have shown me the photo.  I don't**

**50**

1  **remember exactly, but they did tell me the third**
2  **engineer Kumaraguru when I was in coma.**
3  Q.  Okay.  you know they visited because you
4  saw a photo, is that right?
5  **A.  Yes.**
6  Q.  And Mr. Arul, am I correct that he went to
7  the hospital with you?
8  **A.  Yes, he is the one that escorted me to the**
9  **hospital, helped me.**
10  Q.  Right.  So the captain sent Mr. Arul with
11  you so he could help you get to the hospital,
12  right?
13  **A.  The chief of staff tell me that he will**
14  **send Arul.  He will send Arul to help me.**
15  Q.  Okay.  I'm done with this document.
16  Mr. Kholkar, do you want a break or do you want to
17  keep going for a little bit?
18  **A.  Yes, so you can continue, please.**
19  Q.  If you need a break at any time you just
20  let me know, okay?
21  **A.  Yes, sir.**
22  Q.  For the record, that last exhibit, Defense
23  6 is EPS-051, the crew list.
24  I'm going to share the next exhibit, which
25  is a sheet listing last port calls of the Stargate.

**51**

1  It's EPS-047 to 049.  That's Defense 7.
2  (Exhibit 7 was marked for identification and is
3  attached to the transcript.)
4  Q.  Okay.  Mr. Kholkar, you joined the ship in
5  Casablanca, correct?
6  **A.  Yes.**
7  Q.  That was in December of 2016 that you
8  joined?
9  **A.  Yes, sir.**
10  Q.  The ship, do you remember where the ship
11  sailed next?
12  **A.  It's Las Palmas.**
13  Q.  Do you remember going to, I'm going to
14  pronounce this incorrectly, Jorf Lasfar in Morocco?
15  **A.  Sir, I don't remember the -- the word.**
16  **But I do remember Las Palmas.**
17  Q.  Okay.  Do you remember loading cargo in
18  Morocco?
19  **A.  Yes, sir.  Yes, sir.**
20  Q.  Okay.  And Morocco is in Africa, correct?
21  **A.  Yes, I believe north Africa.**
22  Q.  It's in north Africa, right?
23  **A.  Yes, I think.**
24  Q.  Okay.  So that's another African port that
25  you've been to, right?

**52**

1  **A.  Yes, sir, Morocco.**
2  Q.  And you loaded cargo on your ship there,
3  right?
4  **A.  Yes.**
5  Q.  And you stopped in Las Palmas to take on
6  bunkers or fuel, right?
7  **A.  Yes, some fresh provisions I recall.**
8  Q.  Fresh provisions and fuel in Las Palmas,
9  right?
10  **A.  Yes, sir.**
11  Q.  The voyage that began with loading cargo
12  in Morocco, where did that voyage end?
13  **A.  Sir, please repeat again.**
14  Q.  Yes, you took cargo from Morocco to
15  Abidjan, correct?
16  **A.  Yes.**
17  Q.  That was a voyage.  The voyage was to
18  carry cargo from Morocco to Abidjan, right?
19  **A.  Yes.**
20  Q.  And then in Abidjan you discharged or took
21  off all of your cargo, correct?
22  **A.  Yes.**
23  Q.  So that was one voyage, Morocco to
24  Abidjan, correct?
25  **A.  Yes.**

---

53

1    Q.   Then your next voyage was to pick up cargo
2  in New Amsterdam, right?
3    A.   Yes.
4    Q.   And New Amsterdam is in the country
5  Guyana, correct?
6    A.   Yes.
7    Q.   And then that voyage was to carry cargo
8  that you loaded in New Amsterdam and to discharge
9  it in Savannah, correct?
10    A.   Yes, sir.
11    Q.   Okay.  And then the ship moved without any
12  cargo to Barranquilla, Columbia, correct?
13    A.   Yes.
14    Q.   And in Columbia you loaded more cargo,
15  right?
16    A.   Yes, we loaded cargo in Columbia.
17    Q.   Do you remember stopping in Santa Marta,
18  Columbia for an inspection?
19    A.   Yes.
20    Q.   Okay.  And that was while you were sailing
21  from Barranquilla to Owendo, Gabon, correct?
22    A.   Yes.
23    Q.   And in Gabon you discharged the cargo that
24  you had loaded in Barranquilla, correct?
25    A.   Yes.

---

54

1    Q.   So that was another voyage carrying cargo
2  from Barranquilla to Owendo, right?
3    A.   Yes, sir.
4    Q.   And then the ship left Owendo empty, that
5  is no cargo, and sailed back to Rio de Janeiro,
6  Brazil, right?
7    A.   Yes.
8    Q.   Okay.  So while you're on the ship you did
9  the voyage from Morocco to Abidjan, you did a
10  second voyage from New Amsterdam to Savannah, and
11  you did a third voyage from Barranquilla to Owendo,
12  correct?
13    A.   Yes, sir.
14    Q.   Okay.  Let's talk about your trip sailing
15  from Owendo, Gabon to Rio de Janeiro, Brazil.
16    A.   Yes, sir.
17    Q.   Let me back up a step.  The prior trip to
18  Abidjan, you had taken some malaria medications,
19  correct?
20    A.   Yes.
21    Q.   Okay.  So the vessel, and I understand the
22  ship had a different captain when you sailed to
23  Abidjan than the captain who was there when you
24  sailed to Gabon, is that right?
25    A.   Yes.

---

55

1    Q.   Okay.  The captain you had when you sailed
2  to Abidjan had the crew sign a sheet about the
3  medications they received.  Do you remember that?
4    A.   Yes, we signed.  I signed a paper.
5    Q.   Okay.  Do you see that sheet on your
6  screen, Mr. Kholkar?
7    A.   Yes, sir.
8    Q.   I'll mark this as Defense Exhibit 8.  It's
9  Bates numbers are EPS-240 and 241.  This is the
10  crew sign-off sheet.
11    (Exhibit 8 was marked for identification and is
12  attached to the transcript.)
13    Q.   And you see your signature on line 12 of
14  the first page correct, sir?
15    A.   Yes, sir.
16    Q.   Okay.  Now this sheet says at the top,
17  antimalaria prophylaxis medicines was given to crew
18  in following order.  And then it lists on page 1
19  that the crew received chloroquine weekly on four
20  different dates that are listed, right?
21    A.   Yes, there are four different dates.
22    Q.   So on this page 1, we'll look at page 2 in
23  a minute, but on page 1 this shows the crew
24  received chloroquine on January 21st, January 28th,
25  February 4th and February 11th of 2017, correct?

---

56

1    A.   Yes, sir, so there are different dates.
2    Q.   When did you sign this sheet, was it at
3  the beginning or the end of these weeks?
4    A.   Sir, I don't remember.
5    Q.   You don't remember?  Okay.  Do you see on
6  here, let me zoom in, some of the crew lists only
7  spray.  Do you see that?
8    A.   Yes, I can see.
9    Q.   For instance, the third officer Dmytro,
10  lists only spray next to his signature, right?
11    A.   Yes, it is written on this sheet.
12    Q.   And you don't have only spray next to your
13  name, you signed it, right?
14    A.   Yes, I signed the paper.
15    Q.   Did you take the chloroquine on these four
16  weeks?
17    A.   So one week I did, other week they didn't
18  give me medicine but made me to sign the paper.
19    Q.   So just to be clear, this is the trip from
20  Las Palmas to Abidjan, this is not the trip to
21  Gabon.  I want to make sure you follow me there,
22  okay?
23    A.   Yes, sir.  Yes, sir.
24    Q.   Okay.  So you, you are saying that you did
25  not take all of these medicines but you still

---

---

**57**

1 signed the sheet?
2 A. So let's say if I take one week and next
3 week then the second officer is to call in the
4 hospital, he made us to sign the paper. So when I
5 asked him what the (inaudible) he told me
6 (inaudible) so you just sign the paper. So I just
7 signed the paper and I left from there.
8 Q. Your testimony is that on the trip from
9 Las Palmas to Abidjan the second mate told you to
10 sign the paper even though you were not receiving
11 the medicines?
12 A. Yes. One -- if they give one week, the
13 next week they wouldn't give. But he made me to
14 sign the paper.
15 Q. Okay. You signed the paper saying you had
16 received them even though it was not true?
17 A. Yes, sir, I have to sign the paper anyhow.
18 I don't have any option, but I have to sign the
19 paper.
20 Q. Okay. So here you signed your name even
21 though it was not true?
22 A. Yes, I signed the paper. It is my
23 signature.
24 Q. Let's look at the next page of Defense
25 Exhibit 8. Here it says that medications were

**58**

1 given, first chloroquine weekly on February 18th
2 and February 25th, 2017. Do you see that?
3 A. Yes, sir, I can see.
4 Q. And then it says mefloquine was given
5 weekly on March 4th, 11th and 18th. Do you see
6 that?
7 A. Yes, I can see.
8 Q. And again you've signed this sheet, right?
9 A. Yes, sir, it's my signature.
10 Q. Did you receive these medications?
11 A. So again, sir, it's one week if I did,
12 other week he wouldn't give me the tablets saying
13 they have less stock. So but I have to sign the
14 paper, so I signed the paper.
15 Q. Okay. Do you know which of these weeks,
16 there are five weeks listed, which of these weeks
17 did you receive medication?
18 A. Sir, I don't remember or I don't recall
19 the exact dates, but I know that he wouldn't -- he
20 used to not give me the tablet one week (inaudible)
21 saying that we have less stock.
22 Q. Okay. I just want to be really clear, you
23 can't recall and you're not sure which weeks you
24 received medication, right?
25 A. Sir, I cannot recall the exact date, but I

**59**

1 can -- but I know that and I remember that they
2 used to not give me one week and other week he is
3 to give me.
4 Q. Okay. You remember on some weeks the
5 second officer would give the medication to you but
6 other weeks he would not, is that your testimony?
7 A. Yes.
8 Q. And you can't recall which weeks you got
9 the medication and which weeks you did not get the
10 medication, fair?
11 A. Yes. Yes, sir, I don't recall exact
12 dates.
13 MR. SOTOLONGO: All right. But let's make
14 -- let's let the record reflect that we're talking
15 about the dates that are on that second sheet
16 because we -- you marked, I don't know if you
17 marked them individually, or you marked them
18 separately or as a composite. So you showed him
19 one list first and now you showed him another list
20 that has a different time frame. So just make sure
21 we're talking about that time frame which ends in
22 March --
23 MR. BROWN: I don't -- I'll object to
24 this.
25 MR. SOTOLONGO: Well, we've got to have a

**60**

1 clear record.
2 MR. BROWN: You know what -- you know what
3 -- you know what, that's fine, Peter. I appreciate
4 the request for clarification. That's not a
5 problem. Mr. Kholkar -- are we good, Peter?
6 MR. SOTOLONGO: Yeah, let's go.
7 BY MR. BROWN:
8 Q. Mr. Kholkar, you understand that this is
9 Defense Exhibit 8, which as I noted is EPS-240 and
10 EPS 241. Do you understand so far?
11 A. Yes, sir.
12 Q. Okay. And you understand we've been
13 looking at the first page and we read all the dates
14 on the record, right?
15 A. Yes, the (inaudible) dates.
16 Q. I've already read the dates and the court
17 reporter wrote them down, right?
18 A. What?
19 Q. The last date on this first sheet is
20 February 11th, correct?
21 A. Yes, sir.
22 Q. And this is about weekly medication
23 February 11th on the first sheet, right?
24 A. Yeah, yeah.
25 Q. Okay. And then the second sheet gives the

**61**

1  next week. What's the week after February 11th,
2  it's February 18th, correct?
3  **A.   Yes, sir.**
4      Q.   Okay.  So as between these two sheets, the
5  four weeks on page 1 and the five weeks on page 2,
6  you can't remember which days you got the
7  medication and which days you did not get the
8  medication, is that true?
9  **A.   Yes, sir, I don't recall exact dates but I**
10 **know that they do not give me one week, other week**
11 **they still give me.**
12     Q.   Okay.  And some people wrote, only spray.
13 You didn't write anything next to your name,
14 correct?
15 **A.   Yes.**
16     Q.   Okay.  You took these medications when
17 they were given to you on the way to Abidjan,
18 right?
19 **A.   Sir, please repeat again.**
20     Q.   Sure.  When the second officer gave you
21 the medications, would you actually take them and
22 consume them?
23 **A.   Yeah, he gave and I consume in front of**
24 **him.**
25     Q.   Okay.  And you consumed it because you

**62**

1  knew the ship was going to Abidjan where there was
2  a risk of malaria, right?
3  **A.   So second officer told me you need to take**
4  **that pill, so I took the pills.**
5      Q.   Did you understand that the pills were to
6  help prevent the risk of malaria in Abidjan?
7  **A.   Yes, he -- said I have to for what**
8  **these pills are for, he said we are going to**
9  **Abidjan so take these pills.**
10     Q.   Okay.  So you knew that malaria was a risk
11 in Abidjan and took the pills that were given to
12 you when they were given to you, right?
13 **A.   Yes.**
14     Q.   Okay.  But later on the later voyage the
15 ship went from Columbia to Gabon, you also wanted
16 to have malaria medication on that trip, correct?
17 **A.   Sir, please repeat again.**
18     Q.   Do you remember sailing on your ship from
19 Columbia to Gabon?
20 **A.   Yes, sir.**
21     Q.   When you sailed from Columbia to Gabon you
22 asked for, if I understand your allegations
23 correctly, you asked to receive malaria medication
24 on the way to Gabon, is that right?
25     MR. SOTOLONGO:  Form, misstates the

**63**

1  allegations.
2      Q.   Go ahead, sir.
3  **A.   Please repeat your question.  I was -- I**
4  **didn't --**
5      Q.   Sure.  Did you ask to receive malaria
6  medication on the voyage to Gabon?
7  **A.   No, sir, I did not receive any medication**
8  **in Gabon.**
9      Q.   Did you ask anyone if you could have
10 medication?
11 **A.   So on ship so while we were asking because**
12 he will give us (inaudible.)  We did not pay much
13 more attention to it.  We do our job and whenever
14 he calls, we go like that.
15     Q.   Did you ask anyone if you could have
16 malaria medicine when you took the ship to Gabon?
17 **A.   I did not ask about the malaria medicine**
18 **because I don't know anything about Gabon because**
19 **it is the first country in Gabon I visited, first**
20 **time in Gabon.  So I don't know anything about**
21 **Gabon.**
22     Q.   Okay.  So your testimony is that when you
23 were sailing to Gabon, you did not know that
24 malaria was a risk?
25 **A.   Yes, sir, I did not know.**

**64**

1      Q.   Okay.  When you got to Gabon did you cover
2  your neck, hands, head, arms and legs so that you
3  would not be bitten by mosquitos?
4  **A.   Yes, sir.**
5      Q.   And you did that when you were working on
6  the deck of your ship, correct?
7  **A.   Yes, sir.**
8      Q.   That includes gloves, you didn't even want
9  the risk of being bitten on your hands, correct?
10 **A.   Sir, I was going to wear my gloves but my**
11 **face is to remain open all the time.**
12     Q.   Okay.  Were you concerned that your face
13 remained open when you were working on the ship in
14 Gabon?
15 **A.   Yes, sir, my face is to remain open.**
16 **Sometime I have to remove the gloves because it is**
17 **very hot in there.**
18     Q.   Did that make you worry that the mosquitos
19 could still bite your face when you were in Gabon?
20 **A.   They were biting, sir.  They were biting.**
21     Q.   Were you worried that you could get
22 bitten?
23 **A.   Sir, there are a lot of mosquitos so, yes,**
24 **I was, I was worried.**
25     Q.   Were you worried that you could get sick

65

1 from being bitten?
2 **A.  Sir, I know mosquitos, so yes, I scared of**
3 **mosquitos.**
4 Q.   Were you worried that you could be sick by
5 being bitten by a mosquito in Gabon?
6 **A.  Sir, there were a lot of mosquitos.  I was**
7 **a little scared that it may cause something.**
8 Q.   Okay.  You knew you could get sick from a
9 mosquito bite in Gabon, right?
10 **A.  Sir, I knew there are a lot of mosquitos**
11 **so I was protecting myself from -- I was protecting**
12 **myself from mosquitos.**
13 Q.   Were you worried that you would get sick
14 with malaria from a mosquito bite in Gabon?
15 **A.  Not regarding malaria, but I was -- I was**
16 **scared of mosquitos, that I could get sick.**
17 Q.   You could get sick from malaria or
18 something else from the mosquitos in Gabon,
19 correct?
20 MR. SOTOLONGO:  Form.
21 **A.  I could get sick.  I don't know exactly**
22 **what I -- what I will be infected with.**
23 Q.   Okay.  But you knew it was important to
24 protect your skin from mosquito bites when you
25 worked on the deck of the ship in Gabon?

66

1 MR. SOTOLONGO:  Form.
2 **A.  Yes, sir, lots of mosquitos out there.**
3 Q.   Okay.  We've been going for about an hour
4 and a half.  I was going to take a break.
5 Mr. Kholkar, we're going to do a break now.  Take
6 the time you need.  I'd just ask you please don't
7 speak with your attorneys during the break, okay?
8 MR. SOTOLONGO:  Let's only do ten minutes
9 so we can keep this going so Mr. Kholkar can get a
10 little stretch but let's be back in ten minutes.
11 MR. BROWN:  Sounds good.
12 (Off the record.)
13 BY MR. BROWN:  Okay.  Back on the record.
14 Q.   Mr. Kholkar, when the ship was in
15 Barranquilla before you left for Gabon did you have
16 internet access on your phone?
17 **A.  Sir, we have ship internet.**
18 Q.   Oh, you have ship internet, okay.  So when
19 the ship is at sea you can do internet searching?
20 **A.  So (inaudible) you need to pay the money**
21 so if you start browsing the (inaudible) are going
22 very fast.
23 Q.   Okay.  Were you -- were you -- sorry.
24 Were able to search without cost when you were in
25 Barranquilla?

67

1 **A.  No, sir, I did not search anything.**
2 Q.   Could you search on your phone?
3 **A.  (Inaudible).**
4 Q.   When the ship was in Barranquilla could
5 you search the internet on your phone?
6 **A.  So we have ship internet only when we pay**
7 to the (inaudible).  So we are (inaudible) we never
8 do searching or browsing because (inaudible).
9 Q.   When you were in Barranquilla could you
10 search the internet on your phone?
11 **A.  Yes, sir.**
12 Q.   When you were in Savanna, Georgia could
13 you search the internet on your phone?
14 **A.  Yes.**
15 Q.   You say this was your first trip to Gabon,
16 correct?
17 **A.  Yes.**
18 Q.   I'm sure you were curious to learn what
19 Gabon was like on your first trip.  Did you do any
20 searching to learn about Gabon?
21 MR. SOTOLONGO:  Form.
22 **A.  No, sir.**
23 Q.   No, you did not do any internet searching
24 when you are in Barranquilla to learn about Gabon?
25 **A.  No, sir.**

68

1 MR. SOTOLONGO:  Form.
2 Q.   And you did note -- and you did not do any
3 searching on your phone when you were in Savannah
4 to learn about Gabon?
5 **A.  No, sir.**
6 Q.   When you got to Gabon, did you do any
7 internet searching to learn where the good places
8 were to visit in town like the bars?
9 **A.  Sir, I have been to on shore in Gabon.**
10 Q.   Right.  And when you were ashore in Gabon
11 you went to a bar, correct?
12 **A.  Sir, it's not a bar it's like a resort**
13 **type, so yeah.**
14 Q.   Sure.  How did you know to find that
15 resort?
16 **A.  So we don't know that.  We was waiting for**
17 **(inaudible) and one electrician was waiting outside**
18 **the pier in Gabon.  We was waiting for something to**
19 **come.  So one car came and we showed the man who**
20 **came and we asked him that we need to go somewhere.**
21 So he told me that if (inaudible) so he gave us a
22 lift and he was there and after he left from there.
23 Q.   Did you do --
24 **A.  So we, when he told me that he can take us**
25 **to some place, take us to some very good place**

**69**

1 (inaudible) we just need to (inaudible) so that is
2 what we did.
3     Q.    Okay.  Do you recall, recall getting to
4 the port of Owendo, Gabon on May 7th, 2017?
5     **A.    As I recall, yes.**
6     Q.    Okay.  And Gabon, that's right on the
7 equator, correct?
8     **A.    Sir, I did not do the searching.  I'm not**
9 **much into that.**
10     Q.    You're not much into navigation?
11     **A.    Sir, yeah, so I did not do a search about**
12 **Gabon.**
13     Q.    Right, I understand that, sir.  I'm asking
14 a different question now.  You agree with me that
15 Gabon is a country that sits on the equator, right?
16     **A.    So if you are saying so, yes, I believe.**
17         MR. SOTOLONGO:  Mr. Kholkar, he's asking
18 you, when he's asking you a question you got to
19 answer.  He's asking you if you know.  He's not
20 telling you, he's asking you if you know, okay?
21 Listen to his questions.
22     Q.    Okay.  We don't need to coach him on the
23 record but I understand.
24         Mr. Kholkar, let's look at this exhibit.
25 Maybe it will help.  Do you see this page from the

**70**

1 Stargate deck log?
2     **A.    No, sir, I've never seen this page.**
3     Q.    Okay.  You're an AB and you stand watches
4 on the bridge of a ship at sea, right?
5     **A.    Yes.**
6     Q.    You spend eight hours a day, eight out of
7 24 hours a day on the bridge of the ship, right?
8     **A.    Sir, we only do nighttime watch.  On**
9 **daytime we work on deck.**
10     Q.    Okay.  So you spend four hours at least on
11 the bridge every day, right?
12     **A.    Sir, sometimes yes, sometimes no.  When we**
13 **start washing the cargo hold then we do not keep**
14 **any watch on bridge.**
15     Q.    When you're at sea and the ship is
16 underway, you're on the bridge, right?
17     **A.    So sometimes yes and sometimes no.**
18     Q.    Okay.  And every day you stand watch on
19 the bridge when the ship's at sea, don't you?
20     **A.    Sir, not every day.  When we are busy**
21 **washing cargo holds, we do not keep watch.**
22     Q.    Do you wash cargo holds in the middle of
23 the night, sir?
24     **A.    So because we (inaudible) the captain does**
25 **not allow me to do watch.  He's putting for us for**

**71**

1 the day work.
2     Q.    Okay.  And we can ask the captain this at
3 trial.  We can ask do the ABs stand at least one
4 watch on the bridge every day when it's at sea.  Do
5 you stand one watch at sea on the bridge?
6         MR. SOTOLONGO:  Form, asked and answered.
7     **A.    As I said, sometimes we keep watch,**
8 **sometimes we do not keep watch.  It depends on the**
9 **captain.**
10     Q.    Okay.  Well, I'll represent to you this is
11 the logbook from your ship from your bridge and it
12 states at the 2000 entry on May the 6th, 2017 that
13 you are at latitude 00 degrees and 17 minutes
14 north.  Do you see that?
15     **A.    Yes, sir.**
16     Q.    Now as an able seaman you know that 00
17 degrees north latitude means you're very close to
18 the equator, correct?
19     **A.    Sir, I don't know.**
20     Q.    Okay.  I'll mark this as Exhibit Defense
21 9, deck log for May 6th to May 7th.
22         (Exhibit 9 was marked for identification and is
23 attached to the transcript.)
24     Q.    Do you recall it being warm in Gabon?
25     **A.    Sir, I do not understand this.**

**72**

1     Q.    Was it warm, warm when you were in Gabon?
2     **A.    Yes, sir, it's hot.  In the daytime it's**
3 **hot and nighttime it's warm.**
4     Q.    Daytime it's hot and nighttime it's warm
5 in Gabon, correct?
6     **A.    Not very warm, like how you could say,**
7 **sir, medium.**
8     Q.    Okay.  But we can agree it's hot in Gabon,
9 correct?
10     **A.    Yes.**
11     Q.    When the ship pulled into the pier you
12 switched over to six hour watches, correct?
13     **A.    Yes, sir.**
14     Q.    You did watch from midnight to 6:00 in the
15 morning, correct?
16     **A.    Yes, from midnight to morning.**
17     Q.    And then you did watch from 12:00 p.m.
18 noon until 6:00 p.m., correct?
19     **A.    Yes.**
20     Q.    I published to the screen an STCW work
21 rest sheet.  Do you recognize this document?
22     **A.    Yes, sir.**
23     Q.    This is for you, correct?
24     **A.    Yes, sir.**
25     Q.    I'll mark this Defense 10, Mr. Kholkar's

73

1   work rest log.
2       (Exhibit 10 was marked for identification and is
3   attached to the transcript.)
4       Q.   And we see that on May the 7th when the
5   ship pulled into Gabon, you switched over to six
6   hour watches, correct?
7       A.   Yes, sir, in port, yes.
8       Q.   In port.  And the Xs indicate when you are
9   on duty, right?
10      A.   Yes, sir.
11      Q.   So you are on duty from noon, 12:00 p.m.
12  until 18:00 or 6:00 p.m. on May the 7th, right?
13      A.   Yes, sir.
14      Q.   Okay.  And then after you got off duty you
15  went ashore in Gabon, correct?
16      A.   Yes, sir.
17      Q.   All right.  On the screen is what I'll
18  mark as Defense Exhibit 11, the crew shore leave
19  log.  Do you see that?
20      A.   Yes, sir.
21      (Exhibit 11 was marked for identification and is
22  attached to the transcript.)
23      Q.   This is from the Stargate and it lists who
24  went ashore in Owendo on May 7th, 2017, right?
25      A.   Yes, sir.

74

1       Q.   Your name is listed here, it's the fourth
2   line.  Do you see that?
3       A.   Yes, sir.
4       Q.   Okay.  And according to this log, you went
5   off the ship at 18:04 on May the 7th, right?
6       A.   Yes, sir.
7       Q.   Do you have any reason to disagree with
8   that time in the log?
9       A.   No, sir.
10      Q.   And you came back at 22:35, that is
11  10:35 p.m., right?
12      A.   Yes, sir.
13      Q.   Do you remember -- do you have any reason
14  to disagree with that time?
15      A.   Sir, what?  Can you repeat?
16      Q.   Okay.  Do you accept this time, this time
17  is correct 22:35?
18      A.   Sir, as I recall, yes.
19      Q.   Okay.  So you were ashore for about four
20  and a half hours that night, right?
21      A.   Yes, sir.
22      Q.   And you went ashore with the gentlemen
23  listed here, the second officer, the second
24  engineer and the electrician, right?
25      A.   Sir, I went ashore with electrician and

75

1   engineer only.
2       Q.   Okay.  So that's good, that was a question
3   I had.  So all four of you signed off the ship at
4   the same time but you did not go out and socialize
5   with the officers, right?
6       A.   Yes.
7       Q.   Okay.  Who went to the resort with you?
8       A.   Sir, Kumaraguru, the electrician engineer.
9       Q.   Did anyone else go with you and
10  Mr. Kumaraguru?
11      A.   No, sir.
12      Q.   Do you know where the second officer and
13  second engineer went?
14      A.   I don't know, sir.
15      Q.   Our next exhibit is Defense 12, Bates
16  stamped EPS-215.  It's a photograph.
17      (Exhibit 12 was marked for identification and is
18  attached to the transcript.)
19      Q.   Mr. Kholkar, do you recognize this
20  paragraph?
21      A.   Yes, sir.
22      Q.   And that's you in the center of the
23  photograph with the blue T-shirt, correct?
24      A.   Yes, sir.
25      Q.   You're holding a beer and enjoying the

76

1   resort in Owendo, correct?
2       A.   Yes, sir.
3       Q.   On the left-hand side, who's the gentleman
4   with the gray shirt that has a red stripe on it?
5       A.   Sir, the one on the end?
6       Q.   I'm sorry?
7       A.   Sir, I personally do not know them.  They
8   were Indians, we met there in the bar.
9       Q.   Okay.  Is Mr. Kumaraguru in this photo?
10      A.   No, sir.
11      Q.   Okay.  Was he the one taking the photo?
12      A.   I think, yes.
13      Q.   And you don't know the other three
14  gentlemen who are seated at the table with you
15  here?
16      A.   No, sir.
17      Q.   Okay.  I'm going to take this down.  Give
18  me one second.
19          Do you see the map displayed on your
20  screen?
21      A.   Yes, sir.
22      Q.   Have you looked at this before?
23      A.   Yes, sir, I have seen.
24      Q.   When did you see this?
25      A.   Sir, I do not remember but sometimes we

---

**77**

1 search, we see the map, wall map of Africa.
2    Q.   Okay. We're going to mark this Defense
3 13. It says shore leave presentation.
4    (Exhibit 13 was marked for identification and is
5 attached to the transcript.)
6    Q.   And so you know, Mr. Kholkar, this is a
7 set of slides I've put together to discuss with you
8 today. You recognize this first depiction shows
9 Gabon on a map, right?
10    **A.   I can see the map, yes.**
11    Q.   Yeah, and you see that Libreville is
12 marked with the red tear drop, right?
13    **A.   Yes, I can see.**
14    Q.   And Libreville sits right on the ocean,
15 correct?
16    **A.   Yes.**
17    Q.   I'm going to zoom in, sir. Do you see
18 that closer image with Libreville sticking out into
19 the Gabon estuary?
20    **A.   Yes, sir.**
21    Q.   That Gabon estuary, for reference we can
22 see in the bottom right corner, you see how long
23 five miles is on this map?
24    **A.   Yes, sir.**
25    Q.   Can we agree that the Gabon estuary is

**78**

1 about five miles wide at Owendo?
2    **A.   Sir, I don't know personally.**
3    Q.   Okay. Well, you can see it. You see five
4 miles there, right?
5    **A.   Yes, I can see the five miles.**
6    Q.   Does that look to be approximately the
7 width of the estuary at Libreville?
8    MR. SOTOLONGO:  Form, asked and answered.
9    **A.   Sir, I don't know. I'm not sure.**
10    Q.   Okay, I'll move on. We're going to zoom
11 in a little here on the port, okay. Do you see
12 this image showing Port Owendo?
13    **A.   Yes.**
14    Q.   Do you remember being docked here?
15    **A.   Sir, we docked in Owendo. I don't know**
16 **the exact position and all.**
17    Q.   Do you remember the piers or the docks
18 being out into the water like this?
19    **A.   No, sir, I do not remember.**
20    Q.   Okay. I'll zoom in. So you don't
21 remember anything about the pier?
22    **A.   Sir, I remember when we docked there, it's**
23 **normal pier, so and the ship was docked to the**
24 **pier.**
25    Q.   Okay. it wasn't a narrow pier with land

**79**

1 close by, right?
2    MR. SOTOLONGO:  Form.
3    **A.   Sir, I don't remember. I do not know.**
4    Q.   You don't remember. Do you see on this
5 image here it's a close-up showing ships at the
6 docks in Owendo, correct?
7    **A.   Yes, I can see the ships.**
8    Q.   Do you know which dock you were at?
9    **A.   No, sir, I don't know.**
10    Q.   Okay. But all of these docks are large
11 concrete aprons that have cargo on them, correct?
12    MR. SOTOLONGO:  Form.
13    **A.   So they were concrete, yes.**
14    Q.   I've put together this image showing the
15 distance -- well, let me back up a step.
16    Do you agree that you went to the Foyer du
17 Marin resort in Owendo?
18    **A.   Yes, sir.**
19    Q.   Okay. And you actually checked in on your
20 social media on Facebook to say that you had been
21 to Foyer du Marin, right?
22    **A.   Yes, sir, as I recall, yes.**
23    Q.   You had to walk from your ship in Owendo
24 to get to a car somewhere, is that right?
25    **A.   Sir, can you repeat the question, please?**

**80**

1    Q.   If I understood you earlier, you said that
2 somebody gave you a ride to the resort, is that
3 right?
4    **A.   Yes, sir.**
5    Q.   Okay. You had to walk somewhere to get to
6 that car, correct?
7    **A.   Sir, we were waiting there, so we didn't**
8 **find a car. So I do not remember when coming from**
9 **Foyer du Marin we walked or we took a car. I do**
10 **not remember. I don't remember. I don't recall**
11 **that.**
12    Q.   Okay. You don't remember if you walked or
13 took a car to Foyer du Marin?
14    **A.   So from port to Foyer du Marin, somebody**
15 **gave us a lift and from Foyer to -- from the resort**
16 **to the ship, I think we walked or we took car. I**
17 **don't remember. I don't recall.**
18    Q.   Okay. I just want to make sure I have it
19 right. You recall having a car drive you to the
20 resort and you can't remember whether you walked or
21 took a car back to the ship, is that fair?
22    **A.   Sir, I don't remember while coming from**
23 **Foyer du Marin to port.**
24    Q.   Okay. You don't remember how you got back
25 to the ship from the resort, right?

81

1   **A.   Yes, sir.**
2   Q.   That's okay, that happens.  Okay.  Who
3   were you with when you went back to the ship from
4   the resort?
5   **A.   The electrical engineer.**
6   Q.   The electrical engineer.  Was it warm that
7   night?
8   **A.   Sir, it was okay.  It wasn't -- it was**
9   **okay.  It's okay.**
10  Q.   It was okay for Owendo, Gabon, right?
11  **A.   It was not very hot, also it was not very**
12  **cold, so it was like medium, medium heat.**
13  Q.   Okay.  Let's take a look at this resort a
14  little.  I'm going to zoom in on the area of the
15  resort, okay.
16  **A.   Yes.**
17  Q.   Do you see the resort here with the
18  swimming pool?
19  **A.   Yes.**
20  Q.   And it's surrounded by trees, right?
21  **A.   Yes.**
22  Q.   I'm going to zoom in further, sir.  Have
23  you seen this presentation before?
24  **A.   No, sir.**
25  Q.   Okay.  Do you see the pool there, sir?

82

1   **A.   Yes.**
2   Q.   You sat by that pool while you had your
3   beers that night, right?
4   **A.   Yes.**
5   Q.   Okay.  You sat outside, correct?
6   **A.   Yes.**
7   Q.   I'm going to zoom in here.  Does that fit
8   your memory that's the pool at the Foyer du Marin?
9   **A.   It was nighttime so I do not recall.**
10  Q.   Do you recall --
11  **A.   Sir, I do not recall seeing this.  It was**
12  **nighttime when we go there.**
13  Q.   Okay.  You don't recall seeing a swimming
14  pool there?
15  **A.   No, sir, I do not recall.**
16  Q.   All right.  And do you see this photograph
17  showing the chairs and the tables at Foyer du
18  Marin?
19  **A.   Sir, I do not recall the chairs now.**
20  Q.   You don't remember?
21  **A.   Yes.**
22  Q.   Do you see this game table in the
23  background?
24  **A.   Sir, I can see now.  I do not recall**
25  **seeing that game.**

83

1   Q.   Sure.  And I'm looking again at the
2   photograph that was previously marked as 12.  It's
3   also part of this set.  Do you see that game table
4   behind you?
5   **A.   I'm not sure if it's a game table or not**
6   **but I really, we did not -- we did not, how to say,**
7   **we went to the -- we went to the resort but we did**
8   not (inaudible) it was not (inaudible) in there.
9   We just sitting there.  We just sit on the table
10  and we drink a beer and we went from there.
11  Q.   Okay.  You were there -- were you there
12  for four hours?
13  **A.   Sir, when we left the ship until we come**
14  **on ship, we was on the resort.**
15  Q.   You did not go anyplace else, right?
16  **A.   No.**
17  Q.   Okay.  So you spent your whole time ashore
18  at this resort, right?
19  **A.   Yes.**
20  Q.   Okay.  And you sat on this patio having
21  beer, correct?
22  **A.   Yes.**
23  Q.   And in this photograph you're facing the
24  direction of the pool, correct?
25       MR. SOTOLONGO:  Form.

84

1   **A.   Sir, I do not -- so I do not -- so I**
2   **cannot recall where I was.**
3   Q.   Okay.  You can't recall a swimming pool on
4   that patio?
5   **A.   I remember, yes.**
6   Q.   You remember the swimming pool at the
7   patio now?
8   **A.   So what, can you repeat?**
9   Q.   Did you just say you remember, yes, the
10  swimming pool at the patio?
11  **A.   Sir, we sit in that table and we did not**
12  **do anything.  We just drink a beer and we went.**
13  Q.   Yeah, and you remember the pool there,
14  right?
15       MR. SOTOLONGO:  Form, asked and answered.
16  **A.   Sir, I do not recall there being a pool.**
17  Q.   Do you remember the resort had an indoor
18  area, an inside area?
19  **A.   Yes, they had an inside area.**
20  Q.   You didn't sit in the inside area, you sat
21  out on the patio, correct?
22  **A.   Yes.**
23  Q.   You sat on the patio in a T-shirt and
24  drank beer in Owendo, correct?
25  **A.   Yes.**

**85**

1   Q.   And this was taken on May the 7th, the
2  evening you were shown out, shown signed out on the
3  shore leave log that we looked at, right?
4   **A.   Yes, sir.**
5   Q.   Okay.  Did you have any concern when you
6  were at the patio in Gabon about mosquito bites?
7   **A.   No, sir, it was very clean.**
8   Q.   It was clean that night, no mosquitos out?
9   **A.   Yes, sir, it was very clean.  It was very**
10 **clean in the resort.**
11   Q.   Now when you finished your watch on the
12 ship at 6:00 p.m. the sun was still up, right?
13   **A.   Sir, regarding that time, I don't**
14 **remember.**
15   Q.   Okay.  You don't remember when sunset was?
16   **A.   Sir, I don't remember.**
17   Q.   Do you remember getting any mosquito bites
18 while you were ashore in Owendo?
19   **A.   No, sir.**
20   Q.   Do you remember any mosquitos as you
21 walked back to the ship on the pier?
22   **A.   Sir, I don't remember.**
23   Q.   How many beers did you drink at the
24 resort?
25   **A.   Sir, only one, one bottle.**

**86**

1   Q.   One beer?
2   **A.   Yeah, one, one beer.**
3   Q.   One beer in four hours?
4   **A.   Yes, sir.  We were just sitting, we were**
5 **chatting with each other.  So I don't --**
6   Q.   Did you go out again in Owendo after this
7 night?
8   **A.   No, sir.**
9   Q.   That was your only trip out, correct?
10   **A.   Yes, sir.**
11   Q.   When you were not standing watch on deck
12 in Owendo would you stay inside the ship where it's
13 air conditioned?
14   **A.   Yes, sir.**
15   Q.   There are no mosquitos inside the ship
16 where it's cool and air-conditioned, right?
17   **A.   Yes, sir.  Yeah, there were no mosquitos**
18 **inside.**
19   Q.   And the whole time you worked on deck you
20 were careful to cover your arms, your hands, your
21 neck and your head, correct?
22   **A.   Yes, sir.**
23   Q.   And you've already said that's because you
24 were getting mosquito bites while on the ship,
25 right?

**87**

1   **A.   Yes, sir.**
2   Q.   Even with all that protective clothing,
3 you were getting mosquito bites on the ship, right?
4   **A.   Yes, sir.**
5   Q.   But you had no mosquito bites when you
6 walked ashore after 6:00 p.m. and went to the
7 resort, is that right?
8        MR. SOTOLONGO:  Form, misstates his
9 testimony.
10   **A.   Sir, we didn't -- we didn't (inaudible).**
11 **Sir, it was -- it was a very clean area and I do**
12 **not remember if they bite me or not.**
13   Q.   You don't remember if they bit you or not
14 at the Foyer du Marin?
15   **A.   Yes.**
16   Q.   Okay.  Mr. Kholkar, I want to talk to you
17 about the ship's voyage from Owendo to Brazil.  Do
18 you remember arriving at the anchorage in Rio De
19 Janeiro on May 22nd, 2017?
20   **A.   Yes, sir.**
21   Q.   Do you remember that the ship came up to
22 the pier on May 25th, 2017?
23   **A.   As I recall, yes.**
24   Q.   Okay.  When you first felt any kind of
25 sickness was the ship at anchorage, or at the pier

**88**

1 or someplace else?
2   **A.   Sir, please can you repeat?**
3   Q.   When you first felt sickness in Rio De
4 Janeiro was the ship at anchorage, at the pier or
5 someplace else?
6   **A.   It was in anchorage.**
7   Q.   You were at anchorage the first time you
8 felt sick, correct?
9   **A.   No, sir, it was the 19th of -- as I**
10 **remember 19th, 19th of May, I was feeling somewhat**
11 **a little tired.  So on 20th, on 20th May, I was**
12 **having fever so I complained to the second officer.**
13   Q.   Okay.  So now you're saying the first time
14 you felt ill was the 19th of May?
15   **A.   So 19th of May I was very tired like and I**
16 **was, my body was a little paining.  So on 20th,**
17 **fever, I got fever and I complained to the second**
18 **officer.**
19   Q.   Okay.  We're going to look at some things
20 you said about that.  Right now I'm going to ask
21 you about an interview you had with Captain
22 Perlstein, an expert you used in this case.  Do you
23 recall speaking with Captain Perlstein?
24   **A.   Yes.**
25   Q.   That was in June of this year, correct?

89

1   A.   Yes.
2   Q.   Did you tell Captain Perlstein the truth
3 in everything you said?
4   A.   Yes.
5   Q.   That was important to you to tell him the
6 truth, right?
7   A.   Yes.
8   Q.   Did you tell Captain Perlstein that you
9 took a box of medical supplies to the medical
10 locker in Savannah?
11   A.   Yes.
12   Q.   Did you, Mr. Kholkar, ever inventory the
13 medical supplies of Stargate?
14   A.   Sir, I do not do any inventory.
15   Q.   You don't do the inventory because you're
16 an AB, right?
17   A.   Yes.
18   Q.   That's not part of your job, right?
19   A.   Yes.
20   Q.   All you did was take a box of supplies to
21 the medical locker in Savannah, is that fair?
22   A.   Yes, I took a medical box in hospital.
23   Q.   Okay.  Did you open the box and put the
24 supplies away?
25   A.   No, I just carry the box.

90

1   Q.   Right, you carry the box as the AB.  It's
2 for somebody else to the put the supplies away in
3 the hospital, right?
4   A.   Yes, sir.
5   Q.   That's the job of the second officer,
6 correct?
7   A.   Sir, can you repeat the question again,
8 please?
9   Q.   Sure.  Putting the medical supplies away
10 in the hospital is a job for the second officer,
11 not you as an AB, correct?
12   A.   My job is to put the box in the hospital.
13 After that I don't know what -- what they did.
14   Q.   And you did not open the box, correct?
15   A.   Yes.
16   Q.   That's correct?
17   A.   Yes, I did not open the box.
18   Q.   Okay.  Did you tell Captain Perlstein that
19 you opened the box to check its contents?
20   A.   No, I did not.
21   Q.   Okay.  So if his notes say that you opened
22 the box to check contents, that's wrong, do you
23 agree?
24       MR. SOTOLONGO:  Form.
25   Q.   I'll just do it this way.  Mr. Kholkar,

91

1 you did not open the box to check contents and you
2 did not tell Captain Perlstein that you opened the
3 box to check the contents in the hospital, correct?
4   A.   Sir, I did not open the box.
5   Q.   Thank you.  In Savannah you stood a normal
6 six hour watch just like you did in Gabon, correct?
7   A.   Yes.
8   Q.   Did you tell Captain Perlstein that the
9 second mate was not happy with the medical supplies
10 received?
11   A.   Yes, I told him.
12   Q.   You heard the second mate say he was not
13 happy with the medical supplies received, right?
14   A.   Yes.
15   Q.   But you didn't hear the conversation to
16 the point where you knew what medicines he wanted,
17 right?
18       MR. SOTOLONGO:  Form.
19   A.   Sir, please repeat your question.
20   Q.   Sure.  Well, why don't you just tell me
21 what did you hear the second mate say?  What words
22 did he say about the medical supplies?
23   A.   So I took the box, I went in the hospital
24 and there was second officer with one lift.  And
25 then I kept the box and he (inaudible) so he was

92

1 to, he was making some face like this.  So I asked
2 him what happens again.  So he said that whatever I
3 ordered, it didn't came.
4   Q.   Okay.  He said what our order was it
5 didn't come, right?
6   A.   Yes.
7   Q.   Okay.  And then did you go back on deck
8 after he said that to do more work?
9   A.   Yes, I went on deck for most of -- to help
10 with (inaudible).
11   Q.   Okay.  You had more boxes you had to move
12 around the ship, right?
13   A.   Yes.
14   Q.   So after the second mate said he wasn't
15 happy with, he didn't get the order that he wanted,
16 you went back on deck to move more boxes, right?
17   A.   Sir, please repeat.
18   Q.   Sure.  After you heard the second mate say
19 he did not get the order he wanted, you went back
20 on deck and did other work, correct?
21   A.   Yes, to help with the (inaudible).
22   Q.   Okay, good.  Now did you tell Captain
23 Perlstein that after Stargate left Columbia, you
24 took a dose of antimalarial medicine?
25   A.   Can you repeat the question, please?

93

1    Q.   Well, and maybe I misunderstood you
2  earlier.  Let's talk it through this way.  When you
3  sailed from Columbia to Gabon, did you take any
4  antimalaria medicine?
5    **A.   No.**
6    Q.   Did you tell Captain Perlstein in your
7  interview with him that you took antimalaria
8  medicine when sailing from Columbia to Gabon?
9    **A.   Sir, I do (inaudible) that one**
10  **(inaudible).  When we used to not get it, it was**
11  before Gabon that was in (inaudible).  So he might
12  get me to -- he might some misunderstanding in
13  this.
14    Q.   Okay.  You did not tell him that after
15  sailing from Barranquilla, Columbia you took a dose
16  of antimalaria medicine, true?
17    **A.   Sir, I told -- I told him that one week I**
18  **to take one week, I to not take one.  I was telling**
19  to him about the (inaudible).  Maybe he was
20  misunderstood.
21    Q.   Okay.  Did you tell Captain Perlstein that
22  you took shore leave in Gabon?
23    **A.   Sir, we go shore leave.  We go shore**
24  **leave, so I went on shore.**
25    Q.   Did you tell Captain Perlstein when he

94

1  interviewed you that you took shore leave in Gabon?
2    **A.   Yes.**
3    Q.   Did you tell him that you took two hours
4  of shore leave?
5    **A.   Sir, I would -- I approximately I was not**
6  **exactly how many hours I stayed, but I just told**
7  **him I was just recalling my memory so I just -- I**
8  **just guess.  I just thought and I just him.**
9    Q.   Okay, I understand that.  So you remember
10  telling him that you took two hours of shore leave
11  when you spoke with Captain Perlstein?
12    **A.   Yes.**
13    Q.   Okay.  Did you tell Captain Perlstein that
14  the second mate told the crew that they needed to
15  take antimalarial tablets on the way to Gabon?
16    **A.   Sir, please repeat again your question.**
17    Q.   Did you tell Captain Perlstein during your
18  interview that the second mate told the crew they
19  need to take antimalarial tablets?
20    **A.   Yes.**
21    Q.   Okay.  So and when you told that to
22  Captain Perlstein you were telling him the truth,
23  right?
24    **A.   Yes.**
25    Q.   The second mate told the crew to take

95

1  antimalarial tablets on the way to Gabon, correct?
2    **A.   Sir, I told him that in Savannah, Georgia**
3  **the second officer told him -- told us that we was**
4  **changing our watch.  So at that time he was very**
5  **angry and he told us, I ordered these antimalaria**
6  pills.  (Inaudible) came on-board and he was like
7  asked the captain, he was complaining (inaudible)
8  and I told him and he didn't order.  And he say, we
9  changed watch.  We stayed together.  So I was
10  there, other people was there.  Also (inaudible) so
11  we changed our watch.  So at that time he said like
12  this, that he ordered -- he ordered the tablets but
13  it didn't came on-board.  Captain, he was blaming
14  Captain Potter (phonetic).  He was very angry.
15    Q.   Okay.  I want to pick that apart to make
16  sure I understand what you're saying now.  You
17  remember being in Savannah and hearing the second
18  mate, the second officer complain that he did not
19  get antimalaria medicines, is that true?
20    **A.   Yes, sir.  While changing watch.**
21    Q.   Okay.  While you were changing watch you
22  remember hearing the second officer upset about not
23  getting antimalaria medicines in Savanna, correct?
24    **A.   Yes, sir.**
25    Q.   And you said that the second officer

96

1  complained and blamed the delivery not arriving on
2  the captain, correct?
3    **A.   Sir, he was, he ordered but captain is not**
4  **listening to him, that he was -- he was not**
5  **listening to him.  So he was blaming Captain**
6  **Potter.**
7    Q.   And you knew that you were going to go
8  from Savannah to Columbia and then to Gabon,
9  correct?
10    **A.   Yes.**
11    Q.   So you knew the second officer was upset
12  about not having the antimalaria medicines because
13  he wanted them for the trip to Gabon, correct?
14    **A.   Yes.**
15    Q.   Okay.  And did you tell Captain Perlstein
16  that the second mate told the crew that they needed
17  to take antimalaria tablets on the trip to Gabon?
18    **A.   Sir, he did not say to Gabon.  He said**
19  **(inaudible) visit to some other African countries**
20  **so he ordered -- so he ordered the pills and the**
21  **captain did not follow him.**
22    Q.   Did you tell captain -- sorry.  Were you
23  finished?
24    **A.   Yes, sir.**
25    Q.   Okay.  Did you tell Captain Perlstein when

97

1  he interviewed you that the second mate telling the
2  crew they needed tablets was how the crew found out
3  that Gabon was a malarial country?
4    **A.  Sir, I don't know Gabon is a malarial**
5  **country, but second officer said, what if we're**
6  **going to some African country.**
7    Q.  Okay.  So you did not tell Captain
8  Perlstein that you learned Gabon was a malarial
9  country because the second mate said to take pills,
10  true?
11    **A.  (Inaudible).**
12    Q.  Sure.  You did not tell Captain Perlstein
13  that the crew found out Gabon was a malarial
14  country, right?
15    **A.  Yes, sir.**
16    Q.  Okay.  You didn't say that to him, right?
17    **A.  So I exactly don't remember what I said,**
18  **but I -- but second officer say that what if we go**
19  **to Africa countries.**
20    Q.  Okay.  So a few minutes ago we were
21  discussing the ship being in Owendo.  You said that
22  when you were working on deck you were getting
23  bitten by mosquitos, right?
24    **A.  Yes.**
25    Q.  And your watch ended at 6:00 p.m., right?

98

1    **A.  Yes.**
2    Q.  At 6:00 p.m. you were free to go inside
3  the ship and into the air-conditioning, right?
4    **A.  Yes.**
5    Q.  And then you've testified today that after
6  you went ashore to the resort it was clear there
7  weren't a lot of mosquitos problems, right?
8    **A.  Sir, the resort was very clean and I -- so**
9  I do not remember if they bite (inaudible).  I do
10  not remember.
11    Q.  Did you tell Captain Perlstein that after
12  18:00 as it got dark, the quantity of mosquitos
13  increased and you found yourself being bitten?
14    **A.  Sir, mosquitos are coming in the evening,**
15  **and also at nighttime when you do watch, there are**
16  **mosquitos on deck --**
17    Q.  Did you --
18    **A.  -- mosquitos.**
19    Q.  Did you tell Captain Perlstein when he
20  interviewed you that after 6:00 p.m. as it got dark
21  the quantity of mosquitos got bigger?
22    **A.  I think, yes.**
23    Q.  Okay.  So after 6:00 p.m. after your watch
24  it's true that there were more mosquitos out,
25  right?

99

1    **A.  Sir, mosquitos (inaudible) in the night**
2  **some mosquitos are present, so.  All the night**
3  (inaudible) the mosquitos are present.  (Inaudible)
4  mosquitos are on deck.
5    Q.  Well, let me do it this way.  When you
6  told Captain Perlstein about the mosquitos after
7  6:00 p.m., you were telling him the truth, right?
8    **A.  Yes, mosquitos were there.**
9    Q.  Okay.  And you told Captain Perlstein that
10  you wore a full, long jump suit, helmet, gloves and
11  a towel around your neck, right?
12    **A.  Yes, while doing watch, yes.**
13    Q.  You told him that so that he could
14  understand you were being careful on deck to avoid
15  being bitten by mosquitos, right?
16    **A.  Yes.**
17    Q.  I want to think ahead a little bit, back
18  to the ship's time in Brazil when you were not
19  feeling well, when you started to feel sick.  Did
20  you tell Captain Perlstein when he interviewed you
21  that you informed the second mate that you were
22  feeling sick?
23    **A.  Yes, I informed the second mate.**
24    Q.  Did you tell Captain Perlstein that after
25  you steered the ship -- well, let me back up a

100

1  step.  I'm sorry.
2    As an AB one of your jobs is to actually
3  steer the ship, correct?
4    **A.  Yes.**
5    Q.  You work at the helm and you turn the
6  wheel and actually drive Stargate, right?
7    **A.  Yes.**
8    Q.  You steered the ship, you steered the ship
9  into the anchorage, correct?
10    **A.  Yes, it was my watch.**
11    Q.  It was on your watch and you were the one
12  at the helm going into the anchorage, right?
13    **A.  Yes.**
14    Q.  Did you tell Captain Perlstein that after
15  steering the ship to the anchorage and as soon as
16  the ship anchored, the captain sent you to your
17  room to rest?
18    **A.  Yes.**
19    Q.  Okay.  So when the captain heard of this
20  in your presence, according to you the captain sent
21  you to rest, right?
22    **A.  So as soon as we put anchor, captain send**
23  **me to -- captain send to me in my cabin.**
24    Q.  Right.  And did you tell Captain Perlstein
25  that this happened around 2:00 a.m. in the morning?

101

1    A.   Yes, I -- yes, I wasn't -- I was not exact
2  on time but I said, yes, somewhere in that time.
3    Q.   Okay.  Is that your memory that you were
4  sent below after steering into the anchorage at
5  2:00 in the morning?
6    A.   Yes, sir.  I'm not really exact but
7  approximately, I think.
8    Q.   Okay.  Do you know if your sickness in Rio
9  De Janeiro affected your memory at all?
10   A.   Can you repeat the question?
11   Q.   Right.  You became sick and you were
12 having fevers, correct?
13   A.   Yes.
14   Q.   Do you know if those fevers and your
15 sickness makes it harder for you to remember times?
16   A.   No, sir, because -- because it happened
17 with me so I know.
18   Q.   Okay.  So you know and it was about 02:00
19 in the morning, according to you, that the captain
20 sent you to rest, right?
21   A.   Yes, I informed the captain also prior to
22 my watch that I am -- I'm not well.  I have a fever
23 and --
24   Q.   This was --
25   A.   Yes, prior to my watch that when I got --

102

1  I got on the bridge, I go to second officer and
2  after him I told the chief officer and the captain.
3  They were on the bridge.  I told them that I had a
4  fever and (inaudible).  So captain said that, okay,
5  you can do the steering and after that you can go
6  in the cabin.  And so I said, yes, okay, I will do
7  the steering.
8    Q.   Did you tell Captain Perlstein that on May
9  24th, your ship's captain told you he had written a
10 message to the company about your sickness?
11   A.   Sir, (inaudible) when I -- when I -- when
12 my condition was getting worse, I requested that, I
13 asked the captain to send me to the doctor.  And at
14 one time the captain send me -- captain informed me
15 that he already sent a message to the company, the
16 company is not replying or not listening, the
17 company is not replying.  And it was somewhere in
18 the -- somewhere in the 24 something.  I remember
19 that it was something --
20   Q.   Okay.
21   A.   -- and so he told me that once we got on
22 shore, we will see.
23   Q.   Okay.  You remember the captain saying he
24 wrote a message to the company and it was on the
25 24th or something, is that what you just said?

103

1    A.   Yes, 24th, yes, something in that time
2  frame.
3    Q.   Okay.  In the time frame of the 24th but
4  you're not sure of the exact date, is that fair?
5    A.   Sir, because when I -- when I asked for
6  the captain to take me -- to take me to the doctor,
7  he said we are -- we are at anchorage.  Once we go
8  to the sea -- sorry.  Once we go to the shore, we
9  will try to arrange.
10   Q.   Did you tell Captain Perlstein that
11 Captain Ivanoschi wrote the company on May 24th?
12   A.   Sir, I do not exactly recall what I said,
13 but after he told me.
14   Q.   Okay.  Did you tell Captain Perlstein that
15 no one took your temperature or your vital signs on
16 May 24th?
17   A.   Sir, from -- from 22 until I go to
18 hospital, nobody took my temperature.
19   Q.   Okay.  Your testimony is you never had
20 your temperature taken on the ship, correct?
21   A.   Yes.
22   Q.   That's correct, you never had your
23 temperature taken on the ship?
24   A.   No, sir.
25   Q.   The yeses and nos can make for a confusing

104

1  record, Mr. Kholkar.
2    A.   Nobody -- nobody took my temperature until
3  I left the ship on 27th.
4    Q.   Okay, thank you.  So if you had had your
5  temperature taken can you think of any reason why
6  you would not remember that?
7    A.   Sir, because I was having, because I was
8  visiting every day to the second officer, and also
9  I was telling them that I'm getting a very strong
10 fever.  And then they gave me the medicine.  And
11 they were like giving me his medicine from other
12 crew member.
13   Q.   Okay.  But you don't remember anyone
14 taking your temperature on the ship, right?
15   A.   Yes, sir, nobody took my temperature.
16   Q.   And you think that you have a clear and
17 good memory from that time frame when the ship was
18 at anchor and at the pier in Brazil, right?
19   A.   Yes, sir, because I was (inaudible) that's
20 all.
21   Q.   Okay.  Mr. Kholkar, there's actually a
22 photograph of a thermometer that had been in your
23 mouth that's produced in this case.  So I'm
24 wondering is it possible that you had your
25 temperature taken and your memory is just not

**105**

1 accurate while you were sick?
2     MR. SOTOLONGO: Objection, form. Move to
3 strike that statement. I have not been produced
4 any documents showing conclusively that
5 Mr. Kholkar's temperature was taken on-board. So
6 got to be careful what you're saying, so. He's
7 telling you he doesn't remember his temperature
8 being taken --
9 BY MR. BROWN: Peter, I don't need more testimony
10 when I'm asking the witness questions. Thank you.
11     Q.   Mr. Kholkar, can you think of any reason
12 why if there's a temperature was taken of you, you
13 don't recall that today?
14     **A.   Sir, can you repeat your question?**
15     Q.   Sure. Can you think of any reason why if
16 someone did take your temperature on the ship you
17 would not remember that today?
18     **A.   Sir, I know that they have not taken any**
19 **of my temperature, even nobody has visited my cabin**
20 **since -- since from the 22nd when I not started**
21 **working on ship, on deck, from that time till I --**
22 **until I go to hospital, nobody came in my cabin to**
23 **check me.**
24     Q.   Okay. When you went off the ship you had
25 two people help you down the gangway, correct?

**106**

1     **A.   Sir, one, one people, AB he helped me --**
2 **helped me.**
3     Q.   Okay. And the AB, as we said earlier, he
4 went with you to the hospital and left the ship
5 with you, correct?
6     **A.   Yeah, he left me and he went -- he took me**
7 **to the hospital.**
8     Q.   He was an Indian AB, correct?
9     **A.   Yes.**
10     Q.   So the captain of the ship had two of his
11 three able seamen go to the hospital that day,
12 correct?
13     **A.   Sir, only two, me and Arul --**
14     Q.   And --
15     **A.   An Indian.**
16     Q.   Right. And then there was only one AB
17 left aboard the ship when you were at the hospital,
18 correct?
19     **A.   Yes, sir, me and one Indian AB, he helped**
20 **me to the hospital. He came with me in the car.**
21 **He was in -- he was in the car with me.**
22     Q.   Stargate has three ABs aboard normally,
23 right?
24     **A.   Yes, yes.**
25     Q.   So two went to the hospital, one was left

**107**

1 on the ship only, right?
2     **A.   Yes, at that time.**
3     Q.   At that time. Thank you. And then when
4 you got to the hospital in Brazil, you were still
5 awake as you went into the hospital, correct?
6     **A.   No, sir, in car -- in car I slept and they**
7 **woke me up in the -- when we reached on the**
8 **entrance of the hospital, they woke me up. So I**
9 **was -- I wasn't able to walk. I wasn't able to**
10 **stand, so they brought out wheelchair and they made**
11 **me to sit in the wheelchair. And I just saw the**
12 **glass windows of the hospital and after that I**
13 **was -- I was not in my senses.**
14     Q.   Okay. And that gets to my question. Did
15 you tell Captain Perlstein that you last thing you
16 remember seeing at the hospital was glass doors as
17 you entered the hospital?
18     **A.   Yes, sir, last thing I've seen is the**
19 **glass doors, yes.**
20     Q.   And it's your testimony that you entered
21 into a coma after that?
22     **A.   Yes --**
23     Q.   Do you remember -- go ahead, sir.
24     **A.   Yes, sir. (Inaudible).**
25     Q.   Do you remember speaking to the doctors at

**108**

1 the hospital?
2     **A.   The doctors speak to me many times, many**
3 **times.**
4     Q.   That's a fair point. I didn't ask the
5 question clearly. Before you went into your coma
6 did you speak to any doctors at the hospital in
7 Brazil?
8     **A.   No, sir, I was just -- I was just not in**
9 **my senses. I was unconscious.**
10     Q.   Okay. If the doctors have a note that
11 says that you were speaking with them, do you have
12 any memory of that?
13     MR. SOTOLONGO: Form.
14     **A.   (Inaudible).**
15     COURT REPORTER: I'm sorry, what was your
16 answer?
17     Q.   Mr. Kholkar, could you repeat your last
18 answer for the court reporter, please?
19     **A.   Sir, can you repeat your question so I can**
20 **repeat.**
21     Q.   It's okay to say inaudible, that's fine.
22     COURT REPORTER: Okay, thank you.
23     Q.   All right. Mr. Kholkar, I'm going to
24 share the next exhibit to the screen. This is a
25 statement of fact from the ship, Bates

109

1  EPS-248, and I'll mark this as Defense Exhibit 14.
2     (Exhibit 14 was marked for identification and is
3  attached to the transcript.)
4     Q.  Have you seen this document before, sir?
5     **A.  No, sir.**
6     Q.  Okay.  I will represent to you that this
7  is a statement made by the officers of the ship and
8  I want to ask you about how it matches your memory.
9  So starting at the top, you see there's query, that
10  means question, and there's a reply.  Do you see
11  that?
12     **A.  Yes.**
13     Q.  Okay.  And then let me find my spot here,
14  sir.  This is asking questions to the captain about
15  Owendo.  So the question is, had AB gone ashore and
16  with whom.
17     You'd agree with me that you left the
18  vessel on May 7th at the same time as these four
19  gentlemen listed, correct?
20     **A.  Yes.**
21     Q.  Okay.  But as we discussed, you didn't go
22  out with the second officer or engineer, it was
23  only you and Mr. Kumaraguru who went out together,
24  right?
25     **A.  Yes.**

110

1     Q.  The next question is, had the AB gone down
2  on the jetty for any reason.
3     So I want to ask you, sir, did you ever go
4  down to the jetty to do any work for stores or
5  anything like that?
6     **A.  No, sir.**
7     Q.  Then the question is, any supplies,
8  provisions taken where the AB was assisting.  So
9  did you help bring stores or supplies aboard the
10  ship in Owendo?
11     **A.  So maybe some fresh provisions.  Every port**
12  **fresh provisions are coming.**
13     Q.  Every port you need fresh provisions,
14  right?
15     **A.  Yes, sir.  Yes.**
16     Q.  And do you remember receiving and helping
17  to load on fresh provisions in Owendo?
18     **A.  Sir, normally we help for the fresh**
19  **provisions, all kind of provisions to help.  We all**
20  **helps for the provisions.**
21     Q.  Okay.  And you remember doing that in
22  Owendo as well, correct?
23     MR. SOTOLONGO:  Form.
24     **A.  Sir, I do not recall, but I do not recall.**
25     Q.  Okay.  The next question is when had the

111

1  AB first reported about his illness.
2     And I want to look at this with you.  The
3  reply says, on 25th May he reported to myself and
4  claim having a headache and diffuse pain all over
5  his body.  Do you see where that's written?
6     **A.  I can see what's written.**
7     Q.  Okay.  And I want to be -- I want to be
8  very clear here, you do not agree with Captain
9  Ivanoschi that your illness was first reported on
10  the 25th of May, is that true?
11     **A.  That's incorrect, sir.  I was not ill on**
12  **25th.**
13     Q.  So in this case what you're saying and
14  what Captain Ivanoschi's saying, they're different,
15  right?
16     **A.  Yes.**
17     Q.  You don't agree with him that the first
18  report was on May 25th.  You're saying it was
19  earlier, correct?
20     **A.  Yes, sir, it was on 20 -- 20 May, 2017, I**
21  **reported to second officer.  And on 21st of -- 21st**
22  **midnight, that is 22, while doing watch I informed**
23  **to the captain and chief officer and also second**
24  **officer.**
25     Q.  I'm sorry, I just want to make sure I

112

1  heard the date right.  On the 21st according to
2  you, you first reported your sickness to captain
3  Ivanoschi?
4     MR. SOTOLONGO:  Misstates his testimony.
5     MR. BROWN:  Peter, I didn't hear him.  I
6  asked him --
7     MR. SOTOLONGO:  All right.  Then ask him
8  to clarify but you're just repeating something that
9  I thought was incorrect.
10  BY MR. BROWN:  Okay.
11     Q.  Mr. Kholkar, could you please tell me when
12  is the first time, according to you, that you told
13  Captain Ivanoschi you felt sick?
14     **A.  Sir, when I went on bridge, was on bridge,**
15  **that is the 22nd morning, 00 hours, at that time at**
16  **the time of anchorage, I told to second officer and**
17  **also Captain Ivanoschi and also chief officer was**
18  **there on the bridge.  And I informed that --**
19  **informed them that I had a strong fever and shivery**
20  **too.**
21     Q.  Okay.  And you say that was on the early
22  morning of the 22nd of May, right?
23     **A.  Yes, sir, 00 hours.**
24     Q.  Okay.  When you told the captain you were
25  sick, did you tell him that you had been feeling

113

1  sick for two days?
2  **A.  So I don't -- I don't -- I first reported**
3  **to the second officer that I am, I'm having a fever**
4  **from that is 20th May.  So when I was on bridge, at**
5  **that time I told to captain.**
6  Q.   Okay. So when you told the captain you
7  were sick, did you tell him you had been sick for
8  the last two days?
9  **A.   Sir -- sir, the second officer was also**
10 **there.  He was also telling that he has a fever.**
11 **Second officer was also present with me in that**
12 **watch and he was also telling that he has a fever.**
13 Q.   When you told the captain that you felt
14 sick, did you tell him that you had been feeling
15 sick for the last two days?
16 **A.   Sir, second officer was speaking with him.**
17 **He told, the second officer told him that he --**
18 **he's having a fever.**
19 Q.   Okay. So you heard the second officer
20 tell the captain that you had sick for the last two
21 days?
22 **A.   Yes, sir, on the 20th, yes.**
23 Q.   Okay. When the captain heard that you
24 felt sick, according to you he sent you to rest in
25 your cabin, correct?

114

1  **A.   Sir, he said to me that you can do the**
2  **steering right now and after, as soon as we put**
3  **anchor you can go in the cabin.**
4  Q.   So he told you to finish the
5  steering and then once you were at anchor to go
6  rest, right?
7  **A.   Yes.**
8  Q.   Let me change documents, sir. Do you need
9  a break, Mr. Kholkar?
10 **A.   No, sir, I'm okay.  I'm fine.**
11 Q.   Okay. Published to the screen with be
12 Defense Exhibit 15, Bates EPS-779 to 781.
13 (Exhibit 15 was marked for identification and is
14 attached to the transcript.)
15 Q.   I'll start at the back page is a medical
16 report from a Dr. Tiburcio. There's an English
17 translation.
18 And do you see where it says you checked
19 into the hospital at 19:37?
20 MR. SOTOLONGO:  Let me -- Mr. Kholkar,
21 before you answer that question, let me object to
22 this document. I don't know who that doctor is, so
23 and I don't know what this document is that you're
24 referring to or who prepared it.
25 Q.   Okay. Mr. Kholkar, do you see where this

115

1  document says that you were interned at 19:37
2  emergency sector?
3  MR. SOTOLONGO:  Hey, Mr. Tom, can you tell
4  me what document we're looking at here?  Is this
5  something that's been produced to me?  What is it
6  we're looking at here?
7  MR. BROWN:  Yes, I thought you'd be
8  familiar with it. It's -- here, I'll let you see
9  this.
10 MR. MARTIN:  What's the email date at the
11 top?
12 MR. BROWN:  June 1st, 2017.
13 Q.   I'm going to look at the words,
14 encontrava-se vigil orientado. That's translated
15 here. And my question is very simple, Mr. Kholkar,
16 do you remember being awake and present when you
17 showed up at the hospital in Brazil?
18 MR. SOTOLONGO:  Form, asked and answered.
19 **A.   Sir, are you asking me a question?**
20 Q.   Do you remember -- there's an objection,
21 which I understand. Do you remember being found
22 awake and present at the hospital in Brazil?
23 MR. SOTOLONGO:  Form, asked and answered.
24 **A.   Sir, I was not -- not awake.**
25 Q.   Okay. You don't remember that, correct?

116

1  **A.   I don't remember that because I -- last**
2  **thing I saw is the glass door.  After that I didn't**
3  **remember anything.**
4  Q.   Okay. The next document is on your
5  screen. This is a running report from the
6  International Medical Care in Rio De Janeiro. And
7  on the first page it says, Rio De Janeiro, August
8  10th, 2017, motor vessel Stargate. This goes from
9  EPS-782 to 805.
10 And have you seen this document before?
11 **A.   Can you scroll down so that I can also see**
12 **the remaining part.**
13 Q.   Yes, certainly. Let me also go to the
14 back page, that may also help you.
15 **A.   Yes, sir, I have that summary with me.  I**
16 **have seen the document.**
17 Q.   Very good. So this is Defense 16.
18 (Exhibit 16 was marked for identification and is
19 attached to the transcript.)
20 Q.   This is a report from Dr. Campos, correct?
21 **A.   Yes, I know this doctor.**
22 Q.   He was your doctor in Brazil, correct?
23 **A.   Sir, he used to come to visit me all the**
24 **time.**
25 Q.   And in this report it describes your care

117

1 and that you were under the control of the
2 following specialists. Do you see where I'm
3 looking?
4    A.   Yes, I can see.
5    Q.   Okay. You were under the care of a
6 emergencist and intensivist and a general
7 practitioner, correct?
8    A.   Yes.
9    Q.   That's three. I'm going to go to the next
10 page. You were also under care of a infectologist,
11 a gastroenterologist, a nephrologist, a
12 pneumologist, a nutritionist, a physiotherapist, a
13 hematologist, a vascular surgeon, a psychiatrist
14 and a radiologist, correct?
15    A.   Yes, sir.
16    Q.   Okay. So that's 13 specialists you saw
17 according to Dr. Campos's report, correct?
18    A.   Yes.
19    Q.   And you went to the hospital, you checked
20 in on May 17th, correct? Sorry, I misread that,
21 May 27th, correct?
22    A.   Yes, sir, May 27th.
23    Q.   Okay. And on May 27th you started to see
24 these specialists, correct?
25    A.   Yes, sir.

118

1    Q.   The hospital diagnosed you with malaria on
2 May 29th, 2017, correct?
3    A.   Yes.
4    Q.   Okay. So from May 27th to May 29th, they
5 took that time to reach the diagnosis of malaria by
6 plasmodium falciparum, correct?
7       MR. SOTOLONGO: Form.
8    A.   Yes, that's from May 27th to 29.
9    Q.   The hospital goes on to say, as a result
10 of rigorous observation and specialized medical
11 attendance and coordination, at this time the
12 patient left the hospital fit for aero medical
13 repatriation in a commercial aircraft in a first
14 class seat escorted by a medical doctor. Do you
15 see that?
16    A.   Yes.
17    Q.   That's on the last page of this record.
18 You were escorted on your first class flight home
19 with or by a medical doctor, correct?
20    A.   Yes.
21    Q.   You agree that you received rigorous
22 observation and specialized attention in Brazil?
23    A.   Yes.
24    Q.   Okay. So you have no complaints about the
25 medical care you received at the hospital in

119

1 Brazil, correct?
2    A.   Yes, sir, I don't have any complaints.
3 They saved my life.
4    Q.   Do you know how much the medical care in
5 Brazil cost?
6    A.   No, sir, I don't know.
7    Q.   Did you have to pay any of the costs for
8 your medical care in Brazil directly?
9    A.   I did not pay anything.
10    Q.   Published to the screen EPS-1788, which is
11 an Excel spreadsheet. Do you see the document on
12 your screen, sir?
13    A.   Yes, I can see.
14    Q.   Okay. I'll mark this Defense 17, a
15 spreadsheet of Brazil costs.
16       (Exhibit 17 was marked for identification and is
17 attached to the transcript.)
18    Q.   Okay. So are you aware that your hospital
19 stay in Brazil costs 304,000 dollars?
20    A.   I can see it now.
21    Q.   Okay. No one's asked you to pay this
22 money, right?
23    A.   Yes, nobody asked.
24    Q.   Did your brother-in-law come and visit you
25 in Brazil?

120

1    A.   No, sir.
2    Q.   Okay. Did your brother-in-law speak to
3 the company about making a trip?
4    A.   Sir, I don't have any idea on that.
5    Q.   Okay. Do you know if anyone in your
6 family asked to come fly to Brazil to visit you?
7    A.   So one of my brother-in-law, he was --
8 was talking with me on the phone. He asked me that
9 I knew somebody to come at home. So I talked to
10 doctor directly sent one of my family members here.
11 That is -- that's it.
12    Q.   Did he come visit you in Brazil?
13    A.   Sir, nobody visited me.
14    Q.   Why not?
15    A.   Sir, I don't know.
16    Q.   Okay. Were you aware that the company had
17 approved and the insurance company had approved
18 having your brother-in-law fly to visit you in
19 Brazil?
20    A.   Sir, I don't know. I don't know.
21    Q.   You had no knowledge that there was a
22 discussion of paying to fly your brother-in-law to
23 visit you, is that true?
24    A.   Sir, I asked my father -- my brother-in-
25 law if it's possible. He was telling me that if

121

1  you talk about -- talk with your doctor and all, he
2  can be ready to come with me, come in Brazil. So I
3  said to the doctor directly please, doctor, please
4  send somebody else from my family to visit. But I
5  said to doctor, but after that I don't -- I don't
6  know anything about. There is no idea (inaudible).
7      Q.  Okay. Do you know if your mother tried to
8  visit you in Brazil?
9      A.  No, sir. She -- no, sir, nobody else,
10 only that brother-in-law had said to me one time.
11 One time.
12     Q.  Did you know that the company approved
13 spending money so that your mother could have a
14 funded trip to see you in Brazil?
15     A.  I don't know that.
16     Q.  When you first became conscious who was
17 the first member of your family you talked to?
18     A.  So when I came from coma, I saw only the
19 doctor.
20     Q.  When you were awake, who was the first
21 member of your family, your mother, your father,
22 your brother, sister who you spoke to?
23     A.  Nobody called me. Nobody called me. Only
24 the doctor is to visit me because I was not having
25 my phone with me and all my baggage. And nobody

122

1  called me. And I was not in the condition to talk
2  with anybody.
3      Q.  Okay. But you don't know why your mother
4  didn't wind up coming to visit you?
5      A.  Sir, sometimes -- sir, my mother, is
6  not is well so I don't (inaudible) sir, I don't --
7  sir, I don't know but my brother-in-law wanted to
8  come to visit me. So I -- I asked to the doctor
9  for the same. After that, I never asked anybody to
10 visit me because I came to know that if they are
11 not coming now, then they not coming because it's
12 all depend on the company.
13     Q.  It's all dependent on money, you said?
14     A.  Sir, it all depend upon the company, EPS
15 company.
16     Q.  Company, okay. So if EPS said they would
17 pay for the trip then do you know why your brother-
18 in-law did not come visit you?
19     A.  So as I know my brother-in-law, nobody
20 approached to him for this.
21     Q.  Okay. I've shared to the screen an
22 admission record from SMRC. The Bates is EPS-1626
23 to 1631. SMRC is a hospital in India, correct?
24     A.  Yes, in Goa.
25     Q.  In Goa, India, right? In Goa, India,

123

1  correct?
2      A.  Yes.
3      Q.  And you were admitted to hospital on
4  August 12th, 2017, right?
5      A.  Yes.
6      Q.  And you were discharged August 23rd, 2017,
7  correct, sir?
8      A.  Yes, sir.
9      Q.  Okay. This was shortly after you had
10 returned to India from Brazil on the first class
11 flight that you visited this hospital, right?
12     A.  Yes.
13     Q.  When you checked into this hospital you
14 reported having no pain, correct?
15     A.  So can you please repeat your question? I
16 didn't understood.
17     Q.  Yes, sir. When you checked into this
18 hospital in India, you told them that you had no
19 pain, correct?
20     A.  So I was having pain in my toes.
21     Q.  Okay. But you told the hospital staff
22 that you were at 0 on the pain scale. You're the
23 smiley face, no hurt, correct?
24     A.  Sir, but I was having three of my fingers
25 (inaudible) they operated for. There is no way

124

1  that I can say I don't have any pain. Maybe they
2  are asking some other thing. I don't know.
3      Q.  Okay. I'm only asking about when you
4  first got there, not about the procedure they
5  performed, sir. Do you remember when you got there
6  telling them you had no pain?
7      A.  Sir, I don't remember.
8      Q.  Okay. When you finished at the SMRC
9  hospital you were able to go home after that?
10     A.  Yes, sir.
11     Q.  You must have been happy to go home after
12 a long time away, right?
13     A.  Yes.
14     Q.  Did the doctor discharge you from the SMRC
15 hospital?
16     A.  Yes, sir.
17     Q.  Did you feel ready to go home on August
18 23rd, 2017?
19     A.  Yes, sir.
20     Q.  Okay. And then after that you've seen
21 some doctors who have provided a disability rating.
22 You agree that you've never received a disability
23 rating that's more than 30 percent, right?
24     A.  Yes, sir.
25     Q.  Okay. You went back to the SMRC hospital

125

1  in April of 2018, correct?
2     **A.**  **Yes.**
3     Q.  All right.  We have another admissions
4  record on the screen which I'll mark as Defense 19.
5       COURT REPORTER:  Okay.  And I'm sorry, you
6  didn't actually mark on the record the last one as
7  18.
8     Q.  Oh, thank you.  Yes, so the previous
9  exhibit which begins with Bates EPS-166 is Defense
10 18 and this will be Defense 19.  It runs from
11 EPS-1737 to 1742.
12      COURT REPORTER:  Thank you.
13    Q.  Thank you.
14    (Exhibits 18 and 19 were marked for
15 identification and are attached to the transcript.)
16    Q.  Okay.  Mr. Kholkar, do you recall going
17 back to SMRC on April 24th, 2018?
18    **A.**  **Yes, sir.**
19    Q.  This was after you had a lawyer, correct?
20    MR. SOTOLONGO:  Form, move to strike.
21    Q.  Mr. Kholkar, had you retained a lawyer for
22 this lawsuit before you returned to the hospital in
23 April 2018?  I'm just trying to get a timeline.
24    **A.**  **Yes, sir (inaudible).**
25    Q.  Okay.  And you went back to the hospital

126

1  for a partial excision of exposed big toe, correct?
2     **A.**  **Yes, sir.**
3     Q.  That procedure was accomplished, you did
4  that at SMRC, right?
5     **A.**  **Yes.**
6     Q.  When you reported to the hospital in April
7  of 2018, you reported no pain at check-in, right?
8     **A.**  **Sir, no pain at what?**
9     Q.  When you checked into the hospital you
10 reported to them that you had no pain, right?
11    **A.**  **So my big toe was not getting (inaudible)**
12 **so it has pain.  So that's it.**
13    Q.  Okay.  Do you remember telling the
14 hospital staff that you had no pain when you
15 checked in?
16    **A.**  **I don't remember, sir.**
17    Q.  Okay.  Were the costs for going to the
18 hospital in August of 2017 in India, were those
19 costs paid by the company?
20    **A.**  **Yes.**
21    Q.  Okay.  And then when you went back in
22 April of 2018, you had to be reimbursed for some
23 costs for that visit, right?
24    **A.**  **Yeah, first I paid the money, after they**
25 **reimburse me the money.**

127

1     Q.  Okay.  And I put on the screen what I mark
2  as Defense 20.  It is EPS-1784 and 1785, two pages.
3     (Exhibit 20 was marked for identification and is
4  attached to the transcript.)
5     Q.  Do you recognize this document,
6  Mr. Kholkar?  I'll zoom in for you.
7     **A.**  **Yes, sir, that's (inaudible).**
8     Q.  This is a letter and a receipt showing
9  that you were reimbursed about 70,000 Indian
10 Rupees, right?
11    **A.**  **Yes.**
12    Q.  Okay.  So were you reimbursed for all of
13 your expenses for the April 2018 visit to the SMRC
14 hospital?
15    **A.**  **Yes.**
16    Q.  Okay.  Let's take another, please.  I
17 could do five or ten minutes, whatever you
18 gentlemen want.
19    MR. SOTOLONGO:  Let's do five.
20    MR. BROWN:  Okay, thank you.
21    (Off the record.)
22 BY MR. BROWN:
23    Q.  Mr. Kholkar, you've been through the
24 surgery you had in April of 2018 to work further on
25 your toes.  Have you had any surgeries since April

128

1  2018?
2     **A.**  **No, sir.**
3     Q.  And your toes today, I'm going to put a
4  picture to the screen to look at that condition.
5  I'll mark this as Defense 21.  It's a set of three
6  photographs marked EPS-1872, 1873 and 1874.
7     (Exhibit 21 was marked for identification and is
8  attached to the transcript.)
9     Q.  So sir, I'm going to ask you to look at
10 these photos for a minute, then I'll have a very
11 quick question about them.  Do you see them?
12    **A.**  **Yes, sir.**
13    Q.  Okay.  Is this a fair representation of
14 what your feet look like today?
15    **A.**  **Yes, sir, correct.**
16    Q.  And this is your left foot we're seeing in
17 the photograph here?
18    **A.**  **Yes.**
19    Q.  And on the first photograph I understand
20 you had more significant amputation.  This is your
21 right foot?
22    **A.**  **Yes, sir.**
23    Q.  Okay.  And the second and third photos, to
24 be clear, those are of your left foot, correct?
25    **A.**  **Yes, sir, they are my foot.**

129

1    Q.   Okay.  Do those toes give you any pain
2  today on your left foot?
3    **A.   Yes, sir.**
4    Q.   Okay.  Pain when you walk or when does it
5  hurt you?
6    **A.   Sir, when I wear my slippers, that is**
7  **sandals, or sometimes if I got -- get special**
8  **(inaudible) just some impact, it pains me a lot.**
9  **And also my right leg, the big toe is very strong,**
10 **very hard.  So it gives me pain whenever I walk.**
11 So I have to, have to place my feet (inaudible).
12   Q.   The last time you had medical treatment
13 for your toes was in April of 2018, correct?
14   **A.   Yes.**
15   Q.   Did the doctors give you any restrictions
16 about your toes?
17   **A.   Sir, what type of restrictions like?**
18   Q.   Okay.  Did you doctors tell you there's
19 any things you should not do because of the toe
20 condition you have?
21   **A.   No, sir, there is no such advice.**
22   Q.   Okay.  Do you wear any orthotic inserts,
23 anything you put into your shoes to help you walk?
24   **A.   No, sir, but I get a sock, a normal sock,**
25 **a normal sock to wear.**

130

1    Q.   Okay.  You wear a normal sock and a normal
2  shoe, correct?
3    **A.   Yes.**
4    Q.   No one's ever told you that you need to
5  wear special shoes or have special insoles inside
6  your shoe, right?
7    **A.   Yes, sir, nobody told me.**
8    Q.   Okay.  The next exhibit is Defense 22, a
9  letter from Peter Sotolongo dated May 12th, 2022.
10   (Exhibit 22 was marked for identification and is
11 attached to the transcript.)
12   Q.   Okay.  Mr. Kholkar, I'm going to look at
13 this letter with you for a few minutes.  Mr.
14 Sotolongo is your lawyer, correct?
15   **A.   Yes.**
16   Q.   Okay.  And this is a letter to
17 Dr. Randolph Rice.  Do you know who Dr. Rice is?
18   **A.   Sir, I do not know.**
19   Q.   Okay.  The letter is, I'll show you just
20 so you can follow along with me.  At the end the
21 letter is signed by your lawyer, and at the
22 beginning it's written to Dr. Rice.  It says, dear
23 Dr. Rice, please find below the information related
24 to this case, along with copies of the documents
25 referenced below.  Do you see that?

131

1    **A.   Yes, I can see.**
2    Q.   On the second page the discussion is about
3  rates of pay.  And your lawyer says that the rate
4  of pay is 1,552 dollars monthly.  Do the see that?
5    **A.   I can see, sir.**
6    Q.   And you agree that was your monthly pay
7  when you were working on Stargate, correct?
8    **A.   Yes, sir.**
9    Q.   And you worked seven months at a time.  We
10 already discussed that, right?
11   **A.   Yes.**
12   Q.   Okay.  And then your attorney goes on to
13 state that you were given a 20 to 30 percent
14 disability rating.  Do you see that?
15   **A.   Yes.**
16   Q.   And you agree that's the rating you got,
17 20 to 30 percent, right?
18       MR. SOTOLONGO:  Form.
19   **A.   Yes.**
20   Q.   And you were considering vocational
21 training to help you with future employment.
22 That's what the letter says here, right?
23   **A.   Sir, can you repeat your question?**
24   Q.   Yes, sir.  The letter where it is
25 highlighted says that you are considering

132

1  vocational training to determine future employment,
2  right?
3        MR. SOTOLONGO:  Form.  This is a letter
4  from me to the expert.  It's not a letter written
5  by Mr. Kholkar.  But if you can answer the
6  question, Mr. Kholkar, please do so.
7    **A.   So --**
8    Q.   Go ahead.
9    **A.   So a man who work in this vocational**
10 **training, right.**
11   Q.   Yeah, that's kind of my question.  Do you
12 see where the letter says that you are considering
13 vocational training?  You see those words, right?
14   **A.   Yes, sir, I have done some computer**
15 **course, computer course six months training.**
16   Q.   And you're also enrolled in a college
17 right now, right?
18   **A.   Yes.**
19   Q.   You're studying right now to get a
20 bachelor's degree from college, aren't you?
21   **A.   Yes, correct.**
22   Q.   You're not considering vocational
23 training, you are enrolled in a college degree
24 program, right?
25   **A.   Sir, (inaudible) I have done computer**

133

1  courses of six months in 2018 or '19. After that
2  in 2020, I took admission in a university.
3      Q.  Okay, good. So you already took
4  vocational training in computer science in 2018 or
5  '19, right?
6      A.  Sir, it's not a computer science. It's a
7  basic computer knowledge, like Windows Word or
8  Windows Excel because I need to apply for some jobs
9  so this training must to do.
10     Q.  And you've already completed that
11 training, correct?
12     A.  Yes.
13         MR. SOTOLONGO:  Form. He has not
14 completed all his training. Form, misstates his
15 testimony.
16         MR. BROWN:  Object to you testifying for
17 the witness. His answer's very clear. Thank you.
18         MR. SOTOLONGO:  He told you he hasn't
19 gotten his college degree yet. He hasn't finished
20 that so I don't know, whatever.
21         MR. BROWN:  Okay. Then I can clarify that
22 then. Mr. Kholkar --
23         MR. SOTOLONGO:  Are you trying to ask him
24 to interpret my, what I'm saying, or are you asking
25 him if he is having vocational training? I mean

134

1  which of the two?
2  BY MR. BROWN:
3      Q.  Mr. Kholkar, have you completed your
4  computer vocational training that you've discussed
5  with me?
6      A.  Yes, sir, I have completed that computer
7  course and now currently I am, I took admission in
8  (inaudible).
9      Q.  You're in your second year in college,
10 correct?
11     A.  Yeah, it's called long distance learning
12 college.
13     Q.  Okay. What are you studying in college?
14     A.  Sir, bachelor of arts general.
15     Q.  What do you hope to do once you earn your
16 bachelor of arts degree?
17     A.  Sir, as I have stated, I'm not doing
18 anything at home so I was thinking that I can go
19 and complete my bachelor degrees.
20     Q.  Do you have a job you hope to earn or get
21 once you finish your degree?
22     A.  Sir, I think -- I think if I got a degree
23 then I can apply for some -- some jobs there so.
24     Q.  What jobs are you thinking of applying
25 for?

135

1      A.  So I was thinking for some office job if I
2  get in some government job, especially in
3  government jobs.
4      Q.  Okay. And do you think that your college
5  degree will help you to get such a job?
6          MR. SOTOLONGO:  Form.
7      A.  Sir, there are -- sir, I'm completing my
8  bachelor degree because I want to do a degree.
9      Q.  Have you ever worked any other jobs in
10 your life besides working on ships?
11     A.  No, sir.
12     Q.  Okay. Have you ever been approached by
13 anyone to work on a ship since you had your
14 malaria?
15     A.  No, sir.
16     Q.  Did EPS ever ask you or did any lawyer
17 relay to you that EPS had asked about your
18 availability to return to a ship?
19     A.  One time (inaudible) captain (inaudible)
20 he used to call me and he used to say, we need you,
21 going to employ you again. But when I said to him
22 that, sir, please give -- please write it in some
23 email and also that I can be sure. So he said, we
24 tell you, so do not worry about it. So we are
25 going to employ you again. But when I asked him to

136

1  (inaudible).
2      Q.  Do you think that you're able to work
3  today as an able-bodied seaman?
4      A.  Sir, please repeat again your question.
5      Q.  Sure. Do you think today you could work a
6  job as an able-bodied seaman?
7      A.  No, sir.
8      Q.  Do you think today you could work as a
9  steward aboard a ship?
10     A.  No, sir.
11     Q.  Okay. Why not?
12     A.  Sir, because I'm a permanently disabled
13 person so I -- so as I know nobody's going to
14 employ me in shipping, especially in shipping.
15 There is no place for disability.
16     Q.  Have you ever applied for a job as a
17 steward aboard any ship?
18     A.  No, sir.
19     Q.  So no company has ever refused you
20 employment as a steward?
21         MR. SOTOLONGO:  Form. Is that before or
22 after the -- is that before of after this event?
23     Q.  I'll rephrase. Mr. Kholkar, since your
24 malaria event, no company has ever refused you
25 employment to work aboard a ship, correct?

137

1    A.   Sir, I have never applied to any company
2 because I know that I am now a disabled person, so
3 for me to think (inaudible) is not correct also.
4    Q.   Okay.  And you've never asked any company
5 if you'd be able to work for them as a steward,
6 right?
7    A.   Yes, sir, because I'm disabled I didn't
8 ask.
9    Q.   And I'm returning back to Defense exhibit
10 22, which lists personal information about your
11 family members.  I see that your daughter was born
12 while you were in the hospital, is that your
13 memory?
14    A.   Yes.
15    Q.   Okay.  So your daughter was not yet born
16 when you were still on the ship and sick, correct?
17    A.   Yes.
18    Q.   While working aboard Stargate -- well, let
19 me just ask you this.  I'll stop sharing this.
20 Have you received sick pay from EPS for your time
21 while you were sick?
22    A.   Yes, after I came from Brazil they paid me
23 some wages.
24    Q.   Okay.  Okay.  They paid you sick pay after
25 you got home from Brazil, right?

138

1    A.   Yes.
2    Q.   All right.  Do the amounts shown in this
3 letter, Defense Exhibit 22, appear correct to you?
4    A.   Yes, sir.
5    Q.   Okay.  I'm going to stop sharing this
6 document, sir.  I understand you've been renting a
7 family property or your property in India through
8 Airbnb, is that true?
9    A.   Yes, sir.
10    Q.   How often do you have somebody staying in
11 your property?
12    A.   Sir, due to Covid and all, I didn't got
13 any guests and they are (inaudible) because also
14 there is off-season so.
15    Q.   Okay.  Can you tell me how much money you
16 would get for one night rental of the property you
17 own?
18    A.   Sir, about 800 rupees.  It depends upon
19 the rate, how much I keep.  They're not all fixed
20 rates.  So last time I kept a guest I think for 800
21 rupees for one night.
22    Q.   Okay.  And that's about 10 U.S. dollars,
23 right?
24    A.   Yes, approximately.
25    Q.   Okay.  So is this property in your village

139

1 in Goa?
2    A.   Sir, this is my father's property.  It's
3 (inaudible) my father's.
4    Q.   And you manage it for him and rent it out
5 through Airbnb, is that correct?
6    A.   Yes.
7    Q.   Okay.  Do you do anything to take care of
8 the property?
9    A.   No, sir.  No, sir.  Me and my wife take
10 it, the care I mean so cleaning and all this.  This
11 is all part of regular rent, so we do not have to
12 clean every day or every time.  Once they have to
13 stay and we have to do everything after they left,
14 we go and we clean.
15    Q.   This property is your father's property in
16 your home village in Goa though, correct?
17    A.   Yes.
18    Q.   So in your home village one can rent a
19 room for 10 U.S. dollars a night?
20    A.   Yes, sir.
21    Q.   Okay.  It's pretty cheap there compared to
22 Brazil or Savannah, Georgia, you'd agree with that,
23 right?
24    A.   So it depends on the house, how it is
25 luxurious.  Mine is just a normal house.  So

140

1 somebody told me that if you start getting rent,
2 you can have some money.  So I just like to start
3 that.
4    Q.   Do you agree that it's a lot cheaper to
5 live in your home village than it is to live in
6 Savannah, Georgia?
7    A.   Yes.
8    Q.   Okay.  Before you had your illness aboard
9 Stargate had you ever received disability pay
10 before?
11    A.   Sir, please repeat your question.  I
12 didn't understood.
13    Q.   Sure.  I know you've received -- well,
14 strike that.
15      Before you got sick on Stargate, had you
16 ever received disability pay from any company?
17    A.   No, sir.
18    Q.   Okay.  Are you currently searching for a
19 job?
20    A.   Yes, sir.
21    Q.   What jobs have you applied for that are
22 still open applications?
23    A.   Sir, I was looking for some office job.
24    Q.   Are you waiting to hear back from a
25 potential employer right now?

141

1     A.   I had applied in some -- some vacancies in
2   government jobs and I'm waiting for two, three for
3   them to declare the results and whichever
4   (inaudible) another position which I be glad I was
5   not selected in that.  And so I was waiting for
6   them to declare some other results.
7     Q.   Okay.  You're still waiting to hear back
8   from some jobs you've applied for though, right?
9     A.   Yeah, I applied for the government jobs,
10  especially government job.
11    Q.   And you're still waiting to hear back?
12    A.   Yes.
13    Q.   Okay.  Okay.  When you were going sea as
14  an AB you did not have any children then, right?
15    A.   No, sir.
16    Q.   And now you have a child.  So you went to
17  sea before you did not have any children and now
18  you have a child, right?
19    A.   Yes, in 2016 when I joined the ship
20  Stargate at that time my wife was pregnant, and
21  when I was in hospital in coma, my wife, she gave
22  birth to our child.
23    Q.   Before you get sick did your wife like it
24  when you went to sea?
25    A.   Sir, I didn't understood.  Please repeat

142

1   again.
2     Q.   When you were going to sea did your wife
3   like that you worked on ships and went away?
4     A.   Sir, she -- sir, she knows that I am
5   working on ships, so she got married to me.  So she
6   don't have any problem with working on ships.
7     Q.   Okay.  I understand from a report of one
8   of our experts that you do not provide any
9   household services, is that correct?
10    A.   Sir, what kind of household services?
11    Q.   Sure.  Do you do any cleaning, or cooking,
12  sweeping around the house?
13    A.   No, sir, that -- that my wife do.
14    Q.   Okay.  So you --
15    A.   She's cleaning, cooking.  She does the
16  cooking.  And sometime I just help her maybe with
17  the sweeping sometimes, not often.  It's not every
18  time.  (Inaudible) so I help sometimes.
19    Q.   Are you able to wash pots and pans?
20    A.   Sir, this kind of job my wife do.
21    Q.   Are you doing your body have the physical
22  ability to wash a pot and a pan?
23    A.   Sir, I can wash.
24    Q.   You cannot.  Why not?
25    A.   I can wash.  I can wash.

143

1     Q.   Okay, thank you.  Can you load dirty
2   dishes into a dishwashing machine?
3     A.   Sir, we don't have the dishwashing
4   machine.  We (inaudible).
5     Q.   Sure.  But do you have the physical
6   ability to load dishes into a dishwasher if you
7   worked someplace that had a dishwasher?
8     MR. SOTOLONGO:  Form.
9     A.   Sir, why I will work as a dishwasher?  I
10  don't have any intention to work as a dishwasher.
11    Q.   Okay.  I understand you don't have
12  intention to do that work, but I'm asking a
13  slightly different question.  Do you have the
14  physical ability to load a dishwasher?
15    MR. SOTOLONGO:  Form, asked and answered.
16    A.   I never thought on that.
17    Q.   Okay.  Nothing about your feet prevents
18  you from loading dishes into a dishwasher, correct?
19    A.   So I have never thought of dishwashing
20  ever.
21    Q.   Okay.  But nothing about your feet
22  prevents you from physically loading a dishwasher,
23  correct?
24    MR. SOTOLONGO:  Form.
25    A.   No, sir, it is my -- it is my feet.  I

144

1   can't stand.
2     Q.   Okay.  Did you tell Dr. Michelle, do you
3   remember meeting with Dr. Michelle, one of the
4   defense's experts?
5     A.   Yes, doctor (inaudible) right?
6     Q.   Yes.  And do you remember telling her that
7   you thought that cooking and cleaning was work for
8   women to do?
9     A.   Yes, normally at my home my wife do all
10  these things.
11    Q.   Okay.  And you've never considered working
12  in the area of cooking or cleaning yourself,
13  correct?
14    A.   Yes.
15    Q.   Okay.  You can drive a car, correct, sir?
16    A.   Yes.
17    Q.   You can drive your moped, right?
18    A.   So drive what?
19    Q.   Your moped, your motor scooter?
20    A.   Sir, I drive a scooter.  Scooter.
21    Q.   You're still able to do that, right?
22    A.   Sir, I can drive with limitations like if
23  I drive, I have the pain but I have to -- I drive
24  or I ride my scooter.
25    Q.   You can walk outside, correct?

145

1    A.   Sir, I have a problem in my hip so it
2 sometimes I walk, sometimes I limp.  It gives me
3 pain.
4    Q.   Sometimes you walk with a limp sometimes
5 you do not, is that what you're saying?
6    A.   Yes, I have, depending on how the pain
7 come, if there is sometimes pain is not coming,
8 then I can walk.
9    Q.   You're able to walk upstairs sometimes,
10 right?
11    A.   I can walk upstairs slowly.
12    Q.   Yeah, and you can walk in public sometimes
13 without any limp at all, right?
14    A.   Yeah, I have walked -- walked in public,
15 yeah.  Whenever I go to somewhere I have to walk.
16 I have to (inaudible).
17    Q.   And sometimes you've gone out and walked
18 and you have had no limp, right?
19    A.   Sir, it depends upon the pain.  If
20 (inaudible) then I have to walk lightly and
21 sometimes I -- I can walk.
22    Q.   Sometimes you can walk normally, right?
23    A.   So I can walk.  I can walk but not very
24 far distance normally because it gives me pain
25 after I'm walking.

146

1    Q.   And sometimes you've even been able to do
2 a little light jogging for a few strides, a little
3 light running, right?
4    A.   No, sir, I have never done jogging.  I
5 have never done jogging.
6    Q.   Okay.  But you can walk quickly at times,
7 you've done that, right?
8    A.   I cannot walk quickly, like if I --
9 because it will give me pain.  So I have never
10 tried walking quickly because it is paining always
11 (inaudible).
12    Q.   And, Mr. Kholkar, you're able to sit at a
13 desk for long periods of time as well, correct?
14    A.   A what?  Can you repeat your question,
15 sir, please?
16    Q.   Like you've been doing today, you're able
17 to sit at a desk for long periods of time, right?
18    A.   Sir, I can sit.  I can do that.  I have
19 some small pain now so I have to change my position
20 all the time like this so to just get relief.
21    Q.   Okay.  And that pain is related to your
22 left hip, correct?
23    A.   Yes, sir, left hip and back, left back.
24    Q.   Who is treating -- which doctor is
25 treating you for your left hip?

147

1    A.   Sir, Dr. Edwin Araujo.
2    Q.   Can you spell that, please?
3    A.   Dr. Edwin, E-D-W-I-N.  Sir, it could be
4 Eddy but I -- I cannot (inaudible) and also
5 A-R-A-U-J-O.
6    Q.   Okay, thank you.  And I understand you're
7 taking Max Bio-D3 and Cartigen for your hip
8 condition, is that correct?
9    A.   Yes.
10    Q.   Okay.  Are you taking any other
11 medications for your hip or back?
12    A.   No.
13    Q.   Are you taking any medications for pain
14 relief?
15    A.   No.
16    Q.   Those two medications, those two things I
17 described, Max Bio-D3 and Cartigen, those are
18 over-the-counter, they're not prescriptions,
19 correct?
20    A.   Sir, doctor prescribed that, both
21 medicines, Dr. Araujo.
22    Q.   Okay.  You exercise twice daily at home,
23 is that right?
24    A.   Yeah, he gave me some physical exercises
25 to perform at home.

148

1    Q.   What exercises are you able to do at home?
2    A.   Like I have to lay down and I have to lift
3 my leg from backside and I have to -- so there are
4 six exercises or six or seven he gave me to do, to
5 perform to do at home.
6    Q.   Okay.  Those are to strengthen your hip,
7 is that right?
8    A.   Sir, can you repeat, please?
9    Q.   Is that to make your hip stronger?
10    A.   Sir, he told me if I -- if I do these
11 exercises then I can feel better.
12    Q.   If you do the exercises you might not need
13 surgery on your hip, correct?
14        MR. SOTOLONGO:  Form, misstates his
15 testimony.
16    A.   Sir, recently I have (inaudible)
17 Dr. Araujo and he tell me, he -- he advised me to
18 get a new X-ray in month of May this year.  And he
19 saw the X-ray and he told me that if you continue
20 to taking (inaudible) and Bio-D3 med, (inaudible)
21 heal right, you need to do a surgery or a process
22 called grafting.  That is what he told me.
23    Q.   Okay.  When did the doctor tell you that
24 you would need a surgery?
25    A.   It was month of May this year, when I did

149

1    that X-ray.
2    Q.   Okay.  Do you have a plan to have surgery
3    right now?
4    A.   Sir, as I'm having money problem and
5    financial not -- financial is not good and I have a
6    money problem, so I have not thought, I have not
7    think on doing surgery.
8    Q.   Okay.
9    A.   I take that Bio-D3 and all, I -- I can
10   walk a little bit.  (Inaudible) --
11   Q.   Okay.  The --
12   A.   (Inaudible).
13   Q.   Okay.  The Bio-D3 has been helping you,
14   correct?
15   A.   Sir, before when I was (inaudible) -- I
16   was -- it was paining me a lot.  So the doctor
17   advised me to take and I have done the exercises.
18   So now it is not like before.  The pain is not like
19   before.  Sometimes it gives me lot of pain.  I
20   can't even stand at home.
21       But the situations are not like before.
22   (Inaudible) doctor said to me that if you -- it
23   cannot be cured.  It cannot be cured at all.  You
24   need to have a surgery or a grafting, process
25   called grafting.

150

1    Q.   Okay.  Tell me all the doctors who have
2    recommended that you need surgery from this point
3    forward?
4    A.   Sir, I only (inaudible) to Dr. Araujo.
5    Q.   Okay.  That's the only doctor saying that
6    you might need a surgery, correct?
7    A.   Yes.
8    Q.   When did your hip first start hurting you?
9    A.   Sir, somewhere in 2020 maybe and the
10   months of 2020 it was paining.
11   Q.   What first brought that pain on?
12   A.   Sir, it was in -- somewhere in the joint,
13   somewhere in the joint in my left side.  And I
14   didn't figure it out where is the paining exactly.
15   Q.   Were you doing anything at the time that
16   made the pain start?
17   A.   No, sir, if I walk also fast, it started.
18   It was progressing.  The pain was progressing.  It
19   was not a subtle pain.  It started from low to a
20   high level.
21   Q.   Tell me about before your trip on the
22   Stargate, did you have any back or hip pain?
23   A.   No, sir, not any back or hip pain.
24   Q.   Okay.  When you spoke with Dr. Michelle, so I
25   you mentioned some prior traumatic incidents so I

151

1    want to learn about those.  Do you recall telling
2    her that in 2008, you saw a chief officer fall into
3    a cargo hold?
4    A.   Yes, it was my first ship.
5    Q.   Okay.  Tell me about what happened.
6    A.   Sir, it was my first ship and we were
7    working and suddenly somebody say there's some
8    problem happen on deck, so we run.  So when they
9    opened hatch door, we all saw -- the ship name was
10   called Wugang Orient.  It was my first ship.  So I
11   saw chief officer was there lying down with
12   (inaudible) and he was shivering like he
13   (inaudible) I have seen.  And after he died.
14   Q.   Okay.  He died from that fall?
15   A.   He was taken to the hospital from -- by
16   the shore (inaudible).  We was in dry dock in
17   China.
18   Q.   Okay.  Has that event been giving you bad
19   memories since 2008?
20   A.   Sir, not a bad memories, but this incident
21   happened with me.  I have seen.
22   Q.   You also told Dr. Michelle about a
23   Jordanian engineer who died in 2012, correct?
24   A.   Sir, it is not a Jordanian, it is a
25   Georgian from Georgia.

152

1    Q.   Okay, thank you for that correction.  Do
2    you remember telling her about this engineer dying
3    in 2012?
4    A.   Yes, the ship was -- the ship name was
5    Wugang Caifu, and we was (inaudible) and there was
6    he was deadly sick and he was in his cabin.  And
7    there were two motormen, oilers who was keeping
8    watch in his cab.  And as we know that he wanted to
9    go to a doctor, but the -- somehow he was not
10   transferred to the hospital because they were
11   giving some reasons that ambulance is not coming or
12   (inaudible) and after -- after one day I leave the
13   morning, five o'clock in the morning, or else four
14   o'clock or five o'clock a boat came and he went
15   down with the crane.  And after morning, around
16   10:00 a.m. or 11:00 something, captain called a
17   meeting.  He was a Romanian captain, and he called
18   a meeting and he told us, he informed us that the
19   -- the first engineer is no more.  And we all was
20   sad.  And we was -- they were discussing that if he
21   could have taken earlier, he would have saved his
22   life.  It was too late for him to take to the
23   hospital.
24   Q.   Now who was your employer in 2008?
25   A.   Sir, in 2008?

153

```
 1    Q.   Yes.
 2    A.   Sir, Zodiac, Zodiac Maritime Agency.
 3    Q.   Was Zodiac your employer in 2012?
 4    A.   Yes.
 5    Q.   Okay.  Did the events you saw in 2008 and
 6  2012 with Zodiac continue to upset you today?
 7    A.   Sir, it's not upsetting that, but I have
 8  seen -- I have gone through this, I have seen.  So
 9  it will stay in my memory because I know them.
10  They were very good people.  So I know them on the
11  ship.  We eat together, so I know them.
12    Q.   It was upsetting enough that you thought
13  to tell Dr. Michelle about it, correct?
14    A.   Yes, sir, she asked me a question.
15         MR. SOTOLONGO:  Objection, (inaudible).
16         MR. BROWN:  Yeah, it's not appropriate,
17  Peter.
18         MR. SOTOLONGO:  No, I mean to object but
19  it was too late, so whatever, you know, strike
20  that.  It's okay, I withdraw my objection.
21  BY MR. BROWN:  Okay, okay.
22    Q.   Mr. Kholkar, how long have these events
23  from 2008 and 2012 been upsetting to you?
24         MR. SOTOLONGO:  Form, misstates his
25  testimony.  He did not say it was upsetting.  He
```

154

```
 1  said he was asked about it.
 2    A.   Sir, it's not upsetting but Dr. --
 3  Dr. Sandra asked me any (inaudible) with you in
 4  your ship, so because of that I told her these
 5  incidents.
 6    Q.   Okay.  My next question, sir, is not meant
 7  to be embarrassing, it's something I need to ask.
 8  Would you please describe any sexual problems
 9  you've had, if any, since you had your malaria.
10    A.   No, sir.
11    Q.   Okay.  You've had no sexual problems since
12  becoming sick with malaria, correct?
13    A.   Sir, I don't have any sexual problems.
14    Q.   Thank you.  Okay.  How did you first come
15  into contact with your American lawyers for this
16  case?
17    A.   Sir, my father-in-law knows a guy.  His
18  name -- he knows a guy and from there I came to
19  know.
20    Q.   Who does your father-in-law know?  Who's
21  the guy?
22    A.   Sir, his name was Xavier, and somehow my
23  father was in contact.  He informed him that about
24  Mr. Soto -- Sotolongo.
25    Q.   Okay.  Do you remember when you retained
```

155

```
 1  Mr. Sotolongo to be your lawyer?
 2    A.   Somewhere at the end of 2017 or 2018.
 3    Q.   Okay.  I want to talk to Mr. Kholkar about
 4  the complaint filed in this lawsuit.  Have you seen
 5  the complaint you filed in the Eastern District of
 6  Louisiana?
 7         MR. SOTOLONGO:  Form.  It was filed by his
 8  lawyers.
 9    Q.   Have you seen the complaint, sir?
10    A.   Sir, I don't recall, sir.
11    Q.   Okay.  Do you recall ever reviewing a
12  complaint before your lawyers filed it in the U.S.
13  Federal Court in Louisiana?
14    A.   I don't recall.
15    Q.   Okay.  We can take a look at it now.  If
16  you reviewed a complaint written by your lawyers
17  and saw anything wrong in it, would you be sure to
18  tell them about the mistake?
19    A.   I don't know.
20    Q.   You don't know if you would tell your
21  lawyers about a mistake you saw in a legal
22  document?
23         MR. SOTOLONGO:  Form.
24    A.   Sir, they -- they do everything correct.
25    Q.   They what?
```

156

```
 1    A.   Sir, they do everything correct.
 2    Q.   Okay.  Everything you've seen is correct,
 3  is that what you're saying?
 4         MR. SOTOLONGO:  Form.  He didn't say that.
 5    Q.   You know what, let's just take a look at
 6  it.  Mr. Kholkar, I've put on the screen your
 7  complaint which your lawyers filed in this case.
 8         MR. SOTOLONGO:  You mean the original
 9  complaint?  Because we have an amended complaint,
10  right.  This is the original one?
11    Q.   Mr. Kholkar, do you see the document on
12  your screen?
13    A.   I can see.
14    Q.   Okay.  And this is ECF number 1 for the
15  record and it says U.S. District Court eastern
16  District of Louisiana, and it's dated December
17  12th, 2018.  Do you see that?
18    A.   Yes.
19    Q.   Do you remember, sir, ever reviewing this
20  document?
21         MR. SOTOLONGO:  Form, asked and answered.
22    A.   I don't recall.
23    Q.   You don't recall if you've seen this
24  before?
25    A.   Yes, sir.
```

157

1    Q.   Okay.  We're going to look at it now, and
2  as Mr. Sotolongo helpfully added, you've also, your
3  lawyers have also filed another document.  It's
4  called an amended complaint.  It's the first
5  supplemental complaint.
6        But right now we're just going to look at
7  this original complaint.  Can you agree with me,
8  sir, that if you see anything incorrect in this
9  complaint today you'll tell me about it?
10       MR. SOTOLONGO:  Form.
11   A.   I will try.
12   Q.   You'll try, okay.  Do you understand what
13 this document is?
14   A.   That's a complaint for the (inaudible).
15   Q.   Right, this is the allegations that you
16 have made in the U.S. court, correct?
17   A.   Yes.
18   Q.   Looking at page 5 of your complaint, you
19 state, while Stargate was at Savannah, Georgia, its
20 last U.S. port of call, plaintiff was ordered by
21 second officer German to take an inventory of the
22 vessel's medical supplies.  Do you see where I was
23 just reading?
24   A.   Yes.
25   Q.   Zoom in too.  And we've already talked

158

1  about this, that's not true.  You never took an
2  inventory of the medical supplies, correct?
3        MR. SOTOLONGO:  Form.
4    A.   Second officer one did the list.
5    Q.   The second officer did the list or the
6  inventory.  He never told you to take an inventory,
7  correct?
8    A.   Yes.
9    Q.   Because that's not your job as an AB, like
10 we discussed, correct?
11   A.   Yes.
12   Q.   So paragraph 24 is not true.  You agree
13 with me?
14       MR. SOTOLONGO:  Form.
15   A.   Maybe he misunderstood what I was trying
16 to say.
17   Q.   Who misunderstood you?
18   A.   Sir, I think --
19       MR. SOTOLONGO:  Mr. Kholkar, do not
20 speculate about anything.  Answer his questions as
21 best as you can, please.
22   Q.   Okay.  Mr. Kholkar, paragraph 24 is not
23 true, right?
24       MR. SOTOLONGO:  Same objection, form.
25   A.   Sir, second officer took the inventory,

159

1  not me.
2    Q.   Correct.  He did not order you to take an
3  inventory of the vessel's medical supplies,
4  correct?
5    A.   Yes.
6    Q.   And then at least this paragraph 25 says
7  at least four days before Stargate departed
8  Savannah, you, the plaintiff, discovered there was
9  an inadequate supply of antimalarial medications
10 and immediately reported this problem to second
11 officer German.  Do you see where I read?  Do you
12 see that?
13   A.   Sir, there was not any medications given
14 to me, so I had asked the second officer.
15   Q.   I'm just asking if you see this paragraph
16 on your screen.  Do you see paragraph 25?
17   A.   Yes, sir.
18   Q.   Okay.  You've testified today that you
19 brought a box of supplies to the hospital on the
20 ship, correct?
21   A.   Yes, sir.
22   Q.   And that you heard second officer German
23 complain that he did not receive the supplies he
24 wanted in Savannah, correct.
25   A.   Yes.

160

1    Q.   Okay.  You did not discover yourself any
2  missing medicines because you did not take an
3  inventory, correct?
4    A.   Yes.
5    Q.   Paragraph 26, second officer German
6  acknowledged the shortage of antimalaria medication
7  and told plaintiff that EPS would secure sufficient
8  medication in Savannah, Georgia to proceed safely
9  to West Africa.  Do you see that?
10   A.   Yes, I can see.
11   Q.   Did second officer German assure you that
12 EPS would get antimalaria medication so the ship
13 could go safely to West Africa?
14   A.   The second officer was hoping that it will
15 come.  So he just said that it may come, but he was
16 angry when he received the box (inaudible).  And
17 when I went with the box, he was very angry that it
18 didn't came.  So he was telling me (inaudible) it
19 can come in Georgia.
20   Q.   And he was telling you about those
21 antimalaria medicines coming before the ship
22 proceeded to West Africa, correct?
23   A.   Yes, sir.  He ordered, he said he ordered
24 antimalarial medicine, some malaria medicine,
25 malaria medication, but it did not come on-board,

161

1 and he was blaming captain for it. And he say
2 maybe it can come on-board.
3    Q.   And what --
4    A.   (Inaudible).
5    Q.   And that trip to West Africa was the trip
6 to Owendo, Gabon, correct?
7    A.   Yes.
8    Q.   Okay. Now I'm going to look at this page
9 a little more. This complaint talks about
10 Savannah, and then it talks about going to Gabon,
11 but you stopped in Brazil first, correct?
12    A.   Sir, can you repeat your question?
13    Q.   Sure. I'll take it down so there's no
14 confusion. the ship went from Savannah to
15 Columbia, correct?
16    A.   Yes.
17    Q.   Did you obtain any antimalaria medicines
18 in Columbia?
19    A.   Sir, I don't know.
20    Q.   You don't know if the ship got medicines
21 in Columbia, correct?
22    A.   Yes, I don't know.
23    Q.   Okay. And if they, if you had gotten
24 medicines in Columbia, that was before the ship
25 went to Gabon, correct?

162

1    A.   Sir, please repeat, please.
2    Q.   Sure. If you had medicines in Columbia
3 then you would have had them before the ship sailed
4 for Gabon, correct?
5    A.   Yes.
6    Q.   Looking back at paragraph 31, it says, on
7 or about May 25th, 2017, about five days -- about
8 five days before the vessel's arrival in Brazil,
9 plaintiff reported symptoms of a headache and fever
10 to second officer German. Do you see that?
11    A.   Yes.
12    Q.   This complaint, your lawsuit says that
13 your first report to the second officer was May
14 25th, 2017, correct?
15         MR. SOTOLONGO:  Form, misstates what it
16 says.
17    A.   Sir, I complain on the 20th May, 2-0 May.
18    Q.   So you disagree with paragraph 31?
19         MR. SOTOLONGO:  Form.
20    Q.   Mr. Kholkar, do you agree or disagree with
21 paragraph 31?
22    A.   Sir, (inaudible).
23         COURT REPORTER:  I'm sorry, I didn't get
24 the answer.
25    A.   Sir, it was from we enter -- we enter on

163

1    22. So 19, so almost three days, three to four
2 days.
3    Q.   Your complaint says on or about May 25th,
4 2017 at paragraph 31, correct, sir?
5         MR. SOTOLONGO:  Form. Mr. Kholkar, he
6 asked you if that's what it says. You can just
7 answer that if you --
8    A.   I complain on 19 or 20th, 20th of May, so
9 five days before this. It's much longer.
10    Q.   Okay. But this piece of paper right here
11 showing on your screen, paragraph 31 starts with
12 the words, on or about May 25th, 2017, correct,
13 sir? That's what it says?
14    A.   Yes.
15    Q.   Okay. Now we talked earlier, sir, about
16 your report to the captain of feeling ill when the
17 ship was coming into anchor and you were on the
18 helm watch. Do you remember that?
19    A.   Yes.
20    Q.   And the captain told you to get rest after
21 you were done steering the ship, correct?
22    A.   Yes.
23    Q.   Did the captain send you to rest or did he
24 confine you to your quarters?
25    A.   Sir, he just told me to go in cabin and

164

1 rest.
2    Q.   Okay. And you did get some rest when he
3 offered that to you, correct?
4    A.   Yes.
5    Q.   Okay. Paragraph 36 of your complaint says
6 that when Stargate arrived in Brazil, plaintiff
7 repeatedly begged Captain Nicoli to be sent to
8 shore for treatment, but instead was accused of
9 trying to avoid his job duties and was confined to
10 quarters. Do you see where I'm reading? Do you
11 that, sir?
12    A.   Yes.
13    Q.   And were you -- were you confined to your
14 quarters?
15    A.   So when, so I was -- I was begging to
16 Captain Nicoli to take me to the doctor. And I was
17 not working, I was in my cabin.
18    Q.   Did anyone say to you, go to your cabin,
19 you're no allowed to leave?
20    A.   Sir, I was not able to work so I was in my
21 cabin.
22    Q.   Did anyone from the ship say to you, AB
23 Kholkar, go to your cabin, you're not allowed to
24 leave?
25    A.   Sir, I do not -- please rephrase your

165

1  question.
2    Q.   Did any officer from your ship order you
3  to stay in your quarters?
4    **A.   I requested them to show me to the doctor**
5  **but they never listened to me.  They told me to**
6  **stay in cabin and I was stay in the cabin.**
7    Q.   Were you ever confined to your quarters
8  on-board the ship?
9    **A.   Sir, I do not understand what being**
10 confined to the quarters (inaudible) please.
11   Q.   Okay.  Were you ever told you have to stay
12 in your quarters and you're not allowed to leave?
13   **A.   Sir, whenever I asked the captain to take**
14 **me to doctor, to show me the doctor, he would just**
15 **say, go in your cabin.**
16   Q.   Did he say to you, AB Kholkar, you are not
17 allowed to leave?
18        MR. SOTOLONGO:  Form, asked and answered.
19   **A.   Sir, he used to say to me go to your**
20 **cabin.**
21   Q.   And rest, right?
22        MR. SOTOLONGO:  Form, misstates his
23 testimony.  Don't put words in his mouth.  Let him
24 finish the answer.
25   **A.   Sir, whenever I used to go to speak with**

166

1  **the captain, captain just say go to your cabin.**
2  And he (inaudible) to say anything to me.
3    Q.   And he did that the night the ship pulled
4  into the anchorage in Brazil according to you,
5  correct?
6    **A.   Sir, when we -- when we anchored in Brazil**
7  **I told him that I had a fever, so he told me to go**
8  **in cabin and have rest.**
9    Q.   Do you remember -- do you remember telling
10 Captain Perlstein that you went to work on deck the
11 next morning?
12   **A.   Yes, they (inaudible).**
13   Q.   So the next morning --
14        MR. SOTOLONGO:  One second, one second.
15 What was that, Mr. Kholkar?
16   **A.   Sir, Saturday we put anchor, that is on**
17 **22nd.**
18        MR. SOTOLONGO:  Oh, the date.  That date,
19 the 22nd?
20 BY MR. BROWN:  I'll -- Peter, you can ask your
21 questions when I'm done.
22   Q.   Mr. Kholkar, we were discussing when the
23 ship pulled into anchor and you reported the ship,
24 your sickness to the captain according to you,
25 right?

167

1    **A.   Yes.**
2    Q.   Okay.  And then we were discussing that
3  the next morning after the ship arrived at the
4  anchorage, you went and worked on deck.  That's
5  what you told Captain Perlstein, right, sir?
6    **A.   Sir, I went on deck and I work for only**
7  **half an hour and after I complained to the boson**
8  **that I cannot work because I'm having again fever,**
9  **fever, I have still I have a fever, he send me to**
10 **the cabin to have rest.**
11   Q.   So you were allowed to leave your cabin
12 the morning after the captain sent you to get rest,
13 correct?
14   **A.   Yes, sir.  I went actually a normal**
15 **procedure that morning time we go to work.  So**
16 **because I was left early from the bridge so**
17 **morning eight o'clock I came on deck and I do the**
18 **job.  And (inaudible) within half an hour I left.**
19 I said I cannot do because I'm having more fever
20 now, so boson tell me to go to cabin.
21   Q.   And did he say go in the cabin, you're not
22 allowed to leave?
23   **A.   Sir, he tell me go in cabin and then take**
24 some tablets if (inaudible) and this is what boson
25 had informed me, told me to go in the cabin and

168

1  take a rest.
2    Q.   We already discussed that you have no
3  complaints of the hospital's care for you in
4  Brazil, correct?
5    **A.   Sir, can you repeat the question?  I do**
6  **not --**
7    Q.   You have no complaints about the care the
8  hospital gave you in Brazil, you said that, right?
9    **A.   Yes, they save my life.**
10   Q.   And you got flown home first class with a
11 medical doctor, right?
12   **A.   Yes.**
13   Q.   Okay.  So the plaintiff was not abandoned
14 by his vessel in Brazil.  You were taken care of at
15 a medical hospital, correct?
16   **A.   Sir, please repeat.**
17   Q.   You were not abandoned in Brazil, correct?
18   **A.   Sir, but they kept me for seven days**
19 **on-board after -- after learning that my condition**
20 **was getting worse, but still they ignored me, what**
21 **I was trying to say to them, and they kept me**
22 **on-board.  And when I was getting more worser and**
23 **worser every day, I told the chief officer and that**
24 **is how I went in the hospital.**
25   Q.   After you were sent ashore in Brazil to

169

1  the hospital, you were not abandoned, you got good
2  medical care, correct?
3      **A.  Yes, yes.**
4      Q.  Okay.  And you were able to speak with
5  members of your family from the hospital in Brazil,
6  correct?
7      **A.  Sir, essentially nobody from the company**
8  **or nobody from the agent, they call my family.**
9  **There was -- there I got one girl and she was**
10 **helping me from her phone to call my family**
11 **(inaudible).**
12     Q.  You were able to speak to your family when
13 you were in the hospital in Brazil, correct?
14     **A.  Yes, she used to come and (inaudible) and**
15 she used to make a call to my wife from (inaudible)
16 and I used to show some signs.  I wasn't able to
17 talk.  But she helped me throughout for calling,
18 for to call -- to call my family and (inaudible)
19 helped me a lot.
20     Q.  Mr. Kholkar, can we agree that you have
21 not had your feet amputated?
22     **A.  Sir, my feet (inaudible) with gangrene so**
23 the doctor told me that (inaudible) to get
24 amputated.
25     Q.  I'm not talking about your toes.  I mean

170

1  the foot itself, have you had any part of your foot
2  amputated, sir?
3      **A.  No, sir, only my toes.**
4      Q.  Okay.  So paragraph 49 of your complaint
5  which says that you were discharged following a
6  malaria diagnosis and foot amputations, that's not
7  correct, true?
8      MR. SOTOLONGO:  Form.
9      **A.  Sir, one time in Brazil a doctor, a doctor**
10 **(inaudible) he told me that -- he was telling me**
11 **that because my foot was, half of the foot was so**
12 black, so he told me (inaudible) be amputated
13 because it is getting black.  But they waited for
14 maybe a month for me to get progress for my -- as
15 my wounds were progressing.  But luckily only the
16 toes remained to be amputated -- remain (inaudible)
17 amputated.
18     Q.  You were not discharged on August 23rd,
19 2017 after having a foot amputated, were you?
20     **A.  Sir, my foot was not amputated.**
21     Q.  Thank you.  Okay.  Mr. Kholkar, I'm going
22 to look at the next document with you.
23     COURT REPORTER:  I'm sorry, were you
24 marking the amended complaint as an exhibit?
25     Q.  No.  Thank you for asking, I'm not.  It's

171

1  on the docket.
2      COURT REPORTER:  Okay, thank you.
3      Q.  Okay.  Mr. Kholkar, on the screen is your
4  initial disclosures filed in the U.S. lawsuit.  Do
5  you see that?
6      **A.  Yes, I can see.**
7      Q.  Okay.  I'll mark this Defense 23,
8  plaintiff's initial disclosures.
9      (Exhibit 23 was marked for identification and is
10 attached to the transcript.)
11     Q.  You had mentioned somebody in Brazil
12 helping you.  Is that either Paulina or Cristina
13 listed here?
14     **A.  Yes, sir, both of them, Paulina and**
15 **Cristina.**
16     Q.  Okay.  When is the last time you spoke
17 with Paulina?
18     **A.  Sir, we do message in the hospital because**
19 **she speak Brazilian language.  So we just message.**
20     Q.  Are you -- okay.  When is the last time
21 you communicated with Paulina?
22     **A.  It was I think last -- last month.**
23     Q.  And you're able to speak with her
24 through WhatsApp even today, right?
25     **A.  Sir, we message.  We message with the**

172

1  **Google translator.  If I try in English she would**
2  not (inaudible) and she will send me English.
3      Q.  So you're still able to communicate with
4  Paulina if you need to, correct?
5      **A.  Yes.**
6      Q.  And similarly with Christina, when is the
7  last time you've communicated with her?
8      **A.  Maybe month of May.  May.  I don't**
9  **remember exactly.**
10     Q.  This year?
11     **A.  Yes, sir.**
12     Q.  Are you still able to communicate with
13 Christina if you need to?
14     **A.  Yes.**
15     Q.  Did you ask either of them for their
16 address at any time since you've been sick?
17     **A.  No.**
18     Q.  You could do that if you needed to, right?
19     **A.  Yes, if I can ask, they will give me.**
20     Q.  Mr. Kholkar, you filed or your lawyers
21 filed a supplemental complaint in this lawsuit.
22 Are you aware of that?
23     **A.  I don't recall.**
24     Q.  Okay.  Do you know that your lawyers filed
25 a document making complaints about your time in the

173

1  court in Goa, India?
2  **A.  Yes, I -- I know.**
3  Q.  You know that you refused to accept
4  service in India, correct?
5  **A.  Yes.**
6  Q.  Did anyone advise you not to accept
7  service in India?
8  **A.  Nobody advised me.**
9  Q.  You know that you refused a court
10  appointed lawyer in Goa, correct?
11  MR. SOTOLONGO:  Form.
12  **A.  Sir, please repeat your question.**
13  Q.  Did you refuse to accept a lawyer that the
14  court in India appointed for you?
15  **A.  Sir, I was very confused at that time.  I**
16  **was very tense, so I just said no.**
17  Q.  Did anyone advise you to say no to the
18  lawyer the court in Goa, India offered to you?
19  **A.  Sir, nobody advised me.**
20  Q.  At one point the judge ordered you to stop
21  the U.S. litigation.  Are you aware of that?
22  **A.  Sir, the U.S. lawyer was -- there was --**
23  **there was a case that they want me to stop the U.S.**
24  **(inaudible).**
25  Q.  Did anyone advise you to disobey the

174

1  Indian judge when he ordered you to stop the U.S.
2  litigation?
3  **A.  Nobody advised me, sir.**
4  Q.  That was your decision alone?
5  **A.  Yes.**
6  Q.  Did you ever discuss with your U.S.
7  lawyers whether or not you should obey the Indian
8  judge?
9  MR. SOTOLONGO:  You're not going to answer
10  that question, Mr. Kholkar.  That's attorney client
11  privilege.  So move on, you're not going to get --
12  you're not going to ask him anymore questions about
13  what he discussed with his lawyers.  I gave you
14  some leeway so you can be satisfied as to those
15  issues.  But you're not going to ask him anymore
16  questions about what he's discussed with his
17  lawyers, so move on.
18  MR. BROWN:  Peter, for the --
19  MR. SOTOLONGO:  For the record, it's
20  attorney client privilege.  I object, and I'm not
21  going to let him answer any questions about what
22  advice we've given him or what communications we've
23  had with him.  You're not going to get into that.
24  MR. BROWN:  Are you instructing him not to
25  answer?

175

1  MR. SOTOLONGO:  He's already answered your
2  question.
3  MR. BROWN:  He did not answer my last
4  question.  Are you instructing him not to answer?
5  MR. SOTOLONGO:  Yeah, if you asked him --
6  if you asked him a question about his
7  communications and what advice his lawyers gave
8  him, yes, I'm instructing him not to answer.  That
9  was your last question.
10  MR. MARTIN:  That is a proper objection,
11  by the way.
12  MR. SOTOLONGO:  I understand, Richard.  I
13  gave him some leeway because I know they have --
14  they have whatever, but it's not -- I'm not going
15  to allow him to ask anymore questions about what we
16  may have discussed with our client.  It's attorney
17  client privilege.  It's protected.
18  MR. BROWN:  Okay.  So I think that the
19  crime fraud exception may apply to the privilege,
20  but we can take this up later if you think that
21  would be better.  So is your instruction not to
22  answer the question going to stand?
23  MR. SOTOLONGO:  It is attorney client
24  privilege, any communications we've had with our
25  client, any.

176

1  MR. BROWN:  Including, it's your position
2  including an instruction to disobey the order of a
3  judge?
4  MR. SOTOLONGO:  I'm not answering your
5  questions.
6  BY MR. BROWN:  Okay.
7  Q.  Mr. Kholkar, the next document I'm going
8  to show you is your interrogatory responses
9  submitted in the U.S. litigation.  Do you see that
10  on your screen?
11  **A.  Yes.**
12  Q.  I'll mark this Defense Exhibit 24,
13  plaintiff's interrogatory responses.
14  (Exhibit 24 was marked for identification and is
15  attached to the transcript.)
16  Q.  Do you recognize, and I'll scroll through
17  so you can see it first, but my question is, do you
18  recognize this document?
19  **A.  Yes.**
20  Q.  Okay.  At the end of this document is your
21  signature, correct?
22  **A.  Yes.**
23  Q.  You prepared this and signed it yourself,
24  is that true?
25  **A.  Yes.**

177

1    Q.    In answer to interrogatory number 3, you
2  stated that you wore the company provided boiler
3  suit and safety shoes, you covered your hands with
4  gloves and tried to cover your neck as well to
5  avoid mosquito bites, correct?
6    **A.    Yes.**
7    Q.    And this was in response to the question,
8  what steps did you take to protect yourself from
9  bites and/or malaria in Gabon.  Do you see that?
10   **A.    I tried to cover any neck.  It is my --**
11  **this is what I did on-board.  This is what I did, I**
12  **covered my neck.**
13   Q.    Okay.
14   **A.    It is not --**
15   Q.    Okay.  Did you make any complaints to the
16  second officer that you were concerned you might
17  get malaria in Gabon?
18   **A.    So I complained to second officer that**
19  **mosquitos are biting and -- and you need to spray.**
20   Q.    When you started to feel ill in Brazil,
21  did you ever tell the second officer you were
22  concerned you had malaria?
23   **A.    I was having very high fever so I was not**
24  **thinking about malaria.**
25   Q.    Okay.  So you didn't express any concerns

178

1  of malaria to the medical officer when the ship was
2  in Brazil, correct?
3    **A.    But I told him that it is not a normal**
4  **fever and this is something different, which I**
5  **(inaudible) so this is not a normal fever.**
6    Q.    Okay.  Did you ever express concerns of
7  malaria to the second officer when you were in
8  Brazil?
9         MR. SOTOLONGO:  Asked and answered.
10   **A.    Sir, I complained to him about this is not**
11  **a normal fever, this is something different.**
12   Q.    Okay.  But he did not ignore you saying
13  I'm concerned I have malaria, is that fair?
14   **A.    I am not saying that I have concern of**
15  **malaria, but I said it is not a normal fever, it is**
16  **something different because I was urinating a dark**
17  **yellow and much worse -- and a much worse symptoms**
18  **I was having, the different symptoms I was having.**
19   Q.    Talk to me about your electronic equipment
20  that you with you on the ship.  What phone did you
21  have on-board the Stargate?
22   **A.    Oh, it was Lenovo Vibe, Lenovo phone**
23  **mobile.**
24   Q.    A Lenovo Vibe K5 phone, correct?
25   **A.    Yes.**

179

1    Q.    Did you have any other phones with you
2  when you served on the Stargate?
3    **A.    No, sir, that is the only phone I have --**
4    Q.    I didn't mean  to interrupt you, sir.
5  Were you finished?
6    **A.    Yes, sir, please continue.**
7    Q.    What happened to the Lenovo phone that you
8  had when you were on the ship?
9    **A.    Sir, please repeat your question.  I**
10  **didn't understood.**
11   Q.    What happened to that phone?  Where is it?
12   **A.    I don't have that phone.  It was**
13  **(inaudible) water.**
14   Q.    I didn't understand --
15   **A.    Yeah, and somehow I tried to make some**
16  **(inaudible) to dry them out and after that I just**
17  exchanged that phone.  (Inaudible.)
18   Q.    Okay.  I had a little difficulty
19  understanding you, sir, I'll be honest.  Did you
20  say the phone had some water on it?
21   **A.    Yes.**
22   Q.    Okay.  And then I heard you say you
23  exchanged that for another phone, right?
24   **A.    Yeah, I try to just dry it.  I tried put**
25  **in dryer, also in the rice.  That was something I**

180

1    **have done.  And -- and I went to start that phone,**
2    **and after that I exchanged that phone on some**
3    **e-commerce company and I bought a new phone.**
4    Q.    When did your Lenovo phone that you had on
5  Stargate get wet?
6    **A.    Sir, please repeat.**
7    Q.    When did you get water on that phone?
8    **A.    So when I -- sir, I don't recall the exact**
9  **year, but it was when I came from Brazil when I --**
10  **when I was at home.  This happened -- this happened**
11  **after 2018 something.**
12   Q.    Okay.  In 2018 or later you got water on
13  your phone and then it stopped working for you, is
14  that correct?
15   **A.    It didn't stop working.  It was working,**
16  **so I exchanged that phone.**
17   Q.    When did you exchange it?
18   **A.    Sir, exactly I do not recall but it was**
19  **after 2018 or something like that.**
20   Q.    Okay.  Were there pictures on that phone?
21   **A.    No, sir.**
22   Q.    Did the phone have a camera?
23   **A.    Yes.**
24   Q.    Did you use the phone for WhatsApp?
25   **A.    Yes.**

181

1    Q.   Did you use the phone for WhatsApp when
2   you were on-board Stargate?
3    A.   Yes.
4    Q.   Did you use the phone for WhatsApp when
5   you were in the hospital in Brazil after you became
6   conscious again?
7    A.   Yes, after in the hospital after, maybe
8   after some time, after maybe one month, something
9   like that I received the phone.
10   Q.   Did you -- well, I take it you were never
11  able to search that phone for this lawsuit to see
12  if it had any WhatsApp or text messages that may be
13  part of this case, is that fair?
14   A.   Sir, I exchanged that phone so I did not
15  (inaudible) I don't know where that phone is right
16  now.
17   Q.   Okay.  Tell me about your Motorola G5
18  Plus, when did you get that phone?
19   A.   I exchange with that Lenovo 5 and I bought
20  that Motorola phone.
21   Q.   Okay.  How about the Motorola G60, what's
22  that?
23   A.   Sir, this is a new phone I got.  I have
24  right now, it's with me.
25   Q.   When did you get that phone?

182

1    A.   Sir, it was somewhere last year, somewhere
2   in October, October or November something.
3    Q.   Okay.  And the Dell laptop you've listed,
4   is that a laptop you had with you on Stargate?
5    A.   Yes.
6    Q.   Do you still have that laptop?
7    A.   Yes, I'm using it right now.
8    Q.   Did you ever search that laptop for any
9   emails, text messages or other electronic evidence
10  about this case?
11   A.   So means for whatever evidence is, I
12  didn't -- I didn't understood your question, so.
13   Q.   I'll rephrase it.  Do you use any email on
14  your laptop?
15   A.   I have email on my laptop.
16   Q.   Okay.  Did you ever search your email for
17  any emails about your sickness or your getting sick
18  on Stargate?
19   A.   Sir, I'm sorry, still I do not understood
20  your question.
21   Q.   That's okay.  What email do you use, is it
22  Gmail?
23   A.   Yes.
24   Q.   You know how in Gmail you can do a search?
25   A.   Sir --

183

1    Q.   Just to look for something.  Have you ever
2   looked for emails inside your Gmail account?
3    A.   Sir, I don't know.  I'm not familiar about
4   this.
5    Q.   Okay.  You don't know how to look for old
6   emails inside of Gmail?
7    A.   Sir, I have one Gmail, that's it and so I
8   don't -- still I have not understood your question.
9    Q.   Has anyone asked you to look for old email
10  messages inside your Gmail account?
11   A.   No.
12   Q.   Okay.  The photograph we saw with you
13  holding the beer at the resort in Gabon, who took
14  that photograph?
15   A.   So I understood your question now.  So I
16  was (inaudible) that photograph (inaudible).
17   Q.   Mr. Kholkar, you seem to be -- I thought
18  we were doing good at communication and now we're
19  having a little bit of difficulty.  Let me try
20  again.  Give me one second.
21       I want to help you out.  You see the
22  photograph on your screen?
23   A.   Yes, sir.
24   Q.   This was Defense 12.  Okay.  What camera,
25  what camera was used to take this picture of you?

184

1    A.   Sir, I don't know.
2    Q.   Okay.  It says in the top left Vishu
3   Kholkar.  Do you see that?
4    A.   Sir, can you show me where.
5    Q.   Mr. Kholkar, in the top left corner, you
6   see your name?
7    A.   Yes, sir, I can see, sir.
8    Q.   Okay.  And this was from a Google review
9   that you made, right?
10   A.   Yes.
11   Q.   You actually gave the resort 1 out of 5
12  stars.  Apparently you didn't care for it much.
13   A.   Sir, I don't recall how many, how many
14  stars I give, but we was happy at that time.
15   Q.   Okay.  You posted this photograph, you
16  Vishu Kholkar posted this photograph on Google
17  reviews, right?
18   A.   Yes.
19   Q.   Tell me what device you used to post a
20  photograph to Google reviews.
21   A.   Sir, at that time I was having that Lenovo
22  Vibe phone with me.
23   Q.   Okay.  You used your mobile phone, the
24  Lenovo that you no longer have, to load this
25  photograph onto Google reviews, correct?

---

185

1     A.   Yes.
2     Q.   Okay.  But you told me a few minutes ago
3  that that phone didn't have any photographs on it.
4  Do you remember that?
5     **A.   From which photo -- from which phone this**
6  **photo was taken, I don't know.  So but this I**
7  **posted.  As I recall I posted this photo, but from**
8  **which camera, which phone this photo has been**
9  taken, I don't know.  I'm a (inaudible).
10    Q.   Okay.  Did somebody send this photograph
11 to you through an app?
12    **A.   Sir, I don't remember.  I don't remember.**
13 **The electrical engineer was with me, so I don't**
14 **remember from which phone the photo was taken.**
15    Q.   Okay.  And since we don't have the Lenovo
16 phone anymore, you'd agree we can't learn about
17 that, how that photograph got to you, right?
18         MR. SOTOLONGO:  Form.
19    **A.   Sir, I don't -- I don't recall.  I don't**
20 **know how.  But it was sent but I don't know from**
21 **which camera or which phone it was sent.**
22         MR. BROWN:  Okay.  Peter, why don't we
23 take a quick break.  I'm just going to review my
24 notes.  I'm very close.
25         MR. SOTOLONGO:  All right.  Let's do five

---

186

1  minutes.
2         (Off the record.)
3  BY MR. BROWN:
4     Q.   Mr. Kholkar, tell me about your daily
5  activities now at home.  What does a normal day
6  involve for you?
7     **A.   Sir, well, I wake up morning, I take my**
8  **daughter to the kindergarten.  After I come and I**
9  **don't do anything.**
10    Q.   Okay.  So you're able to take your
11 daughter to kindergarten?
12    **A.   Yes, to the school.**
13    Q.   And you're able to run errands and go to
14 the pharmacy if your family needs it, right, sir?
15    **A.   Yes, sir.**
16    Q.   Okay.  Do you do anything else in a normal
17 day besides take your daughter to school?
18    **A.   Sir, sometime I go with my friend, just**
19 **talk with my friend.**
20    Q.   Tell me about that.
21    **A.   Sir, just sometimes I go with my friend to**
22 **talk, that's all.**
23    Q.   Where do you guys go?
24    **A.   Sir, he comes here to (inaudible) but he**
25 **comes (inaudible) and we talk.**

---

187

1     Q.   Okay.  Do you ever go to the stores to buy
2  things for your family?
3     **A.   Yes, sir, I go to the store to buy.**
4     Q.   Okay.  Mr. Kholkar, you talked to me about
5  your hip doctor that you saw in May of this year.
6  Do you remember that discussion we had?
7     **A.   Yes.**
8     Q.   Besides seeing your hip doctor, are there
9  any other doctors you're currently seeing?
10    **A.   No.**
11    Q.   Okay.  Is there anything else you feel you
12 still need to do to get better?
13    **A.   The doctor had advised me for my surgery**
14 **or the grafting.  So he said that is the only way**
15 it can be to reverse so (inaudible) I think.
16    Q.   Okay.  So the only thing you still have
17 going on for medical care is concerning your hip,
18 correct?
19    **A.   Yes, sir, (inaudible) and my back.  I have**
20 **some pain in my back.**
21    Q.   Okay.  And are you seeing any doctor about
22 your back right now?
23    **A.   Sir, he's the same doctor I'm (inaudible).**
24    Q.   All right.  So you're not seeing anybody
25 else and you don't have any other concerns right

---

188

1  now other than your hip and your back, is that
2  fair?
3     **A.   Yes, sir, whatever happened to me in**
4  **Brazil, I have seen my toes amputated and all those**
5  **pain and sufferings, I cannot forget those things.**
6     Q.   I understand.  But you're not seeing any
7  other medical doctors besides the one doctor we've
8  been discussing for your hip and your back,
9  correct?
10    **A.   I'm only going to Dr. Araujo.**
11    Q.   Mr. Kholkar, have you spoken with anybody
12 from Eastern Pacific Shipping since you got sick?
13    **A.   Sir, I was talking with the (inaudible)**
14 **which I was having chat with.**
15    Q.   I didn't understand you, sir.  I'm sorry,
16 can you please repeat that for me?
17    **A.   Sir, I was showing you the names which I**
18 **spoke with in Brazil and in the (inaudible).  I**
19 went sometimes presently I message to the
20 electrical engineer, and that he was from Stargate.
21 He's a steward.
22    Q.   Okay.  Fair point.  So I don't want to
23 talk anymore about the crew from Stargate that you
24 talked with.  Have you spoken with anybody who
25 works ashore from Eastern Pacific Shipping since

189

1  you got sick?
2    A.   Sir, I have not understood your question.
3  Can you repeat, please.
4    Q.   Sure.  Have you been in touch with anybody
5  from Singapore who works for Eastern Pacific
6  Shipping in the office?
7    A.   No, sir.
8    Q.   Have you spoken with anybody from EPS
9  India who works in an office since you've been
10 sick?
11   A.   Sir, one time from the office one -- one
12 guy called me from office.
13   Q.   Who's that?
14   A.   Sir, his name was Kashiv, Kashiv
15 (phonetic).
16   Q.   When did you have a discussion or
17 communication with Kashiv?
18   A.   Sir, I think 2019 or 2020.
19   Q.   What did you two communicate about?
20   A.   One day he called me and he asked me,
21 okay, Mr. Kholkar, we are going to assign a ship.
22 And I was surprised because they never called me.
23 So I asked him how come you calling me after three
24 years, you're calling me suddenly and telling me to
25 go on ship.  I was having such a problem that I was

190

1  (inaudible) and my toes were amputated.  Now you
2  are calling me after three years to join the
3  vessel.
4         So he said that he (inaudible) anything
5  but I was still in the company's profile.  So he --
6  he saw that name and he called me.  And after that
7  he (inaudible) the call.
8    Q.   Okay.  So Mr. Kashiv called you because
9  you were still active in the computer system as
10 somebody able to go work?
11   A.   Yes, he -- he told me that I'm still
12 showing active so in company's file, so he called
13 me.
14   Q.   Have you spoken with anything else from
15 EPS India who works in an office since you got
16 home?
17   A.   No, sir.
18   Q.   Mr. Kholkar, with your complaint your
19 lawyers filed as an exhibit a screen grab from text
20 messages or WhatsApp.  Are you familiar with that?
21 They were messages you sent back and forth with
22 Captain Bhasin, B-H-A-S-I-N?
23   A.   Yes, in 2017 Dr. Bhasin -- Captain Bhasin
24 messaged me --
25   Q.   What --

191

1    A.   -- he (inaudible).
2    Q.   Okay.  What phone did you use to message
3  with Captain Bhasin?
4    A.   I think Lenovo Vibe.
5    Q.   Okay.  So you used messaging, a messaging
6  app on the Lenovo phone to communicate with Captain
7  Bhasin, correct?
8    A.   Yes, sir, as I recall, yes.
9    Q.   And then you provided your lawyers with a
10 screenshot from the text messages with Captain
11 Bhasin off the Lenovo phone, correct?
12   A.   Sir, maybe I have that backed up in my
13 phone so it got transferred to my new cell.
14   Q.   Okay.  So your new phone has backed up
15 what was in your old phone?
16   A.   Sir, I think those messages were backed
17 up -- backed up.  So I'm not sure from which phone
18 I have sent but I think it was from the Lenovo K5
19 he was checking with me.
20   Q.   Okay.  And you no longer have that phone
21 as we've discussed, correct?
22   A.   Yes, sir.
23   Q.   Has anyone ever asked you to search your
24 current phone to see if it has any information
25 about your case backed up from your old phone?

192

1    A.   Sir, from Mr. Sotolongo's office they
2  asked me where is that phone, and I informed them
3  that that phone is not -- is no longer available to
4  me right now and I don't know where it is.
5    Q.   Okay.  And did anyone ask you to search
6  your new phone to see if it had backed up data from
7  your old phone?
8    A.   Sir, from -- from his office they told me
9  if you can save the old messages.
10   Q.   Have you ever searched your new phone to
11 see if it has backed up messages from your old
12 phone?
13   A.   Sir, that 2016 messages, I no longer have
14 in my new cell.
15   Q.   Okay.  They're gone, right?
16   A.   Yes, I cannot find my messages.
17   Q.   And the messages that came from the Lenovo
18 phone are gone because you don't have that phone
19 anymore if I understand correctly, right?
20   A.   Yes, sir, because at that time I was not
21 very much familiar with the back up system and all.
22 I was -- I was not (inaudible) about the back up
23 system.
24   Q.   Okay.  Those are all my questions for now.
25 Thank you, sir.

193

1      MR. SOTOLONGO:  Mr. Kholkar, I know you've
2  been going at it for a little bit and I know you
3  must be tired.  Let's take a ten minute break
4  because I have some questions for you, okay?
5      THE WITNESS:  Yes, sir.
6      MR. SOTOLONGO:  All right.  Ten minutes,
7  we'll be right back.
8          (Off the record.)
9  BY MR. SOTOLONGO:
10  Q.   Mr. Kholkar, can you hear me okay?
11  **A.   Yes, sir, loud and clear.**
12  Q.   All right.  We've been going at it for a
13  while so I'm going to try to keep it simple and
14  short for you, okay?
15  **A.   Yes, sir.**
16  Q.   But I need you to listen to my questions
17  and I need you to answer my questions as clear and
18  short and concise as possible so we don't waste a
19  lot of time and the court reporter can take down
20  everything you say clearly, okay?
21  **A.   Yes, sir.**
22  Q.   Let me go back and start where EPS lawyers
23  started early this morning or early this afternoon
24  with you, and that is going back to the Seafarer's
25  Employment Agreement, which I think was marked as

194

1  their Exhibit 1.  But in any event, it's the
2  Seafarer Employment Agreement between Ventnor
3  Navigation, Inc. and Mr. Kholkar, right.
4      And I think the lawyer for EPS mentioned
5  the section titled under paragraph 28, titled
6  Employer's Standard Terms.  And it says, applying
7  to seafarers employed by Ventnor Navigation, Inc.,
8  the employer.
9      Are you there, Carol?  Can you go ahead
10  and bring this up for me, please?
11      MS. ALVAREZ:  Yes, one moment.
12  Q.   Let's go to section 28.  Ventnor
13  Navigation, Inc. is listed on here as the employer
14  under section 28, right?
15      MR. BROWN:  Objection to the form,
16  narrative preceding the question.
17  Q.   Mr. Kholkar?
18  **A.   Yes, sir.**
19  Q.   Mr. Kholkar, do you see there it says
20  where it says Employer's Standard Terms applying to
21  seafarers employed by Ventnor Navigation, Inc., the
22  employer?  Do you see that?  Did I read that
23  correct?
24  **A.   Yes, sir.**
25  Q.   And this is -- this is the contract that

195

1  was signed by you and was signed by someone on
2  behalf of the employer, right?  All right, let's do
3  it this way, strike that.
4      According to this the employer is Ventnor
5  Navigation, Inc., right?
6      MR. BROWN:  Object to the form, leading.
7  **A.   Yes, sir.  Yes, sir.**
8  Q.   Then if we go to number 1, number 1 of
9  this contract reads, I'm going to read it and then
10  you tell me if I read it correctly.  For the
11  purpose of this agreement and as required pursuant
12  to the provisions of the ILO Maritime Labor
13  Convention 2006, the shipowner, shipowner is
14  Eastern Pacific Shipping PTE, LTD of Singapore, and
15  then it says, the shipowner.  Did I read that
16  correct, sir?
17  **A.   Yes, sir.**
18  Q.   All right.  And then if we go the next
19  one, remember the lawyer for Eastern Pacific also
20  went to the next one.  Let's go to the next one at
21  the very end of the contract.  Let's go to the
22  bottom of the next one first.  That's your
23  signature there on the left, Mr. Kholkar?
24  **A.   Yes, sir.**
25  Q.   And you signed that as an able seaman,

196

1  that was your rank at the time, right?
2  **A.   Yes, sir.**
3  Q.   And signature to the right, do you know
4  who signed on behalf of the employer?
5      Do you know who signed, yes or no, sir?
6  Yes or no, that's all I need.
7  **A.   Sir I don't -- sir, I don't know.**
8  Q.   Okay.  If you don't know, I need you to
9  tell me, okay?
10  **A.   Yes, sir.**
11  Q.   All right.  Now it says there
12  employer/master for and on behalf of the employer
13  and as representative of the shipowner.  Did I read
14  that correct?
15  **A.   Yes, sir.**
16  Q.   Now if we go to the top, to the top of
17  this form, our next one to the standard employment
18  agreement is dated December 27th, 2016.  Did I read
19  that correct?
20  **A.   Yes, sir.**
21  Q.   And then if we go below that it says,
22  shipowner and it says that the shipowner is who?
23  Who does it say is the shipowner there?
24  **A.   Eastern Pacific Shipping PTE, LTD.**
25  Q.   Eastern Pacific Shipping PTE, LTD, right?

197

1    A.   Yes, sir.
2    Q.   Okay.  And it says your rank was going to
3  be as an able seaman and on the Stargate vessel,
4  right?
5    A.   Yes.
6    Q.   That's the vessel where you got sick with
7  malaria, correct?
8    A.   Yes, sir, correct.
9    Q.   Okay.  Now if you go to the bottom there's
10 a section that says monthly salary.  If we go to
11 that box, the monthly salary box.  All right.  Do
12 you see where it says commencement date 12/26/2016,
13 right?
14   A.   Yes, sir.
15   Q.   Right there, can make that bigger, Carol?
16   A.   I can see, sir.
17   Q.   All right, and then to the right.  All
18 right.  And then do you see where it says CBA if
19 applicable, do you see that?
20   A.   Yes, sir.
21   Q.   And then to the right of that it says
22 ITF-EPS TTC, right?
23   A.   Yes, sir, correct.
24   Q.   Okay.  And then if we go to that, if we go
25 to that CBA, if we go to that CBA the lawyer for

198

1  EPS today also talked to you about that.  Remember
2  that he took you through that and he asked you some
3  questions about the disability and how much money
4  you could get and how you also had a disability
5  section and all of that, remember that?
6    A.   Yes, I remember.
7    Q.   And do you remember that the EPS lawyer
8  asked you if you kept your promise to EPS to follow
9  the contract?  Do you remember him asking you that
10 question?
11   A.   Yes, sir.
12   Q.   Do you believe EPS has kept their promise
13 to you to take care of you as their crew member?
14   A.   No, sir.
15   Q.   All right.  Did you understand -- did you
16 understand the lawyer for EPS to tell you that
17 based on the contract that you have with the
18 company you're not entitled to any more money, only
19 disability and whatever you have received to date,
20 is that your understanding as to what he was trying
21 to tell you earlier today?
22        MR. BROWN:  I object to the form.
23   A.   Yes, sir --
24   Q.   Did you understand, Mr. Kholkar, that
25 that's what he was trying to say to you?

199

1        MR. BROWN:  Same objection.
2    A.   Yes, sir.
3    Q.   Is that what you understood that he was
4  saying to you, that you were only entitled to the
5  disability of 30,000 dollars and some sick pay?
6  Was that your understanding when he was saying that
7  to you?
8        MR. BROWN:  Object to the form.
9    A.   Yes, correct.
10   Q.   I need to hear it, Mr. Kholkar.  I can't
11 hear you.
12   A.   Yes, sir, correct.
13   Q.   Okay.  And remember he said that if you
14 got 30 percent, 20 or 30 percent disability, or 30
15 percent disability you were only entitled to 30,000
16 dollars, right?  Remember that this morning?
17        MR. BROWN:  Object to the form.
18   A.   Yes, I remember.
19   Q.   Okay.  What the lawyer for EPS did not
20 read to you this morning, sir, is paragraph 24.6,
21 24.6 of the ITF and Eastern Pacific -- Eastern
22 Pacific Shipping TCC Collective Agreement.
23        Carol, let's just make sure, let's go to
24 the top and show the top.  This is the ITF and
25 Eastern Pacific Shipping TCC Collective Agreement.

200

1  I think this is Defendant's 2 that they marked this
2  morning as Defendant's 2, but I could be wrong.
3  It's 2 or 3, one of those.
4        MR. BROWN:  It's 3.
5    Q.   It's 3, okay.  It says ITF and Eastern
6  Pacific Shipping TCC Collective Agreement for crews
7  on flag of convenience ships 1 January, 2015
8  through 2017.  Did I read that correct,
9  Mr. Kholkar?
10   A.   Yes, sir.
11   Q.   All right.  Now let's go, let's go to
12 section 24.6.  I'm going to read to you,
13 Mr. Kholkar, the part that the lawyer for Eastern
14 Pacific did not read to you this morning when he
15 was trying to lead you to believe that you were
16 only entitled to disability payment.
17        24.6 says, any payment effected under 24.1
18 to 24.5 above, shall be without prejudice to any
19 claim for compensation made in law, but shall be
20 deducted from any settlement in respect of such
21 claim.
22        The lawyer for EPS did not read this
23 language to you this morning.  He did not show you
24 this paragraph, right, sir?
25        MR. BROWN:  Object to the form.

201

1    A.   Yes, sir, correct.
2    Q.   You are -- you are making a claim for
3  compensation in law in addition to your disability,
4  right, sir?
5    A.   Yes, sir, correct.
6    Q.   Okay.  And if we look at 24.1 and if we
7  look at the other ones, they're talking about the
8  disability compensation, right, because that's
9  under disability.  And it talks about the fact that
10  a seafarer who suffers permanent disability as a
11  result of an accident while in the employment of
12  the company regardless of fault, regardless of
13  fault, all right, including accidents occurring
14  while traveling to or off the ship, or in whose
15  ability has been reduced, and all of that stuff.
16        And then there's more sections about the
17  disability suffered by a seafarer being determined
18  by a doctor by the company.
19        Has EPS sent you to any doctor to
20  determine your level of disability as far as you
21  know, sir?  Mr. Kholkar, has EPS sent you to a
22  doctor to determine your level of disability as far
23  as you know, yes or no?
24    A.   No, sir.
25    Q.   All right.  In any event, 24.6 makes it

202

1  very clear that according to this agreement you are
2  entitled to compensation, to additional
3  compensation in addition to the -- to the payments
4  that can be effected on the disability?
5        MR. BROWN:  Object to the form.
6    Q.   Right, sir?
7        MR. BROWN:  Object to the form, leading.
8    A.   Yes, sir.
9    Q.   Okay.  And let's go to the end of the
10  contract to see who signed it.  Let me see, there's
11  more.  Go down further, Carol.  I think it's under
12  section 35, I should have another.  Go down.  Go
13  down, all the way.  Go down all the way to the end
14  and come back up slowly.  I'm trying to find the
15  signature at the end of it here.
16        MS. ALVAREZ:  This is the end.  If you're
17  talking about the special agreement, I have to pull
18  it up.
19    Q.   No, I'm talking about the one we were just
20  reading from, the TCCF -- the TCC Collective
21  Agreement.  Oh, the special agreement, yes.
22        MS. ALVAREZ:  You want me to pull that one
23  up?
24    Q.   No, that's okay.
25        MS. ALVAREZ:  Okay.

203

1    Q.   Let me see who, this is signed on behalf
2  of the ITF and on behalf of the company.  Do you
3  know who signed this, Mr. Kholkar?
4    A.   I do not know, sir.
5    Q.   All right.  Thank you.  All right.  Carol,
6  let's go on to the next document.
7        MR. MARTIN:  I know.
8    Q.   Who signed it?
9        MR. MARTIN:  Anil Singh.
10        MR. SOTOLONGO:  Okay.  That's the --
11        MR. BROWN:  No, that's really
12  inappropriate for counsel to be --
13        MR. SOTOLONGO:  That's okay, we can strike
14  that --
15        MR. BROWN:  -- for counsel to be sharing a
16  colloquy and testifying.
17        MR. SOTOLONGO:  Don't worry about it.
18        MR. BROWN:  Will you please proceed with
19  questions for the witness who's been noticed today.
20  BY MR. SOTOLONGO:
21    Q.   The contract has a signature.  I didn't
22  want to waste more time looking for that.  All
23  right.
24        Carol, let's bring up the medicine, the
25  medication log.

204

1        MS. ALVAREZ:  Okay, one moment.
2    Q.   For the medications that Mr. Kholkar was
3  administered between January and March of 2017.
4        But while you're doing that let me ask
5  Mr. Kholkar some questions.  Mr. Kholkar, have you
6  received any disability compensation from EPS?
7    A.   No, sir.
8    Q.   Have you received 30,000 dollars for 20 to
9  30 percent disability or anything like that?
10    A.   No, sir.
11    Q.   In fact, the only money that you received
12  was the 3,000 approximately 3,497 dollars that was
13  paid to you in sick wages, right?
14    A.   Yes, sir, correct.
15    Q.   That's all, that's the only money that's
16  been paid to you since May of 2017 through today?
17    A.   Yes, sir, correct.
18    Q.   And in addition to that, you were sued in
19  India by EPS India, right?
20    A.   Yes, sir.
21    Q.   And they came to your house and arrested
22  you in front of your daughter and your wife,
23  correct?
24        MR. BROWN:  Object to the form, leading.
25    A.   Yes, sir.

205

1    Q.    And they did that first because they said
2    you had an agreement with them and you had sued
3    them in the United States, right, and they wanted
4    to sue you in India, right?
5        MR. BROWN:  Form, leading.
6    **A.    Yes, sir, correct.**
7    Q.    And because you did not want to pursue
8    with your lawsuit in India and you wanted to pursue
9    with your lawsuit in America, they arrested you, is
10   that your understanding?
11       MR. BROWN:  Form, leading.
12   **A.    Yes, sir.**
13   Q.    Do you know who from EPS Singapore, do you
14   know who had you arrested and who asked for this
15   lawsuit in India to be initiated against you?
16       MR. BROWN:  Form, leading.
17   Q.    Do you know who did that?
18       MR. BROWN:  Same objection.
19   **A.    Sir, I think -- I think Mr. Anil Singh.**
20   Q.    You think it was Mr. Singh, is that your
21   understanding?
22   **A.    Yes, sir.**
23   Q.    And he worked for EPS Singapore as far as
24   you know?
25   **A.    Yes, sir.**

206

1        MR. BROWN:  Form, foundation.
2    Q.    Do you know who -- do you know who Captain
3    Singh works for, Mr. Kholkar?
4    **A.    He works for EPS Singapore.**
5    Q.    And when you worked aboard the Stargate
6    ship, Mr. Kholkar, who did you believe you worked
7    for?
8    **A.    EPS Singapore.**
9    Q.    I think we clarified it, but I think you
10   were testifying earlier today that when you were on
11   the ship at the same time when you were really sick
12   with malaria, your wife was about to give birth to
13   your daughter, is that correct?
14   **A.    Yes, sir, correct.**
15   Q.    And my understanding is that you were
16   telling the officer that you were concerned that
17   you may die without seeing your newborn daughter
18   because you knew that your wife was about to have a
19   kid, is that correct?
20       MR. BROWN:  Form, leading.
21   **A.    Yes, sir.**
22   Q.    Okay.  Is that what you were referring to
23   earlier when you said that you wanted to see your
24   daughter or something to that effect?
25   **A.    Sir, can you repeat your question.**

207

1    Q.    I'll strike it.  Don't worry about it.
2    Carol, do you have those documents ready?
3        MS. ALVAREZ:  Yes, one moment.
4    Q.    Let's start with the earlier ones, okay.
5        Mr. Kholkar, you saw this earlier today
6    too, right?  Remember seeing this?
7    **A.    Yes, I remember.**
8    Q.    All right.  So this has dates from January
9    21st, 2017 through February 11th, 2017.  Apparently
10   this is a trip between Abidjan and Las Palmas,
11   right?
12   **A.    Yes, sir.**
13   Q.    So this says according to this you would
14   have received medication on one, two, three, four
15   occasions, right?  You would have received it on
16   the 21st of January, on the 28th of January, on the
17   2nd of -- I mean on the 4th of February, and then
18   on the 11th of February of 2017.  Do you see that?
19   **A.    Yes, sir, I can see.**
20   Q.    Okay.  And on the bottom why, do you know
21   why you're only asked to sign once, as opposed to
22   each time that you receive the medication?  Do you
23   know why they do it this way?
24   **A.    I don't know, sir.**
25   Q.    But you realize that you only signed one

208

1    time even though they say they gave you medication
2    four times, right?
3    **A.    Yes, sir.**
4    Q.    And do you know why the other crew members
5    like crew member number 4 and crew member number 8
6    and crew member number 13 and crew member number
7    17, do you know why they wrote on there only spray?
8    **A.    I don't know.  I don't know, sir.**
9    Q.    Okay.  Well, only spray means they only
10   got spray, right?
11       MR. BROWN:  Form, leading, foundation.
12   Q.    That's what that says on there, only
13   spray, right?
14       MR. BROWN:  Same objection.
15   **A.    Yes, sir.**
16   Q.    But your signature, your signature, what
17   number are you on here?  You're number 12?
18   **A.    Number 12, yes, sir.**
19   Q.    Okay.  You have one signature for four
20   different times that they gave you either
21   medication -- medications let's say, right?
22   **A.    Yes, sir.**
23   Q.    Is that how they did it on-board, or did
24   you have to sign each time you received medication,
25   or would they just give you a sheet like this and

209

1  have you sign it with all these dates on it?
2  **A.  Sir, that is my signature and that's --**
3  **sir, that is my signature and I have signed it.**
4      Q.   I know that's your signature and you
5  signed it.  I'm not questioning that.  I'm
6  questioning why you only signed, you only have to
7  sign one time, even though it shows on the top that
8  you're getting medication on four different
9  occasions.  How does that work, if you know?
10  **A.   No, I don't know, sir.**
11     Q.   But you understand what I'm saying, right?
12  You only have one signature for almost a month of
13  medication, you understand that, right?
14  **A.   Yes, sir.**
15     Q.   All right.  Let's go to the next one,
16  Carol.
17         You're number 12 here as well, right?
18  **A.   Yes, sir, correct.**
19     Q.   Okay.  So again, now there's two different
20  medications on the top that they, that EPS is
21  saying was given to crew, okay, on this particular
22  days.  It appears that the first day on here is
23  February 18th of 2017 and the last date is March
24  18th of 2017, is that correct?
25  **A.   Yes, sir.**

210

1      Q.   And it appears that medication was
2  distributed, at least on one, two, three, four and
3  five occasions, right, all the way up to March
4  18th, 2017, right?
5  **A.   Yes, sir, correct.**
6      Q.   And again, just like before, only one
7  signature for all of this weeks, right?
8  **A.   Yes, sir.**
9      Q.   When do they make you sign this?  Do they
10  make you sign it at the beginning or do they make
11  you sign it at the end?  When do they make you sign
12  it?
13  **A.   Sir, I do not remember.**
14     Q.   Okay.  Who makes you sign it?  Who gives
15  you this form to sign?
16  **A.   It's the second officer.**
17     Q.   Okay.  All right.  And do you see how on
18  this form there's no indication by any crew member
19  of any spray?
20  **A.   Yes, sir, no --**
21     Q.   No one's writing anything on there about
22  spray, right?
23  **A.   Yes, correct.**
24     Q.   Okay.  Where was the ship between February
25  of 2017 and March of 2017, according to this?

211

1      **A.   Sir, somewhere in Abidjan.**
2      Q.   Okay.  So let me ask you, did the ship
3  have a procedure, did the ship have a procedure
4  that each time they gave you a medication you had
5  to sign each time?  Did they have that procedure or
6  was this the procedure?
7  **A.   Sir, I think this is the procedure, I**
8  **sign.**
9      Q.   You sign one time for all these
10  medications, for all these dates?
11  **A.   Yes, sir, correct.**
12     Q.   All right.  And you could not tell me
13  sitting here today what date you signed this form,
14  correct, sir?
15  **A.   Yes, sir, correct.**
16     Q.   And in fact, it's missing the date.  It's
17  missing the date for the port of arrival in Abidjan
18  and it's missing the date for the port of
19  destination for New Amsterdam, correct?
20         MR. BROWN:  Object to the form, leading.
21     Q.   Does it -- does it have the date, sir, for
22  port of arrival date and port of destination?  Does
23  it have those dates, yes or no?
24  **A.   Sir, no dates.**
25     Q.   It's supposed to have those dates, right?

212

1          MR. BROWN:  Object to the form,
2  foundation.
3      **A.   Right.**
4      Q.   All right.  Let's go to the previous one,
5  Carol, the one we looked at first.
6          You see how this one has the dates up
7  there?
8  **A.   Yes, sir.**
9      Q.   All right.  Have you seen, this is what
10  was provided to us by EPS Singapore.  Have you seen
11  a form like this?  Have you been provided with a
12  form like this or anything that you're aware of
13  that you received that, any form like this after
14  March of 2017, have you seen it?
15  **A.   Sir, can you rephrase your question,**
16  **please?**
17     Q.   I'll withdraw it.  All right, Carol, I'm
18  done with this form.
19         Mr. Kholkar, the reason, tell me if I'm
20  correct or incorrect, the reason that someone had
21  to help you off the ship, another seaman or
22  seafarer had to help you off the ship on May 27th
23  of 2017 is because you were too weak, too weak to
24  walk off the ship by yourself?
25         MR. BROWN:  Object to the form, leading.

213

1    A.   Yes, sir, correct.
2    Q.   And who was that crew member?  Was he a
3  friend of yours or was he someone that the captain
4  just decided to send with you?
5    A.   Sir, he was Indian AB.
6    Q.   Okay.  Could you, could you have walked
7  off the ship and gone to the hospital on your own
8  power on May 27th, 2017, yes or no?  Did you have
9  enough strength to walk off the ship and get
10  yourself to the hospital alone, yes or no?
11    A.   No, sir.
12    Q.   Why not?
13    A.   Because I was too weak and I was having
14  some vision problems too and I was not able to walk
15  on ship also.
16    Q.   How long had you been without working on
17  the ship when you were taken off on the 27th?  How
18  long had you been working -- I mean without
19  working?  How long had you been in your cabin
20  without working?
21    A.   Sir, from 22nd May until 27 May.
22    Q.   So approximately five days?
23    A.   Yes, sir.
24    Q.   And we know now that you were taken off
25  the ship on the 27th in the evening, right?

214

1    A.   Yes, sir.
2    Q.   Okay.  Now I understand that you testified
3  earlier you started having symptoms on the 19th of
4  May and by the 20th of May you were reporting your
5  symptoms, correct?
6    A.   Yes, sir, correct.
7    Q.   Were your symptoms getting better or were
8  they getting worse over the five day period?
9    A.   Sir, they were getting worse and worse
10  every day.
11    Q.   Were you letting the officer on the ship
12  know that or the captain?
13    A.   The captain knows.
14    Q.   He knew?
15    A.   Yes, the captain knows.
16    Q.   When was it, tell me again when was the
17  first time that you believe the captain became
18  aware from you personally, was that on the 22nd?
19    A.   Yes, sir, on the bridge.
20    Q.   Is that when you testified early morning
21  of the 22nd of May on the bridge?
22    A.   Yes, sir.
23    Q.   And you said it was the captain, an
24  officer.  Which officer, the second officer?
25    A.   Second officer and chief officer.

215

1    Q.   And chief officer, okay.  All right.
2  There was a lot of discussion, Mr. Kholkar, as well
3  about the fact that you went off the ship in Gabon,
4  remember that?
5    A.   Yes, sir.
6    Q.   Now were you instructed by anyone on the
7  ship, whether it was the captain, the second
8  officer, the chief officer or anybody that you
9  should not go off the ship or you were not allowed
10  off the ship in Gabon because of malaria or any
11  other concerns, yes or no?
12    A.   No, sir, there was no instruction.
13    Q.   In fact, you -- in addition to you, a
14  second officer and another office also got off that
15  ship that day, right, also went shore-side,
16  correct?
17    A.   Yes, sir.
18    Q.   If they had given you instructions not to
19  go off the ship because they had concerns for
20  malaria, or mosquitos or something like that while
21  in Gabon, would you have followed their
22  instructions?
23       MR. BROWN:  Object to the form, leading.
24    A.   Sir, can you repeat, sir?
25    Q.   If the captain or the officer on this ship

216

1  told you, Mr. Kholkar, when we get to Gabon you
2  cannot go shore-side because we're concerned for
3  malaria and mosquitos, would you have followed
4  their instructions and their advice?
5       MR. BROWN:  Same objection.
6    A.   Yes, sir, I would follow their advice and
7  never go to shore.
8    Q.   Okay.  And when you did go to shore that
9  day in May, on May 7th of 2017, as far as you knew
10  it was safe for you to go shore-side, right, like
11  you did?
12    A.   Yes, sir.
13    Q.   No one on the ship told you, Mr. Kholkar,
14  don't do that, it's not safe, you could get bit by
15  mosquitos, you could get malaria, nothing like
16  that, right?
17       MR. BROWN:  Object to the form, leading.
18    A.   Yes, sir, nobody said to me.
19    Q.   Okay.  And while the ship was in Gabon and
20  you had to work on-board deck, what were the
21  different shifts?  Were you working the 12:00
22  midnight to 6:00 a.m. shift at times?  What was
23  your shift??
24    A.   The morning 00 hours to morning 0600
25  hours.

217

1  Q.  So you were working that night, the night
2  on the deck with mosquitos from 12:00 midnight to
3  6:00 in the morning?
4      MR. BROWN:  Object to the form, leading.
5  **A.  Yes, sir, correct.**
6  Q.  Excuse me?
7  **A.  Yes, sir, correct.**
8  Q.  Okay.  And I think you testified earlier
9  that you were getting bit by mosquitos while
10  working on deck in Gabon, correct?
11  **A.  Yes, sir.**
12  Q.  The day that you went off, that you got
13  off the ship in Gabon my understanding is that a
14  second officer and a second engineer also went off
15  the ship, right, also went shore-side?
16  **A.  Yes, sir.**
17  Q.  Mr. Kholkar, to clarify this other issue
18  about how you found out that the ship had no
19  malaria before leaving Savannah, my understanding
20  from your testimony earlier today is that shipment
21  was delivered in Savannah, Georgia, correct?
22  **A.  Yes, sir.**
23  Q.  The second officer, the stores came on the
24  ship.  You guys had to help take the stores into
25  the facility, is that correct?

218

1  **A.  Yes, sir.**
2  Q.  And then at some point the second officer
3  realized that he was missing malaria medication
4  that was ordered and never arrived while the ship
5  was in Savannah, Georgia, is that correct?
6      MR. BROWN:  Object to the form, misstates
7  that testimony and leading.
8  Q.  Is that correct, Mr. Kholkar, that that's
9  your understanding as to how that happened?
10      MR. BROWN:  Same objection.
11  **A.  Yes, sir.**
12  Q.  Okay.  Carol, are you there?
13      MS. ALVAREZ:  Yes.  Let's pull up the
14  EPS's answer's to rog number 4 and let's go to page
15  7.
16      MS. ALVAREZ:  Okay, one moment.
17  Q.  Mr. Kholkar, this is -- this is the answer
18  that EPS gave to us when we asked them as to what
19  was their understanding -- excuse me?
20      MS. ALVAREZ:  Sorry.
21  Q.  This is -- this is EPS's answer to, let me
22  put it on the record, this is their answer to
23  plaintiff's interrogatory number 4.  Their answers
24  are signed by Captain Singh, dated May 23rd, 2022.
25      I want to draw your attention to page 7.

219

1  It starts on top, delivery.  Delivery, right there.
2  All right.
3      I'm going to read this correct.  I'm going
4  to read this and you tell me whether you believe
5  that this is what happened based on your own
6  knowledge, personal knowledge, okay?
7  **A.  Yes, sir.**
8  Q.  It says delivery of the updated medical
9  chest was scheduled during the vessel's call in
10  Savannah, however no medical supplies reached the
11  MV Stargate.  The master was no overly concerned as
12  this happens frequency -- frequently and the
13  medical supplies could be diverted to one of the
14  vessel's next port of call.
15      Gulf Marine, the vessel's suppliers,
16  attended the vessel at about 2000 hours, which
17  would be eight o'clock on April 7th, the night
18  before the vessel's departure to deliver some
19  supplies.
20      The master realized at this point that
21  neither the medical chest, the medical chest nor
22  the additional antimalaria drugs had been
23  delivered.
24      Did I read that correct, sir?
25  **A.  Yes, sir.**

220

1  Q.  Is that your understanding as to what
2  happened before the ship left Savannah, Georgia?
3      MR. BROWN:  Object to the form and
4  foundation.
5  Q.  Sir, is that your understanding as to what
6  happened?
7      MR. BROWN:  Same objection.
8  **A.  The master tried to order and he said that**
9  **it's not delivered or something like that.**
10  Q.  That's what this statement says.  Is that
11  your understanding, sir, that this is what happened
12  according to what EPS is saying, that the medicine
13  chest was not delivered and antimalaria medication
14  never reached the ship before it left Savannah,
15  that's your understanding also, right, sir?
16      MR. BROWN:  Form, foundation again.
17  **A.  Yes, sir.**
18  Q.  Mr. Kholkar, I didn't hear you.
19  **A.  Yes, sir, correct.**
20  Q.  Do you know what a medical chest is?
21  **A.  Sir, it's a store.  I think it's a store**
22  **of medicines.**
23  Q.  Okay.  Do you know, as you sit here today,
24  whether malaria medication was delivered to the
25  ship when the ship was in Gabon, yes or no?

221

1    Let me do it this way.  Have you seen any
2  evidence in writing, have you seen any evidence in
3  writing, in any documentation whatsoever that the
4  ship received malaria medication while the ship was
5  in Gabon, Africa?  Yes or no, sir, just a yes or
6  not question.  No, sir.
7    Q.    Did they give you any antimalaria
8  medication when you were in Gabon on the ship?
9    **A.    No, sir.**
10   Q.    Did they give you any malaria medication
11 once you got sick and you were in Brazil, did they
12 give you any medication for malaria?
13      MR. BROWN:  Form, vague.
14   **A.    No, sir, they did not give any medication.**
15   Q.    Remember you were -- Carol, you can take
16 that down now.
17      You were shown earlier today also the
18 medical record from the doctors in Brazil, remember
19 that?  And there were 13 specialists, remember 13
20 specialists that were taking care of you?
21   **A.    Yes, sir.**
22   Q.    And you were hospitalized 76 days in
23 Brazil, correct?
24   **A.    Yes, sir, correct.**
25   Q.    And how many of those days were you in a

222

1  coma?
2    **A.    I think 15 or 16 days, as I recall.**
3    Q.    Fifteen days in a coma, 76 days total in
4  the hospital, three hundred and something thousand
5  dollars in medical expenses according to EPS, right
6  so far?
7    **A.    Yes, sir.**
8    Q.    Okay.  Did you ask to get sick with
9  malaria and be put in a hospital for 76 days?  Did
10 you ask for that?  Is that what you wanted to
11 happen with your life?
12   **A.    No, sir.**
13   Q.    Who do you blame for that?  Who do you
14 hold responsible for putting you in that position?
15   **A.    I blame captain, second officer and**
16 **company, EPS Singapore.**
17   Q.    And now you're also living with the
18 necrosis of your hips, right?
19   **A.    Yes, sir.**
20   Q.    Particularly your left hip, right?
21   **A.    Yes, sir, correct.**
22   Q.    When you were in the hospital 76 days,
23 three hundred and something thousand dollars in
24 hospital bills, did one person, did one person, one
25 officer, one captain, one director, anybody,

223

1  anybody from EPS show up to visit you to see how
2  you were doing, sir?
3    **A.    No, sir, nobody (inaudible).**
4    Q.    During that 76 days that you were
5  hospitalized fighting for your life in the
6  hospital, did they even send you an email asking
7  you how you were doing, sir?
8    **A.    No, sir.**
9    Q.    When you got back home to India did anyone
10 from EPS when you were hospitalized in the Indian
11 hospital, did anyone from EPS, whether it was EPS
12 India, EPS Singapore, Ventnor, anybody, did anybody
13 go and check on you and see how you were doing,
14 sir?
15   **A.    No, sir, nobody visited me in the**
16 **hospital.**
17   Q.    When you were in the hospital in Brazil
18 for 76 days without any communications from anyone
19 from EPS Singapore or anyone visiting you from EPS
20 Singapore, did you feel abandoned, yes or no?
21   **A.    Yes, I feel abandoned.**
22   Q.    When you came home from Brazil and you
23 came home to India, you were hospitalized from the
24 12th of August to the 23rd of August of 2017,
25 right?

224

1    **A.    Yes, sir.**
2    Q.    So you spent more time in the hospital.
3  Did you have anymore treatment to your toes during
4  that time?
5    **A.    Yes, sir.**
6    Q.    You did.  Tell us what was going on.  What
7  were they doing to your toes during the
8  hospitalization in India?
9    **A.    Sir, Dr. (inaudible) a surgeon, he**
10 **informed that my toes need to be refreshed again,**
11 **need to be operated again.**
12   Q.    Okay.  And then in April of 2018, a month
13 later, you had to have more procedures on your
14 feet, correct?
15   **A.    Yes, sir, correct.**
16   Q.    And remember the lawyer for EPS asking you
17 if you had a lawyer already in April of 2018 when
18 you had the additional surgeries to your feet or
19 the debridement, remember being asked that
20 question?
21   **A.    Yes, I remember.**
22   Q.    Did you having a lawyer have anything to
23 do with you going to the hospital to get medical
24 treatment for your feet?  Did one thing have
25 anything to do with the other?

225

1    A.    No, sir.
2    Q.    Why did you go -- why did you go to the
3 doctor?
4    **A.    Sir, because that wound was not healing up**
5 **and it was getting red in color, so I went to the**
6 Dr. (inaudible) and he said that it will not heal
7 up so it needs to be getting an operation.
8    Q.    So when you got to India you had more
9 procedures done on your feet, in August of 2017 and
10 then again in April of 2018, right?
11   **A.    Yes, sir, correct.**
12   Q.    When did -- when did EPS Singapore stop
13 paying you?  When did they stop giving you money
14 because you were sick?  When did they stop paying
15 you sick wages?
16   **A.    Sir, as I recall somewhere in 2017 and**
17 **I -- I started messages to Dr. -- sorry, Captain**
18 **Singh for the wages.  And since then I was not**
19 **receiving any wages.**
20   Q.    Okay.  You have not received any wages
21 since 2017, correct?
22   **A.    Sir, from 2017 at the end of the month, I**
23 **was not receiving any wages.  I asked to Captain**
24 **(inaudible) for the wages to help me.**
25   Q.    And did he help you?

226

1    **A.    Sir, he said that he would speak with the**
2 **company and he'd let me know.  So two, three times**
3 **I ask, I ask him, and he say, okay, I will speak to**
4 **the company.  And after he never replied me.**
5    Q.    And after April, April 24th, 2018 when you
6 had to have a partial excision of your exposed toe,
7 did EPS Singapore send you any more money for sick
8 wages or anything like that?
9         MR. BROWN:  Object to the form, vague.
10   **A.    No, sir, not wages.**
11   Q.    Do you know what the term maximum medical
12 improvement means?
13   **A.    Sir --**
14   Q.    Yes or no, do you know what maximum
15 medical improvement means, yes or no?
16   **A.    No, sir.**
17   Q.    Has anyone, did anyone from EPS ever
18 explain to you that you were entitled to sick wages
19 until you reach maximum medical improvement for
20 your medical conditions?
21        MR. BROWN:  Form, leading.
22   Q.    Did anyone explain that to you?
23   **A.    Nobody explain to me, sir, no.**
24   Q.    You also mentioned also that you
25 complained to the second officer of mosquito bites

227

1 and he didn't give you spray.  Was that when the
2 ship was in Gabon?
3    **A.    Yes, sir, correct.**
4    Q.    And what did he say to you when you asked
5 him for mosquito spray?
6    **A.    I asked him for the spray because there**
7 **are a lot mosquitos were there around me and they**
8 **were biting.  So I went and asked second, we call**
9 **him second, second, I need a spray.  So he said to**
10 me that, Vishu, nothing that (inaudible) is
11 Abidjan, there also was a lot of mosquitos.  So
12 don't worry, nothing will happen to you.  That's
13 what -- that's what he said to me.
14   Q.    Now when you, when the ship went to
15 Abidjan, as we saw earlier, they were giving you
16 medication on that trip, correct?
17        MR. BROWN:  Leading, misstates the
18 testimony.
19   **A.    Sir, please repeat your question.**
20   Q.    Yes.  We looked at the antimalaria
21 prophylactic medicines that was given to the crew,
22 right, back in January of 2017 and also in February
23 and March of 2017 when the ship went to Abidjan,
24 right?  During that time you guys were being given
25 medication in January and February up to March

228

1 18th, according to the records that I have, isn't
2 that correct?
3    **A.    Yes, sir, they used to give me one, one**
4 **time, other times to not give me.**
5    Q.    So when the officer said to you, nothing
6 happened to you in Abidjan, but at least over there
7 you had -- they had given you pills, right?
8         MR. BROWN:  Form, leading.
9    **A.    Yes, sir.  Yes, sir.**
10   Q.    They had not given you any pills in Gabon,
11 correct?
12   **A.    Yes, sir, correct.**
13   Q.    You're still dealing with issues related
14 to the malaria, right?  You're still having issues
15 related to the malaria, correct?
16   **A.    Exactly I don't know, but I have this**
17 **necrosis problem.**
18   Q.    Okay.  Has anyone explained to you why you
19 have that problem, Mr. Kholkar?  Has anyone
20 explained that to you?
21   **A.    No, sir.**
22   Q.    Okay.  It's not clear in your mind whether
23 it's related to it or not, is that what you're
24 saying?
25   **A.    Sir, please repeat your question.**

229

1    Q.   Yeah.  You don't know one way or the other
2  if it's related to malaria or not, right?
3    **A.   Yes, sir.**
4    Q.   Let me ask you this question.  Did you
5  ever have that issue before you got the malaria?
6    **A.   No, sir, never.**
7    Q.   Does your father have that issue?
8    **A.   No, sir.**
9    Q.   Does your mother have that issue?
10   **A.   No, sir.**
11   Q.   Do any of your brothers have that issue?
12   **A.   Sir (inaudible).**
13   Q.   Is anyone that you know in your family
14 that has necrosis in their hips?
15   **A.   No, sir, nobody has that problem.**
16   Q.    Mr. Kholkar, give me five minutes, okay,
17 or just three minutes or so.  Let me look at my
18 notes here and I may be done.
19        (Off the record.)
20 BY MR. SOTOLONGO:
21   Q.   Mr. Kholkar --
22   **A.   Yes, sir.**
23   Q.   Did you feel like you were dying when you
24 were aboard ship?
25   **A.   Yes, sir.**

230

1    Q.   Did you tell -- did you tell the second
2  officer that you believed you were going to die and
3  you were not going to get to see your daughter when
4  she was born, did you tell them that?
5    **A.   I told the chief officer.**
6    Q.   Okay, the chief officer.  Did you beg the
7  captain or the master, who is it that you begged on
8  the ship to get you to medical care?  Who was it in
9  particular that you begged them?
10   **A.   Sir, I begged to the captain that please
11 let me -- please take me to the doctor.  I want to
12 go to -- I need to see the doctor because I'm
13 having a lot of problems in my vision also.  And
14 even I requested him that I am ready to pay a
15 hundred dollars if (inaudible) company know about
16 this, but please, just take me to the doctor
17 because I'm not feeling well and this is not a
18 normal fever.**
19   Q.   And you were reporting to them that you
20 had fever, correct?
21   **A.   Yes, a high fever.**
22   Q.   And were you also reporting to them that
23 you were getting worse daily?
24   **A.   So I told them that the condition is
25 getting worse and worse every day.**

231

1    Q.   How -- how did you feel when you woke up
2  in the hospital and you realized you had been in a
3  coma, how did that make you feel?
4    **A.   Sir, I cried a lot.**
5    Q.   How did it -- I'm sorry, I didn't mean to
6  cut you off.  You said cried a lot?
7    **A.   I cried, I cried a lot because I was not**
8  doing anything about (inaudible) and I was just
9  laying down on the bed and I cannot move my legs, I
10 cannot lift.  I was not able to do anything.  I was
11 just laying on the bed with all the hoses in my
12 body.  And it gives me a lot of pain.  My legs were
13 covered with bandages and all, so it was very
14 terrible.
15   Q.   Was it painful also?  Were you having pain
16 in your feet as well from the gangrene?
17   **A.   Yes, I had a lot of pain in my toes and --**
18   Q.   And --
19   **A.   -- to a doctor.**
20   Q.   And there came a time when you had to be
21 seen by a psychiatrist at the hospital during your
22 stay there because you became very depressed, is
23 that correct?
24   **A.   Yes, sir.**
25   Q.   Why did you become very depressed in the

232

1  hospital in Brazil?
2    **A.   Because when I came to know that my**
3  **kidneys are not working or not functioning, my**
4  **pancreas, my liver, as told by doctor to me.  And I**
5  **was on the ventilator and I was in coma.  I have**
6  **lots of toe problem.  I have developed gangrene.  I**
7  **was having a lot of problem.  I was very depressed**
8  **at that time.  And even I have seen my toes being**
9  **amputated by a doctor.  So those moments are very**
10 depressing from me.  I was very much (inaudible).
11   Q.   You saw her feet get black and you saw
12 your toes being cut off in the hospital in Brazil?
13 You watched that?
14      MR. BROWN:  Objection, leading.
15   **A.   This doctor was amputating my toe one by**
16 **one.**
17   Q.   And you saw the doctor amputating your
18 toes one by one?
19   **A.   Yes, sir, I had seen.**
20   Q.   And did you see your feet get black, both
21 of your feet get black before they amputated your
22 toes?  Did you observe that yourself with your own
23 eyes?
24   **A.   Yes, sir, my feet was black, half of the**
25 **feet was black.  And the doctor advised me maybe --**

233

1  maybe if you (inaudible).
2      Q.   How did that make you feel knowing that
3  you had a daughter that was born or on her way to
4  be born, you were now in a hospital, had just got
5  out of a coma, black feet and your toes were about
6  to be amputated, how did that make you feel all of
7  that coming together?
8      MR. BROWN:  Object to the form, leading.
9      **A.  I was -- I was -- I cried a lot.  I was in
10  very much tension.  I was depressed a lot.  That
11  moment was terrible for me that I would go see my
12  daughter with my amputated toes and all these big
13  issues with my health.**
14      Q.   And my understanding is when you woke up
15  from your coma, you were alone in the hospital with
16  no family members or anyone else there, correct,
17  anyone from EPS?
18      MR. BROWN:  Form, leading.
19      **A.  I was alone in the hospital when I woke
20  up.**
21      Q.   And that's where you met the two girls,
22  Paulina and Cristina or they met you, right?
23      **A.  Yes, they met me.**
24      Q.   And they got you in touch with your family
25  through their phones and things like that?

234

1      **A.  Yes, sir.**
2      Q.   And that's how were able to see your
3  daughter for the first time?
4      **A.  Yes, sir.  And also she had -- she had
5  printed my daughter's photos, my newborn child's
6  photos and she -- and she'll stick to my -- next to
7  my bed on the wall so that I can see my daughter
8  all the time.**
9      Q.   How did that make you feel seeing your
10  daughter once you got out of your coma?
11      **A.  Sir, I feel that I'm not with my daughter
12  and I don't know with this condition I will be able
13  to recover myself because my condition will get
14  very much worse.  And I was -- I cried a lot.  Those
15  were my crying days.  I cried (inaudible) for
16  everything that happened to me.**
17      Q.   How are you doing today?  How are you
18  feeling today in your mind and body?  What worries
19  you the most about where you are today?  Tell us
20  about that.
21      **A.  Well, I am jobless.  I'm having my toes
22  are amputated and I have problems.  So I -- so this
23  company and the captain is still responsible for
24  all my sufferings, pain and sufferings.**
25      Q.   Do you want -- you obviously want your

235

1  lawsuit to proceed in America against EPS
2  Singapore, right?
3      **A.  Yes, sir.**
4      Q.   And explain to the lawyers from EPS
5  Singapore why that is, Mr. Kholkar.
6      **A.  Sir, can you repeat your question?**
7      Q.   Yes.  Explain to them why.
8      **A.  Sir, because EPS sent order to (inaudible)
9  in Savannah, Georgia.  So I think, and also EPS
10  Singapore is not also Indian company so I -- so I
11  think and I believe that my suit in USA is the
12  correct thing.**
13      Q.   What happens, tell me in India some young
14  man like you, what -- how is some young man like
15  you who's missing his toes and who's sick and who's
16  jobless right now, how are you viewed by your
17  society, by your peers, by people in India?  How is
18  it that you're viewed?  How do people see you or
19  how do you feel?
20      **A.  Sir, this is really (inaudible) that I was
21  working before on ship.  Now I am jobless right
22  now, and I have to wear socks all the time whenever
23  I go outside so that people do not see my toes.
24  Then people ask me when you are going back to ship
25  again or something like that.  And they know that I**

236

1  **was, almost died.  So they always say to me that
2  your mother and your father, they were like
3  terrible.  They was on -- sleeping on the floor,
4  like how they were crying a lot.  This is what they
5  tell -- what -- what they told me.  (Inaudible) and
6  others, they still tell me that I was not well.  I
7  almost died on-board.**
8      Q.   If you have to have -- if you have to have
9  left hip replacement to help your situation with
10  your necrosis in the future, are you ready to do
11  that if you had the money, if we can get you the
12  money for that?
13      **A.  Yes, sir, I will -- I will try to.  I will
14  do it.**
15      Q.   All right.  Those are all the questions I
16  have for you, Mr. Kholkar.  Thank you so much.
17  Appreciate it.
18  BY MR. BROWN:  Just a few follow-up.
19      Q.   Mr. Kholkar, during any of the breaks
20  today have you spoken with anybody?
21      **A.  No, sir.**
22      Q.   Okay.  So the break we took between my
23  questions and your lawyer's questions did you speak
24  to anybody by phone?
25      **A.  No, sir.**

237

1    Q.   Have you been texting with anybody during
2  any breaks today?
3    A.   No, sir.
4    Q.   Thank you.  Mr. Sotolongo, your lawyer,
5  asked about repellent aboard the ship.  Did you
6  have any of your own bug spray or bug repellent
7  with you when you were on Stargate?
8    A.   No, sir, I don't have my -- my own bug
9  spray, I don't have.
10   Q.   When you were getting bitten by bugs
11  according to you on the ship, did you ask any of
12  the other crew members if they had bug spray you
13  could use?
14   A.   Sir, I asked the second officer.
15   Q.   Sure, I understand that.  Did you ask
16  anybody else, any of your friends, the other ABs or
17  the boson, can I use your bug spray?
18   A.   No.
19   Q.   Did you have any of your own personal
20  medications aboard that ship?
21   A.   Yes, sir.  Yes, sir.
22   Q.   What medications did you have with you?
23   A.   I took some Vicks, that is some ointment
24  and some (inaudible).
25   Q.   I heard Vicks.  Could you please repeat

238

1  the other thing you said.
2    A.   Sir, Vicks is an ointment so it's
3  sometimes you get a headache and all, then you have
4  to put around (inaudible).  It's an ointment.
5    Q.   And you said ointment for a headache?
6    A.   Just -- yeah.
7    Q.   Okay.  Did you bring that with you from
8  India or did you buy it somewhere?
9    A.   No, I brought that from my place, from
10  India.
11   Q.   Did you buy any medication in any port
12  while you were serving on Stargate?
13   A.   No, sir.
14   Q.   Did you ever take any medications given to
15  you by other members of the crew?
16   A.   Yes, sir.
17   Q.   What did you take?
18   A.   Sir, when I went to second officer for the
19  medicine, he told me that he already spoken to the
20  third engineer and the one (inaudible) and they
21  will give you some medicine.
22       So I went to the third engineer and I ask
23  for the medicine and he gave me some powder and I
24  as remember, maybe a tablet.  And he told me that
25  the powder should be mixed in hot water and me to

239

1  drink.  And also, same time I went to AB cabin
2  (inaudible) and he give me some tablets and I took
3  it.
4    Q.   What tablet did the third engineer give
5  you?
6    A.   Sir, I don't have any idea what tablet.
7    Q.   What tablet did the AB give you?
8    A.   Sir, I don't have any idea.
9    Q.   Your lawyer was asking about whether
10  anyone emailed you while you were in the hospital
11  in Brazil.  Did you have an email account that you
12  could check from the hospital in Brazil?
13   A.   I was (inaudible) so I having access to my
14  Gmail.
15   Q.   Okay.  So through the phone that you no
16  longer have you had access to Gmail while you were
17  in the hospital, correct?
18   A.   Yes, the Gmail, yes, sir.
19   Q.   Do you have a Google Drive account?
20   A.   I have.
21   Q.   Okay.  Have you ever searched your Google
22  Drive for any evidence that might be related to
23  this case?
24   A.   No, sir.
25   Q.   When you sent -- when you sent messages

240

1  from the phone you no longer have to your lawyers,
2  did anyone tell you that you need to preserve that
3  phone?
4        MR. SOTOLONGO:  Objection, misstates any
5  testimony that he's been sending any messages to
6  his lawyers on that phone.
7    Q.   I'll rephrase for clarity, thank you.
8        Mr. Kholkar, do you remember earlier we
9  discussed the set of text messages you had with
10  with Captain (inaudible)?
11   A.   Yes, sir.
12   Q.   And you sent those messages to your
13  lawyers so they -- you sent those messages to your
14  lawyers, correct?
15   A.   Yes, as I recall, yes.
16   Q.   Okay.  Did anyone tell you that you need
17  to preserve or save the phone that had those
18  messages?
19   A.   Sir, those were messages so they're in my
20  (inaudible).  They were there but I don't have 2016
21  messages.
22   Q.   Did anyone ever tell you that you need to
23  save the phone that you used on-board the ship?
24   A.   No, sir.
25       MR. SOTOLONGO:  I'm going to object to the

241

1 form of that question because he doesn't have a
2 timeline.
3     MR. BROWN: He answered.
4     MR. SOTOLONGO: Well, so I'm still
5 objecting on a time frame.
6 BY MR. BROWN:
7   Q.  Mr. Kholkar, did you testify that the AB
8 gave you antimalarial tablets?
9     MR. SOTOLONGO: Form. Mr. (inaudible)
10 what period of time are we talking about?
11   Q.  Yeah, and I may misunderstand. Did the AB
12 ever give you any tablets between Gabon and Brazil?
**13   A.  Sir, in Brazil when I was -- when I was**
**14 trying to get medicines from second officer, that**
**15 time second officer told me speak with AB and AB**
**16 give me some tablets.**
17   Q.  And you don't know what those tablets are,
18 correct?
**19   A.  No, sir, I don't know what I was --**
20   Q.  Okay. At the time you traded in the phone
21 you had on Stargate, had anyone told you that you
22 needed to save that phone?
**23   A.  No, sir, not (inaudible).**
24   Q.  Okay. I don't have any other questions.
25 Thank you.

242

1 BY MR. SOTOLONGO: I have some. I have some
2 follow-up questions.
3   Q.  Mr. Kholkar, the medications that you got
4 aboard ship when the ship was in Brazil, those
5 medications, some of them came from you and then
6 the other medications came from the other crew
7 members?
**8   A.  Yes, sir, from third engineer and one from**
**9 AB.**
10   Q.  Okay. At any time -- let me ask you
11 something. I thought at one point you had
12 indicated that when you did ask the officer
13 on-board for medication from the ship, that the
14 officer had told you something that he had already
15 sent the list to the agent and then he would throw
16 the list off. Did I understand you to say
17 something like that?
18     MR. BROWN: Form.
**19   A.  Yes, sir, when I asked second officer to**
**20 give me some medicines from the hospital, so he**
**21 told me that, Vishu, I have sent -- I have prepared**
**22 the list. I have already sent to the boat, so if I**
**23 use some -- some medicine from it and if it go to**
**24 the shore, if it get brought to the shore, if**
**25 somebody comes to check and what if they do not**

243

1 find the exact (inaudible). So -- and so just try
2 to take medicine from -- he did speak with the
3 third engineer already and they will give you.
4   Q.  And is that what happened?
**5   A.  Yes, sir, they give -- the second officer**
**6 gave me medicine from the hospital or from ship.**
7   Q.  You were also asked -- you were also asked
8 about your temperature being taken on the ship
9 before you were sent to the hospital. Remember
10 that question?
**11   A.  Yes, I remember.**
12   Q.  And I think you answered you did not
13 remember your temperature being taken before you
14 went to the hospital. Was that your answer?
**15   A.  Yes, sir, nobody was in my cabin since I**
**16 was in my cabin.**
17   Q.  Let me do it this way. How many days
18 would you say you were on the ship with fever? How
19 many days more or less would you say you were on
20 the ship telling them you have fever? Give me a
21 number.
**22   A.  Sir, from -- from 20, 2-0 May, I started**
**23 complaining that I'm having a fever until 27th, I**
**24 was telling I have a fever.**
25   Q.  On the first time you reported having a

244

1 fever, whether it was the 20th or whether it was
2 the 22nd, okay, it doesn't matter to me, when you
3 first reported did they take your temperature that
4 day?
**5   A.  No, sir, nobody took my temperature.**
6   Q.  Let's say that was on the 22nd. If you
7 reported to them on the 23rd again, did they take
8 your temperature on the 23rd or on the 24th?
**9   A.  No, sir, nobody took my temperature.**
10   Q.  Did they take your temperature on the 25th
11 or on the 26th? When did they -- when did they --
12 did they take your temperature as far as you
13 remember between May 20th and May 25th, yes or no?
**14   A.  Sir, nobody visited cabin for to take my**
**15 temperature.**
16   Q.  Okay. So you remember that some of the
17 crew members gave you some of their medicine but
18 you don't remember having your temperature taken,
19 is that correct?
**20   A.  Yes, sir.**
21   Q.  Mr. Kholkar, were you a good employee for
22 EPS Singapore, were you a good able man, able-
23 bodied man?
**24   A.  Yes, sir.**
25   Q.  Did you always follow all the rules or

245

1  instructions?
2     **A.  Yes, sir.**
3     Q.   Did they ever write you up?  Did they ever
4  write you up or give you a warning for not
5  following instructions, or not taking medications
6  or anything to that effect while you worked for --
7  for EPS Singapore?
8     **A.  Sir, not any (inaudible) to me, given to**
9  **me.**
10    Q.   Were you due for a promotion?  Were you
11 due for a promotion at any time during this time?
12 What was your next promotion supposed to be?
13    **A.  Sir, my next promotion supposed to be a**
14 **boson.**
15    Q.   And when would that have been?
16    **A.  Sir, before I joined Stargate, they called**
17 me and they told me that (inaudible) went on
18 Stargate and my wife was pregnant at that time.  So
19 I told them that I couldn't able to join, but after
20 some days they called me and they said there had --
21 there had been some emergency.  One AB has broken
22 his leg so you should join the vessel because you
23 had a promotion.  You are working for us since many
24 years so you get a promotion on-board.
25    Q.   How much does a boson make more or less a

246

1  month?
2     **A.  Sir, almost 200 dollars more than AB, as**
3  **I -- as I recall.**
4     Q.   And you said you had to join the ship
5  because there was an emergency, someone broke their
6  leg, another crew member?
7     **A.  Yes, sir.**
8     Q.   On that same ship, on Stargate?
9     **A.  Yes, sir.**
10    Q.   And that's why you joined it in December
11 of 2016?
12    **A.  Yes, sir, it was emergency.**
13    Q.   All right.  And they had promised you a
14 promotion to boson?
15    **A.  Yes, sir, correct.**
16    Q.   Do you have any idea what happened to that
17 crew member that broke his leg that you had to go
18 and replace, do you know what happened, how he got
19 hurt?
20    **A.  So by the time I joined the vessel he was**
21 **transferred to the hospital and now -- now he's**
22 **working I think in the company.  I don't know.  I**
23 **have no contact with him.**
24    Q.   I just wanted to know if you knew the
25 facts of his accident or whatever had happened to

247

1  him.  All right.  Those are all my questions,
2  Mr. Kholkar.  Thank you so much.
3     BY MR. BROWN:
4     Q.   Mr. Kholkar, you just testified about,
5  according to you, being promised a promotion to
6  boson.  Did I hear that correctly?
7     **A.  Yes, sir, correct.**
8     Q.   Do you have that promise in writing
9  somewhere?
10    **A.  So when -- from the office -- from the**
11 **office.  I remember the guy's name.  His name was**
12 Hasheen (phonetic).  He called me and he told me
13 that, Vishu, you are having a promotion so you go
14 and join the vessel.  By phone he told me.
15    Q.   Okay.  By phone he told you were going
16 out to join the ship as an AB, right?
17    **A.  Yes, sir, I'll be joining as AB and I will**
18 **get on-board promotion as a boson.**
19    Q.   You don't have that in writing anywhere?
20    **A.  No, sir, he called me to ask me for**
21 **joining and at that time he said.**
22    Q.   Your attorney asked you about how much a
23 boson makes.  Do you know how much a steward for
24 EPS makes?
25    **A.  Sir, I don't recall now, yes.**

248

1     Q.   Do you know how much a cook on an EPS ship
2  makes?
3     **A.  As I recall, sir, boson and cook, chief**
4  **cook they're having same pay, as I recall.  I'm not**
5  **sure on this.**
6     MR. BROWN:  No other questions.  Thank you
7  for your time, sir.
8     MR. SOTOLONGO:  Thank you, Mr. Kholkar.
9  We appreciate you hanging in there with us today.
10 Thank you so much for your time, okay?
11    THE WITNESS:  Yes, sir.
12    MR. SOTOLONGO:  And everyone else as well,
13 including the court reporter, the videographer and
14 everyone else on this Zoom meeting today.  I guess
15 we're done.  We're going off the record, right?
16    COURT REPORTER:  Right.  I can take
17 transcript orders before everyone signs off, and
18 also did you want the exhibits attached?
19    MR. SOTOLONGO:  I didn't hear the first
20 part.
21    MR. BROWN:  Transcript orders and I'll be
22 submitting the exhibits to you.  Please do attach
23 them.
24    MR. SOTOLONGO:  Yes, we'll take, we have a
25 video as well, right?

249

1      MR. BROWN:  Yes.
2      MR. SOTOLONGO:  We'll take a video as
3  well.  All right.
4      MR. BROWN:  Same here.  Thank you.
5      MR. SOTOLONGO:  Thank you, sir.  I
6  appreciate you hanging in there for us today.  All
7  right.  You know what, let's read.  We're going to
8  read.
9      COURT REPORTER:  Okay.
10      MR. SOTOLONGO:  Send it to me,
11 psotolongo@sotolongolaw.com, P for my first
12 initial, my last name, psotolongo@sotolongolaw.com.
13      COURT REPORTER:  Okay, thank you.
14      MR. SOTOLONGO:  Thank you so much
15 everyone.
16      (Off the record at 2:11 p.m.)
17
18
19
20
21
22
23
24
25

250

1      CERTIFICATE OF DEPONENT
2
3      I hereby certify that I have read and examined
4  the aforegoing transcript, and the same is a true
5  and accurate record of the testimony given by me.
6      Any records or corrections that I feel are
7  necessary, I will make on the enclosed Errata Sheet
8  which will be attached to the transcript.
9
10
11
12  _____
13  Kholkar Vishveshwar Ganpat
14
15
16  _____
17  Date
18
19
20
21
22
23
24
25

251

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2      I, Lynne Livingston, the officer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true and
5  correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting under my
8  supervision; and that I am neither counsel for or
9  related to, nor employed by any of the parties to
10 this case and have no interest, financial or
11 otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13 and affixed my notarial seal this 4th day of
14 September, 2022.
15      My commission expires January 6, 2023
16
17
18
19  _____
20  NOTARY PUBLIC IN AND FOR
21  THE STATE OF MARYLAND
22
23
24
25

## A

a-r-a-u-j-o
147:5

ab
31:21, 38:8,
42:2, 42:7,
44:21, 45:17,
45:20, 47:6,
70:3, 89:16,
90:1, 90:11,
100:2, 106:1,
106:3, 106:8,
106:16, 106:19,
109:15, 110:1,
110:8, 111:1,
141:14, 158:9,
164:22, 165:16,
213:5, 239:1,
239:7, 241:7,
241:11, 241:15,
242:9, 245:21,
246:2, 247:16,
247:17

abandoned
31:2, 31:7,
31:9, 32:5,
168:13, 168:17,
169:1, 223:20,
223:21

abidjan
41:10, 41:11,
52:15, 52:18,
52:20, 52:24,
54:9, 54:18,
54:23, 55:2,
56:20, 57:9,
61:17, 62:1,
62:6, 62:9,
62:11, 207:10,
211:1, 211:17,
227:11, 227:15,
227:23, 228:6

ability
8:8, 142:22,
143:6, 143:14,
201:15

able
8:5, 25:22,

30:13, 31:16,
36:2, 42:6,
66:24, 71:16,
106:11, 107:9,
124:9, 136:2,
137:5, 142:19,
144:21, 145:9,
146:1, 146:12,
146:16, 148:1,
164:20, 169:4,
169:12, 169:16,
171:23, 172:3,
172:12, 181:11,
186:10, 186:13,
190:10, 195:25,
197:3, 213:14,
231:10, 234:2,
234:12, 244:22,
245:19

able-bodied
38:8, 41:18,
41:23, 136:3,
136:6

aboard
15:14, 15:19,
18:11, 20:16,
23:8, 23:21,
39:25, 106:17,
106:22, 110:9,
136:9, 136:17,
136:25, 137:18,
140:8, 206:5,
229:24, 237:5,
237:20, 242:4

above
200:18

abroad
30:3

abs
71:3, 106:22,
237:16

accept
74:16, 173:3,
173:6, 173:13

access
66:16, 239:13,
239:16

accident
18:11, 18:19,

18:24, 201:11,
246:25

accidents
201:13

accomplished
126:3

accordance
20:15

according
20:22, 26:3,
26:5, 26:16,
27:14, 29:1,
34:2, 34:5,
34:7, 38:5,
39:13, 43:6,
74:4, 100:20,
101:19, 112:1,
112:12, 113:24,
117:17, 166:4,
166:24, 195:4,
202:1, 207:13,
210:25, 220:12,
222:5, 228:1,
237:11, 247:5

account
29:16, 183:2,
183:10, 239:11,
239:19

accurate
8:2, 38:1,
105:1, 250:5

accused
164:8

acknowledged
160:6

action
1:8

active
190:9, 190:12

activities
186:5

actually
35:3, 61:21,
79:19, 100:2,
100:6, 104:21,
125:6, 167:14,
184:11

added
157:2

addition
34:20, 201:3,
202:3, 204:18,
215:13

additional
202:2, 219:22,
224:18

address
172:16

administered
204:3

admiralty
1:10

admission
122:22, 133:2,
134:7

admissions
6:9, 6:10,
125:3

admitted
123:3

advice
35:8, 129:21,
174:22, 175:7,
216:4, 216:6

advise
173:6, 173:17,
173:25

advised
148:17, 149:17,
173:8, 173:19,
174:3, 187:13,
232:25

aero
118:12

affect
8:8

affected
101:9

affixed
251:13

aforegoing
250:4

africa
41:3, 41:4,
41:13, 41:16,
51:20, 51:21,
51:22, 77:1,

97:19, 160:9,
160:13, 160:22,
161:5, 221:5
**african**
51:24, 96:19,
97:6
**after**
7:4, 29:19,
31:12, 31:18,
32:4, 32:5,
61:1, 68:22,
73:14, 86:6,
87:6, 90:13,
92:8, 92:14,
92:18, 92:23,
93:14, 98:5,
98:11, 98:20,
98:23, 99:6,
99:24, 100:14,
101:4, 102:2,
102:5, 103:13,
107:12, 107:21,
114:2, 116:2,
121:5, 122:9,
123:9, 124:9,
124:11, 124:20,
125:19, 126:24,
133:1, 136:22,
137:22, 137:24,
139:13, 145:25,
151:13, 152:12,
152:15, 163:20,
167:3, 167:7,
167:12, 168:19,
168:25, 170:19,
179:16, 180:2,
180:11, 180:19,
181:5, 181:7,
181:8, 186:8,
189:23, 190:2,
190:6, 212:13,
226:4, 226:5,
245:19
**afternoon**
193:23
**again**
15:5, 19:14,
21:11, 23:18,

24:10, 24:12,
25:14, 26:13,
26:22, 33:2,
39:22, 47:2,
52:13, 58:8,
58:11, 61:19,
62:17, 83:1,
86:6, 90:7,
92:2, 94:16,
135:21, 135:25,
136:4, 142:1,
167:8, 181:6,
183:20, 209:19,
210:6, 214:16,
220:16, 224:10,
224:11, 225:10,
235:25, 244:7
**against**
205:15, 235:1
**agency**
153:2
**agent**
169:8, 242:15
**ago**
8:16, 13:3,
32:9, 97:20,
185:2
**agree**
9:6, 9:24,
9:25, 15:24,
21:23, 31:2,
34:10, 34:15,
37:4, 45:9,
69:14, 72:8,
77:25, 79:16,
90:23, 109:17,
111:8, 111:17,
118:21, 124:22,
131:6, 131:16,
139:22, 140:4,
157:7, 158:12,
162:20, 169:20,
185:16
**agreed**
21:2, 24:8,
24:12
**agreement**
5:13, 5:14,

10:22, 10:25,
11:3, 11:8,
11:19, 12:4,
12:5, 12:9,
12:12, 13:2,
15:9, 15:25,
16:6, 16:10,
16:16, 16:24,
20:14, 20:22,
20:23, 21:4,
21:16, 21:25,
24:1, 24:24,
25:5, 25:10,
25:15, 27:1,
27:21, 27:25,
28:16, 28:19,
29:1, 33:9,
33:11, 33:13,
34:12, 193:25,
194:2, 195:11,
196:18, 199:22,
199:25, 200:6,
202:1, 202:17,
202:21, 205:2
**agrees**
11:24, 11:25
**ahead**
16:13, 36:23,
63:2, 99:17,
107:23, 132:8,
194:9
**air**
86:13
**air-conditioned**
86:16
**air-conditioning**
98:3
**airbnb**
138:8, 139:5
**aircraft**
118:13
**airplane**
29:25
**alia**
21:6, 24:16
**alive**
32:22
**allegations**
62:22, 63:1,

157:15
**allow**
70:25, 175:15
**allowed**
164:19, 164:23,
165:12, 165:17,
167:11, 167:22,
215:9
**almost**
163:1, 209:12,
236:1, 236:7,
246:2
**alone**
174:4, 213:10,
233:15, 233:19
**along**
130:20, 130:24
**already**
34:22, 48:16,
60:16, 86:23,
102:15, 131:10,
133:3, 133:10,
157:25, 168:2,
175:1, 224:17,
238:19, 242:14,
242:22, 243:3
**also**
4:23, 39:2,
45:17, 62:15,
81:11, 83:3,
95:10, 98:15,
101:21, 104:8,
111:23, 112:17,
113:9, 113:10,
113:11, 113:12,
116:11, 116:13,
116:14, 117:10,
129:9, 132:16,
135:23, 137:3,
138:13, 147:4,
150:17, 151:22,
157:2, 157:3,
179:25, 195:19,
198:1, 198:4,
213:15, 215:14,
215:15, 217:14,
217:15, 220:15,
221:17, 222:17,

226:24, 227:11,
227:22, 230:13,
230:22, 231:15,
234:4, 235:9,
235:10, 239:1,
243:7, 248:18
**alvarez**
4:25, 194:11,
202:16, 202:22,
202:25, 204:1,
207:3, 218:13,
218:16, 218:20
**always**
8:24, 146:10,
236:1, 244:25
**ambulance**
152:11
**amended**
156:9, 157:4,
170:24
**america**
205:9, 235:1
**american**
154:15
**amongst**
22:24
**amounts**
138:2
**amputated**
169:21, 169:24,
170:2, 170:12,
170:16, 170:17,
170:19, 170:20,
188:4, 190:1,
232:9, 232:21,
233:6, 233:12,
234:22
**amputating**
232:15, 232:17
**amputation**
128:20
**amputations**
170:6
**amsterdam**
53:2, 53:4,
53:8, 54:10,
211:19
**anchor**
100:22, 104:18,

114:3, 114:5,
163:17, 166:16,
166:23
**anchorage**
87:18, 87:25,
88:4, 88:6,
88:7, 100:9,
100:12, 100:15,
101:4, 103:7,
112:16, 166:4,
167:4
**anchored**
100:16, 166:6
**angry**
95:5, 95:14,
160:16, 160:17
**anil**
203:9, 205:19
**annex**
12:2, 12:13,
16:1, 16:10,
16:23, 26:25,
27:15
**another**
10:16, 26:4,
51:24, 54:1,
59:19, 125:3,
127:16, 141:4,
157:3, 179:23,
202:12, 212:21,
215:14, 246:6
**answer**
10:5, 34:24,
34:25, 35:15,
36:3, 41:8,
44:1, 69:19,
108:16, 108:18,
114:21, 132:5,
158:20, 162:24,
163:7, 165:24,
174:9, 174:21,
174:25, 175:3,
175:4, 175:8,
175:22, 177:1,
193:17, 218:17,
218:21, 218:22,
243:14
**answer's**
133:17, 218:14

**answered**
44:5, 71:6,
78:8, 84:15,
115:18, 115:23,
143:15, 156:21,
165:18, 175:1,
178:9, 241:3,
243:12
**answering**
176:4
**answers**
218:23
**antimalaria**
55:17, 93:4,
93:7, 93:16,
95:5, 95:19,
95:23, 96:12,
96:17, 160:6,
160:12, 160:21,
161:17, 219:22,
220:13, 221:7,
227:20
**antimalarial**
92:24, 94:15,
94:19, 95:1,
159:9, 160:24,
241:8
**anybody**
36:16, 49:1,
49:3, 49:4,
49:12, 49:14,
122:2, 122:9,
187:24, 188:11,
188:24, 189:4,
189:8, 215:8,
222:25, 223:1,
223:12, 236:20,
236:24, 237:1,
237:16
**anyhow**
57:17
**anymore**
10:5, 174:12,
174:15, 175:15,
185:16, 188:23,
192:19, 224:3
**anyone**
45:12, 45:25,

49:16, 63:9,
63:15, 75:9,
104:13, 120:5,
135:13, 164:18,
164:22, 173:6,
173:17, 173:25,
183:9, 191:23,
192:5, 215:6,
223:9, 223:11,
223:18, 223:19,
226:17, 226:22,
228:18, 228:19,
229:13, 233:16,
233:17, 239:10,
240:2, 240:16,
240:22, 241:21
**anyplace**
83:15
**anything**
35:22, 48:6,
49:13, 61:13,
63:18, 63:20,
67:1, 78:21,
84:12, 110:5,
116:3, 119:9,
121:6, 129:23,
134:18, 139:7,
150:15, 155:17,
157:8, 158:20,
166:2, 186:9,
186:16, 187:11,
190:4, 190:14,
204:9, 210:21,
212:12, 224:22,
224:25, 226:8,
231:8, 231:10,
245:6
**anywhere**
247:19
**apart**
95:15
**app**
185:11, 191:6
**apparently**
13:9, 184:12,
207:9
**appear**
138:3

appears
17:7, 20:11,
209:22, 210:1
applicable
197:19
applications
140:22
applied
136:16, 137:1,
140:21, 141:1,
141:8, 141:9
applies
28:19
apply
133:8, 134:23,
175:19
applying
134:24, 194:6,
194:20
appointed
173:10, 173:14
appreciate
15:6, 32:1,
37:6, 60:3,
236:17, 248:9,
249:6
approached
122:20, 135:12
appropriate
153:16
approved
19:24, 120:17,
121:12
approximately
27:9, 40:7,
78:6, 94:5,
101:7, 138:24,
204:12, 213:22
april
125:1, 125:17,
125:23, 126:6,
126:22, 127:13,
127:24, 127:25,
129:13, 219:17,
224:12, 224:17,
225:10, 226:5
aprons
79:11

araujo
147:1, 147:21,
148:17, 150:4,
188:10
area
20:11, 81:14,
84:18, 84:19,
84:20, 87:11,
144:12
aren't
132:20
arms
64:2, 86:20
around
12:22, 92:12,
99:11, 100:25,
142:12, 152:15,
227:7, 238:4
arrange
103:9
arrested
204:21, 205:9,
205:14
arrival
162:8, 211:17,
211:22
arrived
164:6, 167:3,
218:4
arriving
87:18, 96:1
arts
134:14, 134:16
arul
45:20, 47:6,
50:6, 50:10,
50:14, 106:13
ashby
4:24
ashore
40:12, 68:10,
73:15, 73:24,
74:19, 74:22,
74:25, 83:17,
85:18, 87:6,
98:6, 109:15,
168:25, 188:25
asked
12:21, 32:24,

36:1, 44:5,
57:5, 62:22,
62:23, 68:20,
71:6, 78:8,
84:15, 92:1,
95:7, 102:13,
103:5, 112:6,
115:18, 115:23,
119:21, 119:23,
120:6, 120:8,
120:24, 122:8,
122:9, 135:17,
135:25, 137:4,
143:15, 153:14,
154:1, 154:3,
156:21, 159:14,
163:6, 165:13,
165:18, 175:5,
175:6, 178:9,
183:9, 189:20,
189:23, 191:23,
192:2, 198:2,
198:8, 205:14,
207:21, 218:18,
224:19, 225:23,
227:4, 227:6,
227:8, 237:5,
237:14, 242:19,
243:7, 247:22
asking
7:22, 22:13,
47:12, 63:11,
69:13, 69:17,
69:18, 69:19,
69:20, 105:10,
109:14, 115:19,
124:2, 124:3,
133:24, 143:12,
159:15, 170:25,
198:9, 223:6,
224:16, 239:9
assign
189:21
assisting
110:8
assume
8:11
assure
160:11

attach
248:22
attached
5:10, 9:14,
11:2, 12:2,
16:1, 28:2,
37:16, 44:10,
44:17, 51:3,
55:12, 71:23,
73:3, 73:22,
75:18, 77:5,
109:3, 114:14,
116:19, 119:17,
125:15, 127:4,
128:8, 130:11,
171:10, 176:15,
248:18, 250:8
attendance
118:11
attended
219:16
attention
30:4, 30:5,
63:13, 118:22,
218:25
attorney
7:20, 131:12,
174:10, 174:20,
175:16, 175:23,
247:22
attorneys
7:7, 66:7
august
1:18, 40:3,
40:6, 40:13,
49:5, 116:7,
123:4, 123:6,
124:17, 126:18,
170:18, 223:24,
225:9
availability
135:18
available
192:3
avoid
99:14, 164:9,
177:5
awake
107:5, 115:16,

115:22, 115:24, 121:20

aware
119:18, 120:16, 172:22, 173:21, 212:12, 214:18

away
89:24, 90:2, 90:9, 124:12, 142:3

**B**

b-h-a-s-i-n
190:22

bachelor
134:14, 134:16, 134:19, 135:8

bachelor's
132:20

back
12:13, 13:12, 13:14, 13:19, 14:16, 15:6, 17:18, 18:15, 25:2, 26:20, 28:7, 33:8, 42:16, 42:24, 54:5, 54:17, 66:10, 66:13, 74:10, 79:15, 80:21, 80:24, 81:3, 85:21, 92:7, 92:16, 92:19, 99:17, 99:25, 114:15, 116:14, 124:25, 125:17, 125:25, 126:21, 137:9, 140:24, 141:7, 141:11, 146:23, 147:11, 150:22, 150:23, 162:6, 187:19, 187:20, 187:22, 188:1, 188:8, 190:21, 192:21, 192:22, 193:7, 193:22, 193:24, 202:14,

223:9, 227:22, 235:24

backed
191:12, 191:14, 191:16, 191:17, 191:25, 192:6, 192:11

background
82:23

backside
148:3

bad
151:18, 151:20

baggage
121:25

baltimore
3:11

bandages
231:13

bar
68:11, 68:12, 76:8

barranquilla
53:12, 53:21, 53:24, 54:2, 54:11, 66:15, 66:25, 67:4, 67:9, 67:24, 93:15

bars
68:8

based
198:17, 219:5

basic
19:20, 27:14, 133:7

bates
17:1, 17:2, 55:9, 75:15, 108:25, 114:12, 122:22, 125:9

beach
3:21

beating
10:6

became
46:19, 47:9, 101:11, 121:16,

181:5, 214:17, 231:22

because
18:7, 23:25, 36:24, 43:15, 50:3, 59:16, 61:25, 63:11, 63:18, 64:16, 67:8, 70:24, 86:23, 89:15, 96:12, 97:9, 101:16, 103:5, 104:7, 104:19, 116:1, 121:24, 122:10, 122:11, 129:19, 133:8, 135:8, 136:12, 137:2, 137:7, 138:13, 145:24, 146:9, 146:10, 152:10, 153:9, 154:4, 156:9, 158:9, 160:2, 167:8, 167:16, 167:19, 170:11, 170:13, 171:18, 175:13, 178:16, 189:22, 190:8, 192:18, 192:20, 193:4, 201:8, 205:1, 205:7, 206:18, 212:23, 213:13, 215:10, 215:19, 216:2, 225:4, 225:14, 227:6, 230:12, 230:17, 231:7, 231:22, 232:2, 234:13, 235:8, 241:1, 245:22, 246:5

become
27:11, 231:25

becoming
49:17, 154:12

bed
231:9, 231:11, 234:7

been
7:5, 26:2, 32:14, 34:22, 41:2, 41:4, 41:10, 51:25, 60:12, 66:3, 68:9, 79:20, 104:22, 105:3, 112:25, 113:7, 113:14, 115:5, 124:11, 127:23, 135:12, 138:6, 146:1, 146:16, 149:13, 151:18, 153:23, 172:16, 185:8, 188:8, 189:4, 189:9, 193:2, 193:12, 201:15, 203:19, 204:16, 212:11, 213:16, 213:18, 213:19, 219:22, 231:2, 237:1, 240:5, 245:15, 245:21

beer
75:25, 83:10, 83:21, 84:12, 84:24, 86:1, 86:2, 86:3, 183:13

beers
82:3, 85:23

before
2:23, 7:23, 15:21, 17:23, 66:15, 76:22, 81:23, 93:11, 108:5, 109:4, 114:21, 116:10, 125:22, 136:21, 136:22, 140:8, 140:10, 140:15, 141:17, 141:23, 149:15, 149:18, 149:19, 149:21, 150:21, 155:12, 156:24, 159:7,

160:21, 161:24, 162:3, 162:8, 163:9, 210:6, 217:19, 219:18, 220:2, 220:14, 229:5, 232:21, 235:21, 243:9, 243:13, 245:16, 248:17, 251:2

**beg**
230:6

**began**
52:11

**begged**
164:7, 230:7, 230:9, 230:10

**begging**
164:15

**beginning**
13:9, 56:3, 130:22, 210:10

**begins**
125:9

**behalf**
3:5, 3:16, 4:5, 7:10, 7:12, 7:14, 195:2, 196:4, 196:12, 203:1, 203:2

**behind**
83:4

**being**
64:9, 65:1, 65:5, 71:24, 78:14, 78:18, 84:16, 95:17, 97:21, 98:13, 99:14, 99:15, 105:8, 115:16, 115:21, 165:9, 201:17, 224:19, 227:24, 232:8, 232:12, 243:8, 243:13, 247:5

**believe**
7:7, 23:10, 30:18, 35:17, 51:21, 69:16,

198:12, 200:15, 206:6, 214:17, 219:4, 235:11

**believed**
230:2

**below**
101:4, 130:23, 130:25, 196:21

**benefit**
21:5, 22:1, 24:15

**benefits**
21:3, 21:17, 21:24, 22:5, 24:5, 24:13, 26:11, 29:10

**besides**
45:14, 46:1, 47:4, 47:6, 47:14, 135:10, 186:17, 187:8, 188:7

**best**
158:21

**better**
148:11, 175:21, 187:12, 214:7

**between**
11:3, 12:15, 14:3, 15:13, 24:3, 39:20, 40:12, 61:4, 194:2, 204:3, 207:10, 210:24, 236:22, 241:12, 244:13

**bhasin**
190:22, 190:23, 191:3, 191:7, 191:11

**big**
26:19, 126:1, 126:11, 129:9, 233:12

**bigger**
98:21, 197:15

**billet**
44:18

**bills**
23:16, 23:20, 30:20, 30:22, 34:21, 222:24

**bio-d3**
147:7, 147:17, 148:20, 149:9, 149:13

**birth**
141:22, 206:12

**bit**
50:17, 87:13, 99:17, 149:10, 183:19, 193:2, 216:14, 217:9

**bite**
64:19, 65:9, 65:14, 87:12, 98:9

**bites**
65:24, 85:6, 85:17, 86:24, 87:3, 87:5, 177:5, 177:9, 226:25

**biting**
64:20, 177:19, 227:8

**bitten**
64:3, 64:9, 64:22, 65:1, 65:5, 97:23, 98:13, 99:15, 237:10

**black**
170:12, 170:13, 232:11, 232:20, 232:21, 232:24, 232:25, 233:5

**blame**
222:13, 222:15

**blamed**
96:1

**blaming**
95:13, 96:5, 161:1

**blue**
75:23

**boat**
152:14, 242:22

**bodied**
244:23

**body**
88:16, 111:5, 142:21, 231:12, 234:18

**boiler**
177:2

**born**
32:14, 37:19, 137:11, 137:15, 230:4, 233:3, 233:4

**borne**
19:4

**boson**
48:12, 48:14, 167:7, 167:20, 167:24, 237:17, 245:14, 245:25, 246:14, 247:6, 247:18, 247:23, 248:3

**both**
12:3, 147:20, 171:14, 232:20

**bottle**
85:25

**bottom**
17:5, 41:14, 77:22, 195:22, 197:9, 207:20

**bought**
180:3, 181:19

**box**
89:9, 89:20, 89:22, 89:23, 89:25, 90:1, 90:12, 90:14, 90:17, 90:19, 90:22, 91:1, 91:3, 91:4, 91:23, 91:25, 159:19, 160:16, 160:17, 197:11

**boxes**
92:11, 92:16

**brazil**
29:20, 30:10,
30:21, 31:3,
31:9, 32:4,
32:5, 45:16,
46:6, 46:15,
47:10, 47:23,
48:22, 48:24,
49:19, 49:20,
54:6, 54:15,
87:17, 99:18,
104:18, 107:4,
108:7, 115:17,
115:22, 116:22,
118:22, 119:1,
119:5, 119:8,
119:15, 119:19,
119:25, 120:6,
120:12, 120:19,
121:2, 121:8,
121:14, 123:10,
137:22, 137:25,
139:22, 161:11,
162:8, 164:6,
166:4, 166:6,
168:4, 168:8,
168:14, 168:17,
168:25, 169:5,
169:13, 170:9,
171:11, 177:20,
178:2, 178:8,
180:9, 181:5,
188:4, 188:18,
221:11, 221:18,
221:23, 223:17,
223:22, 232:1,
232:12, 239:11,
239:12, 241:12,
241:13, 242:4

**brazilian**
171:19

**break**
50:16, 50:19,
66:4, 66:5,
66:7, 114:9,
185:23, 193:3,
236:22

**breaks**
236:19, 237:2

**bridge**
70:4, 70:7,
70:11, 70:14,
70:16, 70:19,
71:4, 71:5,
71:11, 102:1,
102:3, 112:14,
112:18, 113:4,
167:16, 214:19,
214:21

**bring**
110:9, 194:10,
203:24, 238:7

**broke**
246:5, 246:17

**broken**
245:21

**brother**
121:22, 122:17

**brother-in**
120:24

**brother-in-law**
119:24, 120:2,
120:7, 120:18,
120:22, 121:10,
122:7, 122:19

**brothers**
229:11

**brought**
14:2, 107:10,
150:11, 159:19,
238:9, 242:24

**brown**
3:6, 5:5, 7:9,
7:18, 7:20,
12:18, 12:25,
13:15, 14:7,
14:13, 14:16,
15:2, 22:15,
22:23, 23:5,
35:14, 59:23,
60:2, 60:7,
66:11, 66:13,
105:9, 112:5,
112:10, 115:7,
115:12, 127:20,
127:22, 133:16,
133:21, 134:2,

153:16, 153:21,
166:20, 174:18,
174:24, 175:3,
175:18, 176:1,
176:6, 185:22,
186:3, 194:15,
195:6, 198:22,
199:1, 199:8,
199:17, 200:4,
200:25, 202:5,
202:7, 203:11,
203:15, 203:18,
204:24, 205:5,
205:11, 205:16,
205:18, 206:1,
206:20, 208:11,
208:14, 211:20,
212:1, 212:25,
215:23, 216:5,
216:17, 217:4,
218:6, 218:10,
220:3, 220:7,
220:16, 221:13,
226:9, 226:21,
227:17, 228:8,
232:14, 233:8,
233:18, 236:18,
241:3, 241:6,
242:18, 247:3,
248:6, 248:21,
249:1, 249:4

**browsing**
66:21, 67:8

**bug**
237:6, 237:8,
237:12, 237:17

**bugs**
237:10

**bulgarian**
45:6

**bulk**
38:14, 38:17,
38:20, 38:24,
39:2

**bunkers**
52:6

**busy**
70:20

**butov**
48:9

**buy**
187:1, 187:3,
238:8, 238:11

---

**C**

**cab**
152:8

**cabin**
32:20, 32:21,
46:21, 100:23,
102:6, 105:19,
105:22, 113:25,
114:3, 152:6,
163:25, 164:17,
164:18, 164:21,
164:23, 165:6,
165:15, 165:20,
166:1, 166:8,
167:10, 167:11,
167:20, 167:21,
167:23, 167:25,
213:19, 239:1,
243:15, 243:16,
244:14

**caifu**
152:5

**call**
10:16, 57:3,
135:20, 157:20,
169:8, 169:10,
169:15, 169:18,
190:7, 219:9,
219:14, 227:8

**called**
7:4, 12:5,
25:11, 121:23,
122:1, 134:11,
148:22, 149:25,
151:10, 152:16,
152:17, 157:4,
189:12, 189:20,
189:22, 190:6,
190:8, 190:12,
245:16, 245:20,
247:12, 247:20

**calling**
169:17, 189:23,

189:24, 190:2

**calls**
5:18, 35:24,
50:25, 63:14

**came**
31:20, 68:19,
68:20, 74:10,
87:21, 92:3,
95:6, 95:13,
105:22, 106:20,
121:18, 122:10,
137:22, 152:14,
154:18, 160:18,
167:17, 180:9,
192:17, 204:21,
217:23, 223:22,
223:23, 231:20,
232:2, 242:5,
242:6

**camera**
180:22, 183:24,
183:25, 185:8,
185:21

**campos**
6:7, 116:20

**campos's**
117:17

**can't**
58:23, 59:8,
61:6, 80:20,
84:3, 144:1,
149:20, 185:16,
199:10

**cannot**
14:19, 58:25,
84:2, 142:24,
146:8, 147:4,
149:23, 167:8,
167:19, 188:5,
192:16, 216:2,
231:9, 231:10

**car**
68:19, 79:24,
80:6, 80:8,
80:9, 80:13,
80:16, 80:19,
80:21, 106:20,
106:21, 107:6,

144:15

**care**
30:13, 116:6,
116:25, 117:5,
117:10, 118:25,
119:4, 119:8,
139:7, 139:10,
168:3, 168:7,
168:14, 169:2,
184:12, 187:17,
198:13, 221:20,
230:8

**career**
41:2

**careful**
86:20, 99:14,
105:6

**cargo**
51:17, 52:2,
52:11, 52:14,
52:18, 52:21,
53:1, 53:7,
53:12, 53:14,
53:16, 53:23,
54:1, 54:5,
70:13, 70:21,
70:22, 79:11,
151:3

**carmichael**
4:23

**carol**
194:9, 197:15,
199:23, 202:11,
203:5, 203:24,
207:2, 209:16,
212:5, 212:17,
218:12, 221:15

**carolina**
4:25

**carry**
52:18, 53:7,
89:25, 90:1

**carrying**
54:1

**cartigen**
147:7, 147:17

**casablanca**
44:23, 51:5

**case**
18:19, 19:9,
19:10, 19:11,
19:25, 30:9,
34:19, 35:1,
35:5, 35:12,
88:22, 104:23,
111:13, 130:24,
154:16, 156:7,
173:23, 181:13,
182:10, 191:25,
239:23, 251:10

**catch**
41:7, 41:8

**cause**
65:7

**cba**
197:18, 197:25

**cell**
46:5, 191:13,
192:14

**center**
75:22

**certain**
18:2, 21:17,
22:5, 24:5

**certainly**
13:15, 36:5,
116:13

**certificate**
41:22, 250:1,
251:1

**certification**
42:2

**certified**
19:21

**certify**
250:3, 251:4

**chairs**
82:17, 82:19

**change**
27:17, 114:8,
146:19

**changed**
95:9, 95:11

**changing**
95:4, 95:20,
95:21

**chat**
188:14

**chatting**
86:5

**chauhan**
47:15, 47:18

**cheap**
139:21

**cheaper**
140:4

**check**
90:19, 90:22,
91:1, 91:3,
105:23, 223:13,
239:12, 242:25

**check-in**
126:7

**checked**
79:19, 114:18,
117:19, 123:13,
123:17, 126:9,
126:15

**checking**
191:19

**chest**
219:9, 219:21,
220:13, 220:20

**chief**
31:15, 31:16,
31:20, 32:9,
32:13, 32:20,
50:13, 102:2,
111:23, 112:17,
151:2, 151:11,
168:23, 214:25,
215:1, 215:8,
230:5, 230:6,
248:3

**child**
31:17, 141:16,
141:18, 141:22

**child's**
234:5

**children**
141:14, 141:17

**china**
151:17

**chloroquine**
55:19, 55:24,

**christina**
172:6, 172:13

**circle**
3:9

**civil**
1:8

**claim**
111:4, 200:19,
200:21, 201:2

**clarification**
60:4

**clarified**
206:9

**clarify**
112:8, 133:21,
217:17

**clarity**
22:25, 240:7

**class**
29:21, 29:24,
30:24, 118:14,
118:18, 123:10,
168:10

**clean**
85:7, 85:8,
85:9, 85:10,
87:11, 98:8,
139:12, 139:14

**cleaning**
139:10, 142:11,
142:15, 144:7,
144:12

**clear**
22:19, 48:2,
56:19, 58:22,
60:1, 98:6,
104:16, 111:8,
128:24, 133:17,
193:11, 193:17,
202:1, 228:22

**clearly**
108:5, 193:20

**client**
35:11, 174:10,
174:20, 175:16,
175:17, 175:23,
175:25

**clinton**
4:23

**close**
21:12, 71:17,
79:1, 185:24

**close-up**
79:5

**closer**
77:18

**clothing**
87:2

**coach**
69:22

**cold**
81:12

**collective**
5:14, 27:21,
27:24, 199:22,
199:25, 200:6,
202:20

**college**
132:16, 132:20,
132:23, 133:19,
134:9, 134:12,
134:13, 135:4

**colloquy**
203:16

**color**
225:5

**columbia**
53:12, 53:14,
53:16, 53:18,
62:15, 62:19,
62:21, 92:23,
93:3, 93:8,
93:15, 96:8,
161:15, 161:18,
161:21, 161:24,
162:2

**com**
249:11, 249:12

**coma**
50:2, 107:21,
108:5, 121:18,
141:21, 222:1,
222:3, 231:3,
232:5, 233:5,
233:15, 234:10

**come**
33:8, 68:19,
83:13, 92:5,
116:23, 119:24,
120:6, 120:9,
120:12, 121:2,
122:8, 122:18,
145:7, 154:14,
160:15, 160:19,
160:25, 161:2,
169:14, 186:8,
189:23, 202:14

**comes**
186:24, 186:25,
242:25

**comfort**
29:17

**coming**
37:9, 80:8,
80:22, 98:14,
110:12, 122:4,
122:11, 145:7,
152:11, 160:21,
163:17, 233:7

**commencement**
27:4, 197:12

**commercial**
118:13

**commission**
251:15

**commitment**
9:4

**committed**
8:21

**communicate**
172:3, 172:12,
189:19, 191:6

**communicated**
49:4, 171:21,
172:7

**communication**
48:4, 183:18,
189:17

**communications**
174:22, 175:7,
175:24, 223:18

**company**
30:16, 30:23,

**come**
40:20, 102:10,
102:15, 102:16,
102:17, 102:24,
103:11, 120:3,
120:16, 120:17,
121:12, 122:12,
122:14, 122:15,
122:16, 126:19,
136:19, 136:24,
137:1, 137:4,
140:16, 169:7,
177:2, 180:3,
198:18, 201:12,
201:18, 203:2,
222:16, 226:2,
226:4, 230:15,
234:23, 235:10,
246:22

**company's**
30:5, 190:5,
190:12

**compared**
139:21

**compensated**
26:6

**compensation**
18:4, 21:6,
24:15, 26:11,
26:16, 26:18,
34:2, 200:19,
201:3, 201:8,
202:2, 202:3,
204:6

**complain**
95:18, 159:23,
162:17, 163:8

**complained**
31:16, 88:12,
88:17, 96:1,
167:7, 177:18,
178:10, 226:25

**complaining**
31:12, 32:15,
32:19, 95:7,
243:23

**complaint**
22:8, 22:14,
22:16, 155:4,

155:5, 155:9,
155:12, 155:16,
156:7, 156:9,
157:4, 157:5,
157:7, 157:9,
157:14, 157:18,
161:9, 162:12,
163:3, 164:5,
170:4, 170:24,
172:21, 190:18
**complaints**
118:24, 119:2,
168:3, 168:7,
172:25, 177:15
**complete**
134:19
**completed**
133:10, 133:14,
134:3, 134:6
**completing**
135:7
**completion**
45:1
**composite**
59:18
**computer**
132:14, 132:15,
132:25, 133:4,
133:6, 133:7,
134:4, 134:6,
190:9
**concern**
26:19, 85:5,
178:14
**concerned**
64:12, 177:16,
177:22, 178:13,
206:16, 216:2,
219:11
**concerning**
187:17
**concerns**
177:25, 178:6,
187:25, 215:11,
215:19
**concise**
193:18
**conclusion**
22:14, 35:25

**conclusively**
105:4
**concrete**
79:11, 79:13
**condition**
32:18, 102:12,
122:1, 128:4,
129:20, 147:8,
168:19, 230:24,
234:12, 234:13
**conditioned**
86:13
**conditions**
12:1, 28:18,
32:17, 226:20
**conducted**
1:17, 2:2
**confine**
163:24
**confined**
164:9, 164:13,
165:7, 165:10
**confused**
173:15
**confusing**
103:25
**confusion**
161:14
**connection**
13:13, 15:4,
21:7, 24:16
**conscious**
121:16, 181:6
**consider**
18:10, 18:23
**considered**
144:11
**considering**
131:20, 131:25,
132:12, 132:22
**constitute**
12:4
**consume**
61:22, 61:23
**consumed**
61:25
**contact**
48:4, 49:1,

154:15, 154:23,
246:23
**contacts**
48:24
**contain**
28:17
**contains**
18:2
**contents**
90:19, 90:22,
91:1, 91:3
**continue**
50:18, 148:19,
153:6, 179:6
**continues**
19:5
**contract**
11:15, 12:14,
12:21, 13:4,
13:5, 14:20,
15:12, 15:17,
20:5, 21:20,
24:17, 25:18,
26:12, 26:14,
28:18, 28:23,
29:3, 29:5,
34:11, 34:14,
34:16, 45:1,
194:25, 195:9,
195:21, 198:9,
198:17, 202:10,
203:21
**contracted**
18:10
**contractor**
15:21
**contracts**
35:20, 35:23
**control**
43:23, 117:1
**controlled**
20:24
**convenience**
200:7
**convention**
25:7, 195:13
**conversation**
91:15

**conveyance**
6:12
**cook**
248:1, 248:3,
248:4
**cooking**
142:11, 142:15,
142:16, 144:7,
144:12
**cool**
86:16
**coordination**
118:11
**copies**
130:24
**corner**
77:22, 184:5
**correction**
152:1
**corrections**
250:6
**correctly**
17:22, 33:4,
62:23, 192:19,
195:10, 247:6
**cost**
66:24, 119:5
**costs**
119:7, 119:15,
119:19, 126:17,
126:19, 126:23
**could**
22:18, 22:25,
36:3, 37:4,
50:11, 63:9,
63:15, 64:19,
64:21, 64:25,
65:4, 65:8,
65:16, 65:17,
65:21, 67:2,
67:4, 67:9,
67:12, 72:6,
99:13, 108:17,
112:11, 121:13,
127:17, 136:5,
136:8, 147:3,
152:21, 160:13,
172:18, 198:4,

200:2, 211:12,
213:6, 216:14,
216:15, 237:13,
237:25, 239:12
**couldn't**
245:19
**counsel**
7:4, 12:17,
12:20, 22:20,
35:8, 35:9,
203:12, 203:15,
251:8
**countries**
96:19, 97:19
**country**
29:24, 53:4,
63:19, 69:15,
97:3, 97:5,
97:6, 97:9,
97:14
**couple**
20:9
**course**
132:15, 134:7
**courses**
133:1
**court**
1:1, 2:24, 7:7,
7:15, 9:17,
9:21, 10:14,
13:24, 36:3,
36:5, 36:12,
41:7, 60:16,
108:15, 108:18,
108:22, 125:5,
125:12, 155:13,
156:15, 157:16,
162:23, 170:23,
171:2, 173:1,
173:9, 173:14,
173:18, 193:19,
248:13, 248:16,
249:9, 249:13
**courtesy**
10:9
**cover**
13:8, 64:1,
86:20, 177:4,

177:10
**covered**
177:3, 177:12,
231:13
**covid**
138:12
**crane**
152:15
**crew**
5:17, 5:19,
5:22, 44:11,
45:5, 45:7,
45:9, 45:13,
47:8, 49:12,
49:16, 49:21,
50:23, 55:2,
55:10, 55:17,
55:19, 55:23,
56:6, 73:18,
94:14, 94:18,
94:25, 96:16,
97:2, 97:13,
104:12, 188:23,
198:13, 208:4,
208:5, 208:6,
209:21, 210:18,
213:2, 227:21,
237:12, 238:15,
242:6, 244:17,
246:6, 246:17
**crews**
200:6
**cried**
231:4, 231:6,
231:7, 233:9,
234:14, 234:15
**crime**
175:19
**cristina**
171:12, 171:15,
233:22
**crying**
234:15, 236:4
**cured**
149:23
**curious**
67:18
**current**
191:24

**currently**
134:7, 140:18,
187:9
**cut**
231:6, 232:12

### D

**daily**
147:22, 186:4,
230:23
**dark**
98:12, 98:20,
178:16
**data**
192:6
**date**
27:4, 44:13,
45:1, 58:25,
60:19, 103:4,
112:1, 115:10,
166:18, 197:12,
198:19, 209:23,
211:13, 211:16,
211:17, 211:18,
211:21, 211:22,
250:17
**dated**
27:1, 44:12,
130:9, 156:16,
196:18, 218:24
**dates**
39:6, 39:7,
55:20, 55:21,
56:1, 58:19,
59:12, 59:15,
60:13, 60:15,
60:16, 61:9,
207:8, 209:1,
211:10, 211:23,
211:24, 211:25,
212:6
**daughter**
31:17, 32:10,
32:14, 33:6,
137:11, 137:15,
186:8, 186:11,
186:17, 204:22,
206:13, 206:17,

206:24, 230:3,
233:3, 233:12,
234:3, 234:7,
234:10, 234:11
**daughter's**
234:5
**day**
70:6, 70:7,
70:11, 70:18,
70:20, 71:1,
71:4, 104:8,
106:11, 139:12,
152:12, 168:23,
186:5, 186:17,
189:20, 209:22,
214:8, 214:10,
215:15, 216:9,
217:12, 230:25,
244:4, 251:13
**days**
31:11, 46:3,
61:6, 61:7,
113:1, 113:8,
113:15, 113:21,
159:7, 162:7,
162:8, 163:1,
163:2, 163:9,
168:18, 209:22,
213:22, 221:22,
221:25, 222:2,
222:3, 222:9,
222:22, 223:4,
223:18, 234:15,
243:17, 243:19,
245:20
**daytime**
70:9, 72:2,
72:4
**de**
30:10, 54:5,
54:15, 87:18,
88:3, 101:9,
116:6, 116:7
**dead**
10:6
**deadly**
152:6
**dealing**
228:13

dear
130:22
debridement
224:19
december
27:1, 27:5,
39:11, 51:7,
156:16, 196:18,
246:10
decide
35:1, 35:5
decided
213:4
decision
35:4, 174:4
deck
5:20, 64:6,
65:25, 70:1,
70:9, 71:21,
86:11, 86:19,
92:7, 92:9,
92:16, 92:20,
97:22, 98:16,
99:4, 99:14,
105:21, 151:8,
166:10, 167:4,
167:6, 167:17,
216:20, 217:2,
217:10
declare
141:3, 141:6
deducted
200:20
deemed
28:16, 29:2
defend
22:21
defendant
7:11, 7:21
defendant's
200:1, 200:2
defendants
1:11, 3:5
defending
22:19
defense
9:12, 10:24,
15:9, 22:20,

27:23, 29:6,
33:9, 37:13,
44:7, 44:15,
50:22, 51:1,
55:8, 57:24,
60:9, 71:20,
72:25, 73:18,
75:15, 77:2,
109:1, 114:12,
116:17, 119:14,
125:4, 125:9,
125:10, 127:2,
128:5, 130:8,
137:9, 138:3,
171:7, 176:12,
183:24
defense's
144:4
degree
26:17, 132:20,
132:23, 133:19,
134:16, 134:21,
134:22, 135:5,
135:8
degrees
71:13, 71:17,
134:19
deliver
219:18
delivered
217:21, 219:23,
220:9, 220:13,
220:24
delivery
96:1, 219:1,
219:8
dell
182:3
departed
159:7
departure
219:18
depend
122:12, 122:14
dependent
122:13
depending
145:6

depends
71:8, 138:18,
139:24, 145:19
depiction
77:8
deponent
250:1
deposition
1:16, 2:1,
5:12, 9:8, 9:11,
9:17, 10:7,
13:10, 22:19,
35:10, 37:6,
251:3
depressed
231:22, 231:25,
232:7, 233:10
depressing
232:10
describe
154:8
described
147:17
describes
116:25
desk
146:13, 146:17
destination
211:19, 211:22
details
5:15, 37:11,
37:14
determine
132:1, 201:20,
201:22
determined
201:17
developed
232:6
device
184:19
devongate
38:23, 38:25,
39:25, 40:13
diagnosed
118:1
diagnosis
118:5, 170:6

die
206:17, 230:2
died
151:13, 151:14,
151:23, 236:1,
236:7
different
10:3, 22:10,
45:4, 46:10,
54:22, 55:20,
55:21, 56:1,
59:20, 69:14,
111:14, 143:13,
178:4, 178:11,
178:16, 178:18,
208:20, 209:8,
209:19, 216:21
difficulty
179:18, 183:19
diffuse
111:4
direction
83:24
directly
119:8, 120:10,
121:3
director
222:25
dirty
143:1
disability
25:18, 26:7,
26:11, 26:17,
33:11, 33:13,
33:18, 33:24,
34:3, 34:8,
34:20, 35:18,
124:21, 124:22,
131:14, 136:15,
140:9, 140:16,
198:3, 198:4,
198:19, 199:5,
199:14, 199:15,
200:16, 201:3,
201:8, 201:9,
201:10, 201:17,
201:20, 201:22,
202:4, 204:6,

204:9

**disabled**
26:3, 33:22,
136:12, 137:2,
137:7

**disagree**
35:4, 74:7,
74:14, 162:18,
162:20

**disagreement**
39:14

**discharge**
53:8, 124:14

**discharged**
52:20, 53:23,
123:6, 170:5,
170:18

**disclosures**
6:15, 171:4,
171:8

**discover**
160:1

**discovered**
159:8

**discuss**
18:8, 19:6,
29:10, 32:2,
33:2, 35:13,
77:7, 174:6

**discussed**
26:22, 30:24,
35:20, 47:14,
48:16, 49:13,
109:21, 131:10,
134:4, 158:10,
168:2, 174:13,
174:16, 175:16,
191:21, 240:9

**discussing**
97:21, 152:20,
166:22, 167:2,
188:8

**discussion**
14:10, 22:24,
120:22, 131:2,
187:6, 189:16,
215:2

**dishes**
143:2, 143:6,

143:18

**dishwasher**
143:6, 143:7,
143:9, 143:10,
143:14, 143:18,
143:22

**dishwashing**
143:2, 143:3,
143:19

**disobey**
173:25, 176:2

**displayed**
76:19

**distance**
79:15, 134:11,
145:24

**distributed**
210:2

**district**
1:1, 1:2, 9:17,
9:18, 10:14,
155:5, 156:15,
156:16

**diverted**
219:13

**dmytro**
56:9

**dock**
79:8, 151:16

**docked**
78:14, 78:15,
78:22, 78:23

**docket**
171:1

**docks**
78:17, 79:6,
79:10

**doctor**
19:24, 32:25,
102:13, 103:6,
114:22, 116:21,
116:22, 118:14,
118:19, 120:10,
121:1, 121:3,
121:5, 121:19,
121:24, 122:8,
124:14, 144:5,
146:24, 147:20,

148:23, 149:16,
149:22, 150:5,
152:9, 164:16,
165:4, 165:14,
168:11, 169:23,
170:9, 187:5,
187:8, 187:13,
187:21, 187:23,
188:7, 201:18,
201:19, 201:22,
225:3, 230:11,
230:12, 230:16,
231:19, 232:4,
232:9, 232:15,
232:17, 232:25

**doctors**
107:25, 108:2,
108:6, 108:10,
124:21, 129:15,
129:18, 150:1,
187:9, 188:7,
221:18

**document**
9:9, 9:15,
10:16, 10:18,
11:18, 16:4,
16:19, 17:2,
17:4, 17:24,
18:2, 20:10,
25:17, 26:22,
28:4, 28:9,
29:6, 33:14,
37:23, 38:6,
44:11, 50:15,
72:21, 109:4,
114:22, 114:23,
115:1, 115:4,
116:4, 116:10,
116:16, 119:11,
127:5, 138:6,
155:22, 156:11,
156:20, 157:3,
157:13, 170:22,
172:25, 176:7,
176:18, 176:20,
203:6

**documentation**
221:3

**documents**
27:18, 105:4,
114:8, 130:24,
207:2

**doing**
99:12, 110:21,
111:22, 134:17,
146:16, 149:7,
150:15, 183:18,
204:4, 223:2,
223:7, 223:13,
224:7, 231:8,
234:17

**dollars**
26:6, 27:15,
33:18, 34:7,
35:12, 119:19,
131:4, 138:22,
139:19, 199:5,
199:16, 204:8,
204:12, 222:5,
222:23, 230:15,
246:2

**done**
50:15, 132:14,
132:25, 146:4,
146:5, 146:7,
149:17, 163:21,
166:21, 180:1,
212:18, 225:9,
229:18, 248:15

**door**
116:2, 151:9

**doors**
107:16, 107:19

**dose**
92:24, 93:15

**down**
16:18, 16:22,
17:23, 20:9,
24:21, 29:11,
31:22, 60:17,
76:17, 105:25,
110:1, 110:4,
116:11, 148:2,
151:11, 152:15,
161:13, 193:19,
202:11, 202:12,

202:13, 221:16,
231:9
**dr**
6:7, 114:16,
116:20, 117:17,
130:17, 130:22,
130:23, 144:2,
144:3, 147:1,
147:3, 147:21,
148:17, 150:4,
150:24, 151:22,
153:13, 154:2,
154:3, 188:10,
190:23, 224:9,
225:6, 225:17
**drank**
84:24
**draw**
218:25
**drink**
83:10, 84:12,
85:23, 239:1
**drive**
80:19, 100:6,
144:15, 144:17,
144:18, 144:20,
144:22, 144:23,
239:19, 239:22
**drop**
77:12
**drugs**
219:22
**dry**
151:16, 179:16,
179:24
**dryer**
179:25
**du**
79:16, 79:21,
80:9, 80:13,
80:14, 80:23,
82:8, 82:17,
87:14
**due**
138:12, 245:10,
245:11
**duly**
7:5

**during**
18:20, 19:19,
37:6, 66:7,
94:17, 219:9,
223:4, 224:3,
224:7, 227:24,
231:21, 236:19,
237:1, 245:11
**duties**
164:9
**duty**
73:9, 73:11,
73:14
**dying**
152:2, 229:23

**E**

**e-commerce**
180:3
**e-d-w-i-n**
147:3
**each**
17:24, 32:1,
86:5, 207:22,
208:24, 211:4,
211:5
**earlier**
80:1, 93:2,
106:3, 111:19,
152:21, 163:15,
198:21, 206:10,
206:23, 207:4,
207:5, 214:3,
217:8, 217:20,
221:17, 227:15,
240:8
**early**
112:21, 167:16,
193:23, 214:20
**earn**
134:15, 134:20
**easier**
39:23
**eastern**
1:2, 1:9, 7:11,
7:21, 9:18,
11:9, 11:11,
11:15, 12:10,

12:16, 12:23,
13:5, 25:8,
27:21, 27:24,
28:25, 30:16,
155:5, 156:15,
188:12, 188:25,
189:5, 195:14,
195:19, 196:24,
196:25, 199:21,
199:25, 200:5,
200:13
**eat**
153:11
**ecf**
156:14
**eddy**
147:4
**edwin**
147:1, 147:3
**effect**
206:24, 245:6
**effected**
200:17, 202:4
**effects**
18:9
**efforts**
15:6
**eight**
10:3, 70:6,
167:17, 219:17
**either**
171:12, 172:15,
208:20
**electrical**
81:5, 81:6,
185:13, 188:20
**electrician**
45:18, 45:22,
47:6, 68:17,
74:24, 74:25,
75:8
**electronic**
178:19, 182:9
**else**
45:25, 65:18,
75:9, 83:15,
88:1, 88:5,
90:2, 121:4,

121:9, 152:13,
186:16, 187:11,
187:25, 190:14,
233:16, 237:16,
248:12, 248:14
**email**
115:10, 135:23,
182:13, 182:15,
182:16, 182:21,
183:9, 223:6,
239:11
**emailed**
239:10
**emails**
182:9, 182:17,
183:2, 183:6
**embarkation**
31:22
**embarked**
31:23
**embarrassing**
154:7
**emergencist**
117:6
**emergency**
115:2, 245:21,
246:5, 246:12
**employ**
11:24, 135:21,
135:25, 136:14
**employed**
11:25, 20:17,
194:7, 194:21,
251:9
**employee**
244:21
**employer**
11:24, 11:25,
15:13, 19:4,
19:24, 20:5,
20:23, 21:17,
24:1, 24:4,
140:25, 152:24,
153:3, 194:8,
194:13, 194:22,
195:2, 195:4,
196:4, 196:12
**employer's**
12:2, 12:12,

16:1, 16:10,
16:19, 24:22,
25:1, 25:4,
194:6, 194:20
**employers**
19:9, 19:25
**employment**
5:13, 10:22,
10:25, 11:19,
12:11, 15:9,
15:25, 16:9,
16:15, 16:24,
18:21, 19:19,
21:7, 24:17,
24:24, 25:15,
27:1, 27:4,
27:7, 28:18,
28:23, 29:3,
29:5, 33:11,
34:12, 131:21,
132:1, 136:20,
136:25, 193:25,
194:2, 196:17,
201:11
**empty**
54:4
**enclosed**
250:7
**encontrava-se**
115:14
**end**
25:11, 30:14,
30:25, 41:8,
42:16, 52:12,
56:3, 76:5,
130:20, 155:2,
176:20, 195:21,
202:9, 202:13,
202:15, 202:16,
210:11, 225:22
**ended**
97:25
**ends**
59:21
**engaging**
14:21
**engineer**
46:3, 46:6,

46:9, 46:12,
46:14, 47:7,
48:8, 50:2,
74:24, 75:1,
75:8, 75:13,
81:5, 81:6,
109:22, 151:23,
152:2, 152:19,
185:13, 188:20,
217:14, 238:20,
238:22, 239:4,
242:8, 243:3
**english**
114:16, 172:1,
172:2
**enjoying**
75:25
**enough**
153:12, 213:9
**enrolled**
132:16, 132:23
**enter**
162:25
**entered**
12:9, 107:17,
107:20
**entering**
21:16
**entitled**
19:20, 21:5,
21:25, 23:7,
24:14, 26:15,
30:4, 34:3,
35:18, 35:23,
198:18, 199:4,
199:15, 200:16,
202:2, 226:18
**entitlement**
19:22
**entrance**
107:8
**entry**
71:12
**eps**
6:9, 6:10,
17:3, 20:10,
25:11, 29:12,
50:23, 51:1,

55:9, 60:9,
60:10, 75:16,
109:1, 114:12,
116:9, 119:10,
122:14, 122:16,
122:22, 125:9,
125:11, 127:2,
128:6, 135:16,
135:17, 137:20,
160:7, 160:12,
189:8, 190:15,
193:22, 194:4,
198:1, 198:7,
198:8, 198:12,
198:16, 199:19,
200:22, 201:19,
201:21, 204:6,
204:19, 205:13,
205:23, 206:4,
206:8, 209:20,
212:10, 218:18,
220:12, 222:5,
222:16, 223:1,
223:10, 223:11,
223:12, 223:19,
224:16, 225:12,
226:7, 226:17,
233:17, 235:1,
235:4, 235:8,
235:9, 244:22,
245:7, 247:24,
248:1
**eps's**
218:14, 218:21
**equator**
69:7, 69:15,
71:18
**equipment**
178:19
**errands**
186:13
**errata**
250:7
**escorted**
50:8, 118:14,
118:18
**especially**
135:2, 136:14,

141:10
**esquire**
3:6, 3:7, 3:17,
4:6
**essentially**
169:7
**est**
1:19
**estimate**
41:1
**estuary**
77:19, 77:21,
77:25, 78:7
**even**
32:17, 49:19,
57:10, 57:16,
57:20, 64:8,
87:2, 105:19,
146:1, 149:20,
171:24, 208:1,
209:7, 223:6,
230:14, 232:8
**evening**
85:2, 98:14,
213:25
**event**
136:22, 136:24,
151:16, 194:1,
201:25
**events**
153:5, 153:22
**ever**
89:12, 110:3,
130:4, 135:9,
135:12, 135:16,
136:16, 136:19,
136:24, 140:9,
140:16, 143:20,
155:11, 156:19,
165:7, 165:11,
174:6, 177:21,
178:6, 182:8,
182:16, 183:1,
187:1, 191:23,
192:10, 226:17,
229:5, 238:14,
239:21, 240:22,
241:12, 245:3

everhart
4:24
every
10:8, 70:11,
70:18, 70:20,
71:4, 104:8,
110:11, 110:13,
139:12, 142:17,
168:23, 214:10,
230:25
everyone
248:12, 248:14,
248:17, 249:15
everything
89:3, 139:13,
155:24, 156:1,
156:2, 193:20,
234:16
evidence
182:9, 182:11,
221:2, 239:22
exact
42:11, 58:19,
58:25, 59:11,
61:9, 78:16,
101:1, 101:6,
103:4, 180:8,
243:1
exactly
42:11, 47:10,
50:1, 65:21,
94:6, 97:17,
103:12, 150:14,
172:9, 180:18,
228:16
examination
5:3, 7:4, 7:17
examined
7:5, 250:3
example
26:2, 39:24
exceed
19:10, 20:1
excel
6:8, 119:11,
133:8
except
21:24

exception
175:19
exchange
180:17, 181:19
exchanged
179:17, 179:23,
180:2, 180:16,
181:14
excision
126:1, 226:6
excuse
29:14, 217:6,
218:19
exercise
147:22
exercises
147:24, 148:1,
148:4, 148:11,
148:12, 149:17
exhibit
5:12, 5:13,
5:14, 5:15,
5:16, 5:17,
5:18, 5:19,
5:20, 5:21,
5:22, 5:23,
5:24, 6:5, 6:6,
6:7, 6:8, 6:9,
6:10, 6:11,
6:13, 6:14,
6:15, 6:16,
9:12, 9:13,
10:24, 11:1,
15:10, 27:20,
27:23, 28:1,
29:6, 33:9,
37:9, 37:13,
37:15, 44:7,
44:9, 44:15,
44:16, 50:22,
50:24, 51:2,
55:8, 55:11,
57:25, 60:9,
69:24, 71:20,
71:22, 73:2,
73:18, 73:21,
75:15, 75:17,
77:4, 108:24,

109:1, 109:2,
114:12, 114:13,
116:18, 119:16,
125:9, 127:3,
128:7, 130:8,
130:10, 137:9,
138:3, 170:24,
171:9, 176:12,
176:14, 190:19,
194:1
exhibits
125:14, 248:18,
248:22
expense
30:5
expenses
6:12, 19:3,
23:20, 23:25,
26:10, 26:16,
35:20, 127:13,
222:5
experience
38:14
experienced
38:9, 38:10
expert
88:22, 132:4
experts
142:8, 144:4
expires
251:15
explain
226:18, 226:22,
226:23, 235:4,
235:7
explained
228:18, 228:20
exposed
126:1, 226:6
express
177:25, 178:6
expressly
21:3, 21:24
eyes
232:23

## F

face
64:11, 64:12,

64:15, 64:19,
92:1, 123:23
facebook
79:20
facility
217:25
facing
83:23
fact
17:7, 22:8,
108:25, 201:9,
204:11, 211:16,
215:3, 215:13
facts
6:5, 12:24,
246:25
fair
8:22, 8:25,
9:5, 38:15,
59:10, 80:21,
89:21, 103:4,
108:4, 128:13,
178:13, 181:13,
188:2, 188:22
falciparum
118:6
fall
151:2, 151:14
familiar
28:3, 33:12,
115:8, 183:3,
190:20, 192:21
family
120:6, 120:10,
121:4, 121:17,
121:21, 137:11,
138:7, 169:5,
169:8, 169:10,
169:12, 169:18,
186:14, 187:2,
229:13, 233:16,
233:24
far
38:1, 60:10,
145:24, 201:20,
201:22, 205:23,
216:9, 222:6,
244:12

**fast**
66:22, 150:17
**father**
120:24, 121:21,
154:23, 229:7,
236:2
**father's**
139:2, 139:3,
139:15
**father-in-law**
154:17, 154:20
**fault**
201:12, 201:13
**february**
40:1, 40:6,
55:25, 58:1,
58:2, 60:20,
60:23, 61:1,
61:2, 207:9,
207:17, 207:18,
209:23, 210:24,
227:22, 227:25
**federal**
9:21, 155:13
**feel**
23:6, 23:15,
99:19, 124:17,
148:11, 177:20,
187:11, 223:20,
223:21, 229:23,
231:1, 231:3,
233:2, 233:6,
234:9, 234:11,
235:19, 250:6
**feeling**
88:10, 99:19,
99:22, 112:25,
113:14, 163:16,
230:17, 234:18
**feet**
128:14, 129:11,
143:17, 143:21,
143:25, 169:21,
169:22, 224:14,
224:18, 224:24,
225:9, 231:16,
232:11, 232:20,
232:21, 232:24,

232:25, 233:5
**fell**
45:15
**felt**
87:24, 88:3,
88:8, 88:14,
112:13, 113:13,
113:24
**fever**
88:12, 88:17,
101:22, 102:4,
104:10, 112:19,
113:3, 113:10,
113:12, 113:18,
162:9, 166:7,
167:8, 167:9,
167:19, 177:23,
178:4, 178:5,
178:11, 178:15,
230:18, 230:20,
230:21, 243:18,
243:20, 243:23,
243:24, 244:1
**fevers**
101:12, 101:14
**few**
13:3, 13:12,
97:20, 130:13,
146:2, 185:2,
236:18
**fifteen**
222:3
**fifth**
16:18
**fighting**
223:5
**figure**
150:14
**file**
190:12
**filed**
155:4, 155:5,
155:7, 155:12,
156:7, 157:3,
171:4, 172:20,
172:21, 172:24,
190:19
**filipino**
45:6

**financial**
149:5, 251:10
**find**
68:14, 80:8,
109:13, 130:23,
192:16, 202:14,
243:1
**fine**
22:17, 37:4,
43:3, 60:3,
108:21, 114:10
**fingers**
123:24
**finish**
114:4, 134:21,
165:24
**finished**
85:11, 96:23,
124:8, 133:19,
179:5
**firm**
4:7
**first**
16:14, 17:18,
29:21, 29:24,
30:24, 41:5,
55:14, 58:1,
59:19, 60:13,
60:19, 60:23,
63:19, 67:15,
67:19, 77:8,
87:24, 88:3,
88:7, 88:13,
111:1, 111:9,
111:17, 112:2,
112:12, 113:2,
116:7, 118:13,
118:18, 121:16,
121:17, 121:20,
123:10, 124:4,
126:24, 128:19,
150:8, 150:11,
151:4, 151:6,
151:10, 152:19,
154:14, 157:4,
161:11, 162:13,
168:10, 176:17,
195:22, 205:1,

209:22, 212:5,
214:17, 234:3,
243:25, 244:3,
248:19, 249:11
**fit**
19:21, 82:7,
118:12
**five**
58:16, 61:5,
77:23, 78:1,
78:3, 78:5,
127:17, 127:19,
152:13, 152:14,
162:7, 162:8,
163:9, 185:25,
210:3, 213:22,
214:8, 229:16
**fixed**
138:19
**flag**
20:16, 39:1,
42:24, 43:1,
43:4, 43:5,
43:21, 200:7
**flagged**
20:20, 38:15,
38:17, 38:20,
38:24, 41:25
**flags**
39:5
**flew**
15:22, 29:19,
46:15
**flight**
118:18, 123:11
**floor**
236:3
**florida**
3:21
**flown**
29:20, 30:24,
168:10
**fly**
120:6, 120:18,
120:22
**follow**
12:11, 34:11,
34:15, 35:8,

56:21, 96:21,
130:20, 198:8,
216:6, 244:25
**follow-up**
236:18, 242:2
**followed**
215:21, 216:3
**following**
19:16, 55:18,
117:2, 170:5,
245:5
**follows**
7:6
**foot**
128:16, 128:21,
128:24, 128:25,
129:2, 170:1,
170:6, 170:11,
170:19, 170:20
**foregoing**
251:3, 251:4
**forget**
188:5
**forgot**
13:8
**forth**
190:21
**forward**
150:3
**found**
26:3, 97:2,
97:13, 98:13,
115:21, 217:18
**foundation**
206:1, 208:11,
212:2, 220:4,
220:16
**four**
55:19, 55:21,
56:15, 61:5,
70:10, 74:19,
75:3, 83:12,
86:3, 109:18,
152:13, 159:7,
163:1, 207:14,
208:2, 208:19,
209:8, 210:2
**fourth**
74:1

**foyer**
79:16, 79:21,
80:9, 80:13,
80:14, 80:15,
80:23, 82:8,
82:17, 87:14
**frame**
59:20, 59:21,
103:2, 103:3,
104:17, 241:5
**fraud**
175:19
**free**
98:2
**frequency**
219:12
**frequently**
219:12
**fresh**
52:7, 52:8,
110:11, 110:12,
110:13, 110:17,
110:18
**friend**
186:18, 186:19,
186:21, 213:3
**friends**
237:16
**front**
36:20, 61:23,
204:22
**fuel**
52:6, 52:8
**full**
99:10
**functioning**
232:3
**funded**
121:14
**further**
16:22, 81:22,
127:24, 202:11
**future**
131:21, 132:1,
236:10

---

### G

**g5**
181:17

**gabon**
41:5, 41:10,
41:12, 53:21,
53:23, 54:15,
54:24, 56:21,
62:15, 62:19,
62:21, 62:24,
63:6, 63:8,
63:16, 63:18,
63:19, 63:20,
63:21, 63:23,
64:1, 64:14,
64:19, 65:5,
65:9, 65:14,
65:18, 65:25,
66:15, 67:15,
67:19, 67:20,
67:24, 68:4,
68:6, 68:9,
68:10, 68:18,
69:4, 69:6,
69:12, 69:15,
71:24, 72:1,
72:5, 72:8,
73:5, 73:15,
77:9, 77:19,
77:21, 77:25,
81:10, 85:6,
91:6, 93:3,
93:8, 93:11,
93:22, 94:1,
94:15, 95:1,
96:8, 96:13,
96:17, 96:18,
97:3, 97:4,
97:8, 97:13,
161:6, 161:10,
161:25, 162:4,
177:9, 177:17,
183:13, 215:3,
215:10, 215:21,
216:1, 216:19,
217:10, 217:13,
220:25, 221:5,
221:8, 227:2,
228:10, 241:12
**game**
82:22, 82:25,

83:3, 83:5
**gangrene**
169:22, 231:16,
232:6
**gangway**
105:25
**ganpat**
1:6, 1:16, 2:1,
5:3, 7:3, 11:12,
12:15, 12:16,
250:13
**gastroenterologi-
st**
117:11
**gave**
61:20, 61:23,
68:21, 80:2,
80:15, 104:10,
141:21, 147:24,
148:4, 168:8,
174:13, 175:7,
175:13, 184:11,
208:1, 208:20,
211:4, 218:18,
238:23, 241:8,
243:6, 244:17
**general**
117:6, 134:14
**gentleman**
76:3
**gentlemen**
46:1, 74:22,
76:14, 109:19,
127:18
**georgia**
67:12, 95:2,
139:22, 140:6,
151:25, 157:19,
160:8, 160:19,
217:21, 218:5,
220:2, 235:9
**georgian**
151:25
**german**
157:21, 159:11,
159:22, 160:5,
160:11, 162:10
**getting**
24:13, 31:12,

69:3, 85:17,
86:24, 87:3,
95:23, 97:22,
102:12, 104:9,
126:11, 140:1,
168:20, 168:22,
170:13, 182:17,
209:8, 214:7,
214:8, 214:9,
217:9, 225:5,
225:7, 230:23,
230:25, 237:10

**girl**
169:9

**girls**
233:21

**give**
8:5, 8:8,
10:17, 13:11,
24:4, 27:17,
31:21, 39:24,
56:18, 57:12,
57:13, 58:12,
58:20, 59:2,
59:3, 59:5,
61:10, 61:11,
63:12, 76:17,
129:1, 129:15,
135:22, 146:9,
172:19, 183:20,
184:14, 206:12,
208:25, 221:7,
221:10, 221:12,
221:14, 227:1,
228:3, 228:4,
229:16, 238:21,
239:2, 239:4,
239:7, 241:12,
241:16, 242:20,
243:3, 243:5,
243:20, 245:4

**given**
30:13, 55:17,
58:1, 58:4,
61:17, 62:11,
62:12, 131:13,
159:13, 174:22,
209:21, 215:18,

227:21, 227:24,
228:7, 228:10,
238:14, 245:8,
250:5, 251:5

**gives**
25:18, 60:25,
129:10, 145:2,
145:24, 149:19,
210:14, 231:12

**giving**
26:10, 104:11,
151:18, 152:11,
225:13, 227:15

**glad**
141:4

**glass**
107:12, 107:16,
107:19, 116:2

**gloves**
64:8, 64:10,
64:16, 99:10,
177:4

**gmail**
182:22, 182:24,
183:2, 183:6,
183:7, 183:10,
239:14, 239:16,
239:18

**goa**
37:19, 122:24,
122:25, 139:1,
139:16, 173:1,
173:10, 173:18

**goes**
19:2, 116:8,
118:9, 131:12

**going**
7:8, 9:7, 10:4,
10:5, 10:16,
13:17, 14:7,
14:10, 16:18,
20:9, 22:4,
22:21, 22:23,
24:21, 26:4,
26:21, 29:11,
31:18, 32:22,
35:8, 50:17,
50:24, 51:13,

62:1, 62:8,
64:10, 66:3,
66:4, 66:5,
66:9, 66:21,
76:17, 77:2,
77:17, 78:10,
81:14, 81:22,
82:7, 88:19,
88:20, 96:7,
97:6, 100:12,
108:23, 115:13,
117:9, 125:16,
126:17, 128:3,
128:9, 130:12,
135:21, 135:25,
136:13, 138:5,
141:13, 142:2,
157:1, 157:6,
161:8, 161:10,
170:21, 174:9,
174:11, 174:12,
174:15, 174:21,
174:23, 175:14,
175:22, 176:7,
185:23, 187:17,
188:10, 189:21,
193:2, 193:12,
193:13, 193:24,
195:9, 197:2,
200:12, 219:3,
224:6, 224:23,
230:2, 230:3,
235:24, 240:25,
247:15, 248:15,
249:7

**gone**
109:15, 110:1,
145:17, 153:8,
192:15, 192:18,
213:7

**good**
7:19, 8:8,
11:23, 15:12,
23:3, 26:21,
41:6, 60:5,
66:11, 68:7,
68:25, 75:2,
92:22, 104:17,

116:17, 133:3,
149:5, 153:10,
169:1, 183:18,
244:21, 244:22

**google**
172:1, 184:8,
184:16, 184:20,
184:25, 239:19,
239:21

**gotten**
23:11, 23:15,
23:20, 133:19,
161:23

**governed**
20:15

**government**
41:21, 41:22,
42:3, 42:6,
135:2, 135:3,
141:2, 141:9,
141:10

**grab**
190:19

**grafting**
148:22, 149:24,
149:25, 187:14

**gray**
76:4

**guess**
22:22, 94:8,
248:14

**guest**
138:20

**guests**
138:13

**gulf**
219:15

**guy**
154:17, 154:18,
154:21, 189:12

**guy's**
247:11

**guyana**
53:5

**guys**
186:23, 217:24,
227:24

### H

**half**
66:4, 74:20,

**hand**
167:7, 167:18,
170:11, 232:24
**hand**
8:16, 9:2,
10:12, 251:12
**hands**
64:2, 64:9,
86:20, 177:3
**hanging**
248:9, 249:6
**happen**
151:8, 222:11,
227:12
**happened**
13:11, 100:25,
101:16, 151:5,
151:21, 179:7,
179:11, 180:10,
188:3, 218:9,
219:5, 220:2,
220:6, 220:11,
228:6, 234:16,
243:4, 246:16,
246:18, 246:25
**happening**
13:18
**happens**
15:5, 81:2,
92:2, 219:12,
235:13
**happy**
91:9, 91:13,
92:15, 124:11,
184:14
**hard**
129:10
**harder**
101:15
**hasheen**
247:12
**hatch**
151:9
**head**
64:2, 86:21
**headache**
111:4, 162:9,
238:3, 238:5
**heading**
12:21

**heal**
148:21, 225:6
**healing**
225:4
**health**
233:13
**hear**
33:3, 44:1,
91:15, 91:21,
112:5, 140:24,
141:7, 141:11,
193:10, 199:10,
199:11, 220:18,
247:6, 248:19
**heard**
7:20, 91:12,
92:18, 100:19,
112:1, 113:19,
113:23, 159:22,
179:22, 237:25
**hearing**
95:17, 95:22
**heat**
81:12
**helm**
100:5, 100:12,
163:18
**helmet**
99:10
**help**
31:21, 50:11,
50:14, 62:6,
69:25, 92:9,
92:21, 105:25,
110:9, 110:18,
110:19, 116:14,
129:23, 131:21,
135:5, 142:16,
142:18, 183:21,
212:21, 212:22,
217:24, 225:24,
225:25, 236:9
**helped**
31:23, 50:9,
106:1, 106:2,
106:19, 169:17,
169:19
**helpful**
47:2, 49:15

**helpfully**
157:2
**helping**
110:16, 149:13,
169:10, 171:12
**helps**
110:20
**hematologist**
117:13
**here**
10:6, 17:9,
18:8, 22:24,
25:3, 39:6,
39:25, 43:7,
49:5, 56:6,
57:20, 57:25,
74:1, 74:23,
76:15, 78:11,
78:14, 79:5,
81:17, 82:7,
109:13, 111:8,
115:4, 115:6,
115:8, 115:15,
120:10, 128:17,
131:22, 163:10,
171:13, 186:24,
194:13, 202:15,
208:17, 209:17,
209:22, 211:13,
220:23, 229:18,
249:4
**hereby**
250:3, 251:3
**herein**
12:2
**hereof**
12:4
**hereunder**
18:21, 19:19,
21:8
**hereunto**
251:12
**hermon**
38:20, 40:14,
40:17
**hey**
13:21, 13:25,
115:3

**high**
150:20, 177:23,
230:21
**highlighted**
131:25
**hip**
145:1, 146:22,
146:23, 146:25,
147:7, 147:11,
148:6, 148:9,
148:13, 150:8,
150:22, 150:23,
187:5, 187:8,
187:17, 188:1,
188:8, 222:20,
236:9
**hips**
222:18, 229:14
**hold**
70:13, 151:3,
222:14
**holding**
75:25, 183:13
**holds**
70:21, 70:22
**home**
29:19, 29:21,
30:14, 30:24,
39:18, 40:23,
118:18, 120:9,
124:9, 124:11,
124:17, 134:18,
137:25, 139:16,
139:18, 140:5,
144:9, 147:22,
147:25, 148:1,
148:5, 149:20,
168:10, 180:10,
186:5, 190:16,
223:9, 223:22,
223:23
**honest**
179:19
**hope**
134:15, 134:20
**hoping**
160:14
**horse**
10:6

hoses
231:11
hospital's
168:3
hospitalization
19:4, 224:8
hospitalized
30:3, 221:22,
223:5, 223:10,
223:23
hot
64:17, 72:2,
72:3, 72:4,
72:8, 81:11,
238:25
hour
66:3, 72:12,
73:6, 91:6,
167:7, 167:18
hours
70:6, 70:7,
70:10, 74:20,
83:12, 86:3,
94:3, 94:6,
94:10, 112:15,
112:23, 216:24,
216:25, 219:16
house
139:24, 139:25,
142:12, 204:21
household
142:9, 142:10
however
219:10
hundred
222:4, 222:23,
230:15
hurt
123:23, 129:5,
246:19
hurting
150:8

I

idea
120:4, 121:6,
239:6, 239:8,
246:16

identification
9:13, 11:1,
28:1, 37:15,
44:9, 44:16,
51:2, 55:11,
71:22, 73:2,
73:21, 75:17,
77:4, 109:2,
114:13, 116:18,
119:16, 125:15,
127:3, 128:7,
130:10, 171:9,
176:14
ignore
178:12
ignored
168:20
ill
27:11, 45:16,
88:14, 111:11,
163:16, 177:20
illness
18:12, 18:20,
18:24, 19:1,
19:3, 19:10,
19:17, 19:18,
23:8, 23:21,
29:19, 111:1,
111:9, 140:8
ilo
25:7, 195:12
image
77:18, 78:12,
79:5, 79:14
immediately
159:10
impact
129:8
important
65:23, 89:5
improvement
19:6, 226:12,
226:15, 226:19
in-law
122:18
inadequate
159:9
inappropriate
203:12

inc
194:3, 194:7,
194:13, 194:21,
195:5
incident
151:20
incidents
150:25, 154:5
included
21:21
includes
16:1, 24:22,
64:8
including
12:12, 19:3,
21:6, 24:15,
176:1, 176:2,
201:13, 248:13
incorporated
11:4, 28:17,
29:2
incorrect
12:24, 111:11,
112:9, 157:8,
212:20
incorrectly
51:14
increased
98:13
india
15:21, 17:23,
29:24, 37:19,
39:18, 41:19,
43:17, 122:23,
122:25, 123:10,
123:18, 126:18,
138:7, 173:1,
173:4, 173:7,
173:14, 173:18,
189:9, 190:15,
204:19, 205:4,
205:8, 205:15,
223:9, 223:12,
223:23, 224:8,
225:8, 235:13,
235:17, 238:8,
238:10
indian
37:21, 39:2,

41:21, 45:5,
45:17, 45:20,
45:22, 46:3,
46:11, 46:14,
106:8, 106:15,
106:19, 127:9,
174:1, 174:7,
213:5, 223:10,
235:10
indians
76:8
indicate
73:8
indicated
242:12
indication
210:18
individually
59:17
indoor
84:17
infected
65:22
infectologist
117:10
information
130:23, 137:10,
191:24
informed
99:21, 99:23,
101:21, 102:14,
111:22, 112:18,
112:19, 152:18,
154:23, 167:25,
192:2, 224:10
initial
6:15, 171:4,
171:8, 249:12
initiated
205:15
injunction
13:11
injury
19:11, 30:4
inserts
129:22
inside
84:18, 84:19,

84:20, 86:12,
86:15, 86:18,
98:2, 130:5,
183:2, 183:6,
183:10
**insoles**
130:5
**inspection**
53:18
**instance**
39:10, 56:9
**instead**
164:8
**instructed**
35:14, 215:6
**instructing**
35:11, 174:24,
175:4, 175:8
**instruction**
175:21, 176:2,
215:12
**instructions**
215:18, 215:22,
216:4, 245:1,
245:5
**insurance**
120:17
**integral**
12:3, 16:5
**intensive**
30:13
**intensivist**
117:6
**intention**
143:10, 143:12
**inter**
21:6, 24:15
**interest**
251:10
**interesting**
35:3
**international**
3:9, 29:21,
116:6
**interned**
115:1
**internet**
66:16, 66:17,

66:18, 66:19,
67:5, 67:6,
67:10, 67:13,
67:23, 68:7
**interpret**
133:24
**interpreted**
20:15
**interrogatory**
6:16, 176:8,
176:13, 177:1,
218:23
**interrupt**
10:5, 179:4
**interview**
88:21, 93:7,
94:18
**interviewed**
94:1, 97:1,
98:20, 99:20
**introduce**
7:8
**inventory**
89:12, 89:14,
89:15, 157:21,
158:2, 158:6,
158:25, 159:3,
160:3
**involve**
186:6
**issue**
14:1, 15:4,
217:17, 229:5,
229:7, 229:9,
229:11
**issued**
41:19, 41:22
**issues**
174:15, 228:13,
228:14, 233:13
**itf**
27:20, 27:23,
28:25, 33:9,
33:12, 199:21,
199:24, 200:5,
203:2
**itf-eps**
197:22

**itself**
170:1
**ivanoschi**
103:11, 111:9,
112:3, 112:13,
112:17
**ivanoschi's**
111:14

## J

**janeiro**
30:10, 54:5,
54:15, 87:19,
88:4, 101:9,
116:6, 116:7
**january**
40:14, 55:24,
200:7, 204:3,
207:8, 207:16,
227:22, 227:25,
251:15
**jetty**
110:2, 110:4
**job**
1:23, 24:5,
63:13, 89:18,
90:5, 90:10,
90:12, 134:20,
135:1, 135:2,
135:5, 136:6,
136:16, 140:19,
140:23, 141:10,
142:20, 158:9,
164:9, 167:18
**jobless**
234:21, 235:16,
235:21
**jobs**
39:18, 100:2,
133:8, 134:23,
134:24, 135:3,
135:9, 140:21,
141:2, 141:8,
141:9
**jogging**
146:2, 146:4,
146:5
**join**
46:15, 190:2,

245:19, 245:22,
246:4, 247:14,
247:16
**joined**
39:7, 39:11,
39:25, 40:14,
44:23, 46:12,
51:4, 51:8,
141:19, 245:16,
246:10, 246:20
**joining**
7:9, 247:17,
247:21
**joint**
150:12, 150:13
**jordanian**
151:23, 151:24
**jorf**
51:14
**jr**
4:6
**judge**
10:1, 173:20,
174:1, 174:8,
176:3
**july**
27:12, 45:2
**jump**
99:10
**june**
88:25, 115:12
**junior**
25:24

## K

**k5**
178:24, 191:18
**kashiv**
189:14, 189:17,
190:8
**keep**
33:9, 37:5,
50:17, 66:9,
70:13, 70:21,
71:7, 71:8,
138:19, 193:13
**keeping**
152:7

**kept**
31:11, 32:16,
32:17, 91:25,
138:20, 168:18,
168:21, 198:8,
198:12
**kholkar's**
13:21, 14:2,
72:25, 105:5
**kid**
206:19
**kidneys**
232:3
**kind**
87:24, 110:19,
132:11, 142:10,
142:20
**kindergarten**
186:8, 186:11
**knew**
22:4, 62:1,
62:10, 65:8,
65:10, 65:23,
91:16, 96:7,
96:11, 120:9,
206:18, 214:14,
216:9, 246:24
**knowing**
32:17, 233:2
**knowledge**
120:21, 133:7,
219:6
**knows**
142:4, 154:17,
154:18, 214:13,
214:15
**kolev**
48:14
**kumaraguru**
45:23, 47:7,
50:2, 75:8,
75:10, 76:9,
109:23

---

**L**

**labor**
25:7, 195:12
**ladder**
31:22, 31:23

**lamothe**
4:7
**land**
78:25
**language**
171:19, 200:23
**laptop**
36:22, 182:3,
182:4, 182:6,
182:8, 182:14,
182:15
**large**
45:4, 79:10
**las**
51:12, 51:16,
52:5, 52:8,
56:20, 57:9,
207:10
**lasfar**
51:14
**last**
10:7, 13:9,
16:23, 19:8,
23:2, 26:21,
41:8, 48:25,
49:11, 49:15,
50:22, 50:25,
60:19, 107:15,
107:18, 108:17,
113:8, 113:15,
113:20, 116:1,
118:17, 125:6,
129:12, 138:20,
157:20, 171:16,
171:20, 171:22,
172:7, 175:3,
175:9, 182:1,
209:23, 249:12
**late**
152:22, 153:19
**later**
22:16, 62:14,
175:20, 180:12,
224:13
**latitude**
71:13, 71:17
**law**
4:7, 120:25,

**200:19, 201:3**
**laws**
20:16, 20:24,
43:22
**lawsuit**
22:9, 49:12,
49:14, 125:22,
155:4, 162:12,
171:4, 172:21,
181:11, 205:8,
205:9, 205:15,
235:1
**lawyer**
35:25, 36:2,
125:19, 125:21,
130:14, 130:21,
131:3, 135:16,
155:1, 173:10,
173:13, 173:18,
173:22, 194:4,
195:19, 197:25,
198:7, 198:16,
199:19, 200:13,
200:22, 224:16,
224:17, 224:22,
237:4, 239:9
**lawyer's**
236:23
**lawyers**
22:25, 34:25,
35:13, 154:15,
155:8, 155:12,
155:16, 155:21,
156:7, 157:3,
172:20, 172:24,
174:7, 174:13,
174:17, 175:7,
190:19, 191:9,
193:22, 235:4,
240:1, 240:6,
240:13, 240:14
**lay**
148:2
**laying**
231:9, 231:11
**lead**
200:15
**leading**
195:6, 202:7,

**204:24, 205:5,**
205:11, 205:16,
206:20, 208:11,
211:20, 212:25,
215:23, 216:17,
217:4, 218:7,
226:21, 227:17,
228:8, 232:14,
233:8, 233:18
**learn**
67:18, 67:20,
67:24, 68:4,
68:7, 151:1,
185:16
**learned**
97:8
**learning**
134:11, 168:19
**least**
70:10, 71:3,
159:6, 159:7,
210:2, 228:6
**leave**
5:22, 5:24,
19:20, 34:21,
39:21, 73:18,
77:3, 85:3,
93:22, 93:23,
93:24, 94:1,
94:4, 94:10,
152:12, 164:19,
164:24, 165:12,
165:17, 167:11,
167:22
**leaving**
217:19
**leeway**
174:14, 175:13
**left**
32:4, 54:4,
57:7, 66:15,
68:22, 83:13,
92:23, 104:3,
106:4, 106:6,
106:17, 106:25,
109:17, 118:12,
128:16, 128:24,
129:2, 139:13,

146:22, 146:23,
146:25, 150:13,
167:16, 167:18,
184:2, 184:5,
195:23, 220:2,
220:14, 222:20,
236:9
**left-hand**
17:9, 17:19,
76:3
**leg**
129:9, 148:3,
245:22, 246:6,
246:17
**legal**
22:14, 35:24,
155:21
**legs**
64:2, 231:9,
231:12
**lenovo**
178:22, 178:24,
179:7, 180:4,
181:19, 184:21,
184:24, 185:15,
191:4, 191:6,
191:11, 191:18,
192:17
**less**
40:18, 58:13,
58:21, 243:19,
245:25
**let's**
13:11, 18:14,
28:7, 28:15,
29:13, 39:24,
45:19, 54:14,
57:2, 57:24,
59:13, 59:14,
60:6, 66:8,
66:10, 69:24,
81:13, 93:2,
127:16, 127:19,
156:5, 185:25,
193:3, 194:12,
195:2, 195:20,
195:21, 199:23,
200:11, 202:9,

203:6, 203:24,
207:4, 208:21,
209:15, 212:4,
218:13, 218:14,
244:6, 249:7
**letter**
6:11, 6:14,
127:8, 130:9,
130:13, 130:16,
130:19, 130:21,
131:22, 131:24,
132:3, 132:4,
132:12, 138:3
**letting**
214:11
**level**
150:20, 201:20,
201:22
**liability**
19:9, 19:25
**liberia**
20:24, 42:20,
43:7
**liberia's**
43:22
**liberian**
20:19, 38:14,
38:17, 38:20,
38:23, 39:2,
41:25, 42:2,
42:6, 42:7,
42:21, 42:24,
43:2, 43:10,
43:14, 43:16,
43:18, 43:21,
45:10
**libreville**
77:11, 77:14,
77:18, 78:7
**life**
18:9, 32:23,
119:3, 135:10,
152:22, 168:9,
222:11, 223:5
**lift**
68:22, 80:15,
91:24, 148:2,
231:10

**light**
146:2, 146:3
**lightly**
145:20
**limitations**
144:22
**limited**
20:6
**limp**
145:2, 145:4,
145:13, 145:18
**line**
39:25, 55:13,
74:2
**list**
5:17, 38:1,
39:13, 39:15,
41:15, 44:12,
50:23, 59:19,
158:4, 158:5,
242:15, 242:16,
242:22
**listed**
55:20, 58:16,
74:1, 74:23,
109:19, 171:13,
182:3, 194:13
**listen**
69:21, 193:16
**listened**
165:5
**listening**
96:4, 96:5,
102:16
**listing**
50:25
**lists**
33:17, 37:23,
55:18, 56:6,
56:10, 73:23,
137:10
**litigation**
173:21, 174:2,
176:9
**little**
36:25, 40:18,
50:17, 65:7,
66:10, 78:11,

81:14, 88:11,
88:16, 99:17,
146:2, 149:10,
161:9, 179:18,
183:19, 193:2
**live**
140:5
**liver**
232:4
**living**
222:17
**livingston**
1:25, 2:23,
251:2
**llc**
4:7
**llp**
3:8, 7:10
**load**
110:17, 143:1,
143:6, 143:14,
184:24
**loaded**
52:2, 53:8,
53:14, 53:16,
53:24
**loading**
51:17, 52:11,
143:18, 143:22
**locker**
89:10, 89:21
**log**
5:20, 5:21,
5:22, 70:1,
71:21, 73:1,
73:19, 74:4,
74:8, 85:3,
203:25
**logbook**
71:11
**long**
27:7, 30:5,
77:22, 99:10,
124:12, 134:11,
146:13, 146:17,
153:22, 213:16,
213:18, 213:19
**longer**
163:9, 184:24,

191:20, 192:3,
192:13, 239:16,
240:1
**look**
16:13, 18:14,
26:4, 28:7,
28:15, 29:13,
39:24, 55:22,
57:24, 69:24,
78:6, 81:13,
88:19, 111:2,
115:13, 128:4,
128:9, 128:14,
130:12, 155:15,
156:5, 157:1,
157:6, 161:8,
170:22, 183:1,
183:5, 183:9,
201:6, 201:7,
229:17
**looked**
15:24, 29:6,
33:11, 38:12,
76:22, 85:3,
183:2, 212:5,
227:20
**looking**
15:8, 17:4,
21:1, 33:9,
38:2, 41:14,
60:13, 83:1,
115:4, 115:6,
117:3, 140:23,
157:18, 162:6,
203:22
**looks**
38:13
**lose**
13:7, 13:13
**lost**
15:4
**lot**
38:4, 38:14,
42:10, 64:23,
65:6, 65:10,
98:7, 129:8,
140:4, 149:16,
149:19, 169:19,

193:19, 215:2,
227:7, 227:11,
230:13, 231:4,
231:6, 231:7,
231:12, 231:17,
232:7, 233:9,
233:10, 234:14,
236:4
**lots**
66:2, 232:6
**loud**
193:11
**louisiana**
1:2, 4:10,
9:18, 9:22,
10:1, 10:14,
155:6, 155:13,
156:16
**low**
150:19
**luckily**
170:15
**luxurious**
139:25
**lying**
151:11
**lynne**
1:25, 2:23,
251:2

---
**M**
---
**machine**
143:2, 143:4
**madam**
36:11
**madame**
14:16
**made**
56:18, 57:4,
57:13, 107:10,
109:7, 150:16,
157:16, 184:9,
200:19
**make**
13:18, 22:18,
39:23, 46:13,
48:2, 56:21,
59:13, 59:20,

64:18, 80:18,
95:15, 103:25,
111:25, 148:9,
169:15, 177:15,
179:15, 197:15,
199:23, 210:9,
210:10, 210:11,
231:3, 233:2,
233:6, 234:9,
245:25, 250:7
**makes**
35:23, 101:15,
201:25, 210:14,
247:23, 247:24,
248:2
**making**
92:1, 120:3,
172:25, 201:2
**malaria**
18:8, 18:10,
18:24, 54:18,
62:2, 62:6,
62:10, 62:16,
62:23, 63:5,
63:16, 63:17,
63:24, 65:14,
65:15, 65:17,
118:1, 118:5,
135:14, 136:24,
154:9, 154:12,
160:24, 160:25,
170:6, 177:9,
177:17, 177:22,
177:24, 178:1,
178:7, 178:13,
178:15, 197:7,
206:12, 215:10,
215:20, 216:3,
216:15, 217:19,
218:3, 220:24,
221:4, 221:10,
221:12, 222:9,
228:14, 228:15,
229:2, 229:5
**malarial**
97:3, 97:4,
97:8, 97:13
**man**
8:12, 8:20,

8:24, 68:19,
132:9, 235:14,
244:22, 244:23
**manage**
139:4
**manner**
29:15
**many**
41:1, 85:23,
94:6, 108:2,
184:13, 221:25,
243:17, 243:19,
245:23
**map**
76:19, 77:1,
77:9, 77:10,
77:23
**march**
58:5, 59:22,
204:3, 209:23,
210:3, 210:25,
212:14, 227:23,
227:25
**marin**
79:17, 79:21,
80:9, 80:13,
80:14, 80:23,
82:8, 82:18,
87:14
**marine**
219:15
**maritime**
25:7, 153:2,
195:12
**mark**
9:12, 10:24,
37:13, 55:8,
71:20, 72:25,
73:18, 77:2,
109:1, 119:14,
125:4, 125:6,
127:1, 128:5,
171:7, 176:12
**marked**
9:13, 11:1,
28:1, 37:15,
44:9, 44:16,
51:2, 55:11,

59:16, 59:17,
71:22, 73:2,
73:21, 75:17,
77:4, 77:12,
83:2, 109:2,
114:13, 116:18,
119:16, 125:14,
127:3, 128:6,
128:7, 130:10,
171:9, 176:14,
193:25, 200:1

**marking**
170:24

**marriage**
49:10

**married**
49:9, 142:5

**marta**
53:17

**martin**
4:6, 7:13,
10:2, 12:14,
12:20, 23:1,
115:10, 175:10,
203:7, 203:9

**maryland**
2:25, 3:11,
251:21

**master**
196:12, 219:11,
219:20, 220:8,
230:7

**matches**
109:8

**mate**
32:9, 32:13,
57:9, 91:9,
91:12, 91:21,
92:14, 92:18,
94:14, 94:18,
94:25, 95:18,
96:16, 97:1,
97:9, 99:21,
99:23

**matter**
244:2

**max**
147:7, 147:17

**maximum**
34:2, 226:11,
226:14, 226:19

**maybe**
49:6, 69:25,
93:1, 93:19,
110:11, 124:1,
142:16, 150:9,
158:15, 161:2,
170:14, 172:8,
181:7, 181:8,
191:12, 232:25,
233:1, 238:24

**mean**
133:25, 139:10,
153:18, 156:8,
169:25, 179:4,
207:17, 213:18,
231:5

**means**
31:7, 71:17,
109:10, 182:11,
208:9, 226:12,
226:15

**meant**
154:6

**med**
148:20

**media**
79:20

**medical**
6:5, 6:6, 6:11,
18:3, 19:3,
19:23, 23:16,
23:20, 23:25,
26:10, 26:15,
30:4, 34:20,
35:19, 89:9,
89:13, 89:21,
89:22, 90:9,
91:9, 91:13,
91:22, 108:25,
114:15, 116:6,
118:10, 118:12,
118:14, 118:19,
118:25, 119:4,
119:8, 129:12,
157:22, 158:2,

159:3, 168:11,
168:15, 169:2,
178:1, 187:17,
188:7, 219:8,
219:10, 219:13,
219:21, 220:20,
221:18, 222:5,
224:23, 226:11,
226:15, 226:19,
226:20, 230:8

**medically**
19:21

**medication**
5:19, 8:7,
8:10, 58:17,
58:24, 59:5,
59:9, 59:10,
60:22, 61:7,
61:8, 62:16,
62:23, 63:6,
63:7, 63:10,
160:6, 160:8,
160:12, 160:25,
203:25, 207:14,
207:22, 208:1,
208:21, 208:24,
209:8, 209:13,
210:1, 211:4,
218:3, 220:13,
220:24, 221:4,
221:8, 221:10,
221:12, 221:14,
227:16, 227:25,
238:11, 242:13

**medications**
54:18, 55:3,
57:25, 58:10,
61:16, 61:21,
147:11, 147:13,
147:16, 159:9,
159:13, 204:2,
208:21, 209:20,
211:10, 237:20,
237:22, 238:14,
242:3, 242:5,
242:6, 245:5

**medicine**
56:18, 63:16,

63:17, 92:24,
93:4, 93:8,
93:16, 104:10,
104:11, 160:24,
203:24, 220:12,
238:19, 238:21,
238:23, 242:23,
243:2, 243:6,
244:17

**medicines**
55:17, 56:25,
57:11, 91:16,
95:19, 95:23,
96:12, 147:21,
160:2, 160:21,
161:17, 161:20,
161:24, 162:2,
220:22, 227:21,
241:14, 242:20

**medium**
72:7, 81:12

**meeting**
144:3, 152:17,
152:18, 248:14

**mefloquine**
58:4

**member**
104:12, 121:17,
121:21, 198:13,
208:5, 208:6,
210:18, 213:2,
246:6, 246:17

**members**
47:8, 120:10,
137:11, 169:5,
208:4, 233:16,
237:12, 238:15,
242:7, 244:17

**memories**
151:19, 151:20

**memory**
82:8, 94:7,
101:3, 101:9,
104:17, 104:25,
108:12, 109:8,
137:13, 153:9

**mentioned**
19:17, 32:8,

150:25, 171:11,
194:4, 226:24

**message**
37:1, 47:20,
48:5, 49:7,
49:8, 102:10,
102:15, 102:24,
171:18, 171:19,
171:25, 188:19,
191:2

**messaged**
47:21, 48:1,
190:24

**messages**
37:6, 181:12,
182:9, 183:10,
190:20, 190:21,
191:10, 191:16,
192:9, 192:11,
192:13, 192:16,
192:17, 225:17,
239:25, 240:5,
240:9, 240:12,
240:13, 240:18,
240:19, 240:21

**messaging**
191:5

**met**
76:8, 233:21,
233:22, 233:23

**miami**
3:21

**michelle**
144:2, 144:3,
150:24, 151:22,
153:13

**middle**
24:10, 70:22

**midnight**
72:14, 72:16,
111:22, 216:22,
217:2

**might**
8:8, 93:11,
93:12, 148:12,
150:6, 177:16,
239:22

**miles**
77:23, 78:1,

78:4, 78:5

**mind**
228:22, 234:18

**mine**
139:25

**minute**
26:5, 55:23,
128:10, 193:3

**minutes**
13:3, 13:12,
66:8, 66:10,
71:13, 97:20,
127:17, 130:13,
185:2, 186:1,
193:6, 229:16,
229:17

**misread**
117:20

**misrepresent**
14:20

**missing**
160:2, 211:16,
211:17, 211:18,
218:3, 235:15

**misspoke**
12:17

**misstates**
62:25, 87:8,
112:4, 133:14,
148:14, 153:24,
162:15, 165:22,
218:6, 227:17,
240:4

**mistake**
155:18, 155:21

**misunderstand**
241:11

**misunderstanding**
93:12

**misunderstood**
32:1, 93:1,
93:20, 158:15,
158:17

**mixed**
238:25

**mobile**
37:1, 46:5,
178:23, 184:23

**moment**
8:16, 10:17,
15:5, 32:9,
36:25, 37:10,
194:11, 204:1,
207:3, 218:16,
233:11

**moments**
232:9

**money**
66:20, 119:22,
121:13, 122:13,
126:24, 126:25,
138:15, 140:2,
149:4, 149:6,
198:3, 198:18,
204:11, 204:15,
225:13, 226:7,
236:11, 236:12

**monrovia**
43:7, 43:16

**month**
40:20, 49:5,
148:18, 148:25,
170:14, 171:22,
172:8, 181:8,
209:12, 224:12,
225:22, 246:1

**monthly**
27:14, 131:4,
131:6, 197:10,
197:11

**months**
19:11, 27:9,
27:10, 34:21,
38:5, 40:7,
40:18, 131:9,
132:15, 133:1,
150:10

**moped**
144:17, 144:19

**more**
31:14, 32:2,
33:3, 33:24,
35:18, 35:23,
38:9, 53:14,
63:13, 92:8,
92:11, 92:16,

98:24, 105:9,
124:23, 128:20,
152:19, 161:9,
167:19, 168:22,
198:18, 201:16,
202:11, 203:22,
224:2, 224:13,
225:8, 226:7,
243:19, 245:25,
246:2

**morning**
7:19, 72:15,
72:16, 100:25,
101:5, 101:19,
112:15, 112:22,
152:13, 152:15,
166:11, 166:13,
167:3, 167:12,
167:15, 167:17,
186:7, 193:23,
199:16, 199:20,
200:2, 200:14,
200:23, 214:20,
216:24, 217:3

**morocco**
51:14, 51:18,
51:20, 52:1,
52:12, 52:14,
52:18, 52:23,
54:9

**mosquito**
65:5, 65:9,
65:14, 65:24,
85:6, 85:17,
86:24, 87:3,
87:5, 177:5,
226:25, 227:5

**mosquitos**
64:3, 64:18,
64:23, 65:2,
65:3, 65:6,
65:10, 65:12,
65:16, 65:18,
66:2, 85:8,
85:20, 86:15,
86:17, 97:23,
98:7, 98:12,
98:14, 98:16,

98:18, 98:21,
98:24, 99:1,
99:2, 99:3,
99:4, 99:6,
99:8, 99:15,
177:19, 215:20,
216:3, 216:15,
217:2, 217:9,
227:7, 227:11
**most**
92:9, 234:19
**mother**
121:7, 121:13,
121:21, 122:3,
122:5, 229:9,
236:2
**motor**
15:14, 20:19,
116:8, 144:19
**motormens**
152:7
**motorola**
181:17, 181:20,
181:21
**mount**
38:20, 40:14,
40:17
**mouth**
104:23, 165:23
**move**
34:23, 47:25,
78:10, 92:11,
92:16, 105:2,
125:20, 174:11,
174:17, 231:9
**moved**
53:11
**much**
34:4, 35:1,
63:12, 69:9,
69:10, 119:4,
138:15, 138:19,
163:9, 178:17,
184:12, 192:21,
198:3, 232:10,
233:10, 236:16,
245:25, 247:2,
247:22, 247:23,

248:1, 248:10,
249:14
**multinational**
45:9
**must**
124:11, 133:9,
193:3
**mv**
219:11
**myself**
65:11, 65:12,
111:3, 234:13

**N**

**name**
9:3, 11:4,
44:21, 46:22,
46:23, 56:13,
57:20, 61:13,
74:1, 151:9,
152:4, 154:18,
154:22, 184:6,
189:14, 190:6,
247:11, 249:12
**name's**
7:20
**names**
188:17
**naming**
12:23
**narrative**
194:16
**narrow**
78:25
**nationalities**
45:5
**nationality**
37:21, 42:19
**navigation**
11:4, 69:10,
194:3, 194:7,
194:13, 194:21,
195:5
**nd**
87:19, 105:20,
112:15, 112:22,
166:17, 166:19,
213:21, 214:18,

214:21, 244:2,
244:6
**near**
17:19
**necessary**
250:7
**neck**
64:2, 86:21,
99:11, 177:4,
177:10, 177:12
**necrosis**
222:18, 228:17,
229:14, 236:10
**need**
28:6, 32:24,
50:19, 62:3,
66:6, 66:20,
68:20, 69:1,
69:22, 94:19,
105:9, 110:13,
114:8, 130:4,
133:8, 135:20,
148:12, 148:21,
148:24, 149:24,
150:2, 150:6,
154:7, 172:4,
172:13, 177:19,
187:12, 193:16,
193:17, 196:6,
196:8, 199:10,
224:10, 224:11,
227:9, 230:12,
240:2, 240:16,
240:22
**needed**
94:14, 96:16,
97:2, 172:18,
241:22
**needs**
29:16, 186:14,
225:7
**neither**
219:21, 251:8
**nephrologist**
117:11
**never**
67:7, 70:2,
103:19, 103:22,

122:9, 124:22,
137:1, 137:4,
143:16, 143:19,
144:11, 146:4,
146:5, 146:9,
158:1, 158:6,
165:5, 181:10,
189:22, 216:7,
218:4, 220:14,
226:4, 229:6
**new**
4:10, 53:2,
53:4, 53:8,
54:10, 148:18,
180:3, 181:23,
191:13, 191:14,
192:6, 192:10,
192:14, 211:19
**newborn**
31:17, 32:10,
33:6, 206:17,
234:5
**next**
10:18, 24:21,
25:1, 25:17,
27:20, 37:9,
40:14, 44:11,
50:24, 51:11,
53:1, 56:10,
56:12, 57:2,
57:13, 57:24,
61:1, 61:13,
75:15, 108:24,
110:1, 110:25,
116:4, 117:9,
130:8, 154:6,
166:11, 166:13,
167:3, 170:22,
176:7, 195:18,
195:20, 195:22,
196:17, 203:6,
209:15, 219:14,
234:6, 245:12,
245:13
**nicoli**
164:7, 164:16
**night**
70:23, 74:20,

81:7, 82:3,
85:8, 86:7,
99:1, 99:2,
138:16, 138:21,
139:19, 166:3,
217:1, 219:17
**nighttime**
70:8, 72:3,
72:4, 82:9,
82:12, 98:15
**nobody**
36:18, 103:18,
104:2, 104:15,
105:19, 105:22,
119:23, 120:13,
121:9, 121:23,
121:25, 122:19,
130:7, 169:7,
169:8, 173:8,
173:19, 174:3,
216:18, 223:3,
223:15, 226:23,
229:15, 243:15,
244:5, 244:9,
244:14
**nobody's**
136:13
**noon**
72:18, 73:11
**normal**
78:23, 91:5,
129:24, 129:25,
130:1, 139:25,
167:14, 178:3,
178:5, 178:11,
178:15, 186:5,
186:16, 230:18
**normally**
106:22, 110:18,
144:9, 145:22,
145:24
**north**
51:21, 51:22,
71:14, 71:17
**nos**
103:25
**notarial**
251:13

**notary**
2:24, 251:1,
251:20
**note**
68:2, 108:10
**noted**
35:15, 60:9
**notes**
90:21, 185:24,
229:18
**nothing**
143:17, 143:21,
216:15, 227:10,
227:12, 228:5
**notice**
2:23, 5:12,
9:8, 9:11, 9:16
**noticed**
45:4, 203:19
**november**
182:2
**number**
44:18, 45:4,
47:17, 47:19,
47:20, 48:7,
48:8, 48:12,
48:13, 48:16,
48:18, 48:20,
49:6, 49:22,
156:14, 177:1,
195:8, 208:5,
208:6, 208:17,
208:18, 209:17,
218:14, 218:23,
243:21
**numbers**
55:9
**nutritionist**
117:12

**O**

**o'clock**
152:13, 152:14,
167:17, 219:17
**oath**
8:14, 8:18,
8:20, 9:3, 9:24,
10:13

**obey**
174:7
**object**
10:2, 12:18,
35:10, 59:23,
114:21, 133:16,
153:18, 174:20,
195:6, 198:22,
199:8, 199:17,
200:25, 202:5,
202:7, 204:24,
211:20, 212:1,
212:25, 215:23,
216:17, 217:4,
218:6, 220:3,
226:9, 233:8,
240:25
**objected**
36:2
**objecting**
241:5
**objection**
12:14, 12:19,
12:25, 13:1,
14:3, 36:7,
36:14, 105:2,
115:20, 153:15,
153:20, 158:24,
175:10, 194:15,
199:1, 205:18,
208:14, 216:5,
218:10, 220:7,
232:14, 240:4
**observation**
118:10, 118:22
**observe**
232:22
**obtain**
42:1, 161:17
**obviously**
18:8, 234:25
**occasions**
207:15, 209:9,
210:3
**occurring**
19:19, 201:13
**ocean**
77:14

**october**
182:2
**off-line**
36:25
**off-season**
138:14
**offer**
10:9
**offered**
164:3, 173:18
**office**
13:18, 135:1,
140:23, 189:6,
189:9, 189:11,
189:12, 190:15,
192:1, 192:8,
215:14, 247:10,
247:11
**officer**
25:25, 31:15,
31:16, 31:20,
32:18, 32:20,
56:9, 57:3,
59:5, 61:20,
62:3, 74:23,
75:12, 88:12,
88:18, 90:5,
90:10, 91:24,
95:3, 95:18,
95:22, 95:25,
96:11, 97:5,
97:18, 102:1,
102:2, 104:8,
109:22, 111:21,
111:23, 111:24,
112:16, 112:17,
113:3, 113:9,
113:11, 113:16,
113:17, 113:19,
151:2, 151:11,
157:21, 158:4,
158:5, 158:25,
159:11, 159:14,
159:22, 160:5,
160:11, 160:14,
162:10, 162:13,
165:2, 168:23,
177:16, 177:18,

177:21, 178:1,
178:7, 206:16,
210:16, 214:11,
214:24, 214:25,
215:1, 215:8,
215:14, 215:25,
217:14, 217:23,
218:2, 222:15,
222:25, 226:25,
228:5, 230:2,
230:5, 230:6,
237:14, 238:18,
241:14, 241:15,
242:12, 242:14,
242:19, 243:5,
251:2
**officers**
33:4, 75:5,
109:7
**often**
138:10, 142:17
**oh**
66:18, 125:8,
166:18, 178:22,
202:21
**oiler**
47:15, 47:18
**oilers**
152:7
**ointment**
237:23, 238:2,
238:4, 238:5
**old**
49:4, 183:5,
183:9, 191:15,
191:25, 192:7,
192:9, 192:11
**on-board**
25:21, 31:11,
31:20, 32:16,
95:6, 95:13,
105:5, 160:25,
161:2, 165:8,
168:19, 168:22,
177:11, 178:21,
181:2, 208:23,
216:20, 236:7,
240:23, 242:13,

245:24, 247:18
**once**
102:21, 103:7,
103:8, 114:5,
134:15, 134:21,
139:12, 207:21,
221:11, 234:10
**one's**
119:21, 130:4,
210:21
**ones**
47:14, 201:7,
207:4
**only**
40:9, 56:6,
56:10, 56:12,
61:12, 66:8,
67:6, 70:8,
75:1, 85:25,
86:9, 106:13,
106:16, 107:1,
109:23, 121:10,
121:18, 121:23,
124:3, 150:4,
150:5, 167:6,
170:3, 170:15,
179:3, 187:14,
187:16, 188:10,
198:18, 199:4,
199:15, 200:16,
204:11, 204:15,
207:21, 207:25,
208:7, 208:9,
208:12, 209:6,
209:12, 210:6
**open**
64:11, 64:13,
64:15, 89:23,
90:14, 90:17,
91:1, 91:4,
140:22
**opened**
90:19, 90:21,
91:2, 151:9
**operated**
123:25, 224:11
**operation**
225:7

**opportunity**
15:18
**opposed**
207:21
**option**
57:18
**order**
55:18, 92:4,
92:15, 92:19,
95:8, 159:2,
165:2, 176:2,
220:8, 235:8
**ordered**
92:3, 95:5,
95:12, 96:3,
96:20, 157:20,
160:23, 173:20,
174:1, 218:4
**orders**
248:17, 248:21
**ordinary**
38:10, 48:19
**orient**
41:12, 41:15,
151:10
**orientado**
115:14
**original**
156:8, 156:10,
157:7
**orleans**
4:10
**orthotic**
129:22
**other**
11:7, 22:1,
29:9, 32:1,
45:6, 47:8,
56:17, 58:12,
59:2, 59:6,
61:10, 76:13,
86:5, 92:20,
95:10, 96:19,
104:11, 124:2,
135:9, 141:6,
147:10, 179:1,
182:9, 187:9,
187:25, 188:1,

188:7, 201:7,
208:4, 215:11,
217:17, 224:25,
228:4, 229:1,
237:12, 237:16,
238:1, 238:15,
241:24, 242:6,
248:6
**others**
21:17, 236:6
**otherwise**
251:11
**out**
15:22, 16:14,
17:23, 66:2,
70:6, 75:4,
77:18, 78:18,
84:21, 85:2,
85:8, 86:6,
86:9, 97:2,
97:13, 98:24,
107:10, 109:22,
109:23, 139:4,
145:17, 150:14,
179:16, 183:21,
184:11, 217:18,
233:5, 234:10,
247:16
**outcome**
251:11
**outside**
40:16, 68:17,
82:5, 144:25,
235:23
**over**
72:12, 73:5,
111:4, 214:8,
228:6
**over-the-counter**
147:18
**overall**
25:14
**overly**
219:11
**owendo**
53:21, 54:2,
54:4, 54:11,
54:15, 69:4,

73:24, 76:1,
78:1, 78:12,
78:15, 79:6,
79:17, 79:23,
81:10, 84:24,
85:18, 86:6,
86:12, 87:17,
97:21, 109:15,
110:10, 110:17,
110:22, 161:6

**owing**
30:3

**own**
28:22, 29:1,
33:13, 138:17,
213:7, 219:5,
232:22, 237:6,
237:8, 237:19

**owner**
19:5, 25:7,
25:11

**P**

**pacific**
1:9, 7:11,
7:21, 11:9,
11:11, 11:15,
12:10, 12:16,
12:23, 13:5,
25:8, 27:21,
27:24, 28:25,
30:16, 188:12,
188:25, 189:5,
195:14, 195:19,
196:24, 196:25,
199:21, 199:22,
199:25, 200:6,
200:14

**paclibar**
48:18, 48:19

**page**
5:3, 16:14,
16:18, 16:23,
17:5, 17:8,
17:9, 17:11,
17:13, 17:15,
17:18, 17:24,
19:14, 20:10,

21:12, 21:16,
24:21, 25:1,
25:17, 25:19,
26:21, 26:23,
26:25, 33:14,
55:14, 55:18,
55:22, 55:23,
57:24, 60:13,
61:5, 69:25,
70:2, 114:15,
116:7, 116:14,
117:10, 118:17,
131:2, 157:18,
161:8, 218:14,
218:25

**pages**
1:24, 16:14,
20:9, 127:2

**paid**
19:20, 23:10,
23:16, 23:17,
23:20, 23:21,
23:25, 30:17,
34:22, 126:19,
126:24, 137:22,
137:24, 204:13,
204:16

**pain**
111:4, 123:14,
123:19, 123:20,
123:22, 124:1,
124:6, 126:7,
126:8, 126:10,
126:12, 126:14,
129:1, 129:4,
129:10, 144:23,
145:3, 145:6,
145:7, 145:19,
145:24, 146:9,
146:19, 146:21,
147:13, 149:18,
149:19, 150:11,
150:16, 150:18,
150:19, 150:22,
150:23, 187:20,
188:5, 231:12,
231:15, 231:17,
234:24

**painful**
231:15

**paining**
88:16, 146:10,
149:16, 150:10,
150:14

**pains**
129:8

**palmas**
51:12, 51:16,
52:5, 52:8,
56:20, 57:9,
207:10

**pan**
142:22

**pancreas**
232:4

**pans**
142:19

**paper**
42:5, 42:12,
55:4, 56:14,
56:18, 57:4,
57:6, 57:7,
57:10, 57:14,
57:15, 57:17,
57:19, 57:22,
58:14, 163:10

**papers**
36:19, 42:10

**paragraph**
11:19, 11:23,
15:24, 17:19,
18:14, 18:16,
18:17, 19:2,
19:8, 19:10,
19:16, 20:14,
21:2, 21:9,
21:12, 21:21,
21:23, 24:8,
24:11, 25:4,
28:16, 29:1,
29:13, 30:2,
75:20, 158:12,
158:22, 159:6,
159:15, 159:16,
160:5, 162:6,
162:18, 162:21,

163:4, 163:11,
164:5, 170:4,
194:5, 199:20,
200:24

**paragraphs**
20:11, 21:1

**part**
12:3, 12:4,
20:4, 22:8,
24:3, 24:23,
25:14, 28:6,
28:23, 32:2,
83:3, 89:18,
116:12, 139:11,
170:1, 181:13,
200:13, 248:20

**partial**
126:1, 226:6

**particular**
209:21, 230:9

**particularly**
222:20

**parties**
12:22, 251:9

**parts**
16:5

**party**
11:7

**patient**
118:12

**patio**
83:20, 84:4,
84:7, 84:10,
84:21, 84:23,
85:6

**paulina**
171:12, 171:14,
171:17, 171:21,
172:4, 233:22

**pause**
13:20

**pay**
14:7, 18:4,
19:21, 19:22,
20:5, 21:7,
22:5, 22:10,
23:7, 23:11,
23:24, 24:16,

26:9, 26:15,
30:20, 30:22,
35:19, 40:23,
40:25, 63:12,
66:20, 67:6,
119:7, 119:9,
119:21, 122:17,
131:3, 131:4,
131:6, 137:20,
137:24, 140:9,
140:16, 199:5,
230:14, 248:4
**paying**
120:22, 225:13,
225:14
**payment**
21:5, 24:14,
200:16, 200:17
**payments**
21:3, 202:3
**pays**
40:20
**pedro**
3:17
**peers**
235:17
**people**
47:13, 48:21,
61:12, 95:10,
105:25, 106:1,
153:10, 235:17,
235:18, 235:23,
235:24
**percent**
26:3, 26:7,
33:21, 33:25,
34:20, 124:23,
131:13, 131:17,
199:14, 199:15,
204:9
**perform**
147:25, 148:5
**performed**
124:5
**period**
18:20, 27:7,
214:8, 241:10
**periods**
146:13, 146:17

**perlstein**
88:22, 88:23,
89:2, 89:8,
90:18, 91:2,
91:8, 92:23,
93:6, 93:21,
93:25, 94:11,
94:13, 94:17,
94:22, 96:15,
96:25, 97:8,
97:12, 98:11,
98:19, 99:6,
99:9, 99:20,
99:24, 100:14,
100:24, 102:8,
103:10, 103:14,
107:15, 166:10,
167:5
**permanent**
201:10
**permanently**
136:12
**person**
136:13, 137:2,
222:24
**personal**
5:15, 9:4,
37:11, 37:13,
137:10, 219:6,
237:19
**personally**
13:4, 28:9,
30:19, 76:7,
78:2, 214:18
**peter**
7:13, 14:21,
22:20, 60:3,
60:5, 105:9,
112:5, 130:9,
153:17, 166:20,
174:18, 185:22
**pharmacy**
186:14
**phone**
36:20, 36:24,
47:13, 48:5,
66:16, 67:2,
67:5, 67:10,

67:13, 68:3,
120:8, 121:25,
169:10, 178:20,
178:22, 178:24,
179:3, 179:7,
179:11, 179:12,
179:17, 179:20,
179:23, 180:1,
180:2, 180:3,
180:4, 180:7,
180:13, 180:16,
180:20, 180:22,
180:24, 181:1,
181:4, 181:9,
181:11, 181:14,
181:15, 181:18,
181:20, 181:23,
181:25, 184:22,
184:23, 185:3,
185:5, 185:8,
185:14, 185:16,
185:21, 191:2,
191:6, 191:11,
191:13, 191:14,
191:15, 191:17,
191:20, 191:24,
191:25, 192:2,
192:3, 192:6,
192:7, 192:10,
192:12, 192:18,
236:24, 239:15,
240:1, 240:3,
240:6, 240:17,
240:23, 241:20,
241:22, 247:14,
247:15
**phones**
179:1, 233:25
**phonetic**
95:14, 189:15,
247:12
**photo**
37:17, 44:7,
49:25, 50:4,
76:9, 76:11,
185:5, 185:6,
185:7, 185:8,
185:14

**photograph**
5:16, 5:23,
42:13, 42:23,
75:16, 75:23,
82:16, 83:2,
83:23, 104:22,
128:17, 128:19,
183:12, 183:14,
183:16, 183:22,
184:15, 184:16,
184:20, 184:25,
185:10, 185:17
**photographs**
6:13, 128:6,
185:3
**photos**
128:10, 128:23,
234:5, 234:6
**physical**
142:21, 143:5,
143:14, 147:24
**physically**
143:22
**physiotherapist**
117:12
**pick**
53:1, 95:15
**picked**
47:12
**picture**
128:4, 183:25
**pictures**
180:20
**piece**
42:5, 43:10,
163:10
**pier**
68:18, 72:11,
78:21, 78:23,
78:24, 78:25,
85:21, 87:22,
87:25, 88:4,
104:18
**piers**
78:17
**pill**
62:4
**pills**
62:4, 62:5,

62:8, 62:9,
62:11, 95:6,
96:20, 97:9,
228:7, 228:10
**place**
29:15, 68:25,
129:11, 136:15,
238:9
**places**
68:7
**plaintiff**
1:7, 3:16, 4:5,
7:13, 13:7,
35:5, 157:20,
159:8, 160:7,
162:9, 164:6,
168:13
**plaintiff's**
6:15, 6:16,
171:8, 176:13,
218:23
**plan**
149:2
**plasmodium**
118:6
**please**
10:6, 10:9,
12:23, 14:6,
18:13, 21:19,
22:12, 22:25,
23:18, 26:13,
28:24, 31:5,
36:4, 36:9,
36:10, 36:11,
37:4, 41:20,
47:2, 50:18,
52:13, 61:19,
62:17, 63:3,
66:6, 79:25,
88:2, 90:8,
91:19, 92:17,
92:25, 94:16,
108:18, 112:11,
121:3, 123:15,
127:16, 130:23,
132:6, 135:22,
136:4, 140:11,
141:25, 146:15,

147:2, 148:8,
154:8, 158:21,
162:1, 164:25,
165:10, 168:16,
173:12, 179:6,
179:9, 180:6,
188:16, 189:3,
194:10, 203:18,
212:16, 227:19,
228:25, 230:10,
230:11, 230:16,
237:25, 248:22
**plus**
35:19, 181:18
**pneumologist**
117:12
**pocket**
37:5
**point**
26:21, 91:16,
108:4, 150:2,
173:20, 188:22,
218:2, 219:20,
242:11
**pool**
81:18, 81:25,
82:2, 82:8,
82:14, 83:24,
84:3, 84:6,
84:10, 84:13,
84:16
**port**
5:18, 50:25,
51:24, 69:4,
73:7, 73:8,
78:11, 78:12,
80:14, 80:23,
110:11, 110:13,
157:20, 211:17,
211:18, 211:22,
219:14, 238:11
**position**
78:16, 141:4,
146:19, 176:1,
222:14
**possible**
13:19, 104:24,
120:25, 193:18

**post**
184:19
**posted**
184:15, 184:16,
185:7
**pot**
142:22
**potential**
140:25
**pots**
142:19
**potter**
95:14, 96:6
**powder**
238:23, 238:25
**power**
213:8
**poydras**
4:8
**practitioner**
117:7
**preceding**
194:16
**pregnant**
141:20, 245:18
**prejudice**
200:18
**prepared**
114:24, 176:23,
242:21
**prescribed**
147:20
**prescriptions**
147:18
**presence**
100:20
**present**
4:23, 12:24,
99:2, 99:3,
113:11, 115:16,
115:22
**presentation**
5:24, 77:3,
81:23
**presently**
188:19
**preserve**
240:2, 240:17

**pretty**
139:21
**prevent**
62:6
**prevents**
143:17, 143:22
**previous**
125:8, 212:4
**previously**
83:2
**printed**
234:5
**prior**
54:17, 101:21,
101:25, 150:25
**privilege**
174:11, 174:20,
175:17, 175:19,
175:24
**problem**
15:5, 60:5,
142:6, 145:1,
149:4, 149:6,
151:8, 159:10,
189:25, 228:17,
228:19, 229:15,
232:6, 232:7
**problems**
98:7, 154:8,
154:11, 154:13,
213:14, 230:13,
234:22
**procedure**
124:4, 126:3,
167:15, 211:3,
211:5, 211:6,
211:7
**procedures**
224:13, 225:9
**proceed**
7:16, 7:24,
35:16, 160:8,
203:18, 235:1
**proceeded**
160:22
**proceeding**
13:11
**process**
148:21, 149:24

**produced**
104:23, 105:3,
115:5
**profile**
190:5
**program**
132:24
**progress**
170:14
**progressing**
150:18, 170:15
**promise**
8:21, 11:15,
12:10, 15:13,
20:4, 20:23,
24:3, 198:8,
198:12, 247:8
**promised**
246:13, 247:5
**promotion**
245:10, 245:11,
245:12, 245:13,
245:23, 245:24,
246:14, 247:5,
247:13, 247:18
**pronounce**
51:14
**proper**
35:9, 175:10
**property**
138:7, 138:11,
138:16, 138:25,
139:2, 139:8,
139:15
**prophylactic**
227:21
**prophylaxis**
55:17
**protect**
65:24, 177:8
**protected**
175:17
**protecting**
65:11
**protective**
87:2
**provide**
8:2, 142:8

**provided**
21:4, 21:24,
26:12, 124:21,
177:2, 191:9,
212:10, 212:11
**provides**
29:9
**provisions**
25:6, 52:7,
52:8, 110:8,
110:11, 110:12,
110:13, 110:17,
110:19, 110:20,
195:12
**psotolongo@sotol-
ongolaw**
249:11, 249:12
**psychiatrist**
117:13, 231:21
**pte**
1:9, 195:14,
196:24, 196:25
**public**
2:24, 145:12,
145:14, 251:1,
251:20
**published**
72:20, 114:11,
119:10
**pull**
202:17, 202:22,
218:13
**pulled**
72:11, 73:5,
166:3, 166:23
**purpose**
25:5, 195:11
**purposes**
25:10
**pursuant**
2:23, 25:6,
195:11
**pursue**
205:7, 205:8
**put**
25:3, 30:9,
77:7, 79:14,
89:23, 90:2,

90:12, 100:22,
114:2, 127:1,
128:3, 129:23,
156:6, 165:23,
166:16, 179:24,
218:22, 222:9,
238:4
**putting**
70:25, 90:9,
222:14

---

**Q**

**qualification**
42:1
**quantity**
98:12, 98:21
**quarters**
163:24, 164:10,
164:14, 165:3,
165:7, 165:10,
165:12
**query**
109:9
**question**
10:3, 18:13,
18:15, 26:13,
31:5, 32:3,
34:25, 35:10,
36:1, 36:4,
36:10, 41:20,
63:3, 69:14,
69:18, 75:2,
79:25, 90:7,
91:19, 92:25,
94:16, 101:10,
105:14, 107:14,
108:5, 108:19,
109:10, 109:15,
110:1, 110:7,
110:25, 114:21,
115:15, 115:19,
123:15, 128:11,
131:23, 132:6,
132:11, 136:4,
140:11, 143:13,
146:14, 153:14,
154:6, 161:12,
165:1, 168:5,

173:12, 174:10,
175:2, 175:4,
175:6, 175:9,
175:22, 176:17,
177:7, 179:9,
182:12, 182:20,
183:8, 183:15,
189:2, 194:16,
198:10, 206:25,
212:15, 221:6,
224:20, 227:19,
228:25, 229:4,
235:6, 241:1,
243:10
**question's**
33:3
**questioning**
209:5, 209:6
**questions**
7:22, 7:23,
12:24, 69:21,
105:10, 109:14,
158:20, 166:21,
174:12, 174:16,
174:21, 175:15,
176:5, 192:24,
193:4, 193:16,
193:17, 198:3,
203:19, 204:5,
236:15, 236:23,
241:24, 242:2,
247:1, 248:6
**quick**
22:24, 128:11,
185:23
**quickly**
15:6, 146:6,
146:8, 146:10
**quote**
25:11

---

**R**

**radiologist**
117:14
**raise**
9:2
**raised**
8:16, 10:12

randolph
130:17
ranging
17:2
rank
196:1, 197:2
rate
19:20, 131:3,
138:19
rates
131:3, 138:20
rating
25:24, 26:6,
33:18, 33:21,
35:19, 38:9,
41:18, 47:16,
124:21, 124:23,
131:14, 131:16
ratings
33:17
rd
123:6, 124:18,
170:18, 218:24,
223:24, 244:7,
244:8
reach
13:17, 118:5,
226:19
reached
107:7, 219:10,
220:14
read
11:21, 11:22,
12:20, 19:12,
24:10, 28:23,
60:13, 60:16,
159:11, 194:22,
195:9, 195:10,
195:15, 196:13,
196:18, 199:20,
200:8, 200:12,
200:14, 200:22,
219:3, 219:4,
219:24, 249:7,
249:8, 250:3
reading
157:23, 164:10,
202:20

reads
195:9
ready
7:24, 7:25,
121:2, 124:17,
207:2, 230:14,
236:10
realize
207:25
realized
218:3, 219:20,
231:2
really
58:22, 83:6,
101:6, 203:11,
206:11, 235:20
reason
8:1, 8:4, 8:6,
21:8, 22:1,
24:17, 74:7,
74:13, 104:5,
105:11, 105:15,
110:2, 212:19,
212:20
reasonable
29:16
reasons
152:11
recall
15:8, 33:10,
42:11, 43:1,
43:5, 46:4,
52:7, 58:18,
58:23, 58:25,
59:8, 59:11,
61:9, 69:3,
69:5, 71:24,
74:18, 79:22,
80:10, 80:17,
80:19, 82:9,
82:10, 82:11,
82:13, 82:15,
82:19, 82:24,
84:2, 84:3,
84:16, 87:23,
88:23, 103:12,
105:13, 110:24,
125:16, 151:1,

155:10, 155:11,
155:14, 156:22,
156:23, 172:23,
180:8, 180:18,
184:13, 185:7,
185:19, 191:8,
222:2, 225:16,
240:15, 246:3,
247:25, 248:3,
248:4
recalling
94:7
receipt
19:23, 127:8
receive
18:4, 35:18,
58:10, 58:17,
62:23, 63:5,
63:7, 159:23,
207:22
received
22:10, 23:7,
24:14, 55:3,
55:19, 55:24,
57:16, 58:24,
91:10, 91:13,
118:21, 118:25,
124:22, 137:20,
140:9, 140:13,
140:16, 160:16,
181:9, 198:19,
204:6, 204:8,
204:11, 207:14,
207:15, 208:24,
212:13, 221:4,
225:20
receiving
37:5, 57:10,
110:16, 225:19,
225:23
recently
148:16
recognize
10:21, 27:20,
28:3, 43:3,
44:4, 72:21,
75:19, 77:8,
127:5, 176:16,

176:18
recommended
150:2
record
6:9, 6:10,
13:23, 14:6,
14:9, 14:10,
14:13, 14:17,
14:19, 14:24,
15:1, 17:1,
23:1, 23:2,
23:4, 25:3,
29:11, 35:15,
36:6, 36:13,
50:22, 59:14,
60:1, 60:14,
66:12, 66:13,
69:23, 104:1,
118:17, 122:22,
125:4, 125:6,
127:21, 156:15,
174:19, 186:2,
193:8, 218:22,
221:18, 229:19,
248:15, 249:16,
250:5, 251:5
record's
23:3
records
228:1, 250:6
recover
234:13
red
76:4, 77:12,
225:5
reduced
201:15, 251:7
reference
77:21
referenced
130:25
referring
114:24, 206:22
reflect
59:14
refreshed
224:10
refuse
173:13

refused
136:19, 136:24,
173:3, 173:9
regarding
65:15, 85:13
regardless
201:12
registry
43:6
regular
19:23, 139:11
reimburse
126:25
reimbursed
126:22, 127:9,
127:12
reimbursement
6:11
related
130:23, 146:21,
228:13, 228:15,
228:23, 229:2,
239:22, 251:9
relay
135:17
relief
146:20, 147:14
remain
64:11, 64:15,
170:16
remained
64:13, 170:16
remaining
116:12
remove
64:16
rent
139:4, 139:11,
139:18, 140:1
rental
138:16
renting
138:6
repatriated
29:23, 30:6
repatriation
29:14, 118:13
repeat
8:3, 12:25,

18:13, 21:19,
22:12, 23:18,
26:13, 28:24,
31:5, 36:4,
36:10, 39:22,
41:20, 43:12,
52:13, 61:19,
62:17, 63:3,
74:15, 79:25,
84:8, 88:2,
90:7, 91:19,
92:17, 92:25,
94:16, 101:10,
105:14, 108:17,
108:19, 108:20,
123:15, 131:23,
136:4, 140:11,
141:25, 146:14,
148:8, 161:12,
162:1, 168:5,
168:16, 173:12,
179:9, 180:6,
188:16, 189:3,
206:25, 215:24,
227:19, 228:25,
235:6, 237:25
repeatedly
164:7
repeating
112:8
repellent
237:5, 237:6
repetitive
10:9
rephrase
136:23, 164:25,
182:13, 212:15,
240:7
replace
246:18
replacement
236:9
replied
226:4
reply
109:10, 111:3
replying
102:16, 102:17

report
6:6, 6:7,
111:18, 114:16,
116:5, 116:20,
116:25, 117:17,
142:7, 162:13,
163:16
reported
1:25, 111:1,
111:3, 111:9,
111:21, 112:2,
113:2, 123:14,
126:6, 126:7,
126:10, 159:10,
162:9, 166:23,
243:25, 244:3,
244:7
reporter
2:24, 7:7,
7:15, 13:24,
14:16, 36:3,
36:5, 36:11,
36:12, 41:7,
60:17, 108:15,
108:18, 108:22,
125:5, 125:12,
162:23, 170:23,
171:2, 193:19,
248:13, 248:16,
249:9, 249:13,
251:1
reporting
214:4, 230:19,
230:22
reports
19:24
represent
71:10, 109:6
representation
128:13
representative
196:13
request
60:4
requested
102:12, 165:4,
230:14
required
25:6, 30:6,

195:11
requirements
29:16
requires
29:14
resort
68:12, 68:15,
75:7, 76:1,
79:17, 80:2,
80:15, 80:20,
80:25, 81:4,
81:13, 81:15,
81:17, 83:7,
83:14, 83:18,
84:17, 85:10,
85:24, 87:7,
98:6, 98:8,
183:13, 184:11
respect
200:20
responding
14:25
response
177:7
responses
6:16, 176:8,
176:13
responsible
222:14, 234:23
rest
5:21, 72:21,
73:1, 100:17,
100:21, 101:20,
113:24, 114:6,
163:20, 163:23,
164:1, 164:2,
165:21, 166:8,
167:10, 167:12,
168:1
restrictions
129:15, 129:17
result
19:18, 23:8,
23:17, 118:9,
201:11
results
141:3, 141:6
resume
19:22

**retained**
125:21, 154:25
**return**
24:13, 135:18
**returned**
123:10, 125:22
**returning**
137:9
**reverse**
187:15
**review**
184:8, 185:23
**reviewed**
36:6, 36:13,
155:16
**reviewing**
155:11, 156:19
**reviews**
184:17, 184:20,
184:25
**rice**
130:17, 130:22,
130:23, 179:25
**richard**
4:6, 7:13,
14:1, 22:19,
175:12
**ride**
80:2, 144:24
**rights**
18:3
**rigorous**
118:10, 118:21
**rio**
30:10, 31:24,
54:5, 54:15,
87:18, 88:3,
101:8, 116:6,
116:7
**risk**
62:2, 62:6,
62:10, 63:24,
64:9
**rog**
218:14
**romanian**
152:17
**ron**
47:20

**room**
36:17, 100:17,
139:19
**rules**
244:25
**run**
151:8, 186:13
**running**
116:5, 146:3
**runs**
125:10
**rupees**
127:10, 138:18,
138:21

## S

**s-o-n-i**
47:1, 47:3
**sad**
152:20
**safe**
216:10, 216:14
**safely**
160:8, 160:13
**safety**
177:3
**said**
13:6, 43:1,
62:7, 62:8,
71:7, 80:1,
86:23, 88:20,
89:3, 92:2,
92:4, 92:8,
92:14, 95:11,
95:25, 96:18,
97:5, 97:9,
97:17, 97:21,
101:2, 102:4,
102:6, 102:25,
103:7, 103:12,
106:3, 114:1,
121:3, 121:5,
121:10, 122:13,
122:16, 135:21,
135:23, 149:22,
154:1, 160:15,
160:23, 167:19,
168:8, 173:16,

178:15, 187:14,
190:4, 199:13,
205:1, 206:23,
214:23, 216:18,
220:8, 225:6,
226:1, 227:9,
227:13, 228:5,
231:6, 238:1,
238:5, 245:20,
246:4, 247:21,
251:5
**sailed**
51:11, 54:5,
54:22, 54:24,
55:1, 62:21,
93:3, 162:3
**sailing**
42:24, 53:20,
54:14, 62:18,
63:23, 93:8,
93:15
**salary**
27:14, 197:10,
197:11
**same**
10:4, 10:9,
31:20, 36:7,
36:14, 75:4,
109:18, 122:9,
158:24, 187:23,
199:1, 205:18,
206:11, 208:14,
216:5, 218:10,
220:7, 239:1,
246:8, 248:4,
249:4, 250:4
**sandals**
129:7
**sandra**
154:3
**santa**
53:17
**sat**
17:23, 82:2,
82:5, 83:20,
84:20, 84:23
**satisfied**
174:14

**saturday**
166:16
**savanna**
67:12, 95:23
**savannah**
53:9, 54:10,
68:3, 89:10,
89:21, 91:5,
95:2, 95:17,
96:8, 139:22,
140:6, 157:19,
159:8, 159:24,
160:8, 161:10,
161:14, 217:19,
217:21, 218:5,
219:10, 220:2,
220:14, 235:9
**save**
21:3, 168:9,
192:9, 240:17,
240:23, 241:22
**saved**
119:3, 152:21
**saw**
50:4, 107:11,
116:2, 117:16,
121:18, 148:19,
151:2, 151:9,
151:11, 153:5,
155:17, 155:21,
183:12, 187:5,
190:6, 207:5,
227:15, 232:11,
232:17
**say**
9:3, 12:8,
19:2, 38:15,
41:9, 57:2,
67:15, 72:6,
79:20, 83:6,
84:9, 90:21,
91:12, 91:21,
91:22, 92:18,
95:8, 96:18,
97:16, 97:18,
108:21, 112:21,
118:9, 124:1,
135:20, 151:7,

153:25, 156:4,
158:16, 161:1,
164:18, 164:22,
165:15, 165:16,
165:19, 166:1,
166:2, 167:21,
168:21, 173:17,
179:20, 179:22,
193:20, 196:23,
198:25, 208:1,
208:21, 226:3,
227:4, 236:1,
242:16, 243:18,
243:19, 244:6

**saying**
48:1, 56:24,
57:15, 58:12,
58:21, 69:16,
88:13, 95:16,
102:23, 105:6,
111:13, 111:14,
111:18, 133:24,
145:5, 150:5,
156:3, 178:12,
178:14, 199:4,
199:6, 209:11,
209:21, 220:12,
228:24

**says**
9:16, 11:19,
11:23, 16:5,
16:15, 16:23,
19:8, 19:17,
20:14, 21:2,
21:23, 25:5,
28:16, 30:2,
42:6, 55:16,
57:25, 58:4,
77:3, 108:11,
111:3, 114:18,
115:1, 116:7,
130:22, 131:3,
131:22, 131:25,
132:12, 156:15,
159:6, 162:6,
162:12, 162:16,
163:3, 163:6,
163:13, 164:5,

170:5, 184:2,
194:6, 194:19,
194:20, 195:15,
196:11, 196:21,
196:22, 197:2,
197:10, 197:12,
197:18, 197:21,
200:5, 200:17,
207:13, 208:12,
219:8, 220:10

**scale**
123:22

**scared**
32:22, 65:2,
65:7, 65:16

**scheduled**
219:9

**school**
186:12, 186:17

**science**
133:4, 133:6

**scooter**
144:19, 144:20,
144:24

**screaming**
10:8

**screen**
9:7, 10:19,
11:21, 15:10,
27:19, 33:15,
37:10, 37:11,
42:14, 55:6,
72:20, 73:17,
76:20, 108:24,
114:11, 116:5,
119:10, 119:12,
122:21, 125:4,
127:1, 128:4,
156:6, 156:12,
159:16, 163:11,
171:3, 176:10,
183:22, 190:19

**screenshot**
191:10

**scroll**
16:22, 29:11,
116:11, 176:16

**sea**
15:25, 38:4,

38:5, 66:19,
70:4, 70:15,
70:19, 71:4,
71:5, 103:8,
141:13, 141:17,
141:24, 142:2

**seafarer**
5:13, 10:21,
10:25, 11:18,
11:24, 15:25,
16:23, 19:18,
21:4, 27:1,
28:19, 29:17,
30:2, 30:6,
41:19, 194:2,
201:10, 201:17,
212:22

**seafarer's**
12:11, 15:9,
16:9, 16:15,
18:20, 24:23,
25:15, 33:10,
34:12, 193:24

**seafarers**
194:7, 194:21

**seafaring**
41:2

**seal**
251:13

**seaman**
20:17, 24:6,
25:22, 38:8,
38:10, 41:23,
48:19, 71:16,
136:3, 136:6,
195:25, 197:3,
212:21

**seamen**
106:11

**search**
66:24, 67:1,
67:2, 67:5,
67:10, 67:13,
69:11, 77:1,
181:11, 182:8,
182:16, 182:24,
191:23, 192:5

**searched**
192:10, 239:21

**searching**
66:19, 67:8,
67:20, 67:23,
68:3, 68:7,
69:8, 140:18

**seat**
29:24, 118:14

**seated**
76:14

**second**
27:17, 32:17,
46:2, 46:3,
46:5, 46:9,
46:11, 46:14,
47:7, 54:10,
57:3, 57:9,
59:5, 59:15,
60:25, 61:20,
62:3, 74:23,
75:12, 75:13,
76:18, 88:12,
88:17, 90:5,
90:10, 91:9,
91:12, 91:21,
91:24, 92:14,
92:18, 94:14,
94:18, 94:25,
95:3, 95:17,
95:18, 95:22,
95:25, 96:11,
96:16, 97:1,
97:5, 97:9,
97:18, 99:21,
99:23, 102:1,
104:8, 109:22,
111:21, 111:23,
112:16, 113:3,
113:9, 113:11,
113:16, 113:17,
113:19, 128:23,
131:2, 134:9,
157:21, 158:4,
158:5, 158:25,
159:10, 159:14,
159:22, 160:5,
160:11, 160:14,
162:10, 162:13,
166:14, 177:16,

177:18, 177:21,
178:7, 183:20,
210:16, 214:24,
214:25, 215:7,
215:14, 217:14,
217:23, 218:2,
222:15, 226:25,
227:8, 227:9,
230:1, 237:14,
238:18, 241:14,
241:15, 242:19,
243:5

**section**
194:5, 194:12,
194:14, 197:10,
198:5, 200:12,
202:12

**sections**
201:16

**sector**
115:2

**secure**
160:7

**seeing**
82:11, 82:13,
82:25, 107:16,
128:16, 187:8,
187:9, 187:21,
187:24, 188:6,
206:17, 207:6,
234:9

**seem**
183:17

**seen**
70:2, 76:23,
81:23, 107:18,
109:4, 116:10,
116:16, 124:20,
151:13, 151:21,
153:8, 155:4,
155:9, 156:2,
156:23, 188:4,
212:9, 212:10,
212:14, 221:1,
221:2, 231:21,
232:8, 232:19

**selected**
141:5

**send**
50:14, 100:22,
100:23, 102:13,
102:14, 121:4,
163:23, 167:9,
172:2, 185:10,
213:4, 223:6,
226:7, 249:10

**sending**
240:5

**senior**
25:25

**senses**
107:13, 108:9

**sent**
50:10, 100:16,
100:20, 101:4,
101:20, 102:15,
113:24, 120:10,
164:7, 167:12,
168:25, 185:20,
185:21, 190:21,
191:18, 201:19,
201:21, 235:8,
239:25, 240:12,
240:13, 242:15,
242:21, 242:22,
243:9

**sentence**
19:8

**separately**
59:18

**september**
251:14

**served**
37:24, 38:13,
179:2

**service**
173:4, 173:7

**services**
142:9, 142:10

**serving**
238:12

**set**
77:7, 83:3,
128:5, 240:9,
251:12

**settle**
34:19, 35:1,

35:6, 35:12

**settlement**
200:20

**seven**
27:9, 27:10,
31:11, 131:9,
148:4, 168:18

**severance**
21:7, 24:16

**sexual**
154:8, 154:11,
154:13

**shall**
19:22, 20:14,
29:14, 30:4,
200:18, 200:19

**share**
9:7, 50:24,
108:24

**shared**
122:21

**sharing**
27:19, 137:19,
138:5, 203:15

**she'll**
234:6

**sheet**
5:19, 50:25,
55:2, 55:5,
55:10, 55:16,
56:2, 56:11,
57:1, 58:8,
59:15, 60:19,
60:23, 60:25,
72:21, 208:25,
250:7

**sheets**
61:4

**shift**
216:22, 216:23

**shifts**
216:21

**ship's**
20:16, 70:19,
87:17, 99:18,
102:9

**shipment**
217:20

**shipowner**
195:13, 195:15,
196:13, 196:22,
196:23

**shipping**
1:9, 7:11,
7:21, 11:9,
11:11, 11:16,
12:10, 13:5,
25:8, 27:21,
27:24, 29:1,
30:16, 136:14,
188:12, 188:25,
189:6, 195:14,
196:24, 196:25,
199:22, 199:25,
200:6

**ships**
38:12, 39:4,
39:20, 40:9,
79:5, 79:7,
135:10, 142:3,
142:5, 142:6,
200:7

**shirt**
76:4

**shivering**
151:12

**shivery**
112:19

**shoe**
130:2, 130:6

**shoes**
129:23, 130:5,
177:3

**shore**
5:22, 5:24,
68:9, 73:18,
77:3, 85:3,
93:22, 93:23,
93:24, 94:1,
94:4, 94:10,
102:22, 103:8,
151:16, 164:8,
216:7, 216:8,
242:24

**shore-side**
215:15, 216:2,

216:10, 217:15
**short**
193:14, 193:18
**shortage**
160:6
**shorthand**
251:1
**shortly**
123:9
**should**
12:8, 22:9,
23:12, 23:16,
23:21, 36:8,
129:19, 174:7,
202:12, 215:9,
238:25, 245:22
**show**
130:19, 165:4,
165:14, 169:16,
176:8, 184:4,
199:24, 200:23,
223:1
**showed**
49:25, 59:18,
59:19, 68:19,
115:17
**showers**
3:8, 7:10
**showing**
36:24, 78:12,
79:5, 79:14,
82:17, 105:4,
127:8, 163:11,
188:17, 190:12
**shown**
49:25, 85:2,
138:2, 221:17
**shows**
39:6, 55:23,
77:8, 209:7
**sick**
18:4, 19:20,
19:22, 20:5,
22:5, 22:10,
23:7, 23:11,
23:24, 26:9,
26:15, 31:14,
33:5, 34:21,

35:19, 46:19,
47:9, 49:17,
64:25, 65:4,
65:8, 65:13,
65:16, 65:17,
65:21, 88:8,
99:19, 99:22,
101:11, 105:1,
112:13, 112:25,
113:1, 113:7,
113:14, 113:15,
113:20, 113:24,
137:16, 137:20,
137:21, 137:24,
140:15, 141:23,
152:6, 154:12,
172:16, 182:17,
188:12, 189:1,
189:10, 197:6,
199:5, 204:13,
206:11, 221:11,
222:8, 225:14,
225:15, 226:7,
226:18, 235:15
**sickness**
23:17, 30:3,
30:10, 87:25,
88:3, 101:8,
101:15, 102:10,
112:2, 166:24,
182:17
**side**
17:9, 17:19,
76:3, 150:13
**sign**
9:3, 28:10,
28:13, 28:14,
41:4, 41:12,
55:2, 56:2,
56:18, 57:4,
57:6, 57:10,
57:14, 57:17,
57:18, 58:13,
207:21, 208:24,
209:1, 209:7,
210:9, 210:10,
210:11, 210:14,
210:15, 211:5,

211:8, 211:9
**sign-off**
5:19, 55:10
**signature**
17:5, 17:7,
17:8, 17:11,
17:13, 17:19,
20:11, 21:11,
55:13, 56:10,
57:23, 58:9,
176:21, 195:23,
196:3, 202:15,
203:21, 208:16,
208:19, 209:2,
209:3, 209:4,
209:12, 210:7
**signature-mig2k**
251:17
**signatures**
17:16
**signed**
15:17, 15:21,
16:8, 17:24,
19:14, 21:12,
21:15, 21:20,
26:23, 28:10,
34:11, 34:14,
39:7, 39:11,
40:3, 41:15,
42:10, 55:4,
56:13, 56:14,
57:1, 57:7,
57:15, 57:20,
57:22, 58:8,
58:14, 75:3,
85:2, 130:21,
176:23, 195:1,
195:25, 196:4,
196:5, 202:10,
203:1, 203:3,
203:8, 207:25,
209:3, 209:5,
209:6, 211:13,
218:24
**significant**
128:20
**signs**
103:15, 169:16,

248:17
**similarly**
172:6
**simms**
3:7, 3:8, 7:10,
14:5, 14:9,
14:21, 14:25,
22:18, 23:3
**simple**
115:15, 193:13
**since**
19:17, 35:14,
45:13, 45:15,
47:9, 47:10,
105:20, 127:25,
135:13, 136:23,
151:19, 154:9,
154:11, 172:16,
185:15, 188:12,
188:25, 189:9,
190:15, 204:16,
225:18, 225:21,
243:15, 245:23
**singapore**
11:10, 11:11,
189:5, 195:14,
205:13, 205:23,
206:4, 206:8,
212:10, 222:16,
223:12, 223:19,
223:20, 225:12,
226:7, 235:2,
235:5, 235:10,
244:22, 245:7
**singh**
203:9, 205:19,
205:20, 206:3,
218:24, 225:18
**sister**
121:22
**sit**
83:9, 84:11,
84:20, 107:11,
146:12, 146:17,
146:18, 220:23
**sits**
69:15, 77:14
**sitting**
16:9, 83:9,

situation
31:12, 236:9

situations
149:21

six
19:11, 34:21,
40:7, 40:18,
72:12, 73:5,
91:6, 132:15,
133:1, 148:4

skin
65:24

sleeping
32:20, 236:3

slept
107:6

slides
77:7

slightly
143:13

slippers
129:6

slowly
145:11, 202:14

small
146:19

smiley
123:23

smrc
122:22, 122:23,
124:8, 124:14,
124:25, 125:17,
126:4, 127:13

social
79:20

socialize
75:4

society
235:17

sock
129:24, 129:25,
130:1

socks
235:22

solidarity
39:2

some
38:12, 48:23,

48:24, 49:18,
52:7, 54:18,
56:6, 59:4,
61:12, 68:25,
88:19, 92:1,
93:12, 96:19,
97:6, 99:2,
124:2, 124:21,
126:22, 129:8,
132:14, 133:8,
134:23, 135:1,
135:2, 135:22,
137:23, 140:2,
140:23, 141:1,
141:6, 141:8,
146:19, 147:24,
150:25, 151:7,
152:11, 160:24,
164:2, 167:24,
169:16, 174:14,
175:13, 179:15,
179:20, 180:2,
181:8, 187:20,
193:4, 198:2,
199:5, 204:5,
213:14, 218:2,
219:18, 235:13,
235:14, 237:23,
237:24, 238:21,
238:23, 239:2,
241:16, 242:1,
242:5, 242:20,
242:23, 244:16,
244:17, 245:20,
245:21

somebody
80:2, 80:14,
90:2, 120:9,
121:4, 138:10,
140:1, 151:7,
171:11, 185:10,
190:10, 242:25

somehow
152:9, 154:22,
179:15

someone
105:16, 195:1,
212:20, 213:3,

246:5

someplace
88:1, 88:5,
143:7

something
9:3, 10:8,
25:3, 32:8,
46:24, 65:7,
65:18, 68:18,
102:18, 102:19,
102:25, 103:1,
112:8, 115:5,
152:16, 154:7,
178:4, 178:11,
178:16, 179:25,
180:11, 180:19,
181:8, 182:2,
183:1, 206:24,
215:20, 220:9,
222:4, 222:23,
235:25, 242:11,
242:14, 242:17

sometime
49:6, 64:16,
142:16, 186:18

sometimes
47:20, 70:12,
70:17, 71:7,
71:8, 76:25,
122:5, 129:7,
142:17, 142:18,
145:2, 145:4,
145:7, 145:9,
145:12, 145:17,
145:21, 145:22,
146:1, 149:19,
186:21, 188:19,
238:3

somewhat
88:10

somewhere
68:20, 79:24,
80:5, 101:2,
102:17, 102:18,
145:15, 150:9,
150:12, 150:13,
155:2, 182:1,
211:1, 225:16,

238:8, 247:9

soni
46:23, 46:24,
46:25, 47:3,
47:5, 47:7

soon
13:19, 100:15,
100:22, 114:2

sorry
14:25, 22:18,
24:9, 28:24,
41:7, 47:2,
66:23, 76:6,
96:22, 100:1,
103:8, 108:15,
111:25, 117:20,
125:5, 162:23,
170:23, 182:19,
188:15, 218:20,
225:17, 231:5

soto
154:24

sotolongo's
192:1

sounds
66:11

south
41:4, 41:12,
41:16

speak
31:19, 32:25,
36:8, 66:7,
108:2, 108:6,
120:2, 165:25,
169:4, 169:12,
171:19, 171:23,
226:1, 226:3,
236:23, 241:15,
243:2

speaking
12:18, 13:1,
14:3, 48:5,
88:23, 107:25,
108:11, 113:16

special
42:1, 129:7,
130:5, 202:17,
202:21

**specialists**
117:2, 117:16, 117:24, 221:19, 221:20
**specialized**
118:10, 118:22
**specific**
33:3
**specified**
12:1
**speculate**
158:20
**spell**
147:2
**spend**
70:6, 70:10
**spending**
121:13
**spent**
83:17, 224:2
**spoke**
45:17, 46:2, 46:4, 46:12, 46:15, 46:20, 47:22, 48:1, 48:21, 48:23, 49:11, 49:16, 94:11, 121:22, 150:24, 171:16, 188:18
**spoken**
22:20, 45:15, 45:25, 47:8, 49:3, 188:11, 188:24, 189:8, 190:14, 236:20, 238:19
**spot**
109:13
**spray**
56:7, 56:10, 56:12, 61:12, 177:19, 208:7, 208:9, 208:10, 208:13, 210:19, 210:22, 227:1, 227:5, 227:6, 227:9, 237:6,

237:9, 237:12, 237:17
**spreadsheet**
6:8, 119:11, 119:15
**st**
55:24, 111:21, 112:1, 207:9, 207:16
**staff**
50:13, 123:21, 126:14
**stamped**
17:2, 29:12, 75:16
**stand**
70:3, 70:18, 71:3, 71:5, 107:10, 144:1, 149:20, 175:22
**standard**
12:3, 12:12, 16:2, 16:10, 16:19, 24:22, 25:2, 25:4, 194:6, 194:20, 196:17
**standing**
86:11
**stargate**
5:17, 5:18, 15:14, 18:11, 20:19, 23:8, 23:17, 23:22, 25:22, 32:4, 32:5, 33:5, 38:17, 39:10, 41:11, 42:17, 42:19, 43:13, 43:15, 43:19, 44:3, 44:12, 45:13, 47:8, 49:1, 50:25, 70:1, 73:23, 89:13, 92:23, 100:6, 106:22, 116:8, 131:7, 137:18, 140:9,

140:15, 141:20, 150:22, 157:19, 159:7, 164:6, 178:21, 179:2, 180:5, 181:2, 182:4, 182:18, 188:20, 188:23, 197:3, 206:5, 219:11, 237:7, 238:12, 241:21, 245:16, 245:18, 246:8
**stars**
184:12, 184:14
**start**
12:22, 24:9, 32:19, 66:21, 70:13, 114:15, 140:1, 140:2, 150:8, 150:16, 180:1, 193:22, 207:4
**started**
99:19, 105:20, 117:23, 150:17, 150:19, 177:20, 193:23, 214:3, 225:17, 243:22
**starting**
24:12, 109:9
**starts**
18:19, 163:11, 219:1
**state**
2:25, 20:16, 131:13, 157:19, 251:21
**stated**
134:17, 177:2
**statement**
6:5, 105:3, 108:25, 109:7, 220:10
**states**
1:1, 9:17, 9:21, 10:13, 43:18, 71:12, 205:3

**stay**
29:20, 30:14, 30:17, 32:3, 40:23, 86:12, 119:19, 139:13, 153:9, 165:3, 165:6, 165:11, 231:22
**stayed**
27:11, 94:6, 95:9
**staying**
138:10
**stcw**
72:20
**steer**
100:3
**steered**
99:25, 100:8
**steering**
100:15, 101:4, 102:5, 102:7, 114:2, 114:5, 163:21
**stenographically**
251:6
**step**
54:17, 79:15, 100:1
**stephen**
3:7, 7:10
**steps**
177:8
**steward**
136:9, 136:17, 136:20, 137:5, 188:21, 247:23
**stick**
234:6
**sticking**
77:18
**still**
13:22, 31:13, 36:2, 56:25, 61:11, 64:19, 85:12, 107:4, 137:16, 140:22, 141:7, 141:11,

144:21, 167:9,
168:20, 172:3,
172:12, 182:6,
182:19, 183:8,
187:12, 187:16,
190:5, 190:9,
190:11, 228:13,
228:14, 234:23,
236:6, 241:4

**stock**
58:13, 58:21

**stood**
91:5

**stop**
137:19, 138:5,
173:20, 173:23,
174:1, 180:15,
225:12, 225:13,
225:14

**stopped**
52:5, 161:11,
180:13

**stopping**
53:17

**store**
187:3, 220:21

**stores**
110:4, 110:9,
187:1, 217:23,
217:24

**street**
3:19, 4:8

**strength**
213:9

**strengthen**
148:6

**stretch**
66:10

**strictly**
19:23

**strides**
146:2

**strike**
34:23, 105:3,
125:20, 140:14,
153:19, 195:3,
203:13, 207:1

**stripe**
76:4

**strong**
104:9, 112:19,
129:9

**stronger**
148:9

**studying**
132:19, 134:13

**stuff**
201:15

**subject**
12:1, 19:23

**submitted**
176:9

**submitting**
248:22

**subparagraph**
20:1

**subtle**
150:19

**suddenly**
151:7, 189:24

**sue**
205:4

**sued**
204:18, 205:2

**suffered**
201:17

**sufferings**
188:5, 234:24

**suffers**
201:10

**sufficient**
160:7

**suit**
99:10, 177:3,
235:11

**suite**
3:10, 3:20, 4:9

**summary**
116:15

**sun**
85:12

**sunset**
85:15

**supervision**
251:8

**supplemental**
157:5, 172:21

**suppliers**
219:15

**supplies**
89:9, 89:13,
89:20, 89:24,
90:2, 90:9,
91:9, 91:13,
91:22, 110:7,
110:9, 157:22,
158:2, 159:3,
159:19, 159:23,
219:10, 219:13,
219:19

**supply**
159:9

**supposed**
13:13, 211:25,
245:12, 245:13

**sure**
13:18, 31:25,
33:2, 33:12,
36:12, 39:23,
42:9, 46:13,
48:2, 56:21,
58:23, 59:20,
61:20, 63:5,
67:18, 68:14,
78:9, 80:18,
83:1, 83:5,
90:9, 91:20,
92:18, 95:16,
97:12, 103:4,
105:15, 111:25,
135:23, 136:5,
140:13, 142:11,
143:5, 155:17,
161:13, 162:2,
189:4, 191:17,
199:23, 237:15,
248:5

**surgeon**
117:13, 224:9

**surgeries**
127:25, 224:18

**surgery**
127:24, 148:13,
148:21, 148:24,
149:2, 149:7,

149:24, 150:2,
150:6, 187:13

**surprised**
189:22

**surrounded**
81:20

**sweeping**
142:12, 142:17

**swimming**
81:18, 82:13,
84:3, 84:6,
84:10

**switched**
36:25, 37:1,
37:8, 72:12,
73:5

**sworn**
7:5

**symptoms**
162:9, 178:17,
178:18, 214:3,
214:5, 214:7

**system**
190:9, 192:21,
192:23

**T**

**t-shirt**
75:23, 84:23

**table**
25:18, 26:4,
26:5, 26:10,
26:17, 33:12,
33:13, 33:17,
34:3, 39:6,
76:14, 82:22,
83:3, 83:5,
83:9, 84:11

**tables**
82:17

**tablet**
58:20, 238:24,
239:4, 239:6,
239:7

**tablets**
58:12, 94:15,
94:19, 95:1,
95:12, 96:17,

97:2, 167:24,
239:2, 241:8,
241:12, 241:16,
241:17

**take**
9:2, 10:12,
18:14, 28:7,
28:15, 29:15,
35:5, 52:5,
56:15, 56:25,
57:2, 61:21,
62:3, 62:9,
66:4, 66:5,
68:24, 68:25,
76:17, 81:13,
89:20, 93:3,
93:18, 94:15,
94:19, 94:25,
96:17, 97:9,
103:6, 105:16,
127:16, 139:7,
139:9, 149:9,
149:17, 152:22,
155:15, 156:5,
157:21, 158:6,
159:2, 160:2,
161:13, 164:16,
165:13, 167:23,
168:1, 175:20,
177:8, 181:10,
183:25, 185:23,
186:7, 186:10,
186:17, 193:3,
193:19, 198:13,
217:24, 221:15,
230:11, 230:16,
238:14, 238:17,
243:2, 244:3,
244:7, 244:10,
244:12, 244:14,
248:16, 248:24,
249:2

**taken**
13:10, 54:18,
85:1, 103:20,
103:23, 104:5,
104:25, 105:5,
105:8, 105:12,

105:18, 110:8,
151:15, 152:21,
168:14, 185:6,
185:9, 185:14,
213:17, 213:24,
243:8, 243:13,
244:18, 251:3,
251:6

**takes**
29:15

**taking**
8:7, 76:11,
104:14, 147:7,
147:10, 147:13,
148:20, 221:20,
245:5

**talk**
54:14, 87:16,
93:2, 121:1,
122:1, 155:3,
169:17, 178:19,
186:19, 186:22,
186:25, 188:23

**talked**
24:22, 45:12,
47:13, 120:9,
121:17, 157:25,
163:15, 187:4,
188:24, 198:1

**talking**
59:14, 59:21,
120:8, 169:25,
188:13, 201:7,
202:17, 202:19,
241:10

**talks**
161:9, 161:10,
201:9

**tcc**
5:14, 27:21,
27:24, 199:22,
199:25, 200:6,
202:20

**tccf**
202:20

**tear**
77:12

**technical**
15:4

**technician**
4:23, 4:24

**tell**
8:21, 10:4,
31:18, 35:11,
38:2, 50:1,
50:13, 89:2,
89:5, 89:8,
90:18, 91:2,
91:8, 91:20,
92:22, 93:6,
93:14, 93:21,
93:25, 94:3,
94:13, 94:17,
96:15, 96:22,
96:25, 97:7,
97:12, 98:11,
98:19, 99:20,
99:24, 100:14,
100:24, 102:8,
103:10, 103:14,
107:15, 112:11,
112:25, 113:7,
113:14, 113:20,
115:3, 129:18,
135:24, 138:15,
144:2, 148:17,
148:23, 150:1,
150:21, 151:5,
153:13, 155:18,
155:20, 157:9,
167:20, 167:23,
177:21, 181:17,
184:19, 186:4,
186:20, 195:10,
196:9, 198:16,
198:21, 211:12,
212:19, 214:16,
219:4, 224:6,
230:1, 230:4,
234:19, 235:13,
236:5, 236:6,
240:2, 240:16,
240:22

**telling**
9:4, 9:25,
32:9, 32:13,
69:20, 93:18,

94:10, 94:22,
97:1, 99:7,
104:9, 105:7,
113:10, 113:12,
120:25, 124:6,
126:13, 144:6,
151:1, 152:2,
160:18, 160:20,
166:9, 170:10,
189:24, 206:16,
243:20, 243:24

**tells**
8:12, 8:24

**temperature**
103:15, 103:18,
103:20, 103:23,
104:2, 104:5,
104:14, 104:15,
104:25, 105:5,
105:7, 105:12,
105:16, 105:19,
243:8, 243:13,
244:3, 244:5,
244:8, 244:9,
244:10, 244:12,
244:15, 244:18

**ten**
66:8, 66:10,
127:17, 193:3,
193:6

**tense**
173:16

**tension**
233:10

**term**
226:11

**termination**
21:8

**terms**
12:1, 12:3,
12:11, 12:12,
16:2, 16:11,
16:20, 18:3,
24:22, 25:2,
25:5, 28:17,
28:22, 29:9,
194:6, 194:20

**terrible**
231:14, 233:11,

**236:3**

**testified**
7:5, 98:5,
159:18, 214:2,
214:20, 217:8,
247:4

**testify**
241:7

**testifying**
9:21, 133:16,
203:16, 206:10

**testimony**
8:2, 8:5, 8:9,
32:12, 57:8,
59:6, 63:22,
87:9, 103:19,
105:9, 107:20,
112:4, 133:15,
148:15, 153:25,
165:23, 217:20,
218:7, 227:18,
240:5, 250:5,
251:5, 251:6

**text**
37:6, 48:5,
181:12, 182:9,
190:19, 191:10,
240:9

**texting**
237:1

**th**
6:14, 27:2,
27:5, 39:11,
39:12, 40:4,
45:2, 55:24,
55:25, 58:1,
58:2, 58:5,
60:20, 60:23,
61:1, 61:2,
87:22, 88:9,
88:10, 88:11,
88:14, 88:15,
88:16, 102:9,
102:25, 103:1,
103:3, 103:11,
103:16, 104:3,
111:3, 111:10,
111:12, 111:18,

113:4, 113:22,
116:8, 117:20,
117:21, 117:22,
117:23, 118:2,
118:4, 118:8,
123:4, 125:17,
130:9, 156:17,
162:7, 162:14,
162:17, 163:3,
163:8, 163:12,
196:18, 207:9,
207:16, 207:18,
209:23, 209:24,
210:4, 212:22,
213:8, 213:17,
213:25, 214:3,
214:4, 223:24,
226:5, 228:1,
243:23, 244:1,
244:8, 244:10,
244:11, 244:13

**thank**
7:15, 13:16,
27:10, 28:15,
30:23, 47:4,
49:9, 91:5,
104:4, 105:10,
107:3, 108:22,
125:8, 125:12,
125:13, 127:20,
133:17, 143:1,
147:6, 152:1,
154:14, 170:21,
170:25, 171:2,
192:25, 203:5,
236:16, 237:4,
240:7, 241:25,
247:2, 248:6,
248:8, 248:10,
249:4, 249:5,
249:13, 249:14

**themselves**
7:8

**thereafter**
251:7

**thereof**
21:8

**thermometer**
104:22

**thing**
107:15, 107:18,
116:2, 124:2,
187:16, 224:24,
235:12, 238:1

**things**
16:4, 31:15,
88:19, 129:19,
144:10, 147:16,
187:2, 188:5,
233:25

**think**
12:16, 22:9,
23:12, 23:19,
35:23, 39:16,
49:6, 51:23,
76:12, 80:16,
98:22, 99:17,
101:7, 104:5,
104:16, 105:11,
105:15, 134:22,
135:4, 136:2,
136:5, 136:8,
137:3, 138:20,
149:7, 158:18,
171:22, 175:18,
175:20, 187:15,
189:18, 191:4,
191:16, 191:18,
193:25, 194:4,
200:1, 202:11,
205:19, 205:20,
206:9, 211:7,
217:8, 220:21,
222:2, 235:9,
235:11, 243:12,
246:22

**thinking**
134:18, 134:24,
135:1, 177:24

**third**
39:25, 48:7,
50:1, 54:11,
56:9, 128:23,
238:20, 238:22,
239:4, 242:8,
243:3

**thomas**
3:6, 7:9, 7:20

**thought**
10:8, 94:8,
112:9, 115:7,
143:16, 143:19,
144:7, 149:6,
153:12, 183:17,
242:11

**thousand**
222:4, 222:23

**three**
76:13, 106:11,
106:22, 117:9,
123:24, 128:5,
141:2, 163:1,
189:23, 190:2,
207:14, 210:2,
222:4, 222:23,
226:2, 229:17

**through**
17:8, 45:19,
93:2, 127:23,
138:7, 139:5,
153:8, 171:24,
176:16, 185:11,
198:2, 200:8,
204:16, 207:9,
233:25, 239:15

**throughout**
169:17

**throw**
242:15

**thursday**
1:18

**tiburcio**
114:16

**till**
105:21

**timeline**
125:23, 241:2

**times**
10:3, 41:2,
101:15, 108:2,
108:3, 146:6,
208:2, 208:20,
216:22, 226:2,
228:4

**tired**
88:11, 88:15,

**193:3**

**titled**
194:5

**today**
7:22, 8:2, 8:5,
8:9, 9:8, 9:11,
9:20, 22:16,
34:11, 34:15,
36:17, 77:8,
98:5, 105:13,
105:17, 128:3,
128:14, 129:2,
136:3, 136:5,
136:8, 146:16,
153:6, 157:9,
159:18, 171:24,
198:1, 198:21,
203:19, 204:16,
206:10, 207:5,
211:13, 217:20,
220:23, 221:17,
234:17, 234:18,
234:19, 236:20,
237:2, 248:9,
248:14, 249:6

**toe**
126:1, 126:11,
129:9, 129:19,
226:6, 232:6,
232:15

**toes**
123:20, 127:25,
128:3, 129:1,
129:13, 129:16,
169:25, 170:3,
170:16, 188:4,
190:1, 224:3,
224:7, 224:10,
231:17, 232:8,
232:12, 232:18,
232:22, 233:5,
233:12, 234:21,
235:15, 235:23

**together**
12:5, 16:5,
16:9, 17:25,
77:7, 79:14,
95:9, 109:23,

**told**
31:15, 31:21,
32:21, 32:24,
32:25, 33:4,
57:5, 57:9,
62:3, 68:21,
68:24, 91:11,
93:17, 94:6,
94:8, 94:14,
94:18, 94:21,
94:25, 95:2,
95:3, 95:5,
95:8, 96:16,
99:6, 99:9,
99:13, 102:2,
102:3, 102:9,
102:21, 103:13,
112:12, 112:16,
112:24, 113:5,
113:6, 113:13,
113:17, 114:4,
123:18, 123:21,
130:4, 130:7,
133:18, 140:1,
148:10, 148:19,
148:22, 151:22,
152:18, 154:4,
158:6, 160:7,
163:20, 163:25,
165:5, 165:11,
166:7, 167:5,
167:25, 168:23,
169:23, 170:10,
170:12, 178:3,
185:2, 190:11,
192:8, 216:1,
216:13, 230:5,
230:24, 232:4,
236:5, 238:19,
238:24, 241:15,
241:21, 242:14,
242:21, 245:17,
245:19, 247:12,
247:14, 247:15

**tom**
13:9, 13:21,
13:25, 115:3

**took**
8:14, 8:18,
8:20, 9:24,
52:14, 52:20,
61:16, 62:4,
62:11, 63:16,
80:9, 80:13,
80:16, 80:21,
89:9, 89:22,
91:23, 92:24,
93:7, 93:15,
93:22, 94:1,
94:3, 94:10,
103:15, 103:18,
104:2, 104:15,
106:6, 118:5,
133:2, 133:3,
134:7, 158:1,
158:25, 183:13,
198:2, 236:22,
237:23, 239:2,
244:5, 244:9

**top**
9:15, 9:16,
11:5, 16:15,
25:19, 26:25,
44:13, 55:16,
109:9, 115:11,
184:2, 184:5,
196:16, 199:24,
209:7, 209:20,
219:1

**total**
222:3

**touch**
189:4, 233:24

**towel**
99:11

**town**
68:8

**traded**
241:20

**training**
131:21, 132:1,
132:10, 132:13,
132:15, 132:23,
133:4, 133:9,
133:11, 133:14,

**133:25, 134:4**

**transcript**
5:10, 9:14,
11:2, 28:2,
37:16, 44:10,
44:17, 51:3,
55:12, 71:23,
73:3, 73:22,
75:18, 77:5,
109:3, 114:14,
116:19, 119:17,
125:15, 127:4,
128:8, 130:11,
171:10, 176:15,
248:17, 248:21,
250:4, 250:8,
251:4

**transferred**
31:24, 32:7,
152:10, 191:13,
246:21

**translated**
115:14

**translation**
114:17

**translator**
172:1

**transom**
42:16

**traumatic**
150:25

**travel**
30:13

**traveling**
201:14

**treating**
146:24, 146:25

**treatment**
129:12, 164:8,
224:3, 224:24

**trees**
81:20

**trial**
71:3

**tried**
121:7, 146:10,
177:4, 177:10,
179:15, 179:24,

220:8
**trip**
54:14, 54:17,
56:19, 56:20,
57:8, 62:16,
67:15, 67:19,
86:9, 96:13,
96:17, 120:3,
121:14, 122:17,
150:21, 161:5,
207:10, 227:16
**true**
9:4, 9:22,
9:23, 15:15,
24:18, 38:10,
57:16, 57:21,
61:8, 93:16,
95:19, 97:10,
98:24, 111:10,
120:23, 138:8,
158:1, 158:12,
158:23, 170:7,
176:24, 250:4,
251:4
**truth**
8:12, 8:21,
8:24, 9:5, 9:25,
10:4, 89:2,
89:6, 94:22,
99:7
**truthful**
8:2, 8:5
**try**
103:9, 157:11,
157:12, 172:1,
179:24, 183:19,
193:13, 236:13,
243:1
**trying**
125:23, 133:23,
158:15, 164:9,
168:21, 198:20,
198:25, 200:15,
202:14, 241:14
**ttc**
197:22
**turkish**
45:6

**turn**
12:22, 100:5
**twice**
147:22
**two**
21:1, 46:1,
61:4, 94:3,
94:10, 105:25,
106:10, 106:13,
106:25, 113:1,
113:8, 113:15,
113:20, 127:2,
134:1, 141:2,
147:16, 152:7,
189:19, 207:14,
209:19, 210:2,
226:2, 233:21
**type**
68:13, 129:17
**typewriting**
251:7

---
U
---

**ukranian**
45:6
**unable**
8:1, 19:18
**unconscious**
108:9
**under**
19:9, 19:25,
24:17, 26:14,
117:1, 117:5,
117:10, 194:5,
194:14, 200:17,
201:9, 202:11,
251:7
**understand**
9:20, 11:14,
12:9, 15:3,
17:22, 35:6,
43:10, 46:13,
54:21, 60:8,
60:10, 60:12,
62:5, 62:22,
69:13, 69:23,
71:25, 94:9,
95:16, 99:14,

115:21, 128:19,
138:6, 142:7,
143:11, 147:6,
157:12, 165:9,
175:12, 179:14,
188:6, 188:15,
192:19, 198:15,
198:16, 198:24,
209:11, 209:13,
214:2, 237:15,
242:16
**understandable**
13:15
**understanding**
179:19, 198:20,
199:6, 205:10,
205:21, 206:15,
217:13, 217:19,
218:9, 218:19,
220:1, 220:5,
220:11, 220:15,
233:14
**understands**
13:12
**understood**
10:12, 12:8,
13:3, 21:2,
21:15, 23:18,
28:24, 80:1,
123:16, 140:12,
141:25, 179:10,
182:12, 182:19,
183:8, 183:15,
189:2, 199:3
**underway**
70:16
**united**
1:1, 9:17,
9:21, 10:13,
43:18, 205:3
**university**
133:2
**until**
19:21, 27:12,
30:6, 72:18,
73:12, 83:13,
103:17, 104:2,
105:22, 213:21,

226:19, 243:23
**updated**
219:8
**upset**
95:22, 96:11,
153:6
**upsetting**
153:7, 153:12,
153:23, 153:25,
154:2
**upstairs**
145:9, 145:11
**urinating**
178:16
**usa**
235:11
**use**
180:24, 181:1,
181:4, 182:13,
182:21, 191:2,
237:13, 237:17,
242:23
**using**
182:7

---
V
---

**vacancies**
141:1
**vacation**
39:21
**vague**
221:13, 226:9
**vascular**
117:13
**ventilator**
232:5
**ventnor**
11:4, 12:15,
194:2, 194:7,
194:12, 194:21,
195:4, 223:12
**vessel**
15:14, 19:5,
20:19, 41:5,
54:21, 109:18,
116:8, 168:14,
190:3, 197:3,
197:6, 219:16,

245:22, 246:20,
247:14
**vessel's**
157:22, 159:3,
162:8, 219:9,
219:14, 219:15,
219:18
**vessels**
37:23, 38:14
**vibe**
178:22, 178:24,
184:22, 191:4
**vicks**
237:23, 237:25,
238:2
**video**
248:25, 249:2
**videographer**
248:13
**viewed**
235:16, 235:18
**vigil**
115:14
**village**
138:25, 139:16,
139:18, 140:5
**villar**
47:21
**virtually**
1:17, 2:2
**vishu**
184:2, 184:16,
227:10, 242:21,
247:13
**vishveshwar**
1:6, 1:16, 2:1,
5:3, 7:3, 11:12,
250:13
**vision**
213:14, 230:13
**visit**
68:8, 96:19,
116:23, 119:24,
120:6, 120:12,
120:18, 120:23,
121:4, 121:8,
121:24, 122:4,
122:8, 122:10,

122:18, 126:23,
127:13, 223:1
**visited**
49:19, 49:20,
50:3, 63:19,
105:19, 120:13,
123:11, 223:15,
244:14
**visiting**
49:23, 104:8,
223:19
**vital**
103:15
**vladyslav**
48:10
**vocational**
131:20, 132:1,
132:9, 132:13,
132:22, 133:4,
133:25, 134:4
**voyage**
32:2, 52:11,
52:12, 52:17,
52:23, 53:1,
53:7, 54:1,
54:9, 54:10,
54:11, 62:14,
63:6, 87:17

---

**W**

**wages**
23:10, 137:23,
204:13, 225:15,
225:18, 225:19,
225:20, 225:23,
225:24, 226:8,
226:10, 226:18
**waited**
170:13
**waiting**
68:16, 68:17,
68:18, 80:7,
140:24, 141:2,
141:5, 141:7,
141:11
**wake**
186:7
**walk**
79:23, 80:5,

107:9, 129:4,
129:10, 129:23,
144:25, 145:2,
145:4, 145:8,
145:9, 145:11,
145:12, 145:15,
145:20, 145:21,
145:22, 145:23,
146:6, 146:8,
149:10, 150:17,
212:24, 213:9,
213:14
**walked**
80:9, 80:12,
80:16, 80:20,
85:21, 87:6,
145:14, 145:17,
213:6
**walking**
145:25, 146:10
**wall**
77:1, 234:7
**want**
32:13, 46:13,
48:3, 50:16,
56:21, 58:22,
64:8, 80:18,
87:16, 95:15,
99:17, 109:8,
110:3, 111:2,
111:7, 111:25,
127:18, 135:8,
151:1, 155:3,
173:23, 183:21,
188:22, 202:22,
203:22, 205:7,
218:25, 230:11,
234:25, 248:18
**wanted**
32:9, 33:5,
62:15, 91:16,
92:15, 92:19,
96:13, 122:7,
152:8, 159:24,
205:3, 205:8,
206:23, 222:10,
246:24
**warm**
71:24, 72:1,

72:3, 72:4,
72:6, 81:6
**warning**
245:4
**wash**
70:22, 142:19,
142:22, 142:23,
142:25
**washing**
70:13, 70:21
**waste**
193:18, 203:22
**watch**
70:8, 70:14,
70:18, 70:21,
70:25, 71:4,
71:5, 71:7,
71:8, 72:14,
72:17, 85:11,
86:11, 91:6,
95:4, 95:9,
95:11, 95:20,
95:21, 97:25,
98:15, 98:23,
99:12, 100:10,
100:11, 101:22,
101:25, 111:22,
113:12, 152:8,
163:18
**watched**
232:13
**watches**
70:3, 72:12,
73:6
**water**
78:18, 179:13,
179:20, 180:7,
180:12, 238:25
**way**
61:17, 62:24,
90:25, 93:2,
94:15, 95:1,
99:5, 123:25,
175:11, 187:14,
195:3, 202:13,
207:23, 210:3,
221:1, 229:1,
233:3, 243:17

**we'll**
14:13, 14:16,
17:7, 22:15,
25:2, 33:8,
47:20, 55:22,
193:7, 248:24,
249:2

**we're**
13:22, 14:9,
14:13, 14:21,
14:23, 14:25,
17:18, 18:8,
22:23, 26:4,
59:14, 59:21,
66:5, 77:2,
78:10, 88:19,
97:5, 115:4,
115:6, 128:16,
157:1, 157:6,
183:18, 216:2,
248:15, 249:7

**we've**
35:20, 59:25,
60:12, 66:3,
157:25, 174:22,
175:24, 188:7,
191:21, 193:12

**weak**
212:23, 213:13

**wear**
64:10, 129:6,
129:22, 129:25,
130:1, 130:5,
235:22

**week**
56:17, 57:2,
57:3, 57:12,
57:13, 58:11,
58:12, 58:20,
59:2, 61:1,
61:10, 93:17,
93:18

**weekly**
55:19, 58:1,
58:5, 60:22

**weeks**
19:10, 20:1,
20:6, 56:3,

56:16, 58:15,
58:16, 58:23,
59:4, 59:6,
59:8, 59:9,
61:5, 210:7

**went**
17:23, 31:15,
41:11, 50:6,
62:15, 68:11,
73:15, 73:24,
74:4, 74:22,
74:25, 75:7,
75:13, 79:16,
81:3, 83:7,
83:10, 84:12,
87:6, 91:23,
92:9, 92:16,
92:19, 93:24,
98:6, 105:24,
106:4, 106:6,
106:25, 107:5,
108:5, 109:23,
112:14, 117:19,
124:25, 125:25,
126:21, 141:16,
141:24, 142:3,
152:14, 160:17,
161:14, 161:25,
166:10, 167:4,
167:6, 167:14,
168:24, 180:1,
188:19, 195:20,
215:3, 215:15,
217:12, 217:14,
217:15, 225:5,
227:8, 227:14,
227:23, 238:18,
238:22, 239:1,
243:14, 245:17

**weren't**
98:7

**west**
160:9, 160:13,
160:22, 161:5

**wet**
180:5

**whatever**
92:2, 127:17,

133:20, 153:19,
175:14, 182:11,
188:3, 198:19,
246:25

**whatever's**
13:18

**whatsapp**
48:6, 171:24,
180:24, 181:1,
181:4, 181:12,
190:20

**whatsoever**
21:6, 21:9,
24:15, 24:18,
221:3

**wheel**
100:6

**wheelchair**
107:10, 107:11

**when's**
49:11

**whenever**
63:13, 129:10,
145:15, 165:13,
165:25, 235:22

**whereof**
251:12

**whereupon**
7:2

**whether**
9:2, 10:3,
35:11, 48:4,
80:20, 174:7,
215:7, 219:4,
220:24, 223:11,
228:22, 239:9,
244:1

**whichever**
141:3

**whoever**
22:22

**whole**
83:17, 86:19

**wide**
78:1

**width**
78:7

**wife**
139:9, 141:20,

141:21, 141:23,
142:2, 142:13,
142:20, 144:9,
169:15, 204:22,
206:12, 206:18,
245:18

**wind**
122:4

**windows**
107:12, 133:7,
133:8

**withdraw**
153:20, 212:17

**within**
167:18

**without**
53:11, 66:24,
145:13, 200:18,
206:17, 213:16,
213:18, 213:20,
223:18

**witness**
10:10, 14:17,
105:10, 133:17,
193:5, 203:19,
248:11, 251:12

**woke**
107:7, 107:8,
231:1, 233:14,
233:19

**women**
144:8

**wondering**
104:24

**word**
31:6, 51:15,
133:7

**words**
91:21, 115:13,
132:13, 163:12,
165:23

**wore**
99:10, 177:2

**work**
5:21, 15:18,
16:5, 19:18,
19:22, 39:17,
40:7, 40:9,

40:12, 40:16,
40:24, 41:25,
42:6, 43:20,
45:19, 70:9,
71:1, 72:20,
73:1, 92:8,
92:20, 100:5,
110:4, 127:24,
132:9, 135:13,
136:2, 136:5,
136:8, 136:25,
137:5, 143:9,
143:10, 143:12,
144:7, 164:20,
166:10, 167:6,
167:8, 167:15,
190:10, 209:9,
216:20
**worked**
15:14, 39:4,
40:17, 65:25,
86:19, 131:9,
135:9, 142:3,
143:7, 167:4,
205:23, 206:5,
206:6, 245:6
**working**
18:11, 40:21,
64:5, 64:13,
97:22, 105:21,
131:7, 135:10,
137:18, 142:5,
142:6, 144:11,
151:7, 164:17,
180:13, 180:15,
213:16, 213:18,
213:19, 213:20,
216:21, 217:1,
217:10, 232:3,
235:21, 245:23,
246:22
**works**
188:25, 189:5,
189:9, 190:15,
206:3, 206:4
**worksheet**
5:15, 37:11
**worried**
64:21, 64:24,

64:25, 65:4,
65:13
**worries**
234:18
**worry**
64:18, 135:24,
203:17, 207:1,
227:12
**worse**
31:13, 102:12,
168:20, 178:17,
214:8, 214:9,
230:23, 230:25,
234:14
**worser**
168:22, 168:23
**wouldn't**
57:13, 58:12,
58:19
**wound**
225:4
**wounds**
170:15
**write**
61:13, 135:22,
245:3, 245:4
**writing**
210:21, 221:2,
221:3, 247:8,
247:19
**written**
56:11, 102:9,
111:5, 111:6,
130:22, 132:4,
155:16
**wrong**
90:22, 155:17,
200:2
**wrote**
60:17, 61:12,
102:24, 103:11,
208:7
**wugang**
41:12, 41:15,
151:10, 152:5

**X**

**x-ray**
148:18, 148:19,

149:1
**xavier**
154:22
**xs**
73:8

**Y**

**yeah**
14:7, 36:24,
47:19, 60:6,
60:24, 61:23,
68:13, 69:11,
77:11, 84:13,
86:2, 86:17,
106:6, 126:24,
132:11, 134:11,
141:9, 145:12,
145:14, 145:15,
147:24, 153:16,
175:5, 179:15,
179:24, 229:1,
238:6, 241:11
**year**
88:25, 134:9,
148:18, 148:25,
172:10, 180:9,
182:1, 187:5
**years**
189:24, 190:2,
245:24
**yellow**
178:17
**yeses**
103:25
**young**
235:13, 235:14
**yourself**
98:13, 144:12,
160:1, 176:23,
177:8, 212:24,
213:10, 232:22

**Z**

**zodiac**
153:2, 153:3,
153:6
**zoom**
11:20, 16:14,

18:16, 28:6,
56:6, 77:17,
78:10, 78:20,
81:14, 81:22,
82:7, 127:6,
157:25, 248:14

**0**

**00**
71:13, 71:16,
72:14, 72:17,
72:18, 73:11,
73:12, 85:12,
87:6, 97:25,
98:2, 98:12,
98:20, 98:23,
99:7, 100:25,
101:5, 101:18,
112:15, 112:23,
152:16, 216:21,
216:22, 216:24,
217:2, 217:3
**001**
17:3
**004**
20:10
**007**
17:3
**0073**
3:22
**015**
29:12
**02**
101:18
**034**
29:12
**04**
1:19, 74:5
**047**
51:1
**049**
51:1
**051**
50:23
**06**
216:24
**0600**
216:24

| 1 |
| --- |

**1,552**
131:4
**1.2**
28:16, 29:2
**10**
5:21, 33:14,
48:12, 72:25,
73:2, 74:11,
116:8, 138:22,
139:19, 152:16
**100**
26:3, 26:7,
33:21
**1000**
3:19
**102,308**
33:18
**109**
6:5
**11**
5:13, 5:22,
18:15, 18:16,
18:17, 19:10,
55:25, 58:5,
60:20, 60:23,
61:1, 73:18,
73:21, 152:16,
207:9, 207:18,
249:16
**114**
6:6
**116**
6:7
**119**
6:8
**12**
5:23, 6:14,
19:16, 19:17,
20:1, 44:18,
55:13, 72:17,
73:11, 75:15,
75:17, 83:2,
123:4, 130:9,
156:17, 183:24,
197:12, 208:17,
208:18, 209:17,

216:21, 217:2,
223:24
**125**
6:9, 6:10
**127**
6:11
**128**
6:13
**13**
5:24, 77:3,
77:4, 117:16,
208:6, 221:19
**130**
6:14
**13556**
1:9
**14**
6:5, 48:18,
48:20, 109:1,
109:2
**1414**
4:11
**15**
6:6, 40:4,
114:12, 114:13,
222:2
**16**
6:7, 19:10,
20:1, 20:6,
116:17, 116:18,
222:2
**1626**
122:22
**1631**
122:23
**166**
6:9, 125:9
**17**
6:8, 47:17,
71:13, 111:20,
117:20, 119:14,
119:16, 208:7
**171**
6:15
**1737**
6:10, 125:11
**1742**
6:10, 125:11

**176**
6:16
**1760**
4:9
**1784**
127:2
**1785**
127:2
**1788**
119:10
**18**
1:9, 1:18, 6:9,
58:1, 58:5,
61:2, 73:12,
74:5, 98:12,
125:7, 125:10,
125:14, 209:23,
209:24, 210:4,
228:1
**1872**
128:6
**1873**
128:6
**1874**
128:6
**19**
6:10, 88:9,
88:10, 88:14,
88:15, 114:19,
115:1, 125:4,
125:10, 125:14,
133:1, 133:5,
163:1, 163:8,
214:3
**19.1**
29:13
**193**
5:6
**1st**
115:12

| 2 |
| --- |

**2**
100:25, 101:5,
249:16
**2-0**
162:17, 243:22
**20**
6:11, 6:14,

40:4, 47:19,
47:20, 48:7,
88:11, 88:16,
111:20, 113:4,
113:22, 127:2,
127:3, 131:13,
131:17, 162:17,
163:8, 199:14,
204:8, 214:4,
243:22, 244:1,
244:13
**200**
246:2
**2000**
71:12, 219:16
**2006**
25:7, 195:13
**2008**
151:2, 151:19,
152:24, 152:25,
153:5, 153:23
**201**
3:9
**2012**
151:23, 152:3,
153:3, 153:6,
153:23
**2015**
40:1, 40:4,
40:10, 40:13,
200:7
**2016**
27:2, 27:5,
39:11, 40:15,
51:7, 141:19,
192:13, 196:18,
197:12, 240:20,
246:11
**2017**
5:20, 15:14,
27:12, 33:17,
39:12, 44:12,
45:2, 55:25,
58:2, 69:4,
71:12, 73:24,
87:19, 87:22,
111:20, 115:12,
116:8, 118:2,

123:4, 123:6,
124:18, 126:18,
155:2, 162:7,
162:14, 163:4,
163:12, 170:19,
190:23, 200:8,
204:3, 204:16,
207:9, 207:18,
209:23, 209:24,
210:4, 210:25,
212:14, 212:23,
213:8, 216:9,
223:24, 225:9,
225:16, 225:21,
225:22, 227:22,
227:23

**2018**
125:1, 125:17,
125:23, 126:7,
126:22, 127:13,
127:24, 128:1,
129:13, 133:1,
133:4, 155:2,
156:17, 180:11,
180:12, 180:19,
224:12, 224:17,
225:10, 226:5

**2019**
189:18

**2020**
133:2, 150:9,
150:10, 189:18

**2022**
1:18, 6:14,
130:9, 218:24,
251:14

**2023**
251:15

**21**
6:13, 55:24,
111:21, 112:1,
128:5, 128:7,
207:9, 207:16

**21.2**
30:2

**21030**
3:11

**215**
75:16

**22**
6:14, 74:10,
74:17, 87:19,
103:17, 105:20,
111:22, 112:15,
112:22, 130:8,
130:10, 137:10,
138:3, 163:1,
166:17, 166:19,
213:21, 214:18,
214:21, 244:2,
244:6

**23**
6:15, 123:6,
124:18, 170:18,
171:7, 171:9,
218:24, 223:24,
244:7, 244:8

**230**
3:10

**236**
5:5

**24**
6:16, 20:12,
21:2, 21:21,
21:23, 24:8,
24:11, 70:7,
102:9, 102:18,
102:25, 103:1,
103:3, 103:11,
103:16, 125:17,
158:12, 158:22,
176:12, 176:14,
226:5, 244:8

**24.1**
200:17, 201:6

**24.5**
200:18

**24.6**
199:20, 199:21,
200:12, 200:17,
201:25

**240**
55:9, 60:9

**241**
55:9, 60:10

**242**
5:6

**247**
5:5

**248**
109:1

**25**
20:12, 58:2,
87:22, 111:3,
111:10, 111:12,
111:18, 159:6,
159:16, 162:7,
162:14, 163:3,
163:12, 244:10,
244:13

**251**
1:24

**26**
20:12, 20:14,
160:5, 197:12,
244:11

**27**
27:2, 104:3,
117:21, 117:22,
117:23, 118:4,
118:8, 196:18,
212:22, 213:8,
213:17, 213:21,
213:25, 243:23

**28**
5:14, 27:5,
39:11, 39:12,
45:2, 55:24,
194:5, 194:12,
194:14, 207:16

**29**
118:2, 118:4,
118:8

**2nd**
44:12, 207:17

**3**

**3,000**
204:12

**3,497**
204:12

**30**
33:24, 34:19,
124:23, 131:13,
131:17, 199:14,

204:9

**30,000**
34:6, 35:12,
199:5, 199:15,
204:8

**30,693**
34:7

**304,000**
119:19

**305**
3:22

**31**
162:6, 162:18,
162:21, 163:4,
163:11

**33139**
3:21

**35**
74:10, 74:11,
74:17, 202:12

**36**
164:5

**37**
5:15, 114:19,
115:1

**4**

**4**
1:9

**400**
4:8

**402**
3:20

**410**
3:12

**415**
3:22

**44**
5:16, 5:17

**460119**
1:23

**49**
170:4

**4th**
55:25, 58:5,
207:17, 251:13

**5**

**504**
4:11

**51**
5:18
**55**
5:19
**5795**
3:12
**5th**
3:19

**6**

**6**
72:14, 72:18,
73:12, 85:12,
87:6, 97:25,
98:2, 98:20,
98:23, 99:7,
216:22, 217:3
**60**
181:21
**66.5**
38:5
**6th**
5:20, 71:12,
71:21

**7**

**70,000**
127:9
**70130**
4:10
**704**
4:11
**71**
5:20
**73**
5:21, 5:22
**75**
5:23
**750**
27:15
**76**
221:22, 222:3,
222:9, 222:22,
223:4, 223:18
**77**
5:24
**779**
114:12

**781**
114:12
**782**
116:9
**783**
3:12
**7th**
5:20, 69:4,
71:21, 73:4,
73:12, 73:24,
74:5, 85:1,
109:18, 216:9,
219:17

**8**

**8**
1:19
**800**
138:18, 138:20
**805**
116:9
**82,500**
26:6

**"**

**"eps"**
1:10
**"e"**
1:9