```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

                    CIVIL ACTION NO. 18-13556 SM-KWR

                    IN ADMIRALTY

                    JUDGE SUSIE MORGAN

                    MAG. JUDGE KAREN WELLS ROBY

KHOLKAR VISHVESHWAR GANPAT,

        Plaintiff,

vs.

EASTERN PACIFIC SHIPPING PTE,
LTD, d/b/a "EPS",

        Defendant,
_____/


LOCATION:  Remote Audio-Video Communication

DATE:    July 27, 2022

TIME:    9:03 p.m. - 1:05 a.m. (EST)



 VIDEOTAPED DEPOSITION OF CAPTAIN ANIL ARJUN SINGH


        Taken before Elena Robaina, Florida

Professional Reporter, Notary Public in and for the

State of Florida at Large, pursuant to Notice of

Taking Deposition filed in the above case.
```

```
ALL APPEARANCES VIA ZOOM CONFERENCE:

ON BEHALF OF THE PLAINTIFF:
SOTOLONGO, P.A.
1000  5th Street
Suite 402
Miami Beach, Fl  33139
BY: Peter Sotolong, Esq.
E-mail:  PSotolongo@sotolongolaw.com

LAMOTHE LAW FIRM, LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130
BY: Richard M. Martin, Jr., Esq.
E-mail: RMartin@lamothefirm.com

ON BEHALF OF THE DEFENDANT:
Simms Showers, LLP
201 International Circle
Suite 250
Baltimore, Maryland 21030
BY: J. Stephen Simms, Esq.
E-mail: Jssimms@simmsshowers.com
&
Tom M. Brown, Esq.


ALSO PRESENT:

Adam Emilianou, General Counsel for EPS.


                    I N D E X


            E X A M I N A T I O N S

CAPTAIN ANIL ARJUN SINGH
                DIRECT   CROSS   REDIRECT RECROSS
 BY MR. SOTOLONGO     5
```

```
 1              EXHIBITS FOR IDENTIFICATION

 2       PLAINTIFF'S                                    PAGE

 3       No.  1    Ventnor Navigation, Inc POA          49
                   Letter 8/28/2015
 4       No.  2    Deposition pages 15 through 17       49
         No.  3    Affidavit 1/5/2019                   64
 5       No.  4    Affidavit 4/6/2020                   66
         No.  5    Affidavit 8/23/2021                  78
 6       No.  6    Affidavit 7/11/2022                  85
         No.  7    Answers to Interrogatories          132
 7                 5/23/2022
         No.  8    STARGATE Medical Report             134
 8                 8/1/2019
         No.  9    Seafarer Employment Agreement       153
 9       No. 10    Agreement between ITF and EPS       156
         No. 11    Medicine Lists 3/11/17 and          156
10                 3/27/17
         No. 12    Lists of crew members given         160
11                 antimalaria medications
         No. 13    Master's Responsibilities and       163
12                 Authority

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              VIDEOGRAPHER:  In the case styled
 2      Kholkar Vishveshwar Ganpat vs. Eastern
 3      Pacific Shipping Private Limited Company,
 4      this is the video deposition of Captain
 5      Anil Singh on July 27th, 2022.  The time is
 6      now 9:03 p.m.
 7              Would counsel please state their
 8      appearances for the record.
 9              MR. SOTOLONGO:  Peter Sotolongo and
10      Richard Martin on behalf of the plaintiff,
11      Mr. Kholkar.
12              MR. SIMMS:  Steve Simms and Tom Brown
13      for Eastern Pacific.
14              THE REPORTER:  Captain, will you
15      please raise your right hand for me?
16              Do you swear to tell the truth, the
17      whole truth, and nothing but the truth, so
18      help you God?
19              THE WITNESS:  Yes.
20              THE REPORTER:  Thank you, sir.
21   Thereupon:
22              CAPTAIN ANIL ARJUN SINGH
23   was called as a witness and, having been first duly
24   sworn, was examined and testified as follows:
25              DIRECT EXAMINATION
```

1         **Q.**   Did Captain Bhasin speak to them?  You
2 said Captain Bhasin spoke to the second officer and
3 the master earlier.
4         Did he speak to these Indian crew
5 members that you're mentioning here in paragraph
6 15?
7         **A.**   I'm not sure.
8         **Q.**   And how would you know then that
9 Eastern Pacific may bring them to the South Goa
10 court to testify if you guys never spoke to them or
11 you don't know if they spoke to them?
12         **A.**   Assume that an order can be obtained.
13         **Q.**   Okay.  So, either as the fleet
14 director for EPS or as their chief operating
15 officer of EPS, you have never spoken to the second
16 officer, the master, or any of the individuals in
17 paragraph 15, correct?
18         **A.**   Correct.
19         **Q.**   Okay.  Let's go to paragraph 19.
20 "Litigation" -- this is paragraph 19:  "Litigation
21 in New Orleans would be inconvenient and expensive
22 for Eastern Pacific.  Its employees are located in
23 Singapore."  Right?
24         **A.**   That's what it states.
25         **Q.**   Huh?  Is that what you said in there?

1   A.   You read a sentence.  I said that is
2   what it states.
3   Q.   Okay.  I missed that.
4        Okay.  Who are -- who are the
5   employers -- the employees that are located in
6   Singapore that you're referring to in paragraph 19?
7   A.   EPS Singapore are located in
8   Singapore.
9   Q.   I know, but who?  You say, litigation
10  in New Orleans will be inconvenient and expensive
11  for Eastern Pacific.  Its employees are located in
12  Singapore.  Which employees are you talking about?
13  A.   It's a statement.
14  Q.   Excuse me?
15  A.   It's a statement.  Myself, for
16  example.
17  Q.   Okay.  Well, I'm taking your
18  deposition on Zoom today, right?  Right?
19  A.   Our discussion crossed.  What did you
20  say?
21  Q.   I said I'm taking your deposition on
22  Zoom today, right?
23  A.   Correct.
24  Q.   And we're doing it -- it's not
25  inconvenient and not expensive, right?  Other than

CERTIFICATE OF OATH

STATE OF FLORIDA     )
                     )
COUNTY OF MIAMI-DADE)

I, the undersigned authority, certify that CAPTAIN ANIL ARJUN SINGH personally appeared before me and was duly sworn.

WITNESS my hand and official seal this August 9, 2022.

_____
ELENA ROBAINA, FPR
Notary Public-State of Florida

My Commission Expires:  4/17/2024
My Commission #: GG971350

CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA   )
                   ) SS.
COUNTY OF MIAMI-DADE)

I, Elena Robaina, Florida Professional Shorthand Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of CAPTAIN ANIL ARJUN SINGH; and that the foregoing transcript, pages 1 through 171, is a true record of my stenographic notes.

I further certify that the said witness was duly sworn according to law.

I further certify that I am not of counsel to either of the parties to set cause or otherwise interested in the action.

In witness whereof, I here unto set my hand and affix my official seal this August 9, 2022.

_____
Elena Robaina
Florida Professional Reporter