UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT,<br><br>  Plaintiff,<br><br>v.<br><br>EASTERN PACIFIC SHIPPING PTE, LTD.,<br><br>  Defendant. | Civil Action No. 18-13556 SM-KWR<br><br>IN ADMIRALTY<br><br>JUDGE SUSIE MORGAN<br><br>MAG.JUDGE KAREN WELLS ROBY |

**ORDER**

Upon considering the Eastern Pacific Shipping Pte Ltd. Motion *in Limine* – to Prohibit Testimony by Video Conference, and any further briefing and argument thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this ___ day of _____ , 202__ .


_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE