UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KHOLKAR VISHVESHWAR GANPAT, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PACIFIC SHIPPING PTE, LTD., d/b/a/ "EPS" <br><br> Defendant. | Civil Action No.  18-13556 <br><br> SECTION "E" (4) |

**ORDER**

Considering the Joint Motion to Dismiss with Prejudice:

**IT IS ORDERED** that the joint motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all claims and demands asserted in this action be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs.

**New Orleans, Louisiana, this 12th day of February, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**